# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

## TRANSMITTAL SHEET
### (Notice of Appellate Action)

Date Notice filed: 12/29/2025

Style of Case: State of Oklahoma v. Tyson Foods, Inc. et al

Appellant: Cobb-Vantress, Inc.; Tyson Chicken, Inc.; Tyson Foods, Inc.; and Tyson Poultry, Inc.

District Court No: 05-cv-00329-GKF-SH

Tenth Circuit Case No:

☐ Amended NOA                    ☐ Cross Appeal

☐ Interlocutory Appeal           ☐ Successive Petition (2254 or 2255) (no fee)

Notice of appeal is enclosed to all parties (except to appellant in civil cases); Notice of Appeal, docket entries and district court order are enclosed to 10th Circuit Court of Appeals:

 Gregory K. Frizzell, U.S. District Judge:

### APPEAL FILED BY PRO SE

| | |
|---|---|
| Appeal Fee Paid | ☐ |
| IFP Granted | ☐ |
| Motion for IFP on Appeal Form Mailed/Given | ☐ |
| Motion for IFP on Appeal Filed | ☐ |

### APPEAL FILED BY COUNSEL

| | |
|---|---|
| Appeal Fee Paid | ☒ |
| IFP Granted | ☐ |
| Motion for IFP on Appeal Form Made Available | ☐ |
| Motion for IFP on Appeal Filed | ☐ |
| Court Appointed Counsel (CJA/FPD) | ☐ |
| USA | ☐ |

By: A. Nance, Case Administrator          December 31, 2025   Phone: (918) 699-4700

APPEAL,CLOSED,DISCREF,LC−2

# U.S. District Court
## U.S. District Court for the Northern District of Oklahoma (Tulsa)
## CIVIL DOCKET FOR CASE #: <u>4:05−cv−00329−GKF−SH</u>

| | |
|---|---|
| State of Oklahoma v. Tyson Foods, Inc. et al | Date Filed: 06/13/2005 |
| Assigned to: Judge Gregory K Frizzell | Date Terminated: 12/19/2025 |
| Referred to: Magistrate Judge Susan E Huntsman | Jury Demand: Both |
| Related Cases:  4:09−cv−00567−JAR | Nature of Suit: 893 Environmental Matters |
|             4:06−cv−00502−GKF−SH | Jurisdiction: Federal Question |
|             4:06−cv−00503−GKF−SH | |
| Case in other court:  10th Circuit, 08−05154 (#1774) | |
|             10th Circuit, 09−05134 (#2618) | |
| Cause: 42:9607 Real Property Tort to Land | |

**<u>Plaintiff</u>**

| | | |
|---|---|---|
| **Attorney General of the State of Oklahoma**<br>*State of Oklahoma, ex rel. W.A. Drew Edmondson, in his capacity as Attorney General*<br>*TERMINATED: 06/13/2005*<br>–<br>W A Drew Edmondson | represented by | **C Miles Tolbert**<br>Secretary of the Environment<br>State of Oklahoma<br>3800 NORTH CLASSEN<br>OKLAHOMA CITY, OK 73118<br>405−530−8800<br>Fax: 405−530−8990<br>*LEAD ATTORNEY*<br><br>**Cynthia Solomon**<br>Motley Rice<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>843−216−9450<br>Email: csolomon@motleyrice.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel Patrick Lennington**<br>Office of the Attorney General (OKC−313)<br>LITIGATION SECTION<br>313 NE 21ST ST<br>OKLAHOMA CITY, OK 73105<br>405−522−4405<br>Fax: 405−522−0608<br>Email: daniel.lennington@oag.ok.gov<br>*TERMINATED: 06/01/2009*<br>*LEAD ATTORNEY*<br><br>**David Phillip Page**<br>David Page<br>1921 S. Boston Ave.<br>Tulsa, OK 74119 |

918–764–8984
Email: dpage@eenradvocates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas Allen Wilson**
Tulsa County District Attorney's Office
218 West Sixth Street
Suite 933
Tulsa, OK 74119
918–596–8795
Email: douglas.wilson@tulsacounty.org
*TERMINATED: 03/17/2008*
*LEAD ATTORNEY*

**Elizabeth C Ward**
Motley Rice LLC (Mount Pleasant)
28 BRIDGESIDE BLVD
MOUNT PLEASANT, SC 29464
801–216–9350
Fax: 801–216–9450
Email: lward@motleyrice.com
*TERMINATED: 08/26/2009*
*LEAD ATTORNEY*

**Elizabeth Claire Xidis**
Motley Rice LLC (Mount Pleasant)
28 BRIDGESIDE BLVD
MOUNT PLEASANT, SC 29464
843–216–9251
Fax: 843–216–9450
Email: cxidis@motleyrice.com
*TERMINATED: 05/11/2010*
*LEAD ATTORNEY*

**Fidelma L Fitzpatrick**
Motley Rice LLC (Providence)
321 S MAIN ST
PROVIDENCE, RI 02940
401–457–7728
Fax: 401–457–7708
Email: ffitzpatrick@motleyrice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick C Baker**
Motley Rice LLC (Mount Pleasant)
28 BRIDGESIDE BLVD
MOUNT PLEASANT, SC 29464
843–216–9186
Fax: 843–216–8440
Email: fbaker@motleyrice.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garry Michael Gaskins , II**
Drummond Law Firm
1500 S UTICA AVE STE 400
TULSA, OK 74104
918–749–7378
Fax: 918–749–7869
Email: gmg@drumlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gentner Frederick Drummond**
Office of Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
405–521–3921
Email: gentner.drummond@oag.ok.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ingrid L Moll**
Motley Rice LLC (Hartford)
20 CHURCH ST 17TH FLR
HARTFORD, CT 06103
860–882–1678
Fax: 860–882–1682
Email: imoll@motleyrice.com
*TERMINATED: 04/14/2014*
*LEAD ATTORNEY*

**James Randall Miller**
Drummond Law Firm
1500 S UTICA AVE STE 400
TULSA, OK 74104
918–749–7378
Fax: 918–749–7869
Email: randy.miller@drumlaw.com
*TERMINATED: 04/23/2008*
*LEAD ATTORNEY*

**Jennifer Lynn Lewis**
Oklahoma Office of Attorney General
Oklahoma
313 NE 21st Street
Oklahoma City
Oklahoma City, OK 73105
405–522–3109
Email: jennifer.lewis@oag.ok.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Trevor Hammons**
Office of the Attorney General (OKC–313)
LITIGATION SECTION
313 NE 21ST ST
OKLAHOMA CITY, OK 73105
405–522–2801
Fax: 405–522–0608
Email: Trevor_Hammons@oag.state.ok.us
*TERMINATED: 06/01/2009*
*LEAD ATTORNEY*

**Jonathan D Orent**
Motley Rice, LLC (Providence)
40 Westminster St., 5th Floor
PROVIDENCE, RI 02903
401–457–7700
Fax: 401–457–7708
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Hunter Foster**
Waterkeeper Alliance
PO BOX 4483
TULSA, OK 74159
212–747–0622
Fax: 212–747–0611
Email: kfoster@waterkeeper.org
*TERMINATED: 12/29/2010*
*LEAD ATTORNEY*

**Kristopher Edward Koepsel**
Riggs Abney Neal Turpen Orbison &
Lewis (Tulsa)
502 W 6TH ST
TULSA, OK 74119–1010
918–587–3161
Fax: 918–587–9708
Email: kkoepsel@riggsabney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee M Heath**
Motley Rice LLC (Mount Pleasant)
28 BRIDGESIDE BLVD
MOUNT PLEASANT, SC 29464
843–216–9168
Fax: 843–216–9440
Email: lheath@motleyrice.com
*TERMINATED: 06/01/2009*
*LEAD ATTORNEY*

**Louis Werner Bullock**
Bullock Law Firm PLLC
110 W 7TH ST STE 707
TULSA, OK 74119
918–584–2001
Fax: 918–779–4383
Email: lbullock@bullocklawtulsa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madeline Becker**
28 Bridgeside Blvd
Charleston, SC 29464
843–216–9261
Email: mbecker@motleyrice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melvin David Riggs**
Riggs, Abney, Neal, Turpen, Orbison, &
Lewis
502 W. Sixth Street
Tulsa, OK 74119
918–587–3161
Fax: 888–399–1873
Email: driggs@riggsabney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G Rousseau**
Motley Rice LLC (Providence)
321 S MAIN ST
PROVIDENCE, RI 02940
401–457–7712
Fax: 401–457–7708
Email: mrousseau@motleyrice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Clayton Eubanks**
Office of the Attorney General (OKC–313)
313 NE 21ST ST
OKLAHOMA CITY, OK 73105
405–522–8992
Fax: 405–522–0608
Email: clayton.eubanks@oag.ok.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard T Garren**
Riggs Abney Neal Turpen Orbison &
Lewis (Tulsa)

502 W 6TH ST
TULSA, OK 74119–1010
918–587–3161
Fax: 918–587–9708
Email: rgarren@riggsabney.com
*TERMINATED: 08/15/2013*
*LEAD ATTORNEY*

**Robert Murray Blakemore**
Smolen and Roytman
701 S CINCINNATI AVE
TULSA, OK 74119
918–585–2667
Fax: 918–585–2669
Email: bobblakemore@ssrok.com
*TERMINATED: 03/21/2014*
*LEAD ATTORNEY*

**Robert Allen Nance**
Riggs, Abney, Neal, Turpen, Orbison &
Lewis
528 NW 12th Street
Oklahoma City, OK 73103
405–843–9909
Fax: 405–842–2913
Email: rnance@riggsabney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert David Singletary**
Office of the Attorney General (OKC–313)
LITIGATION SECTION
313 NE 21ST ST
OKLAHOMA CITY, OK 73105
405–522–4405
Fax: 405–528–1867
Email: fc_docket@oag.state.ok.us
*TERMINATED: 05/07/2007*
*LEAD ATTORNEY*

**Sharon K Parker**
JPM Law, PLLC
401 S. Boston Ave.
Ste. 2000
Tulsa, OK 74103
918–938–7944
Fax: 918–938–7966
Email: sparker@jpmlawgroup.com
*TERMINATED: 02/27/2025*
*LEAD ATTORNEY*

**Tina Lynn Izadi**

Izadi Law Group
16354 Muirfield Place, Suite B
Edmond, OK 73013
405–471–6492
Email: tizadi@izadilaw.com
*TERMINATED: 05/19/2008*
*LEAD ATTORNEY*

**W.A. A Edmondson**
Riggs Abney Neal Turpen Orbison &
Lewis (OKC)
528 NW 12TH
OKLAHOMA CITY, OK 73103
405–843–9909
Fax: 405–842–2913
Email: dedmondson@riggsabney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H Narwold**
Motley Rice LLC (Hartford)
20 CHURCH ST 17TH FLR
HARTFORD, CT 06103
860–882–1676
Fax: 860–882–1682
Email: bnarwold@motleyrice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dorothy Sharon Gentry**
Riggs Abney Neal Turpen Orbison &
Lewis (OKC)
528 NW 12TH
OKLAHOMA CITY, OK 73103
405–843–9909
Fax: 405–842–2913
Email: sgentry@riggsabney.com
*ATTORNEY TO BE NOTICED*

**Kristen Hermiz**
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
843–216–9000
Email: khermiz@motleyrice.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oklahoma Secretary of the**
**Environment, Office of**
*State of Oklahoma, ex rel. J.D. Strong in*
*his capacity as the Trustee for Natural*

represented by **Andrew W Lester**
Spencer Fane LLP (OKC)
9400 N BROADWAY EXT STE 600
OKLAHOMA CITY, OK 73114

*Resources for the State of Oklahoma*
*TERMINATED: 06/13/2005*
–
C Miles Tolbert

405–844–9900
Fax: 405–844–9958
Email: alester@spencerfane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C Miles Tolbert**
(See above for address)
*LEAD ATTORNEY*

**Cynthia Solomon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Patrick Lennington**
(See above for address)
*TERMINATED: 06/01/2009*
*LEAD ATTORNEY*

**David Phillip Page**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dorothy Sharon Gentry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas Allen Wilson**
(See above for address)
*TERMINATED: 03/17/2008*
*LEAD ATTORNEY*

**Elizabeth C Ward**
(See above for address)
*TERMINATED: 08/26/2009*
*LEAD ATTORNEY*

**Elizabeth Claire Xidis**
(See above for address)
*TERMINATED: 05/11/2010*
*LEAD ATTORNEY*

**Fidelma L Fitzpatrick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick C Baker**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garry Michael Gaskins , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gentner Frederick Drummond**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ingrid L Moll**
(See above for address)
*TERMINATED: 04/14/2014*
*LEAD ATTORNEY*

**James Randall Miller**
(See above for address)
*TERMINATED: 04/23/2008*
*LEAD ATTORNEY*

**Jennifer Lynn Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Trevor Hammons**
(See above for address)
*TERMINATED: 06/01/2009*
*LEAD ATTORNEY*

**Jonathan D Orent**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Hunter Foster**
(See above for address)
*TERMINATED: 12/29/2010*
*LEAD ATTORNEY*

**Kristopher Edward Koepsel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee M Heath**
(See above for address)
*TERMINATED: 06/01/2009*
*LEAD ATTORNEY*

**Louis Werner Bullock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madeline Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melvin David Riggs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G Rousseau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Clayton Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard T Garren**
(See above for address)
*TERMINATED: 08/15/2013*
*LEAD ATTORNEY*

**Robert Allen Nance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert David Singletary**
(See above for address)
*TERMINATED: 05/07/2007*
*LEAD ATTORNEY*

**Sharon K Parker**
(See above for address)
*TERMINATED: 02/27/2025*
*LEAD ATTORNEY*

**Tina Lynn Izadi**
(See above for address)
*TERMINATED: 05/19/2008*
*LEAD ATTORNEY*

**W.A. A Edmondson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H Narwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen Hermiz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oklahoma, State of**
*ex rel W. A. Drew Edmondson, in his*
*capacity as Att Gen of the State of OK*
*and OK Secretary of the Environment C.*
*Miles Tolbert, in his capacity as the*
*Trustee for Natural Resources for the*
*State of OK*
*TERMINATED: 01/18/2023*

represented by **C Miles Tolbert**
(See above for address)
*LEAD ATTORNEY*

**Cynthia Solomon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Phillip Page**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dorothy Sharon Gentry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth C Ward**
(See above for address)
*TERMINATED: 08/26/2009*
*LEAD ATTORNEY*

**Elizabeth Claire Xidis**
(See above for address)
*TERMINATED: 05/11/2010*
*LEAD ATTORNEY*

**Fidelma L Fitzpatrick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick C Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garry Michael Gaskins , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gentner Frederick Drummond**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ingrid L Moll**
(See above for address)
*TERMINATED: 04/14/2014*
*LEAD ATTORNEY*

**Jennifer Lynn Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D Orent**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Hunter Foster**
(See above for address)
*TERMINATED: 12/29/2010*
*LEAD ATTORNEY*

**Kristopher Edward Koepsel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis Werner Bullock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madeline Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mathew P Jasinski**
Motley Rice LLC (Hartford)
20 CHURCH ST 17TH FLR
HARTFORD, CT 06103
860–218–2725
Fax: 860–882–1682

Email: mjasinski@motleyrice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melvin David Riggs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G Rousseau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Clayton Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard T Garren**
(See above for address)
*TERMINATED: 08/15/2013*
*LEAD ATTORNEY*

**Robert Murray Blakemore**
(See above for address)
*TERMINATED: 03/21/2014*
*LEAD ATTORNEY*

**Robert Allen Nance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon K Parker**
(See above for address)
*TERMINATED: 02/27/2025*
*LEAD ATTORNEY*

**W.A. A Edmondson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H Narwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen Hermiz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Oklahoma**
*ex rel Genter Drummond, in his capacity*
*as Attorney General of the State of*
*Oklahoma and Oklahoma Secretary of*
*Energy and Envioment Ken McQueen,*
*in his capacity as the Trustee for Natural*
*Resources for the State of Oklahoma*
*ex rel.*
Gentner Drummond
*ex rel.*
Ken McQueen

represented by **C Miles Tolbert**
(See above for address)
*LEAD ATTORNEY*

**Cynthia Solomon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Phillip Page**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fidelma L Fitzpatrick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garry Michael Gaskins , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gentner Frederick Drummond**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Lynn Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristopher Edward Koepsel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madeline Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melvin David Riggs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon K Parker**

(See above for address)
*TERMINATED: 02/27/2025*
*LEAD ATTORNEY*

**Kristen Hermiz**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**Cherokee Nation**                represented by   **A Diane Hammons**
*TERMINATED: 09/18/2009*                            Cherokee Nation of Oklahoma
                                                    Division of Law & Justice
                                                    PO BOX 948
                                                    TAHLEQUAH, OK 74465
                                                    918–453–4282
                                                    Fax: 918–458–5099
                                                    Email: dhammons@campbelltiger.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Sara Elizabeth Hill**
                                                    Cherokee Nation Attorney General Office
                                                    P.O. Box 1533
                                                    Tahlequah, OK 74465–1533
                                                    918–207–3836
                                                    Fax: 918–458–6142
                                                    Email: sara–hill@cherokee.org
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Cherokee Nation**                represented by   **A Diane Hammons**
*TERMINATED: 09/18/2009*                            (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Sara Elizabeth Hill**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Tyson Foods, Inc.**              represented by   **Adam Deckinger**
                                                    Tyson Foods, Inc.
                                                    2200 W. Don Tyson Parkway
                                                    Ste Ar076124

Springdale, AR 72762
479–290–5463
Email: adam.deckinger@tyson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archer Scott McDaniel**
McDaniel Acord & Lytle, PLLC
9343 E 95TH CT
TULSA, OK 74133
918–382–9200
Fax: 918–382–9282
Email: smcdaniel@ok–counsel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Mundel**
Sidley Austin LLP
1501 K Street, N. W.
Washington, DC 20005
202–736–8000
Email: bmundel@sidley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cara R Viglucci Lopez**
Sidley Austin LLP (Washington DC)
1501 K ST NW
WASHINGTON, DC 20005–1402
202–736–8447
Fax: 202–736–8711
Email: cvigluccilopez@sidley.com
*TERMINATED: 01/30/2017*
*LEAD ATTORNEY*

**Dustin R Darst**
Kutak Rock LLP (Fayetteville)
214 W Dickson St
Fayetteville, AR 72701–5221
479–973–4200
Fax: 479–973–0007
Email: dustin.darst@kutakrock.com
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erik J Ives**
Sidley Austin LLP (Chicago)
1 S DEARBORN ST
CHICAGO, IL 60603
312–853–7067
Fax: 312–853–7036

Email: eives@sidley.com
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erin Walker Thompson**
Kutak Rock LLP (Fayetteville)
214 W Dickson St
Fayetteville, AR 72701–5221
479–973–4200
Fax: 479–973–0007
Email: Erin.Thompson@kutakrock.com
*TERMINATED: 07/30/2013*
*LEAD ATTORNEY*

**Frank R Volpe**
Sidley Austin LLP (Washington DC)
1501 K ST NW
WASHINGTON, DC 20005–1402
202–736–8366
Fax: 202–736–8711
Email: fvolpe@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gordon D. Todd**
Sidley Austin LLP
1501 K Street
Washington, DC 20005
202–736–8000
Email: gtodd@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay Thomas Jorgensen**
Sidley Austin LLP (Washington DC)
1501 K ST NW
WASHINGTON, DC 20005–1402
202–736–8020
Fax: 202–736–8711
Email: jjorgensen@sidley.com
*TERMINATED: 03/07/2013*
*LEAD ATTORNEY*

**John H Tucker**
Rhodes Hieronymus Jones Tucker & Gable
PLLC
PO BOX 21100
TULSA, OK 74121–1100
918–582–1173
Fax: 918–592–3390
Email: jtuckercourts@rhodesokla.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**L Bryan Burns**
Tyson Foods Inc
2210 W Oaklawn Dr
Springdale, AR 72762–6999
479–290–4677
Fax: 479–757–6316
Email: bryan.burns@tyson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D Hopson**
Sidley Austin LLP (Washington DC)
1501 K ST NW
WASHINGTON, DC 20005–1402
202–736–8138
Fax: 202–736–8020
Email: mhopson@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Michael Ryan**
Ryan Whaley Coldiron Shandy PLLC
119 N ROBINSON RM 900
OKLAHOMA CITY, OK 73102
405–239–6040
Fax: 405–239–6766
Email: pryan@ryanwhaley.com
*TERMINATED: 12/20/2019*
*LEAD ATTORNEY*

**Stephen L Jantzen**
Ryan Whaley Coldiron Jantzen Peters &
Webber PLLC
400 North Walnut
Oklahoma City, OK 73104
405–239–6040
Fax: 405–239–6766
Email: sjantzen@ryanwhaley.com
*TERMINATED: 12/20/2019*
*LEAD ATTORNEY*

**Stuart Larson Spencer**
Tyson Foods, Inc.
Law and Conference
2200 West Don Tyson Parkway
72762
Springdale, AR 72762
479–290–6599
Email: stuart.spencer@tyson.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Thomas C Green**
Sidley Austin LLP (Washington DC)
1501 K ST NW
WASHINGTON, DC 20005−1402
202−736−8700
Fax: 202−736−8711
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy T Jones**
address unknown
479−290−7102
Fax: 479−290−7967
*LEAD ATTORNEY*

**Timothy K Webster**
Sidley Austin LLP (Washington DC)
1501 K ST NW
WASHINGTON, DC 20005−1402
202−736−8138
Fax: 202−736−8020
Email: twebster@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cody L. Reaves**
Torridon Law PLLC
801 17th Street NW
Suite 1100
Washington, DC 20006
202−249−6900
Email: creaves@torridonlaw.com
*TERMINATED: 02/21/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael R. Bond**
Kutak Rock LLP (Fayetteville)
214 W Dickson St
Fayetteville, AR 72701−5221
479−695−1946
Fax: 479−973−0007
Email: michael.bond@kutakrock.com
*TERMINATED: 07/30/2013*

**Paula M Jantzen**
Ryan Whaley Coldiron Shandy PLLC
119 N ROBINSON RM 900
OKLAHOMA CITY, OK 73102
405−239−6040

Fax: 405–239–6766
Email: pjantzen@ryanwhaley.com
*TERMINATED: 12/20/2019*

**Robert W George**
George's, Inc.
P.O. Drawer G
Springdale, AR 72764
479–200–8261
Email: robert.george@georgesinc.com
*TERMINATED: 03/15/2018*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Tyson Poultry, Inc.**                    represented by    **Adam Deckinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archer Scott McDaniel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Mundel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cara R Viglucci Lopez**
(See above for address)
*TERMINATED: 01/30/2017*
*LEAD ATTORNEY*

**Dustin R Darst**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erik J Ives**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erin Walker Thompson**
(See above for address)
*TERMINATED: 07/30/2013*
*LEAD ATTORNEY*

**Frank R Volpe**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gordon D. Todd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay Thomas Jorgensen**
(See above for address)
*TERMINATED: 03/07/2013*
*LEAD ATTORNEY*

**John H Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**L Bryan Burns**
(See above for address)
*LEAD ATTORNEY*

**Mark D Hopson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Michael Ryan**
(See above for address)
*TERMINATED: 12/20/2019*
*LEAD ATTORNEY*

**Stephen L Jantzen**
(See above for address)
*TERMINATED: 12/20/2019*
*LEAD ATTORNEY*

**Stuart Larson Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas C Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy T Jones**
Tyson Foods Inc
2210 W Oaklawn Dr
Springdale, AR 72762–6999
479–290–7102

Fax: 479–290–7967
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy K Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cody L. Reaves**
(See above for address)
*TERMINATED: 02/21/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael R. Bond**
(See above for address)
*TERMINATED: 07/30/2013*

**Paula M Jantzen**
(See above for address)
*TERMINATED: 12/20/2019*

**Robert W George**
(See above for address)
*TERMINATED: 03/15/2018*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tyson Chicken, Inc.**                    represented by    **Adam Deckinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archer Scott McDaniel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Mundel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cara R Viglucci Lopez**
(See above for address)
*TERMINATED: 01/30/2017*
*LEAD ATTORNEY*

**Dustin R Darst**
(See above for address)

*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erik J Ives**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erin Walker Thompson**
(See above for address)
*TERMINATED: 07/30/2013*
*LEAD ATTORNEY*

**Frank R Volpe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gordon D. Todd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay Thomas Jorgensen**
(See above for address)
*TERMINATED: 03/07/2013*
*LEAD ATTORNEY*

**John H Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**L Bryan Burns**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D Hopson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Michael Ryan**
(See above for address)
*TERMINATED: 12/20/2019*
*LEAD ATTORNEY*

**Stephen L Jantzen**
(See above for address)
*TERMINATED: 12/20/2019*
*LEAD ATTORNEY*

**Stuart Larson Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas C Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy T Jones**
(See above for address)
*LEAD ATTORNEY*

**Timothy K Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cody L. Reaves**
(See above for address)
*TERMINATED: 02/21/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael R. Bond**
(See above for address)
*TERMINATED: 07/30/2013*

**Paula M Jantzen**
(See above for address)
*TERMINATED: 12/20/2019*

**Robert W George**
(See above for address)
*TERMINATED: 03/15/2018*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cobb–Vantress, Inc.**                    represented by  **Adam Deckinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archer Scott McDaniel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Mundel**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cara R Viglucci Lopez**
(See above for address)
*TERMINATED: 01/30/2017*
*LEAD ATTORNEY*

**Dustin R Darst**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erik J Ives**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erin Walker Thompson**
(See above for address)
*TERMINATED: 07/30/2013*
*LEAD ATTORNEY*

**Frank R Volpe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gordon D. Todd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay Thomas Jorgensen**
(See above for address)
*TERMINATED: 03/07/2013*
*LEAD ATTORNEY*

**John H Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**L Bryan Burns**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D Hopson**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Michael R. Bond**
(See above for address)
*TERMINATED: 07/30/2013*
*LEAD ATTORNEY*

**Patrick Michael Ryan**
(See above for address)
*TERMINATED: 12/20/2019*
*LEAD ATTORNEY*

**Stephen L Jantzen**
(See above for address)
*TERMINATED: 12/20/2019*
*LEAD ATTORNEY*

**Stuart Larson Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas C Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy T Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy K Webster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cody L. Reaves**
(See above for address)
*TERMINATED: 02/21/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paula M Jantzen**
(See above for address)
*TERMINATED: 12/20/2019*

**Robert W George**
(See above for address)
*TERMINATED: 03/15/2018*

**Defendant**

**Aviagen, Inc.**
*TERMINATED: 09/30/2005*

**Defendant**

**Cal–Maine Foods, Inc.**                    represented by    **David Charles Senger**
Coffey, Senger & Woodard PLLC
4725 East 91st Street
Suite 100
Tulsa, OK 74137
918–292–8787
Fax: 918–292–8788
Email: david@cswlawgroup.com
*TERMINATED: 12/06/2024*
*LEAD ATTORNEY*

**Edwin Stephen Williams**
YoungWilliams P.A.
PO BOX 23059
JACKSON, MS 39225–3059
601–948–6100
Fax: 601–355–6136
Email: steve.williams@youngwilliams.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Allen Mueggenborg**
Perrine Redemann Berry Taylor & Frette,
PLLC
P O BOX 1710
TULSA, OK 74101–1710
918–382–1400
Fax: 918–382–1499
Email: gmueggenborg@pmrlaw.net
*TERMINATED: 07/21/2011*
*LEAD ATTORNEY*

**John H Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence W Zeringue**
Stauffer & Nathan PC
PO BOX 702860
TULSA, OK 74170–2860
918–592–7070
Fax: 918–592–7071
Email: lzeringue@staufferlaw.com
*TERMINATED: 10/09/2008*
*LEAD ATTORNEY*

**Robert Paul Redemann**

Perrine Redemann Berry Taylor & Frette,
PLLC
P O BOX 1710
TULSA, OK 74101–1710
918–382–1400
Fax: 918–382–1499
Email: rredemann@pmrlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E Sanders**
Young Wells Williams P.A.
141 Township Ave.
Suite 300
Ridgeland, MS 39158
601–948–6100
Email: rsanders@youngwells.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William David Perrine**
Perrine Redemann Berry Taylor & Frette,
PLLC
P O BOX 1710
TULSA, OK 74101–1710
918–382–1400
Fax: 918–382–1499
Email: wperrine@pmrlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cal–Maine Farms, Inc.**              represented by  **David Charles Senger**
*TERMINATED: 09/17/2009*                                (See above for address)
                                                        *TERMINATED: 12/06/2024*
                                                        *LEAD ATTORNEY*

                                                        **Edwin Stephen Williams**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gregory Allen Mueggenborg**
                                                        (See above for address)
                                                        *TERMINATED: 07/21/2011*
                                                        *LEAD ATTORNEY*

                                                        **John H Tucker**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Lawrence W Zeringue**
(See above for address)
*TERMINATED: 10/09/2008*
*LEAD ATTORNEY*

**Robert Paul Redemann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E Sanders**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William David Perrine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cargill, Inc.**                    represented by    **Aaron Van Oort**
Faegre Drinker Biddle & Reath LLP
90 S. 7th St.
Ste. 2200
Minneapolis, MN 55402
612–766–8138
Fax: 612–766–1600
Email: aaron.vanoort@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Waite**
Faegre Drinker Biddle & Reath LLP
300 N. Meridian
Suite 2500
Indianapolis, IN 46204
317–237–8211
Email: amy.waite@faegredrinker.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bruce Jones**
Faegre Drinker Biddle & Reath LLP
90 S. 7th St.
Suite 2200
Minneapolis, MN 55402
612–766–7426
Email: bruce.jones@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher H. Dolan**
Faegre Drinker Biddle & Reath LLP
90 S. 7th St.
Ste. 2200
Minneapolis, MN 55402
612–766–8849
Fax: 612–766–1600
Email: chris.dolan@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin C Deihl**
Polsinelli PC
1401 Lawrence Street
Suite 2300
80202
Denver, CO 80202
303–572–9300
Fax: 303–572–7883
Email: cdeihl@polsinelli.com
*TERMINATED: 10/10/2023*
*LEAD ATTORNEY*

**Colin Hampton Tucker**
Rhodes Hieronymus Jones Tucker & Gable
PLLC
PO BOX 21100
TULSA, OK 74121–1100
918–582–1173
Fax: 918–592–3390
Email: chtucker@rhodesokla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dara D Mann**
McKenna Long & Aldridge LLP–Atlanta
303 PEACHTREE ST NE STE 5300
ATLANTA, GA 30308
404–527–4000
Fax: 404–527–4198
Email: dmann@mckennalong.com
*TERMINATED: 08/11/2009*
*LEAD ATTORNEY*

**Delmar R Ehrich**
Faegre & Benson (Minneapolis)
90 S 7TH ST STE 2200
MINNEAPOLIS, MN 55402–3901
612–766–8726
Fax: 612–766–1600
Email: delmar.ehrich@faegrebd.com

*TERMINATED: 12/20/2024*
*LEAD ATTORNEY*

**Jacob Bylund**
Faegre Drinker Biddle & Reath LLP
801 Grand Avenue
33rd Floor
Des Moines, IA 50309
515–447–4708
Fax: 515–248–9010
Email: jacob.bylund@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Justman**
Faegre Drinker Biddle & Reath LLP
90 S. 7th St.
Ste. 2200
Minneapolis, MN 55402
612–766–7133
Email: jeff.justman@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F Jeske**
Oppenheimer Wolfe & Donnelly
45 S 7th St
Ste 3400
Minneapolis, MN 55402
612–607–7000
Fax: 612–607–7100
Email: jjeske@oppenheimer.com
*TERMINATED: 03/08/2006*
*LEAD ATTORNEY*

**John H Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kerry R Lewis**
Rhodes Hieronymus Jones Tucker & Gable
PLLC
PO BOX 21100
TULSA, OK 74121–1100
918–582–1173
Fax: 918–592–3390
Email: klewis@rhodesokla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Krisann C. Kleibacker Lee**

Cargill, Inc.
15407 MCGINTY RD W
WAYZATA, MN 55391
952–742–4002
Fax: 952–742–4797
Email: krisann_kleibacker_lee@cargill.com
*TERMINATED: 06/15/2023*
*LEAD ATTORNEY*

**Leslie Jane Southerland**
Rhodes Hieronymus Jones Tucker & Gable
PLLC
PO BOX 21100
TULSA, OK 74121–1100
918–582–1173
Fax: 918–592–3390
Email: ljsoutherlandcourts@rhodesokla.com
*TERMINATED: 02/05/2009*
*LEAD ATTORNEY*

**Melissa Carol Collins**
Faegre Baker Daniels LLP (Denver)
1144 FIFTEENTH ST STE 3400
DENVER, CO 80202
303–607–3500
Fax: 303–607–3600
Email: mcollins@faegre.com
*LEAD ATTORNEY*

**Randall E Kahnke**
Faegre & Benson (Minneapolis)
90 S 7TH ST STE 2200
MINNEAPOLIS, MN 55402–3901
612–766–7000
Fax: 612–766–1600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry Wayen West**
West Law Firm
P O BOX 698
SHAWNEE, OK 74802–0698
405–275–0040
Fax: 405–275–0052
Email: terry@thewestlawfirm.com
*TERMINATED: 06/15/2023*
*LEAD ATTORNEY*

**Theresa Noble Hill**
Rhodes Hieronymus Jones Tucker & Gable
PLLC
PO BOX 21100

TULSA, OK 74121–1100
918–582–1173
Fax: 918–592–3390
Email: thill@rhodesokla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd P Walker**
Laszlo Law
2595 Canyon Blvd.
Suite 210
Boulder, CO 80302
303–522–7130
Email: toddpwalker@comcast.net
*TERMINATED: 06/12/2023*
*LEAD ATTORNEY*

**Defendant**

**Cargill Turkey Production, LLC**    represented by    **Aaron Van Oort**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Waite**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bruce Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher H. Dolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin C Deihl**
(See above for address)
*TERMINATED: 10/10/2023*
*LEAD ATTORNEY*

**Colin Hampton Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dara D Mann**
(See above for address)
*TERMINATED: 08/11/2009*

*LEAD ATTORNEY*

**Delmar R Ehrich**
(See above for address)
*TERMINATED: 12/20/2024*
*LEAD ATTORNEY*

**Jacob Bylund**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Justman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F Jeske**
(See above for address)
*TERMINATED: 03/08/2006*
*LEAD ATTORNEY*

**John H Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kerry R Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Krisann C. Kleibacker Lee**
(See above for address)
*TERMINATED: 06/15/2023*
*LEAD ATTORNEY*

**Leslie Jane Southerland**
(See above for address)
*TERMINATED: 02/05/2009*
*LEAD ATTORNEY*

**Melissa Carol Collins**
(See above for address)
*LEAD ATTORNEY*

**Randall E Kahnke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry Wayen West**

(See above for address)
*TERMINATED: 06/15/2023*
*LEAD ATTORNEY*

**Theresa Noble Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd P Walker**
(See above for address)
*TERMINATED: 06/12/2023*
*LEAD ATTORNEY*

**Defendant**

**George's, Inc.**                    represented by    **Clinton Derek Russell**
Taylor Foster Mallett Downs Ramsey &
Russell
P O BOX 309
CLAREMORE, OK 74018
918–343–4100
Fax: 918–343–4900
Email: crussell@soonerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl Buddy Chadick**
Bassett Law Firm
PO BOX 3618
FAYETTEVILLE, AR 72702
479–521–9996
Fax: 479–521–9600
Email: bchadick@bassettlawfirm.com
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**Gary Vincent Weeks**
Law Group of Northwest Arkansas LLP,
The
1830 SHELBY LN
FAYETTEVILLE, AR 72704
479–316–3760
Fax: 844–325–6603
Email: gary.weeks@lawgroupnwa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Martin Graves**
Bassett Law Firm
PO BOX 3618
FAYETTEVILLE, AR 72702
479–521–9996

Fax: 479–521–9600
Email: jgraves@bassettlawfirm.com
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**Jennifer E Lloyd**
Bassett Law Firm
PO BOX 3618
FAYETTEVILLE, AR 72702
479–521–9996
Fax: 479–521–9600
Email: jllloyd@bassettlawfirm.com
*TERMINATED: 05/30/2008*
*LEAD ATTORNEY*

**John H Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KC Dupps Tucker**
The Law Group of Northwest Arkansas
LLP
1830 Shelby Lane
Fayetteville, AR 72701
479–316–3760
Email: kc.tucker@lawgroupnwa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul E Thompson , Jr**
Bassett Law Firm
PO BOX 3618
FAYETTEVILLE, AR 72702
479–521–9996
Fax: 479–521–9600
Email: pthompson@bassettlawfirm.com
*TERMINATED: 11/18/2008*
*LEAD ATTORNEY*

**Perry Glantz**
Stinson LLP
1144 Fifteenth Street
Suite 2400
Denver, CO 80202
303–376–8410
Fax: 303–578–7967
Email: perry.glantz@stinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert W George**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent O Chadick**
Bassett Law Firm
PO BOX 3618
FAYETTEVILLE, AR 72702
479−521−9996
Fax: 479−521−9600
Email: vchadick@bassettlawfirm.com
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**Woody Bassett**
Bassett Law Firm
PO BOX 3618
FAYETTEVILLE, AR 72702
479−521−9996
Fax: 479−521−9600
Email: wbassett@bassettlawfirm.com
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**George W Owens**
Owens Law Firm PC (Tulsa)
234 W 13th St
Tulsa, OK 74119−5038
918−587−0021
Fax: 918−587−6111
Email: gwo@owenslawfirmpc.com
*ATTORNEY TO BE NOTICED*

**Kristy Boehler**
The Law Group of Northwest Arkansas
PLLC
1830 Shelby Lane
Fayetteville, AR 72704
479−316−3760
Fax: 844−325−6603
Email: kristy.boehler@lawgroupnwa.com
*ATTORNEY TO BE NOTICED*

**Randall Eugene Rose**
Owens Law Firm PC (Tulsa)
234 W 13th St
Tulsa, OK 74119−5038
918−587−0021
Fax: 918−587−6111
Email: rer@owenslawfirmpc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**George's Farms, Inc.**                    represented by    **Clinton Derek Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl Buddy Chadick**
(See above for address)
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**Gary Vincent Weeks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Martin Graves**
(See above for address)
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**Jennifer E Lloyd**
(See above for address)
*TERMINATED: 05/30/2008*
*LEAD ATTORNEY*

**John H Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KC Dupps Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul E Thompson , Jr**
(See above for address)
*TERMINATED: 11/18/2008*
*LEAD ATTORNEY*

**Perry Glantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert W George**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent O Chadick**

(See above for address)
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**Woody Bassett**
(See above for address)
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**George W Owens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristy Boehler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randall Eugene Rose**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Peterson Farms, Inc.**                    represented by     **Archer Scott McDaniel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chris A Paul**
Blueknight Energy Partners LP
6120 S YALE AVE STE 500
TULSA, OK 74136
918–237–4030
Fax: 918–237–4138
Email: cpaul@bkep.com
*TERMINATED: 01/05/2007*
*LEAD ATTORNEY*

**Craig A Mirkes**
McDaniel Acord & Lytle, PLLC
9343 E 95TH CT
TULSA, OK 74133
918–382–9200
Fax: 918–382–9282
Email: cmirkes@mlak–law.com
*TERMINATED: 04/28/2011*
*LEAD ATTORNEY*

**John H Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sherry P Bartley**
Mitchell Williams Selig Gates &
Woodyard PLLC
425 W CAPITOL AVE STE 1800
LITTLE ROCK, AR 72201–3525
501–688–8800
Fax: 501–688–8807
Email: sbartley@mwlaw.com
*TERMINATED: 01/07/2025*
*LEAD ATTORNEY*

**Martin Allen Brown**
Mulinix Ogden Hall & Ludlam PLLC
210 PARK AVE STE 3030
OKLAHOMA CITY, OK 73102
405–232–3800
Fax: 405–232–8999
Email: martin.brown@lawokc.com
*TERMINATED: 02/16/2006*

**Nicole Marie Longwell**
McDaniel Acord & Lytle, PLLC
9343 E 95TH CT
TULSA, OK 74133
918–382–9200
Fax: 918–382–9282
Email: nlongwell@mlak–law.com
*TERMINATED: 09/04/2012*

**Philip D Hixon**
GableGotwals
110 N. Elgin Avenue #200
100 West 5th Street
Tulsa, OK 74120
918–595–4831
Email: phixon@gablelaw.com
*TERMINATED: 01/22/2010*

**Defendant**

**Simmons Foods, Inc.**                represented by   **Amy M Stipe**
GableGotwals
BOK Park Plaza
499 W. Sheridan
Suite 2200
Oklahoma City, OK 73102
405–235–5500
Email: astipe@gablelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerard Michael D'Emilio**
GableGotwals

BOK Park Plaza
499 W. Sheridan Avenue
Suite 2200
Oklahoma City, OK 73102
405–235–5500
Fax: 405–235–2875
Email: gdemilio@gablelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R Elrod**
Conner & Winters PLLC (AR)
4375 N VANTAGE DR STE 405
FAYETTEVILLE, AR 72703
479–582–5711
Fax: 479–587–1426
Email: jelrod@cwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vicki Bronson**
Conner & Winters PLLC (AR)
4375 N VANTAGE DR STE 405
FAYETTEVILLE, AR 72703
479–582–5711
Fax: 479–587–1426
Email: vbronson@cwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Wayne Freeman**
2727 E 57TH ST
TULSA, OK 74105
918–698–9713
Email: freemanlawtulsa@gmail.com
*ATTORNEY TO BE NOTICED*

**P Joshua Wisley**
Conner & Winters PLLC (AR)
4375 N VANTAGE DR STE 405
FAYETTEVILLE, AR 72703
479–582–5711
Fax: 479–587–1426
Email: jwisley@cwlaw.com
*TERMINATED: 09/22/2021*

**Defendant**

**Willow Brook Foods, Inc.**
*TERMINATED: 09/18/2009*

represented by   **David Gregory Brown**
Lathrop & Gage LC (Jefferson City)
314 E HIGH ST
JEFFERSON CITY, MO 65101
573–761–5004
Fax: 573–893–5398
*LEAD ATTORNEY*

**Frank M Evans , III**
Lathrop & Gage LLP (Springfield)
910 E ST LOUIS ST STE 100
SPRINGFIELD, MO 65806
417–877–5904
Fax: 417–886–9126
Email: fevans@lathropgage.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Stockton Griffin**
Lathrop & Gage LC (Jefferson City)
314 E HIGH ST
JEFFERSON CITY, MO 65101
573–893–4336
Fax: 573–893–5398
Email: jgriffin@lathropgage.com
*TERMINATED: 08/07/2019*
*LEAD ATTORNEY*

**Raymond Thomas Lay**
Kerr Irvine Rhodes & Ables
201 ROBERT S KERR AVE STE 600
OKLAHOMA CITY, OK 73102–4267
405–272–9221
Fax: 405–236–3121
Email: rtl@kiralaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas James Grever**
Shook Hardy & Bacon LLP (Kansas City)
2555 GRAND BLVD
KANSAS CITY, MO 64108–2613
816–559–2375
Fax: 816–421–5547
Email: tgrever@shb.com
*TERMINATED: 09/28/2006*
*LEAD ATTORNEY*

**Defendant**

**Chicken Creek Village Store**

**Defendant**

**Cookson Village and Cabins**

**Defendant**

**Elmo Eddings Long**

**Defendant**

**Big John's**

**Defendant**

**Tahlequah Livestock Auction, Inc.**                represented by    **Tim K Baker**
Cherokee Nation Businesses
777 West Cherokee Street
Ste Corporate Building 2
Catoosa, OK 74015
918–230–3047
Email: tbakerlaw@sbcglobal.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Seratt**

**Defendant**

**Eugene Dills**

**Defendant**

**Pine Valley Cabins**

**Defendant**

**Pine Valley Cabins**

**Defendant**

**MX Ranch**

**Defendant**

**MX Ranch**

**Defendant**

**Randy Allen**                represented by    **Dale Kenyon Williams , Jr**
Hall Estill Hardwick Gable Golden &
Nelson (Tulsa)
320 S BOSTON STE 200
TULSA, OK 74103–3706
918–594–0519
Fax: 918–594–0505
Email: kwilliams@hallestill.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **All Defendants** | represented by | **KC Dupps Tucker** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Robert E Sanders** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Jeremy Jackson** | represented by | **Joseph R Farris** |
| | | Franden Farris Quillin Goodnight & Roberts |
| | | 2 W SECOND ST STE 900 |
| | | TULSA, OK 74103–4509 |
| | | 918–583–7129 |
| | | Fax: 918–584–3814 |
| | | Email: jfarris@tulsalawyer.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **William A Waddell , Jr** |
| | | Friday, Eldredge & Clark |
| | | |
| | | 400 West Capitol Avenue |
| | | Suite 2000 |
| | | |
| | | Little Rock, AR 72201–3522 |
| | | 501–370–1510 |
| | | Fax: 501–244–5342 |
| | | Email: waddell@fridayfirm.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Jerry Moyer** | represented by | **Joseph R Farris** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **William A Waddell , Jr** |
| | | Friday, Eldredge & Clark |
| | | 400 West Capitol Avenue |
| | | Suite 2000 |
| | | Little Rock, AR 72201–3522 |
| | | 501–370–1510 |
| | | Fax: 501–244–5342 |
| | | Email: waddell@fridayfirm.com |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Plaintiff**

**Tyson Poultry, Inc.**                represented by    **Adam Deckinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archer Scott McDaniel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Mundel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin R Darst**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erik J Ives**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erin Walker Thompson**
(See above for address)
*TERMINATED: 07/30/2013*
*LEAD ATTORNEY*

**Stephen L Jantzen**
(See above for address)
*TERMINATED: 12/20/2019*
*LEAD ATTORNEY*

**Stuart Larson Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy T Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cody L. Reaves**
(See above for address)

*TERMINATED: 02/21/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael R. Bond**
(See above for address)
*TERMINATED: 07/30/2013*

**Nicole Marie Longwell**
(See above for address)
*TERMINATED: 09/04/2012*

**Third Party Plaintiff**

**Tyson Foods, Inc.**                     represented by   **Adam Deckinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Mundel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin R Darst**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erik J Ives**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erin Walker Thompson**
(See above for address)
*TERMINATED: 07/30/2013*
*LEAD ATTORNEY*

**Stephen L Jantzen**
(See above for address)
*TERMINATED: 12/20/2019*
*LEAD ATTORNEY*

**Stuart Larson Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy T Jones**
(See above for address)
*LEAD ATTORNEY*

**Cody L. Reaves**
(See above for address)
*TERMINATED: 02/21/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael R. Bond**
(See above for address)
*TERMINATED: 07/30/2013*

**Nicole Marie Longwell**
(See above for address)
*TERMINATED: 09/04/2012*

**Third Party Plaintiff**

**Tyson Chicken, Inc.**                    represented by    **Adam Deckinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archer Scott McDaniel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Mundel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin R Darst**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erik J Ives**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erin Walker Thompson**
(See above for address)
*TERMINATED: 07/30/2013*
*LEAD ATTORNEY*

**Stephen L Jantzen**
(See above for address)
*TERMINATED: 12/20/2019*
*LEAD ATTORNEY*

**Stuart Larson Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy T Jones**
(See above for address)
*LEAD ATTORNEY*

**Cody L. Reaves**
(See above for address)
*TERMINATED: 02/21/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael R. Bond**
(See above for address)
*TERMINATED: 07/30/2013*

**Nicole Marie Longwell**
(See above for address)
*TERMINATED: 09/04/2012*

**Third Party Plaintiff**

**Cobb–Vantress, Inc.**          represented by   **Adam Deckinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Mundel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin R Darst**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erik J Ives**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erin Walker Thompson**
(See above for address)
*TERMINATED: 07/30/2013*
*LEAD ATTORNEY*

**Michael R. Bond**
(See above for address)

*TERMINATED: 07/30/2013*
*LEAD ATTORNEY*

**Stephen L Jantzen**
(See above for address)
*TERMINATED: 12/20/2019*
*LEAD ATTORNEY*

**Stuart Larson Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy T Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cody L. Reaves**
(See above for address)
*TERMINATED: 02/21/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicole Marie Longwell**
(See above for address)
*TERMINATED: 09/04/2012*

**Third Party Plaintiff**

Simmons Foods, Inc.                    represented by    **John R Elrod**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Nicole Marie Longwell**
                                                         (See above for address)
                                                         *TERMINATED: 09/04/2012*

                                                         **P Joshua Wisley**
                                                         (See above for address)
                                                         *TERMINATED: 09/22/2021*

**Third Party Plaintiff**

George's, Inc.                         represented by    **Clinton Derek Russell**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Earl Buddy Chadick**
                                                         (See above for address)
                                                         *TERMINATED: 07/10/2014*

*LEAD ATTORNEY*

**Gary Vincent Weeks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Martin Graves**
(See above for address)
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**Paul E Thompson , Jr**
(See above for address)
*TERMINATED: 11/18/2008*
*LEAD ATTORNEY*

**Randall Eugene Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent O Chadick**
(See above for address)
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**KC Dupps Tucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristy Boehler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole Marie Longwell**
(See above for address)
*TERMINATED: 09/04/2012*

**Third Party Plaintiff**

**Willow Brook Foods, Inc.**            represented by    **Frank M Evans , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Marie Longwell**
(See above for address)
*TERMINATED: 09/04/2012*

**Third Party Plaintiff**

**George's Farms, Inc.**            represented by

**Clinton Derek Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl Buddy Chadick**
(See above for address)
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**Gary Vincent Weeks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Martin Graves**
(See above for address)
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**Paul E Thompson , Jr**
(See above for address)
*TERMINATED: 11/18/2008*
*LEAD ATTORNEY*

**Randall Eugene Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent O Chadick**
(See above for address)
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**KC Dupps Tucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristy Boehler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole Marie Longwell**
(See above for address)
*TERMINATED: 09/04/2012*

**Third Party Defendant**

**Westville, Town of**                    represented by  **Michael Todd Hembree**
                                                          Cherokee Nation Office of the Attorney
                                                          General
                                                          P O BOX 1533

TAHLEQUAH, OK 74465–1533
918–456–0671
Fax: 918–458–5580
Email: todd–hembree@cherokee.org
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**John W Adair**                    represented by    **Tony Michael Graham**
                                                      Graham & Freeman PLLC
                                                      6226 E 101ST ST STE 300
                                                      TULSA, OK 74137–7100
                                                      918–298–1716
                                                      Fax: 918–298–1728
                                                      Email: tgraham@grahamfreeman.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **William Francis Smith**
                                                      William Francis Smith
                                                      4739 1/2 E. 6th St
                                                      Tulsa, OK 74112
                                                      918–638–1745
                                                      Email: william–bill–smith@outlook.com
                                                      *TERMINATED: 05/03/2023*
                                                      *LEAD ATTORNEY*

                                                      **Ronnie Jack Freeman**
                                                      Widdows Law Firm, PC
                                                      6505 S. Lewis
                                                      Ste 116
                                                      Tulsa, OK 74136
                                                      918–744–7440
                                                      Fax: 918–744–9358
                                                      Email: jfreeman@widdowslaw.com
                                                      *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**John E Adair**                    represented by    **Tony Michael Graham**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Ronnie Jack Freeman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Diamond Head Resort**             represented by    **Laura E Samuelson**
                                                      Barber & Bartz
                                                      525 S MAIN ST STE 800
                                                      TULSA, OK 74103

918–382–7523
Fax: 918–382–7541
Email: lsamuelson@lswsl.com
*TERMINATED: 01/30/2008*
*LEAD ATTORNEY*

**Marcus N Ratcliff**
Latham Keele Lehman Ratcliff Carter &
Clarke PC
1515 E. 71st Street, Suite 200
Tulsa, OK 74136
918–970–2000
Fax: 918–970–2002
Email: mratcliff@law–lkl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Cookson Log Cabin Motel**

**Third Party Defendant**

**Berry Group, The**                          represented by    **Ronnie Jack Freeman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Arkansas Natural Resources**              represented by    **Charles Livingston Moulton**
**Commission**                                                Office of the Attorney General (Little
Rock)
323 Center St
Ste 200
Little Rock, AR 72201–2610
501–682–2007
Fax: 501–682–8118
Email: Charles.Moulton@arkansasag.gov
*LEAD ATTORNEY*

**Dustin McDaniel**
ADDRESS UNKNOWN
*LEAD ATTORNEY*

**Jim DePriest**
Office of the Attorney General (Little
Rock)
323 Center St

Ste 200
Little Rock, AR 72201–2610
501–682–5028
Fax: 501–682–8118
Email: jim.depriest@arkansasag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Allen**
ADDRESS UNKNOWN
*LEAD ATTORNEY*

**Teresa Brown Marks**
Office of the Attorney General (Little
Rock)
323 Center St
Ste 200
Little Rock, AR 72201–2610
501–682–3561
Fax: 501–682–8118
Email: teresa.marks@arkansasag.gov
*TERMINATED: 03/05/2007*
*LEAD ATTORNEY*

**William Bernard Federman**
Federman & Sherwood
10205 N PENNSYLVANIA AVE
OKLAHOMA CITY, OK 73120
405–235–1560
Fax: 405–239–2112
Email: wbf@federmanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Faith Sherrill**
Pierce Couch Hendrickson Baysinger &
Green
Oklahoma
1109 N Francis
Oklahoma City, OK 73106
405–235–1611
Fax: 405–235–2904
Email: jsherrill@piercecouch.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**State of Arkansas**              represented by  **Charles Livingston Moulton**
(See above for address)
*LEAD ATTORNEY*

**Dustin McDaniel**
(See above for address)

*LEAD ATTORNEY*

**Jim DePriest**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Allen**
(See above for address)
*LEAD ATTORNEY*

**Noah Watson**
Arkansas Attorney General
101 West Capitol Avenue
101 West Capitol Avenue
101 West Capitol Avenue
Little Rock, AR 72201
501–682–1019
Email: noah.watson@arkansasag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Teresa Brown Marks**
(See above for address)
*TERMINATED: 03/05/2007*
*LEAD ATTORNEY*

**William Bernard Federman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Faith Sherrill**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Movant</u>**

**Texas Farm Bureau**                    represented by    **Mark Richard Mullins**
McAfee & Taft
Eighth Floor Two Leadership Square
211 N. Robinson
Oklahoma City
Oklahoma City, OK 73102
405–552–2263
Fax: 405–228–7463
Email: richard.mullins@mcafeetaft.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Texas Cattle Feeders Association**            represented by  **Mark Richard Mullins**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Movant**

**Texas Pork Producers Association**            represented by  **Mark Richard Mullins**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Movant**

**Texas Association of Dairymen**               represented by  **Mark Richard Mullins**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Movant**

**Arkansas Farm Bureau Federation**             represented by  **Barry Greg Reynolds**
*previously named as*                           Titus Hillis Reynolds Love Dickman &
American Farm Bureau Federation                 McCalmon
                                                15 E 5TH ST STE 3700
                                                TULSA, OK 74103
                                                918−587−6800
                                                Fax: 918−587−6822
                                                Email: reynolds@titushillis.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Joseph R Farris**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Nikaa Baugh Jordan**
                                                Lightfoot Franklin & White
                                                400 20TH ST N
                                                BIRMINGHAM, AL 35203
                                                205−581−0700
                                                Fax: 205−581−0799
                                                Email: njordan@lightfootlaw.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **William S Cox , III**
                                                Bradley Arant Blount Cummings LLP
                                                (Birmingham)
                                                1819 5TH AVE N
                                                BIRMINGHAM, AL 35203

205–521–8185
Fax: 205–521–8800
Email: bcox@bradley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica E Rainey**
Mullican & Hart PC
15 E 5TH ST STE 2200
TULSA, OK 74103
918–794–6500
Fax: 918–794–6068
Email: jrainey@mullicanhart.com
*ATTORNEY TO BE NOTICED*

**Movant**

**National Cattlemen's Beef Association**    represented by    **Barry Greg Reynolds**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nikaa Baugh Jordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William S Cox , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica E Rainey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Plaintiff**

**Peterson Farms, Inc.**    represented by    **Archer Scott McDaniel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sherry P Bartley**
(See above for address)
*TERMINATED: 01/07/2025*
*LEAD ATTORNEY*

**Nicole Marie Longwell**
(See above for address)
*TERMINATED: 09/04/2012*

**Third Party Defendant**

| | | |
|---|---|---|
| **Brian R. Berry** | represented by | **John Brian DesBarres** |
| *d/b/a Town Branch Guest Ranch* | | John B. DesBarres, Attorney at Law |
| | | 16530 W. 58th St. S. |
| | | Oklahoma |
| | | Sand Springs, OK 74063 |
| | | 918–289–3330 |
| | | Email: mrjbdb@msn.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

| | | |
|---|---|---|
| **Mary C. Berry** | represented by | **John Brian DesBarres** |
| *d/b/a Town Branch Guest Ranch* | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

| | | |
|---|---|---|
| **Austin L. Bennett** | represented by | **Ron Wright** |
| *d/b/a Eagle Bluff Resort* | | Wright Stout & Wilburn (300) |
| | | 300 W BROADWAY |
| | | MUSKOGEE, OK 74401–0707 |
| | | 918–682–0091 |
| | | Fax: 918–683–6340 |

Email: ron@wswlaw.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Leslie Bennett**                    represented by **Ron Wright**
*d/b/a Eagle Bluff Resort*                          (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Jerry W. Hare**                     represented by **Tony Michael Graham**
*Trustee of Jerry Wayne Hare Revocable*             (See above for address)
*Trust, individually and d/b/a Crystal*             *LEAD ATTORNEY*
*Creek Ranch*                                       *ATTORNEY TO BE NOTICED*

                                      **William Francis Smith**
                                      (See above for address)
                                      *TERMINATED: 05/03/2023*
                                      *LEAD ATTORNEY*

                                      **Ronnie Jack Freeman**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Mary Jo Hare**                      represented by **Tony Michael Graham**
*Individually and d/b/a Crystal Creek*              (See above for address)
*Ranch*                                             *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                      **William Francis Smith**
                                      (See above for address)
                                      *TERMINATED: 05/03/2023*
                                      *LEAD ATTORNEY*

                                      **Ronnie Jack Freeman**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Virginia W Adair**                  represented by **Tony Michael Graham**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                      **William Francis Smith**
                                      (See above for address)
                                      *TERMINATED: 05/03/2023*
                                      *LEAD ATTORNEY*

                                      **Ronnie Jack Freeman**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Arrowhead Camp, Inc.**                   represented by   **Tony Michael Graham**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Francis Smith**
                                                            (See above for address)
                                                            *TERMINATED: 05/03/2023*
                                                            *LEAD ATTORNEY*

                                                            **Ronnie Jack Freeman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Jim Bagby**                              represented by   **Jim Bagby**
                                                            UNKNOWN ADDRESS
                                                            PRO SE

**Third Party Defendant**

**Isabel Baker**
*Co−Trustee of the Tim and Isabel Baker
Trust*

**Third Party Defendant**

**Tim Baker**
*Co−Trustee of the Tim and Isabel Baker
Trust*

**Third Party Defendant**

**Barnacle Bills Marina, LLC**

**Third Party Defendant**

**Cheryl D. Beaman**                       represented by   **Tony Michael Graham**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Francis Smith**
                                                            (See above for address)
                                                            *TERMINATED: 05/03/2023*
                                                            *LEAD ATTORNEY*

                                                            **Ronnie Jack Freeman**
                                                            (See above for address)

*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Philip L. Beaman**                    represented by   **Tony Michael Graham**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Francis Smith**
                                                        (See above for address)
                                                        *TERMINATED: 05/03/2023*
                                                        *LEAD ATTORNEY*

                                                        **Ronnie Jack Freeman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Austin L. Bennett**                   represented by   **Ron Wright**
*Individually*                                          (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Leslie Bennett**                      represented by   **Ron Wright**
*Individually*                                          (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Brian R. Berry**                      represented by   **John Brian DesBarres**
*individually*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Tony Michael Graham**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Francis Smith**
                                                        (See above for address)
                                                        *TERMINATED: 05/03/2023*
                                                        *LEAD ATTORNEY*

                                                        **Ronnie Jack Freeman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Mary C. Berry**                       represented by   **John Brian DesBarres**
*Individually*                                          (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

| | | |
|---|---|---|
| **John Stacy** | represented by | **Lloyd E Cole , Jr** |
| *doing business as* | | Cole Law Office |
| Big John's Exterminators | | 120 W DIVISION ST |
| | | STILLWELL, OK 74960 |
| | | 918–696–7331 |
| | | Fax: 918–696–2070 |
| | | Email: colelaw@windstream.net |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Third Party Defendant**

| | | |
|---|---|---|
| **Brazil Creek Minerals, Inc.** | represented by | **Thomas James McGeady** |
| | | Logan & Lowry (Vinita) |
| | | P O BOX 558 |
| | | VINITA, OK 74301 |
| | | 918–256–7511 |
| | | Fax: 918–256–3187 |
| | | Email: tjmcgeady@loganlowry.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Bobby Jay Coffman** |
| | | Logan & Lowry (Vinita) |
| | | P O BOX 558 |
| | | VINITA, OK 74301 |
| | | 918–256–7511 |
| | | Fax: 918–256–3187 |
| | | Email: bcoffman@loganlowry.com |
| | | *TERMINATED: 07/03/2007* |
| | | |
| | | **John Stephen Neas** |
| | | Logan & Lowry (Vinita) |
| | | P O BOX 558 |

VINITA, OK 74301
918–256–7511
Fax: 918–256–3187
Email: steve_neas@yahoo.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Norma Brooks**                                represented by     **Tony Michael Graham**
*Individually and d/b/a Cookson Village*                          (See above for address)
*and Cabins*                                                     *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **William Francis Smith**
                                                                 (See above for address)
                                                                 *TERMINATED: 05/03/2023*
                                                                 *LEAD ATTORNEY*

                                                                 **Ronnie Jack Freeman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Colleen Brown**

**Third Party Defendant**

**Haskell L. Brown**                            represented by     **Tony Michael Graham**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **William Francis Smith**
                                                                 (See above for address)
                                                                 *TERMINATED: 05/03/2023*
                                                                 *LEAD ATTORNEY*

                                                                 **Ronnie Jack Freeman**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Katherine Brown**                             represented by     **A Michelle Campney**
                                                                 Cheek & Falcone, PLLC
                                                                 6301 Waterford Boulevard
                                                                 Ste 320
                                                                 Oklahoma City
                                                                 Oklahoma City, OK 73118
                                                                 405–286–9191
                                                                 Fax: 405–286–9670
                                                                 Email: mcampney@cheekfalcone.com
                                                                 *TERMINATED: 07/02/2010*

*LEAD ATTORNEY*

**Adam Scott Weintraub**
Adam Scott Weintraub
1836 South Baltimore
Tulsa, OK 74119
918–582–0582
Fax: 918–587–8925
Email: asw@savagelaw.cc
*TERMINATED: 05/16/2006*
*LEAD ATTORNEY*

**David Alden Walls**
Phillips Murrah PC
101 N ROBINSON 13TH FLR
OKLAHOMA CITY, OK 73102
405–235–4100
Fax: 405–235–4133
Email: dawalls@phillipsmurrah.com
*TERMINATED: 01/03/2007*
*LEAD ATTORNEY*

**Ronald L Walker**
Tomlinson Rust McKinstry Grable
211 N ROBINSON STE 450
OKLAHOMA CITY, OK 73102
405–606–3370
Fax: 877–917–1559
Email: ronw@tmoklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Kermit Brown**                    represented by   **A Michelle Campney**
(See above for address)
*TERMINATED: 07/02/2010*
*LEAD ATTORNEY*

**Adam Scott Weintraub**
(See above for address)
*TERMINATED: 05/16/2006*
*LEAD ATTORNEY*

**David Alden Walls**
(See above for address)
*TERMINATED: 01/03/2007*
*LEAD ATTORNEY*

**Ronald L Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Ronald Allen Brown**

**Third Party Defendant**

**Bryan Sand & Gravel**

**Third Party Defendant**

**Burnt Cabin Marina & Resort, LLC**

**Third Party Defendant**

**Steven Wesley Cain**

**Third Party Defendant**

**Linda Mathis Canada**                          represented by    **Tony Michael Graham**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **William Francis Smith**
                                                 (See above for address)
                                                 *TERMINATED: 05/03/2023*
                                                 *LEAD ATTORNEY*

                                                 **Ronnie Jack Freeman**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Roger K. Canada**                              represented by    **Tony Michael Graham**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **William Francis Smith**
                                                 (See above for address)
                                                 *TERMINATED: 05/03/2023*
                                                 *LEAD ATTORNEY*

                                                 **Ronnie Jack Freeman**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Darryl Cates**

**Third Party Defendant**

**LaDonna Eddings Caviness**                     represented by    **Tony Michael Graham**
                                                 (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Cherry Springs Golf Club, Inc.**                represented by    **Tony Michael Graham**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **William Francis Smith**
                                                                    (See above for address)
                                                                    *TERMINATED: 05/03/2023*
                                                                    *LEAD ATTORNEY*

                                                                    **Ronnie Jack Freeman**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Tahlequah, City of**                           represented by    **Robert Park Medearis , Jr**
                                                                    Medearis Law Firm PLLC
                                                                    226 W CHOCTAW
                                                                    TAHLEQUAH, OK 74464
                                                                    918–456–4848
                                                                    Fax: 918–456–8080
                                                                    Email: medearislawfirm@sbcglobal.net
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Watts, City of**                               represented by    **Jo Nan Allen**
                                                                    Herrold Herrold & Davis
                                                                    100 W 5TH ST STE 300
                                                                    TULSA, OK 74103–4212
                                                                    918–245–2555
                                                                    Fax: 918–245–4449
                                                                    Email: jonanallen@yahoo.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Westville, City of**

**Third Party Defendant**

**Gordon W. Clinton**                    represented by  **Gordon W. Clinton**
                                                        23605 S GOODNIGHT LN
                                                        WELLING, OK 74471
                                                        *PRO SE*

**Third Party Defendant**

**Susann Clinton**                       represented by  **Susann Clinton**
                                                        23605 S GOODNIGHT LN
                                                        WELLING, OK 74471
                                                        *PRO SE*

**Third Party Defendant**

**Gene Colburn**                         represented by  **Tony Michael Graham**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Francis Smith**
                                                        (See above for address)
                                                        *TERMINATED: 05/03/2023*
                                                        *LEAD ATTORNEY*

                                                        **Ronnie Jack Freeman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Lorene Colburn**                       represented by  **Tony Michael Graham**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Francis Smith**
                                                        (See above for address)
                                                        *TERMINATED: 05/03/2023*
                                                        *LEAD ATTORNEY*

                                                        **Ronnie Jack Freeman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Brooks P. Connor**                     represented by  **Tony Michael Graham**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

M. Wesley Connor                          represented by    **Tony Michael Graham**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Francis Smith**
                                                            (See above for address)
                                                            *TERMINATED: 05/03/2023*
                                                            *LEAD ATTORNEY*

                                                            **Ronnie Jack Freeman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

John E. Cotherman                         represented by    **Jo Nan Allen**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

Julie A. Cotherman                        represented by    **Jo Nan Allen**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

Tom Cotton                                represented by    **Tony Michael Graham**
*Individually and d/b/a Chicken Creek*                     (See above for address)
*Village Store*                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Francis Smith**
                                                            (See above for address)
                                                            *TERMINATED: 05/03/2023*
                                                            *LEAD ATTORNEY*

                                                            **Ronnie Jack Freeman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**George Cripps**

**Third Party Defendant**

**John T. Cripps**

**Third Party Defendant**

**Billie Davis**

represented by **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Kenneth E. Davis**

**Third Party Defendant**

**Veraman Davis**

represented by **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Eugene Dill**
*Individually and d/b/a Cookson Country*
*Store and Cabins*

represented by **Eugene Dill**
address unknown
918–457–5171
PRO SE

**Third Party Defendant**

**Wanda L. Dotson**

represented by **K Clark Phipps**
Atkinson Haskins Nellis Brittingham

Gladd & Fiasco
525 S MAIN STE 1500
TULSA, OK 74103–4524
918–582–8877
Fax: 918–585–8096
Email: cphipps@abg–oklaw.com
*TERMINATED: 07/12/2006*
*LEAD ATTORNEY*

**Third Party Defendant**

**Donna Doyle**                          represented by    **Lloyd E Cole , Jr**
*Individually and d/b/a Simpson Diary*                    (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Ray Dean Doyle**                       represented by    **Lloyd E Cole , Jr**
*Individually and d/b/a Simpson Diary*                    (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Eagle Nursery, LLC**                   represented by    **Linda C Martin**
*doing business as*                                       Doerner Saunders Daniel & Anderson LLP
Midwestern Nursery Containers Division                    (Tulsa)
                                                          TWO W SECOND ST STE 700
                                                          TULSA, OK 74103–3117
                                                          918–591–5307
                                                          Fax: 918–925–5307
                                                          Email: lmartin@dsda.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Alice L. Earl**
*Individually and d/b/a Pettit Bay Cabins*
*& Grocery*

**Third Party Defendant**

**Ewell Van Earl**
*Individually and d/b/a Pettit Bay Cabins*
*& Grocery*

**Third Party Defendant**

**Elmo Eddings**                         represented by    **Tony Michael Graham**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Thomas E. Eddings**                    represented by  **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Elk Creek Landing**

**Third Party Defendant**

**Falcon Floats, Inc.**                    represented by  **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Hoby Ferrell**                    represented by  **Douglas L Boyd**
1717 E 15th St
Tulsa, OK 74104–4656
918–742–9580
Fax: 918–742–9530
Email: dboyd31244@aol.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Linda S. Fidler**

**Third Party Defendant**

**Ronald Lee Fidler**

**Third Party Defendant**

**Fidlers Bend Farms & Trading Co.,
LLC**

**Third Party Defendant**

**Fin & Feather Resort, Inc.**                    represented by    **Jo Nan Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Flint Creek Farm, LLC**

**Third Party Defendant**

**Flint Ridge Property Owners
Association, Inc.**                              represented by    **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Flintridge Park, LLC**                         represented by    **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Rickey Neil Fowler**                    represented by    **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Tonya Fowler**                    represented by    **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Frates Properties, Inc.**

**Third Party Defendant**

**Marjorie Garman**                    represented by    **Marjorie Garman**
19031 US HWY 412
COLCORD, OK 74338–3861
PRO SE

**Earl Buddy Chadick**
(See above for address)
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**Vincent O Chadick**
(See above for address)
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**Third Party Defendant**

**Garner Garrison**                                  represented by    **Thomas James McGeady**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Bobby Jay Coffman**
                                                                      (See above for address)
                                                                      *TERMINATED: 07/03/2007*

                                                                      **John Stephen Neas**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Lena Garrison**                                   represented by    **Thomas James McGeady**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Bobby Jay Coffman**
                                                                      (See above for address)
                                                                      *TERMINATED: 07/03/2007*

                                                                      **John Stephen Neas**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**James C Geiger**                                  represented by    **James C Geiger**
*Individually and d/b/a Spencer Ridge*                               address unknown
*Resort*                                                             PRO SE

**Third Party Defendant**

**Billy D. Glenn**                                  represented by    **Tony Michael Graham**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **William Francis Smith**
                                                                      (See above for address)
                                                                      *TERMINATED: 05/03/2023*
                                                                      *LEAD ATTORNEY*

                                                                      **Ronnie Jack Freeman**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Norma Glenn**                          represented by    **Tony Michael Graham**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Francis Smith**
                                                           (See above for address)
                                                           *TERMINATED: 05/03/2023*
                                                           *LEAD ATTORNEY*

                                                           **Ronnie Jack Freeman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Grande Villa, Inc.**                   represented by    **Tony Michael Graham**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Francis Smith**
                                                           (See above for address)
                                                           *TERMINATED: 05/03/2023*
                                                           *LEAD ATTORNEY*

                                                           **Ronnie Jack Freeman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Greater Tulsa Investments, LLC**       represented by    **Douglas L Boyd**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Greenleaf Nursery Co., Inc.**          represented by    **Tim K Baker**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Darrell Guffey**                       represented by    **Tony Michael Graham**
*Individually and d/b/a Seldom Rest Diary*                 (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Francis Smith**
                                                           (See above for address)
                                                           *TERMINATED: 05/03/2023*

*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Dianna Guffey**                    represented by    **Tony Michael Graham**
*Individually and d/b/a Seldom Rest Diary*            (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **William Francis Smith**
                                                      (See above for address)
                                                      *TERMINATED: 05/03/2023*
                                                      *LEAD ATTORNEY*

                                                      **Ronnie Jack Freeman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Darylene Hamm**

**Third Party Defendant**

**Farrell Hamm**

**Third Party Defendant**

**Jackie Hamm**

**Third Party Defendant**

**Laura Hamm**

**Third Party Defendant**

**Tom Hamm**

**Third Party Defendant**

**Tony Hamm**

**Third Party Defendant**

**Brian R. Hamrick**
*Individually and d/b/a Hanging Rock
Camp and Store*

**Third Party Defendant**

**Jenni Hamrick**
*Individually and d/b/a Hanging Rock
Camp and Store*

**Third Party Defendant**

**Stephen R. Hamrick**
*Individually and d/b/a Hanging Rock
Camp and Store*

**Third Party Defendant**

**Anthony Waye Hare**                    represented by    **Tony Michael Graham**
*Individually and d/b/a Crystal Creek*                    (See above for address)
*Ranch*                                                   *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Francis Smith**
                                                          (See above for address)
                                                          *TERMINATED: 05/03/2023*
                                                          *LEAD ATTORNEY*

                                                          **Ronnie Jack Freeman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Jerry W. Hare**                        represented by    **Tony Michael Graham**
*Individually and d/b/a Crystal Creek*                    (See above for address)
*Ranch*                                                   *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Francis Smith**
                                                          (See above for address)
                                                          *TERMINATED: 05/03/2023*
                                                          *LEAD ATTORNEY*

                                                          **Ronnie Jack Freeman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Mary Jo Hare**                         represented by    **Tony Michael Graham**
*Trustee of the Mary Jo Hare Revocable*                   (See above for address)
*Trust, individually and d/b/a Crystal*                   *LEAD ATTORNEY*
*Creek Ranch*                                             *ATTORNEY TO BE NOTICED*

                                                          **William Francis Smith**
                                                          (See above for address)
                                                          *TERMINATED: 05/03/2023*
                                                          *LEAD ATTORNEY*

                                                          **Ronnie Jack Freeman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Alfred E. Hembree**

**Third Party Defendant**

**Carolyn S. Hembree**

**Third Party Defendant**

**Bartow Hix**                                    represented by   **Angela Diane Cotner**
                                                                  Angela D Cotner Esq
                                                                  505 GRAY FOX RUN
                                                                  EDMOND, OK 73003
                                                                  405–823–7993
                                                                  Fax: 405–715–3710
                                                                  Email: profcotner@gmail.com
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Tony Michael Graham**
                                                                  (See above for address)
                                                                  *TERMINATED: 04/13/2006*
                                                                  *LEAD ATTORNEY*

                                                                  **Ronnie Jack Freeman**
                                                                  (See above for address)
                                                                  *TERMINATED: 04/13/2006*

**Third Party Defendant**

**Carolyn Hix**                                   represented by   **Tony Michael Graham**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **William Francis Smith**
                                                                  (See above for address)
                                                                  *TERMINATED: 05/03/2023*
                                                                  *LEAD ATTORNEY*

                                                                  **Ronnie Jack Freeman**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Danny E. Hix**                                  represented by   **Tony Michael Graham**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **William Francis Smith**
                                                                  (See above for address)

*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Rickey Joe Hix**                    represented by    **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Rita Hix**                    represented by    **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Wanda Hix**                    represented by    **Angela Diane Cotner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronnie Jack Freeman**
(See above for address)
*TERMINATED: 04/13/2006*

**Third Party Defendant**

**Cherrie House**                    represented by    **Cherrie House**
address unknown

PRO SE

**Third Party Defendant**

**William House**                                    represented by   **William House**
                                                                     address unknown
                                                                     PRO SE

**Third Party Defendant**

**Billie D. Howard**                               represented by   **Lloyd E Cole , Jr**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Illinois River Ranch Property Owners
Association**                                      represented by   **Lloyd E Cole , Jr**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Ronnie Jack Freeman**
                                                                     (See above for address)
                                                                     *TERMINATED: 04/13/2006*

**Third Party Defendant**

**Illinois River Ranch Recreational
Vehicle Park Property Owners
Association**                                      represented by   **Tony Michael Graham**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **William Francis Smith**
                                                                     (See above for address)
                                                                     *TERMINATED: 05/03/2023*
                                                                     *LEAD ATTORNEY*

                                                                     **Ronnie Jack Freeman**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Illinois River Valley Nursery, Inc.**            represented by   **Tony Michael Graham**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **William Francis Smith**
                                                                     (See above for address)
                                                                     *TERMINATED: 05/03/2023*
                                                                     *LEAD ATTORNEY*

                                                                     **Ronnie Jack Freeman**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**J5 Ranch, LLC**                      represented by   **Tony Michael Graham**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Francis Smith**
                                                         (See above for address)
                                                         *TERMINATED: 05/03/2023*
                                                         *LEAD ATTORNEY*

                                                         **Ronnie Jack Freeman**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**John Doe**
*sued as: John and/or Jane Doe 1 through 150*

**Third Party Defendant**

**John T. Posey, Jr. Trust**           represented by   **Tony Michael Graham**
*Individually and d/b/a Meadow Park RV*                 (See above for address)
*Park*                                                  *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Francis Smith**
                                                         (See above for address)
                                                         *TERMINATED: 05/03/2023*
                                                         *LEAD ATTORNEY*

                                                         **Ronnie Jack Freeman**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Erin Jones**                         represented by   **Tony Michael Graham**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Francis Smith**
                                                         (See above for address)
                                                         *TERMINATED: 05/03/2023*
                                                         *LEAD ATTORNEY*

                                                         **Ronnie Jack Freeman**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**James Thomas Jones**                    represented by    **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Barbara L. Kelley**                     represented by    **Kenneth Edward Wagner**
*Individually and d/b/a Diamond Head*                      Latham Steele Lehman
*Resort*                                                   1515 E 71st ST STE 200
                                                           TULSA, OK 74136
                                                           918–970–2000
                                                           Fax: 918–970–2002
                                                           Email: kwagner@lwsl–law.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Laura E Samuelson**
(See above for address)
*TERMINATED: 01/30/2008*
*LEAD ATTORNEY*

**Marcus N Ratcliff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Kevin R. Kelley**                       represented by    **Laura E Samuelson**
*Individually and d/b/a Diamond Head*                      (See above for address)
*Resort*                                                   *TERMINATED: 01/30/2008*
                                                           *LEAD ATTORNEY*

**Marcus N Ratcliff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Mark Kelly**                          represented by  **Tony Michael Graham**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **William Francis Smith**
                                        (See above for address)
                                        *TERMINATED: 05/03/2023*
                                        *LEAD ATTORNEY*

                                        **Ronnie Jack Freeman**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Melissa Kelly**                       represented by  **Tony Michael Graham**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **William Francis Smith**
                                        (See above for address)
                                        *TERMINATED: 05/03/2023*
                                        *LEAD ATTORNEY*

                                        **Ronnie Jack Freeman**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Bonnie Eddings Kile**                 represented by  **Tony Michael Graham**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **William Francis Smith**
                                        (See above for address)
                                        *TERMINATED: 05/03/2023*
                                        *LEAD ATTORNEY*

                                        **Ronnie Jack Freeman**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Dorothy Gene Lamb**                   represented by  **Dorothy Gene Lamb**
                                        address unknown
                                        PRO SE

**Third Party Defendant**

**James Lamb**        represented by    **James Lamb**
address unknown
PRO SE

**Third Party Defendant**

**Carolyn R. Lockwood**      represented by    **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Larry R. Lockwood**      represented by    **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Charline Eddings Long**      represented by    **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Ancil Maggard**                                  represented by   **Tony Michael Graham**
                                                                   (See above for address)
                                                                   *TERMINATED: 07/25/2006*
                                                                   *LEAD ATTORNEY*

                                                                   **Ronnie Jack Freeman**
                                                                   (See above for address)
                                                                   *TERMINATED: 07/25/2006*

**Third Party Defendant**

**Doris Mares**                                    represented by   **Doris Mares**
*Individually and d/b/a Cookson Country*                           address unknown
*Store and Cabins*                                                 PRO SE

**Third Party Defendant**

**Ivan Marion**

**Third Party Defendant**

**Dale E. Mathews**                                represented by   **Tony Michael Graham**
*Co−Trustee of the Dale E. Mathews*                                (See above for address)
*Trust*                                                            *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **William Francis Smith**
                                                                   (See above for address)
                                                                   *TERMINATED: 05/03/2023*
                                                                   *LEAD ATTORNEY*

                                                                   **Ronnie Jack Freeman**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Ellen Mathews**                                  represented by   **Tony Michael Graham**
*Co−Trustee of the Dale E. Mathews*                                (See above for address)
*Trust*                                                            *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **William Francis Smith**
                                                                   (See above for address)
                                                                   *TERMINATED: 05/03/2023*
                                                                   *LEAD ATTORNEY*

                                                                   **Ronnie Jack Freeman**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Dorothy Ann Means**                              represented by   **John Brian DesBarres**
*Individually, and as Trustee of the Jerry*                        (See above for address)

*L. Means Trust and Trustee of the*
*Dorothy Ann Means Trust*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tony Michael Graham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Jerry Means**                                    represented by    **John Brian DesBarres**
*Individually, and as Trustee of the Jerry*                          (See above for address)
*L. Means Trust and Trustee of the*                                  *LEAD ATTORNEY*
*Dorothy Ann Means Trust*                                            *ATTORNEY TO BE NOTICED*

**Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Carl Merseburgh**

**Third Party Defendant**

**Millie Seratt Trust**                            represented by    **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**James Morrison**

**Third Party Defendant**

**Susan Morrison**

**Third Party Defendant**

**Darrell Moss**                                             represented by   **Tony Michael Graham**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Francis Smith**
                                                            (See above for address)
                                                            *TERMINATED: 05/03/2023*
                                                            *LEAD ATTORNEY*

                                                            **Ronnie Jack Freeman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**John Nickle**                                             represented by   **Tony Michael Graham**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Francis Smith**
                                                            (See above for address)
                                                            *TERMINATED: 05/03/2023*
                                                            *LEAD ATTORNEY*

                                                            **Ronnie Jack Freeman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Northland Farms, LLC**                                    represented by   **Linda C Martin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**One Degree Lawn Care**

**Third Party Defendant**

**Park Hill Plants & Trees, Inc.**                    represented by  **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Daniel L. Parker**                    represented by  **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Archie R. Peyton, Jr.**                    represented by  **Tim K Baker**
*Trustee of the Peyton Family Trust,*                    (See above for address)
*individually and d/b/a Peyton's Place*                    *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Virginia M. Peyton**                    represented by  **Tim K Baker**
*Trustee of the Peyton Family Trust,*                    (See above for address)
*individually and d/b/a Peyton's Place*                    *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Pine Cove Marina, Inc.**
*a/k/a Pine Cove Marina & Clearwater*
*Cafe*

**Third Party Defendant**

**John T. Posey, Jr.**                    represented by  **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Pro Lawn Services, Inc.**

**Third Party Defendant**

**Evelyn Proctor**                    represented by  **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Jesse T. Proctor**

**Third Party Defendant**

**Phillip Dewayne Proctor**                    represented by  **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**River Farms of Tahlequah, LLC**                    represented by  **William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tony Michael Graham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Riverside RV Resort and
Campground, LLC**

**Third Party Defendant**

**Anne Marie Sanders**                 represented by  **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Verlie B. Secratt**                  represented by  **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Sequoyah Fuels International
Corporation**                          represented by  **Linda C Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Sue Eddings Shankle**                    represented by  **Tony Michael Graham**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Francis Smith**
                                                           (See above for address)
                                                           *TERMINATED: 05/03/2023*
                                                           *LEAD ATTORNEY*

                                                           **Ronnie Jack Freeman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Floyd Simmons**                          represented by  **Lloyd E Cole , Jr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Billy Simpson**                          represented by  **John Brian DesBarres**
*Individually and d/b/a Simpson Diary*                     (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Tony Michael Graham**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Francis Smith**
                                                           (See above for address)
                                                           *TERMINATED: 05/03/2023*
                                                           *LEAD ATTORNEY*

                                                           **Ronnie Jack Freeman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Sixshooter Resort and Marina, Inc.**

**Third Party Defendant**

**Skelly Ranch, Inc.**                     represented by  **Tony Michael Graham**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Francis Smith**

(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Robert A. Smith**                                    represented by    **Tony Michael Graham**
*Trustee of the Robert A. Smith Trust*                                  (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **William Francis Smith**
                                                                        (See above for address)
                                                                        *TERMINATED: 05/03/2023*
                                                                        *LEAD ATTORNEY*

                                                                        **Ronnie Jack Freeman**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Sylvia S. Smith**                                    represented by    **Tony Michael Graham**
*Trustee of the Robert A. Smith Trust*                                  (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **William Francis Smith**
                                                                        (See above for address)
                                                                        *TERMINATED: 05/03/2023*
                                                                        *LEAD ATTORNEY*

                                                                        **Ronnie Jack Freeman**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Snake Creek Marina**                                 represented by    **Derek Stewart Allan Lawrence**
                                                                        Holden & Montejano
                                                                        15 E 5TH ST STE 3900
                                                                        TULSA, OK 74103
                                                                        918–295–8888
                                                                        Fax: 918–295–8889
                                                                        Email: hm@holdenoklahoma.com
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Don William Danz**
                                                                        Maurice Woods, II PLLC

410 N.W. 13th Street
Oklahoma City, OK 73103
405–232–5067
Fax: 405–232–0009
Email: don@mwoodslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Drew Austin Lagow**
Cox, PLLC
8144 Walnut Hill Lane
Suite 1090
Dallas, TX 75231
214–444–7050
Fax: 469–340–1884
Email: dlagow@coxpllc.com
*TERMINATED: 08/02/2019*
*LEAD ATTORNEY*

**Grace Elizabeth Dawkins**
Holden & Montejano
15 E 5TH ST STE 3900
TULSA, OK 74103
918–295–8888
Fax: 918–295–8889
Email: gracedawkins@holdenlitigation.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lee Carr**
McAfee & Taft
2 West 2nd Street
Williams Center Tower II
Suite 1100
Tulsa, OK 74103
918–587–0000
Fax: 918–599–9317
Email: mike.carr@mcafeetaft.com
*TERMINATED: 01/16/2018*
*LEAD ATTORNEY*

**Michelle B Skeens**
Holden & Montejano
15 E 5TH ST STE 3900
TULSA, OK 74103
918–295–8888
Fax: 918–295–8889
Email: hm@holdenoklahoma.com
*LEAD ATTORNEY*

**Philard Leaon Rounds , Jr**
Steidley & Neal (Tulsa)

2448 E 81ST ST FLR 53
TULSA, OK 74137
918–664–4612
Fax: 918–664–4133
Email: plr@steidley–neal.com
*TERMINATED: 03/22/2018*
*LEAD ATTORNEY*

**Robert Earl Applegate**
Holden Litigation
Senior Attorney
15 E. 5th St
Suite 3900
Tulsa, OK 74013
918–295–8888
Fax: 918–295–8889
Email: robertapplegate@holdenlitigation.com
*TERMINATED: 01/23/2007*
*LEAD ATTORNEY*

**Steven Ernest Holden**
Holden & Montejano
15 E 5TH ST STE 3900
TULSA, OK 74103
918–295–8888
Fax: 918–295–8889
Email: hm@HoldenLitigation.com
*TERMINATED: 07/17/2006*
*LEAD ATTORNEY*

<u>**Third Party Defendant**</u>

**Snake Creek Wilderness Development,**          represented by    **Tony Michael Graham**
**Inc.**                                                            (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **William Francis Smith**
                                                                   (See above for address)
                                                                   *TERMINATED: 05/03/2023*
                                                                   *LEAD ATTORNEY*

                                                                   **Ronnie Jack Freeman**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

<u>**Third Party Defendant**</u>

**Brenda Spears**                                represented by    **Tony Michael Graham**
*Individually and d/b/a Pine Valley*                               (See above for address)
*Cabins*                                                           *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

Brenda K. Spears                    represented by    **William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tony Michael Graham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

David Spears                    represented by    **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

Jack Spears                    represented by    **William Francis Smith**
*Individually and d/b/a Pine Valley*                    (See above for address)
*Cabins*                    *TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tony Michael Graham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Jane T. Spencer**
*Individually and d/b/a Spencer Ridge*
*Resort*

**Third Party Defendant**

**Kenneth D. Spencer**
*Individually and d/b/a Spencer Ridge*
*Resort*

**Third Party Defendant**

| | | |
|---|---|---|
| **Spring Hollow Feed Mill, Inc.** | represented by | **Tony Michael Graham** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **William Francis Smith** |
| | | (See above for address) |
| | | *TERMINATED: 05/03/2023* |
| | | *LEAD ATTORNEY* |
| | | |
| | | **Ronnie Jack Freeman** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Third Party Defendant**

| | | |
|---|---|---|
| **Louise Squyres** | represented by | **Monte W Strout** |
| *Individually and d/b/a MX Ranch* | | 209 W Keetoowah |
| | | Tahlequah, OK 74464–3821 |
| | | 918–456–1353 |
| | | Fax: 918–456–7768 |
| | | Email: strout@xtremeinet.net |

**Third Party Defendant**

| | | |
|---|---|---|
| **Bill Stewart** | represented by | **Tony Michael Graham** |
| *Individually and d/b/a Dutchman's* | | (See above for address) |
| *Cabins* | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **William Francis Smith** |
| | | (See above for address) |
| | | *TERMINATED: 05/03/2023* |
| | | *LEAD ATTORNEY* |
| | | |
| | | **R Pope Van Cleef , Jr** |
| | | Robertson & Williams |
| | | 3033 NW 63RD ST. STE 200 |
| | | OKLAHOMA CITY, OK 73116–3607 |
| | | 405–848–1944 |

Fax: 405–843–6707
Email: popevan@robertsonwilliams.com
*TERMINATED: 08/24/2006*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Bobbie Ann Stratton**

**Third Party Defendant**

**David Albert Stratton**

**Third Party Defendant**

**Strayhorn Landing Marina & Gene's
Scuba Sales**

**Third Party Defendant**

**T&M Sand and Gravel, Inc.**

**Third Party Defendant**

**Tahlequah Livestock Auctin, Inc.**     represented by     **Mackenzie Lea Hamilton Jessie**
                                                            Baker & Baker
                                                            303 W Keetoowah
                                                            Tahlequah, OK 74464
                                                            918–456–0618
                                                            Fax: 918–456–1983
                                                            Email: maci.tbakerlaw@sbcglobal.net
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Tim K Baker**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Elise Tarrance**                       represented by     **Tony Michael Graham**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Francis Smith**
                                                            (See above for address)
                                                            *TERMINATED: 05/03/2023*
                                                            *LEAD ATTORNEY*

                                                            **Ronnie Jack Freeman**
                                                            (See above for address)

*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Willie Tarrance**                     represented by    **Tony Michael Graham**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Francis Smith**
                                                          (See above for address)
                                                          *TERMINATED: 05/03/2023*
                                                          *LEAD ATTORNEY*

                                                          **Ronnie Jack Freeman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Tom Tate**                            represented by    **Tony Michael Graham**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Francis Smith**
                                                          (See above for address)
                                                          *TERMINATED: 05/03/2023*
                                                          *LEAD ATTORNEY*

                                                          **Ronnie Jack Freeman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Richard M. Taylor**

**Third Party Defendant**

**Tenkiller Golf Club**

**Third Party Defendant**

**Hayes Family Limited Partnership, The**

**Third Party Defendant**

**Thornton Lawn & Exterminating, Inc.**

**Third Party Defendant**

**Thunderbird Resort, Inc.**            represented by    **Tony Michael Graham**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**John E. and Virginia W. Adair Family Trust**
*Trustees of the Revocable Trust*

represented by **William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Tumbling T. Bar, LLC**

represented by **Angela Diane Cotner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Turf Professional**

**Third Party Defendant**

**Twin City Construction, Inc.**

represented by **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Katherine Tye**

represented by **Tim K Baker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Kevin Tye**                                      represented by   **Tim K Baker**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Bishop H. Wadsworth**
*Individually and d/b/a Cookson Log
Cabin Motel*

**Third Party Defendant**

**Wilma F. Wadsworth**
*Individually and d/b/a Cookson Log
Cabin Motel*

**Third Party Defendant**

**War Eagle Floats, Inc.**                         represented by   **Tim K Baker**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Helen Watts**                                    represented by   **Tony Michael Graham**
*Trustee of The Helen Watts Revocable*                            (See above for address)
*Trust*                                                           *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **William Francis Smith**
                                                                  (See above for address)
                                                                  *TERMINATED: 05/03/2023*
                                                                  *LEAD ATTORNEY*

                                                                  **Ronnie Jack Freeman**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Simp Watts**                                     represented by   **Tony Michael Graham**
*Trustee of the Simp Watts Revocable*                             (See above for address)
*Trust*                                                           *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **William Francis Smith**
                                                                  (See above for address)
                                                                  *TERMINATED: 05/03/2023*
                                                                  *LEAD ATTORNEY*

                                                                  **Ronnie Jack Freeman**
                                                                  (See above for address)

*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Wauhillau Outing Club**                    represented by    **Michael Andrew Pollard**
Michael A Pollard PC
624 S BOSTON STE 1035
TULSA, OK 74119
918–582–4446
Email: map@pollardlawok.com
*LEAD ATTORNEY*

**Reuben Davis**
address unknown
Email: reuben.davis@mcafeetaft.com
*LEAD ATTORNEY*

**Third Party Defendant**

**Claire Wells**                             represented by    **Monte W Strout**
*Individually and d/b/a MX Ranch*                             (See above for address)

**Third Party Defendant**

**Eurma White**
*Individually and d/b/a Baron Fork Creek
Camp*

**Third Party Defendant**

**William D Langley**

**Third Party Defendant**

**Bobby Williams**                           represented by    **Tony Michael Graham**
*Individually and d/b/a Williams Diary*                        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Christina Williams**                       represented by    **Tony Michael Graham**
*Individually and d/b/a Williams Diary*                        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Clifton Williams**                    represented by    **Tony Michael Graham**
*Individually and d/b/a Williams Diary*                   (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Francis Smith**
                                                          (See above for address)
                                                          *TERMINATED: 05/03/2023*
                                                          *LEAD ATTORNEY*

                                                          **Ronnie Jack Freeman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Jerry D. Williams**                   represented by    **Tony Michael Graham**
*Individually and d/b/a Williams Diary*                   (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Francis Smith**
                                                          (See above for address)
                                                          *TERMINATED: 05/03/2023*
                                                          *LEAD ATTORNEY*

                                                          **Ronnie Jack Freeman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Marian Williams**                     represented by    **Tony Michael Graham**
*Individually and d/b/a Williams Diary*                   (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Francis Smith**
                                                          (See above for address)
                                                          *TERMINATED: 05/03/2023*
                                                          *LEAD ATTORNEY*

                                                          **Ronnie Jack Freeman**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Norma Williams**                    represented by    **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Perry Williams**                    represented by    **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Dean Wilmoth**

**Third Party Defendant**

**Charles W. Wilson**                 represented by    **Tony Michael Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Francis Smith**
(See above for address)
*TERMINATED: 05/03/2023*
*LEAD ATTORNEY*

**Ronnie Jack Freeman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Kimberlee Wilson**                    represented by    **Tony Michael Graham**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Francis Smith**
                                                        (See above for address)
                                                        *TERMINATED: 05/03/2023*
                                                        *LEAD ATTORNEY*

                                                        **Ronnie Jack Freeman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Gail B. Wilton**

**Third Party Defendant**

**David R. Wofford**

**Third Party Defendant**

**Robin L. Wofford**                    represented by    **Robin L. Wofford**
                                                        Rt 2, Box 370
                                                        Watts, OK 74964
                                                        PRO SE

**Third Party Defendant**

**Mildred Rayls Woodward**

**Third Party Defendant**

**Suzanne M. Zieders**                  represented by    **Jerry Maddux**
                                                        Maddux, Ihrig & Shamhart, PLLC
                                                        OK
                                                        224 E. 4th St
                                                        Bartlesville
                                                        Bartlesville, OK 74003
                                                        918–214–8040
                                                        Email: jerry@madduxihrig.com
                                                        *TERMINATED: 07/24/2024*
                                                        *LEAD ATTORNEY*

                                                        **Jerry M Maddux**
                                                        ADDRESS UNKNOWN
                                                        *TERMINATED: 07/24/2024*
                                                        *LEAD ATTORNEY*

                                                        **Thomas Janer**
                                                        Selby Connor & Janer

P O BOX Z
BARTLESVILLE, OK 74005−5025
918−336−8114
Fax: 918−336−6441
Email: tjaner@scmjlaw.com
*ATTORNEY TO BE NOTICED*

**Third Party Plaintiff**

**Cargill Turkey Production, LLC**                    represented by **Aaron Van Oort**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Waite ,**
Faegre Drinker Biddle & Reath LLP

300 N. Meridian
Suite 2500

Indianapolis, IN 46204
317−237−8211
Fax:
Email: amy.waite@faegredrinker.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bruce Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin C Deihl**
(See above for address)
*TERMINATED: 10/10/2023*
*LEAD ATTORNEY*

**Colin Hampton Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dara D Mann**
(See above for address)
*TERMINATED: 08/11/2009*
*LEAD ATTORNEY*

**Delmar R Ehrich**
(See above for address)
*TERMINATED: 12/20/2024*
*LEAD ATTORNEY*

**Jacob Bylund**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Justman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F Jeske**
(See above for address)
*TERMINATED: 03/08/2006*
*LEAD ATTORNEY*

**Krisann C. Kleibacker Lee**
(See above for address)
*TERMINATED: 06/15/2023*
*LEAD ATTORNEY*

**Leslie Jane Southerland**
(See above for address)
*TERMINATED: 02/05/2009*
*LEAD ATTORNEY*

**Melissa Carol Collins**
(See above for address)
*LEAD ATTORNEY*

**Randall E Kahnke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry Wayen West**
(See above for address)
*TERMINATED: 06/15/2023*
*LEAD ATTORNEY*

**Todd P Walker**
(See above for address)
*TERMINATED: 06/12/2023*
*LEAD ATTORNEY*

**John H Tucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Tahlequah, City of**          represented by  **Robert Park Medearis , Jr**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Westville, City of**

**Counter Claimant**

**Watts, City of**

**Counter Defendant**

| | | |
|---|---|---|
| **Peterson Farms, Inc.** | represented by | **Archer Scott McDaniel** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

                                             **Nicole Marie Longwell**
  (See above for address)
  *TERMINATED: 09/04/2012*
  *LEAD ATTORNEY*

  **Sherry P Bartley**
  (See above for address)
  *TERMINATED: 01/07/2025*
  *LEAD ATTORNEY*

**Counter Defendant**

| | | |
|---|---|---|
| **Cargill Turkey Production, LLC** | represented by | **Aaron Van Oort** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

  **Amy Waite ,**
  (See above for address)
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

  **Bruce Jones**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Colin C Deihl**
  (See above for address)
  *TERMINATED: 10/10/2023*
  *LEAD ATTORNEY*

  **Dara D Mann**
  (See above for address)
  *TERMINATED: 08/11/2009*
  *LEAD ATTORNEY*

**Jacob Bylund**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Justman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Krisann C. Kleibacker Lee**
(See above for address)
*TERMINATED: 06/15/2023*
*LEAD ATTORNEY*

**Leslie Jane Southerland**
(See above for address)
*TERMINATED: 02/05/2009*
*LEAD ATTORNEY*

**Melissa Carol Collins**
(See above for address)
*LEAD ATTORNEY*

**Randall E Kahnke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd P Walker**
(See above for address)
*TERMINATED: 06/12/2023*
*LEAD ATTORNEY*

**Counter Claimant**

**Watts, City of**                          represented by   **Jo Nan Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Tyson Poultry, Inc.**                     represented by   **Adam Deckinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Mundel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin R Darst**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erik J Ives**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erin Walker Thompson**
(See above for address)
*TERMINATED: 07/30/2013*
*LEAD ATTORNEY*

**Stuart Larson Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy T Jones**
(See above for address)
*LEAD ATTORNEY*

**Cody L. Reaves**
(See above for address)
*TERMINATED: 02/21/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael R. Bond**
(See above for address)
*TERMINATED: 07/30/2013*

**Counter Defendant**

**Tyson Foods, Inc.**                represented by    **Adam Deckinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Mundel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin R Darst**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erik J Ives**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erin Walker Thompson**
(See above for address)
*TERMINATED: 07/30/2013*
*LEAD ATTORNEY*

**Stuart Larson Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy T Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cody L. Reaves**
(See above for address)
*TERMINATED: 02/21/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael R. Bond**
(See above for address)
*TERMINATED: 07/30/2013*

**Counter Defendant**

**Tyson Chicken, Inc.**                     represented by  **Adam Deckinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Mundel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin R Darst**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erik J Ives**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erin Walker Thompson**
(See above for address)
*TERMINATED: 07/30/2013*
*LEAD ATTORNEY*

**Stuart Larson Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy T Jones**
(See above for address)
*LEAD ATTORNEY*

**Cody L. Reaves**
(See above for address)
*TERMINATED: 02/21/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael R. Bond**
(See above for address)
*TERMINATED: 07/30/2013*

**Counter Defendant**

**Cobb–Vantress, Inc.**    represented by    **Adam Deckinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Mundel**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin R Darst**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erik J Ives**
(See above for address)
*TERMINATED: 03/06/2013*
*LEAD ATTORNEY*

**Erin Walker Thompson**

(See above for address)
*TERMINATED: 07/30/2013*
*LEAD ATTORNEY*

**Michael R. Bond**
(See above for address)
*TERMINATED: 07/30/2013*
*LEAD ATTORNEY*

**Stuart Larson Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy T Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cody L. Reaves**
(See above for address)
*TERMINATED: 02/21/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Simmons Foods, Inc.**                    represented by    **John R Elrod**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **P Joshua Wisley**
                                                             (See above for address)
                                                             *TERMINATED: 09/22/2021*

**Counter Defendant**

**George's, Inc.**                         represented by    **Earl Buddy Chadick**
                                                             (See above for address)
                                                             *TERMINATED: 07/10/2014*
                                                             *LEAD ATTORNEY*

                                                             **Gary Vincent Weeks**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **James Martin Graves**
                                                             (See above for address)
                                                             *TERMINATED: 07/10/2014*
                                                             *LEAD ATTORNEY*

**Paul E Thompson , Jr**
(See above for address)
*TERMINATED: 11/18/2008*
*LEAD ATTORNEY*

**Randall Eugene Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent O Chadick**
(See above for address)
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**Kristy Boehler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Willow Brook Foods, Inc.**          represented by   **Frank M Evans , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Stockton Griffin**
(See above for address)
*TERMINATED: 08/07/2019*
*LEAD ATTORNEY*

**Counter Defendant**

**George's Farms, Inc.**          represented by   **Earl Buddy Chadick**
(See above for address)
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**Gary Vincent Weeks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Martin Graves**
(See above for address)
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**Paul E Thompson , Jr**
(See above for address)
*TERMINATED: 11/18/2008*
*LEAD ATTORNEY*

**Randall Eugene Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent O Chadick**
(See above for address)
*TERMINATED: 07/10/2014*
*LEAD ATTORNEY*

**Kristy Boehler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**T&M Sand and Gravel, Inc.**

**Cross Claimant**

**Cargill Turkey Production, LLC**          represented by  **Aaron Van Oort**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Waite ,**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Colin C Deihl**
(See above for address)
*TERMINATED: 10/10/2023*
*LEAD ATTORNEY*

**Colin Hampton Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dara D Mann**
(See above for address)
*TERMINATED: 08/11/2009*
*LEAD ATTORNEY*

**Jacob Bylund**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Justman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Krisann C. Kleibacker Lee**
(See above for address)
*TERMINATED: 06/15/2023*
*LEAD ATTORNEY*

**Leslie Jane Southerland**
(See above for address)
*TERMINATED: 02/05/2009*
*LEAD ATTORNEY*

**Melissa Carol Collins**
(See above for address)
*LEAD ATTORNEY*

**Randall E Kahnke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd P Walker**
(See above for address)
*TERMINATED: 06/12/2023*
*LEAD ATTORNEY*

**John H Tucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Watts, City of**                    represented by  **Jo Nan Allen**
(See above for address)
*LEAD ATTORNEY*

**Cross Claimant**

**Cargill, Inc.**                     represented by  **Aaron Van Oort**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Waite ,**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Colin C Deihl**
(See above for address)
*TERMINATED: 10/10/2023*

*LEAD ATTORNEY*

**Colin Hampton Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dara D Mann**
(See above for address)
*TERMINATED: 08/11/2009*
*LEAD ATTORNEY*

**Jacob Bylund**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Justman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Krisann C. Kleibacker Lee**
(See above for address)
*TERMINATED: 06/15/2023*
*LEAD ATTORNEY*

**Leslie Jane Southerland**
(See above for address)
*TERMINATED: 02/05/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Carol Collins**
(See above for address)
*LEAD ATTORNEY*

**Randall E Kahnke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd P Walker**
(See above for address)
*TERMINATED: 06/12/2023*
*LEAD ATTORNEY*

**John H Tucker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Tahlequah, City of**

**Cross Defendant**

**Watts, City of**                                    represented by  **Jo Nan Allen**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*


**Cross Defendant**

**Westville, City of**


| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2005 | 1 | CIVIL COVER SHEET by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (tjc, Dpty Clk) (Entered: 06/13/2005) |
| 06/13/2005 | 2 | COMPLAINT with Jury Demand against all defendants by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (tjc, Dpty Clk) (Attachment 1 replaced on 12/20/2018 to provide better image) (pll, Dpty Clk). (Entered: 06/13/2005) |
| 06/13/2005 | 3 | ATTORNEY APPEARANCE by W A Drew Edmondson on behalf of Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (tjc, Dpty Clk) (Entered: 06/13/2005) |
| 06/13/2005 | 4 | ATTORNEY APPEARANCE by Melvin David Riggs on behalf of Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (tjc, Dpty Clk) (Entered: 06/13/2005) |
| 06/13/2005 | 5 | ATTORNEY APPEARANCE by Richard T Garren on behalf of Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (tjc, Dpty Clk) (Entered: 06/13/2005) |
| 06/13/2005 | 6 | ATTORNEY APPEARANCE by Sharon K Weaver on behalf of Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (tjc, Dpty Clk) (Entered: 06/13/2005) |
| 06/13/2005 | 7 | ATTORNEY APPEARANCE by Douglas Allen Wilson on behalf of Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (tjc, Dpty Clk) (Entered: 06/13/2005) |
| 06/13/2005 | 8 | ATTORNEY APPEARANCE by Robert Allen Nance on behalf of Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (tjc, Dpty Clk) (Entered: 06/13/2005) |
| 06/13/2005 | 9 | FILING FEES Paid in Full by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (tjc, Dpty Clk) (Entered: 06/13/2005) |
| 06/16/2005 | 10 | ATTORNEY APPEARANCE by Dorothy Sharon Gentry on behalf of Attorney General of the State of Oklahoma (Gentry, Dorothy) (Entered: 06/16/2005) |
| 06/28/2005 | 11 | ATTORNEY APPEARANCE by Louis Werner Bullock on behalf of Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Bullock, Louis) (Entered: 06/28/2005) |

| 06/28/2005 | 12 | ATTORNEY APPEARANCE by James Randall Miller on behalf of Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Miller, James) (Entered: 06/28/2005) |
| 06/28/2005 | 13 | ATTORNEY APPEARANCE by David Phillip Page on behalf of Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Page, David) (Entered: 06/28/2005) |
| 06/30/2005 | 14 | MOTION for Attorney Elizabeth C. Ward to be Admitted Pro Hac Vice by Attorney General of the State of Oklahoma (Garren, Richard) (Entered: 06/30/2005) |
| 06/30/2005 | 15 | MOTION for Attorney Frederick C. Baker to be Admitted Pro Hac Vice by Attorney General of the State of Oklahoma (Garren, Richard) (Entered: 06/30/2005) |
| 06/30/2005 | 16 | MOTION for Attorney William H. Narwold to be Admitted Pro Hac Vice by Attorney General of the State of Oklahoma (Garren, Richard) (Entered: 06/30/2005) |
| 06/30/2005 | 17 | PRO HAC VICE FEES Paid for attorney(s) William H. Narwold, Frederick C. Baker, and Elizabeth C. Ward in the amount of $225 (Re: 14 MOTION for Attorney Elizabeth C. Ward to be Admitted Pro Hac Vice, 15 MOTION for Attorney Frederick C. Baker to be Admitted Pro Hac Vice, 16 MOTION for Attorney William H. Narwold to be Admitted Pro Hac Vice) (kjp, Dpty Clk) (Entered: 07/01/2005) |
| 08/19/2005 | 18 | First AMENDED COMPLAINT with Jury Demand against all defendants (Re: 2 Complaint) by Attorney General of the State of Oklahoma, Office of the Oklahoma Secretary of the Environment (With attachments) (Garren, Richard) Modified on 8/24/2005 to add filer (s−crp, Dpty Clk). (Entered: 08/19/2005) |
| 08/19/2005 | 19 | SUMMONS Issued by Court Clerk as to Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal-Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (tjc, Dpty Clk) (Entered: 08/19/2005) |
| 08/26/2005 | 20 | SUMMONS Returned Executed re: Cal−Maine Farms, Inc. − Served on 8/22/2005. by Attorney General of the State of Oklahoma (Garren, Richard) (Entered: 08/26/2005) |
| 08/26/2005 | 21 | SUMMONS Returned Executed re: Cal−Maine Foods, Inc. − Served on 8/22/2005. by Attorney General of the State of Oklahoma (Garren, Richard) (Entered: 08/26/2005) |
| 08/26/2005 | 22 | SUMMONS Returned Executed re: Cargill, Inc. − Served on 8/22/2005. by Attorney General of the State of Oklahoma (Garren, Richard) (Entered: 08/26/2005) |
| 08/26/2005 | 23 | SUMMONS Returned Executed re: Cargill Turkey Production, LLC − Served on 8/22/2005. by Attorney General of the State of Oklahoma (Garren, Richard) (Entered: 08/26/2005) |
| 08/26/2005 | 24 | SUMMONS Returned Executed re: Cobb−Vantress, Inc. − Served on 8/22/2005. by Attorney General of the State of Oklahoma (Garren, Richard) (Entered: 08/26/2005) |
| 08/26/2005 | 25 | SUMMONS Returned Executed re: George's Farms, Inc. − Served on 8/22/2005. by Attorney General of the State of Oklahoma (Garren, Richard) (Entered: 08/26/2005) |
| 08/26/2005 | 26 | |

| | | SUMMONS Returned Executed re: George's, Inc. – Served on 8/22/2005. by Attorney General of the State of Oklahoma (Garren, Richard) (Entered: 08/26/2005) |
|---|---|---|
| 08/26/2005 | 27 | SUMMONS Returned Executed re: Peterson Farms, Inc. – Served on 8/22/2005. by Attorney General of the State of Oklahoma (Garren, Richard) (Entered: 08/26/2005) |
| 08/26/2005 | 28 | SUMMONS Returned Executed re: Simmons Foods, Inc. – Served on 8/22/2005. by Attorney General of the State of Oklahoma (Garren, Richard) (Entered: 08/26/2005) |
| 08/26/2005 | 29 | SUMMONS Returned Executed re: Tyson Chicken, Inc. – Served on 8/22/2005. by Attorney General of the State of Oklahoma (Garren, Richard) (Entered: 08/26/2005) |
| 08/26/2005 | 30 | SUMMONS Returned Executed re: Tyson Poultry, Inc. – Served on 8/22/2005. by Attorney General of the State of Oklahoma (Garren, Richard) (Entered: 08/26/2005) |
| 08/26/2005 | 31 | SUMMONS Returned Executed re: Willow Brook Foods, Inc. – Served on 8/22/2005. by Attorney General of the State of Oklahoma (Garren, Richard) (Entered: 08/26/2005) |
| 09/02/2005 | 32 | SPECIAL APPEARANCE by Archer Scott McDaniel on behalf of Peterson Farms, Inc. (McDaniel, Archer) (Entered: 09/02/2005) |
| 09/02/2005 | 33 | SPECIAL APPEARANCE by Nicole Marie Longwell on behalf of Peterson Farms, Inc. (Longwell, Nicole) (Entered: 09/02/2005) |
| 09/02/2005 | 34 | SPECIAL APPEARANCE by Stephen L Jantzen on behalf of Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (Jantzen, Stephen) (Entered: 09/02/2005) |
| 09/02/2005 | 35 | Unopposed MOTION for Extension of Time to Answer (Re: 18 Amended Complaint, ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Farms, Inc., Cal–Maine Foods, Inc., Cargill Turkey Production, LLC, Cargill, Inc., George's Farms, Inc., George's, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Jantzen, Stephen) Modified on 9/6/2005 to add filers (s–crp, Dpty Clk). (Entered: 09/02/2005) |
| 09/02/2005 | 36 | SPECIAL APPEARANCE by Patrick Michael Ryan on behalf of Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (Ryan, Patrick) (Entered: 09/02/2005) |
| 09/02/2005 | 37 | SPECIAL APPEARANCE by John H Tucker on behalf of Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) Modified on 9/6/2005 to correct title of event (s–lml, Dpty Clk). (Entered: 09/02/2005) |
| 09/02/2005 | 38 | SPECIAL APPEARANCE by Teresa Noble Hill on behalf of Cargill, Inc., Cargill Turkey Production, LLC (Hill, Teresa) Modified on 9/6/2005 to correct title of event (s–lml, Dpty Clk). (Entered: 09/02/2005) |
| 09/06/2005 | 39 | SPECIAL APPEARANCE by Martin Allen Brown on behalf of Peterson Farms, Inc. (Brown, Martin) (Entered: 09/06/2005) |
| 09/06/2005 | 40 | SPECIAL APPEARANCE by Chris A Paul on behalf of Peterson Farms, Inc. (Paul, Chris) (Entered: 09/06/2005) |
| 09/06/2005 | 41 | |

| | | SPECIAL APPEARANCE by Philip D Hixon on behalf of Peterson Farms, Inc. (Hixon, Philip) (Entered: 09/06/2005) |
|---|---|---|
| 09/06/2005 | | NOTICE of Docket Entry Modification; Error: E−filed using incorrect event (Appearance−Attorney) and attorneys were not added to case; Correction: Corrected docket text to reflect correct event (Appearance−Special) and attorneys John Tucker and Theresa Hill were both added to the case (Re: 37 Appearance − Attorney, 38 Appearance − Attorney) (s−lml, Dpty Clk) (Entered: 09/06/2005) |
| 09/06/2005 | | NOTICE of Docket Entry Modification; Error: Cal−Maine Farms, Inc., Cal−Maine Foods, Inc., Cargill Turkey Production, LLC, Cargill, Inc., George's Farms, Inc., George's, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc were not selected as filers; Correction: Added additional defendants as filers (Re: 35 Unopposed MOTION for Extension of Time to Answer) (s−crp, Dpty Clk) (Entered: 09/06/2005) |
| 09/07/2005 | 42 | SUMMONS Returned Executed re: Tyson Foods, Inc. − Served on 8/31/2005. by Attorney General of the State of Oklahoma (Garren, Richard) (Entered: 09/07/2005) |
| 09/09/2005 | 43 | ORDER by Judge James O Ellison, granting 35 Motion for Extension of Time to Answer (bjm, Dpty Clk) (Entered: 09/09/2005) |
| 09/12/2005 | 44 | SPECIAL APPEARANCE by Raymond Thomas Lay on behalf of Willow Brook Foods, Inc. (Lay, Raymond) (Entered: 09/12/2005) |
| 09/19/2005 | 45 | MOTION for Leave to Exceed Page Limitation by Peterson Farms, Inc. (McDaniel, Archer) (Entered: 09/19/2005) |
| 09/19/2005 | 46 | ORDER by Judge James O Ellison, granting 45 Motion for Leave to Exceed Page Limitation (JOE1, Chambers) (Entered: 09/19/2005) |
| 09/30/2005 | 47 | NOTICE of Dismissal, dismissing Aviagen Inc., dismissing all claims, (Re: 2 Complaint, 18 Amended Complaint, ) by Attorney General of the State of Oklahoma (Bullock, Louis) (Entered: 09/30/2005) |
| 09/30/2005 | 48 | MOTION for Attorney Jay Thomas Jorgensen, Thomas C. Green, Mark D. Hopson, Timothy K. Webster to be Admitted Pro Hac Vice by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc. (With attachments) (Jantzen, Stephen) (Entered: 09/30/2005) |
| 10/03/2005 | 49 | MINUTE ORDER by Court Clerk, : Pursuant to Local Rule 83.2(g) and this Court's Order in M−128−G (April 20, 1998), a $75.00 admission fee shall be paid by each attorney for each case such attorney seeks admission for limited practice. Upon receipt of the admission fee, the pro hac vice motion will be forwarded to the assigned Judge for consideration. If the fee is not received within 15 days of the date of this order, the motion may be denied for failure to pay the required fee. For attorney(s) Jay Thomas Jorgensen, Thomas C Green, Mark D Hopson and Timothy K Webster, Pro Hac Vice Fees due by 10/18/2005 (Re: 48 MOTION for Attorney Jay Thomas Jorgensen, Thomas C. Green, Mark D. Hopson, Timothy K. Webster to be Admitted Pro Hac Vice) (s−sac, Dpty Clk) (Entered: 10/03/2005) |
| 10/03/2005 | 50 | JOINDER in Motions (Re: 64 MOTION to Dismiss Count 3 of Plaintiffs' First Amended Complaint and Integrated Opening Brief 65 MOTION to Dismiss Counts 4, 5, 6 and 10 of the First Amended Complaint Under the Political Question Doctrine and Integrated Opening Brief in Support 66 MOTION to Dismiss Counts 4−10 of the First Amended Complaint and Integrated Opening Brief in Support 67 |

| | | |
|---|---|---|
| | | MOTION to Dismiss Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint 91 MOTION To Stay the Action and Integrated Opening Brief in Support 71 MOTION for More Definite Statement with Respect to Counts One and Two of the Amended Complaint and Integrated Opening Brief 75 MOTION to Dismiss and, or in the alternative, 90 MOTION to Stay Proceedings Pending Appropriate Regulatory Agency Action and Brief in Support) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) Modified on 10/5/2005 to correct title to reflect correct event title and to create links to #64, #65, #66, #67, #71, #75, (s−crp, Dpty Clk). Modified on 10/6/2005 to create a link to #90 (s−crp, Dpty Clk). Modified on 10/6/2005 to create link to #91 (s−crp, Dpty Clk). (Entered: 10/03/2005) |
| 10/03/2005 | 51 | ANSWER to Amended Complaint (Re: 18 Amended Complaint, ) by Cargill, Inc. (Tucker, John) (Entered: 10/03/2005) |
| 10/03/2005 | 52 | ANSWER to Amended Complaint (Re: 18 Amended Complaint, ) by Cargill Turkey Production, LLC (Tucker, John) (Entered: 10/03/2005) |
| 10/03/2005 | 53 | MOTION To Strike Plaintiffs' Designation of Complaint as "Related Case" by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 10/03/2005) |
| 10/03/2005 | 54 | SPECIAL APPEARANCE by Colin Hampton Tucker on behalf of Cargill, Inc., Cargill Turkey Production, LLC (Tucker, Colin) Modified on 10/5/2005 to correct title to reflect correct event title (s−crp, Dpty Clk). (Entered: 10/03/2005) |
| 10/03/2005 | 55 | MOTION for Attorney Thomas J. Grever, Jennifer Stockton Griffin to be Admitted Pro Hac Vice by Willow Brook Foods, Inc. (Lay, Raymond) (Entered: 10/03/2005) |
| 10/03/2005 | 56 | JOINDER in Motion *(Re: 65 MOTION to Dismiss Counts 4, 5, 6 and 10 of the First Amended Complaint Under the Political Question Doctrine and Integrated Opening Brief in Support 75 MOTION to Dismiss And, or in the Alternative, 90 MOTION to Stay Proceedings Pending Appropriate Regulatory Agency Action and Brief in Support 64 MOTION to Dismiss Count 3 of Plaintiffs' First Amended Complaint and Integrated Opening Brief in Support, MOTION to Dismiss Counts 4, 5, 6 and 10 of the First Amended Complaint and Integrated opening Brief in Support, 53 OBJECTION to Plaintiff's Designation of Complaint as "Related Case", 67 MOTION to Dismiss Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint 91 MOTION To Stay the Action and Integrated Opening Brief in Support, 71 MOTION for More Definite Statement with Respect to Counts One and Two of the Amended Complaint and Integrated Opening Brief in Support Thereof)* by Willow Brook Foods, Inc. (Lay, Raymond) Modified on 10/5/2005 to correct title to reflect correct event title and to create links to #64, #65, #67, #71, and #75 (s−crp, Dpty Clk). Modified on 10/6/2005 to create link to #90 (s−crp, Dpty Clk). Modified on 10/6/2005 to create link to #91 (s−crp, Dpty Clk). (Entered: 10/03/2005) |
| 10/03/2005 | 57 | JOINDER in Motion (Re: 53 MOTION To Strike Plaintiffs' Designation of Complaint as "Related Case" 64 MOTION to Dismiss Count 3 of Plaintiffs' First Amended Complaint and Integrated Opening Brief in Support 65 MOTION to Dismiss Counts 4, 5, 6 and 10 of the First Amended Complaint Under the Political Question Doctrine and Integrated Opening Brief in Support 66 MOTION to Dismiss Counts 4−10 of the First Amended Complaint and Integrated Opening Brief in Support 67 MOTION to Dismiss Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint 91 MOTION To Stay the Action and Integrated |

| | | Opening Brief in Support 71 MOTION for More Definite Statement with Respect to Counts One and Two of the Amended Complaint and Integrated Opening Brief in Support Thereof 75 MOTION to Dismiss AND, OR IN THE ALTERNATIVE, 90 MOTION TO STAY PROCEEDINGS PENDING APPROPRIATE REGULATORY AGENCY ACTION, AND BRIEF IN SUPPORT by Simmons Foods, Inc. (Elrod, John) Modified on 10/5/2005 to correct title and to create links to #53, #64, #65, #66, #67, #71, #75 (s−crp, Dpty Clk). Modified on 10/6/2005 to create link to #90 (s−crp, Dpty Clk). Modified on 10/6/2005 to create link to #91 (s−crp, Dpty Clk). (Entered: 10/03/2005) |
|---|---|---|
| 10/03/2005 | 58 | ATTORNEY APPEARANCE by Randall Eugene Rose on behalf of George's, Inc., George's Farms, Inc. (Rose, Randall) (Entered: 10/03/2005) |
| 10/03/2005 | 59 | MOTION for Attorney James Martin Graves and Gary V Weeks to be Admitted Pro Hac Vice by George's, Inc., George's Farms, Inc. (With attachments) (Rose, Randall) (Entered: 10/03/2005) |
| 10/03/2005 | 60 | ANSWER to Amended Complaint (Re: 18 Amended Complaint, ) by Simmons Foods, Inc. (Elrod, John) (Entered: 10/03/2005) |
| 10/03/2005 | 61 | ANSWER with Jury Demand to Amended Complaint (Re: 18 Amended Complaint, ) by Willow Brook Foods, Inc. (Lay, Raymond) (Entered: 10/03/2005) |
| 10/03/2005 | 62 | JOINDER In Motion (Re: 53 MOTION To Strike Plaintiffs' Designation of Complaint as "Related Case" 64 MOTION to Dismiss Count 3 of Plaintiffs' First Amended Complaint and Integrated Opening Brief in Support 65 MOTION to Dismiss Counts 4, 5, 6 and 10 of the First Amended Complaint Under the Political Question Doctrine and Integrated Opening Brief in Support 66 MOTION to Dismiss Counts 4–10 of the First Amended Complaint and Integrated Opening Brief in Support 67 MOTION to Dismiss Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint 91 MOTION To Stay the Action and Integrated Opening Brief in Support 71 MOTION for More Definite Statement with Respect to Counts One and Two of the Amended Complaint and Integrated Opening Brief in Support Thereof 75 MOTION to Dismiss AND, OR IN THE ALTERNATIVE, 90 MOTION TO STAY PROCEEDINGS PENDING APPROPRIATE REGULATORY AGENCY ACTION, AND BRIEF IN SUPPORT by George's, Inc., George's Farms, Inc. (Rose, Randall) Modified on 10/5/2005 to correct title to reflect correct event title and to create links to #53, #64, #65, #66, #67, #71, and #75 (s−crp, Dpty Clk). Modified on 10/6/2005 to create link to #90 (s−crp, Dpty Clk). Modified on 10/6/2005 to create link to #91 (s−crp, Dpty Clk). (Entered: 10/03/2005) |
| 10/03/2005 | 63 | ANSWER to Amended Complaint (Re: 18 Amended Complaint, ) by George's, Inc., George's Farms, Inc. (Rose, Randall) (Entered: 10/03/2005) |
| 10/03/2005 | 64 | MOTION to Dismiss *Count 3 of Plaintiffs' First Amended Complaint and Integrated Opening Brief in Support* by Tyson Poultry, Inc. (With attachments) (Jantzen, Stephen) (Entered: 10/03/2005) |
| 10/03/2005 | 65 | MOTION to Dismiss *Counts 4, 5, 6 and 10 of the First Amended Complaint Under the Political Question Doctrine and Integrated Opening Brief in Support* by Tyson Chicken, Inc. (Jantzen, Stephen) (Entered: 10/03/2005) |
| 10/03/2005 | 66 | MOTION to Dismiss *Counts 4–10 of the First Amended Complaint and Integrated Opening Brief in Support* by Tyson Foods, Inc. (Jantzen, Stephen) (Entered: |

| | | 10/03/2005) |
|---|---|---|
| 10/03/2005 | 67 | MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint* by Cobb−Vantress, Inc. (Jantzen, Stephen) Modified on 10/6/2005 to delete language regarding 2nd part of this multi−part motion; 2nd part (Motion to Stay) filed as #91 (s−crp, Dpty Clk). (Entered: 10/03/2005) |
| 10/03/2005 | 68 | ATTORNEY APPEARANCE by Robert Paul Redemann on behalf of Cal−Maine Foods, Inc., Cal−Maine Farms, Inc. (Redemann, Robert) (Entered: 10/03/2005) |
| 10/03/2005 | 69 | DISCLOSURE STATEMENT by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc. (Jantzen, Stephen) (Entered: 10/03/2005) |
| 10/03/2005 | 70 | ATTORNEY APPEARANCE by Lawrence W. Zeringue on behalf of Cal−Maine Foods, Inc., Cal−Maine Farms, Inc. (Redemann, Robert) Modified on 10/6/2005 to change attorney from Robert Redemann to Lawrence W. Zeringue (s−crp, Dpty Clk). (Entered: 10/03/2005) |
| 10/03/2005 | 71 | MOTION for More Definite Statement *with Respect to Counts One and Two of the Amended Complaint and Integrated Opening Brief in Support Thereof* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc. (Jantzen, Stephen) (Entered: 10/03/2005) |
| 10/03/2005 | 72 | ATTORNEY APPEARANCE by David C. Senger on behalf of Cal−Maine Foods, Inc., Cal−Maine Farms, Inc. (Redemann, Robert) Modified on 10/6/2005 to change attorney from Robert Paul Redemann to David C. Senger (s−crp, Dpty Clk). (Entered: 10/03/2005) |
| 10/03/2005 | 73 | ANSWER to Amended Complaint (Re: 18 Amended Complaint, ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc. (Jantzen, Stephen) Modified on 10/6/2005 to add Cobb−Vantress as a filer (s−crp, Dpty Clk). (Entered: 10/03/2005) |
| 10/03/2005 | 74 | JOINDER in Motion (Re: 71 MOTION for More Definite Statement *with Respect to Counts One and Two of the Amended Complaint and Integrated Opening Brief in Support Thereof*, 64 MOTION to Dismiss *Count 3 of Plaintiffs' First Amended Complaint and Integrated Opening Brief in Support*, 65 MOTION to Dismiss *Counts 4, 5, 6 and 10 of the First Amended Complaint Under the Political Question Doctrine and Integrated Opening Brief in Support*, 66 MOTION to Dismiss *Counts 4−10 of the First Amended Complaint and Integrated Opening Brief in Support*, 67 MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint 91 MOTION To Stay the Action and Integrated Opening Brief in Support*) 53 MOTION to Strike Designation as Related Case 75 MOTION to Dismiss 90 MOTION to Stay Proceedings Pending Appropriate Regulatory Agency Action by Cal−Maine Foods, Inc., Cal−Maine Farms, Inc. (Redemann, Robert) Modified on 10/6/2005 to create link to #91 (s−crp, Dpty Clk). Modified on 10/6/2005 to create link to #53, #75 and #90 (s−crp, Dpty Clk). (Entered: 10/03/2005) |
| 10/03/2005 | 75 | MOTION to Dismiss *AND BRIEF IN SUPPORT* by Peterson Farms, Inc. (With attachments) (McDaniel, Archer) Modified on 10/6/2005 to delete language regarding 2nd part of this multi−part motion, filed 2nd part as #90 (s−crp, Dpty Clk). (Entered: 10/03/2005) |
| 10/03/2005 | 76 | |

| | | |
|---|---|---|
| | | JOINDER in Motion (Re: 53 MOTION To Strike Plaintiffs' Designation of Complaint as "Related Case") by Peterson Farms, Inc. (McDaniel, Archer) (Entered: 10/03/2005) |
| 10/03/2005 | 77 | JOINDER in Motion (Re: 71 MOTION for More Definite Statement *with Respect to Counts One and Two of the Amended Complaint and Integrated Opening Brief in Support Thereof*) by Peterson Farms, Inc. (McDaniel, Archer) (Entered: 10/03/2005) |
| 10/03/2005 | 78 | ANSWER to Amended Complaint (Re: 18 Amended Complaint, ) by Peterson Farms, Inc. (McDaniel, Archer) (Entered: 10/03/2005) |
| 10/03/2005 | 79 | ANSWER to Amended Complaint (Re: 18 Amended Complaint, ) by Cal−Maine Foods, Inc., Cal−Maine Farms, Inc. (Redemann, Robert) (Entered: 10/03/2005) |
| 10/03/2005 | 84 | PRO HAC VICE FEES Paid for attorney(s) Jay Thomas Jorgensen, Thomas C. Green, Mark D. Hopson, Timothy K. Webster in the amount of $300 (Re: 48 MOTION for Attorney Jay Thomas Jorgensen, Thomas C. Green, Mark D. Hopson, Timothy K. Webster to be Admitted Pro Hac Vice) (kjp, Dpty Clk) (Entered: 10/04/2005) |
| 10/03/2005 | 90 | MOTION to Stay *Proceedings Pending Appropriate Regulatory Agency Action (Submitted as part of #75)* by Peterson Farms, Inc. (s−crp, Dpty Clk) (Entered: 10/06/2005) |
| 10/03/2005 | 91 | MOTION to Stay *the Action and Integrated Opening Brief in Support (Submitted as part of #67, a multi−part motion)* by Cobb−Vantress, Inc. (s−crp, Dpty Clk) (Entered: 10/06/2005) |
| 10/04/2005 | 80 | THIRD PARTY COMPLAINT against Brian R. Berry(d/b/a Town Branch Guest Ranch), Mary C. Berry(d/b/a Town Branch Guest Ranch), Austin L. Bennett(d/b/a Eagle Bluff Resort), Leslie Bennett(d/b/a Eagle Bluff Resort), Jerry W. Hare(Trustee of Jerry Wayne Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch), Mary Jo Hare(Individually and d/b/a Crystal Creek Ranch), John E. Adair, Virginia Adair, Arrowhead Camp, Inc., Jim Bagby, Isabel Baker, Tim Baker, Barnacle Bills Marina, LLC, Cheryl D. Beaman, Philip L. Beaman, Austin L. Bennett(Individually), Leslie Bennett(Individually), Brian R. Berry(individually), Mary C. Berry(Individually), Big John's, Brazil Creek Minerals, Inc., Norma Brooks, Colleen Brown, Haskell L. Brown, Katherine Brown, Kermit Brown, Ronald Allen Brown, Bryan Sand & Gravel, Burnt Cabin Marina & Resort, LLC, Steven Wesley Cain, Linda Mathis Canada, Roger K. Canada, Darryl Cates, LaDonna Eddings Caviness, Cherry Springs Golf Club, Inc., City of Tahlequah, City of Watts, City of Westville, Gordon W. Clinton, Susann Clinton, Gene Colburn, Lorene Colburn, Brooks P. Connor, M. Wesley Connor, John E. Cotherman, Julie A. Cotherman, Tom Cotton, George Cripps, John T. Cripps, Billie Davis, Kenneth E. Davis, Veraman Davis, Eugene Dill, Wanda L. Dotson, Donna Doyle, Ray Dean Doyle, Eagle Nursery, LLC d/b/a Midwestern Nursery Containers, Alice L. Earl, Ewell Van Earl, Elmo Eddings, Thomas E. Eddings, Elk Creek Landing, Falcon Floats, Inc., Hoby Ferrell, Linda S. Fidler, Ronald Lee Fidler, Fidlers Bend Farms & Trading Co., LLC, Fin & Feather Resort, Inc., Flint Creek Farm, LLC, Flint Ridge Property Owners Association, Inc., Flintridge Park, LLC, Rickey Neil Fowler, Tonya Fowler, Frates Properties, Inc., Marjorie Garman, Garner Garrison, Lena Garrison, James C. Gieger, Billy D. Glenn, Norma Glenn, Grande Villa, Inc., Greater Tulsa Investments, LLC, Greenleaf Nursery Co., Inc., Darrell Guffey, Dianna Guffey, Darylene Hamm, Farrell Hamm, Jackie Hamm, |

Laura Hamm, Tom Hamm, Tony Hamm, Brian R. Hamrick, Jenni Hamrick, Stephen R. Hamrick, Anthony Waye Hare, Jerry W. Hare(Individually and d/b/a Crystal Creek Ranch), Mary Jo Hare(Trustee of the Mary Jo Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch), Alfred E. Hembree, Carolyn S. Hembree, Bartow Hix, Carolyn Hix, Danny E. Hix, Rickey Joe Hix, Rita Hix, Wanda Hix, Cherrie House, William House, Billie D. Howard, Illinois River Ranch Property Owners Association, Illinois River Ranch Recreational Vehicle Park Property Owners Association, Illinois River Valley Nursery, Inc., J5 Ranch, LLC, John and/or Jane Doe(s) 1 through 150, John T. Posey, Jr. Trust, Erin Jones, James Thomas Jones, Barbara L. Kelley, Kevin R. Kelley, Mark Kelly, Melissa Kelly, Bonnie Eddings Kile, Dorothy Gene Lamb, James Lamb, Carolyn R. Lockwood, Larry R. Lockwood, Charline Eddings Long, Ancil Maggard, Doris Mares, Ivan Marion, Dale E. Mathews, Ellen Mathews, Dorothy Ann Means, Jerry Means, Carl Merseburgh, Millie Seratt Trust, James Morrison, Susan Morrison, Darrell Moss, John Nickle, Northland Farms, LLC, One Degree Lawn Care, Park Hill Plants & Trees, Inc., Daniel L. Parker, Archie R. Peyton, Jr, Virginia M. Peyton, Pine Cove Marina, Inc., John T. Posey, Jr, Pro Lawn Services, Inc., Evelyn Proctor, Jesse T. Proctor, Phillip Dewayne Proctor, River Farms of Tahlequah, LLC, Riverside RV Resort and Campground, LLC, Anne Marie Sanders, Verlie B. Secratt, Sequoyah Fuels International, Inc., Sue Eddings Shankle, Floyd Simmons, Billy Simpson, Sixshooter Resort and Marina, Inc., Skelly Ranch, Inc., Robert A. Smith, Sylvia S. Smith, Snake Creek Marina, Snake Creek Wilderness Development, Inc., Brenda Spears, Brenda K. Spears, David Spears, Jack Spears, Jane T. Spencer, Kenneth D. Spencer, Spring Hollow Feed Mill, Inc., Louise Squyres, Bill Stewart, Bobbie Ann Stratton, David Albert Stratton, Strayhorn Landing Marina & Gene's Scuba Sales, T&M Sand and Gravel, Inc., Tahlequah Livestock Auctin, Inc., Elise Tarrance, Willie Tarrance, Tom Tate, Richard M. Taylor, Tenkiller Golf Club, The Hayes Family Limited Partnership, Thornton Lawn & Exterminating, Inc., Thunderbird Resort, Inc., Trustees of the John E. and Virginia W. Adair Family Trust, Tumbling T. Bar, LLC, Turf Professional, Twin City Construction, Inc., Katherine Tye, Kevin Tye, Bishop H. Wadsworth, Wilma F. Wadsworth, War Eagle Floats, Inc., Helen Watts, Simp Watts, Wauhilla Outing Club, Clare Louise Wells, Eurma White, William D. Langley, Bobby Williams, Christina Williams, Clifton Williams, Jerry D. Williams, Marian Williams, Norma Williams, Perry Williams, Dean Wilmoth, Charles W. Wilson, Kimberlee Wilson, Gail B. Wilton, David R. Wofford, Robin L. Wofford, Mildred Rayls Woodward, Suzanne M. Zieders by Peterson Farms, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Willow Brook Foods, Inc., George's, Inc., George's Farms, Inc., Simmons Foods, Inc. (With attachments) (McDaniel, Archer) Modified on 10/5/2005 (s–sac, Dpty Clk). (Entered: 10/04/2005)

| | | |
|---|---|---|
| 10/04/2005 | 81 | ATTORNEY APPEARANCE by George W Owens on behalf of George's, Inc., George's Farms, Inc. (Owens, George) (Entered: 10/04/2005) |
| 10/04/2005 | 82 | THIRD PARTY COMPLAINT against City of Tahlequah, City of Westville by Cargill Turkey Production, LLC (With attachments) (Tucker, John) Modified on 10/5/2005 to replace Exhibit 1, part 3 with viewable image (s–sac, Dpty Clk). (Entered: 10/04/2005) |
| 10/04/2005 | 83 | PRO HAC VICE FEES Paid for attorney(s) Thomas J. Grever, Jennifer Stockton Griffin in the amount of $150 (Re: 55 MOTION for Attorney Thomas J. Grever, Jennifer Stockton Griffin to be Admitted Pro Hac Vice) (kjp, Dpty Clk) (Entered: 10/04/2005) |

| 10/04/2005 | 85 | First DISCLOSURE STATEMENT by Peterson Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 10/04/2005) |
|---|---|---|
| 10/05/2005 | | NOTICE of Docket Entry Modification; Error: not all filers were selected; Correction: added all filers (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) (s–sac, Dpty Clk) (Entered: 10/05/2005) |
| 10/05/2005 | | NOTICE of Docket Entry Modification; Error: Wrong event used and entry not linked to documents; Correction: Corrected title to reflect correct event title and created links to #64, #65, #66, #67, #71, and #75 (Re: 50 MOTION To Adopt and Join In Motions Filed By Other Defendants) (s–crp, Dpty Clk) (Entered: 10/05/2005) |
| 10/05/2005 | | NOTICE of Docket Entry Modification; Error: Wrong event used; Correction: Corrected title to reflect correct event title (Re: 54 Appearance – Attorney) (s–crp, Dpty Clk) (Entered: 10/05/2005) |
| 10/05/2005 | 86 | DISCLOSURE STATEMENT by Simmons Foods, Inc. (Freeman, Bruce) (Entered: 10/05/2005) |
| 10/05/2005 | | NOTICE of Docket Entry Modification; Error: Wrong event used and no links to documents; Correction: Corrected title to reflect correct event title and created links to #64, #65, #67, #71, and #75 (Re: 56 JOINDER in Motion) (s–crp, Dpty Clk) (Entered: 10/05/2005) |
| 10/05/2005 | | NOTICE of Docket Entry Modification; Error: Wrong event used and no link to documents; Correction: Corrected title to reflect correct event title and create links to #53, #64, #65, #66, #67, #71, and #75 (Re: 57 MOTION Joinder by Separate Defendant Simmons Foods, Inc. in Motions Filed by Other Defendants) (s–crp, Dpty Clk) (Entered: 10/05/2005) |
| 10/05/2005 | 87 | DISCLOSURE STATEMENT by George's, Inc., George's Farms, Inc. (Rose, Randall) (Entered: 10/05/2005) |
| 10/05/2005 | | NOTICE of Docket Entry Modification; Error: Wrong event used and no links to documents; Correction: Corrected title to reflect correct event title and to create links to #53, #64, #65, #66, #67, #71 and #75 (Re: 62 MOTION Joinder by Separate Defendants in Motions Filed by Other Defendants and Integrated Opening Brief in Support Thereof) (s–crp, Dpty Clk) (Entered: 10/05/2005) |
| 10/05/2005 | 88 | PRO HAC VICE FEES Paid for attorney(s) James Martin Graves and Gary Weeks in the amount of $150.00 (Re: 59 MOTION for Attorney James Martin Graves and Gary V Weeks to be Admitted Pro Hac Vice) (s–tjc, Dpty Clk) (Entered: 10/05/2005) |
| 10/05/2005 | 89 | DISCLOSURE STATEMENT by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc. (Redemann, Robert) (Entered: 10/05/2005) |
| 10/06/2005 | | NOTICE of Docket Entry Modification; Error: Cobb–Vantress, Inc. was not selected as a filer; Correction: Added Cobb–Vantress, Inc. as a filer (Re: 73 Answer to Amended Complaint) (s–crp, Dpty Clk) (Entered: 10/06/2005) |
| 10/06/2005 | | NOTICE of Docket Entry Modification; Error: Document Nos. 70 and 72 were efiled under Robert Redemann's login, so attorneys Lawrence W. Zeringue and David C. Senger were not added to the case; Correction: Changed the attorney name from Robert Paul Redemann to Lawrence W Zeringue (#70) and David C. Senger |

| | | |
|---|---|---|
| | | (#72) (Re: <u>70</u> Appearance – Attorney, <u>72</u> Appearance – Attorney) (s–crp, Dpty Clk) (Entered: 10/06/2005) |
| 10/06/2005 | | NOTICE of Docket Entry Modification; Error: Document No. 70 is a multi–part motion, but only 1 part was filed (Motion to Dismiss); Correction: Deleted language regarding 2nd part of this multi–part motion and filed 2nd part (Motion to Stay) as #90 (Re: <u>75</u> MOTION to Dismiss *AND, OR IN THE ALTERNATIVE*, 90 MOTION to Stay *Proceedings Pending Appropriate Regulatory Agency Action (Submitted as part of #75)*) (s–crp, Dpty Clk) (Entered: 10/06/2005) |
| 10/06/2005 | | NOTICE of Docket Entry Modification; Error: Document No. 75 is a multi–part document, so the 2nd part was efiled as Document No. 90. Document Nos. 50, 56, 57, and 62 were linked to Document No. 75, but not Document No. 90; Correction: Linked Document Nos. 50, 56, 57, and 62 to Document No. 90 also (Re: <u>56</u> JOINDER in Motion, <u>62</u> MOTION Joinder by Separate Defendants in Motions Filed by Other Defendants and Integrated Opening Brief in Support Thereof, <u>57</u> MOTION Joinder by Separate Defendant Simmons Foods, Inc. in Motions Filed by Other Defendants, <u>50</u> MOTION To Adopt and Join In Motions Filed By Other Defendants) (s–crp, Dpty Clk) (Entered: 10/06/2005) |
| 10/06/2005 | | NOTICE of Docket Entry Modification; Error: Document No. 67 is a multi–part motion, but only 1 part was filed (Motion to Dismiss); Correction: Filed 2nd part of multi–part motion (Motion to Stay) as #91 (Re: 91 MOTION to Stay *the Action and Integrated Opening Brief in Support (Submitted as part of #67, a multi–part motion)*, <u>67</u> MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint/I>*) (s–crp, Dpty Clk) (Entered: 10/06/2005) |
| 10/06/2005 | | NOTICE of Docket Entry Modification; Error: Document No. 67 is a multi–part motion, but only 1 part was filed; Document Nos. 50, 56, 57, 62 and 74 were not linked to the 2nd part of the multi–part motion #91; Correction: Created link to #91 for Document Nos. 50, 56, 57, 62 and 74 (Re: <u>56</u> JOINDER in Motion, <u>62</u> MOTION Joinder by Separate Defendants in Motions Filed by Other Defendants and Integrated Opening Brief in Support Thereof, <u>57</u> MOTION Joinder by Separate Defendant Simmons Foods, Inc. in Motions Filed by Other Defendants, <u>50</u> MOTION To Adopt and Join In Motions Filed By Other Defendants, <u>67</u> MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint/I>*, *74 JOINDER in Motion) (s–crp, Dpty Clk) (Entered: 10/06/2005)* |
| 10/06/2005 | | NOTICE of Docket Entry Modification; Error: Document No. 74 was not linked to #53, #75 and #90; Correction: Created links to #53, #75, and #90 (Re: <u>75</u> MOTION to Dismiss *AND, OR IN THE ALTERNATIVE*, 90 MOTION to Stay *Proceedings Pending Appropriate Regulatory Agency Action (Submitted as part of #75)*, <u>53</u> MOTION To Strike Plaintiffs' Designation of Complaint as "Related Case", <u>74</u> JOINDER in Motion) (s–crp, Dpty Clk) (Entered: 10/06/2005) |
| 10/06/2005 | 92 | CERTIFICATE of Service (Re: <u>87</u> Disclosure Statement (Corporate)) by George's, Inc., George's Farms, Inc. (Rose, Randall) (Entered: 10/06/2005) |
| 10/06/2005 | 93 | DISCLOSURE STATEMENT by Willow Brook Foods, Inc. (Lay, Raymond) (Entered: 10/06/2005) |
| 10/07/2005 | 94 | ATTORNEY APPEARANCE by Robert W George on behalf of Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (George, Robert) (Entered: 10/07/2005) |

| 10/07/2005 | 95 | DISCLOSURE STATEMENT by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 10/07/2005) |
|---|---|---|
| 10/10/2005 | 96 | SPECIAL APPEARANCE by Terry Wayen West on behalf of Cargill Turkey Production, LLC (West, Terry) (Entered: 10/10/2005) |
| 10/10/2005 | 97 | SPECIAL APPEARANCE by Terry Wayen West on behalf of Cargill, Inc. (West, Terry) (Entered: 10/10/2005) |
| 10/10/2005 | 98 | MOTION for Attorney John F. Jeske to be Admitted Pro Hac Vice by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 10/10/2005) |
| 10/10/2005 | 99 | MOTION for Attorney Delmar R. Ehrich to be Admitted Pro Hac Vice by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 10/10/2005) |
| 10/10/2005 | 101 | MINUTE ORDER by Court Clerk, : Pursuant to Local Rule 83.2(g) and this Court's Order in M–128–G (April 20, 1998), a $75.00 admission fee shall be paid by each attorney for each case such attorney seeks admission for limited practice. Upon receipt of the admission fee, the pro hac vice motion will be forwarded to the assigned Judge for consideration. If the fee is not received within 15 days of the date of this order, the motion may be denied for failure to pay the required fee. For attorney(s) John F. Jeske and Delmar R. Ehrich, Pro Hac Vice Fees due by 10/25/2005 (Re: 98 MOTION for Attorney John F. Jeske to be Admitted Pro Hac Vice, 99 MOTION for Attorney Delmar R. Ehrich to be Admitted Pro Hac Vice) (s–crp, Dpty Clk) (Entered: 10/12/2005) |
| 10/11/2005 | 100 | ATTORNEY APPEARANCE by John Trevor Hammons on behalf of Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Hammons, John) (Entered: 10/11/2005) |
| 10/11/2005 | 102 | PRO HAC VICE FEES Paid for attorney(s) John F. Jeske & Delmar R. Ehrich in the amount of $150.00 (Re: 98 MOTION for Attorney John F. Jeske to be Admitted Pro Hac Vice, 99 MOTION for Attorney Delmar R. Ehrich to be Admitted Pro Hac Vice) (tjc, Dpty Clk) (Entered: 10/12/2005) |
| 10/14/2005 | 103 | ATTORNEY APPEARANCE by Vicki Bronson on behalf of Simmons Foods, Inc. (Bronson, Vicki) (Entered: 10/14/2005) |
| 10/14/2005 | 104 | Joint MOTION for Extension of Time to Reply to Motion Response, Joint MOTION for Extension of Time to Respond to Motion (Re: 71 MOTION for More Definite Statement *with Respect to Counts One and Two of the Amended Complaint and Integrated Opening Brief in Support Thereof*, 90 MOTION to Stay *Proceedings Pending Appropriate Regulatory Agency Action (Submitted as part of #75)*, 75 MOTION to Dismiss *AND, OR IN THE ALTERNATIVE*, 64 MOTION to Dismiss *Count 3 of Plaintiffs' First Amended Complaint and Integrated Opening Brief in Support*, 65 MOTION to Dismiss *Counts 4, 5, 6 and 10 of the First Amended Complaint Under the Political Question Doctrine and Integrated Opening Brief in Support*, 91 MOTION to Stay *the Action and Integrated Opening Brief in Support (Submitted as part of #67, a multi–part motion)*, 66 MOTION to Dismiss *Counts 4–10 of the First Amended Complaint and Integrated Opening Brief in Support*, 53 MOTION To Strike Plaintiffs' Designation of Complaint as "Related Case", 67 MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint/I>) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken,* |

| | | |
|---|---|---|
| | | *Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 10/14/2005)* |
| 10/17/2005 | 105 | SUPPLEMENT (Re: 98 MOTION for Attorney John F. Jeske to be Admitted Pro Hac Vice) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 10/17/2005) |
| 10/17/2005 | 106 | SUPPLEMENT (Re: 99 MOTION for Attorney Delmar R. Ehrich to be Admitted Pro Hac Vice) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 10/17/2005) |
| 10/19/2005 | 107 | ORDER by Judge James O Ellison, granting 98 Motion for Admission Pro Hac Vice, terminating document(s) (Re: 98 MOTION for Attorney John F. Jeske to be Admitted Pro Hac Vice) (bjm, Dpty Clk) (Entered: 10/19/2005) |
| 10/19/2005 | 108 | ORDER by Judge James O Ellison, granting 99 Motion for Admission Pro Hac Vice, terminating document(s) (Re: 99 MOTION for Attorney Delmar R. Ehrich to be Admitted Pro Hac Vice) (bjm, Dpty Clk) (Entered: 10/19/2005) |
| 10/19/2005 | 109 | ORDER by Judge James O Ellison, granting 59 Motion for Admission Pro Hac Vice, terminating document(s) (Re: 59 MOTION for Attorney James Martin Graves and Gary V Weeks to be Admitted Pro Hac Vice) (bjm, Dpty Clk) (Entered: 10/19/2005) |
| 10/20/2005 | 110 | MINUTE ORDER by Judge James O Ellison, granting 104 Motion for Extension of Time to Reply to Motion Response, granting 104 Motion for Extension of Time to Respond to Motion, setting/resetting deadline(s)/hearing(s):, terminating document(s), Responses due by 11/18/2005, Replies due by 12/6/2005 (Re: 104 Joint MOTION for Extension of Time to Reply to Motion ResponseJoint MOTION for Extension of Time to Respond to MotionJoint MOTION for Extension of Time to Respond to MotionJoint MOTION for Extension of Time to Respond to MotionJoint MOTION for Extension of Time to Respond to MotionJoint MOTION for Extension of Time to Respond to MotionJoint MOTION for Extension of Time to Respond to MotionJoint MOTION for Extension of Time to Respond to Motion, 64 MOTION to Dismiss *Count 3 of Plaintiffs' First Amended Complaint and Integrated Opening Brief in Support*, 65 MOTION to Dismiss *Counts 4, 5, 6 and 10 of the First Amended Complaint Under the Political Question Doctrine and Integrated Opening Brief in Support*, 66 MOTION to Dismiss *Counts 4−10 of the First Amended Complaint and Integrated Opening Brief in Support*, 67 MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint/I>*, 71 *MOTION for More Definite Statement with Respect to Counts One and Two of the Amended Complaint and Integrated Opening Brief in Support Thereof*, 75 *MOTION to Dismiss AND, OR IN THE ALTERNATIVE, 90 MOTION to Stay Proceedings Pending Appropriate Regulatory Agency Action (Submitted as part of #75), 91 MOTION to Stay the Action and Integrated Opening Brief in Support (Submitted as part of #67, a multi−part motion)) 53 MOTION to Strike Plaintiffs' Designation of Complaint as "Related Case" (bjm, Dpty Clk) Modified on 10/24/2005 to create a link to #53 (s−crp, Dpty Clk). (Entered: 10/20/2005)* |
| 10/21/2005 | 111 | MOTION for Relief *in the form of an additional two−week period within which plaintiff may elect to file a motion to strike pursuant to rule 12(f) of the federal rules* |

| | | |
|---|---|---|
| | | *of civil procedure* (Re: 73 Answer to Amended Complaint, 60 Answer to Amended Complaint, 61 Answer to Amended Complaint, 63 Answer to Amended Complaint, 78 Answer to Amended Complaint, 79 Answer to Amended Complaint, 51 Answer to Amended Complaint, 52 Answer to Amended Complaint) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) Modified on 4/18/2006 to add a watermark pursuant to #362 (crp, Dpty Clk). (Entered: 10/21/2005) |
| 10/21/2005 | 112 | MOTION for Attorney Robert Evans Sanders to be Admitted Pro Hac Vice by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc. (Redemann, Robert) (Entered: 10/21/2005) |
| 10/21/2005 | 113 | MOTION for Attorney Edwin Stephen Williams to be Admitted Pro Hac Vice by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc. (Redemann, Robert) (Entered: 10/21/2005) |
| 10/21/2005 | 114 | PRO HAC VICE FEES Paid for attorney(s) Edwin Stephen Williams and Robert Evans Sanders in the amount of $150.00 (Re: 112 MOTION for Attorney Robert Evans Sanders to be Admitted Pro Hac Vice, 113 MOTION for Attorney Edwin Stephen Williams to be Admitted Pro Hac Vice) by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc. (s–lml, Dpty Clk) (Entered: 10/24/2005) |
| 10/24/2005 | 115 | NOTICE of Docket Entry Modification; Error: Document #110 should have also been linked Document No. 53.; Correction: Created link to #53 (Re: 110 Minute Order, Ruling on Motion for Extension of Time to Reply to Motion Response, Ruling on Motion for Extension of Time to Respond to Motion, Setting/Resetting Deadline(s)/Hearing(s), Terminating Document(s),,,, Setting/Resetting Deadline(s)/Hearing(s), Terminating Document(s),,,, Setting/Resetting Deadline(s)/Hearing(s), Terminating Document(s),,,, Setting/Resetting Deadline(s)/Hearing(s), Terminating Document(s),,,, Setting/Resetting Deadline(s)/Hearing(s), Terminating Document(s),,,, Setting/Resetting Deadline(s)/Hearing(s), Terminating Document(s),,,, Setting/Resetting Deadline(s)/Hearing(s), Terminating Document(s)) (s–crp, Dpty Clk) (Entered: 10/24/2005) |
| 10/27/2005 | 116 | ORDER by Judge James O Ellison, granting 14 Motion for Admission Pro Hac Vice, terminating document(s) (Re: 14 MOTION for Attorney Elizabeth C. Ward to be Admitted Pro Hac Vice) (bjm, Dpty Clk) (Entered: 10/27/2005) |
| 10/27/2005 | 117 | ORDER by Judge James O Ellison, granting 112 Motion for Admission Pro Hac Vice, terminating document(s) (Re: 112 MOTION for Attorney Robert Evans Sanders to be Admitted Pro Hac Vice) (bjm, Dpty Clk) (Entered: 10/27/2005) |
| 10/27/2005 | 118 | ORDER by Judge James O Ellison, granting 16 Motion for Admission Pro Hac Vice, terminating document(s) (Re: 16 MOTION for Attorney William H. Narwold to be Admitted Pro Hac Vice) (bjm, Dpty Clk) (Entered: 10/27/2005) |
| 10/27/2005 | 119 | ORDER by Judge James O Ellison, granting 15 Motion for Admission Pro Hac Vice, terminating document(s) (Re: 15 MOTION for Attorney Frederick C. Baker to be Admitted Pro Hac Vice) (bjm, Dpty Clk) (Entered: 10/27/2005) |
| 10/27/2005 | 120 | ORDER by Judge James O Ellison, granting 113 Motion for Admission Pro Hac Vice, terminating document(s) (Re: 113 MOTION for Attorney Edwin Stephen Williams to be Admitted Pro Hac Vice) (bjm, Dpty Clk) (Entered: 10/27/2005) |

| 10/27/2005 | 121 | MOTION for establishment of a date by which plaintiff may move to strike or otherwise respond to third party complaints (Re: 82 Third Party Complaint, 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) Modified on 4/18/2006 to add a watermark pursuant to #362 (crp, Dpty Clk). (Entered: 10/27/2005) |
|---|---|---|
| 10/31/2005 | 122 | MOTION to Withdraw Document(s) (Re: 111 MOTION for Relief *in the form of an additional two−week period within which plaintiff may elect to file a motion to strike pursuant to rule 12(f) of the federal rules of civil procedure*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 10/31/2005) |
| 11/01/2005 | 123 | ORDER by Judge James O Ellison, granting 48 Motion for Admission Pro Hac Vice (bjm, Dpty Clk) (Entered: 11/01/2005) |
| 11/14/2005 | 124 | Unopposed MOTION for Leave to Exceed Page Limitation by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 11/14/2005) |
| 11/14/2005 | 125 | MOTION to Stay *Proceedings and Integrated Opening Brief in Support* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Jantzen, Stephen) Modified on 11/15/2005 to delete language regarding 2nd part of this multi−part motion, see #126 (s−crp, Dpty Clk). (DOCUMENT WITHDRAWN PER ORDER #223) (Entered: 11/14/2005) |
| 11/14/2005 | 126 | MOTION for Hearing *(Submitted as part of #125, a multi−part motion)* (Re: 125 MOTION to Stay *Proceedings and Integrated Opening Brief in Support and Request for Expedited Hearing*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (s−crp, Dpty Clk) (DOCUMENT WITHDRAWN PER ORDER #223) (Entered: 11/15/2005) |
| 11/15/2005 | | NOTICE of Docket Entry Modification; Error: Document No. 125 is a multi−part motion, but only 1 part was filed; Correction: Deleted language from #125 regarding 2nd part of this multi−part motion; e−filed 2nd part as #126 (Re: 125 MOTION to Stay *Proceedings and Integrated Opening Brief in Support* , 126 MOTION for Hearing *(Submitted as part of #125, a multi−part motion)*) (s−crp, Dpty Clk) (Entered: 11/15/2005) |
| 11/18/2005 | 127 | RESPONSE in Opposition to Motion (Re: 65 MOTION to Dismiss *Counts 4, 5, 6 and 10 of the First Amended Complaint Under the Political Question Doctrine and Integrated Opening Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 11/18/2005) |
| 11/18/2005 | 128 | RESPONSE in Opposition to Motion (Re: 64 MOTION to Dismiss *Count 3 of Plaintiffs' First Amended Complaint and Integrated Opening Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 11/18/2005) |

| 11/18/2005 | 129 | RESPONSE in Opposition to Motion (Re: 66 MOTION to Dismiss *Counts 4–10 of the First Amended Complaint and Integrated Opening Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 11/18/2005) |
|---|---|---|
| 11/18/2005 | 130 | RESPONSE in Opposition to Motion (Re: 53 MOTION To Strike Plaintiffs' Designation of Complaint as "Related Case") by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 11/18/2005) |
| 11/18/2005 | 131 | RESPONSE in Opposition to Motion (Re: 71 MOTION for More Definite Statement *with Respect to Counts One and Two of the Amended Complaint and Integrated Opening Brief in Support Thereof*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 11/18/2005) |
| 11/18/2005 | 132 | ATTORNEY APPEARANCE by Kelly S Hunter Burch on behalf of Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Hunter Burch, Kelly) (Entered: 11/18/2005) |
| 11/18/2005 | 133 | RESPONSE in Opposition to Motion (Re: 67 MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint/I>*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 11/18/2005) |
| 11/18/2005 | 134 | RESPONSE in Opposition to Motion (Re: 75 MOTION to Dismiss *AND, OR IN THE ALTERNATIVE*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 11/18/2005) |
| 11/18/2005 | 135 | MOTION to Withdraw Document(s) (Re: 121 MOTION for establishment of a date by which plaintiff may move to strike or otherwise respond to third party complaints) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 11/18/2005) |
| 11/28/2005 | 136 | ORDER by Judge James O Ellison, granting 124 Motion for Leave to Exceed Page Limitation (JOE1, Chambers) (Entered: 11/28/2005) |
| 12/02/2005 | 137 | MOTION for Leave to Exceed Page Limitation by Tyson Foods, Inc., Tyson Poultry, Inc., Cobb–Vantress, Inc. (Jantzen, Stephen) (Entered: 12/02/2005) |
| 12/02/2005 | 138 | MOTION for Leave to Exceed Page Limitation by Peterson Farms, Inc. (Hixon, Philip) (Entered: 12/02/2005) |
| 12/02/2005 | 139 | RESPONSE in Opposition to Motion (Re: 125 MOTION to Stay *Proceedings and Integrated Opening Brief in Support* , 126 MOTION for Hearing *(Submitted as part of #125, a multi–part motion)*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 12/02/2005) |
| 12/06/2005 | 140 | ORDER by Judge James O Ellison, granting 137 Motion for Leave to Exceed Page Limitation (JOE1, Chambers) (Entered: 12/06/2005) |
| 12/06/2005 | 141 | ORDER by Judge James O Ellison, granting 138 Motion for Leave to Exceed Page Limitation (JOE1, Chambers) (Entered: 12/06/2005) |

| 12/06/2005 | 142 | REPLY to Response to Motion (Re: 91 MOTION to Stay *the Action and Integrated Opening Brief in Support (Submitted as part of #67, a multi−part motion)*, 67 MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint/I>) by Cobb−Vantress, Inc. ; (Jantzen, Stephen) (Entered: 12/06/2005)* |
|---|---|---|
| 12/06/2005 | 143 | REPLY to Response to Motion (Re: 71 MOTION for More Definite Statement *with Respect to Counts One and Two of the Amended Complaint and Integrated Opening Brief in Support Thereof*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc. ; (Jantzen, Stephen) (Entered: 12/06/2005) |
| 12/06/2005 | 144 | REPLY to Response to Motion (Re: 66 MOTION to Dismiss *Counts 4−10 of the First Amended Complaint and Integrated Opening Brief in Support*) by Tyson Foods, Inc. ; (Jantzen, Stephen) (Entered: 12/06/2005) |
| 12/06/2005 | 145 | REPLY to Response to Motion (Re: 64 MOTION to Dismiss *Count 3 of Plaintiffs' First Amended Complaint and Integrated Opening Brief in Support*) by Tyson Poultry, Inc. ; (Jantzen, Stephen) (Entered: 12/06/2005) |
| 12/06/2005 | 146 | REPLY to Response to Motion (Re: 65 MOTION to Dismiss *Counts 4, 5, 6 and 10 of the First Amended Complaint Under the Political Question Doctrine and Integrated Opening Brief in Support*) by Tyson Chicken, Inc. ; (Jantzen, Stephen) (Entered: 12/06/2005) |
| 12/06/2005 | 147 | REPLY to Response to Motion (Re: 90 MOTION to Stay *Proceedings Pending Appropriate Regulatory Agency Action (Submitted as part of #75)*) by Peterson Farms, Inc. ; (McDaniel, Archer) (Entered: 12/06/2005) |
| 12/06/2005 | 148 | ADOPTION (Re: 142 Reply to Response to Motion,, 143 Reply to Response to Motion,, 144 Reply to Response to Motion, 145 Reply to Response to Motion, 146 Reply to Response to Motion, 147 Reply to Response to Motion) by Cargill, Inc., Cargill Turkey Production, LLC, Cargill Turkey Production, LLC (Tucker, John) (Entered: 12/06/2005) |
| 12/06/2005 | 149 | REPLY to Response to Motion (Re: 75 MOTION to Dismiss *AND, OR IN THE ALTERNATIVE*) by Peterson Farms, Inc. ; (McDaniel, Archer) (Entered: 12/06/2005) |
| 12/06/2005 | 150 | ADOPTION (Re: 142 Reply to Response to Motion,, 143 Reply to Response to Motion,, 144 Reply to Response to Motion, 145 Reply to Response to Motion, 146 Reply to Response to Motion, 147 Reply to Response to Motion, 149 Reply to Response to Motion) by Willow Brook Foods, Inc. (Grever, Thomas) (Entered: 12/06/2005) |
| 12/07/2005 | 151 | ADOPTION (Re: 149 Reply to Response to Motion) by Cargill, Inc., Cargill Turkey Production, LLC, Cargill Turkey Production, LLC (Tucker, John) (Entered: 12/07/2005) |
| 12/07/2005 | 152 | ADOPTION (Re: 142 Reply to Response to Motion,, 143 Reply to Response to Motion,, 144 Reply to Response to Motion, 145 Reply to Response to Motion, 146 Reply to Response to Motion, 147 Reply to Response to Motion, 149 Reply to Response to Motion) by George's, Inc., George's Farms, Inc. (Rose, Randall) (Entered: 12/07/2005) |
| 12/07/2005 | 153 | ADOPTION (Re: 142 Reply to Response to Motion,, 143 Reply to Response to Motion,, 144 Reply to Response to Motion, 145 Reply to Response to Motion, 146 |

| | | Reply to Response to Motion, 147 Reply to Response to Motion, 149 Reply to Response to Motion) by Simmons Foods, Inc. (Bronson, Vicki) (Entered: 12/07/2005) |
|---|---|---|
| 12/14/2005 | 154 | MOTION to File Defendants' Reply in Support of Their Motion to Stay Proceedings and Request for Expedited Hearing Out of Time by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (With attachments) (Jantzen, Stephen) (Entered: 12/14/2005) |
| 12/14/2005 | 155 | ADOPTION (Re: 154 MOTION to File Defendants' Reply in Support of Their Motion to Stay Proceedings and Request for Expedited Hearing Out of Time) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (This was filed using incorrect event, attorney advised to re–file as Joinder in Motion) (Entered: 12/14/2005) |
| 12/14/2005 | 156 | JOINDER in Motion (Re: 154 MOTION to File Defendants' Reply in Support of Their Motion to Stay Proceedings and Request for Expedited Hearing Out of Time) by Peterson Farms, Inc. (Longwell, Nicole) (Entered: 12/14/2005) |
| 12/15/2005 | | NOTICE of Docket Entry Modification; Error: E–filed using incorrect event (Adoption); Correction: Attorney advised to re–file using correct event (Joinder in Motion) (Re: 155 Adoption, ) (s–lml, Dpty Clk) (Entered: 12/15/2005) |
| 12/15/2005 | 157 | JOINDER in Motion (Re: 154 MOTION to File Defendants' Reply in Support of Their Motion to Stay Proceedings and Request for Expedited Hearing Out of Time) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 12/15/2005) |
| 12/16/2005 | 158 | ADOPTION (Re: 142 Reply to Response to Motion,, 143 Reply to Response to Motion,, 144 Reply to Response to Motion, 145 Reply to Response to Motion, 146 Reply to Response to Motion, 147 Reply to Response to Motion, 149 Reply to Response to Motion) by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc. (Redemann, Robert) (Entered: 12/16/2005) |
| 12/16/2005 | 159 | MOTION for Hearing *State of Oklahoma's Request for Oral Argument on Defendants' Motions to Dismiss* (Re: 71 MOTION for More Definite Statement *with Respect to Counts One and Two of the Amended Complaint and Integrated Opening Brief in Support Thereof*, 75 MOTION to Dismiss *AND, OR IN THE ALTERNATIVE*, 64 MOTION to Dismiss *Count 3 of Plaintiffs' First Amended Complaint and Integrated Opening Brief in Support*, 65 MOTION to Dismiss *Counts 4, 5, 6 and 10 of the First Amended Complaint Under the Political Question Doctrine and Integrated Opening Brief in Support*, 66 MOTION to Dismiss *Counts 4–10 of the First Amended Complaint and Integrated Opening Brief in Support*, 53 MOTION To Strike Plaintiffs' Designation of Complaint as "Related Case", 67 MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint/I>) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 12/16/2005)* |
| 12/16/2005 | 160 | MOTION for Hearing *State of Oklahoma's Request for Oral Argument on Defendants' Motions to Stay Proceedings* (Re: 125 MOTION to Stay *Proceedings and Integrated Opening Brief in Support* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 12/16/2005) |
| 12/16/2005 | 161 | |

| | | MOTION for Leave to File supplemental brief *in opposition to tyson's motion to dismiss count 3* (Re: 145 Reply to Response to Motion, 64 MOTION to Dismiss *Count 3 of Plaintiffs' First Amended Complaint and Integrated Opening Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 12/16/2005) |
|---|---|---|
| 12/16/2005 | 162 | MOTION for Leave to File *Supplemental Brief–Peterson Motion to Dismiss* (Re: 147 Reply to Response to Motion, 75 MOTION to Dismiss *AND, OR IN THE ALTERNATIVE*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 12/16/2005) |
| 12/16/2005 | 163 | MOTION for Leave to File *Supplemental Brief–Cobb–Vantress Counts 4, 6, 7, 8, 9, 10* (Re: 142 Reply to Response to Motion,, 67 MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint/I>)* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 12/16/2005) |
| 12/16/2005 | 164 | MOTION for Leave to File *Supplemental Brief–Tyson Counts 4–10* (Re: 144 Reply to Response to Motion, 66 MOTION to Dismiss *Counts 4–10 of the First Amended Complaint and Integrated Opening Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 12/16/2005) |
| 12/19/2005 | 165 | RESPONSE in Opposition to Motion (Re: 162 MOTION for Leave to File *Supplemental Brief–Peterson Motion to Dismiss*) by Peterson Farms, Inc. ; (McDaniel, Archer) (Entered: 12/19/2005) |
| 12/19/2005 | 166 | ORDER by Judge James O Ellison, granting 154 Motion to File Document Out of Time (bjm, Dpty Clk) (Entered: 12/19/2005) |
| 12/19/2005 | 167 | REPLY to Response to Motion (Re: 125 MOTION to Stay *Proceedings and Integrated Opening Brief in Support* , 126 MOTION for Hearing *(Submitted as part of #125, a multi–part motion)*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Jantzen, Stephen) (Entered: 12/19/2005) |
| 12/19/2005 | 168 | SPECIAL APPEARANCE by Paula M Buchwald on behalf of Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (Buchwald, Paula) (Entered: 12/19/2005) |
| 12/19/2005 | 169 | ORDER by Judge James O Ellison, granting 55 Motion for Admission Pro Hac Vice (bjm, Dpty Clk) (Entered: 12/19/2005) |
| 12/20/2005 | 170 | ADOPTION (Re: 165 Response in Opposition to Motion) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 12/20/2005) |
| 12/20/2005 | 171 | REPLY to Response to Motion (Re: 162 MOTION for Leave to File *Supplemental Brief–Peterson Motion to Dismiss*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) Modified on 12/21/2005 to correct title of event (s–lml, Dpty Clk). (Entered: 12/20/2005) |
| 12/21/2005 | | NOTICE of Docket Entry Modification; Error: E–filed using incorrect event (Brief in Support of Motion); Correction: Edited docket text to reflect correct event (Reply |

| | | |
|---|---|---|
| | | to Response to Motion) (Re: <u>171</u> Brief in Support of Motion) (s–lml, Dpty Clk) (Entered: 12/21/2005) |
| 12/21/2005 | <u>172</u> | ADOPTION (Re: <u>165</u> Response in Opposition to Motion) by Simmons Foods, Inc. (Bronson, Vicki) (Entered: 12/21/2005) |
| 12/23/2005 | <u>173</u> | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *For Service of Process Upon Third Party Defendants Pending Disposition of Defendants' Motion to Stay Proceedings [Docket No. 125]* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., George's, Inc., George's Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Peterson Farms, Inc. (McDaniel, Archer) (Entered: 12/23/2005) |
| 12/23/2005 | <u>174</u> | MOTION to Expedite Ruling (Re: <u>173</u> MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *For Service of Process Upon Third Party Defendants Pending Disposition of Defendants' Motion to Stay Proceedings [Docket No. 125]*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., George's, Inc., George's Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Peterson Farms, Inc. (McDaniel, Archer) (Entered: 12/23/2005) |
| 12/23/2005 | <u>175</u> | RESPONSE in Opposition to Motion (Re: <u>159</u> MOTION for Hearing *State of Oklahoma's Request for Oral Argument on Defendants' Motions to Dismiss*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Willow Brook Foods, Inc., Simmons Foods, Inc. (Jantzen, Stephen) Modified on 12/27/2005 to add Simmons Foods, Inc. as a filer (s–sac, Dpty Clk). (Entered: 12/23/2005) |
| 12/23/2005 | <u>176</u> | RESPONSE in Opposition to Motion (Re: <u>160</u> MOTION for Hearing *State of Oklahoma's Request for Oral Argument on Defendants' Motions to Stay Proceedings*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (Jantzen, Stephen) (Entered: 12/23/2005) |
| 12/27/2005 | | NOTICE of Docket Entry Modification; Error: Simmons Foods, Inc. not picked as a filer; Correction: added Simmons Foods, Inc., as a filer (Re: <u>175</u> Response in Opposition to Motion,, ) (s–sac, Dpty Clk) (Entered: 12/27/2005) |
| 01/03/2006 | <u>177</u> | RESPONSE in Opposition to Motion (Re: <u>163</u> MOTION for Leave to File *Supplemental Brief–Cobb–Vantress Counts 4, 6, 7, 8, 9, 10*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. ; (Jantzen, Stephen) (Entered: 01/03/2006) |
| 01/03/2006 | <u>178</u> | RESPONSE in Opposition to Motion (Re: <u>164</u> MOTION for Leave to File *Supplemental Brief–Tyson Counts 4–10*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. ; (Jantzen, Stephen) (Entered: 01/03/2006) |
| 01/03/2006 | <u>179</u> | RESPONSE in Opposition to Motion (Re: <u>161</u> MOTION for Leave to File supplemental brief *in opposition to tyson's motion to dismiss count 3*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. ; (Jantzen, Stephen) (Entered: 01/03/2006) |

| 01/03/2006 | 180 | ADOPTION (Re: 177 Response in Opposition to Motion) by Simmons Foods, Inc. (Bronson, Vicki) (Entered: 01/03/2006) |
| 01/03/2006 | 181 | ADOPTION (Re: 178 Response in Opposition to Motion) by Simmons Foods, Inc. (Bronson, Vicki) (Entered: 01/03/2006) |
| 01/03/2006 | 182 | ADOPTION (Re: 179 Response in Opposition to Motion, ) by Simmons Foods, Inc. (Bronson, Vicki) (Entered: 01/03/2006) |
| 01/04/2006 | 183 | ADOPTION (Re: 177 Response in Opposition to Motion) by Peterson Farms, Inc. (Longwell, Nicole) (Entered: 01/04/2006) |
| 01/04/2006 | 184 | ADOPTION (Re: 178 Response in Opposition to Motion) by Peterson Farms, Inc. (Longwell, Nicole) (Entered: 01/04/2006) |
| 01/04/2006 | 185 | ADOPTION (Re: 179 Response in Opposition to Motion, ) by Peterson Farms, Inc. (Longwell, Nicole) (Entered: 01/04/2006) |
| 01/04/2006 | 186 | ADOPTION (Re: 177 Response in Opposition to Motion) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 01/04/2006) |
| 01/04/2006 | 187 | ADOPTION (Re: 178 Response in Opposition to Motion) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 01/04/2006) |
| 01/04/2006 | 188 | ADOPTION (Re: 179 Response in Opposition to Motion, ) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 01/04/2006) |
| 01/06/2006 | 189 | SUMMONS Issued by Court Clerk as to City of Watts, City of Westville, City of Tahlequah (s−tjc, Dpty Clk) (Entered: 01/06/2006) |
| 01/06/2006 | 192 | SUMMONS Issued by Court Clerk as to City of Tahlequah, City of Westville (kjp, Dpty Clk) (Entered: 01/09/2006) |
| 01/09/2006 | 190 | ORDER by Judge James O Ellison, granting 173 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (JOE1, Chambers) (Entered: 01/09/2006) |
| 01/09/2006 | 191 | ORDER by Judge James O Ellison, granting 174 Motion to Expedite Ruling (JOE1, Chambers) (Entered: 01/09/2006) |
| 01/10/2006 | 193 | Second BRIEF in Support of Motion (Re: 163 MOTION for Leave to File *Supplemental Brief−Cobb−Vantress Counts 4, 6, 7, 8, 9, 10*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 01/10/2006) |
| 01/10/2006 | 194 | Second BRIEF in Support of Motion (Re: 164 MOTION for Leave to File *Supplemental Brief−Tyson Counts 4−10*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 01/10/2006) |
| 01/10/2006 | 195 | Second BRIEF in Support of Motion (Re: 161 MOTION for Leave to File supplemental brief *in opposition to tyson's motion to dismiss count 3*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 01/10/2006) |
| 01/25/2006 | 196 | SUMMONS Returned Executed re: City of Tahlequah − Served on 1/9/2006. by Peterson Farms, Inc. (Longwell, Nicole) (Entered: 01/25/2006) |

| 01/25/2006 | 197 | SUMMONS Returned Executed re: City of Watts – Served on 1/10/2006. by Peterson Farms, Inc. (Longwell, Nicole) (Entered: 01/25/2006) |
| --- | --- | --- |
| 01/25/2006 | 198 | SUMMONS Returned Executed re: City of Westville – Served on 1/7/2006. by Peterson Farms, Inc. (Longwell, Nicole) (Entered: 01/25/2006) |
| 01/26/2006 | 199 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by City of Watts (Allen, Jo) Modified on 2/13/2006; This document contains a counterclaim which requires a separate entry – see 204 for the counterclaim (sac, Dpty Clk). (Entered: 01/26/2006) |
| 01/26/2006 | 204 | COUNTERCLAIM (submitted as part of 199 ) against Peterson Farms, Inc., by City of Watts (sac, Dpty Clk) Modified on 2/13/2006 (sac, Dpty Clk). Modified on 4/18/2006 to delete reference to Cargill Turkey Production (sac, Dpty Clk). (Entered: 02/13/2006) |
| 01/26/2006 | 206 | COUNTERCLAIM against Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., by City of Watts, City of Watts (sac, Dpty Clk) Modified on 2/13/2006; not all 3rd pty plaintiff roles were added from Third Party Complaint 80 , therefore City of Watts could not select the third party plaintiffs when filing their Answer/Counterclaim [199 and 204], this entry is made to create the counterclaim against these additional third party plaintiffs (sac, Dpty Clk). Modified on 4/18/2006 to delete reference to T&M Sand and Gravel, Inc. (sac, Dpty Clk). (Entered: 02/13/2006) |
| 01/27/2006 | 200 | ANSWER to Third Party Complaint, ANSWER to Third Party Complaint (Re: 82 Third Party Complaint, 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by City of Tahlequah, City of Tahlequah (Medearis, Robert) (Entered: 01/27/2006) |
| 02/01/2006 | 201 | MOTION to Withdraw Attorney(s) *Martin Brown* by Peterson Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 02/01/2006) |
| 02/02/2006 | 202 | ATTORNEY APPEARANCE by Jo Nan Allen on behalf of City of Watts (Allen, Jo) Modified on 2/6/2006 to change "on behalf of" Jo Nan Allen to City of Watts; deleted Jo Nan Allen as a party (s–crp, Dpty Clk). (Entered: 02/02/2006) |
| 02/06/2006 | | NOTICE of Docket Entry Modification; Error: Attorney Jo Nan Allen was added as a party and as attorney for herself instead of on behalf of City of Watts; Correction: Deleted Jo Nan Allen as a party; Added Jo Nan Allen as attorney for City of Watts (Re: 202 Appearance – Attorney) (s–crp, Dpty Clk) (Entered: 02/06/2006) |
| 02/08/2006 | 203 | MINUTE ORDER *by Court Clerk pursuant to General Order 06–4,* reassigning case to Judge Terence Kern, Judge James O Ellison no longer assigned to case, changing case number to 05–CV–329–TCK–SAJ (a–hc, Dpty Clk) (Entered: 02/08/2006) |
| 02/13/2006 | 205 | AMENDED COUNTERCLAIM against Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., George's, Inc., George's Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Peterson Farms, Inc., Cobb–Vantress, Inc. (Re: 204 Counterclaim 206 Counterclaim) by City of Watts (Allen, Jo) Modified on 2/13/2006 to create link to 206 (sac, Dpty Clk). Modified on 4/18/2006 to add Cobb–Vantress, Inc. to docket entry text only (sac, Dpty Clk). (Entered: 02/13/2006) |
| 02/14/2006 | 207 | |

| | | ANSWER to Counterclaim (Re: 204 Counterclaim) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 02/14/2006) |
|---|---|---|
| 02/16/2006 | 208 | ORDER by Judge Terence Kern, granting 201 Motion to Withdraw Attorney(s), terminating attorney Martin Allen Brown (JLW, Chambers) (Entered: 02/16/2006) |
| 02/22/2006 | 209 | ANSWER to Third Party Complaint (Re: 82 Third Party Complaint) by Town of Westville (Hembree, Michael) (Entered: 02/22/2006) |
| 02/22/2006 | 210 | MOTION for Discovery *Limited Expedited* by Attorney General of the State of Oklahoma, Office of Oklahoma Secretary of the Environment (With attachments) (Garren, Richard) Modified on 2/23/2006 to add filer (crp, Dpty Clk). (Entered: 02/22/2006) |
| 02/22/2006 | 211 | ANSWER to Third Party Complaint (Re: 82 Third Party Complaint) by Tahlequah, City of (Medearis, Robert) (Entered: 02/22/2006) |
| 02/22/2006 | 212 | MOTION to Withdraw Document(s) (Re: 125 Motion to Stay Proceedings) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Jantzen, Stephen) Modified on 2/23/2006 to correct title to reflect correct event title, to create a link to #125, this is a multi–part motion, but only 1 part was e–filed; e–filed 2nd part (Motion for Hearing) as #213 (crp, Dpty Clk). (Entered: 02/22/2006) |
| 02/22/2006 | 213 | MOTION for Hearing *(Expedited) (Submitted as part of #212, a multi–part motion)* (Re: 212 MOTION to Lift Stay) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (crp, Dpty Clk) (Entered: 02/23/2006) |
| 02/23/2006 | | NOTICE of Docket Entry Modification; Error: Office of Oklahoma Secretary of the Environment was not selected as a filer; Correction: Added Office of Oklahoma Secretary of the Environment as a filer (Re: 210 MOTION for Discovery *Limited Expedited*) (crp, Dpty Clk) (Entered: 02/23/2006) |
| 02/23/2006 | | NOTICE of Docket Entry Modification; Error: Wrong event used (Motion to Lift Stay), a link was not created to #125, and this is a multi–part motion, but only 1 part was e–filed (Motion to Lift Stay); Correction: Corrected title to reflect correct event title (Motion to Withdraw Document(s), created link to #125, and e–filed 2nd part of this multi–part motion (Motion for Hearing) as #213 (Re: 212 MOTION to Withdraw Document(s), 213 MOTION for Hearing *(Expedited) (Submitted as part of #212, a multi–part motion)*) (crp, Dpty Clk) (Entered: 02/23/2006) |
| 02/24/2006 | 214 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 210 MOTION for Discovery *Limited Expedited*) (cds, Dpty Clk) (Entered: 02/24/2006) |
| 02/24/2006 | 215 | Opposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Enlarge Time for Service Upon Third Party Defendants* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., |

| | | George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 02/24/2006) |
|---|---|---|
| 02/27/2006 | 216 | MINUTE ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s): *Courtroom #3, 4th floor*, Motion Hearing set for 3/16/2006 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 210 MOTION for Discovery *Limited Expedited*) (lmc, Dpty Clk) (Entered: 02/27/2006) |
| 02/27/2006 | 217 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: Due to counsel conflict*, setting/resetting deadline(s)/hearing(s): *Courtroom #4, 4th floor*, Replies due by 3/20/2006, Motion Hearing set for 3/23/2006 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 210 MOTION for Discovery *Limited Expedited*) (lmc, Dpty Clk) (Entered: 02/27/2006) |
| 02/27/2006 | 218 | ANSWER to Amended Counterclaim (Re: 205 Amended Counterclaim, ) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 02/27/2006) |
| 02/28/2006 | 219 | MOTION to Withdraw Attorney(s) *John F. Jeske* by Cargill Turkey Production, LLC, Cargill, Inc., Cargill Turkey Production, LLC, Cargill Turkey Production, LLC (Tucker, John) (Entered: 02/28/2006) |
| 03/06/2006 | 220 | MOTION for Attorney Bruce Jones to be Admitted Pro Hac Vice by Cargill Turkey Production, LLC, Cargill, Inc., Cargill Turkey Production, LLC, Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 03/06/2006) |
| 03/07/2006 | 221 | MINUTE ORDER by Court Clerk, : Pursuant to Local Rule 83.2(g) and this Court's Order in M–128–G (April 20, 1998), a $75.00 admission fee shall be paid by each attorney for each case such attorney seeks admission for limited practice. Upon receipt of the admission fee, the pro hac vice motion will be forwarded to the assigned Judge for consideration. If the fee is not received within 15 days of the date of this order, the motion may be denied for failure to pay the required fee. For attorney(s) Bruce Jones, Pro Hac Vice Fees due by 3/22/2006 (Re: 220 MOTION for Attorney Bruce Jones to be Admitted Pro Hac Vice) (lml, Dpty Clk) (Entered: 03/07/2006) |
| 03/07/2006 | 222 | PRO HAC VICE FEES Paid for attorney(s) Bruce Jones in the amount of $75.00 (Re: 220 MOTION for Attorney Bruce Jones to be Admitted Pro Hac Vice) (s–tjc, Dpty Clk) (Entered: 03/08/2006) |
| 03/08/2006 | 223 | ORDER by Judge Terence Kern, finding as moot 212 Motion to Lift Stay, finding as moot 213 Motion for Hearing, striking/withdrawing document(s) (Re: 125 MOTION to Stay *Proceedings and Integrated Opening Brief in Support* , 126 MOTION for Hearing *(Submitted as part of #125, a multi–part motion)*) (JLW, Chambers) (Entered: 03/08/2006) |
| 03/08/2006 | 224 | ORDER by Judge Terence Kern, granting 219 Motion to Withdraw Attorney(s), terminating attorney John F Jeske (JLW, Chambers) (Entered: 03/08/2006) |
| 03/13/2006 | 225 | RESPONSE in Opposition to Motion (Re: 210 MOTION for Discovery *Limited Expedited*) by Cargill Turkey Production, LLC, Cargill, Inc., Cargill Turkey Production, LLC, Cargill Turkey Production, LLC, Tyson Foods, INc., Tyson Poultry, Inc., Tyson Chicken, Inc., CobbVantress, Inc., Peterson Farms, Inc., Willow Brook Foods, Inc., George's Inc., George's Farms, Inc., Simmons Foods, |

| | | Inc. (Tucker, John) Modified on 3/14/2006 to add filers (sac, Dpty Clk). (Entered: 03/13/2006) |
|---|---|---|
| 03/13/2006 | 226 | EXHIBIT(S) (Re: 225 Response in Opposition to Motion) by Cargill Turkey Production, LLC, Cargill, Inc., Cargill Turkey Production, LLC, Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 03/13/2006) |
| 03/14/2006 | | NOTICE of Docket Entry Modification; Error: not all filers were selected; Correction: added all filers (Re: 225 Response in Opposition to Motion, ) (sac, Dpty Clk) (Entered: 03/14/2006) |
| 03/14/2006 | 227 | ORDER by Judge Terence Kern, granting 220 Motion for Admission Pro Hac Vice, adding attorney Bruce Jones for Cargill Turkey Production, LLC (JLW, Chambers) (Entered: 03/14/2006) |
| 03/15/2006 | 228 | CROSS–CLAIM against Watts, City of by Cargill Turkey Production, LLC, Cargill Turkey Production, LLC, Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 03/15/2006) |
| 03/15/2006 | 229 | CROSS–CLAIM against Tahlequah, City of, Watts, City of, Westville, City of, Tahlequah, City of, Westville, City of by Cargill, Inc. (With attachments) (Tucker, John) (Entered: 03/15/2006) |
| 03/15/2006 | 230 | SUMMONS Issued by Court Clerk as to John W Adair, Brian R. Berry(d/b/a Town Branch Guest Ranch), Mary C. Berry(d/b/a Town Branch Guest Ranch), Austin L. Bennett(d/b/a Eagle Bluff Resort), Leslie Bennett(d/b/a Eagle Bluff Resort), Jerry W. Hare(Trustee of Jerry Wayne Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch), Mary Jo Hare(Individually and d/b/a Crystal Creek Ranch), Virginia W Adair, Arrowhead Camp, Inc., Jim Bagby, Isabel Baker, Tim Baker, Barnacle Bills Marina, LLC, Cheryl D. Beaman, Philip L. Beaman, Austin L. Bennett(Individually), Leslie Bennett(Individually), Brian R. Berry(individually), Mary C. Berry(Individually), Big John's, Norma Brooks, Colleen Brown, Haskell L. Brown, Katherine Brown, Kermit Brown, Ronald Allen Brown, Bryan Sand & Gravel, Burnt Cabin Marina & Resort, LLC, Steven Wesley Cain, Linda Mathis Canada, Roger K. Canada, Darryl Cates, LaDonna Eddings Caviness, Cherry Springs Golf Club, Inc., Gordon W. Clinton, Susann Clinton, Gene Colburn, Lorene Colburn, Brooks P. Connor, M. Wesley Connor, John E. Cotherman, Julie A. Cotherman, Tom Cotton, George Cripps, John T. Cripps, Billie Davis, Kenneth E. Davis, Veraman Davis, Eugene Dill, Wanda L. Dotson, Ray Dean Doyle, Eagle Nursery, LLC, Alice L. Earl, Ewell Van Earl, Elmo Eddings, Thomas E. Eddings, Elk Creek Landing, Falcon Floats, Inc., Hoby Ferrell, Linda S. Fidler, Ronald Lee Fidler, Fin & Feather Resort, Inc., Flint Ridge Property Owners Association, Inc., Flintridge Park, LLC, Rickey Neil Fowler, Tonya Fowler, Frates Properties, Inc., Marjorie Garman, Garner Garrison, Lena Garrison, James C. Gieger, Billy D. Glenn, Norma Glenn, Greater Tulsa Investments, LLC, Greenleaf Nursery Co., Inc., Darrell Guffey, Dianna Guffey, Darylene Hamm, Farrell Hamm, Laura Hamm, Tom Hamm, Tony Hamm, Anthony Waye Hare, Jerry W. Hare(Individually and d/b/a Crystal Creek Ranch), Mary Jo Hare(Trustee of the Mary Jo Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch), Alfred E. Hembree, Carolyn S. Hembree, Bartow Hix, Carolyn Hix, Danny E. Hix, Rickey Joe Hix, Rita Hix, Cherrie House, William House, Billie D. Howard, Illinois River Ranch Property Owners Association, Illinois River Ranch Recreational Vehicle Park Property Owners Association, Illinois River Valley Nursery, Inc., J5 Ranch, LLC, John T. Posey, Jr. Trust, Erin Jones, James Thomas Jones, Barbara L. Kelley, Kevin R. |

| | | |
|---|---|---|
| | | Kelley, Mark Kelly, Melissa Kelly, Bonnie Eddings Kile, Dorothy Gene Lamb, James Lamb, Carolyn R. Lockwood, Larry R. Lockwood, Charline Eddings Long, Ancil Maggard, Doris Mares, Ivan Marion, Dale E. Mathews, Ellen Mathews, Dorothy Ann Means, Jerry Means, Carl Merseburgh, Millie Jeart Trust, James Morrison, Susan Morrison, Darrell Moss, John Nickle, Northland Farms, LLC, One Degree Lawn Care, Park Hill Plants & Trees, Inc., Daniel L. Parker, Archie R. Peyton, Jr, Virginia M. Peyton, Pine Cove Marina, Inc., John T. Posey, Jr, Evelyn Proctor, Jesse T. Proctor, Phillip Dewayne Proctor, River Farms of Tahlequah, LLC, Riverside RV Resort and Campground, LLC, Anne Marie Sanders, Verlie B. Secratt, Sequoyah Fuels International, Inc., Sue Eddings Shankle, Floyd Simmons, Billy Simpson, Sixshooter Resort and Marina, Inc., Skelly Ranch, Inc., Robert A. Smith, Sylvia S. Smith, Snake Creek Marina, Snake Creek Wilderness Development, Inc., Brenda Spears, Brenda K. Spears, David Spears, Jack Spears, Jane T. Spencer, Kenneth D. Spencer, Spring Hollow Feed Mill, Inc., Louise Squyres, Bill Stewart, Bobbie Ann Stratton, David Albert Stratton, T&M Sand and Gravel, Inc., Tahlequah Livestock Auctin, Inc., Elise Tarrance, Willie Tarrance, Richard M. Taylor, Thornton Lawn & Exterminating, Inc., Thunderbird Resort, Inc., John E. and Virginia W. Adair Family Trust, Tumbling T. Bar, LLC, Turf Professional, Katherine Tye, Bishop H. Wadsworth, Wilma F. Wadsworth, War Eagle Floats, Inc., Helen Watts, Simp Watts, Wauhilla Outing Club, Clare Louise Wells, Eurma White, William D Langley, Bobby Williams, Christina Williams, Clifton Williams, Jerry D. Williams, Marian Williams, Norma Williams, Perry Williams, Dean Wilmoth, Charles W. Wilson, Kimberlee Wilson, Gail B. Wilton, David R. Wofford, Robin L. Wofford, Suzanne M. Zieders (With attachments) (kjp, Dpty Clk) (Entered: 03/16/2006) |
| 03/16/2006 | 231 | SUMMONS Issued by Court Clerk as to Sequoyah Fuels International, Inc., Tenkiller Golf Club, Twin City Construction, Inc. (kjp, Dpty Clk) (Main Document 231 replaced on 12/20/2018 to provide better image) (pll, Dpty Clk). (Entered: 03/16/2006) |
| 03/20/2006 | 232 | REPLY to Response to Motion (Re: 210 MOTION for Discovery *Limited Expedited*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) (Entered: 03/20/2006) |
| 03/21/2006 | 233 | ANSWER to Cross−claim (Re: 228 Cross−claim) by Watts, City of (Allen, Jo) (Entered: 03/21/2006) |
| 03/21/2006 | 234 | ORDER by Judge Terence Kern, granting 215 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), setting/resetting deadline(s)/hearing(s): *Service of Third Party Defendants*, Miscellaneous Deadline set for 5/20/2006 (JLW, Chambers) (Entered: 03/21/2006) |
| 03/22/2006 | 235 | SUPPLEMENT (Re: 233 Answer to Cross−claim) by Watts, City of (Allen, Jo) (Entered: 03/22/2006) |
| 03/22/2006 | 236 | NOTICE of Change of Address by John R Elrod by on behalf of Simmons Foods, Inc., Simmons Foods, Inc., Simmons Foods, Inc. (Elrod, John) (Entered: 03/22/2006) |
| 03/23/2006 | 237 | MINUTES of Proceedings − held before Magistrate Judge Sam A Joyner : Motion Hearing held on 3/23/2006, striking/terminating deadline(s)/Hearing(s) (Re: 210 MOTION for Discovery *Limited Expedited*) (Court Reporter: Glen Dorrough) (lmc, |

| | | Dpty Clk) (Entered: 03/23/2006) |
|---|---|---|
| 03/23/2006 | | ***Remark: Glen Dorrough, Court Reporter, has received a request from Louis Bullock and Scott McDaniel to prepare an official transcript of the motion hrg. held on 03/23/06. The parties will have 5 business days from the filing of the unredacted transcript to file with the Court a Notice of Intent to Request Redaction of Transcript. (Re: 237 Minutes of Motion Hearing,, Hearing Held,, Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s)) (grd, Crt Rptr) (Entered: 03/23/2006) |
| 03/24/2006 | 238 | ORDER by Magistrate Judge Sam A Joyner, granting 210 Motion for Discovery, setting/resetting deadline(s)/hearing(s):, Status Report due by 4/13/2006 (lmc, Dpty Clk) (Entered: 03/24/2006) |
| 03/29/2006 | 239 | ATTORNEY APPEARANCE by Tim K Baker on behalf of Greenleaf Nursery Co., Inc., War Eagle Floats, Inc. (kjp, Dpty Clk) Modified on 3/30/2006 to remove CIty of Tahlequah as a filer (lml, Dpty Clk). (Entered: 03/29/2006) |
| 03/30/2006 | 240 | SPECIAL APPEARANCE by Adam Scott Weintraub on behalf of Katherine Brown (Weintraub, Adam) Modified on 3/31/2006 to correct title to reflect correct event title, this is a multi−part document, but only 1 part was e−filed; e−filed 2nd part (Motion for Extension of Time to Answer) as #243 (crp, Dpty Clk). (Entered: 03/30/2006) |
| 03/30/2006 | 241 | SPECIAL APPEARANCE by Adam Scott Weintraub on behalf of Kermit Brown (Weintraub, Adam) Modified on 3/31/2006 to correct title to reflect correct event title; this is a multi−part document, but only 1 part was e−filed; e−filed 2nd part (Motion for Extension of Time to Answer) as #243 (crp, Dpty Clk). (Entered: 03/30/2006) |
| 03/30/2006 | 242 | SUMMONS Issued by Court Clerk as to Flint Creek Farm, LLC, Hayes Family Limited Partnership, The (s−tjc, Dpty Clk) (Entered: 03/30/2006) |
| 03/30/2006 | | NOTICE of Docket Entry Modification; Error: Selected City of Tahlequah as a filer in error; Correction: Edited docket text and removed City of Tahlequah as a filer to document (Re: 239 Appearance − Attorney) (lml, Dpty Clk) (Entered: 03/30/2006) |
| 03/30/2006 | 243 | MOTION for Extension of Time to Answer *(Submitted as part of #240 and #241, multi−part documents)* (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by Katherine Brown, Kermit Brown (crp, Dpty Clk) (Entered: 03/31/2006) |
| 03/31/2006 | | NOTICE of Docket Entry Modification; Error: Document Nos. 240 and 241 were e−filed using the wrong events (Appearance − Attorney); these are multi−part documents, but only 1 part was e−filed (Appearance − Attorney); Correction: Corrected titles of #240 and #241 to reflect correct event title; e−filed 2nd part of these multi−part documents (Motion for Extension of Time to Answer) as #243 (Re: 243 MOTION for Extension of Time to Answer *(Submitted as part of #240 and #241, multi−part documents)*, 240 Appearance − Attorney, ) (crp, Dpty Clk) (Entered: 03/31/2006) |
| 03/31/2006 | 245 | NOTICE of Denial by John E Adair, Virginia W Adair, John E. and Virginia W. Adair Family Trust (kjp, Dpty Clk) (Entered: 04/03/2006) |
| 04/03/2006 | 244 | TRANSCRIPT of Proceedings (Unredacted) of motion hrg. held on 03/23/2006 before Magistrate Judge Sam A Joyner (Court Reporter: Glen Dorrough) (Pages: 1−86) A party must file a Notice of Intent to Request Redaction of Transcript within |

| | | 5 business days. If a party fails to request redaction, the unredacted transcript attached to this entry will be made electronically available without redaction. (Re: 237 Minutes of Motion Hearing,, Hearing Held,, Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s)) (grd, Crt Rptr) (Entered: 04/03/2006) |
|---|---|---|
| 04/03/2006 | 246 | ANSWER to Cross−claim (Re: 229 Cross−claim) by Tahlequah, City of (Medearis, Robert) (Entered: 04/03/2006) |
| 04/03/2006 | 247 | MOTION to Sever *stay strike dismiss third party complaint claims* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (This is a multi−part motion, see Doc # 252 for additional parts) (Entered: 04/03/2006) |
| 04/03/2006 | 248 | MOTION to Stay *Time for 3rd Party Defendants to Answer* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 04/03/2006) |
| 04/03/2006 | 252 | MOTION to Dismiss *claims in Third−party complaint*, MOTION to Stay *(Submitted as part of Doc #247)* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (lml, Dpty Clk) (Entered: 04/05/2006) |
| 04/04/2006 | 249 | ATTORNEY APPEARANCE by Marcus N Ratcliff on behalf of Barbara L. Kelley (Ratcliff, Marcus) (Entered: 04/04/2006) |
| 04/04/2006 | 250 | ATTORNEY APPEARANCE by Kenneth Edward Wagner on behalf of Barbara L. Kelley (Wagner, Kenneth) (Entered: 04/04/2006) |
| 04/04/2006 | 251 | Unopposed MOTION for Extension of Time to Answer (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by Barbara L. Kelley (Wagner, Kenneth) (Entered: 04/04/2006) |
| 04/05/2006 | | NOTICE of Docket Entry Modification; Error: This is a multi−part moton, but only one part was e−filed (Motion to Sever); Correction: Filed the additional parts of the motion (Motion to Stay & Motion to Dismiss) as Doc #252 (Re: 247 MOTION to Sever *stay strike dismiss third party complaint claims*) (lml, Dpty Clk) (Entered: 04/05/2006) |
| 04/05/2006 | 253 | SUPPLEMENT (Re: 247 MOTION to Sever *stay strike dismiss third party complaint claims*, 252 MOTION to Dismiss *claims in Third−party complaint* MOTION to Stay *(Submitted as part of Doc #247)*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) Modified on 4/6/2006 to correct title to reflect correct event title (crp, Dpty Clk). (Entered: 04/05/2006) |
| 04/06/2006 | 254 | MOTION for Disclosure *Statement* by Sequoyah Fuels International, Inc. (Martin, Linda) Modified on 4/7/2006; THIS ENTRY WAS MADE IN ERROR, wrong event, counsel notified to REFILE using the correct event (Disclosure Statement (Corporate)) (sac, Dpty Clk). (Entered: 04/06/2006) |
| 04/06/2006 | 255 | MOTION for Extension of Time to Answer (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by Sequoyah Fuels International, Inc. (Martin, Linda) (Entered: 04/06/2006) |
| 04/06/2006 | 256 | |

| | | ATTORNEY APPEARANCE by J Ron Wright on behalf of Austin L. Bennett(d/b/a Eagle Bluff Resort), Leslie Bennett(d/b/a Eagle Bluff Resort), Austin L. Bennett(Individually), Leslie Bennett(Individually) (Wright, J) (Entered: 04/06/2006) |
|---|---|---|
| 04/06/2006 | 257 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by Austin L. Bennett(d/b/a Eagle Bluff Resort), Leslie Bennett(d/b/a Eagle Bluff Resort), Austin L. Bennett(Individually), Leslie Bennett(Individually) (Wright, J) (Entered: 04/06/2006) |
| 04/06/2006 | 258 | CERTIFICATE of Service (Re: 256 Appearance – Attorney, 257 Answer to Third Party Complaint) by Austin L. Bennett(d/b/a Eagle Bluff Resort), Leslie Bennett(d/b/a Eagle Bluff Resort), Austin L. Bennett(Individually), Leslie Bennett(Individually) (Wright, J) (Entered: 04/06/2006) |
| 04/06/2006 | 259 | NOTICE of Denial by Jim Bagby (s–kjp, Dpty Clk) (Entered: 04/06/2006) |
| 04/06/2006 | | NOTICE of Docket Entry Modification; Error: Wrong event used (Motion to Supplement); Correction: Corrected title to reflect correct event title (Supplement) (Re: 253 MOTION to Supplement) (crp, Dpty Clk) (Entered: 04/06/2006) |
| 04/06/2006 | 260 | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of Verlie B. Secratt (Freeman, Ronnie) (Entered: 04/06/2006) |
| 04/06/2006 | 261 | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of Park Hill Plants & Trees, Inc. (Freeman, Ronnie) (Entered: 04/06/2006) |
| 04/06/2006 | 262 | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of Darrell Moss (Freeman, Ronnie) (Entered: 04/06/2006) |
| 04/06/2006 | 263 | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of Spring Hollow Feed Mill, Inc. (Freeman, Ronnie) (Entered: 04/06/2006) |
| 04/06/2006 | 264 | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of Cherry Springs Golf Club, Inc. (Freeman, Ronnie) (Entered: 04/06/2006) |
| 04/06/2006 | 265 | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of Millie Seratt Trust (Freeman, Ronnie) (Entered: 04/06/2006) |
| 04/06/2006 | 266 | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of Flint Ridge Property Owners Association, Inc. (Freeman, Ronnie) (Entered: 04/06/2006) |
| 04/06/2006 | 267 | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of Brian R. Berry(d/b/a Town Branch Guest Ranch), Mary C. Berry(d/b/a Town Branch Guest Ranch), Jerry W. Hare(Trustee of Jerry Wayne Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch), Mary Jo Hare(Individually and d/b/a Crystal Creek Ranch), Brian R. Berry(individually), Mary C. Berry(Individually), Norma Brooks, Haskell L. Brown, Linda Mathis Canada, Cherry Springs Golf Club, Inc., Gene Colburn, Lorene Colburn, Brooks P. Connor, M. Wesley Connor, Flint Ridge Property Owners Association, Inc., Billy D. Glenn, Norma Glenn, Darrell Guffey, Dianna Guffey, Anthony Waye Hare, Jerry W. Hare(Individually and d/b/a Crystal Creek Ranch), Mary Jo Hare(Trustee of the Mary Jo Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch), J5 Ranch, LLC, Mark Kelly, Melissa Kelly, Dale E. Mathews, Ellen Mathews, Dorothy Ann Means, Jerry Means, Millie Seratt Trust, Darrell Moss, John Nickle, Park Hill Plants & Trees, Inc., Daniel L. Parker, Evelyn Proctor, Phillip Dewayne Proctor, Verlie B. Secratt, Spring Hollow |

| | | |
|---|---|---|
| | | Feed Mill, Inc., Elise Tarrance, Willie Tarrance, Bobby Williams, Christina Williams, Clifton Williams, Jerry D. Williams, Marian Williams, Charles W. Wilson, Kimberlee Wilson (Freeman, Ronnie) (Entered: 04/06/2006) |
| 04/06/2006 | 268 | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of Roger K. Canada (Freeman, Ronnie) (Entered: 04/06/2006) |
| 04/06/2006 | 269 | ATTORNEY APPEARANCE by Tony Michael Graham on behalf of Brian R. Berry(d/b/a Town Branch Guest Ranch), Mary C. Berry(d/b/a Town Branch Guest Ranch), Jerry W. Hare(Trustee of Jerry Wayne Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch), Mary Jo Hare(Individually and d/b/a Crystal Creek Ranch), Brian R. Berry(individually), Mary C. Berry(Individually), Norma Brooks, Haskell L. Brown, Linda Mathis Canada, Roger K. Canada, Cherry Springs Golf Club, Inc., Gene Colburn, Lorene Colburn, Brooks P. Connor, M. Wesley Connor, Flint Ridge Property Owners Association, Inc., Billy D. Glenn, Norma Glenn, Darrell Guffey, Dianna Guffey, Anthony Waye Hare, Jerry W. Hare(Individually and d/b/a Crystal Creek Ranch), Mary Jo Hare(Trustee of the Mary Jo Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch), J5 Ranch, LLC, Mark Kelly, Melissa Kelly, Dale E. Mathews, Ellen Mathews, Dorothy Ann Means, Jerry Means, Millie Seratt Trust, Darrell Moss, John Nickle, Park Hill Plants & Trees, Inc., Daniel L. Parker, Evelyn Proctor, Phillip Dewayne Proctor, Verlie B. Secratt, Spring Hollow Feed Mill, Inc., Elise Tarrance, Willie Tarrance, Bobby Williams, Christina Williams, Clifton Williams, Jerry D. Williams, Marian Williams, Charles W. Wilson, Kimberlee Wilson (Graham, Tony) (Entered: 04/06/2006) |
| 04/06/2006 | 270 | Unopposed MOTION for Extension of Time to Answer *Third−Party Complaint* (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by Brian R. Berry(d/b/a Town Branch Guest Ranch), Mary C. Berry(d/b/a Town Branch Guest Ranch), Jerry W. Hare(Trustee of Jerry Wayne Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch), Mary Jo Hare(Individually and d/b/a Crystal Creek Ranch), Brian R. Berry(individually), Mary C. Berry(Individually), Norma Brooks, Haskell L. Brown, Linda Mathis Canada, Roger K. Canada, Cherry Springs Golf Club, Inc., Gene Colburn, Lorene Colburn, Brooks P. Connor, M. Wesley Connor, Flint Ridge Property Owners Association, Inc., Billy D. Glenn, Norma Glenn, Darrell Guffey, Dianna Guffey, Anthony Waye Hare, Jerry W. Hare(Individually and d/b/a Crystal Creek Ranch), Mary Jo Hare(Trustee of the Mary Jo Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch), J5 Ranch, LLC, Mark Kelly, Melissa Kelly, Dale E. Mathews, Ellen Mathews, Dorothy Ann Means, Jerry Means, Millie Seratt Trust, Darrell Moss, John Nickle, Park Hill Plants & Trees, Inc., Daniel L. Parker, Evelyn Proctor, Phillip Dewayne Proctor, Verlie B. Secratt, Spring Hollow Feed Mill, Inc., Elise Tarrance, Willie Tarrance, Bobby Williams, Christina Williams, Clifton Williams, Jerry D. Williams, Marian Williams, Charles W. Wilson, Kimberlee Wilson (Freeman, Ronnie) (Entered: 04/06/2006) |
| 04/06/2006 | 320 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by Sixshooter Resort and Marina, Inc., filed by G. Craig Heffington (s−kjp, Dpty Clk) (Entered: 04/13/2006) |
| 04/07/2006 | | NOTICE of Docket Entry Modification; Error: wrong event used (Motion for Disclosure); Correction: notified counsel to REFILE using correct event (Disclosure Statement (Corporate)) (Re: 254 MOTION for Disclosure *Statement*) (sac, Dpty Clk) (Entered: 04/07/2006) |

| 04/07/2006 | 271 | JOINDER in Motion (Re: 247 MOTION to Sever *stay strike dismiss third party complaint claims*) by Watts, City of (Allen, Jo) (Entered: 04/07/2006) |
| 04/07/2006 | 272 | CORPORATE DISCLOSURE STATEMENT by Park Hill Plants & Trees, Inc. (Freeman, Ronnie) (Entered: 04/07/2006) |
| 04/07/2006 | 273 | CORPORATE DISCLOSURE STATEMENT by Cherry Springs Golf Club, Inc. (Freeman, Ronnie) (Entered: 04/07/2006) |
| 04/07/2006 | 274 | CORPORATE DISCLOSURE STATEMENT by Sequoyah Fuels International, Inc. (Martin, Linda) (Entered: 04/07/2006) |
| 04/07/2006 | 275 | Amended MOTION for Extension of Time to Answer (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by Sequoyah Fuels International, Inc. (Martin, Linda) (Entered: 04/07/2006) |
| 04/07/2006 | 276 | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of John W Adair, John E Adair, Virginia W Adair, Bartow Hix, Carolyn Hix, Danny E. Hix, Rickey Joe Hix, Rita Hix, Wanda Hix, Carolyn R. Lockwood, Larry R. Lockwood, Ancil Maggard, Anne Marie Sanders (Freeman, Ronnie) (Entered: 04/07/2006) |
| 04/07/2006 | 277 | ATTORNEY APPEARANCE by Tony Michael Graham on behalf of John W Adair, John E Adair, Virginia W Adair, Bartow Hix, Carolyn Hix, Danny E. Hix, Rickey Joe Hix, Rita Hix, Carolyn R. Lockwood, Larry R. Lockwood, Ancil Maggard, Anne Marie Sanders (Graham, Tony) (Entered: 04/07/2006) |
| 04/07/2006 | 278 | Unopposed MOTION for Extension of Time to Answer (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by John W Adair, John E Adair, Virginia W Adair, Bartow Hix, Carolyn Hix, Danny E. Hix, Rickey Joe Hix, Rita Hix, Wanda Hix, Carolyn R. Lockwood, Larry R. Lockwood, Ancil Maggard, Anne Marie Sanders (Freeman, Ronnie) (Entered: 04/07/2006) |
| 04/07/2006 | 279 | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of Twin City Construction, Inc., Norma Williams, Perry Williams (Freeman, Ronnie) (Entered: 04/07/2006) |
| 04/07/2006 | 280 | CORPORATE DISCLOSURE STATEMENT by Twin City Construction, Inc. (Freeman, Ronnie) (Entered: 04/07/2006) |
| 04/07/2006 | 281 | CORPORATE DISCLOSURE STATEMENT by Spring Hollow Feed Mill, Inc. (Freeman, Ronnie) (Entered: 04/07/2006) |
| 04/07/2006 | 282 | ATTORNEY APPEARANCE by Tony Michael Graham on behalf of Twin City Construction, Inc., Norma Williams, Perry Williams (Graham, Tony) (Entered: 04/07/2006) |
| 04/07/2006 | 283 | Unopposed MOTION for Extension of Time to Answer (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by Twin City Construction, Inc., Norma Williams, Perry Williams (Freeman, Ronnie) (Entered: 04/07/2006) |
| 04/09/2006 | 284 | ATTORNEY APPEARANCE by Angela Diane Cotner on behalf of Tumbling T. Bar, LLC (Cotner, Angela) (Entered: 04/09/2006) |
| 04/09/2006 | 285 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by Tumbling T. Bar, LLC (Cotner, Angela) (Entered: 04/09/2006) |
| 04/09/2006 | 286 | |

| | | CORPORATE DISCLOSURE STATEMENT by Tumbling T. Bar, LLC (Cotner, Angela) (Entered: 04/09/2006) |
|---|---|---|
| 04/10/2006 | 287 | MINUTE ORDER by Judge Terence Kern ( *and any subsequent motion as a part of this motion* 248 *by notice of docket modification entered by the Clerk*), referring motion(s) to Magistrate Judge Joyner (Re: 248 MOTION to Stay *Time for 3rd Party Defendants to Answer*) (JLW, Chambers) (Entered: 04/10/2006) |
| 04/10/2006 | 288 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,, ) by James C Geiger, Jane T. Spencer, Kenneth D. Spencer (s–tjc, Dpty Clk) (Entered: 04/10/2006) |
| 04/10/2006 | 289 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,, ) by Brazil Creek Minerals, Inc., Garner Garrison, Lena Garrison (Neas, John) (Entered: 04/10/2006) |
| 04/10/2006 | 290 | CORPORATE DISCLOSURE STATEMENT by Brazil Creek Minerals, Inc. (Neas, John) (Entered: 04/10/2006) |
| 04/10/2006 | 291 | ATTORNEY APPEARANCE by Angela Diane Cotner on behalf of Bartow Hix, Wanda Hix (Cotner, Angela) (Entered: 04/10/2006) |
| 04/10/2006 | 292 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,, ) by Bartow Hix, Wanda Hix (Cotner, Angela) (Entered: 04/10/2006) |
| 04/10/2006 | 337 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,, ) by James Morrison (s–tjc, Dpty Clk) (Entered: 04/13/2006) |
| 04/11/2006 | 293 | ATTORNEY APPEARANCE by R Pope Van Cleef, Jr on behalf of Bill Stewart (Van Cleef, R) (Entered: 04/11/2006) |
| 04/11/2006 | 294 | First MOTION for Extension of Time to Answer (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,, ) by Bill Stewart (Van Cleef, R) (Entered: 04/11/2006) |
| 04/11/2006 | 295 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,, ) by Dorothy Gene Lamb, James Lamb (s–tjc, Dpty Clk) (Entered: 04/11/2006) |
| 04/11/2006 | 296 | ATTORNEY APPEARANCE by Jo Nan Allen on behalf of Fin & Feather Resort, Inc. (Allen, Jo) (Entered: 04/11/2006) |
| 04/11/2006 | 297 | CORPORATE DISCLOSURE STATEMENT by Fin & Feather Resort, Inc. (Allen, Jo) Modified on 4/12/2006 to correct title of event (lml, Dpty Clk). (Entered: 04/11/2006) |
| 04/11/2006 | 298 | ATTORNEY APPEARANCE by Jo Nan Allen on behalf of John E. Cotherman, Julie A. Cotherman (Allen, Jo) (Entered: 04/11/2006) |
| 04/11/2006 | 299 | MOTION for Extension of Time to Answer *Third Party Complaint* (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,, ) by John E. Cotherman, Julie A. Cotherman, Fin & Feather Resort, Inc. (Allen, Jo) (Entered: 04/11/2006) |
| 04/12/2006 | 300 | MINUTE ORDER by Judge Terence Kern, Parties are to take notice that documents are being filed in this matter which incorrectly cite the case number. Specifically, an incorrect reference has been included in the judge and/or magistrate judge designation portion of the case number citation on a recent pleading. The incorrect citation of the judge assigned to a case causes misrouting of pleadings within the court. The correct case number, 05–cv–329–TCK–SAJ, should be noted and |

| | | corrected on all future pleadings. (JLW, Chambers) (Entered: 04/12/2006) |
|---|---|---|
| 04/12/2006 | | NOTICE of Docket Entry Modification; Error: E–filed using incorrect event (Motion for Disclosure); Correction: Edited docket text to reflect correct event (Disclosure Statement (Corporate); Also advised counsel that case number is incorrect on Doc #296, 297 & 298 (Re: <u>297</u> CORPORATE DISCLOSURE STATEMENT) (lml, Dpty Clk) (Entered: 04/12/2006) |
| 04/12/2006 | <u>301</u> | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of Illinois River Ranch Recreational Vehicle Park Property Owners Association, Illinois River Valley Nursery, Inc., Skelly Ranch, Inc., Tom Tate (Freeman, Ronnie) Modified on 4/14/2006 to delete filer Illinois River Ranch Property Owners Association and add correct filer Illinois River Ranch Recreational Vehicle Park Property Owners Association (crp, Dpty Clk). (Entered: 04/12/2006) |
| 04/12/2006 | <u>302</u> | CORPORATE DISCLOSURE STATEMENT by Illinois River Valley Nursery, Inc. (Freeman, Ronnie) (Entered: 04/12/2006) |
| 04/12/2006 | <u>303</u> | CORPORATE DISCLOSURE STATEMENT by Skelly Ranch, Inc. (Freeman, Ronnie) (Entered: 04/12/2006) |
| 04/12/2006 | <u>304</u> | MOTION for Extension of Time to Answer (Re: <u>80</u> Third Party Complaint,,,,,,,,,,,,,,,,,, ) by Illinois River Ranch Recreational Vehicle Park Property Owners Association, Illinois River Valley Nursery, Inc., Skelly Ranch, Inc., Tom Tate (Freeman, Ronnie) Modified on 4/14/2006 to delete Illinois River Ranch Property Owners Association as a filer and add correct filer Illinois River Ranch Recreational Vehicle Park Property Owners Association (crp, Dpty Clk). (Entered: 04/12/2006) |
| 04/12/2006 | <u>305</u> | ATTORNEY APPEARANCE by Tony Michael Graham on behalf of Illinois River Ranch Recreational Vehicle Park Property Owners Association, Illinois River Valley Nursery, Inc., Skelly Ranch, Inc., Tom Tate (Graham, Tony) (Entered: 04/12/2006) |
| 04/12/2006 | <u>306</u> | MOTION to Withdraw Attorney(s) by Bartow Hix, Wanda Hix (Freeman, Ronnie) (Entered: 04/12/2006) |
| 04/12/2006 | <u>307</u> | MOTION to Withdraw Attorney(s) by Bartow Hix, Wanda Hix (Graham, Tony) (Entered: 04/12/2006) |
| 04/12/2006 | <u>308</u> | ORDER by Judge Terence Kern, granting <u>251</u> Motion for Extension of Time to Answer, setting/resetting/terminating answer deadline(s) (JLW, Chambers) (Entered: 04/12/2006) |
| 04/12/2006 | <u>309</u> | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of Illinois River Ranch Recreational Vehicle Park Property Owners Association (Freeman, Ronnie) (Entered: 04/12/2006) |
| 04/12/2006 | <u>310</u> | Unopposed MOTION for Extension of Time to Answer (Re: <u>80</u> Third Party Complaint,,,,,,,,,,,,,,,,,, ) by Illinois River Ranch Recreational Vehicle Park Property Owners Association (Freeman, Ronnie) (Entered: 04/12/2006) |
| 04/12/2006 | <u>311</u> | MOTION to Withdraw Attorney(s) by Illinois River Ranch Property Owners Association (Freeman, Ronnie) (Entered: 04/12/2006) |
| 04/12/2006 | 312 | |

| | | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 252 MOTION to Dismiss *claims in Third–party complaint* MOTION to Stay *(Submitted as part of Doc #247)*, <u>247</u> MOTION to Sever *stay strike dismiss third party complaint claims*) (JLW, Chambers) (Entered: 04/12/2006) |
|---|---|---|
| 04/12/2006 | 313 | MINUTE ORDER by Judge Terence Kern *(as joinder to Dkt. no. 247)*, referring motion(s) to Magistrate Judge Joyner (Re: <u>271</u> JOINDER in Motion) (JLW, Chambers) (Entered: 04/12/2006) |
| 04/13/2006 | <u>314</u> | SUMMONS Returned Executed re: Brazil Creek Minerals, Inc. – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | <u>315</u> | SUMMONS Returned Executed re: Farrell Hamm – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | <u>316</u> | SUMMONS Returned Executed re: Tony Hamm – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | <u>317</u> | SUMMONS Returned Executed re: Laura Hamm – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | <u>318</u> | SUMMONS Returned Executed re: Jackie Hamm – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | <u>319</u> | SUMMONS Returned Executed re: Tom Hamm – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | <u>321</u> | SUMMONS Returned Executed re: Darylene Hamm – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | <u>322</u> | SUMMONS Returned Executed re: Garner Garrison – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | <u>323</u> | SUMMONS Returned Executed re: Lena Garrison – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | <u>324</u> | |

| | | SUMMONS Returned Executed re: Helen Watts – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
|---|---|---|
| 04/13/2006 | 325 | SUMMONS Returned Executed re: Simp Watts – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 326 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by Fin & Feather Resort, Inc. (Allen, Jo) (Entered: 04/13/2006) |
| 04/13/2006 | 327 | SUMMONS Returned Executed re: Dorothy Gene Lamb – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 328 | SUMMONS Returned Executed re: James Lamb – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 329 | SUMMONS Returned Executed re: Strayhorn Landing Marina & Gene's Scuba Sales – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 330 | SUMMONS Returned Executed re: Strayhorn Landing Marina & Gene's Scuba Sales by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 331 | SUMMONS Returned Executed re: Billy Simpson – Served on 3/17/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 332 | SUMMONS Returned Executed re: Billy Simpson by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 333 | SUMMONS Returned Executed re: Fidlers Bend Farms & Trading Co., LLC – Served on 3/17/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 334 | SUMMONS Returned Executed re: Ronald Lee Fidler – Served on 3/17/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |

| 04/13/2006 | 335 | SUMMONS Returned Executed re: Linda S. Fidler – Served on 3/17/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 336 | SUMMONS Returned Executed re: Fidlers Bend Farms & Trading Co., LLC by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 338 | SUMMONS Returned Executed re: Diamond Head Resort – Served on 3/17/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 339 | SUMMONS Returned Executed re: Barbara L. Kelley – Served on 3/17/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 340 | SUMMONS Returned Executed re: Diamond Head Resort by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 341 | SUMMONS Returned Executed re: Kevin R. Kelley – Served on 3/17/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 342 | SUMMONS Returned Executed re: John Nickle – Served on 3/20/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 343 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by Greenleaf Nursery Co., Inc. (Baker, Tim) (Entered: 04/13/2006) |
| 04/13/2006 | 344 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by War Eagle Floats, Inc. (Baker, Tim) (Entered: 04/13/2006) |
| 04/13/2006 | 345 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by Archie R. Peyton, Jr, Virginia M. Peyton (Baker, Tim) (Entered: 04/13/2006) |
| 04/13/2006 | 346 | SUMMONS Returned Executed re: J5 Ranch, LLC – Served on 3/20/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 347 | ATTORNEY APPEARANCE by Tim Keith Baker on behalf of Archie R. Peyton, Jr, Virginia M. Peyton, Katherine Tye, Kevin Tye (Baker, Tim) (Entered: 04/13/2006) |
| 04/13/2006 | 348 | SUMMONS Returned Executed re: Darrell Guffey – Served on 3/20/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, |

| | | Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
|---|---|---|
| 04/13/2006 | 349 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by Katherine Tye, Kevin Tye (Baker, Tim) (Entered: 04/13/2006) |
| 04/13/2006 | 350 | SUMMONS Returned Executed re: Dianna Guffey – Served on 3/20/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 351 | SUMMONS Returned Executed re: Darrell Guffey – Served on 3/20/06. by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Longwell, Nicole) Modified on 4/14/2006 to text in date of service and add filer Simmons Foods, Inc. (crp, Dpty Clk). (Entered: 04/13/2006) |
| 04/13/2006 | 352 | SUMMONS Returned Executed re: Dianna Guffey by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 353 | SUMMONS Returned Executed re: Cookson Log Cabin Motel – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 354 | SUMMONS Returned Executed re: Bishop H. Wadsworth – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 355 | SUMMONS Returned Executed re: Wilma F. Wadsworth – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 356 | SUMMONS Returned Executed re: Cookson Log Cabin Motel by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 357 | ATTORNEY APPEARANCE by Lloyd E Cole, Jr on behalf of John Stacy, Donna Doyle, Ray Dean Doyle, Billie D. Howard, Illinois River Ranch Property Owners Association, Floyd Simmons (s–tjc, Dpty Clk) (Entered: 04/13/2006) |
| 04/13/2006 | 358 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by Illinois River Ranch Property Owners Association (s–tjc, Dpty Clk) (Entered: 04/13/2006) |
| 04/13/2006 | 359 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by Floyd Simmons (s–tjc, Dpty Clk) (Entered: 04/13/2006) |
| 04/13/2006 | 360 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by John Stacy (s–tjc, Dpty Clk) (Entered: 04/13/2006) |

| 04/13/2006 | <u>361</u> | ANSWER to Third Party Complaint (Re: <u>80</u> Third Party Complaint,,,,,,,,,,,,,,,,,,,,, ) by Donna Doyle, Ray Dean Doyle (s–tjc, Dpty Clk) (Entered: 04/13/2006) |
| --- | --- | --- |
| 04/13/2006 | 362 | MINUTE ORDER by Judge Terence Kern, finding as moot <u>254</u> Motion for Disclosure, finding as moot <u>255</u> Motion for Extension of Time to Answer, finding as moot <u>111</u> Motion for Relief, finding as moot <u>121</u> Motion for Miscellaneous Relief, granting <u>122</u> Motion to Withdraw Documents(s), granting <u>135</u> Motion to Withdraw Documents(s), granting <u>156</u> Joinder in Motion, granting <u>157</u> Joinder in Motion, finding as moot <u>160</u> Motion for Hearing (JLW, Chambers) (Entered: 04/13/2006) |
| 04/13/2006 | <u>363</u> | ANSWER to Third Party Complaint (Re: <u>80</u> Third Party Complaint,,,,,,,,,,,,,,,,,,,,, ) by Billie D. Howard (s–tjc, Dpty Clk) (Entered: 04/13/2006) |
| 04/13/2006 | <u>364</u> | SUMMONS Returned Executed re: Tom Cotton – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | <u>365</u> | SUMMONS Returned Executed re: Chicken Creek Village Store – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | <u>366</u> | SUMMONS Returned Executed re: Sixshooter Resort and Marina, Inc. – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | <u>367</u> | SUMMONS Returned Executed re: Cookson Village and Cabins – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc., Simmons Foods, Inc. (Longwell, Nicole) Modified on 4/14/2006 to add Simmons Foods, Inc. as a filer (crp, Dpty Clk). (Entered: 04/13/2006) |
| 04/13/2006 | <u>368</u> | SUMMONS Returned Executed re: Ewell Van Earl – Served on 3/19/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/13/2006) |
| 04/13/2006 | 369 | MINUTE ORDER by Judge Terence Kern (*as counsel for Third–Party Defendants no. 133*), granting <u>306</u> Motion to Withdraw Attorney(s), terminating attorney Ronnie Jack Freeman (Re: <u>276</u> Appearance – Attorney, ) (JLW, Chambers) (Entered: 04/13/2006) |
| 04/13/2006 | 370 | MINUTE ORDER by Judge Terence Kern (*as counsel for Third–Party Defendants no. 133*), granting <u>307</u> Motion to Withdraw Attorney(s), terminating attorney Tony Michael Graham (Re: <u>277</u> Appearance – Attorney, ) (JLW, Chambers) (Entered: 04/13/2006) |
| 04/13/2006 | 371 | MINUTE ORDER by Judge Terence Kern (*as counsel for Third–Party Defendant no. 37*), granting <u>311</u> Motion to Withdraw Attorney(s), terminating attorney Ronnie |

| | | |
|---|---|---|
| | | Jack Freeman (Re: <u>301</u> Appearance – Attorney) (JLW, Chambers) Modified on 4/14/2006 to correct typo (crp, Dpty Clk). (Entered: 04/13/2006) |
| 04/13/2006 | <u>372</u> | JOINT STATUS REPORT by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 04/13/2006) |
| 04/14/2006 | 373 | MINUTE ORDER by Judge Terence Kern, granting <u>270</u> Motion for Extension of Time to Answer, setting/resetting/terminating answer deadline(s) (JLW, Chambers) (Entered: 04/14/2006) |
| 04/14/2006 | 374 | MINUTE ORDER by Judge Terence Kern, granting <u>275</u> Motion for Extension of Time to Answer, setting/resetting/terminating answer deadline(s) (JLW, Chambers) (Entered: 04/14/2006) |
| 04/14/2006 | 375 | MINUTE ORDER by Judge Terence Kern, granting <u>278</u> Motion for Extension of Time to Answer, setting/resetting/terminating answer deadline(s) (JLW, Chambers) (Entered: 04/14/2006) |
| 04/14/2006 | 376 | MINUTE ORDER by Judge Terence Kern, granting <u>283</u> Motion for Extension of Time to Answer, setting/resetting/terminating answer deadline(s) (JLW, Chambers) (Entered: 04/14/2006) |
| 04/14/2006 | 377 | MINUTE ORDER by Judge Terence Kern, granting <u>299</u> Motion for Extension of Time to Answer, setting/resetting/terminating answer deadline(s) (JLW, Chambers) (Entered: 04/14/2006) |
| 04/14/2006 | 378 | MINUTE ORDER by Judge Terence Kern, granting <u>304</u> Motion for Extension of Time to Answer, setting/resetting/terminating answer deadline(s) (JLW, Chambers) (Entered: 04/14/2006) |
| 04/14/2006 | 379 | MINUTE ORDER by Judge Terence Kern *(granted by Minute Order no. 378)*, finding as moot <u>310</u> Motion for Extension of Time to Answer (JLW, Chambers) (Entered: 04/14/2006) |
| 04/14/2006 | 380 | MINUTE ORDER by Judge Terence Kern, granting <u>294</u> Motion for Extension of Time to Answer, setting/resetting/terminating answer deadline(s) (JLW, Chambers) (Entered: 04/14/2006) |
| 04/14/2006 | <u>381</u> | ORDER by Judge Terence Kern *("Related Case" reference stricken)*, finding as moot <u>53</u> Motion for Miscellaneous Relief, finding as moot <u>76</u> Joinder in Motion (JLW, Chambers) (Entered: 04/14/2006) |
| 04/14/2006 | | NOTICE of Docket Entry Modification; Error: Illinois River Ranch Property Owners Association was selected as a filer in error; Correction: Deleted Illinois River Ranch Property Owners Association as a filer and added correct filer Illinois River Ranch Recreational Vehicle Park Property Owners Association (Re: <u>301</u> Appearance – Attorney,, <u>304</u> MOTION for Extension of Time to Answer) (crp, Dpty Clk) (Entered: 04/14/2006) |
| 04/14/2006 | | NOTICE of Docket Entry Modification; Error: Simmons Foods, Inc. was not selected as a filer; Correction: Added Simmons Foods, Inc. as a filer (Re: <u>367</u> Summons Returned Executed,, <u>351</u> Summons Returned Executed, ) (crp, Dpty Clk) |

| | | (Entered: 04/14/2006) |
|---|---|---|
| 04/17/2006 | 382 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,,, ) by Robin L. Wofford (s–kjp, Dpty Clk) (Entered: 04/17/2006) |
| 04/17/2006 | 383 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,,, ) by Katherine Brown (Weintraub, Adam) (Entered: 04/17/2006) |
| 04/17/2006 | 384 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,,, ) by Kermit Brown (Weintraub, Adam) (Entered: 04/17/2006) |
| 04/17/2006 | 385 | MOTION for Extension of Time to Answer (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,, ) by Claire Wells (s–tjc, Dpty Clk) (Entered: 04/17/2006) |
| 04/17/2006 | 386 | MOTION for Extension of Time to Answer (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,, ) by Louise Squyres (s–tjc, Dpty Clk) (Entered: 04/17/2006) |
| 04/17/2006 | 387 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,,, ) by Burnt Cabin Marina & Resort, LLC, filed by Richard E. Parker & Donna S. Parker, Pro Se (s–tjc, Dpty Clk) (Entered: 04/17/2006) |
| 04/18/2006 | 388 | MINUTE ORDER by Judge Terence Kern *referring case to Magistrate Judge Joyner for scheduling conference* (cds, Dpty Clk) (Entered: 04/18/2006) |
| 04/18/2006 | 389 | MOTION to Withdraw Attorney(s) by Ancil Maggard (Graham, Tony) (Entered: 04/18/2006) |
| 04/18/2006 | 390 | MOTION to Withdraw Attorney(s) by Ancil Maggard (Freeman, Ronnie) (Entered: 04/18/2006) |
| 04/18/2006 | 391 | MINUTE ORDER by Judge Terence Kern *(answer due 5/18/06 for Claire Wells)*, granting 385 Motion for Extension of Time to Answer, setting/resetting/terminating answer deadline(s) (JLW, Chambers) (Entered: 04/18/2006) |
| 04/18/2006 | 392 | MINUTE ORDER by Judge Terence Kern *(answer due 5/18/06 for Louise Squyres)*, granting 386 Motion for Extension of Time to Answer, setting/resetting/terminating answer deadline(s) (JLW, Chambers) (Entered: 04/18/2006) |
| 04/18/2006 | 393 | MOTION for Attorney Krisann Kleibacker Lee to be Admitted Pro Hac Vice by Cargill Turkey Production, LLC, Cargill Turkey Production, LLC, Cargill, Inc., Cargill, Inc., Cargill Turkey Production, LLC, Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 04/18/2006) |
| 04/19/2006 | 394 | ORDER by Judge Terence Kern, setting/resetting deadline(s)/hearing(s): *(regarding Sixshooter Resort and Marina, Inc.)*, Miscellaneous Deadline set for 4/28/2006 (Re: 320 Answer to Third Party Complaint) (JLW, Chambers) (Entered: 04/19/2006) |
| 04/19/2006 | 395 | First MOTION for Extension of Time to Answer (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,, ) by Northland Farms, LLC (Martin, Linda) (Entered: 04/19/2006) |
| 04/19/2006 | 396 | CORPORATE DISCLOSURE STATEMENT by Northland Farms, LLC (Martin, Linda) (Entered: 04/19/2006) |
| 04/19/2006 | 397 | First MOTION for Extension of Time to Answer (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,, ) by Eagle Nursery, LLC (Martin, Linda) (Entered: 04/19/2006) |

| 04/19/2006 | 398 | CORPORATE DISCLOSURE STATEMENT by Eagle Nursery, LLC (Martin, Linda) (Entered: 04/19/2006) |
|---|---|---|
| 04/19/2006 | 399 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,, ) by Hoby Ferrell, Greater Tulsa Investments, LLC (Boyd, Douglas) (Entered: 04/19/2006) |
| 04/19/2006 | 400 | ATTORNEY APPEARANCE by Tony Michael Graham on behalf of Arrowhead Camp, Inc., Flintridge Park, LLC, Grande Villa, Inc., John T. Posey, Jr. Trust, Erin Jones, James Thomas Jones, John T. Posey, Jr, Billy Simpson, Robert A. Smith, Sylvia S. Smith, Brenda Spears, David Spears, Thunderbird Resort, Inc., Helen Watts, Simp Watts (Graham, Tony) (Entered: 04/19/2006) |
| 04/19/2006 | 401 | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of Arrowhead Camp, Inc., Flintridge Park, LLC, Grande Villa, Inc., John T. Posey, Jr. Trust, Erin Jones, James Thomas Jones, John T. Posey, Jr, Billy Simpson, Robert A. Smith, Sylvia S. Smith, Brenda Spears, David Spears, Thunderbird Resort, Inc., Helen Watts, Simp Watts (Freeman, Ronnie) (Entered: 04/19/2006) |
| 04/19/2006 | 402 | PRO HAC VICE FEES Paid for attorney(s) Krisann Kleibacker Lee in the amount of $75 (Re: 393 MOTION for Attorney Krisann Kleibacker Lee to be Admitted Pro Hac Vice) by Cargill Turkey Production, LLC, Cargill Turkey Production, LLC, Cargill, Inc., Cargill, Inc., Cargill Turkey Production, LLC, Cargill Turkey Production, LLC (s–kjp, Dpty Clk) (Entered: 04/19/2006) |
| 04/19/2006 | 403 | ANSWER to Cross–claim (Re: 229 Cross–claim) by Watts, City of (Allen, Jo) (Entered: 04/19/2006) |
| 04/19/2006 | 406 | JOINDER in Motion (Re: 248 MOTION to Stay *Time for 3rd Party Defendants to Answer*) by Eagle Nursery, LLC, Northland Farms, LLC (lml, Dpty Clk) (Submitted as Part of Doc #395 & #397) (Entered: 04/20/2006) |
| 04/20/2006 | 404 | MINUTE ORDER by Judge Terence Kern *(answer of Eagle Nursery LLC due 5/22/2006)*, granting 397 Motion for Extension of Time to Answer, setting/resetting/terminating answer deadline(s) (JLW, Chambers) Modified on 4/20/2006 to change link from 395 to 397 (sac, Dpty Clk). (Entered: 04/20/2006) |
| 04/20/2006 | 405 | MINUTE ORDER by Judge Terence Kern *(answer for Northland Farms LLC due 5/22/06)*, granting 395 Motion for Extension of Time to Answer, setting/resetting/terminating answer deadline(s) (JLW, Chambers) (Entered: 04/20/2006) |
| 04/20/2006 | | NOTICE of Docket Entry Modification; Error: These are multi–event documents, but only one part (Motion for Extension of Time to Answer) was filed; Correction: Filed the second part (Joinder in Motion) for both parties as Doc #406 (Re: 395 First MOTION for Extension of Time to Answer, 397 First MOTION for Extension of Time to Answer) (lml, Dpty Clk) (Entered: 04/20/2006) |
| 04/20/2006 | 407 | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of LaDonna Eddings Caviness, Billie Davis, Veraman Davis, Elmo Eddings, Thomas E. Eddings, Bonnie Eddings Kile, Charline Eddings Long, Sue Eddings Shankle, Snake Creek Wilderness Development, Inc. (Freeman, Ronnie) (Entered: 04/20/2006) |
| 04/20/2006 | 408 | CORPORATE DISCLOSURE STATEMENT by Grande Villa, Inc. (Freeman, Ronnie) (Entered: 04/20/2006) |

| 04/20/2006 | 409 | ATTORNEY APPEARANCE by Tony Michael Graham on behalf of LaDonna Eddings Caviness, Billie Davis, Veraman Davis, Elmo Eddings, Thomas E. Eddings, Bonnie Eddings Kile, Charline Eddings Long, Sue Eddings Shankle, Snake Creek Wilderness Development, Inc. (Graham, Tony) (Entered: 04/20/2006) |
|---|---|---|
| 04/20/2006 | 410 | CORPORATE DISCLOSURE STATEMENT by Arrowhead Camp, Inc. (Freeman, Ronnie) (Entered: 04/20/2006) |
| 04/20/2006 | 411 | CORPORATE DISCLOSURE STATEMENT by Thunderbird Resort, Inc. (Freeman, Ronnie) (Entered: 04/20/2006) |
| 04/20/2006 | 412 | CORPORATE DISCLOSURE STATEMENT by Arrowhead Camp, Inc. (Freeman, Ronnie) (Entered: 04/20/2006) |
| 04/20/2006 | 413 | Unopposed MOTION for Extension of Time to Respond to Motion (Re: 247 MOTION to Sever *stay strike dismiss third party complaint claims*, 248 MOTION to Stay *Time for 3rd Party Defendants to Answer*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Jantzen, Stephen) (Entered: 04/20/2006) |
| 04/20/2006 | 414 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 413 Unopposed MOTION for Extension of Time to Respond to Motion) (JLW, Chambers) (Entered: 04/20/2006) |
| 04/20/2006 | 415 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by Marjorie Garman, Riverside RV Resort and Campground LLC (filed by Margorie Garman, pro se)(s–kjp, Dpty Clk) (Entered: 04/21/2006) |
| 04/21/2006 | 416 | MINUTE ORDER by Magistrate Judge Sam A Joyner, granting 413 Motion for Extension of Time to Respond to Motion, setting/resetting deadline(s)/hearing(s):, Responses due by 5/1/2006 (Re: 247 MOTION to Sever *stay strike dismiss third party complaint claims*, 252 MOTION to Dismiss *claims in Third–party complaint* MOTION to Stay *(Submitted as part of Doc #247)*, 248 MOTION to Stay *Time for 3rd Party Defendants to Answer*) (lmc, Dpty Clk) (Entered: 04/21/2006) |
| 04/21/2006 | 417 | Unopposed MOTION for Extension of Time to Answer (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by Arrowhead Camp, Inc., LaDonna Eddings Caviness, Billie Davis, Veraman Davis, Elmo Eddings, Thomas E. Eddings, Flintridge Park, LLC, Grande Villa, Inc., John T. Posey, Jr. Trust, Erin Jones, James Thomas Jones, Bonnie Eddings Kile, Charline Eddings Long, John T. Posey, Jr, Sue Eddings Shankle, Billy Simpson, Robert A. Smith, Sylvia S. Smith, Snake Creek Wilderness Development, Inc., Brenda Spears, David Spears, Thunderbird Resort, Inc., Helen Watts, Simp Watts (Freeman, Ronnie) (Entered: 04/21/2006) |
| 04/21/2006 | 418 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by Diamond Head Resort, Barbara L. Kelley, Kevin R. Kelley (Ratcliff, Marcus) (Entered: 04/21/2006) |
| 04/21/2006 | 419 | CORPORATE DISCLOSURE STATEMENT by Snake Creek Wilderness Development, Inc. (Freeman, Ronnie) (Entered: 04/21/2006) |
| 04/24/2006 | 420 | Second MOTION for Extension of Time to Answer (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by Sequoyah Fuels International, Inc. (Martin, Linda) (Entered: 04/24/2006) |

| 04/24/2006 | 421 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by Doris Mares (s−tjc, Dpty Clk) (Entered: 04/25/2006) |
| 04/24/2006 | 422 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by Eugene Dill (s−tjc, Dpty Clk) (Entered: 04/25/2006) |
| 04/25/2006 | 423 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by John E. Cotherman (Allen, Jo) (Entered: 04/25/2006) |
| 04/25/2006 | 424 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by Julie A. Cotherman (Allen, Jo) (Entered: 04/25/2006) |
| 04/26/2006 | 425 | Opposed MOTION Request for Establishment of Procedure for Entry of Case Management Order by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (McDaniel, Archer) (Entered: 04/26/2006) |
| 04/27/2006 | 426 | ORDER by Judge Terence Kern, granting 393 Motion for Admission Pro Hac Vice, adding attorney Krisann Kleibacker Lee for Cargill, Inc., Cargill Turkey Production, LLC (JLW, Chambers) (Entered: 04/27/2006) |
| 04/27/2006 | 427 | MOTION for Attorney Dara D. Mann to be Admitted Pro Hac Vice by Cargill Turkey Production, LLC, Cargill Turkey Production, LLC, Cargill, Inc., Cargill, Inc., Cargill Turkey Production, LLC, Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 04/27/2006) |
| 04/27/2006 | 428 | ORDER by Judge Terence Kern (*Answer to Third−Party Complaint due 5/8/2006 for Arrowhead Camp, Inc., Ladonna Eddings Caviness, Billie Davis, Veramin Davis, Elmo Eddings, Thomas E. Eddings, Flintridge Park LLC; Grande Villa, Inc.; John T. Posey, Jr. Trust, individually, and d/b/a Meadow Park RV Park; Erin Jones, James Thomas Jones, Bonnie Eddings Kile, Charlene Eddings Long, John T. Posey, Jr.; Sue Eddings Shankle; Billy Simpson, individually, and d/b/a Simpson Dairy; Robert A. Smith, Trustee of The Robert A. Smith Trust; Sylvia S. Smith, Trustee of The Robert A. Smith Trust; Snake Creek Wilderness Development, Inc.; Brenda Spears; David Spears; Thunderbird Resort, Inc.; Helen Watts, Trustee of The Helen Watts Revocable Trust; Simp Watts, Trustee of The Simp Watts Revocable Trust*), granting 417 Motion for Extension of Time to Answer, setting/resetting/terminating answer deadline(s) (JLW, Chambers) (Entered: 04/27/2006) |
| 04/27/2006 | 429 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 425 Opposed MOTION Request for Establishment of Procedure for Entry of Case Management Order) (JLW, Chambers) (Entered: 04/27/2006) |
| 04/27/2006 | 430 | CORPORATE DISCLOSURE STATEMENT by Flint Ridge Property Owners Association, Inc. (Freeman, Ronnie) (Entered: 04/27/2006) |
| 04/27/2006 | 431 | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of River Farms of Tahlequah, LLC, Brenda K. Spears, Jack Spears (Freeman, Ronnie) (Entered: 04/27/2006) |
| 04/27/2006 | 432 | ATTORNEY APPEARANCE by Tony Michael Graham on behalf of River Farms of Tahlequah, LLC, Brenda K. Spears, Jack Spears (Graham, Tony) (Entered: 04/27/2006) |
| 04/27/2006 | 433 | |

| | | MINUTE ORDER by Judge Terence Kern *(answer due 5/8/06 for Sequoyah Fuels International Corporation)*, granting 420 Motion for Extension of Time to Answer, setting/resetting/terminating answer deadline(s) (JLW, Chambers) (Entered: 04/27/2006) |
|---|---|---|
| 04/27/2006 | 434 | PRO HAC VICE FEES Paid for attorney(s) Dara Mann in the amount of $75.00 (Re: 427 MOTION for Attorney Dara D. Mann to be Admitted Pro Hac Vice) (s−tjc, Dpty Clk) (Entered: 04/28/2006) |
| 04/28/2006 | 435 | ATTORNEY APPEARANCE by Tim Keith Baker on behalf of Tahlequah Livestock Auctin, Inc. (Baker, Tim) (Entered: 04/28/2006) |
| 04/28/2006 | 436 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by Tahlequah Livestock Auctin, Inc. (Baker, Tim) (Entered: 04/28/2006) |
| 04/28/2006 | 437 | ATTORNEY APPEARANCE by William Francis Smith on behalf of John W Adair, Brian R. Berry(d/b/a Town Branch Guest Ranch), Mary C. Berry(d/b/a Town Branch Guest Ranch), Jerry W. Hare(Trustee of Jerry Wayne Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch), Mary Jo Hare(Individually and d/b/a Crystal Creek Ranch), Virginia W Adair, Arrowhead Camp, Inc., Brian R. Berry(individually), Mary C. Berry(Individually), Norma Brooks, Haskell L. Brown, Linda Mathis Canada, Roger K. Canada, LaDonna Eddings Caviness, Cherry Springs Golf Club, Inc., Gene Colburn, Lorene Colburn, Brooks P. Connor, M. Wesley Connor, Billie Davis, Veraman Davis, Elmo Eddings, Thomas E. Eddings, Flint Ridge Property Owners Association, Inc., Flintridge Park, LLC, Rickey Neil Fowler, Tonya Fowler, Billy D. Glenn, Norma Glenn, Grande Villa, Inc., Darrell Guffey, Dianna Guffey, Anthony Waye Hare, Jerry W. Hare(Individually and d/b/a Crystal Creek Ranch), Mary Jo Hare(Trustee of the Mary Jo Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch), Carolyn Hix, Danny E. Hix, Rickey Joe Hix, Rita Hix, Illinois River Ranch Recreational Vehicle Park Property Owners Association, Illinois River Valley Nursery, Inc., J5 Ranch, LLC, John T. Posey, Jr. Trust, Erin Jones, James Thomas Jones, Mark Kelly, Melissa Kelly, Bonnie Eddings Kile, Carolyn R. Lockwood, Larry R. Lockwood, Charline Eddings Long, Dale E. Mathews, Ellen Mathews, Dorothy Ann Means, Jerry Means, Millie Seratt Trust, Darrell Moss, John Nickle, Park Hill Plants & Trees, Inc., Daniel L. Parker, John T. Posey, Jr, Evelyn Proctor, Phillip Dewayne Proctor, River Farms of Tahlequah, LLC, Anne Marie Sanders, Verlie B. Secratt, Sue Eddings Shankle, Billy Simpson, Skelly Ranch, Inc., Robert A. Smith, Sylvia S. Smith, Snake Creek Wilderness Development, Inc., Brenda Spears, Brenda K. Spears, David Spears, Jack Spears, Spring Hollow Feed Mill, Inc., Elise Tarrance, Willie Tarrance, Tom Tate, Thunderbird Resort, Inc., John E. and Virginia W. Adair Family Trust, Twin City Construction, Inc., Helen Watts, Simp Watts, Bobby Williams, Christina Williams, Clifton Williams, Jerry D. Williams, Marian Williams, Norma Williams, Perry Williams, Charles W. Wilson, Kimberlee Wilson (Smith, William) (Entered: 04/28/2006) |
| 04/28/2006 | 438 | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of Rickey Neil Fowler, Tonya Fowler, Dorothy Ann Means, Jerry Means (Freeman, Ronnie) (Entered: 04/28/2006) |
| 04/28/2006 | 439 | ATTORNEY APPEARANCE by Tony Michael Graham on behalf of Rickey Neil Fowler, Tonya Fowler, Dorothy Ann Means, Jerry Means (Graham, Tony) (Entered: 04/28/2006) |

| 04/28/2006 | 440 | PRO SE APPEARANCE by Gordon W. Clinton, Susann Clinton (s−kjp, Dpty Clk) (Entered: 04/28/2006) |
|---|---|---|
| 04/28/2006 | 441 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by Gordon W. Clinton, Susann Clinton (s−kjp, Dpty Clk) (Entered: 04/28/2006) |
| 04/28/2006 | 442 | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of Cheryl D. Beaman, Philip L. Beaman, Falcon Floats, Inc. (Freeman, Ronnie) (Entered: 04/28/2006) |
| 04/28/2006 | 443 | CORPORATE DISCLOSURE STATEMENT by Falcon Floats, Inc. (Freeman, Ronnie) (Entered: 04/28/2006) |
| 04/28/2006 | 444 | ATTORNEY APPEARANCE by Tony Michael Graham on behalf of Cheryl D. Beaman, Philip L. Beaman, Falcon Floats, Inc. (Graham, Tony) (Entered: 04/28/2006) |
| 04/28/2006 | 445 | ATTORNEY APPEARANCE by William Francis Smith on behalf of Cheryl D. Beaman, Philip L. Beaman, Falcon Floats, Inc. (Smith, William) (Entered: 04/28/2006) |
| 04/28/2006 | 446 | MOTION for Disclosure *Initial FRCP 26(a)(1)* by Diamond Head Resort, Barbara L. Kelley, Kevin R. Kelley (Ratcliff, Marcus) Modified on 5/1/2006, ENTERED IN ERROR − WRONG EVENT AND APPEARS TO BE DISCOVERY (crp, Dpty Clk). (Entered: 04/28/2006) |
| 04/28/2006 | 447 | ATTORNEY APPEARANCE by David Alden Walls on behalf of Katherine Brown, Kermit Brown (Walls, David) (Entered: 04/28/2006) |
| 04/28/2006 | 448 | JOINDER in Motion (Re: 425 Opposed MOTION Request for Establishment of Procedure for Entry of Case Management Order) by Cargill Turkey Production, LLC, Cargill Turkey Production, LLC, Cargill, Inc., Cargill, Inc., Cargill Turkey Production, LLC, Cargill Turkey Production, LLC (Tucker, John) (Entered: 04/28/2006) |
| 04/28/2006 | 449 | Unopposed MOTION for Extension of Time to Answer *Third−Party Complaint* (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by Cheryl D. Beaman, Philip L. Beaman, Falcon Floats, Inc., Rickey Neil Fowler, Tonya Fowler, Dorothy Ann Means, Jerry Means, River Farms of Tahlequah, LLC, Brenda K. Spears, Jack Spears (Freeman, Ronnie) (Entered: 04/28/2006) |
| 05/01/2006 | 450 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 425 Opposed MOTION Request for Establishment of Procedure for Entry of Case Management Order, 448 JOINDER in Motion) (JLW, Chambers) (Entered: 05/01/2006) |
| 05/01/2006 | 451 | SUMMONS Returned Executed re: Elise Tarrance − Served on 3/20/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb−Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 452 | SUMMONS Returned Executed re: Willie Tarrance − Served on 3/20/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb−Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |

| 05/01/2006 | 453 | SUMMONS Returned Executed re: Dale E. Mathews – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| --- | --- | --- |
| 05/01/2006 | 454 | SUMMONS Returned Executed re: Thornton Lawn & Exterminating, Inc. – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 455 | SUMMONS Returned Executed re: Fin & Feather Resort, Inc. – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 456 | SUMMONS Returned Executed re: Mark Kelly – Served on 3/22/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 457 | SUMMONS Returned Executed re: Phillip Dewayne Proctor – Served on 3/22/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 458 | SUMMONS Returned Executed re: Evelyn Proctor – Served on 3/22/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 459 | SUMMONS Returned Executed re: Melissa Kelly – Served on 3/22/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 460 | SUMMONS Returned Executed re: Susan Morrison – Served on 3/20/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 461 | SUMMONS Returned Executed re: James Morrison – Served on 3/20/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 462 | SUMMONS Returned Executed re: Norma Glenn – Served on 3/20/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 463 | SUMMONS Returned Executed re: Billy D. Glenn – Served on 3/20/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; |

| | | |
|---|---|---|
| | | Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 464 | SUMMONS Returned Executed re: Spring Hollow Feed Mill, Inc. – Served on 3/17/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 465 | SUMMONS Returned Executed re: James C Geiger – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 466 | SUMMONS Returned Executed re: Kenneth D. Spencer – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 467 | SUMMONS Returned Executed re: Jane T. Spencer – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 468 | SUMMONS Returned Executed re: James C Geiger by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 469 | SUMMONS Returned Executed re: Kenneth D. Spencer by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 470 | SUMMONS Returned Executed re: Jane T. Spencer by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 471 | SUMMONS Returned Executed re: Gordon W. Clinton – Served on 3/20/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 472 | SUMMONS Returned Executed re: Susann Clinton – Served on 3/20/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 473 | SUMMONS Returned Executed re: Bill Stewart – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 474 | SUMMONS Returned Executed re: Bill Stewart *d/b/a Dutchman Cabins* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., |

| | | Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
|---|---|---|
| 05/01/2006 | 475 | MINUTE ORDER by Judge Terence Kern *(Answer due by 5/8/06 for Cheryl D. Beaman; Phillip L. Beaman; Falcon Floats, Inc.; Ricky Neil Fowler; Tonya Fowler; Dorothy Ann Means, Co−Trustee of the Jerry L. Means Trust; Jerry L. Means, Co−Trustee of the Jerry L. Means Trust; River Farms of Tahlequah, LLC; Brenda K. Spears, dba, Pine Valley Cabins; and Jack Spears, dba, Pine Valley Cabins)*, granting 449 Motion for Extension of Time to Answer, setting/resetting/terminating answer deadline(s) (JLW, Chambers) (Entered: 05/01/2006) |
| 05/01/2006 | 476 | SUMMONS Returned Executed re: Greenleaf Nursery Co., Inc. – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb−Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 477 | SUMMONS Returned Executed re: Cherry Springs Golf Club, Inc. – Served on 3/19/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb−Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 478 | SUMMONS Returned Executed re: War Eagle Floats, Inc. – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb−Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 479 | SUMMONS Returned Executed re: Dale E. Mathews *co−trustee for Dale E. Mathews trust* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 480 | SUMMONS Returned Executed re: Flintridge Park, LLC – Served on 3/19/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb−Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 481 | SUMMONS Returned Executed re: Wanda L. Dotson – Served on 3/19/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb−Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 482 | SUMMONS Returned Executed re: Leslie Bennett(Individually) – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb−Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 483 | SUMMONS Returned Executed re: Leslie Bennett(d/b/a Eagle Bluff Resort) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |

| 05/01/2006 | 484 | LETTER from Leila Kelly *regarding Ancil Maggard* (s–kjp, Dpty Clk) (Entered: 05/01/2006) |
| --- | --- | --- |
| 05/01/2006 | 485 | SUMMONS Returned Executed re: Austin Bennett(individually) – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/2/2006 (sac, Dpty Clk). (Entered: 05/01/2006) |
| 05/01/2006 | 486 | SUMMONS Returned Executed re: Austin L. Bennett(d/b/a Eagle Bluff Resort) – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 487 | SUMMONS Returned Executed re: Kermit Brown – Served on 3/23/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 488 | SUMMONS Returned Executed re: Kenneth E. Davis – Served on 3/23/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 489 | SUMMONS Returned Executed re: Katherine Brown – Served on 3/23/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 490 | SUMMONS Returned Executed re: Frates Properties, Inc. – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 491 | SUMMONS Returned Executed re: John T. Posey, Jr – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 492 | SUMMONS Returned Executed re: Grande Villa, Inc. – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/01/2006) |
| 05/01/2006 | 493 | MOTION to Quash *Subpoenas for Inspection and Sampling of Premises Owned by Non–Parties, or Alternatively, Motion for Protective Order and Brief in Support* by Certain Poultry Growers (With attachments) (Williams, Dale) Modified on 5/2/2006, this is a multi–part motion and multi–event document; the 2nd part of multi–part motion (Motion for Protective Order) was e–filed as #503; attorney notified to file 2nd part of multi–event document (Objection to Subpoena) (crp, Dpty Clk). (Entered: 05/01/2006) |
| 05/01/2006 | 494 | RESPONSE in Opposition to Motion (Re: 247 MOTION to Sever *stay strike dismiss third party complaint claims*) by Cargill Turkey Production, LLC, Cargill |

| | | |
|---|---|---|
| | | Turkey Production, LLC, Cargill, Inc., Cargill, Inc., Cargill Turkey Production, LLC, Cargill Turkey Production, LLC ; (Tucker, John) (Entered: 05/01/2006) |
| 05/01/2006 | | NOTICE of Docket Entry Modification; Error: Wrong event used (Motion for Disclosure) and it appears to be discovery; Correction: Modified text to show this document was Entered in Error – This document appears to be discovery (Re: 446 MOTION for Disclosure *Initial FRCP 26(a)(1)*) (crp, Dpty Clk) (Entered: 05/01/2006) |
| 05/01/2006 | 495 | RESPONSE in Opposition to Motion (Re: 247 MOTION to Sever *stay strike dismiss third party complaint claims*, 252 MOTION to Dismiss *claims in Third–party complaint* MOTION to Stay *(Submitted as part of Doc #247)*) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Peterson Farms, Inc. ; (With attachments) (Jantzen, Stephen) (Entered: 05/01/2006) |
| 05/01/2006 | 496 | RESPONSE in Opposition to Motion (Re: 248 MOTION to Stay *Time for 3rd Party Defendants to Answer*) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Peterson Farms, Inc., Cargill Turkey Production, LLC ; (Jantzen, Stephen) (Entered: 05/01/2006) |
| 05/01/2006 | 503 | MOTION for Protective Order *(Submitted as part of #493)* by Certain Poultry Growers (crp, Dpty Clk) (Entered: 05/02/2006) |
| 05/02/2006 | | NOTICE of Docket Entry Modification; Error: return was as to Austin Bennett, not Brian Berry; Correction: changed text to read Austin Bennett, fixed answer record return dates (Re: 485 Summons Returned Executed, ) (sac, Dpty Clk) (Entered: 05/02/2006) |
| 05/02/2006 | 497 | ATTORNEY APPEARANCE by Jennifer Faith Sherrill on behalf of Arkansas Natural Resources Commission, State of Arkansas (Sherrill, Jennifer) (Entered: 05/02/2006) |
| 05/02/2006 | 498 | ATTORNEY APPEARANCE by William Bernard Federman on behalf of Arkansas Natural Resources Commission, State of Arkansas (Federman, William) (Entered: 05/02/2006) |
| 05/02/2006 | 499 | MOTION to Intervene by Arkansas Natural Resources Commission, State of Arkansas (Federman, William) (Entered: 05/02/2006) |
| 05/02/2006 | 500 | BRIEF in Support of Motion (Re: 499 MOTION to Intervene) by Arkansas Natural Resources Commission, State of Arkansas ; (With attachments) (Federman, William) (Entered: 05/02/2006) |
| 05/02/2006 | 501 | MOTION for Attorney Charles L. Moulton to be Admitted Pro Hac Vice by Arkansas Natural Resources Commission, State of Arkansas (With attachments) (Federman, William) (Entered: 05/02/2006) |

| 05/02/2006 | 502 | MOTION for Attorney Teresa Brown Marks to be Admitted Pro Hac Vice by Arkansas Natural Resources Commission, State of Arkansas (With attachments) (Federman, William) (Entered: 05/02/2006) |
|---|---|---|
| 05/02/2006 | | NOTICE of Docket Entry Modification; Error: Document No. 493 is a multi−event document and multi−part motion, but only 1 part was e−filed (Motion to Quash); Correction: E−filed 2nd part of multi−part motion (Motion for Protective Order) as #503; attorney notified to e−file 2nd part of multi−event document (Objection to Subpoena) (Re: 503 MOTION for Protective Order *(Submitted as part of #493)*, 493 MOTION to Quash *Subpoenas for Inspection and Sampling of Premises Owned by Non−Parties, or Alternatively, Motion for Protective Order and Brief in Support*) (crp, Dpty Clk) (Entered: 05/02/2006) |
| 05/02/2006 | 504 | MINUTE ORDER by Court Clerk, Having reviewed the docket entry and/or PDF for Dkt # *493*, the Court has determined that *this is a multi−event document, but only 1 part was e−filed (Motion to Quash)*. Attorney *D. Kenyon Williams, Jr.* is hereby directed to re−file *#493 as an Objection to Subpoena* within *3 days from the date of this order*. (Re: 493 MOTION to Quash *Subpoenas for Inspection and Sampling of Premises Owned by Non−Parties, or Alternatively, Motion for Protective Order and Brief in Support*) (crp, Dpty Clk) (Entered: 05/02/2006) |
| 05/02/2006 | | NOTICE of Docket Entry Modification; Error: Document No. 494 should have also been linked to Document No. 252; Correction: Created link between Document No. 494 and Document No. 252 (Re: 494 Response in Opposition to Motion, ) (crp, Dpty Clk) (Entered: 05/02/2006) |
| 05/02/2006 | 505 | MINUTE ORDER by Judge Terence Kern, directing Certain Poultry Growers to file a Corporate Disclosure Statement pursuant to FRCvP 7.1 within five (5) days of this order, if applicable. If you have already filed your Corporate Disclosure Statement in this case, you are reminded to file a Supplemental Corporate Disclosure Statement within a reasonable time of any change in the information that the statement requires. (s−kjp, Dpty Clk) (Entered: 05/02/2006) |
| 05/02/2006 | 506 | SUPPLEMENT (Re: 497 Appearance − Attorney, 498 Appearance − Attorney, 500 Brief in Support of Motion, 501 MOTION for Attorney Charles L. Moulton to be Admitted Pro Hac Vice, 499 MOTION to Intervene, 502 MOTION for Attorney Teresa Brown Marks to be Admitted Pro Hac Vice) by Arkansas Natural Resources Commission, State of Arkansas (Federman, William) (Entered: 05/02/2006) |
| 05/02/2006 | 507 | ATTORNEY APPEARANCE by John Brian DesBarres on behalf of Dorothy Ann Means, Jerry Means (DesBarres, John) (Entered: 05/02/2006) |
| 05/03/2006 | 508 | MINUTE ORDER by Judge Terence Kern, directing Arkansas Natural Resources Commission to file a Corporate Disclosure Statement pursuant to FRCvP 7.1 within five (5) days of this order, if applicable. If you have already filed your Corporate Disclosure Statement in this case, you are reminded to file a Supplemental Corporate Disclosure Statement within a reasonable time of any change in the information that the statement requires. (s−kjp, Dpty Clk) (Entered: 05/03/2006) |
| 05/03/2006 | 509 | MINUTE ORDER by Court Clerk, : Pursuant to Local Rule 83.2(g) and this Court's Order in M−128−G (April 20, 1998), a $75.00 admission fee shall be paid by each attorney for each case such attorney seeks admission for limited practice. Upon receipt of the admission fee, the pro hac vice motion will be forwarded to the assigned Judge for consideration. If the fee is not received within 15 days of the date of this order, the motion may be denied for failure to pay the required fee. For |

| | | attorney(s) Charles Moulton and Teresa Brown Marks, Pro Hac Vice Fees due by 5/18/2006 (Re: 501 MOTION for Attorney Charles L. Moulton to be Admitted Pro Hac Vice, 502 MOTION for Attorney Teresa Brown Marks to be Admitted Pro Hac Vice) (sac, Dpty Clk) (Entered: 05/03/2006) |
|---|---|---|
| 05/03/2006 | 510 | SUMMONS Issued by Court Clerk as to George Cripps, John T. Cripps, Cherrie House, William House, One Degree Lawn Care, Eurma White (s–kjp, Dpty Clk) (Entered: 05/03/2006) |
| 05/03/2006 | 511 | ORDER by Judge Terence Kern, granting 427 Motion for Admission Pro Hac Vice, adding attorney Dara D Mann for Cargill, Inc., Cargill Turkey Production, LLC (JLW, Chambers) (Entered: 05/03/2006) |
| 05/03/2006 | 512 | MOTION to Quash *Plaintiff's Subpoena for Inspection and Sampling of Premises* by Tyson Chicken, Inc. (With attachments) (George, Robert) Modified on 5/5/2006, this is a multi–event document, but only 1 part was e–filed; attorney notified to e–file 2nd part (Objection to Subpoena) (crp, Dpty Clk). (Entered: 05/03/2006) |
| 05/04/2006 | 513 | CORPORATE DISCLOSURE STATEMENT by Diamond Head Resort (Ratcliff, Marcus) (Entered: 05/04/2006) |
| 05/04/2006 | 514 | SUMMONS Returned Executed re: John T. Posey, Jr *d/b/a Meadow Park RV Park* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 515 | SUMMONS Returned Executed re: John T. Posey, Jr *as Trustee of John T. Posey Jr. Trust* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 516 | SUMMONS Returned Executed re: Pine Cove Marina, Inc. – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 517 | SUMMONS Returned Executed re: Mary Jo Hare(Individually and d/b/a Crystal Creek Ranch) – Served on 3/18/2006. *d/b/a Crystal Creek Ranch* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 518 | SUMMONS Returned Executed re: Mary Jo Hare(Trustee of the Mary Jo Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch) – Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 519 | SUMMONS Returned Executed re: Mary Jo Hare(Individually and d/b/a Crystal Creek Ranch) *individually* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |

| 05/04/2006 | 520 | SUMMONS Returned Executed re: Anthony Waye Hare – Served on 3/21/2006. *Individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 521 | MOTION for Disclosure *Watt's Initial Disclosures* by Watts, City of, Watts, City of (Allen, Jo) (Entered: 05/04/2006) |
| 05/04/2006 | 522 | SUMMONS Returned Executed re: Jerry W. Hare(Individually and d/b/a Crystal Creek Ranch) – Served on 3/21/2006. *d/b/a Crystal Creek Ranch* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 523 | SUMMONS Returned Executed re: Jerry W. Hare(Individually and d/b/a Crystal Creek Ranch) *Served individually* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 524 | SUMMONS Returned Executed re: Anthony Waye Hare *d/b/a Crystal Creek Ranch* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 525 | SUMMONS Returned Executed re: Jerry W. Hare(Trustee of Jerry Wayne Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch) – Served on 3/18/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 526 | SUMMONS Returned Executed re: Northland Farms, LLC – Served on 3/31/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 527 | SUMMONS Returned Executed re: Eagle Nursery, LLC – Served on 3/31/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 528 | SUMMONS Returned Executed re: Greater Tulsa Investments, LLC – Served on 3/31/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 529 | ORDER by Judge Terence Kern *(regarding Third–Party Defendant No. 15, Ancil Maggard)* (Re: 484 Letter, 390 MOTION to Withdraw Attorney(s), 389 MOTION to Withdraw Attorney(s)) (JLW, Chambers) (Entered: 05/04/2006) |
| 05/04/2006 | 530 | SUMMONS Returned Executed re: Ray Dean Doyle – Served on 3/22/2006. *d/b/a Simpson Dairy* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; |

| | | |
|---|---|---|
| | | Cobb−Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 531 | SUMMONS Returned Executed re: Ray Dean Doyle *individually* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 532 | SUMMONS Returned Executed re: Virginia W Adair − Served on 3/24/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb−Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 533 | SUMMONS Returned Executed re: John W Adair − Served on 3/24/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb−Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 534 | SUMMONS Returned Executed re: Virginia W Adair *as Trustee of the John E. And Virginia W. Adair Family Revocable Trust* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 535 | SUMMONS Returned Executed re: John W Adair *as the Trustee of the John E. And Virginia W. Adair Family Revocable Trust* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 536 | MOTION to Quash *Subpoena* by Raymond C Anderson, Shannon Anderson (s−kjp, Dpty Clk) (Entered: 05/04/2006) |
| 05/04/2006 | 537 | SUMMONS Returned Executed re: Haskell L. Brown − Served on 3/21/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb−Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 538 | SUMMONS Returned Executed re: Floyd Simmons − Served on 3/22/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb−Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/04/2006) |
| 05/04/2006 | 539 | MOTION to Quash *Subpoenas for Inspection and Sampling of Premises Owned by Non−Parties, Ren Butler and Georgia Butler, or Alternatively,* MOTION for Protective Order *and Brief in Support* by Ren Butler, Georgia Butler (With attachments) (Williams, Dale) Modified on 5/8/2006 to correct filer (crp, Dpty Clk). (Entered: 05/04/2006) |
| 05/04/2006 | 540 | MOTION for Protective Order by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (George, Robert) (Entered: 05/04/2006) |

| 05/04/2006 | 541 | RESPONSE (Re: 508 Minute Order,, Directing Party(ies) to File Corporate Disclosure Statement, Directing Party(ies) to File Corporate Disclosure Statement) by Arkansas Natural Resources Commission (Federman, William) (Entered: 05/04/2006) |
|---|---|---|
| 05/04/2006 | 542 | PRO HAC VICE FEES Paid for attorney(s) Charles L. Moulton and Teresa Brown in the amount of $150 (Re: 501 MOTION for Attorney Charles L. Moulton to be Admitted Pro Hac Vice, 502 MOTION for Attorney Teresa Brown Marks to be Admitted Pro Hac Vice) by Arkansas Natural Resources Commission, State of Arkansas (s–kjp, Dpty Clk) (Entered: 05/05/2006) |
| 05/04/2006 | 577 | MOTION to Quash *(filed in USDC ED/OK)* by Tyson Chicken, Inc. (s–tjc, Dpty Clk) (Entered: 05/11/2006) |
| 05/04/2006 | 578 | OBJECTION *to subpoena issued to Hudson Farms, Inc. (submitted as part of doc # 577* by Tyson Chicken, Inc. (s–tjc, Dpty Clk) (Entered: 05/11/2006) |
| 05/05/2006 | | NOTICE of Docket Entry Modification; Error: This document is a multi–event document, but only 1 part was e–filed (Motion to Quash); Correction: Attorney notified to e–file 2nd part (Objection to Subpoena) (Re: 512 MOTION to Quash *Plaintiff's Subpoena for Inspection and Sampling of Premises*) (crp, Dpty Clk) (Entered: 05/05/2006) |
| 05/05/2006 | 543 | MINUTE ORDER by Court Clerk, Having reviewed the docket entry and/or PDF for Dkt # 512, the Court has determined that *this is a multi–event document*. Attorney *Robert George* is hereby directed to re–file *Document No. 512 as an Objection to Subpoena* within *three (3) days from the date of this order*. (Re: 512 MOTION to Quash *Plaintiff's Subpoena for Inspection and Sampling of Premises*) (crp, Dpty Clk) (Entered: 05/05/2006) |
| 05/05/2006 | 544 | MINUTE ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s):, Responses due by 5/8/2006, Replies due by 5/15/2006, Motion Hearing set for 5/17/2006 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 503 MOTION for Protective Order *(Submitted as part of #493)*, 539 MOTION to Quash *Subpoenas for Inspection and Sampling of Premises Owned by Non–Parties, Ren Butler and Georgia Butler, or Alternatively* MOTION for Protective Order *and Brief in Support* MOTION for Protective Order *and Brief in Support*, 493 MOTION to Quash *Subpoenas for Inspection and Sampling of Premises Owned by Non–Parties, or Alternatively, Motion for Protective Order and Brief in Support*, 536 MOTION to Quash *Subpoena*, 512 MOTION to Quash *Plaintiff's Subpoena for Inspection and Sampling of Premises*, 540 MOTION for Protective Order) (SAJ1, Chambers) (Entered: 05/05/2006) |
| 05/05/2006 | 545 | OBJECTION to Subpoena by Tyson Chicken, Inc. (With attachments) (George, Robert) Modified on 5/8/2006 to efile second event of this document, Motion to Quash, see 557 (sac, Dpty Clk). (Entered: 05/05/2006) |
| 05/05/2006 | 546 | RESPONSE (Re: 505 Minute Order,, Directing Party(ies) to File Corporate Disclosure Statement, Directing Party(ies) to File Corporate Disclosure Statement) by Bill R Anderson, Betty Faye Anderson (Williams, Dale) Modified on 5/8/2006 to reflect correct filers (sac, Dpty Clk). (Entered: 05/05/2006) |
| 05/05/2006 | 547 | RESPONSE (Re: 505 Minute Order,, Directing Party(ies) to File Corporate Disclosure Statement, Directing Party(ies) to File Corporate Disclosure Statement) by Georgia Butler, Ren Butler (Williams, Dale) Modified on 5/8/2006 to reflect |

| | | correct filers (sac, Dpty Clk). (Entered: 05/05/2006) |
|---|---|---|
| 05/05/2006 | 548 | RESPONSE (Re: 505 Minute Order,, Directing Party(ies) to File Corporate Disclosure Statement, Directing Party(ies) to File Corporate Disclosure Statement) by Steve Butler d/b/a Green Country Farms (Williams, Dale) Modified on 5/8/2006 to reflect correct filer (sac, Dpty Clk). (Entered: 05/05/2006) |
| 05/05/2006 | 549 | RESPONSE (Re: 505 Minute Order,, Directing Party(ies) to File Corporate Disclosure Statement, Directing Party(ies) to File Corporate Disclosure Statement) by Julie Anderson Chancellor (Williams, Dale) Modified on 5/8/2006 to reflect correct filer (sac, Dpty Clk). (Entered: 05/05/2006) |
| 05/05/2006 | 550 | RESPONSE (Re: 505 Minute Order,, Directing Party(ies) to File Corporate Disclosure Statement, Directing Party(ies) to File Corporate Disclosure Statement) by Franklin A Glenn, Kenneth D Glenn, Sondra D Glenn (Williams, Dale) Modified on 5/8/2006 to reflect correct filers (sac, Dpty Clk). (Entered: 05/05/2006) |
| 05/05/2006 | 551 | RESPONSE (Re: 505 Minute Order,, Directing Party(ies) to File Corporate Disclosure Statement, Directing Party(ies) to File Corporate Disclosure Statement) by Juana Loftin (Williams, Dale) Modified on 5/8/2006 to reflect correct filer (sac, Dpty Clk). (Entered: 05/05/2006) |
| 05/05/2006 | 552 | RESPONSE (Re: 505 Minute Order,, Directing Party(ies) to File Corporate Disclosure Statement, Directing Party(ies) to File Corporate Disclosure Statement) by Larry McGarrah, Priscilla McGarrah (Williams, Dale) Modified on 5/8/2006 to reflect correct filers (sac, Dpty Clk). (Entered: 05/05/2006) |
| 05/05/2006 | 553 | RESPONSE (Re: 505 Minute Order,, Directing Party(ies) to File Corporate Disclosure Statement, Directing Party(ies) to File Corporate Disclosure Statement) by Jim L Pigeon, Michele R Pigeon (Williams, Dale) Modified on 5/8/2006 to reflect correct filers (sac, Dpty Clk). (Entered: 05/05/2006) |
| 05/05/2006 | 554 | RESPONSE (Re: 505 Minute Order,, Directing Party(ies) to File Corporate Disclosure Statement, Directing Party(ies) to File Corporate Disclosure Statement) by Joel L Reed, Rhonda Reed (Williams, Dale) Modified on 5/8/2006 to reflect correct filers (sac, Dpty Clk). (Entered: 05/05/2006) |
| 05/05/2006 | 555 | RESPONSE (Re: 505 Minute Order,, Directing Party(ies) to File Corporate Disclosure Statement, Directing Party(ies) to File Corporate Disclosure Statement) by Bev Saunders, W A Saunders (Williams, Dale) Modified on 5/8/2006 to reflect correct filers (sac, Dpty Clk). (Entered: 05/05/2006) |
| 05/05/2006 | 556 | RESPONSE (Re: 505 Minute Order,, Directing Party(ies) to File Corporate Disclosure Statement, Directing Party(ies) to File Corporate Disclosure Statement) by David R Wofford, Robin L Wofford (Williams, Dale) Modified on 5/8/2006 to reflect correct filers (sac, Dpty Clk). (Entered: 05/05/2006) |
| 05/05/2006 | 557 | MOTION to Quash *(submitted as part of 545 )* by Tyson Chicken, Inc. (sac, Dpty Clk) Modified on 5/9/2006; this entry MADE IN ERROR, document #545 was actually the second part (Objection) of 512 (Motion to Quash) a multiple event document which Tyson Chicken was directed to efile (sac, Dpty Clk). (Entered: 05/08/2006) |
| 05/08/2006 | | NOTICE of Docket Entry Modification; Error: multiple event document; Correction: efiled Motion to Quash as a separate entry, see 557 (Re: 545 Objection to Subpoena) (sac, Dpty Clk) (Entered: 05/08/2006) |

| | | |
|---|---|---|
| 05/08/2006 | 558 | MINUTE ORDER by Judge Terence Kern *(Initial Disclosures are to be exchanged and not filed of record)*, finding as moot 521 Motion for Disclosure, terminating motion referral(s) (Re: 521 MOTION for Disclosure *Watt's Initial Disclosures*) (JLW, Chambers) (Entered: 05/08/2006) |
| 05/08/2006 | 559 | MOTION to Withdraw Attorney(s) *Adam Scott Weintraub* by Katherine Brown, Kermit Brown (Weintraub, Adam) (Entered: 05/08/2006) |
| 05/08/2006 | | NOTICE of Docket Entry Modification; Error: Ren Butler and Georgia Butler were not selected as filers; Correction: Deleted Certain Poultry Growers as the filer and added Ren Butler and Georgia Butlers as the correct filers (Re: 539 MOTION to Quash *Subpoenas for Inspection and Sampling of Premises Owned by Non–Parties, Ren Butler and Georgia Butler, or Alternatively* MOTION for Protective Order *and Brief in Support* MOTION for Protective Order *and Brief in Support*) (crp, Dpty Clk) (Entered: 05/08/2006) |
| 05/08/2006 | 560 | MOTION to Compel *Discovery* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 05/08/2006) |
| 05/08/2006 | 561 | Second MOTION for Extension of Time to Answer *Third–Party Complaint* (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by John W Adair, Brian R. Berry(d/b/a Town Branch Guest Ranch), Mary C. Berry(d/b/a Town Branch Guest Ranch), Jerry W. Hare(Trustee of Jerry Wayne Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch), Mary Jo Hare(Individually and d/b/a Crystal Creek Ranch), Virginia W Adair, Arrowhead Camp, Inc., Cheryl D. Beaman, Philip L. Beaman, Brian R. Berry(individually), Mary C. Berry(Individually), Norma Brooks, Haskell L. Brown, Linda Mathis Canada, Roger K. Canada, LaDonna Eddings Caviness, Cherry Springs Golf Club, Inc., Gene Colburn, Lorene Colburn, Brooks P. Connor, M. Wesley Connor, Billie Davis, Veraman Davis, Elmo Eddings, Thomas E. Eddings, Falcon Floats, Inc., Flint Ridge Property Owners Association, Inc., Flintridge Park, LLC, Rickey Neil Fowler, Tonya Fowler, Billy D. Glenn, Norma Glenn, Grande Villa, Inc., Darrell Guffey, Dianna Guffey, Anthony Waye Hare, Jerry W. Hare(Individually and d/b/a Crystal Creek Ranch), Mary Jo Hare(Trustee of the Mary Jo Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch), Carolyn Hix, Danny E. Hix, Rickey Joe Hix, Rita Hix, Illinois River Ranch Recreational Vehicle Park Property Owners Association, Illinois River Valley Nursery, Inc., J5 Ranch, LLC, John T. Posey, Jr. Trust, Erin Jones, James Thomas Jones, Mark Kelly, Melissa Kelly, Bonnie Eddings Kile, Carolyn R. Lockwood, Larry R. Lockwood, Charline Eddings Long, Ancil Maggard, Dale E. Mathews, Ellen Mathews, Dorothy Ann Means, Jerry Means, Millie Seratt Trust, Darrell Moss, John Nickle, Park Hill Plants & Trees, Inc., Daniel L. Parker, John T. Posey, Jr, Evelyn Proctor, Phillip Dewayne Proctor, River Farms of Tahlequah, LLC, Anne Marie Sanders, Verlie B. Secratt, Sue Eddings Shankle, Billy Simpson, Skelly Ranch, Inc., Robert A. Smith, Sylvia S. Smith, Snake Creek Wilderness Development, Inc., Brenda Spears, Brenda K. Spears, David Spears, Jack Spears, Spring Hollow Feed Mill, Inc., Elise Tarrance, Willie Tarrance, Tom Tate, Thunderbird Resort, Inc., John E. and Virginia W. Adair Family Trust, Twin City Construction, Inc., Helen Watts, Simp Watts, Bobby Williams, Christina Williams, Clifton Williams, Jerry D. Williams, Marian Williams, Norma Williams, Perry Williams, Charles W. Wilson, Kimberlee Wilson (Freeman, Ronnie) (Entered: 05/08/2006) |

| 05/08/2006 | 562 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by Sequoyah Fuels International, Inc. (Martin, Linda) (Entered: 05/08/2006) |
|---|---|---|
| 05/08/2006 | 563 | ATTORNEY APPEARANCE by K Clark Phipps on behalf of Wanda L. Dotson (Phipps, K) (Entered: 05/08/2006) |
| 05/08/2006 | 564 | MOTION to Dismiss *Third Party Complaint* by Wanda L. Dotson (Phipps, K) Modified on 5/10/2006, this is a multi–part motion, but only 1 part was e–filed; e–filed 2nd part (Motion to Sever), 3rd part (Motion to Stay), and 4th part (Motion for Hearing), see 574 (crp, Dpty Clk). (Entered: 05/08/2006) |
| 05/08/2006 | 565 | RESPONSE in Opposition to Motion (Re: 557 MOTION to Quash *(submitted as part of 545 ),* 512 MOTION to Quash *Plaintiff's Subpoena for Inspection and Sampling of Premises*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) (Entered: 05/08/2006) |
| 05/08/2006 | 566 | RESPONSE in Opposition to Motion (Re: 493 MOTION to Quash *Subpoenas for Inspection and Sampling of Premises Owned by Non–Parties, or Alternatively, Motion for Protective Order and Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) (Entered: 05/08/2006) |
| 05/08/2006 | 567 | RESPONSE in Opposition to Motion (Re: 503 MOTION for Protective Order *(Submitted as part of #493)*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) (Entered: 05/08/2006) |
| 05/08/2006 | 568 | RESPONSE in Opposition to Motion (Re: 536 MOTION to Quash *Subpoena*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) (Entered: 05/08/2006) |
| 05/08/2006 | 569 | RESPONSE in Opposition to Motion (Re: 539 MOTION to Quash *Subpoenas for Inspection and Sampling of Premises Owned by Non–Parties, Ren Butler and Georgia Butler, or Alternatively* MOTION for Protective Order *and Brief in Support* MOTION for Protective Order *and Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) (Entered: 05/08/2006) |
| 05/08/2006 | 570 | RESPONSE in Opposition to Motion (Re: 540 MOTION for Protective Order) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) (Entered: 05/08/2006) |
| 05/08/2006 | 574 | MOTION to Sever, MOTION to Stay, MOTION for Hearing *(Submitted as part of 564* (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by Wanda L. Dotson (crp, Dpty Clk) (Entered: 05/10/2006) |
| 05/09/2006 | 571 | ORDER by Judge Terence Kern, granting 501 Motion for Admission Pro Hac Vice, adding attorney Charles L Moulton for Arkansas Natural Resources Commission and State of Arkansas (JLW, Chambers) (Entered: 05/09/2006) |
| 05/09/2006 | 572 | ORDER by Judge Terence Kern, granting 502 Motion for Admission Pro Hac Vice, adding attorney Teresa Brown Marks for Arkansas Natural Resources Commission and State of Arkansas (JLW, Chambers) (Entered: 05/09/2006) |

| 05/10/2006 | 573 | MOTION for Entry of Proposed Confidentiality Order *and Brief in Support Thereof* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 05/10/2006) |
|---|---|---|
| 05/10/2006 | | NOTICE of Docket Entry Modification; Error: Document No. 564 is a multi–part motion, but only 1 part was e–filed (Motion to Dismiss); Correction: E–filed 2nd part (Motion to Sever), 3rd part (Motion to Stay), and 4th part (Motion for Hearing), see Document No. 574 (Re: 574 MOTION to Sever MOTION to Stay MOTION for Hearing (*Submitted as part of 564* , 564 MOTION to Dismiss *Third Party Complaint*) (crp, Dpty Clk) (Entered: 05/10/2006) |
| 05/11/2006 | 575 | CASE TRANSFERRED IN from USDC ED/OK case # 06–MC–9–RAW (s–tjc, Dpty Clk) (Additional attachment(s) added on 12/20/2018: # 1 Attachment) (pll, Dpty Clk). (Entered: 05/11/2006) Contains One or More Restricted PDFs |
| 05/11/2006 | 576 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,, ) by Bill Stewart (Van Cleef, R) (Entered: 05/11/2006) |
| 05/12/2006 | 579 | RESPONSE in Opposition to Motion (Re: 577 MOTION to Quash (*filed in USDC ED/OK*), 578 OBJECTION to subpoena issued to Hudson Farms, Inc. (submitted as part of doc # 577) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Garren, Richard) Modified on 5/15/2006 to create link to # 578 (crp, Dpty Clk). (Entered: 05/12/2006) |
| 05/12/2006 | 580 | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of Tom Cotton (Freeman, Ronnie) (Entered: 05/12/2006) |
| 05/12/2006 | 581 | ATTORNEY APPEARANCE by Tony Michael Graham on behalf of Tom Cotton (Graham, Tony) (Entered: 05/12/2006) |
| 05/12/2006 | 582 | ATTORNEY APPEARANCE by William Francis Smith on behalf of Tom Cotton (Smith, William) (Entered: 05/12/2006) |
| 05/12/2006 | 583 | MINUTE ORDER by Magistrate Judge Sam A Joyner (*motions 512, 545, and 557, to the extent that they do not duplicate each other will be heard*), setting/resetting deadline(s)/hearing(s): *Hearing will be held in Courtroom 2 on the 4th Floor of the Federal building*, Discovery Hearing set for 5/17/2006 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 560 MOTION to Compel *Discovery*, 577 MOTION to Quash (*filed in USDC ED/OK*), 557 MOTION to Quash (*submitted as part of 545* )) (SAJ1, Chambers) (Entered: 05/12/2006) |
| 05/12/2006 | 584 | REPLY to Response to Motion (Re: 252 MOTION to Dismiss *claims in Third–party complaint* MOTION to Stay (*Submitted as part of Doc #247*), 247 MOTION to Sever *stay strike dismiss third party complaint claims*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 05/12/2006) |
| 05/12/2006 | 585 | RESPONSE in Opposition to Motion (Re: 425 Opposed MOTION Request for Establishment of Procedure for Entry of Case Management Order) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 05/12/2006) |
| 05/12/2006 | 586 | ERRATA/CORRECTION (Re: 584 Reply to Response to Motion, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 05/12/2006) |

| 05/12/2006 | 587 | Unopposed MOTION for Leave to File Reply Brief in Excess of Ten Pages by Bill R Anderson, Steve Butler, Julie Anderson Chancellor, Roger D Collins, Franklin A Glenn, Kenneth D Glenn, Sondra D Glenn, Juana Loftin, Larry McGarrah, Priscilla McGarrah, Jim L Pigeon, Michele R Pigeon, Joel J Reed, Rhonda Reed, Caleb Reed, Cory Reed, W A Saunders, Bev Saunders, Robert V Schwabe, II, David R. Wofford, Robin L. Wofford, Ren Butler, Georgia Butler (Williams, Dale) (Entered: 05/12/2006) |
|---|---|---|
| 05/14/2006 | 588 | MOTION to Dismiss *Third–Party Complaint*, MOTION to Sever *Third–Party Complaint*, MOTION to Stay *Third–Party Complaint* by John W Adair, Brian R. Berry(d/b/a Town Branch Guest Ranch), Mary C. Berry(d/b/a Town Branch Guest Ranch), Jerry W. Hare(Trustee of Jerry Wayne Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch), Mary Jo Hare(Individually and d/b/a Crystal Creek Ranch), Virginia W Adair, Arrowhead Camp, Inc., Cheryl D. Beaman, Philip L. Beaman, Brian R. Berry(individually), Mary C. Berry(Individually), Norma Brooks, Haskell L. Brown, Linda Mathis Canada, Roger K. Canada, LaDonna Eddings Caviness, Cherry Springs Golf Club, Inc., Gene Colburn, Lorene Colburn, Brooks P. Connor, M. Wesley Connor, Tom Cotton, Billie Davis, Veraman Davis, Elmo Eddings, Thomas E. Eddings, Falcon Floats, Inc., Flint Ridge Property Owners Association, Inc., Flintridge Park, LLC, Rickey Neil Fowler, Tonya Fowler, Billy D. Glenn, Norma Glenn, Grande Villa, Inc., Darrell Guffey, Dianna Guffey, Anthony Waye Hare, Jerry W. Hare(Individually and d/b/a Crystal Creek Ranch), Mary Jo Hare(Trustee of the Mary Jo Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch), Carolyn Hix, Danny E. Hix, Rickey Joe Hix, Rita Hix, Illinois River Ranch Recreational Vehicle Park Property Owners Association, Illinois River Valley Nursery, Inc., J5 Ranch, LLC, John T. Posey, Jr. Trust, Erin Jones, James Thomas Jones, Mark Kelly, Melissa Kelly, Bonnie Eddings Kile, Carolyn R. Lockwood, Larry R. Lockwood, Charline Eddings Long, Dale E. Mathews, Ellen Mathews, Dorothy Ann Means, Jerry Means, Millie Seratt Trust, Darrell Moss, John Nickle, Park Hill Plants & Trees, Inc., Daniel L. Parker, John T. Posey, Jr, Evelyn Proctor, Phillip Dewayne Proctor, River Farms of Tahlequah, LLC, Anne Marie Sanders, Verlie B. Secratt, Sue Eddings Shankle, Billy Simpson, Skelly Ranch, Inc., Robert A. Smith, Sylvia S. Smith, Snake Creek Wilderness Development, Inc., Brenda Spears, Brenda K. Spears, David Spears, Jack Spears, Spring Hollow Feed Mill, Inc., Elise Tarrance, Willie Tarrance, Tom Tate, Thunderbird Resort, Inc., John E. and Virginia W. Adair Family Trust, Twin City Construction, Inc., Helen Watts, Simp Watts, Bobby Williams, Christina Williams, Clifton Williams, Jerry D. Williams, Marian Williams, Norma Williams, Perry Williams, Charles W. Wilson, Kimberlee Wilson (Freeman, Ronnie) (Entered: 05/14/2006) |
| 05/14/2006 | 589 | BRIEF in Support of Motion (Re: 588 MOTION to Dismiss *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party* |

| | | |
|---|---|---|
| | | *Complaint* MOTION to Stay *Third−Party Complaint* MOTION to Stay *Third−Party Complaint*) by Berry Group, The ; (Freeman, Ronnie) (Entered: 05/14/2006) |
| 05/14/2006 | 590 | MOTION to Dismiss *Third−Party Complaint*, MOTION to Sever *Third−Party Complaint*, MOTION to Stay *Third−Party Complaint* by Ancil Maggard (Freeman, Ronnie) Modified on 5/15/2006, ENTERED IN ERROR − WRONG PDF ATTACHED; REFILED BY ATTORNEY WITH CORRECT PDF ATTACHED AS DOCUMENT NO. 591 (crp, Dpty Clk). (Entered: 05/14/2006) |
| 05/14/2006 | 591 | MOTION to Dismiss *Third−Party Complaint*, MOTION to Sever *Third−Party Complaint*, MOTION to Stay *Third−Party Complaint* by Ancil Maggard (Freeman, Ronnie) (Entered: 05/14/2006) |
| 05/15/2006 | 592 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 587 Unopposed MOTION for Leave to File Reply Brief in Excess of Ten Pages) (JLW, Chambers) (Entered: 05/15/2006) |
| 05/15/2006 | 593 | MINUTE ORDER by Magistrate Judge Sam A Joyner, granting 587 Motion for Leave to File Document(s) (SAJ1, Chambers) (Entered: 05/15/2006) |
| 05/15/2006 | 594 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 573 MOTION for Entry of Proposed Confidentiality Order *and Brief in Support Thereof*) (JLW, Chambers) (Entered: 05/15/2006) |
| 05/15/2006 | 595 | MINUTE ORDER by Judge Terence Kern, granting 561 Motion for Extension of Time to Answer, setting/resetting/terminating answer deadline(s): John W Adair answer due on 5/15/2006; Brian R. Berry(d/b/a Town Branch Guest Ranch) answer due on 5/15/2006; Mary C. Berry(d/b/a Town Branch Guest Ranch) answer due on 5/15/2006; Jerry W. Hare(Trustee of Jerry Wayne Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch) answer due on 5/15/2006; Mary Jo Hare(Individually and d/b/a Crystal Creek Ranch) answer due on 5/15/2006; Virginia W Adair answer due on 5/15/2006; Arrowhead Camp, Inc. answer due on 5/15/2006; Cheryl D. Beaman answer due on 5/15/2006; Philip L. Beaman answer due on 5/15/2006; Brian R. Berry(individually) answer due on 5/15/2006; Mary C. Berry(Individually) answer due on 5/15/2006; Norma Brooks answer due on 5/15/2006; Haskell L. Brown answer due on 5/15/2006; Linda Mathis Canada answer due on 5/15/2006; Roger K. Canada answer due on 5/15/2006; LaDonna Eddings Caviness answer due on 5/15/2006; Cherry Springs Golf Club, Inc. answer due on 5/15/2006; Gene Colburn answer due on 5/15/2006; Lorene Colburn answer due on 5/15/2006; Brooks P. Connor answer due on 5/15/2006; M. Wesley Connor answer due on 5/15/2006; Billie Davis answer due on 5/15/2006; Veraman Davis answer due on 5/15/2006; Elmo Eddings answer due on 5/15/2006; Thomas E. Eddings answer due on 5/15/2006; Falcon Floats, Inc. answer due on 5/15/2006; Flint Ridge Property Owners Association, Inc. answer due on 5/15/2006; Flintridge Park, LLC answer due on 5/15/2006; Rickey Neil Fowler answer due on 5/15/2006; Tonya Fowler answer due on 5/15/2006; Billy D. Glenn answer due on 5/15/2006; Norma Glenn answer due on 5/15/2006; Grande Villa, Inc. answer due on 5/15/2006; Darrell Guffey answer due on 5/15/2006; Dianna Guffey answer due on 5/15/2006; Anthony Waye Hare answer due on 5/15/2006; Jerry W. Hare(Individually and d/b/a Crystal Creek Ranch) answer due on 5/15/2006; Mary Jo Hare(Trustee of the Mary Jo Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch) answer due on 5/15/2006; Carolyn Hix answer due on 5/15/2006; Danny E. Hix answer due on 5/15/2006; Rickey Joe Hix answer due on |

|  |  | 5/15/2006; Rita Hix answer due on 5/15/2006; Illinois River Ranch Recreational Vehicle Park Property Owners Association answer due on 5/15/2006; Illinois River Valley Nursery, Inc. answer due on 5/15/2006; J5 Ranch, LLC answer due on 5/15/2006; John T. Posey, Jr. Trust answer due on 5/15/2006; Erin Jones answer due on 5/15/2006; James Thomas Jones answer due on 5/15/2006; Mark Kelly answer due on 5/15/2006; Melissa Kelly answer due on 5/15/2006; Bonnie Eddings Kile answer due on 5/15/2006; Carolyn R. Lockwood answer due on 5/15/2006; Larry R. Lockwood answer due on 5/15/2006; Charline Eddings Long answer due on 5/15/2006; Ancil Maggard answer due on 5/15/2006; Dale E. Mathews answer due on 5/15/2006; Ellen Mathews answer due on 5/15/2006; Dorothy Ann Means answer due on 5/15/2006; Jerry Means answer due on 5/15/2006; Millie Seratt Trust answer due on 5/15/2006; Darrell Moss answer due on 5/15/2006; John Nickle answer due on 5/15/2006; Park Hill Plants & Trees, Inc. answer due on 5/15/2006; Daniel L. Parker answer due on 5/15/2006; John T. Posey, Jr answer due on 5/15/2006; Evelyn Proctor answer due on 5/15/2006; Phillip Dewayne Proctor answer due on 5/15/2006; River Farms of Tahlequah, LLC answer due on 5/15/2006; Anne Marie Sanders answer due on 5/15/2006; Verlie B. Secratt answer due on 5/15/2006; Sue Eddings Shankle answer due on 5/15/2006; Billy Simpson answer due on 5/15/2006; Skelly Ranch, Inc. answer due on 5/15/2006; Robert A. Smith answer due on 5/15/2006; Sylvia S. Smith answer due on 5/15/2006; Snake Creek Wilderness Development, Inc. answer due on 5/15/2006; Brenda Spears answer due on 5/15/2006; Brenda K. Spears answer due on 5/15/2006; David Spears answer due on 5/15/2006; Jack Spears answer due on 5/15/2006; Spring Hollow Feed Mill, Inc. answer due on 5/15/2006; Elise Tarrance answer due on 5/15/2006; Willie Tarrance answer due on 5/15/2006; Tom Tate answer due on 5/15/2006; Thunderbird Resort, Inc. answer due on 5/15/2006; John E. and Virginia W. Adair Family Trust answer due on 5/15/2006; Twin City Construction, Inc. answer due on 5/15/2006; Helen Watts answer due on 5/15/2006; Simp Watts answer due on 5/15/2006; Bobby Williams answer due on 5/15/2006; Christina Williams answer due on 5/15/2006; Clifton Williams answer due on 5/15/2006; Jerry D. Williams answer due on 5/15/2006; Marian Williams answer due on 5/15/2006; Norma Williams answer due on 5/15/2006; Perry Williams answer due on 5/15/2006; Charles W. Wilson answer due on 5/15/2006; Kimberlee Wilson answer due on 5/15/2006 (JLW, Chambers) (Entered: 05/15/2006) |
| 05/15/2006 | 596 | MINUTE ORDER by Judge Terence Kern, finding as moot 297 Motion for Disclosure (JLW, Chambers) (Entered: 05/15/2006) |
| 05/15/2006 |  | NOTICE of Docket Entry Modification; Error: Document No. 590 was entered in error – wrong PDF attached; Correction: Attorney refiled Document No. 590 with correct PDF attached as Document No. 591 (Re: 591 MOTION to Dismiss *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Stay *Third–Party Complaint*, 590 MOTION to Dismiss *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint*) (crp, Dpty Clk) (Entered: 05/15/2006) |
| 05/15/2006 | 597 | ATTORNEY APPEARANCE by Bobby Jay Coffman on behalf of Brazil Creek Minerals, Inc., Garner Garrison, Lena Garrison (Coffman, Bobby) (Entered: 05/15/2006) |
| 05/15/2006 | 598 | REPLY to Response to Motion (Re: 539 MOTION to Quash *Subpoenas for Inspection and Sampling of Premises Owned by Non–Parties, Ren Butler and* |

| | | |
|---|---|---|
| | | *Georgia Butler, or Alternatively* MOTION for Protective Order *and Brief in Support* MOTION for Protective Order *and Brief in Support*, 493 MOTION to Quash *Subpoenas for Inspection and Sampling of Premises Owned by Non–Parties, or Alternatively, Motion for Protective Order and Brief in Support*) by Bill R Anderson, Steve Butler, Julie Anderson Chancellor, Roger D Collins, Franklin A Glenn, Kenneth D Glenn, Sondra D Glenn, Juana Loftin, Larry McGarrah, Priscilla McGarrah, Jim L Pigeon, Michele R Pigeon, Joel J Reed, Rhonda Reed, Caleb Reed, Cory Reed, W A Saunders, Bev Saunders, Robert V Schwabe, II, David R. Wofford, Robin L. Wofford, Ren Butler, Georgia Butler ; (With attachments) (Williams, Dale) (Entered: 05/15/2006) |
| 05/15/2006 | 599 | REPLY to Response to Motion (Re: 540 MOTION for Protective Order) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (George, Robert) (Entered: 05/15/2006) |
| 05/15/2006 | 600 | NOTICE from Noel & Eurma White by Noel J White, Eurma White (s–tjc, Dpty Clk) (Entered: 05/15/2006) |
| 05/15/2006 | 601 | RESPONSE in Opposition to Motion (Re: 560 MOTION to Compel *Discovery*) by Bill R Anderson, Steve Butler, Julie Anderson Chancellor, Roger D Collins, Franklin A Glenn, Kenneth D Glenn, Sondra D Glenn, Juana Loftin, Larry McGarrah, Priscilla McGarrah, Jim L Pigeon, Michele R Pigeon, Joel J Reed, Rhonda Reed, Caleb Reed, Cory Reed, W A Saunders, Bev Saunders, Robert V Schwabe, II, David R. Wofford, Robin L. Wofford, Ren Butler, Georgia Butler ; (With attachments) (Williams, Dale) (Entered: 05/15/2006) |
| 05/15/2006 | 602 | REPLY to Response to Motion (Re: 577 MOTION to Quash *(filed in USDC ED/OK)*) by Tyson Chicken, Inc. ; (With attachments) (George, Robert) (Entered: 05/15/2006) |
| 05/15/2006 | 603 | REPLY to Response to Motion (Re: 512 MOTION to Quash *Plaintiff's Subpoena for Inspection and Sampling of Premises*) by Tyson Chicken, Inc. ; (With attachments) (George, Robert) (Entered: 05/15/2006) |
| 05/16/2006 | 604 | ATTORNEY APPEARANCE by Laura E Samuelson on behalf of Diamond Head Resort, Barbara L. Kelley, Kevin R. Kelley (Samuelson, Laura) (Entered: 05/16/2006) |
| 05/16/2006 | 605 | ADOPTION (Re: 589 Brief in Support of Motion,,,,, 252 MOTION to Dismiss *claims in Third–party complaint* MOTION to Stay *(Submitted as part of Doc #247)*, 247 MOTION to Sever *stay strike dismiss third party complaint claims*) by Diamond Head Resort, Barbara L. Kelley, Kevin R. Kelley (Samuelson, Laura) (THIS IS A MULTI–EVENT DOCUMENT, BUT ONLY ONE PART E–FILED; SEE DOC # 791 FOR SECOND PART–JOINDER IN MOTION) (Entered: 05/16/2006) |
| 05/16/2006 | 606 | MINUTE ORDER by Judge Terence Kern, granting 559 Motion to Withdraw Attorney(s), terminating attorney Adam Scott Weintraub (Re: 447 Appearance – Attorney) (JLW, Chambers) (Entered: 05/16/2006) |
| 05/16/2006 | 607 | RESPONSE in Opposition to Motion (Re: 560 MOTION to Compel *Discovery*) by Tyson Chicken, Inc. ; (George, Robert) (Entered: 05/16/2006) |

| | | |
|---|---|---|
| 05/16/2006 | 791 | JOINDER in Motion (Re: 252 MOTION to Dismiss *claims in Third−party complaint* MOTION to Stay *(Submitted as part of Doc #247)*, 247 MOTION to Sever *stay strike dismiss third party complaint claims*) by Diamond Head Resort, Barbara L. Kelley, Kevin R. Kelley (lml, Dpty Clk) (Submitted as Doc # 605 ) (Entered: 06/07/2006) |
| 05/17/2006 | 608 | MINUTES of Proceedings – held before Magistrate Judge Sam A Joyner : Motion Hearing held on 5/17/2006, striking/terminating deadline(s)/Hearing(s), taking motion(s) under advisement (Re: 539 MOTION to Quash *Subpoenas for Inspection and Sampling of Premises Owned by Non−Parties, Ren Butler and Georgia Butler, or Alternatively* MOTION for Protective Order *and Brief in Support* MOTION for Protective Order *and Brief in Support*, 503 MOTION for Protective Order *(Submitted as part of #493)*, 577 MOTION to Quash *(filed in USDC ED/OK)*, 536 MOTION to Quash *Subpoena*, 557 MOTION to Quash *(submitted as part of 545 )*, 512 MOTION to Quash *Plaintiff's Subpoena for Inspection and Sampling of Premises*, 560 MOTION to Compel *Discovery*, 493 MOTION to Quash *Subpoenas for Inspection and Sampling of Premises Owned by Non−Parties, or Alternatively, Motion for Protective Order and Brief in Support*, 540 MOTION for Protective Order) (Court Reporter: Greg Eustice) (lmc, Dpty Clk) (Entered: 05/17/2006) |
| 05/18/2006 | 609 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,, ) by Louise Squyres, Claire Wells (s−kjp, Dpty Clk) (Entered: 05/18/2006) |
| 05/18/2006 | 610 | RESPONSE in Opposition to Motion (Re: 499 MOTION to Intervene) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 05/18/2006) |
| 05/19/2006 | 611 | SUPPLEMENT (Re: 598 Reply to Response to Motion,,, ) by Bill R Anderson, Steve Butler, Julie Anderson Chancellor, Roger D Collins, Franklin A Glenn, Kenneth D Glenn, Sondra D Glenn, Juana Loftin, Larry McGarrah, Priscilla McGarrah, Jim L Pigeon, Michele R Pigeon, Joel J Reed, Rhonda Reed, Caleb Reed, Cory Reed, W A Saunders, Bev Saunders, Robert V Schwabe, II, David R. Wofford, Robin L. Wofford, Ren Butler, Georgia Butler (Williams, Dale) (Entered: 05/19/2006) |
| 05/19/2006 | 612 | MOTION to Sever *Third Party Complaint*, MOTION to Stay *Third Party Complaint*, MOTION to Strike *Third Party* Complaint *Complaint*, MOTION to Dismiss *Third Party Complaint* by John Stacy, Donna Doyle, Ray Dean Doyle, Billie D. Howard, Illinois River Ranch Property Owners Association, Floyd Simmons (Cole, Lloyd) Modified on 5/23/2006, ENTERED IN ERROR – WRONG EVENT USED; ATTORNEY DIRECTED TO RE−FILE USING THE EVENTS: JOINDER IN MOTION, AND ADOPTION (crp, Dpty Clk). (Entered: 05/19/2006) |
| 05/19/2006 | 613 | RESPONSE in Opposition to Motion (Re: 540 MOTION for Protective Order) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) (Entered: 05/19/2006) |
| 05/19/2006 | 614 | MOTION to Dismiss Party Wauhillau Outing Club by Wauhilla Outing Club (Davis, Reuben) Modified on 5/23/2006, this is a multi−event document, but only 1 part was e−filed; attorney directed to e−file 2nd part (Apppearance – Special) (crp, Dpty Clk. Modified on 6/6/2006 to add WITHDRAWN watermark – see 780 (sac, Dpty Clk). (Entered: 05/19/2006) |
| 05/19/2006 | | |

| | | |
|---|---|---|
| | | MAIL to James C. Geiger Returned – marked No Mail Receptacle – address changed to unknown in system. (Re: 583 Minute Order,,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s)) (s–tjc, Dpty Clk) (Entered: 05/19/2006) |
| 05/19/2006 | 615 | REPLY to Response to Motion (Re: 540 MOTION for Protective Order) by Bill R Anderson, Steve Butler, Julie Anderson Chancellor, Roger D Collins, Franklin A Glenn, Kenneth D Glenn, Sondra D Glenn, Juana Loftin, Larry McGarrah, Priscilla McGarrah, Jim L Pigeon, Michele R Pigeon, Joel J Reed, Rhonda Reed, Caleb Reed, Cory Reed, W A Saunders, Bev Saunders, Robert V Schwabe, II, David R. Wofford, Robin L. Wofford, Ren Butler, Georgia Butler ; (Graves, Michael) (Entered: 05/19/2006) |
| 05/22/2006 | 616 | SUMMONS Returned Executed re: Flint Ridge Property Owners Association, Inc. – Served on 3/24/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/22/2006) |
| 05/22/2006 | 617 | SUMMONS Returned Executed re: Jim Bagby – Served on 3/24/2006. *Jim R. Bagby individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 618 | SUMMONS Returned Executed re: Billie D. Howard – Served on 3/24/2006. *Bille D. Howard individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 619 | SUMMONS Returned Executed re: Clifton Williams – Served on 3/24/2006. *Clifton Williams individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 620 | SUMMONS Returned Executed re: Clifton Williams *d/b/a Williams Dairy* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/22/2006) |
| 05/22/2006 | 621 | SUMMONS Returned Executed re: Marian Williams – Served on 3/24/2006. *Marian Williams individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk) (Entered: 05/22/2006) |
| 05/22/2006 | 622 | SUMMONS Returned Executed re: Bobby Williams – Served on 3/24/2006. *Bobby Williams individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) |

| | | Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
|---|---|---|
| 05/22/2006 | 623 | SUMMONS Returned Executed re: Ancil Maggard – Served on 3/24/2006. *Ancil Maggard individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 624 | SUMMONS Returned Executed re: Darryl Cates – Served on 3/23/2006. *Darryl Cates individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 625 | SUMMONS Returned Executed re: Darrell Moss – Served on 3/24/2006. *Darrell Moss individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 626 | SUMMONS Returned Executed re: William D Langley – Served on 3/24/2006. *William D. Langley individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 627 | SUMMONS Returned Executed re: Sue Eddings Shankle – Served on 3/31/2006. *Sue Eddings Shankle individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 628 | SUMMONS Returned Executed re: Thomas E. Eddings – Served on 3/31/2006. *Thomas E. Eddings individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 629 | SUMMONS Returned Executed re: LaDonna Eddings Caviness – Served on 3/31/2006. *LaDonna Eddings Caviness individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 630 | SUMMONS Returned Executed re: Elmo Eddings Long – Served on 3/31/2006. *Elmo Eddings Long individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: |

| | | 05/22/2006) |
|---|---|---|
| 05/22/2006 | 631 | SUMMONS Returned Executed re: Charline Eddings Long – Served on 3/31/2006. *Charline Long individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 632 | SUMMONS Returned Executed re: Elmo Eddings – Served on 3/31/2006. *Elmo Eddings individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 633 | SUMMONS Returned Executed re: Kimberlee Wilson – Served on 3/31/2006. *Kimberlee Wilson individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 634 | SUMMONS Returned Executed re: Charles W. Wilson – Served on 3/31/2006. *Charles W. Wilson individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 635 | SUMMONS Returned Executed re: Bonnie Eddings Kile – Served on 3/31/2006. *Bonnie Eddings Kile individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 636 | SUMMONS Returned Executed re: David R. Wofford – Served on 3/27/2006. *David R Wofford individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 637 | SUMMONS Returned Executed re: Katherine Tye – Served on 3/27/2006. *Katherine L. Tye individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 638 | SUMMONS Returned Executed re: Christina Williams – Served on 3/27/2006. *Christina Williams individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) |

| | | Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
|---|---|---|
| 05/22/2006 | 639 | SUMMONS Returned Executed re: Jerry D. Williams – Served on 3/24/2006. *Jerry D. Williams individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 640 | SUMMONS Returned Executed re: Robin L. Wofford – Served on 3/27/2006. *Robin L. Wofford individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 641 | Joint RESPONSE in Opposition to Motion (Re: 573 MOTION for Entry of Proposed Confidentiality Order *and Brief in Support Thereof*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (George, Robert) (Entered: 05/22/2006) |
| 05/22/2006 | 642 | SUMMONS Returned Executed re: Skelly Ranch, Inc. – Served on 3/23/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 643 | SUMMONS Returned Executed re: Verlie B. Secratt – Served on 3/21/2006. *Verlie B. Secratt Trustee of the Verlie B. Secratt Revocable Trust* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 644 | SUMMONS Returned Executed re: Illinois River Valley Nursery, Inc. – Served on 3/23/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 645 | SUMMONS Returned Executed re: Illinois River Ranch Recreational Vehicle Park Property Owners Association – Served on 3/23/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 646 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,, ) by Eagle Nursery, LLC (Martin, Linda) (Entered: 05/22/2006) |
| 05/22/2006 | 647 | |

| | | SUMMONS Returned Executed re: Illinois River Ranch Recreational Vehicle Park Property Owners Association by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/22/2006) |
|---|---|---|
| 05/22/2006 | 648 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by Northland Farms, LLC (Martin, Linda) (Entered: 05/22/2006) |
| 05/22/2006 | 649 | SUMMONS Returned Executed re: Tumbling T. Bar, LLC – Served on 3/22/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 650 | SUMMONS Returned Executed re: Steven Wesley Cain – Served on 3/23/2006. *Steven Wesley Cain individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 651 | SUMMONS Returned Executed re: Bartow Hix – Served on 3/22/2006. *Bartow Hix individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 652 | SUMMONS Returned Executed re: Rita Hix – Served on 3/22/2006. *Rita Hix individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 653 | SUMMONS Returned Executed re: Rickey Joe Hix – Served on 3/22/2006. *Rickey Joe Hix individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 654 | SUMMONS Returned Executed re: Carolyn Hix – Served on 3/22/2006. *Carolyn Hix individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 655 | SUMMONS Returned Executed re: Danny E. Hix – Served on 3/22/2006. *Danny E. Hix individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 656 | SUMMONS Returned Executed re: Gene Colburn – Served on 3/22/2006. *Gene Colburn individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, |

| | | |
|---|---|---|
| | | Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 657 | SUMMONS Returned Executed re: Lorene Colburn – Served on 3/22/2006. *Lorene Colburn individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 658 | SUMMONS Returned Executed re: Larry R. Lockwood – Served on 3/22/2006. *Larry R. Lockwood individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 659 | SUMMONS Returned Executed re: Carolyn R. Lockwood – Served on 3/22/2006. *Carolyn R. Lockwood individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 660 | SUMMONS Returned Executed re: Daniel L. Parker – Served on 3/31/2006. *Daniel L. Parker individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 661 | SUMMONS Returned Executed re: Ronald Allen Brown – Served on 3/24/2006. *Ronald Allen Brown individuallu* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 662 | SUMMONS Returned Executed re: Colleen Brown – Served on 3/24/2006. *Colleen Brown individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 663 | SUMMONS Returned Executed re: Big John's – Served on 3/24/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 664 | SUMMONS Returned Executed re: Jerry Means – Served on 3/31/2006. *Jerry Means individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, |

| | | |
|---|---|---|
| | | Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 665 | SUMMONS Returned Executed re: Dorothy Ann Means – Served on 3/31/2006. *Dorothy Ann Means Trustee of the Dorothy Ann Means Trust* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 666 | SUMMONS Returned Executed re: Jerry Means *Jerry L. Means Trustee of the Jerry L. Means Trust* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/22/2006) |
| 05/22/2006 | 667 | SUMMONS Returned Executed re: Dorothy Ann Means *Dorothy Ann Means individually* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/22/2006) |
| 05/22/2006 | 668 | SUMMONS Returned Executed re: Hoby Ferrell – Served on 4/6/2006. *Hoby Ferrell individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 669 | SUMMONS Returned Executed re: Jack Spears – Served on 4/1/2006. *Jack Spears individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 670 | SUMMONS Returned Executed re: Brenda K. Spears – Served on 4/1/2006. *Brenda K. Spears individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 671 | SUMMONS Returned Executed re: David Spears – Served on 4/1/2006. *David Spears individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to change "served on" date (sac, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 672 | SUMMONS Returned Executed re: Louise Squyres – Served on 4/1/2006. *Louise Squyres individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 673 | |

| | | |
|---|---|---|
| | | SUMMONS Returned Executed re: Virginia W Adair – Served on 4/1/2006. *Virginia W. Adair individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 674 | SUMMONS Returned Executed re: Tahlequah Livestock Auction, Inc. – Served on 3/29/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date(crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 675 | SUMMONS Returned Executed re: Isabel Baker – Served on 3/29/2006. *Isabel Baker Co–Trustee of the Baker Family Trust* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 676 | SUMMONS Returned Executed re: Tim Baker – Served on 3/29/2006. *Tim Baker Co–Trustee of the Baker Family Trust* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 677 | SUMMONS Returned Executed re: Mark Seratt – Served on 3/24/2006. *Mark Seratt Trustee for Millie Seratt Trust* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 678 | SUMMONS Returned Executed re: Tonya Fowler – Served on 3/24/2006. *Tonya Fowler individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 679 | SUMMONS Returned Executed re: Park Hill Plants & Trees, Inc. – Served on 3/25/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 680 | SUMMONS Returned Executed re: Brian R. Berry(individually) – Served on 3/25/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 681 | Supplemental RESPONSE in Opposition to Motion (Re: 573 MOTION for Entry of Proposed Confidentiality Order *and Brief in Support Thereof*) by Cargill Turkey Production, LLC, Cargill Turkey Production, LLC, Cargill, Inc., Cargill, Inc., |

| | | |
|---|---|---|
| | | Cargill Turkey Production, LLC, Cargill Turkey Production, LLC ; (Tucker, John) (Entered: 05/22/2006) |
| 05/22/2006 | 682 | SUMMONS Returned Executed re: Mary C. Berry(Individually) – Served on 3/25/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 683 | SUMMONS Returned Executed re: Mary C. Berry(d/b/a Town Branch Guest Ranch)– Served on 3/25/2006. by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to add "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 684 | SUMMONS Returned Executed re: Brian R. Berry(d/b/a Town Branch Guest Ranch)–Served on 3/25/2006 by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to add "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 685 | SUMMONS Returned Executed re: Brooks P. Connor – Served on 3/25/2006. *Brooks P. Connor individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 686 | SUMMONS Returned Executed re: M. Wesley Connor – Served on 3/25/2006. *M. Wesley Connor individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 687 | SUMMONS Returned Executed re: Eugene Dills – Served on 3/18/2006. *Eugene Dills individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 688 | SUMMONS Returned Executed re: Snake Creek Marina – Served on 4/3/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 689 | SUMMONS Returned Executed re: Barnacle Bills Marina, LLC – Served on 4/3/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |

| 05/22/2006 | 690 | SUMMONS Returned Executed re: Elk Creek Landing – Served on 4/3/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
|---|---|---|
| 05/22/2006 | 691 | SUMMONS Returned Executed re: Burnt Cabin Marina & Resort, LLC – Served on 4/3/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 692 | SUMMONS Returned Executed re: Falcon Floats, Inc. – Served on 4/5/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 693 | SUMMONS Returned Executed re: Philip L. Beaman – Served on 4/5/2006. *Philip L. Beaman individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 694 | SUMMONS Returned Executed re: Cheryl D. Beaman – Served on 4/5/2006. *Cheryl D. Beaman individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 695 | SUMMONS Returned Executed re: Marjorie Garman – Served on 4/5/2006. *Marjorie A. Garman individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 696 | SUMMONS Returned Executed re: Veraman Davis – Served on 4/3/2006. *Veraman Davis individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 697 | SUMMONS Returned Executed re: Snake Creek Wilderness Development, Inc. – Served on 4/3/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 698 | SUMMONS Returned Executed re: Billie Davis – Served on 4/3/2006. *Billie Davis individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, |

| | | Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
|---|---|---|
| 05/22/2006 | 699 | SUMMONS Returned Executed re: Sylvia S. Smith – Served on 4/5/2006. *Sylvia S. Smith Trustee of the Robert A. Smith Trust* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/22/2006 | 700 | SUMMONS Returned Executed re: Robert A. Smith – Served on 4/5/2006. *Robert A. Smith Trustees of the Robert A. Smith Trust* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/23/2006 to correct "served on" date (crp, Dpty Clk). (Entered: 05/22/2006) |
| 05/23/2006 | 701 | SUMMONS Returned Executed re: Wauhilla Outing Club – Served on 3/17/2006. by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 702 | MINUTE ORDER by Court Clerk, Having reviewed the docket entry and/or PDF for Dkt # *612*, the Court has determined that *this document was e–filed using the wrong event and is a multi–part document*. Attorney *Lloyd E. Cole, Jr.* is hereby directed to re–file *Document No. 612, using the events: (1) Joinder in Motion, and (2) Adoption* within *three days from the date of this Order*. (Re: 612 MOTION to Sever *Third Party Complaint* MOTION to Stay *Third Party Complaint* MOTION to Stay *Third Party Complaint* MOTION to Strike Third PartyComplaint *Complaint* MOTION to Strike Third PartyComplaint *Complaint* MOTION to Dismiss *Third Party Complaint* MOTION to Dismiss *Third Party Complaint*) (crp, Dpty Clk) (Entered: 05/23/2006) |
| 05/23/2006 | | NOTICE of Docket Entry Modification; Error: Document No. 612 is a multi–part document and was e–filed using the wrong event (Motion to Sever, Motion to Stay, Motion to Strike, and Motion to Dismiss); Correction: Modified text of Document No. 612 to show it was entered in error; attorney directed to refile document using events: Joinder in Motion, and Adoption (Re: 612 MOTION to Sever *Third Party Complaint* MOTION to Stay *Third Party Complaint* MOTION to Stay *Third Party Complaint* MOTION to Strike Third PartyComplaint *Complaint* MOTION to Strike Third PartyComplaint *Complaint* MOTION to Dismiss *Third Party Complaint* MOTION to Dismiss *Third Party Complaint*) (crp, Dpty Clk) (Entered: 05/23/2006) |
| 05/23/2006 | | NOTICE of Docket Entry Modification; Error: This is a multi–event document, but only 1 part was e–filed (Motion to Dismiss Party); Correction: Attorney notified to e–file 2nd part (Appearance – Special) (Re: 614 MOTION to Dismiss Party Wauhillau Outing Club) (crp, Dpty Clk) (Entered: 05/23/2006) |
| 05/23/2006 | 703 | SUMMONS Returned Executed re: Arrowhead Camp, Inc. – Served on 4/1/2006. *Brenda K. Spears d/b/a Arrowhead Camp* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 704 | |

| | | SUMMONS Returned Executed re: Thunderbird Resort, Inc. – Served on 4/1/2006. *David Spears d/b/a Thunderbird Resort, Inc.* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
|---|---|---|
| 05/23/2006 | 705 | SUMMONS Returned Executed re: Riverside RV Resort and Campground, LLC – Served on 4/5/2006. *Marjorie A. Garman d/b/a Riverside RV Resort and Campground, LLC* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 706 | SUMMONS Returned Executed re: Pine Valley Cabins – Served on 4/1/2006. *Jack Spears d/b/a Pine Valley Cabins* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 707 | ADOPTION (Re: 589 Brief in Support of Motion,,,, ) by John Stacy, Donna Doyle, Ray Dean Doyle, Billie D. Howard, Illinois River Ranch Property Owners Association, Floyd Simmons (Cole, Lloyd) (Entered: 05/23/2006) |
| 05/23/2006 | 708 | SUMMONS Returned Executed re: Pine Valley Cabins *Brenda K. Spears d/b/a Pine Valley Cabins* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 709 | JOINDER in Motion (Re: 247 MOTION to Sever *stay strike dismiss third party complaint claims*, 252 MOTION to Dismiss *claims in Third–party complaint* MOTION to Stay *(Submitted as part of Doc #247)*) by John Stacy, Donna Doyle, Ray Dean Doyle, Billie D. Howard, Illinois River Ranch Property Owners Association, Floyd Simmons (Cole, Lloyd) (Entered: 05/23/2006) |
| 05/23/2006 | 710 | SUMMONS Returned Executed re: Cookson Village and Cabins *Eugene Dills d/b/a Cookson Village and Cabins* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 711 | SUMMONS Returned Executed re: Arrowhead Camp, Inc. *Jack Spears d/b/a Arrowhead Camp* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 712 | SUMMONS Returned Executed re: MX Ranch – Served on 4/1/2006. *Louise Squyres d/b/a MX Ranch* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 713 | SUMMONS Returned Executed re: MX Ranch *Clare Louise Wells d/b/a MX Ranch* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, |

| | | Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
|---|---|---|
| 05/23/2006 | 714 | SUMMONS Returned Executed re: Archie R. Peyton, Jr – Served on 4/1/2006. *Archie R. Peyton, Jr. individually and as Trustee of the Peyton Family Trust and as Trustee of the Peyton Family Trust d/b/a Peyton's Place* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 715 | SUMMONS Returned Executed re: Virginia M. Peyton – Served on 4/1/2006. *Virginia M. Peyton individually and as Trustee of the Peyton Family Trust and as Trustee of the Peyton Family Trust d/b/a Peyton's Place* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 716 | SUMMONS Returned Executed re: Rickey Neil Fowler – Served on 3/24/2006. *Ricky Neil Fowler individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 717 | SUMMONS Returned Unexecuted re: Carl Merseburgh, *Carl Merseburgh individually* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 718 | SUMMONS Returned Executed re: Sequoyah Fuels International Corporation – Served on 3/17/2006. *The Corporation Company service agent for Sequoyah Fuels International* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 719 | SUMMONS Returned Executed re: Roger K. Canada – Served on 3/22/2006. *Roger K. Mathis Canada individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 720 | SUMMONS Returned Executed re: Tenkiller Golf Club – Served on 3/22/2006. *Secretary of State Service agent for Lake County Resort, Inc. d/b/a Tenkiller Golf Club* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 721 | SUMMONS Returned Executed re: Norma Williams – Served on 3/20/2006. *Norma Williams individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |

| 05/23/2006 | 722 | SUMMONS Returned Executed re: Carolyn S. Hembree – Served on 3/22/2006. *Carolyn S. Hembree individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
|---|---|---|
| 05/23/2006 | 723 | SUMMONS Returned Executed re: Julie A. Cotherman – Served on 3/21/2006. *Julie A. Cotherman individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 724 | SUMMONS Returned Executed re: Dean Wilmoth – Served on 3/18/2006. *Dean Wilmoth c/o Donna McReynolds* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 725 | SUMMONS Returned Executed re: Alfred E. Hembree – Served on 3/20/2006. *Alfred E. Hembree individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 726 | SUMMONS Returned Executed re: Linda Mathis Canada – Served on 3/18/2006. *Linda Mathis Canada individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 727 | SUMMONS Returned Executed re: Doris Mares – Served on 3/17/2006. *Doris Mares individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 728 | SUMMONS Returned Executed re: Cookson Village and Cabins – Served on 3/17/2006. *Doris Mares d/b/a Cookson Country Store and Cabins* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 729 | SUMMONS Returned Executed re: James Thomas Jones – Served on 3/28/2006. *James Thomas Jones individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/23/2006) |
| 05/23/2006 | 730 | REPLY to Response to Motion (Re: 425 Opposed MOTION Request for Establishment of Procedure for Entry of Case Management Order) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Cargill Turkey Production, LLC, Cargill Inc. ; (McDaniel, Archer) Modified on 5/24/2006 to add Cargill Turkey Production, LLC, Cargill Inc. as filers (sac, Dpty Clk). (Entered: |

| | | 05/23/2006) |
|---|---|---|
| 05/24/2006 | 731 | NOTICE of Docket Entry Modification; Error: not all filers selected; Correction: added Cargill Turkey Production, LLC and Cargill Inc. as filers (Re: 730 Reply to Response to Motion,, ) (sac, Dpty Clk) (Entered: 05/24/2006) |
| 05/24/2006 | 732 | MOTION to Sever by Tahlequah, City of (Medearis, Robert) Modified on 5/26/2006 ENTERED IN ERROR – Wrong event used and this is a multi–event document, but only 1 part was e–filed (Motion to Sever); attorney notified to re–file this document using correct events (1) Joinder in Motion, and (2) Adoption (crp, Dpty Clk). (Entered: 05/24/2006) |
| 05/24/2006 | 733 | SUPPLEMENT (Re: 720 Summons Returned Executed, ) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) Modified on 5/26/2006, ENTERED IN ERROR – WRONG PDF ATTACHED; Attorney notified to file Errata/Correction to Document and attach correct PDF (Return of Service of Summons Upon Tenkiller Golf Club) (crp, Dpty Clk). (Entered: 05/24/2006) |
| 05/24/2006 | 734 | SUPPLEMENT (Re: 729 Summons Returned Executed, ) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/24/2006) |
| 05/24/2006 | 735 | SUMMONS Returned Executed re: Jesse T. Proctor – Served on 3/29/2006. *Jesse T. Proctor individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/24/2006) |
| 05/24/2006 | 736 | SUMMONS Returned Executed re: Richard M. Taylor – Served on 3/28/2006. *Richard M. Taylor individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/24/2006) |
| 05/24/2006 | 737 | SUMMONS Returned Executed re: Turf Professional – Served on 3/30/2006. *John Doe d/b/a Turf Professional* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/24/2006) |
| 05/24/2006 | 738 | SUMMONS Returned Executed re: Perry Williams – Served on 4/3/2006. *Perry Williams individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/24/2006) |
| 05/24/2006 | 739 | SUMMONS Returned Executed re: John E. Cotherman – Served on 3/23/2006. *John E. Cotherman individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/24/2006) |

| 05/24/2006 | 740 | SUMMONS Returned Executed re: Twin City Construction, Inc. – Served on 3/22/2006. *Secretary of State Service agent for Twin City Construction, Inc.* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/24/2006) |
|---|---|---|
| 05/24/2006 | 741 | SUMMONS Returned Executed re: River Farms of Tahlequah, LLC – Served on 3/24/2006. *Mary Lansberg Service agent for River Farms of Tahlequah LLC* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/24/2006) |
| 05/24/2006 | 742 | ERRATA/CORRECTION (Re: 641 Response in Opposition to Motion, ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (George, Robert) (Entered: 05/24/2006) |
| 05/24/2006 | 743 | First MOTION to Compel *Discovery* by Cobb–Vantress, Inc. (With attachments) (George, Robert) (Entered: 05/24/2006) |
| 05/26/2006 | 744 | MOTION to Withdraw Document(s) (Re: 614 MOTION to Dismiss Party Wauhillau Outing Club) by Wauhilla Outing Club (Davis, Reuben) (Entered: 05/26/2006) |
| 05/26/2006 | 745 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by Wauhillau Outing Club (Davis, Reuben) (Entered: 05/26/2006) |
| 05/26/2006 | 746 | MINUTE ORDER by Court Clerk, Having reviewed the docket entry and/or PDF for Dkt # 732, the Court has determined that *this document was e–filed using the wrong event and is a multi–part document*. Attorney *Robert Medearis* is hereby directed to re–file *Document No. 732, using the events: (1) Joinder in Motion, and (2) Adoption,* within *two business days from the date of this order (Wednesday, May 31, 2006)*. (Re: 732 MOTION to Sever) (crp, Dpty Clk) (Entered: 05/26/2006) |
| 05/26/2006 | | NOTICE of Docket Entry Modification; Error: This document was e–filed using the wrong event (Motion to Sever) and is a multi–event document.; Correction: Modified text of Document No. 732 to show it was entered in error; attorney notified to re–file this document using events: Joinder in Motion, and Adoption (Re: 732 MOTION to Sever) (crp, Dpty Clk) (Entered: 05/26/2006) |
| 05/26/2006 | | NOTICE of Docket Entry Modification; Error: Document No. 733 has the wrong PDF attached; Correction: Attorney notified to file Errata/Correction to Document and attach correct PDF (Return of Service of Summons Upon Tenkiller Golf Club) (Re: 733 Supplement,, 720 Summons Returned Executed, ) (crp, Dpty Clk) (Entered: 05/26/2006) |
| 05/26/2006 | 747 | REPLY to Response to Motion (Re: 499 MOTION to Intervene) by Arkansas Natural Resources Commission, State of Arkansas ; (With attachments) (Federman, William) (Entered: 05/26/2006) |
| 05/26/2006 | 748 | ERRATA/CORRECTION (Re: 720 Summons Returned Executed, ) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, |

| | | Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/26/2006) |
|---|---|---|
| 05/26/2006 | 749 | RESPONSE in Opposition to Motion (Re: 574 MOTION to Sever MOTION to Stay MOTION for Hearing *(Submitted as part of 564 , 564 MOTION to Dismiss Third Party Complaint*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (Jantzen, Stephen) (Entered: 05/26/2006) |
| 05/26/2006 | 750 | ERRATA/CORRECTION (Re: 733 Supplement, ) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/26/2006) |
| 05/26/2006 | 751 | SUMMONS Returned Unexecuted re: Bryan Sand & Gravel, *John Bryan Service agent for Bryan Sand & Gravel, Inc.* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/26/2006) |
| 05/26/2006 | 752 | SUMMONS Returned Unexecuted re: Bobbie Ann Stratton, *Bobbie Ann Stratton individually* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/26/2006) |
| 05/26/2006 | 753 | SUMMONS Returned Unexecuted re: David Albert Stratton, *David Albert Stratton individually* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/26/2006) |
| 05/30/2006 | 754 | SUMMONS Returned Executed re: Alice L. Earl – Served on 3/19/2006. *Alice L. Earl d/b/a Pettit Bay Cabins & Grocery* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/30/2006) |
| 05/30/2006 | 755 | SUMMONS Returned Executed re: Ewell Van Earl *Ewell Van Earl d/b/a Pettit Bay Cabins & Grocery* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/30/2006) |
| 05/30/2006 | 756 | SUMMONS Returned Executed re: Alice L. Earl *Alice L. Earl individually* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/30/2006) |
| 05/31/2006 | 757 | ORDER by Magistrate Judge Sam A Joyner, denying 493 Motion to Quash, denying 503 Motion for Protective Order, denying 512 Motion to Quash, denying 536 Motion to Quash, denying 539 Motion to Quash, granting in part and denying in part 539 Motion for Protective Order, granting in part and denying in part 540 Motion for Protective Order, denying 557 Motion to Quash, granting in part and denying in part 560 Motion to Compel, denying 577 Motion to Quash (lmc, Dpty |

| | | Clk) (Entered: 05/31/2006) |
|---|---|---|
| 05/31/2006 | 758 | SUMMONS Returned Executed re: Jerry W. Hare(Individually and d/b/a Crystal Creek Ranch) – Served on 3/21/2006. *Jerry Wayne Hare d/b/a Crystal Creek Ranch* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/31/2006) |
| 05/31/2006 | 759 | SUMMONS Returned Unexecuted re: Gail B. Wilton, *individually* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/31/2006) |
| 05/31/2006 | 760 | SUMMONS Returned Executed re: Flint Creek Farm, LLC – Served on 4/3/2006. *Flint Creek Farm, LLC* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/31/2006) |
| 05/31/2006 | 761 | SUMMONS Returned Executed re: Hayes Family Limited Partnership, The – Served on 4/3/2006. *Hayes Family Limited Partnership* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/31/2006) |
| 05/31/2006 | 762 | SUMMONS Returned Executed re: Suzanne M. Zieders – Served on 5/7/2006. *Suzanne M. Zieders individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/31/2006) |
| 05/31/2006 | 763 | SUMMONS Returned Unexecuted re: Anne Marie Sanders, *individually* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/31/2006) |
| 05/31/2006 | 764 | SUMMONS Returned Executed re: Cherrie House – Served on 5/9/2006. *Cherrie L. House* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/31/2006) |
| 05/31/2006 | 765 | SUMMONS Returned Executed re: William House – Served on 5/9/2006. *William L. House* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/31/2006) |
| 05/31/2006 | 766 | SUMMONS Returned Executed re: Eurma White – Served on 5/9/2006. *Eurma White individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/31/2006) |
| 05/31/2006 | 767 | |

| | | |
|---|---|---|
| | | SUMMONS Returned Executed re: Eurma White *d/b/a Baron Fork Creek Camp* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/31/2006) |
| 05/31/2006 | 768 | SUMMONS Returned Executed re: George Cripps – Served on 5/11/2006. *George Cripps* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/31/2006) |
| 05/31/2006 | 769 | SUMMONS Returned Executed re: John T. Posey, Jr *individually* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/31/2006) |
| 05/31/2006 | 770 | SUMMONS Returned Unexecuted re: Illinois River Ranch Property Owners Association, *Reed Williams Service agent for Illinois RIver Ranch Property Owners Association* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/31/2006) |
| 05/31/2006 | 771 | SUMMONS Returned Executed re: One Degree Lawn Care – Served on 5/10/2006. *One Degree, Inc. a/k/a One Degree Lawn & Landscape Shaun Shepherd* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/31/2006) |
| 05/31/2006 | 772 | SUMMONS Returned Unexecuted re: T&M Sand and Gravel, Inc., *Jim Jones Service agent for T&M Sand and Gravel, Inc.* by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/31/2006) |
| 05/31/2006 | 773 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,, ) by Cherrie House, William House (s–kjp, Dpty Clk) (Entered: 06/01/2006) |
| 06/01/2006 | 774 | REPLY to Response to Motion (Re: 573 MOTION for Entry of Proposed Confidentiality Order *and Brief in Support Thereof*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) Modified on 6/2/2006 to correct title of event (lml, Dpty Clk). (Entered: 06/01/2006) |
| 06/01/2006 | 775 | RESPONSE in Opposition to Motion (Re: 588 MOTION to Dismiss *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay |

| | | |
|---|---|---|
| | | *Third−Party Complaint* MOTION to Stay *Third−Party Complaint* MOTION to Stay *Third−Party Complaint*) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Peterson Farms, Inc. ; (Jantzen, Stephen) (Entered: 06/01/2006) |
| 06/01/2006 | 776 | RESPONSE in Opposition to Motion (Re: 591 MOTION to Dismiss *Third−Party Complaint* MOTION to Sever *Third−Party Complaint* MOTION to Stay *Third−Party Complaint*) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Peterson Farms, Inc. ; (Jantzen, Stephen) (Entered: 06/01/2006) |
| 06/02/2006 | 777 | ATTORNEY APPEARANCE by Thomas Janer on behalf of Suzanne M. Zieders (Janer, Thomas) (Entered: 06/02/2006) |
| 06/02/2006 | 778 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,,,,, ) by Suzanne M. Zieders (Janer, Thomas) (Entered: 06/02/2006) |
| 06/02/2006 | | NOTICE of Docket Entry Modification; Error: E−filed using incorrect event (Brief in Support of Motion); Correction: Edited docket text to reflect correct event (Reply to Response to Motion) (Re: 774 Brief in Support of Motion, ) (lml, Dpty Clk) (Entered: 06/02/2006) |
| 06/05/2006 | 779 | TRANSCRIPT of Proceedings of Motion Hearing held on May 17, 2006 before Magistrate Judge Sam A Joyner (Court Reporter: Greg Eustice) (Pages: 107) (Re: 608 Minutes of Motion Hearing, Hearing Held, Striking/Terminating Deadline(s)/Hearing(s), Taking Motion(s) Under Advisement) (s−kjp, Dpty Clk) Modified on 6/16/2017 to attach PDF (pll, Dpty Clk). (Entered: 06/05/2006) Contains One or More Restricted PDFs |
| 06/05/2006 | 780 | ORDER by Judge Terence Kern, granting 744 Motion to Withdraw Documents(s), striking/withdrawing document(s) (Re: 614 MOTION to Dismiss Party Wauhillau Outing Club) (JLW, Chambers) (Entered: 06/05/2006) |
| 06/05/2006 | 781 | RESPONSE in Opposition to Motion (Re: 709 JOINDER in Motion, 271 JOINDER in Motion) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Peterson Farms, Inc. ; (Jantzen, Stephen) (Entered: 06/05/2006) |
| 06/05/2006 | 782 | RESPONSE (Re: 605 Adoption, ) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons |

| | | |
|---|---|---|
| | | Foods, Inc., Willow Brook Foods, Inc., Peterson Farms, Inc. (Jantzen, Stephen) (Entered: 06/05/2006) |
| 06/06/2006 | 783 | RESPONSE in Opposition to Motion (Re: 271 JOINDER in Motion, 709 JOINDER in Motion, 791 JOINDER in Motion, 792 JOINDER in Motion) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Peterson Farms, Inc. (Jantzen, Stephen) Modified on 6/7/2006 to correct title of event and create links to appropriate documents (lml, Dpty Clk). (Entered: 06/06/2006) |
| 06/06/2006 | 784 | MOTION to Clarify *Portion of* (Re: 757 Order,, Ruling on Motion to Quash,, Ruling on Motion for Protective Order,,,,,,,,,,,,,, Ruling on Motion to Compel,,,,, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (WRONG PDF ATTACHED, SEE DOC # 785 FOR CORRECT DOCUMENT) (Entered: 06/06/2006) |
| 06/06/2006 | 785 | ERRATA/CORRECTION (Re: 784 MOTION to Clarify *Portion of*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 06/06/2006) |
| 06/06/2006 | 793 | MOTION for Hearing *Phone Conference (Submitted as part of Doc # 784* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (lml, Dpty Clk) (Entered: 06/07/2006) |
| 06/07/2006 | 786 | MINUTE ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s): *(Expedited telephone conference)*, Motion Hearing set for 6/7/2006 at 02:30 PM before Magistrate Judge Sam A Joyner (Re: 784 MOTION to Clarify *Portion of*) (lmc, Dpty Clk) (Entered: 06/07/2006) |
| 06/07/2006 | 787 | CORPORATE DISCLOSURE STATEMENT by Greenleaf Nursery Co., Inc. (Baker, Tim) (Entered: 06/07/2006) |
| 06/07/2006 | 788 | CORPORATE DISCLOSURE STATEMENT by Tahlequah Livestock Auction, Inc., Tahlequah Livestock Auctin, Inc. (Baker, Tim) (Entered: 06/07/2006) |
| 06/07/2006 | 789 | MOTION to Reconsider *the May 31, 2006 Order Regarding Subpoenas for Inspection and Sampling of Premises Owned by Non–Parties* (Re: 757 Order,, Ruling on Motion to Quash,, Ruling on Motion for Protective Order,,,,,,,,,,,, Ruling on Motion to Compel,,,,, ) by Bill R Anderson, Steve Butler, Julie Anderson Chancellor, Roger D Collins, Franklin A Glenn, Kenneth D Glenn, Sondra D Glenn, Juana Loftin, Larry McGarrah, Priscilla McGarrah, Jim L Pigeon, Michele R Pigeon, Joel J Reed, Rhonda Reed, Caleb Reed, Cory Reed, W A Saunders, Bev Saunders, Robert V Schwabe, II, David R Wofford, Robin L. Wofford, Ren Butler, Georgia Butler (With attachments) (Williams, Dale) (Entered: 06/07/2006) |
| 06/07/2006 | | NOTICE of Docket Entry Modification; Error: This was filed with the incorrect PDF document attached; Correction: Party re–filed correct document as Doc # 785 (Re: 785 Errata/Correction to Document, 784 MOTION to Clarify *Portion of*) (lml, Dpty Clk) (Entered: 06/07/2006) |
| 06/07/2006 | 790 | RESPONSE in Opposition to Motion (Re: 784 MOTION to Clarify *Portion of*) by Bill R Anderson, Steve Butler, Julie Anderson Chancellor, Roger D Collins, |

| | | Franklin A Glenn, Kenneth D Glenn, Sondra D Glenn, Juana Loftin, Larry McGarrah, Priscilla McGarrah, Jim L Pigeon, Michele R Pigeon, Joel J Reed, Rhonda Reed, Caleb Reed, Cory Reed, W A Saunders, Bev Saunders, Robert V Schwabe, II, David R. Wofford, Robin L. Wofford, Ren Butler, Georgia Butler ; (Williams, Dale) (Entered: 06/07/2006) |
|---|---|---|
| 06/07/2006 | | NOTICE of Docket Entry Modification; Error: This is a multi−event document, but only one event was e−filed (Adoption); Correction: Re−filed the second event (Joinder in Motion) as Doc # 791 (Re: 605 Adoption, ) (lml, Dpty Clk) (Entered: 06/07/2006) |
| 06/07/2006 | 792 | JOINDER in Motion (Re: 247 MOTION to Sever *stay strike dismiss third party complaint claims*) by Tahlequah, City of (Medearis, Robert) (Entered: 06/07/2006) |
| 06/07/2006 | | NOTICE of Docket Entry Modification; Error: This is a multi−part motion, but only one part was e−filed (Motion to Clarify); Correction: Filed the second motion part (Motion for Hearing) as Doc # 793 (Re: 784 MOTION to Clarify *Portion of*) (lml, Dpty Clk) (Entered: 06/07/2006) |
| 06/07/2006 | 794 | ADOPTION (Re: 589 Brief in Support of Motion,,,, ) by Tahlequah, City of (Medearis, Robert) (Entered: 06/07/2006) |
| 06/07/2006 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Response−Other) and did not link to all the correct documents; Correction: Edited docket text to reflect correct event (Response in Opposition to Motion) and created links to Doc #271, #709, #791& #792 (Re: 783 Response,, ) (lml, Dpty Clk) (Entered: 06/07/2006) |
| 06/07/2006 | 795 | MINUTES of Proceedings − held before Magistrate Judge Sam A Joyner : Motion Hearing held on 6/7/2006, striking/terminating deadline(s)/Hearing(s) (Re: 793 MOTION for Hearing *Phone Conference (Submitted as part of Doc # 784* , 784 MOTION to Clarify *Portion of*) (Court Reporter: 06−01B−SAJ and 06−02A−SAJ) (lmc, Dpty Clk) (Entered: 06/08/2006) |
| 06/08/2006 | | ***Remark: Glen Dorrough, Court Reporter, has received a request from Louis W. Bullock to prepare an official transcript of the motion hrg. held on 06−07−2006. The parties will have 5 business days from the filing of the unredacted transcript to file with the Court a Notice of Intent to Request Redaction of Transcript. (Re: 795 Minutes of Motion Hearing,, Hearing Held,, Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s)) (grd, Crt Rptr) (Entered: 06/08/2006) |
| 06/09/2006 | 796 | ORDER by Magistrate Judge Sam A Joyner *(Supplemental Order)*, granting 784 Motion to Clarify, granting 793 Motion for Hearing (Re: 757 Order,, Ruling on Motion to Quash,, Ruling on Motion for Protective Order,,,,,,,,,,,,,, Ruling on Motion to Compel,,,,, ) (lmc, Dpty Clk) (Entered: 06/09/2006) |
| 06/09/2006 | | MAIL to James C. Geiger Returned − marked no such number − address changed to unknown in system. (Re: 746 Minute Order,, Directing Party to Re−File Document(s), Directing Party to Re−File Document(s), 780 Order, Ruling on Motion to Withdraw Documents(s), Striking/Withdrawing Document(s)) (s−tjc, Dpty Clk) (Entered: 06/09/2006) |
| 06/09/2006 | 797 | Unopposed MOTION for Leave to File Corrected Motion To Dismiss (Re: 564 MOTION to Dismiss *Third Party Complaint*) by Wanda L. Dotson (With |

| | | |
|---|---|---|
| | | attachments) (Phipps, K) (Entered: 06/09/2006) |
| 06/12/2006 | 798 | MINUTE ORDER by Judge Terence Kern, granting 797 Motion for Leave to File Document(s) (Re: 574 MOTION to Sever MOTION to Stay MOTION for Hearing *(Submitted as part of 564 , 564 MOTION to Dismiss Third Party Complaint)* (JLW, Chambers) (Entered: 06/12/2006) |
| 06/12/2006 | 799 | RESPONSE in Opposition to Motion (Re: 743 First MOTION to Compel *Discovery*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 06/12/2006) |
| 06/14/2006 | 800 | Unopposed MOTION for Extension of Time to Reply to Motion Response (Re: 588 MOTION to Dismiss *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint*) by Berry Group, The (Freeman, Ronnie) (Entered: 06/14/2006) |
| 06/16/2006 | 801 | JOINDER in Motion (Re: 247 MOTION to Sever *stay strike dismiss third party complaint claims*, 588 MOTION to Dismiss *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint*) by Bill Stewart (Van Cleef, R) (Entered: 06/16/2006) |
| 06/16/2006 | 802 | MOTION to Dismiss Party Hoby Ferrell and Greater Tulsa Investments, LLC *and Alternatively for Severance and Stay on Third Party Complaints* by Hoby Ferrell, Greater Tulsa Investments, LLC (Boyd, Douglas) (Entered: 06/16/2006) |
| 06/16/2006 | 803 | Unopposed MOTION Serve Third Party Complaint on Certain Third Party Defendants Out of Time by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (With attachments) (Longwell, Nicole) (Entered: 06/16/2006) |
| 06/16/2006 | 804 | Amended MOTION to Dismiss *Third–Party Plaintiffs' Complaint* by Wanda L. Dotson (Phipps, K) (Entered: 06/16/2006) |
| 06/16/2006 | 805 | |

| | | ATTORNEY APPEARANCE by Michelle B Skeens on behalf of Snake Creek Marina (Skeens, Michelle) (Entered: 06/16/2006) |
|---|---|---|
| 06/16/2006 | 806 | ANSWER to Third Party Complaint (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by Snake Creek Marina (Skeens, Michelle) (Entered: 06/16/2006) |
| 06/17/2006 | 807 | TRANSCRIPT of Proceedings (Unredacted) of motion hearing held on 06/07/2006 before Magistrate Judge Sam A Joyner (Court Reporter: Glen Dorrough) (Pages: 1–54) A party must file a Notice of Intent to Request Redaction of Transcript within 5 business days. If a party fails to request redaction, the unredacted transcript attached to this entry will be made electronically available without redaction. (Re: 795 Minutes of Motion Hearing,, Hearing Held,, Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s)) (grd, Crt Rptr) (Entered: 06/17/2006) |
| 06/19/2006 | 808 | Unopposed MOTION for Extension of Time to Reply to Motion Response (Re: 743 First MOTION to Compel *Discovery*) by Cobb–Vantress, Inc. (With attachments) (George, Robert) (Entered: 06/19/2006) |
| 06/20/2006 | 809 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 808 Unopposed MOTION for Extension of Time to Reply to Motion Response) (JLW, Chambers) (Entered: 06/20/2006) |
| 06/20/2006 | 810 | MINUTE ORDER by Magistrate Judge Sam A Joyner, granting 808 Motion for Extension of Time to Reply to Motion Response, setting/resetting deadline(s)/hearing(s):, Replies due by 6/26/2006 (Re: 743 First MOTION to Compel *Discovery*) (lmc, Dpty Clk) (Entered: 06/20/2006) |
| 06/20/2006 | 811 | ATTORNEY APPEARANCE by Robert Earl Applegate on behalf of Snake Creek Marina (Applegate, Robert) (Entered: 06/20/2006) |
| 06/20/2006 | 812 | ATTORNEY APPEARANCE by Robert Earl Applegate on behalf of Snake Creek Marina (Applegate, Robert) Modified on 6/21/2006 to show this was filed by the incorrect attorney, see doc 813 for corrected entry (lml, Dpty Clk). (Entered: 06/20/2006) |
| 06/20/2006 | 813 | ATTORNEY APPEARANCE by Steven Ernest Holden on behalf of Snake Creek Marina (Holden, Steven) (Entered: 06/20/2006) |
| 06/20/2006 | 814 | ATTORNEY APPEARANCE by Michael Lee Carr on behalf of Snake Creek Marina (Carr, Michael) (Entered: 06/20/2006) |
| 06/21/2006 | | NOTICE of Docket Entry Modification; Error: This was filed by the incorrect attorney, therefore the wrong attorney appears in the text of the entry; Correction: Correct attorney re–filed the entry as doc 813 (Re: 812 Appearance – Attorney) (lml, Dpty Clk) (Entered: 06/21/2006) |
| 06/22/2006 | 815 | REPLY to Response to Motion (Re: 588 MOTION to Dismiss *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* |

| | | MOTION to Stay *Third−Party Complaint* MOTION to Stay *Third−Party Complaint* MOTION to Stay *Third−Party Complaint* MOTION to Stay *Third−Party Complaint* MOTION to Stay *Third−Party Complaint* MOTION to Stay *Third−Party Complaint*) by Berry Group, The ; (Freeman, Ronnie) (Entered: 06/22/2006) |
|---|---|---|
| 06/23/2006 | 816 | Opposed MOTION to Amend *Third Party Complaint* (Re: 80 Third Party Complaint,,,,,,,,,,,,,,,,,, ) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc. (With attachments) (Longwell, Nicole) (Entered: 06/23/2006) |
| 06/26/2006 | 817 | RESPONSE in Opposition to Motion (Re: 789 MOTION to Reconsider *the May 31, 2006 Order Regarding Subpoenas for Inspection and Sampling of Premises Owned by Non−Parties*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (DOCUMENT WITHDRAWN PER ORDER # 849 ) (Entered: 06/26/2006) |
| 06/26/2006 | 818 | RESPONSE in Opposition to Motion (Re: 789 MOTION to Reconsider *the May 31, 2006 Order Regarding Subpoenas for Inspection and Sampling of Premises Owned by Non−Parties*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 06/26/2006) |
| 06/26/2006 | 819 | ATTORNEY APPEARANCE by Robert David Singletary on behalf of Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Singletary, Robert) Modified on 6/27/2006 all filers (sac, Dpty Clk). (Entered: 06/26/2006) |
| 06/26/2006 | 820 | MOTION to Withdraw Document(s) (Re: 817 Response in Opposition to Motion, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 06/26/2006) |
| 06/26/2006 | 821 | ORDER by Judge Terence Kern, granting 800 Motion for Extension of Time to Reply to Motion Response, setting/resetting deadline(s)/hearing(s): *RE: The Berry Group*, Replies due by 6/22/2006 (Re: 588 MOTION to Dismiss *Third−Party Complaint* MOTION to Sever *Third−Party Complaint* MOTION to Sever *Third−Party Complaint* MOTION to Sever *Third−Party Complaint* MOTION to Sever *Third−Party Complaint* MOTION to Sever *Third−Party Complaint* MOTION to Sever *Third−Party Complaint* MOTION to Sever *Third−Party Complaint* MOTION to Sever *Third−Party Complaint* MOTION to Sever *Third−Party Complaint* MOTION to Sever *Third−Party Complaint* MOTION to Stay *Third−Party Complaint* MOTION to Stay *Third−Party Complaint* MOTION to Stay *Third−Party Complaint* MOTION to Stay *Third−Party Complaint* MOTION to Stay *Third−Party Complaint* MOTION to Stay *Third−Party Complaint* MOTION to Stay *Third−Party Complaint* MOTION to Stay *Third−Party Complaint* MOTION to Stay *Third−Party Complaint* MOTION to Stay *Third−Party Complaint*) (JLW, Chambers) (Entered: 06/26/2006) |
| 06/26/2006 | 822 | Unopposed MOTION for Leave to File Brief in Excess of Page Limit by Cobb−Vantress, Inc. (George, Robert) (Entered: 06/26/2006) |
| 06/26/2006 | 823 | MOTION to Withdraw Attorney(s) by Wanda L. Dotson (Phipps, K) (Entered: 06/26/2006) |
| 06/26/2006 | 824 | |

| | | |
|---|---|---|
| | | REPLY to Response to Motion (Re: 743 First MOTION to Compel *Discovery*) by Cobb–Vantress, Inc. ; (With attachments) (George, Robert) Modified on 6/27/2006; this is a multi event document – see 826 for the two part motion (sac, Dpty Clk). (Entered: 06/26/2006) |
| 06/26/2006 | 826 | MOTION for Hearing *Expedited (submitted as part of 824 )*, MOTION in camera review *(submitted as part of 824 )* (Re: 743 First MOTION to Compel *Discovery*) by Cobb–Vantress, Inc. (sac, Dpty Clk) (Entered: 06/27/2006) |
| 06/26/2006 | | ***Motion(s) Referred to Magistrate Joyner (Re: 826 MOTION for Hearing *Expedited (submitted as part of 824 )* MOTION in camera review *(submitted as part of 824 )*) (sac, Dpty Clk) (Entered: 06/27/2006) |
| 06/27/2006 | 825 | MINUTE ORDER by Magistrate Judge Sam A Joyner, granting 822 Motion for Leave to File Document(s) (lmc, Dpty Clk) (Entered: 06/27/2006) |
| 06/27/2006 | | NOTICE of Docket Entry Modification; Error: not all filers were selected; Correction: added Secretary of the Environment, Office of as a filer (Re: 819 Appearance – Attorney) (sac, Dpty Clk) (Entered: 06/27/2006) |
| 06/27/2006 | | NOTICE of Docket Entry Modification; Error: this is a multi event document which requires two separate entries in CM/ECF; Correction: efiled two–part motion (Motion for Hearing – Expedited and Motion for Miscellaneous Relief – In Camera Review, see [ 826 (Re: 824 Reply to Response to Motion) (sac, Dpty Clk) (Entered: 06/27/2006) |
| 06/28/2006 | 827 | MOTION to Withdraw Attorney(s) by Snake Creek Marina (Holden, Steven) (Entered: 06/28/2006) |
| 06/29/2006 | 828 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 789 MOTION to Reconsider *the May 31, 2006 Order Regarding Subpoenas for Inspection and Sampling of Premises Owned by Non–Parties*) (JLW, Chambers) (Entered: 06/29/2006) |
| 06/30/2006 | 829 | ORDER by Magistrate Judge Sam A Joyner, granting 826 Motion for Hearing, setting/resetting deadline(s)/hearing(s):, Discovery Hearing set for 7/18/2006 at 09:30 AM before Magistrate Judge Sam A Joyner, Scheduling Conference set for 7/18/2006 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 448 JOINDER in Motion, 248 MOTION to Stay *Time for 3rd Party Defendants to Answer*, 573 MOTION for Entry of Proposed Confidentiality Order *and Brief in Support Thereof*, 826 MOTION for Hearing *Expedited (submitted as part of 824 )* MOTION in camera review *(submitted as part of 824 )*, 247 MOTION to Sever *stay strike dismiss third party complaint claims*, 271 JOINDER in Motion, 743 First MOTION to Compel *Discovery*, 425 Opposed MOTION Request for Establishment of Procedure for Entry of Case Management Order, 252 MOTION to Dismiss *claims in Third–party complaint* MOTION to Stay *(Submitted as part of Doc #247)*) (SAJ1, Chambers) (Entered: 06/30/2006) |
| 06/30/2006 | 830 | MINUTE ORDER by Judge Terence Kern, directing Falcon Floats, Inc., River Farms of Tahlequah, LLC, Snake Creek Marina, Tahlequah Livestock Auction, Inc., Wauhillau Outing Club, Diamond Head Resort to file a Corporate Disclosure Statement pursuant to FRCvP 7.1 within five (5) days of this order, if applicable. If you have already filed your Corporate Disclosure Statement in this case, you are reminded to file a Supplemental Corporate Disclosure Statement within a reasonable time of any change in the information that the statement requires. (s–kjp, Dpty Clk) |

| | | |
|---|---|---|
| | | (Entered: 06/30/2006) |
| 06/30/2006 | 831 | ATTORNEY APPEARANCE by John Brian DesBarres on behalf of Billy Simpson (DesBarres, John) (Entered: 06/30/2006) |
| 06/30/2006 | 832 | ATTORNEY APPEARANCE by John Brian DesBarres on behalf of Brian R. Berry(d/b/a Town Branch Guest Ranch), Mary C. Berry(d/b/a Town Branch Guest Ranch) (DesBarres, John) (Entered: 06/30/2006) |
| 07/01/2006 | 833 | RESPONSE in Opposition to Motion (Re: 801 JOINDER in Motion) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Peterson Farms, Inc. ; (Jantzen, Stephen) (Entered: 07/01/2006) |
| 07/01/2006 | 834 | RESPONSE in Opposition to Motion (Re: 802 MOTION to Dismiss Party Hoby Ferrell and Greater Tulsa Investments, LLC *and Alternatively for Severance and Stay on Third Party Complaints*) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Peterson Farms, Inc. ; (Jantzen, Stephen) (Entered: 07/01/2006) |
| 07/01/2006 | 835 | RESPONSE in Opposition to Motion (Re: 804 Amended MOTION to Dismiss *Third–Party Plaintiffs' Complaint*) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Simmons Foods, Inc., George's, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Peterson Farms, Inc. ; (Jantzen, Stephen) (Entered: 07/01/2006) |
| 07/03/2006 | 836 | CORPORATE DISCLOSURE STATEMENT by Snake Creek Marina (Applegate, Robert) (Entered: 07/03/2006) |
| 07/05/2006 | 837 | CORPORATE DISCLOSURE STATEMENT by River Farms of Tahlequah, LLC (Freeman, Ronnie) (Entered: 07/05/2006) |
| 07/06/2006 | 838 | ORDER by Magistrate Judge Sam A Joyner, denying 789 Motion to Reconsider (SAJ1, Chambers) (Entered: 07/06/2006) |
| 07/07/2006 | 839 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: The hearing set for July 18, 2006 at 9:30 AM is reset to August 10, 2006 at 9:30 AM, Courtroom #3, 4th floor,* setting/resetting deadline(s)/hearing(s):, Discovery Hearing set for 8/10/2006 at 09:30 AM before Magistrate Judge Sam A Joyner, Scheduling Conference set for 8/10/2006 at 09:30 AM before Magistrate Judge Sam A Joyner, Motion Hearing set for 8/10/2006 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 448 JOINDER in Motion, 248 MOTION to Stay *Time for 3rd Party Defendants to Answer*, 573 MOTION for Entry of Proposed Confidentiality Order *and Brief in Support Thereof*, 826 MOTION for Hearing *Expedited (submitted as part of 824 )* MOTION in camera review *(submitted as part of 824 )*, 247 MOTION to Sever *stay* |

| | | |
|---|---|---|
| | | *strike dismiss third party complaint claims*, 271 JOINDER in Motion, 743 First MOTION to Compel *Discovery*, 425 Opposed MOTION Request for Establishment of Procedure for Entry of Case Management Order, 252 MOTION to Dismiss *claims in Third−party complaint* MOTION to Stay *(Submitted as part of Doc #247))* (lmc, Dpty Clk) (Entered: 07/07/2006) |
| 07/10/2006 | 840 | CORPORATE DISCLOSURE STATEMENT by War Eagle Floats, Inc. (Baker, Tim) (Entered: 07/10/2006) |
| 07/11/2006 | 841 | RESPONSE in Opposition to Motion (Re: 816 Opposed MOTION to Amend *Third Party Complaint*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 07/11/2006) |
| 07/11/2006 | 842 | MOTION for Hearing (Re: 816 Opposed MOTION to Amend *Third Party Complaint*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 07/11/2006) |
| 07/11/2006 | 843 | RESPONSE in Opposition to Motion (Re: 816 Opposed MOTION to Amend *Third Party Complaint*) by Berry Group, The, Brian R. Berry(d/b/a Town Branch Guest Ranch), Mary C. Berry(d/b/a Town Branch Guest Ranch), Brian R. Berry(individually), Mary C. Berry(Individually), Dorothy Ann Means, Jerry Means, Billy Simpson ; (DesBarres, John) (Entered: 07/11/2006) |
| 07/12/2006 | 844 | MOTION to Compel *Discovery from Plaintiff* by Simmons Foods, Inc. (With attachments) (Freeman, Bruce) (Entered: 07/12/2006) |
| 07/12/2006 | 845 | ORDER by Judge Terence Kern, granting 823 Motion to Withdraw Attorney(s), terminating attorney K Clark Phipps (cds, Dpty Clk) (Entered: 07/12/2006) |
| 07/17/2006 | 846 | MOTION for Attorney Sherry P. Bartley to be Admitted Pro Hac Vice by Peterson Farms, Inc. (With attachments) (Hixon, Philip) (Entered: 07/17/2006) |
| 07/17/2006 | 847 | MINUTE ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s): *Courtroom #3, 4th floor*, Motion Hearing set for 8/10/2006 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 844 MOTION to Compel *Discovery from Plaintiff*) (lmc, Dpty Clk) (Entered: 07/17/2006) |
| 07/17/2006 | 848 | ORDER by Judge Terence Kern, granting 827 Motion to Withdraw Attorney(s), terminating attorney Steven Ernest Holden (JLW, Chambers) (Entered: 07/17/2006) |
| 07/17/2006 | 849 | ORDER by Judge Terence Kern, granting 820 Motion to Withdraw Documents(s), striking/withdrawing document(s) (Re: 817 Response in Opposition to Motion, ) (JLW, Chambers) (Entered: 07/17/2006) |
| 07/17/2006 | 852 | PRO HAC VICE FEES Paid for attorney(s) Sherry Bartley in the amount of $75.00 (Re: 846 MOTION for Attorney Sherry P. Bartley to be Admitted Pro Hac Vice) (s−tjc, Dpty Clk) (Entered: 07/20/2006) |
| 07/18/2006 | 850 | MINUTE ORDER by Court Clerk, : Pursuant to Local Rule 83.2(g) and this Court's Order in M−128−G (April 20, 1998), a $75.00 admission fee shall be paid by each attorney for each case such attorney seeks admission for limited practice. Upon receipt of the admission fee, the pro hac vice motion will be forwarded to the assigned Judge for consideration. If the fee is not received within 15 days of the date of this order, the motion may be denied for failure to pay the required fee. For attorney(s) Sherry P Bartley, Pro Hac Vice Fees due by 8/2/2006 (Re: 846 MOTION for Attorney Sherry P. Bartley to be Admitted Pro Hac Vice) (lml, Dpty |

| | | Clk) (Entered: 07/18/2006) |
|---|---|---|
| 07/19/2006 | 851 | ADOPTION (Re: 843 Response in Opposition to Motion, ) by Bill Stewart (Van Cleef, R) (Entered: 07/19/2006) |
| 07/21/2006 | 853 | Unopposed MOTION for Hearing (Re: 816 Opposed MOTION to Amend *Third Party Complaint*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (McDaniel, Archer) Modified on 7/24/2006 to remove from text langaue regarding 2nd part of this multi−part motion; e−filed 2nd part (Motion for Miscellaneous Relief) see 854 (crp, Dpty Clk). (Entered: 07/21/2006) |
| 07/21/2006 | 854 | MOTION to Modify Agenda for Hearing Set 8/10/06 *(Submitted as part of Document No. 853 )* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (crp, Dpty Clk) (Entered: 07/24/2006) |
| 07/25/2006 | 855 | ORDER by Judge Terence Kern, granting 162 Motion for Leave to File Document(s), granting 163 Motion for Leave to File Document(s), granting 164 Motion for Leave to File Document(s), granting 389 Motion to Withdraw Attorney(s), granting 390 Motion to Withdraw Attorney(s), granting 803 Motion for Miscellaneous Relief, granting 846 Motion for Admission Pro Hac Vice, granting 161 Motion for Leave to File Document(s), adding attorney Sherry P Bartley for Peterson Farms, Inc. terminating attorney Ronnie Jack Freeman, setting/resetting deadline(s)/hearing(s): *If there are other pending motions that are similar to or related to motions that have already been referred, the parties are ORDERED to submit a list of such motions, by title and docket number, to this Court no later than Thursday, July 27, 2006, prior to the August 10, 2006 hearing before Magistrate Judge Joyner*, referring motion(s) to Magistrate Judge Joyner, Miscellaneous Deadline set for 8/4/2006 (Re: 853 Unopposed MOTION for Hearing, 854 MOTION to Modify Agenda for Hearing Set 8/10/06 *(Submitted as part of Document No. 853 )*, 816 Opposed MOTION to Amend *Third Party Complaint*, 75 MOTION to Dismiss *AND, OR IN THE ALTERNATIVE*, 64 MOTION to Dismiss *Count 3 of Plaintiffs′ First Amended Complaint and Integrated Opening Brief in Support*, 66 MOTION to Dismiss *Counts 4−10 of the First Amended Complaint and Integrated Opening Brief in Support*, 67 MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint/I>) (JLW, Chambers) (Entered: 07/25/2006)* |
| 07/25/2006 | 856 | Unopposed MOTION for Extension of Time to Reply to Motion Response (Re: 816 Opposed MOTION to Amend *Third Party Complaint*) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., George's Farms, Inc., Peterson Farms, Inc., George's Inc. (Longwell, Nicole) Modified on 7/26/2006 to add additional filer to document (lml, Dpty Clk). (Entered: 07/25/2006) |
| 07/26/2006 | | NOTICE of Docket Entry Modification; Error: All filers were not selected when e−filed; Correction: Edited docket text and added George's Inc. as a filer to document (Re: 856 Unopposed MOTION for Extension of Time to Reply to Motion Response) (lml, Dpty Clk) (Entered: 07/26/2006) |
| 07/26/2006 | 857 | |

| | | |
|---|---|---|
| | | ORDER by Judge Terence Kern, granting 856 Motion for Extension of Time to Reply to Motion Response, setting/resetting deadline(s)/hearing(s):, Replies due by 7/26/2006 (Re: 816 Opposed MOTION to Amend *Third Party Complaint*) (JLW, Chambers) (Entered: 07/26/2006) |
| 07/26/2006 | 858 | REPLY to Response to Motion (Re: 816 Opposed MOTION to Amend *Third Party Complaint*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (McDaniel, Archer) (Entered: 07/26/2006) |
| 07/26/2006 | 859 | REPLY to Response to Motion (Re: 816 Opposed MOTION to Amend *Third Party Complaint*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (McDaniel, Archer) (Entered: 07/26/2006) |
| 07/27/2006 | 860 | REPLY to Response to Motion (Re: 816 Opposed MOTION to Amend *Third Party Complaint*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (McDaniel, Archer) (Entered: 07/27/2006) |
| 07/31/2006 | 861 | Opposed MOTION for Leave to File Amended Third Party Complaint and Cross−Claims (Re: 228 Cross−claim, 229 Cross−claim, 82 Third Party Complaint) by Cargill, Inc., Cargill Turkey Production, LLC, Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 07/31/2006) |
| 07/31/2006 | 862 | RESPONSE in Opposition to Motion (Re: 844 MOTION to Compel *Discovery from Plaintiff*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) Additional attachment(s) added on 8/7/2006 (sac, Dpty Clk). Modified on 8/7/2006 to add WITHDRAWN watermark − see 867 (sac, Dpty Clk). (Entered: 07/31/2006) |
| 08/01/2006 | 863 | MOTION for Leave to File Supplemental Brief in Support of First Motion to Compel Discovery (Re: 743 First MOTION to Compel *Discovery*) by Cobb−Vantress, Inc. (With attachments) (George, Robert) (Entered: 08/01/2006) |
| 08/01/2006 | 864 | MOTION to Withdraw Document(s) *and Substitute Correct Version* (Re: 862 Response in Opposition to Motion) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) Modified on 8/2/2006 to delete text regarding Motion for Miscellaneous Relief which should have been efiled as a Response in Opposition to Motion − counsel notified to efile response (sac, Dpty Clk). Modified on 8/3/2006; counsel is NOT to efile response until leave to do so is granted (sac, Dpty Clk). (Entered: 08/01/2006) |
| 08/01/2006 | 865 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: Agenda for 8/10/06 hearing:*, granting 853 Motion for Hearing, setting/resetting deadline(s)/hearing(s):, Scheduling Conference set for 8/10/2006 at 09:30 AM before Magistrate Judge Sam A Joyner, Status Hearing set for 8/10/2006 at 09:30 AM before Magistrate Judge Sam A Joyner, Motion Hearing set for 8/10/2006 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 248 MOTION to Stay *Time for 3rd Party Defendants to Answer*, 247 MOTION to Sever *stay strike dismiss third party complaint claims*, 743 First MOTION to Compel *Discovery*, 448 JOINDER in Motion, 573 MOTION |

| | | |
|---|---|---|
| | | for Entry of Proposed Confidentiality Order *and Brief in Support Thereof*, 425 Opposed MOTION Request for Establishment of Procedure for Entry of Case Management Order, 816 Opposed MOTION to Amend *Third Party Complaint*, 844 MOTION to Compel *Discovery from Plaintiff*, 826 MOTION for Hearing *Expedited (submitted as part of 824 )* MOTION in camera review *(submitted as part of 824 )*, 271 JOINDER in Motion, 252 MOTION to Dismiss *claims in Third−party complaint* MOTION to Stay *(Submitted as part of Doc #247))* (lmc, Dpty Clk) (Entered: 08/01/2006) |
| 08/01/2006 | | ***Motion(s) Referred to Magistrate Joyner (Re: 864 MOTION to Withdraw Document(s) *and Substitute Correct Version*) (sac, Dpty Clk) (Entered: 08/02/2006) |
| 08/02/2006 | 866 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 864 MOTION to Withdraw Document(s) *and Substitute Correct Version* MOTION *Objection and Response to Simmons Foods, Inc.'s Motion to Compel Discovery* MOTION *Objection and Response to Simmons Foods, Inc.'s Motion to Compel Discovery*, 842 MOTION for Hearing, 861 Opposed MOTION for Leave to File Amended Third Party Complaint and Cross−Claims, 863 MOTION for Leave to File Supplemental Brief in Support of First Motion to Compel Discovery) (JLW, Chambers) (Entered: 08/02/2006) |
| 08/03/2006 | | NOTICE of Docket Entry Modification; Error: text of entry implied that this was a multiple event document and counsel was advised to file a response in opposition, after further discussion, it is not a multiple event document; Correction: Attorney Riggs is NOT to file a Response in Opposition until the court rules on this motion to withdraw (Re: 864 MOTION to Withdraw Document(s) *and Substitute Correct Version* MOTION *Objection and Response to Simmons Foods, Inc.'s Motion to Compel Discovery* MOTION *Objection and Response to Simmons Foods, Inc.'s Motion to Compel Discovery* MOTION *Objection and Response to Simmons Foods, Inc.'s Motion to Compel Discovery*) (sac, Dpty Clk) (Entered: 08/03/2006) |
| 08/04/2006 | 867 | MINUTE ORDER by Magistrate Judge Sam A Joyner, granting 842 Motion for Hearing, granting 854 Motion for Miscellaneous Relief, granting 863 Motion for Leave to File Document(s), granting 864 Motion to Withdraw Documents(s), setting/resetting deadline(s)/hearing(s):, striking/withdrawing document(s), Motion Hearing set for 8/10/2006 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 248 MOTION to Stay *Time for 3rd Party Defendants to Answer*, 247 MOTION to Sever *stay strike dismiss third party complaint claims*, 743 First MOTION to Compel *Discovery*, 448 JOINDER in Motion, 573 MOTION for Entry of Proposed Confidentiality Order *and Brief in Support Thereof*, 847 Minute Order,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), 425 Opposed MOTION Request for Establishment of Procedure for Entry of Case Management Order, 816 Opposed MOTION to Amend *Third Party Complaint*, 844 MOTION to Compel *Discovery from Plaintiff*, 826 MOTION for Hearing *Expedited (submitted as part of 824 )* MOTION in camera review *(submitted as part of 824 )*, 861 Opposed MOTION for Leave to File Amended Third Party Complaint and Cross−Claims, 271 JOINDER in Motion, 252 MOTION to Dismiss *claims in Third−party complaint* MOTION to Stay *(Submitted as part of Doc #247)*, 862 Response in Opposition to Motion) (lmc, Dpty Clk) (Entered: 08/04/2006) |
| 08/04/2006 | 868 | Supplemental RESPONSE in Opposition to Motion (Re: 67 MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint/1>) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the* |

| | | |
|---|---|---|
| | | *Environment, Office of ; (Riggs, Melvin) (Entered: 08/04/2006)* |
| 08/04/2006 | 869 | Supplemental RESPONSE in Opposition to Motion (Re: 75 MOTION to Dismiss *AND, OR IN THE ALTERNATIVE*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 08/04/2006) |
| 08/04/2006 | 870 | Supplemental RESPONSE in Opposition to Motion (Re: 66 MOTION to Dismiss *Counts 4–10 of the First Amended Complaint and Integrated Opening Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 08/04/2006) |
| 08/04/2006 | 871 | Supplemental RESPONSE in Opposition to Motion (Re: 64 MOTION to Dismiss *Count 3 of Plaintiffs' First Amended Complaint and Integrated Opening Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 08/04/2006) |
| 08/04/2006 | 872 | MINUTE ORDER by Judge Terence Kern, Parties are to take notice that documents are being filed in this matter which incorrectly cite the case number. Specifically, an incorrect reference has been included in the judge and/or magistrate judge designation portion of the case number citation on a recent pleading. The incorrect citation of the judge assigned to a case causes misrouting of pleadings within the court. The correct case number, 05–cv–329–TCK–SAJ, should be noted and corrected on all future pleadings. (JLW, Chambers) (Entered: 08/04/2006) |
| 08/04/2006 | 873 | Supplemental BRIEF in Support of Motion (Re: 743 First MOTION to Compel *Discovery*) by Cobb–Vantress, Inc. ; (With attachments) (George, Robert) (Entered: 08/04/2006) |
| 08/04/2006 | 874 | RESPONSE in Opposition to Motion (Re: 844 MOTION to Compel *Discovery from Plaintiff*) by Attorney General of the State of Oklahoma ; (With attachments) (Riggs, Melvin) (Entered: 08/04/2006) |
| 08/07/2006 | 875 | ATTORNEY APPEARANCE by Sherry P Bartley on behalf of Peterson Farms, Inc., Peterson Farms, Inc., Peterson Farms, Inc. (Bartley, Sherry) (Entered: 08/07/2006) |
| 08/07/2006 | 876 | REPLY to Response to Motion (Re: 844 MOTION to Compel *Discovery from Plaintiff*) by Simmons Foods, Inc. ; (With attachments) (Freeman, Bruce) (Entered: 08/07/2006) |
| 08/08/2006 | 877 | Opposed MOTION for Leave to File Response to Defendant Cobb–Vantress, Inc.'s Supplemental Brief in Support of First Motion to Compel Discovery (Re: 743 First MOTION to Compel *Discovery*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 08/08/2006) |
| 08/08/2006 | 878 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 877 Opposed MOTION for Leave to File Response to Defendant Cobb–Vantress, Inc.'s Supplemental Brief in Support of First Motion to Compel Discovery) (JLW, Chambers) (Entered: 08/08/2006) |
| 08/08/2006 | 879 | MINUTE ORDER by Magistrate Judge Sam A Joyner, granting 877 Motion for Leave to File Document(s) (lmc, Dpty Clk) (Entered: 08/08/2006) |
| 08/08/2006 | 880 | |

| | | |
|---|---|---|
| | | RESPONSE in Opposition to Motion (Re: 743 First MOTION to Compel *Discovery*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 08/08/2006) |
| 08/09/2006 | 881 | MINUTE ORDER by Judge Terence Kern (*#s 406, 564, 574, 588, 591, 709, 791, 792, 801, 802, 804*), referring motion(s) to Magistrate Judge Joyner (Re: 591 MOTION to Dismiss *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Stay *Third–Party Complaint*, 709 JOINDER in Motion, 801 JOINDER in Motion, 791 JOINDER in Motion, 792 JOINDER in Motion, 406 JOINDER in Motion, 804 Amended MOTION to Dismiss *Third–Party Plaintiffs' Complaint*, 588 MOTION to Dismiss *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint*, 574 MOTION to Sever MOTION to Stay MOTION for Hearing (*Submitted as part of 564* , 564 MOTION to Dismiss *Third Party Complaint*, 802 MOTION to Dismiss Party Hoby Ferrell and Greater Tulsa Investments, LLC *and Alternatively for Severance and Stay on Third Party Complaints*) (JLW, Chambers) (Entered: 08/09/2006) |
| 08/09/2006 | 882 | MINUTE ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s): *The following motions are added to the already pending 8/10/2006 hearing date, and will be added to Agenda Item number one*, Motion Hearing set for 8/10/2006 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 801 JOINDER in Motion, 804 Amended MOTION to Dismiss *Third–Party Plaintiffs' Complaint*, 792 JOINDER in Motion, 406 JOINDER in Motion, 588 MOTION to Dismiss *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint*, 574 MOTION to Sever MOTION to Stay MOTION for Hearing (*Submitted as part of 564* , 564 MOTION to Dismiss *Third Party Complaint*, 802 MOTION to Dismiss Party Hoby Ferrell and Greater Tulsa Investments, LLC *and Alternatively for Severance and Stay on Third Party Complaints*, 791 JOINDER in Motion, 591 MOTION to Dismiss *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* |

| | | MOTION to Stay *Third–Party Complaint*, 709 JOINDER in Motion) (SAJ1, Chambers) (Entered: 08/09/2006) |
|---|---|---|
| 08/10/2006 | 883 | ATTORNEY APPEARANCE by Michael Andrew Pollard on behalf of Wauhillau Outing Club (Pollard, Michael) (Entered: 08/10/2006) |
| 08/10/2006 | 884 | MINUTES of Proceedings – held before Magistrate Judge Sam A Joyner : Motion Hearing held on 8/10/2006, Scheduling Conference held on 8/10/2006, Status Hearing held on 8/10/2006, striking/terminating deadline(s)/Hearing(s), taking motion(s) under advisement (Re: 816 Opposed MOTION to Amend *Third Party Complaint*, 573 MOTION for Entry of Proposed Confidentiality Order *and Brief in Support Thereof*, 591 MOTION to Dismiss *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Stay *Third–Party Complaint*, 844 MOTION to Compel *Discovery from Plaintiff*, 709 JOINDER in Motion, 861 Opposed MOTION for Leave to File Amended Third Party Complaint and Cross–Claims, 801 JOINDER in Motion, 791 JOINDER in Motion, 271 JOINDER in Motion, 247 MOTION to Sever *stay strike dismiss third party complaint claims*, 248 MOTION to Stay *Time for 3rd Party Defendants to Answer*, 425 Opposed MOTION Request for Establishment of Procedure for Entry of Case Management Order, 792 JOINDER in Motion, 406 JOINDER in Motion, 804 Amended MOTION to Dismiss *Third–Party Plaintiffs' Complaint*, 588 MOTION to Dismiss *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint*, 574 MOTION to Sever MOTION to Stay MOTION for Hearing *(Submitted as part of 564* , 252 MOTION to Stay *claims in Third–party complaint* MOTION to Stay *(Submitted as part of Doc #247)*, 564 MOTION to Dismiss *Third Party Complaint*, 743 First MOTION to Compel *Discovery*, 826 MOTION for Hearing *Expedited (submitted as part of 824* ) MOTION in camera review *(submitted as part of 824* ), 448 JOINDER in Motion, 802 MOTION to Dismiss Party Hoby Ferrell and Greater Tulsa Investments, LLC *and Alternatively for Severance and Stay on Third Party Complaints*) (Court Reporter: Glen Dorrough) (lmc, Dpty Clk) (Entered: 08/11/2006) |
| 08/11/2006 | 885 | ORDER by Magistrate Judge Sam A Joyner *(regarding in camera submission)* (Re: 884 Minutes of Motion Hearing,,,,,,,,,,, Minutes of Scheduling Conference,,,,,,,,,,, Minutes of Status Hearing,,,,,,,,,,, Hearing Held,,,,,,,,,,, Conference Held,,,,,,,,,,,,,,,,, Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating |

| | | |
|---|---|---|
| | | Deadline(s)/Hearing(s), Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement) (lmc, Dpty Clk) (Entered: 08/11/2006) |
| 08/11/2006 | | ***Remark: Glen Dorrough, Court Reporter, has received a request from Louis Bullock to prepare an official transcript of the motion hearing held on 08/10/2006. The parties will have 5 business days from the filing of the unredacted transcript to file with the Court a Notice of Intent to Request Redaction of Transcript. (Re: 884 Minutes of Motion Hearing,,,,,,,,,,,, Minutes of Scheduling Conference,,,,,,,,,,,, Minutes of Status Hearing,,,,,,,,,,, Hearing Held,,,,,,,,,,, Conference Held,,,,,,,,,,,,,,,,,, Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement) (grd, Crt Rptr) (Entered: 08/11/2006) |
| 08/14/2006 | 886 | NOTICE Plaintiffs' Representative Samples for in Camera Review (Re: 885 Order,,,,,,,,,, ) by Attorney General of the State of Oklahoma (Page, David) (Entered: 08/14/2006) |
| 08/15/2006 | 887 | MOTION to Withdraw Attorney(s) by Bill Stewart (Van Cleef, R) (Entered: 08/15/2006) |
| 08/15/2006 | 888 | ORDER by Magistrate Judge Sam A Joyner, granting in part and denying in part 573 Motion for Miscellaneous Relief (lmc, Dpty Clk) (Entered: 08/15/2006) |
| 08/17/2006 | 889 | RESPONSE in Opposition to Motion (Re: 861 Opposed MOTION for Leave to File Amended Third Party Complaint and Cross–Claims) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 08/17/2006) |
| 08/24/2006 | 890 | ORDER by Judge Terence Kern (*as to defendant Bill Stewart*), granting in part and denying in part 887 Motion to Withdraw Attorney(s) (JLW, Chambers) (Entered: 08/24/2006) |
| 08/24/2006 | 891 | ATTORNEY APPEARANCE by Ronnie Jack Freeman on behalf of Bill Stewart (Freeman, Ronnie) (Entered: 08/24/2006) |
| 08/24/2006 | 892 | ATTORNEY APPEARANCE by Tony Michael Graham on behalf of Bill Stewart (Graham, Tony) (Entered: 08/24/2006) |

| 08/24/2006 | 893 | ATTORNEY APPEARANCE by William Francis Smith on behalf of Bill Stewart (Smith, William) (Entered: 08/24/2006) |
|---|---|---|
| 08/24/2006 | 894 | MOTION to Compel *Simmon Foods, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) Modified on 8/25/2006 to change text (sac, Dpty Clk). (Entered: 08/24/2006) |
| 08/24/2006 | 895 | MOTION to Compel *Cargill, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 08/24/2006) |
| 08/24/2006 | 896 | MOTION to Compel *George's, Inc. and George's Farms, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 08/24/2006) |
| 08/24/2006 | 897 | MOTION to Compel *Peterson Farms, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 08/24/2006) |
| 08/24/2006 | 898 | MOTION to Compel *Cobb–Vantress, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 08/24/2006) |
| 08/24/2006 | 899 | MOTION to Compel *Tyson Foods, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 08/24/2006) |
| 08/24/2006 | 900 | MINUTE ORDER by Judge Terence Kern, terminating attorney R Pope Van Cleef, Jr (Re: 890 Order, Ruling on Motion to Withdraw Attorney(s), ) (JLW, Chambers) (Entered: 08/24/2006) |
| 08/25/2006 | | NOTICE of Docket Entry Modification; Error: text referenced Cargill Inc rather than Simmon Foods Inc; Correction: changed text to reflect Simmon Foods Inc (Re: 894 MOTION to Compel *Simmon Foods, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support*) (sac, Dpty Clk) (Entered: 08/25/2006) |
| 08/29/2006 | 901 | SUMMONS Returned Executed re: Ivan Marion – Served on 8/12/2006. *Ivan Marion individually* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 08/29/2006) |
| 09/01/2006 | 902 | MOTION to Compel *and Brief in Support* by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Hill, Theresa) (Entered: 09/01/2006) |
| 09/05/2006 | 903 | MOTION to Withdraw Attorney(s) by Willow Brook Foods, Inc. (Griffin, Jennifer) (Entered: 09/05/2006) |
| 09/11/2006 | 904 | |

| | | |
|---|---|---|
| | | RESPONSE in Opposition to Motion (Re: 896 MOTION to Compel *George's, Inc. and George's Farms, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support*) by George's, Inc., George's Farms, Inc. ; (Rose, Randall) (Entered: 09/11/2006) |
| 09/11/2006 | 905 | RESPONSE in Opposition to Motion (Re: 899 MOTION to Compel *Tyson Foods, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support*) by Tyson Foods, Inc. ; (George, Robert) (Entered: 09/11/2006) |
| 09/11/2006 | 906 | RESPONSE in Opposition to Motion (Re: 897 MOTION to Compel *Peterson Farms, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support*) by Peterson Farms, Inc. ; (With attachments) (Hixon, Philip) (Entered: 09/11/2006) |
| 09/11/2006 | 907 | RESPONSE in Opposition to Motion (Re: 898 MOTION to Compel *Cobb–Vantress, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support*) by Cobb–Vantress, Inc. ; (George, Robert) (Entered: 09/11/2006) |
| 09/11/2006 | 908 | RESPONSE in Opposition to Motion (Re: 895 MOTION to Compel *Cargill, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support*) by Cargill, Inc. ; (Hill, Theresa) (Entered: 09/11/2006) |
| 09/12/2006 | 909 | RESPONSE in Opposition to Motion (Re: 894 MOTION to Compel *Simmon Foods, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support*) by Simmons Foods, Inc. ; (Bronson, Vicki) (Entered: 09/12/2006) |
| 09/18/2006 | 910 | TRANSCRIPT of Proceedings (Unredacted) of motions hearing held on 08/10/2006 before Magistrate Judge Sam A Joyner (Court Reporter: Glen Dorrough) (Pages: 1–222) A party must file a Notice of Intent to Request Redaction of Transcript within 5 business days. If a party fails to request redaction, the unredacted transcript attached to this entry will be made electronically available without redaction. (Re: 884 Minutes of Motion Hearing, Minutes of Scheduling Conference, Minutes of Status Hearing, Hearing Held, Conference Held, Striking/Terminating Deadline(s)/Hearing(s), Taking Motion(s) Under Advisement) (grd, Crt Rptr) Modified on 4/23/2012 to remove repeating docket text (a–hc, Dpty Clk). (Entered: 09/18/2006) Contains One or More Restricted PDFs |
| 09/19/2006 | 911 | MOTION for Protective Order *and Integrated Memorandum In Support* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 09/19/2006) |
| 09/19/2006 | 912 | RESPONSE in Opposition to Motion (Re: 902 MOTION to Compel *and Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 09/19/2006) |
| 09/21/2006 | 913 | SUMMONS Returned Executed re: John T. Cripps – Served on 5/22/2006. *John T. Cripps* by Tyson Poultry, Inc.; Tyson Foods, Inc.; Tyson Chicken, Inc.; Cobb–Vantress, Inc.; Simmons Foods, Inc.; George's, Inc.; Willow Brook Foods, Inc.; George's Farms, Inc.; Peterson Farms, Inc. (Longwell, Nicole) (Entered: 09/21/2006) |
| 09/21/2006 | 914 | ORDER by Magistrate Judge Sam A Joyner, granting 247 Motion to Sever, finding as moot 248 Motion to Stay, granting in part and denying in part 252 Motion to Stay, granting 271 Joinder in Motion, granting in part and denying in part 406 |

| | | |
|---|---|---|
| | | Joinder in Motion, granting 574 Motion to Sever, granting in part and denying in part 574 Motion to Stay, granting 574 Motion for Hearing, granting <u>588</u> Motion to Sever, granting in part and denying in part <u>588</u> Motion to Stay, granting <u>591</u> Motion to Sever, granting in part and denying in part <u>591</u> Motion to Stay, granting <u>709</u> Joinder in Motion, granting in part and denying in part 791 Joinder in Motion, granting <u>792</u> Joinder in Motion, granting <u>801</u> Joinder in Motion, granting <u>816</u> Motion to Amend, granting <u>861</u> Motion for Leave to File Document(s) (lmc, Dpty Clk) (Entered: 09/21/2006) |
| 09/21/2006 | <u>915</u> | REPORT AND RECOMMENDATION by Magistrate Judge Sam A Joyner (Re: <u>804</u> Amended MOTION to Dismiss *Third–Party Plaintiffs' Complaint*, <u>591</u> MOTION to Dismiss *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Stay *Third–Party Complaint*, <u>588</u> MOTION to Dismiss *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Sever *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint* MOTION to Stay *Third–Party Complaint*, 252 MOTION to Dismiss *claims in Third–party complaint* MOTION to Stay *(Submitted as part of Doc #247)*, <u>709</u> JOINDER in Motion, <u>801</u> JOINDER in Motion, <u>564</u> MOTION to Dismiss *Third Party Complaint*, 791 JOINDER in Motion, <u>271</u> JOINDER in Motion, <u>802</u> MOTION to Dismiss Party Hoby Ferrell and Greater Tulsa Investments, LLC *and Alternatively for Severance and Stay on Third Party Complaints*, <u>792</u> JOINDER in Motion, 406 JOINDER in Motion) (lmc, Dpty Clk) (Entered: 09/21/2006) |
| 09/21/2006 | <u>916</u> | ORDER by Magistrate Judge Sam A Joyner *(SEVERANCE ORDER)* (lmc, Dpty Clk) (Entered: 09/21/2006) |
| 09/22/2006 | <u>917</u> | MOTION To Settle The Terms of the Confidentiality Order and Integrated Memorandum in Support Thereof (Re: <u>888</u> Order, Ruling on Motion for Miscellaneous Relief, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 09/22/2006) |
| 09/22/2006 | 918 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: <u>917</u> MOTION To Settle The Terms of the Confidentiality Order and Integrated Memorandum in Support Thereof) (JLW, Chambers) (Entered: 09/22/2006) |
| 09/25/2006 | <u>919</u> | REPLY to Response to Motion (Re: <u>895</u> MOTION to Compel *Cargill, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 09/25/2006) |
| 09/25/2006 | <u>920</u> | REPLY to Response to Motion (Re: <u>898</u> MOTION to Compel *Cobb–Vantress, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the |

| | | Environment, Office of ; (Riggs, Melvin) (Entered: 09/25/2006) |
|---|---|---|
| 09/25/2006 | 921 | REPLY to Response to Motion (Re: 896 MOTION to Compel *George's, Inc. and George's Farms, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 09/25/2006) |
| 09/25/2006 | 922 | REPLY to Response to Motion (Re: 897 MOTION to Compel *Peterson Farms, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 09/25/2006) |
| 09/25/2006 | 923 | REPLY to Response to Motion (Re: 894 MOTION to Compel *Simmon Foods, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 09/25/2006) |
| 09/25/2006 | 924 | REPLY to Response to Motion (Re: 899 MOTION to Compel *Tyson Foods, Inc. to Respond to May 30, 2006 Set of Requests for Production and Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 09/25/2006) |
| 09/26/2006 | 925 | MOTION for Leave to File Defendant Cobb–Vantress, Inc.'s Motion for Leave to File Supplemental Brief in Support of First Motion to Compel (Re: 743 First MOTION to Compel *Discovery*) by Cobb–Vantress, Inc. (With attachments) (George, Robert) (Entered: 09/26/2006) |
| 09/27/2006 | 926 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 925 MOTION for Leave to File Defendant Cobb–Vantress, Inc.'s Motion for Leave to File Supplemental Brief in Support of First Motion to Compel) (JLW, Chambers) (Entered: 09/27/2006) |
| 09/28/2006 | 927 | ORDER by Judge Terence Kern *(for Defendant Willow Brook Foods, Inc.)*, granting 903 Motion to Withdraw Attorney(s), terminating attorney Thomas James Grever (JLW, Chambers) (Entered: 09/28/2006) |
| 09/29/2006 | 928 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: The Court shortens the time to respond and reply to Defendant Cobb–Vantress, Inc.'s Motion for Leave to File Supplemental Brief in Support of First Motion to Compel 925 . The response is due 10/6/06 and the reply is due 10/11/06.*, setting/resetting deadline(s)/hearing(s):, Responses due by 10/6/2006, Replies due by 10/11/2006 (Re: 925 MOTION for Leave to File Defendant Cobb–Vantress, Inc.'s Motion for Leave to File Supplemental Brief in Support of First Motion to Compel) (lmc, Dpty Clk) (Entered: 09/29/2006) |
| 10/02/2006 | 929 | MOTION For order implementing and enforcing rules for discovery of electronically stored information by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 10/02/2006) |
| 10/03/2006 | 930 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 929 MOTION For order implementing and enforcing rules for discovery of electronically stored information) (cds, Dpty Clk) (Entered: 10/03/2006) |
| 10/03/2006 | 931 | |

| | | |
|---|---|---|
| | | ERRATA/CORRECTION (Re: <u>929</u> MOTION For order implementing and enforcing rules for discovery of electronically stored information) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 10/03/2006) |
| 10/04/2006 | <u>932</u> | OPINION AND ORDER by Magistrate Judge Sam A Joyner, denying <u>894</u> Motion to Compel, denying <u>895</u> Motion to Compel, denying <u>896</u> Motion to Compel, denying <u>897</u> Motion to Compel, denying <u>898</u> Motion to Compel, denying <u>899</u> Motion to Compel (SAJ1, Chambers) (Entered: 10/04/2006) |
| 10/06/2006 | <u>933</u> | RESPONSE in Opposition to Motion (Re: <u>917</u> MOTION To Settle The Terms of the Confidentiality Order and Integrated Memorandum in Support Thereof) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (George, Robert) (Entered: 10/06/2006) |
| 10/06/2006 | <u>934</u> | MOTION to Quash *Subpoenas for Deposition and Document Production* by Randy Allen (With attachments) (Williams, Dale) (Entered: 10/06/2006) |
| 10/06/2006 | <u>935</u> | RESPONSE in Opposition to Motion (Re: <u>925</u> MOTION for Leave to File Defendant Cobb–Vantress, Inc.'s Motion for Leave to File Supplemental Brief in Support of First Motion to Compel) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 10/06/2006) |
| 10/06/2006 | <u>936</u> | JOINDER in Motion (Re: <u>934</u> MOTION to Quash *Subpoenas for Deposition and Document Production*) by Peterson Farms, Inc. (Longwell, Nicole) (Entered: 10/06/2006) |
| 10/06/2006 | <u>937</u> | RESPONSE in Opposition to Motion (Re: <u>911</u> MOTION for Protective Order *and Integrated Memorandum In Support*) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 10/06/2006) |
| 10/10/2006 | <u>938</u> | MOTION for Attorney(s) Michael R. Bond to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 252566) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (With attachments) (Buchwald, Paula) (Entered: 10/10/2006) |
| 10/11/2006 | <u>939</u> | ORDER by Judge Terence Kern, granting <u>938</u> Motion for Admission Pro Hac Vice, adding attorney Michael R. Bond for Tyson Chicken, Inc., Tyson Poultry, Inc., Tyson Foods, Inc. (LKS, Chambers) (Entered: 10/11/2006) |
| 10/11/2006 | <u>940</u> | ORDER by Judge Terence Kern *finding as moot motions 271, 406, 709, 791, 792, 801*, finding as moot 252 Motion to Dismiss, finding as moot <u>564</u> Motion to Dismiss, finding as moot <u>588</u> Motion to Dismiss, finding as moot <u>591</u> Motion to Dismiss, finding as moot <u>802</u> Motion to Dismiss Party, finding as moot <u>804</u> Motion to Dismiss, accepting <u>915</u> Report and Recommendation (LKS, Chambers) (Entered: 10/11/2006) |
| 10/11/2006 | <u>941</u> | REPLY to Response to Motion (Re: <u>925</u> MOTION for Leave to File Defendant Cobb–Vantress, Inc.'s Motion for Leave to File Supplemental Brief in Support of First Motion to Compel) by Cobb–Vantress, Inc. ; (With attachments) (George, Robert) (Entered: 10/11/2006) |

| 10/11/2006 | 942 | ERRATA/CORRECTION (Re: 941 Reply to Response to Motion) by Cobb–Vantress, Inc. (With attachments) (George, Robert) (Entered: 10/11/2006) |
|---|---|---|
| 10/12/2006 | 943 | REPLY to Response to Motion (Re: 917 MOTION To Settle The Terms of the Confidentiality Order and Integrated Memorandum in Support Thereof) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 10/12/2006) |
| 10/12/2006 | 944 | ORDER by Magistrate Judge Sam A Joyner, granting 925 Motion for Leave to File Document(s), setting/resetting deadline(s)/hearing(s): *(Supplemental brief due 10/17/06 and response due 11/1/06)*, Responses due by 11/1/2006, Replies due by 10/17/2006 (Re: 743 First MOTION to Compel *Discovery*) (lmc, Dpty Clk) (Entered: 10/12/2006) |
| 10/16/2006 | 945 | ORDER by Magistrate Judge Sam A Joyner, granting in part and denying in part 917 Motion for Miscellaneous Relief (lmc, Dpty Clk) (Entered: 10/16/2006) |
| 10/17/2006 | 946 | MOTION for Entry of Case Management Order and Integrated Brief in Support by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (George, Robert) (Entered: 10/17/2006) |
| 10/17/2006 | 947 | Supplemental BRIEF in Support of Motion (Re: 743 First MOTION to Compel *Discovery*) by Cobb–Vantress, Inc. ; (With attachments) (George, Robert) (Entered: 10/17/2006) |
| 10/18/2006 | 948 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 946 MOTION for Entry of Case Management Order and Integrated Brief in Support) (JLW, Chambers) (Entered: 10/18/2006) |
| 10/18/2006 | 949 | MOTION for Leave to File Exceed Numerical Limitation on Requests for Admission by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (With attachments) (George, Robert) (Entered: 10/18/2006) |
| 10/18/2006 | 950 | MOTION for Hearing (Re: 946 MOTION for Entry of Case Management Order and Integrated Brief in Support, 947 Brief in Support of Motion, 935 Response in Opposition to Motion,, 799 Response in Opposition to Motion, 949 MOTION for Leave to File Exceed Numerical Limitation on Requests for Admission, 824 Reply to Response to Motion, 743 First MOTION to Compel *Discovery*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (George, Robert) (Entered: 10/18/2006) |
| 10/19/2006 | 951 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 949 MOTION for Leave to File Exceed Numerical Limitation on Requests for Admission, 950 MOTION for Hearing) (JLW, Chambers) (Entered: 10/19/2006) |
| 10/20/2006 | 952 | Reply to Response to Motion (Re: 911 MOTION for Protective Order *and Integrated Memorandum In Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) Modified on 10/23/2006 to correct title to reflect correct event title and to add Oklahoma Secretary of the Environment, Office of as a filer (crp, Dpty Clk). (Entered: 10/20/2006) |

| 10/20/2006 | 953 | Joint RESPONSE in Opposition to Motion (Re: 929 MOTION For order implementing and enforcing rules for discovery of electronically stored information) by Cargill, Inc., Cargill Turkey Production, LLC, Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Peterson Farms, Inc., Willow Brook Foods, Inc., George's Inc., George's Farms, Inc., Simmons Foods, Inc., Cal–Maine Farms, Inc. and Cal–Maine Foods, Inc. ; (With attachments) (Tucker, John) Modified on 10/23/2006 to add filers (crp, Dpty Clk). (Entered: 10/20/2006) |
| 10/23/2006 | | NOTICE of Docket Entry Modification; Error: This document was e–filed using the incorrect event (Brief in Support of Motion) and The Office of the Oklahoma Secretary of the Environment was not selected as a filer; Correction: Corrected title to reflect correct event title (Reply to Response to Motion) and to add The Office of the Oklahoma Secretary of the Environment as a filer (Re: 952 Brief in Support of Motion, ) (crp, Dpty Clk) (Entered: 10/23/2006) |
| 10/23/2006 | | NOTICE of Docket Entry Modification; Error: Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Peterson Farms, Inc., Willow Brook Foods, Inc., George's Inc., George's Farms, Inc., Simmons Foods, Inc., Cal–Maine Farms, Inc. and Cal–Maine Foods, Inc. were not selected as filers; Correction: Added Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Peterson Farms, Inc., Willow Brook Foods, Inc., George's Inc., George's Farms, Inc., Simmons Foods, Inc., Cal–Maine Farms, Inc. and Cal–Maine Foods, Inc. as filers (Re: 953 Response in Opposition to Motion,, ) (crp, Dpty Clk) (Entered: 10/23/2006) |
| 10/23/2006 | 954 | RESPONSE in Opposition to Motion (Re: 934 MOTION to Quash *Subpoenas for Deposition and Document Production*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 10/23/2006) |
| 10/24/2006 | 955 | EXHIBIT(S) *1, 2 and 3* (Re: 954 Response in Opposition to Motion) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 10/24/2006) |
| 10/24/2006 | 956 | ORDER by Magistrate Judge Sam A Joyner, granting 902 Motion to Compel, denying 911 Motion for Protective Order (lmc, Dpty Clk) (Entered: 10/24/2006) |
| 10/27/2006 | 957 | MOTION for Protective Order *and Integrated Memorandum in Support* by Bev Saunders (With attachments) (Williams, Dale) (Entered: 10/27/2006) |
| 10/30/2006 | 958 | REPLY to Response to Motion (Re: 934 MOTION to Quash *Subpoenas for Deposition and Document Production*) by Randy Allen ; (Williams, Dale) (Entered: 10/30/2006) |
| 10/30/2006 | 959 | ADOPTION (Re: 958 Reply to Response to Motion) by Peterson Farms, Inc. (Longwell, Nicole) (Entered: 10/30/2006) |
| 11/01/2006 | 960 | RESPONSE in Opposition to Motion (Re: 743 First MOTION to Compel *Discovery*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 11/01/2006) |
| 11/02/2006 | 961 | ATTORNEY APPEARANCE by Derek Stewart Allan Lawrence on behalf of Snake Creek Marina (Lawrence, Derek) (Entered: 11/02/2006) |
| 11/03/2006 | 962 | |

| | | MOTION to Strike Document(s) *Section 3 of Dkt. 960, pp. 5−7* (Re: 960 Response in Opposition to Motion) by Peterson Farms, Inc. (Hixon, Philip) (Entered: 11/03/2006) |
|---|---|---|
| 11/03/2006 | 963 | MOTION to Compel *Discovery* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 11/03/2006) |
| 11/03/2006 | 964 | REPLY to Response to Motion (Re: 929 MOTION For order implementing and enforcing rules for discovery of electronically stored information) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Garren, Richard) (Entered: 11/03/2006) |
| 11/06/2006 | 965 | RESPONSE in Support of Motion (Re: 950 MOTION for Hearing) by Attorney General of the State of Oklahoma ; (Riggs, Melvin) (Entered: 11/06/2006) |
| 11/06/2006 | 966 | MOTION for Extension of Time to Respond to Motion (Re: 946 MOTION for Entry of Case Management Order and Integrated Brief in Support) by Attorney General of the State of Oklahoma (Riggs, Melvin) (Entered: 11/06/2006) |
| 11/06/2006 | 967 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 966 MOTION for Extension of Time to Respond to Motion) (JLW, Chambers) (Entered: 11/06/2006) |
| 11/06/2006 | 968 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 962 MOTION to Strike Document(s) *Section 3 of Dkt. 960, pp. 5−7*) (JLW, Chambers) (Entered: 11/06/2006) |
| 11/06/2006 | 969 | RESPONSE in Opposition to Motion (Re: 949 MOTION for Leave to File Exceed Numerical Limitation on Requests for Admission) by Attorney General of the State of Oklahoma ; (With attachments) (Riggs, Melvin) (Entered: 11/06/2006) |
| 11/07/2006 | 970 | MINUTE ORDER by Magistrate Judge Sam A Joyner, granting 966 Motion for Extension of Time to Respond to Motion, setting/resetting deadline(s)/hearing(s):, Responses due by 11/13/2006 (Re: 946 MOTION for Entry of Case Management Order and Integrated Brief in Support) (SAJ1, Chambers) (Entered: 11/07/2006) |
| 11/07/2006 | 971 | ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s):, Responses due by 12/1/2006 (Re: 929 MOTION For order implementing and enforcing rules for discovery of electronically stored information) (SAJ1, Chambers) (Entered: 11/07/2006) |
| 11/07/2006 | 972 | ORDER by Magistrate Judge Sam A Joyner, granting 950 Motion for Hearing, setting/resetting deadline(s)/hearing(s): *(see order for details)*, Discovery Hearing set for 12/13/2006 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 949 MOTION for Leave to File Exceed Numerical Limitation on Requests for Admission, 963 MOTION to Compel *Discovery*, 946 MOTION for Entry of Case Management Order and Integrated Brief in Support, 957 MOTION for Protective Order *and Integrated Memorandum in Support*, 934 MOTION to Quash *Subpoenas for Deposition and Document Production*, 962 MOTION to Strike Document(s) *Section 3 of Dkt. 960, pp. 5−7*, 936 JOINDER in Motion) (SAJ1, Chambers) (Entered: 11/07/2006) |
| 11/07/2006 | 973 | Opposed MOTION for Leave to File Sur−Reply to State of Oklahoma's Supplemental Brief in Opposition to Peterson Farms, Inc.'s Motion to Dismiss and Alternative Motion to Stay the Proceedings (Re: 75 MOTION to Dismiss *AND, OR* |

| | | |
|---|---|---|
| | | *IN THE ALTERNATIVE*) by Peterson Farms, Inc. (With attachments) (McDaniel, Archer) (Entered: 11/07/2006) |
| 11/08/2006 | 974 | Unopposed MOTION for Extension of Time to Reply to Motion Response (Re: 949 MOTION for Leave to File Exceed Numerical Limitation on Requests for Admission) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (George, Robert) (Entered: 11/08/2006) |
| 11/09/2006 | 975 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 974 Unopposed MOTION for Extension of Time to Reply to Motion Response) (JLW, Chambers) (Entered: 11/09/2006) |
| 11/09/2006 | 976 | MINUTE ORDER by Magistrate Judge Sam A Joyner, granting 974 Motion for Extension of Time to Reply to Motion Response, setting/resetting deadline(s)/hearing(s): *granting extension of time to respond to motion until 11/17/06* (Re: 974 Unopposed MOTION for Extension of Time to Reply to Motion Response, 949 MOTION for Leave to File Exceed Numerical Limitation on Requests for Admission) (SAJ1, Chambers) (Entered: 11/09/2006) |
| 11/13/2006 | 977 | RESPONSE in Opposition to Motion (Re: 957 MOTION for Protective Order *and Integrated Memorandum in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 11/13/2006) |
| 11/13/2006 | 978 | RESPONSE in Opposition to Motion (Re: 946 MOTION for Entry of Case Management Order and Integrated Brief in Support) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 11/13/2006) |
| 11/15/2006 | 979 | Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 972 Order,,, Ruling on Motion for Hearing,,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s)) by Attorney General of the State of Oklahoma (Page, David) (Entered: 11/15/2006) |
| 11/15/2006 | 980 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 979 Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)) (JLW, Chambers) (Entered: 11/15/2006) |
| 11/15/2006 | 981 | ORDER by Magistrate Judge Sam A Joyner, granting 979 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), setting/resetting deadline(s)/hearing(s): *Courtroom #3, 4th floor*, Discovery Hearing set for 12/15/2006 at 09:30 AM before Magistrate Judge Sam A Joyner, Motion Hearing set for 12/15/2006 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 949 MOTION for Leave to File Exceed Numerical Limitation on Requests for Admission, 963 MOTION to Compel *Discovery*, 946 MOTION for Entry of Case Management Order and Integrated Brief in Support, 957 MOTION for Protective Order *and Integrated Memorandum in Support*, 934 MOTION to Quash *Subpoenas for Deposition and Document Production*, 962 MOTION to Strike Document(s) *Section 3 of Dkt. 960, pp. 5–7*, 936 JOINDER in Motion) (lmc, Dpty Clk) (Entered: 11/15/2006) |
| 11/17/2006 | 982 | REPLY to Response to Motion (Re: 949 MOTION for Leave to File Exceed Numerical Limitation on Requests for Admission) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. ; (With attachments) (George, Robert) (Entered: 11/17/2006) |

| 11/21/2006 | 983 | MOTION for Attorney(s) Lee M. Heath to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 265047) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 11/21/2006) |
| --- | --- | --- |
| 11/21/2006 | 984 | RESPONSE in Opposition to Motion (Re: 962 MOTION to Strike Document(s) *Section 3 of Dkt. 960, pp. 5−7*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 11/21/2006) |
| 11/21/2006 | 985 | ORDER by Magistrate Judge Sam A Joyner *Confidentiality Order submitted by the parties* (SAJ1, Chambers) (Entered: 11/21/2006) |
| 11/22/2006 | 986 | Unopposed MOTION for Extension of Time to Reply to Motion Response (Re: 946 MOTION for Entry of Case Management Order and Integrated Brief in Support) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Jantzen, Stephen) (Entered: 11/22/2006) |
| 11/27/2006 | 987 | MINUTE ORDER by Judge Terence Kern, granting 983 Motion for Admission Pro Hac Vice, adding attorney Lee M Heath for Attorney General of the State of Oklahoma and Oklahoma Secretary of the Environment, Office of (JLW, Chambers) (Entered: 11/27/2006) |
| 11/27/2006 | 988 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 986 Unopposed MOTION for Extension of Time to Reply to Motion Response) (JLW, Chambers) (Entered: 11/27/2006) |
| 11/27/2006 | 989 | MINUTE ORDER by Magistrate Judge Sam A Joyner, granting 986 Motion for Extension of Time to Reply to Motion Response, setting/resetting deadline(s)/hearing(s):, Replies due by 11/30/2006 (Re: 946 MOTION for Entry of Case Management Order and Integrated Brief in Support) (lmc, Dpty Clk) (Entered: 11/27/2006) |
| 11/27/2006 | 990 | RESPONSE in Opposition to Motion (Re: 973 Opposed MOTION for Leave to File Sur−Reply to State of Oklahoma's Supplemental Brief in Opposition to Peterson Farms, Inc.'s Motion to Dismiss and Alternative Motion to Stay the Proceedings) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 11/27/2006) |
| 11/29/2006 | 991 | SUPPLEMENT (Re: 983 MOTION for Attorney(s) Lee M. Heath to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 265047)) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 11/29/2006) |
| 11/30/2006 | 992 | REPLY to Response to Motion (Re: 973 Opposed MOTION for Leave to File Sur−Reply to State of Oklahoma's Supplemental Brief in Opposition to Peterson Farms, Inc.'s Motion to Dismiss and Alternative Motion to Stay the Proceedings) by Peterson Farms, Inc. ; (Hixon, Philip) (Entered: 11/30/2006) |
| 11/30/2006 | 993 | REPLY to Response to Motion (Re: 946 MOTION for Entry of Case Management Order and Integrated Brief in Support) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine |

| | | Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Jantzen, Stephen) (Entered: 11/30/2006) |
|---|---|---|
| 12/04/2006 | 994 | REPORT *re: Motion to Enter Agreed Order Implementing Rules for Discovery of E−Stored Information* by Cargill, Inc., Cargill Turkey Production, LLC (Hill, Theresa) (Entered: 12/04/2006) |
| 12/05/2006 | 995 | MOTION for Attorney(s) Elizabeth Claire Xidis to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 267712) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 12/05/2006) |
| 12/05/2006 | 996 | ORDER by Magistrate Judge Sam A Joyner *Implementing Rules for Discovery of Electronically Stored Information*, finding as moot 929 Motion for Miscellaneous Relief (Re: 994 Report) (lmc, Dpty Clk) (Entered: 12/05/2006) |
| 12/11/2006 | 997 | ORDER by Judge Terence Kern, granting 995 Motion for Admission Pro Hac Vice, adding attorney Elizabeth Claire Xidis for Attorney General of the State of Oklahoma (JLW, Chambers) (Entered: 12/11/2006) |
| 12/12/2006 | 998 | Opposed MOTION for Judgment as a Matter of Law *on the Pleadings* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Jantzen, Stephen) Additional attachment(s) added on 12/21/2006 to add WITHDRAWN watermark per Order # 1003 (lml, Dpty Clk). (Entered: 12/12/2006) |
| 12/13/2006 | 999 | MOTION to Clarify *Further Clarification of Court's May 31, 2006 Order* (Re: 757 Order,, Ruling on Motion to Quash,, Ruling on Motion for Protective Order,,,,,,,,,,,,, Ruling on Motion to Compel,,,,,, 796 Order,, Ruling on Motion to Clarify,, Ruling on Motion for Hearing,,, ) by Bill R Anderson, Steve Butler, Julie Anderson Chancellor, Roger D Collins, Franklin A Glenn, Kenneth D Glenn, Sondra D Glenn, Juana Loftin, Larry McGarrah, Priscilla McGarrah, Jim L Pigeon, Michele R Pigeon, Joel J Reed, Rhonda Reed, Caleb Reed, Cory Reed, W A Saunders, Bev Saunders, Robert V Schwabe, II, David R. Wofford, Robin L. Wofford, Ren Butler, Georgia Butler (With attachments) (Williams, Dale) (Entered: 12/13/2006) |
| 12/13/2006 | 1000 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 999 MOTION to Clarify *Further Clarification of Court's May 31, 2006 Order*) (JLW, Chambers) (Entered: 12/13/2006) |
| 12/14/2006 | 1001 | ERRATA/CORRECTION (Re: 998 Opposed MOTION for Judgment as a Matter of Law *on the Pleadings*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Jantzen, Stephen) (Entered: 12/14/2006) |
| 12/15/2006 | 1002 | MINUTES of Proceedings – held before Magistrate Judge Sam A Joyner : Motion Hearing held on 12/15/2006, striking/terminating deadline(s)/Hearing(s) (Re: 962 MOTION to Strike Document(s) *Section 3 of Dkt. 960, pp. 5−7*, 963 MOTION to Compel *Discovery*, 946 MOTION for Entry of Case Management Order and Integrated Brief in Support, 957 MOTION for Protective Order *and Integrated Memorandum in Support*, 934 MOTION to Quash *Subpoenas for Deposition and* |

| | | |
|---|---|---|
| | | *Document Production*, 949 MOTION for Leave to File Exceed Numerical Limitation on Requests for Admission) (Court Reporter: Glen Dorrough) (With attachments) (lmc, Dpty Clk) (Entered: 12/15/2006) |
| 12/20/2006 | 1003 | MINUTE ORDER by Judge Terence Kern, setting/resetting deadline(s)/hearing(s): *(Defendants Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Peterson Farms, Inc., Simmons Foods, Inc., George's, Inc., George's Farms, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., and Willow Brook Foods, Inc. are directed to filed the corrected Defendants' Motion for Judgment, attached as Exhibit A, to the Notice of Errata/Correction 1001 by 12/21/2006. The Opposed Motion for Judgment, document no. 998, is withdrawn.)*, striking/withdrawing document(s), Miscellaneous Deadline set for 12/21/2006 (Re: 998 Opposed MOTION for Judgment as a Matter of Law *on the Pleadings*, 1001 Errata/Correction to Document, ) (JLW, Chambers) (Entered: 12/20/2006) |
| 12/20/2006 | 1004 | Opposed MOTION for Judgment as a Matter of Law *on the Pleadings* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Jantzen, Stephen) (Entered: 12/20/2006) |
| 12/20/2006 | 1005 | ATTORNEY APPEARANCE by A Michelle Campney on behalf of Katherine Brown, Kermit Brown (Campney, A) (Entered: 12/20/2006) |
| 12/20/2006 | 1006 | ORDER by Judge Terence Kern *(Defendant Peterson may file its Sur−Reply)*, granting 973 Motion for Leave to File Document(s) (Re: 869 Response in Opposition to Motion, 75 MOTION to Dismiss *AND, OR IN THE ALTERNATIVE*) (JLW, Chambers) (Entered: 12/20/2006) |
| 12/20/2006 | 1007 | MOTION for Extension of Time to Respond to Motion (Re: 1004 Opposed MOTION for Judgment as a Matter of Law *on the Pleadings*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 12/20/2006) |
| 12/21/2006 | 1008 | SURREPLY to Motion (Re: 75 MOTION to Dismiss *AND, OR IN THE ALTERNATIVE*, 90 MOTION to Stay *Proceedings Pending Appropriate Regulatory Agency Action (Submitted as part of #75)*) by Peterson Farms, Inc. ; (With attachments) (Hixon, Philip) (Entered: 12/21/2006) |
| 12/21/2006 | 1009 | ORDER by Judge Terence Kern, granting 1007 Motion for Extension of Time to Respond to Motion, setting/resetting deadline(s)/hearing(s): *Plaintiffs' extension granted*, Responses due by 1/16/2007, Replies due by 1/30/2007 (Re: 1004 Opposed MOTION for Judgment as a Matter of Law *on the Pleadings*) (JLW, Chambers) (Entered: 12/21/2006) |
| 12/28/2006 | 1010 | MOTION to Withdraw Attorney(s) by Katherine Brown, Kermit Brown (Walls, David) (Entered: 12/28/2006) |
| 12/29/2006 | 1011 | TRANSCRIPT of Proceedings of motion hearing held on 12/15/06 before Magistrate Judge Sam A Joyner (Court Reporter: Glen Dorrough) (Pages: 1–154) (Re: 1002 Minutes of Motion Hearing,,, Hearing Held,,, Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s))) (grd, Crt Rptr) (Entered: 12/29/2006) Contains One or More Restricted PDFs |

| 01/02/2007 | 1012 | RESPONSE in Opposition to Motion (Re: 999 MOTION to Clarify *Further Clarification of Court's May 31, 2006 Order*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 01/02/2007) |
| --- | --- | --- |
| 01/03/2007 | 1013 | ORDER by Judge Terence Kern, granting 1010 Motion to Withdraw Attorney(s), terminating attorney David Alden Walls (JLW, Chambers) (Entered: 01/03/2007) |
| 01/04/2007 | 1014 | MOTION to Withdraw Attorney(s) *Chris A. Paul* by Peterson Farms, Inc. (Paul, Chris) (Entered: 01/04/2007) |
| 01/04/2007 | 1015 | NOTICE of Change of Address by John Trevor Hammons by on behalf of Attorney General of the State of Oklahoma (Hammons, John) (Entered: 01/04/2007) |
| 01/05/2007 | 1016 | OPINION AND ORDER by Magistrate Judge Sam A Joyner, granting in part and denying in part 425 Motion for Miscellaneous Relief, granting in part and denying in part 448 Joinder in Motion, granting 743 Motion to Compel, granting 826 Motion for Miscellaneous Relief, granting 844 Motion to Compel, denying 934 Motion to Quash, denying 936 Joinder in Motion, denying 949 Motion for Leave to File Document(s), granting 957 Motion for Protective Order, finding as moot 962 Motion to Strike Document(s), granting 963 Motion to Compel (SAJ1, Chambers) (Entered: 01/05/2007) |
| 01/05/2007 | 1017 | ORDER by Judge Terence Kern, granting 1014 Motion to Withdraw Attorney(s), terminating attorney Chris A Paul (JLW, Chambers) (Entered: 01/05/2007) |
| 01/05/2007 | 1018 | MOTION to Supplement *Brief In Support of Motion to Intervene* (Re: 500 Brief in Support of Motion) by Arkansas Natural Resources Commission, State of Arkansas (With attachments) (Federman, William) (Entered: 01/05/2007) |
| 01/11/2007 | 1019 | MOTION to Compel by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (With attachments) (George, Robert) (Entered: 01/11/2007) |
| 01/12/2007 | 1020 | MOTION for Hearing (Re: 71 MOTION for More Definite Statement *with Respect to Counts One and Two of the Amended Complaint and Integrated Opening Brief in Support Thereof*, 1019 MOTION to Compel) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (George, Robert) (Entered: 01/12/2007) |
| 01/16/2007 | 1021 | RESPONSE in Opposition to Motion (Re: 1004 Opposed MOTION for Judgment as a Matter of Law *on the Pleadings*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 01/16/2007) |
| 01/18/2007 | 1022 | MOTION for Attorney(s) Erin W. Thompson to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 277955) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (With attachments) (Buchwald, Paula) (Entered: 01/18/2007) |
| 01/18/2007 | 1023 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 71 MOTION for More Definite Statement *with Respect to Counts One and Two of the Amended Complaint and Integrated Opening Brief in Support Thereof*, 77 JOINDER in Motion, 1020 MOTION for Hearing) (JLW, Chambers) (Entered: 01/18/2007) |

| 01/18/2007 | 1024 | MINUTE ORDER by Magistrate Judge Sam A Joyner, granting 1020 Motion for Hearing, setting/resetting deadline(s)/hearing(s): *(Courtroom #3, 4th floor)*, Motion Hearing set for 2/15/2007 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 77 JOINDER in Motion, 1019 MOTION to Compel, 71 MOTION for More Definite Statement *with Respect to Counts One and Two of the Amended Complaint and Integrated Opening Brief in Support Thereof*) (lmc, Dpty Clk) (Entered: 01/18/2007) |
|---|---|---|
| 01/18/2007 | 1025 | ORDER by Judge Terence Kern, granting 1022 Motion for Admission Pro Hac Vice, adding attorney Erin Walker Thompson for Tyson Chicken, Inc., Cobb–Vantress, Inc., Tyson Poultry, Inc., Tyson Foods, Inc. (JLW, Chambers) (Entered: 01/18/2007) |
| 01/22/2007 | 1026 | MOTION For Entry of Scheduling Order by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 01/22/2007) |
| 01/22/2007 | 1027 | NOTICE Notice to Court of Defendants' Scheduling Proposal Pursuant to January 5, 2007 Order (Dkt. No. 1016) (Re: 1016 Opinion and Order,,,, Ruling on Motion for Miscellaneous Relief,,, Ruling on Joinder in Motion,,, Ruling on Motion to Compel,,,,,,,, Ruling on Motion to Quash,,,,,, Ruling on Motion for Leave to File Document(s), Ruling on Motion for Leave to File Document(s), Ruling on Motion for Leave to File Document(s), Ruling on Motion for Protective Order,,, Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s),,,,, ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Aviagen, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (George, Robert) (Entered: 01/22/2007) |
| 01/22/2007 | 1028 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 1026 MOTION For Entry of Scheduling Order) (JLW, Chambers) (Entered: 01/22/2007) |
| 01/22/2007 | 1029 | RESPONSE in Opposition to Motion (Re: 1018 MOTION to Supplement *Brief In Support of Motion to Intervene*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 01/22/2007) |
| 01/22/2007 | 1030 | MOTION to Amend (Re: 66 MOTION to Dismiss *Counts 4–10 of the First Amended Complaint and Integrated Opening Brief in Support*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (With attachments) (George, Robert) (Entered: 01/22/2007) |
| 01/23/2007 | 1031 | MOTION to Withdraw Attorney(s) *Robert Applegate* by Snake Creek Marina (Lawrence, Derek) (Entered: 01/23/2007) |
| 01/23/2007 | 1032 | ORDER by Judge Terence Kern, granting 1031 Motion to Withdraw Attorney(s), terminating attorney Robert Earl Applegate (JLW, Chambers) (Entered: 01/23/2007) |
| 01/23/2007 | 1033 | MOTION for Protective Order *With Respect to Defendant Simmons Foods, Inc.'s Notice of Deposition of Oklahoma Attorney General W.A. Drew Edmondson and Integrated Brief in Support Thereof* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, |

| | | Melvin) (Entered: 01/23/2007) |
|---|---|---|
| 01/24/2007 | 1034 | MINUTE ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s): *Courtroom #3, 4th floor*, Motion Hearing set for 2/15/2007 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 1033 MOTION for Protective Order *With Respect to Defendant Simmons Foods, Inc.'s Notice of Deposition of Oklahoma Attorney General W.A. Drew Edmondson and Integrated Brief in Support Thereof*) (lmc, Dpty Clk) (Entered: 01/24/2007) |
| 01/26/2007 | 1035 | MINUTE ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s): *Courtroom #3, 4th floor*, Scheduling Conference set for 2/15/2007 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 1027 Notice (Other), Notice (Other), Notice (Other), Notice (Other), 1026 MOTION For Entry of Scheduling Order) (lmc, Dpty Clk) (Entered: 01/26/2007) |
| 01/29/2007 | 1036 | RESPONSE in Opposition to Motion (Re: 1019 MOTION to Compel) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 01/29/2007) |
| 01/30/2007 | 1037 | REPLY to Response to Motion (Re: 1004 Opposed MOTION for Judgment as a Matter of Law *on the Pleadings*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 01/30/2007) |
| 01/30/2007 | 1038 | MOTION for Hearing (Re: 67 MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint/I>*, 1004 Opposed MOTION for Judgment as a Matter of Law on the Pleadings) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (George, Robert) *(Entered: 01/30/2007)* |
| 01/30/2007 | 1039 | RESPONSE (Re: 1020 MOTION for Hearing) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 01/30/2007) |
| 02/01/2007 | 1040 | Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 1016 Opinion and Order,,, Ruling on Motion for Miscellaneous Relief,,, Ruling on Joinder in Motion,,, Ruling on Motion to Compel,,,,,,,, Ruling on Motion to Quash,,,,,, Ruling on Motion for Leave to File Document(s), Ruling on Motion for Leave to File Document(s), Ruling on Motion for Leave to File Document(s), Ruling on Motion for Protective Order,,, Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s),,,,,, ) by Attorney General of the State of Oklahoma (Bullock, Louis) (Entered: 02/01/2007) |
| 02/01/2007 | 1041 | MINUTE ORDER by Judge Terence Kern, referring motion(s) to Magistrate Judge Joyner (Re: 1040 Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)) (JLW, Chambers) (Entered: 02/01/2007) |
| 02/02/2007 | 1042 | ORDER by Magistrate Judge Sam A Joyner, granting 1040 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 1016 Opinion and Order,,, Ruling on Motion for Miscellaneous Relief,,, Ruling on Joinder in Motion,,, Ruling on Motion to Compel,,,,,,,, Ruling on Motion to Quash,,,,,, Ruling on Motion for Leave to File Document(s), Ruling on Motion for Leave to File Document(s), Ruling on Motion for Leave to File Document(s), Ruling on Motion for Protective Order,,, Ruling on Motion to Strike Document(s), Ruling on Motion to Strike |

| | | |
|---|---|---|
| | | Document(s), Ruling on Motion to Strike Document(s),,,,,, ) (lmc, Dpty Clk) (Entered: 02/02/2007) |
| 02/05/2007 | 1043 | MOTION for Hearing (Re: 500 Brief in Support of Motion, 1018 MOTION to Supplement *Brief In Support of Motion to Intervene*, 499 MOTION to Intervene) by Arkansas Natural Resources Commission, State of Arkansas (Federman, William) (Entered: 02/05/2007) |
| 02/06/2007 | 1044 | MINUTE ORDER *Per General Order*, changing case number to 05–cv–329–GKF(SAJ), reassigning case to Judge Gregory K Frizzell, Judge Terence Kern no longer assigned to case (cds, Dpty Clk) (Entered: 02/06/2007) |
| 02/07/2007 | 1045 | RESPONSE in Opposition to Motion (Re: 1033 MOTION for Protective Order *With Respect to Defendant Simmons Foods, Inc.'s Notice of Deposition of Oklahoma Attorney General W.A. Drew Edmondson and Integrated Brief in Support Thereof*) by Simmons Foods, Inc. ; (With attachments) (Elrod, John) (Entered: 02/07/2007) |
| 02/09/2007 | 1046 | RESPONSE (Re: 1027 Notice (Other), Notice (Other), Notice (Other), Notice (Other)) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 02/09/2007) |
| 02/09/2007 | 1047 | RESPONSE in Opposition to Motion (Re: 1043 MOTION for Hearing) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 02/09/2007) |
| 02/09/2007 | 1048 | RESPONSE in Opposition to Motion (Re: 1030 MOTION to Amend) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 02/09/2007) |
| 02/09/2007 | 1049 | RESPONSE in Opposition to Motion (Re: 1038 MOTION for Hearing) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 02/09/2007) |
| 02/12/2007 | 1050 | REPLY to Response to Motion (Re: 1019 MOTION to Compel) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. ; (With attachments) (George, Robert) (Entered: 02/12/2007) |
| 02/13/2007 | 1051 | REPLY to Response to Motion (Re: 1033 MOTION for Protective Order *With Respect to Defendant Simmons Foods, Inc.'s Notice of Deposition of Oklahoma Attorney General W.A. Drew Edmondson and Integrated Brief in Support Thereof*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 02/13/2007) |
| 02/14/2007 | 1052 | JOINDER in Motion (Re: 1004 Opposed MOTION for Judgment as a Matter of Law *on the Pleadings*, 1038 MOTION for Hearing) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 02/14/2007) |
| 02/14/2007 | 1053 | ADOPTION (Re: 1037 Reply to Response to Motion) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 02/14/2007) |
| 02/14/2007 | 1054 | MOTION to Compel by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 02/14/2007) |
| 02/15/2007 | 1055 | MINUTES of Proceedings – held before Magistrate Judge Sam A Joyner : Motion Hearing held on 2/15/2007, Scheduling Conference held on 2/15/2007, striking/terminating deadline(s)/Hearing(s), taking motion(s) under advisement (Re: |

| | | |
|---|---|---|
| | | 71 MOTION for More Definite Statement *with Respect to Counts One and Two of the Amended Complaint and Integrated Opening Brief in Support Thereof*, 1019 MOTION to Compel, 77 JOINDER in Motion, 1033 MOTION for Protective Order *With Respect to Defendant Simmons Foods, Inc.'s Notice of Deposition of Oklahoma Attorney General W.A. Drew Edmondson and Integrated Brief in Support Thereof*, 1026 MOTION For Entry of Scheduling Order) (Court Reporter: Greg Eustice) (lmc, Dpty Clk) (Entered: 02/16/2007) |
| 02/20/2007 | 1056 | NOTICE Joint Notice of Submission of Proposed Order as Required by the Court's Order of December 5, 2006 (Dkt #996) (Re: 996 Order, Ruling on Motion for Miscellaneous Relief, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) Modified on 3/7/2007–Per chambers, document was converted to Motion; See Doc # 1072 (lml, Dpty Clk). (Entered: 02/20/2007) |
| 02/20/2007 | 1072 | MOTION to Resolve Electronic Discovery Issues *(Submitted as Doc # 1056 )* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (lml, Dpty Clk) (Entered: 03/07/2007) |
| 02/21/2007 | 1057 | MOTION to Withdraw Attorney(s) *Teresa Marks* by Arkansas Natural Resources Commission, State of Arkansas (Federman, William) (Entered: 02/21/2007) |
| 02/21/2007 | 1058 | REPLY to Response to Motion (Re: 1030 MOTION to Amend) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. ; (Jorgensen, Jay) Modified on 2/22/2007 to add filers (crp, Dpty Clk). (Entered: 02/21/2007) |
| 02/21/2007 | 1059 | REPLY to Response to Motion (Re: 1038 MOTION for Hearing) by Tyson Chicken, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (Jorgensen, Jay) Modified on 2/22/2007 to add filers (crp, Dpty Clk). (Entered: 02/21/2007) |
| 02/22/2007 | 1060 | BRIEF *of Defendants In Support of Certain Proposed Provisions in Proposed Stipulated Order Implementing Parties' Agreement Concerning Discovery of Electronically Stored Information* (Re: 1056 Notice (Other), Notice (Other)) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, Colin) (Entered: 02/22/2007) |
| 02/22/2007 | | NOTICE of Docket Entry Modification; Error: Tyson Poultry, Inc., Tyson Chicken, Inc., and Cobb–Vantress, Inc. were not selected as filers; Correction: Added Tyson Poultry, Inc., Tyson Chicken, Inc., and Cobb–Vantress, Inc. as filers (Re: 1058 Reply to Response to Motion) (crp, Dpty Clk) (Entered: 02/22/2007) |
| 02/22/2007 | | NOTICE of Docket Entry Modification; Error: Tyson Poultry, Inc., Tyson Chicken, Inc. and Cobb–Vantress, Inc. were not selected as filers; Correction: Added Tyson Poultry, Inc., Tyson Chicken, Inc. and Cobb–Vantress, Inc. as filers (Re: 1059 Reply to Response to Motion) (crp, Dpty Clk) (Entered: 02/22/2007) |
| 02/26/2007 | 1061 | OPINION AND ORDER by Magistrate Judge Sam A Joyner, denying 71 Motion for More Definite Statement, denying 77 Joinder in Motion (lmc, Dpty Clk) (Entered: 02/26/2007) |
| 02/26/2007 | 1062 | OPINION AND ORDER by Magistrate Judge Sam A Joyner, granting 1033 Motion for Protective Order (lmc, Dpty Clk) (Entered: 02/26/2007) |
| 02/26/2007 | 1063 | OPINION AND ORDER by Magistrate Judge Sam A Joyner, granting 1019 Motion to Compel (lmc, Dpty Clk) (Entered: 02/26/2007) |

| 02/28/2007 | 1064 | MOTION for Judgment as a Matter of Law by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Jorgensen, Jay) Modified on 3/1/2007 to correct title of event (lml, Dpty Clk). (Entered: 02/28/2007) |
|---|---|---|
| 03/01/2007 | | NOTICE of Docket Entry Modification; Error: This was e–filed using the incorrect event (Motion to Dismiss); Correction: Edited docket text to reflect correct event (Motion for Judgment as a Matter of Law) (Re: 1064 MOTION for Judgment as a Matter of Law) (lml, Dpty Clk) (Entered: 03/01/2007) |
| 03/01/2007 | 1065 | RESPONSE in Opposition to Motion (Re: 1052 JOINDER in Motion) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 03/01/2007) |
| 03/02/2007 | 1066 | Unopposed MOTION for Extension of Time to Respond to Motion (Re: 1054 MOTION to Compel) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 03/02/2007) |
| 03/05/2007 | 1067 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1066 Unopposed MOTION for Extension of Time to Respond to Motion) (hbo, Dpty Clk) (Entered: 03/05/2007) |
| 03/05/2007 | 1068 | MINUTE ORDER by Magistrate Judge Sam A Joyner, granting 1066 Motion for Extension of Time to Respond to Motion, setting/resetting deadline(s)/hearing(s):, Responses due by 3/19/2007, Replies due by 4/2/2007 (Re: 1066 Unopposed MOTION for Extension of Time to Respond to Motion, 1054 MOTION to Compel) (SAJ2, Chambers) (Entered: 03/05/2007) |
| 03/05/2007 | 1069 | RESPONSE (Re: 1053 Adoption) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 03/05/2007) |
| 03/05/2007 | 1070 | ORDER by Judge Gregory K Frizzell, granting 1057 Motion to Withdraw Attorney(s), terminating attorney Teresa Brown Marks (hbo, Dpty Clk) (Entered: 03/05/2007) |
| 03/06/2007 | 1071 | Joint MOTION for Hearing *Telephonic Status Conference to Schedule Oral Argument on Pending Motions* (Re: 67 MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint/I>, 1004 Opposed MOTION for Judgment as a Matter of Law on the Pleadings, 64 MOTION to Dismiss Count 3 of Plaintiffs' First Amended Complaint and Integrated Opening Brief in Support, 75 MOTION to Dismiss AND, OR IN THE ALTERNATIVE, 500 Brief in Support of Motion, 66 MOTION to Dismiss Counts 4–10 of the First Amended Complaint and Integrated Opening Brief in Support, 1064 MOTION for Judgment as a Matter of Law, 499 MOTION to Intervene, 65 MOTION to Dismiss Counts 4, 5, 6 and 10 of the First Amended Complaint Under the Political Question Doctrine and Integrated Opening Brief in Support) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Bullock, Louis) (Entered: 03/06/2007)* |

| 03/07/2007 | | NOTICE of Docket Entry Modification; Error: Per chambers this should be filed as a Motion to Resolve Electronic Discovery Issues; Correction: Filed the Motion per chambers as Document No. 1072 (Re: 1056 Notice (Other), Notice (Other)) (lml, Dpty Clk) (Entered: 03/07/2007) |
| 03/08/2007 | 1073 | TRANSCRIPT of Proceedings of Motion hearing & Scheduling Conference held held on 2/15/07 before Magistrate Judge Sam A Joyner (Court Reporter: Greg Eustice) (Pages: 189) (Re: 1055 Minutes of Motion Hearing,,, Minutes of Scheduling Conference,,, Hearing Held,,, Conference Held,,, Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement) (s−tjc, Dpty Clk) Modified on 3/9/2007 to correct page number error (lml, Dpty Clk). (Entered: 03/08/2007) Contains One or More Restricted PDFs |
| 03/08/2007 | 1074 | MOTION to Reconsider *the Court's February 26, 2007* (Re: 1063 Opinion and Order, Ruling on Motion to Compel, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 03/08/2007) |
| 03/08/2007 | | ***Motion(s) Referred to Magistrate Judge Joyner (Re: 1074 MOTION to Reconsider *the Court's February 26, 2007*) (lml, Dpty Clk) (Entered: 03/09/2007) |
| 03/09/2007 | 1075 | SCHEDULING ORDER by Magistrate Judge Sam A Joyner *(PLEASE SEE ORDER FOR DETAILS)*, granting in part and denying in part 946 Motion for Miscellaneous Relief, granting in part and denying in part 1026 Motion for Miscellaneous Relief, setting/resetting scheduling order date(s):, Discovery due by 7/1/2008, Dispositive Motions due by 8/1/2008 (Re: 1016 Opinion and Order,,, Ruling on Motion for Miscellaneous Relief,,, Ruling on Joinder in Motion,,, Ruling on Motion to Compel,,,,,,,,, Ruling on Motion to Quash,,,,,, Ruling on Motion for Leave to File Document(s), Ruling on Motion for Leave to File Document(s), Ruling on Motion for Leave to File Document(s), Ruling on Motion for Protective Order,,, Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s),,,,,, 1027 Notice (Other), Notice (Other), Notice (Other), Notice (Other)) (lmc, Dpty Clk) (Entered: 03/09/2007) |
| 03/12/2007 | 1076 | MOTION for Judgment as a Matter of Law by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Jorgensen, Jay) (Entered: 03/12/2007) |
| 03/16/2007 | 1077 | MINUTE ORDER by Judge Gregory K Frizzell *(by Phone)*, granting 1071 Motion for Hearing, setting/resetting deadline(s)/hearing(s):, Status Hearing set for 3/16/2007 at 09:00 AM before Judge Gregory K Frizzell (hbo, Dpty Clk) (Entered: 03/16/2007) |
| 03/16/2007 | 1078 | MINUTES of Proceedings – held before Judge Gregory K Frizzell : Status Hearing held on 3/16/2007, setting/resetting deadline(s)/hearing(s):, Miscellaneous Deadline set for 4/6/2007 (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) (Entered: 03/16/2007) |
| 03/16/2007 | 1079 | MOTION for Attorney(s) Dustin McDaniel to be Admitted Pro Hac Vice by Arkansas Natural Resources Commission, State of Arkansas (s−kjp, Dpty Clk) (Entered: 03/16/2007) |

| 03/16/2007 | 1080 | MOTION for Attorney(s) Jim DePriest to be Admitted Pro Hac Vice by Arkansas Natural Resources Commission, State of Arkansas (s–kjp, Dpty Clk) (Entered: 03/16/2007) |
| 03/16/2007 | 1081 | MOTION for Attorney(s) Justin Allen to be Admitted Pro Hac Vice by Arkansas Natural Resources Commission, State of Arkansas (s–kjp, Dpty Clk) (Entered: 03/16/2007) |
| 03/16/2007 | 1082 | PRO HAC VICE FEES Paid for attorney(s) Justin Allen in the amount of $75 (Re: 1081 MOTION for Attorney(s) Justin Allen to be Admitted Pro Hac Vice) by Arkansas Natural Resources Commission, State of Arkansas (s–kjp, Dpty Clk) (Entered: 03/19/2007) |
| 03/16/2007 | 1083 | PRO HAC VICE FEES Paid for attorney(s) Jim DePriest in the amount of $75 (Re: 1080 MOTION for Attorney(s) Jim DePriest to be Admitted Pro Hac Vice) by Arkansas Natural Resources Commission, State of Arkansas (s–kjp, Dpty Clk) (Entered: 03/19/2007) |
| 03/16/2007 | 1084 | PRO HAC VICE FEES Paid for attorney(s) Dustin McDaniel in the amount of $75 (Re: 1079 MOTION for Attorney(s) Dustin McDaniel to be Admitted Pro Hac Vice) by Arkansas Natural Resources Commission, State of Arkansas (s–kjp, Dpty Clk) (Entered: 03/19/2007) |
| 03/19/2007 | 1085 | RESPONSE in Opposition to Motion (Re: 1064 MOTION for Judgment as a Matter of Law) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 03/19/2007) |
| 03/19/2007 | 1086 | RESPONSE in Opposition to Motion (Re: 1054 MOTION to Compel) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 03/19/2007) |
| 03/21/2007 | 1087 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (to Comply with the Court's Order of February 26, 2007) (Re: 1063 Opinion and Order, Ruling on Motion to Compel, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) Modified on 3/22/2007 to correct title to reflect correct event title (crp, Dpty Clk). (Entered: 03/21/2007) |
| 03/21/2007 | 1088 | MOTION to Expedite Ruling (Re: 1087 MOTION Extension of Time to Comply with the Court's Order of February 26, 2007 (DKT. NO. 1063)) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 03/21/2007) |
| 03/22/2007 | 1089 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1087 MOTION Extension of Time to Comply with the Court's Order of February 26, 2007 (DKT. NO. 1063), 1088 MOTION to Expedite Ruling) (hbo, Dpty Clk) (Entered: 03/22/2007) |
| 03/22/2007 | 1090 | RESPONSE in Opposition to Motion (Re: 1087 MOTION Extension of Time to Comply with the Court's Order of February 26, 2007 (DKT. NO. 1063)) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. ; (George, Robert) (Entered: 03/22/2007) |
| 03/22/2007 | 1091 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: Pursuant to notification of counsel, Poultry Growers' Motion for Further Clarification of Court's May 31, 2006 Order 999 is moot.*, finding as moot 999 Motion to Clarify (lmc, Dpty Clk) (Entered: 03/22/2007) |

| 03/22/2007 | 1092 | NOTICE of Potential Conflict *Regarding Disclosure by the Honorable Gregory K. Frizzell* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (George, Robert) Modified on 3/23/2007 to correct title of event (lml, Dpty Clk). (Entered: 03/22/2007) |
|---|---|---|
| 03/22/2007 | | NOTICE of Docket Entry Modification; Error: This document was filed using the incorrect event (Motion for Miscellaneous Relief); Correction: Corrected title to reflect correct event title (Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s)) (Re: 1087 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)) (crp, Dpty Clk) (Entered: 03/22/2007) |
| 03/22/2007 | 1093 | ADOPTION (Re: 1092 Waiver) by Peterson Farms, Inc. (Longwell, Nicole) (Entered: 03/22/2007) |
| 03/23/2007 | 1094 | RESPONSE in Opposition to Motion (Re: 1074 MOTION to Reconsider *the Court's February 26, 2007*) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. ; (With attachments) (George, Robert) (Entered: 03/23/2007) |
| 03/23/2007 | 1095 | REPLY to Response to Motion (Re: 1087 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (to Comply with the Court's Order of February 26, 2007) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) Modified on 3/29/2007 to remove the link to 1074 and to create a link to 1087 (crp, Dpty Clk). (Entered: 03/23/2007) |
| 03/23/2007 | 1096 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: The Request for Expedited Telephone Hearing 1088 is granted. A telephone conference is set on Plaintiff's Motion for Extension of Time to Comply with the Court's Order of February 26, 2007 1087 for 3/26/07 at 1:30 PM. Parties are to set up the conference call.*, granting 1088 Motion to Expedite Ruling, setting/resetting deadline(s)/hearing(s):, Motion Hearing set for 3/26/2007 at 01:30 PM before Magistrate Judge Sam A Joyner (Re: 1087 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)) (lmc, Dpty Clk) (Entered: 03/23/2007) |
| 03/23/2007 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Waiver); Correction: Edited docket text to reflect correct event (Notice–Other) (Re: 1092 Waiver, ) (lml, Dpty Clk) (Entered: 03/23/2007) |
| 03/23/2007 | 1097 | NOTICE Notice of Waiver of Conflict by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc. (Sanders, Robert) (Entered: 03/23/2007) |
| 03/23/2007 | 1098 | ADOPTION (Re: 1092 Waiver, ) by Cargill, Inc., Cargill Turkey Production, LLC (Hill, Theresa) (Entered: 03/23/2007) |
| 03/26/2007 | 1099 | ADOPTION (Re: 1092 Waiver, ) by George's, Inc., George's Farms, Inc. (Rose, Randall) (Entered: 03/26/2007) |
| 03/26/2007 | 1100 | ADOPTION (Re: 1092 Waiver, ) by Willow Brook Foods, Inc. (Griffin, Jennifer) (Entered: 03/26/2007) |
| 03/26/2007 | 1101 | MINUTES of Proceedings – held before Magistrate Judge Sam A Joyner : Motion Hearing held on 3/26/2007, striking/terminating deadline(s)/Hearing(s) (Court Reporter: 06–5B–SAJ) (lmc, Dpty Clk) (Entered: 03/26/2007) |
| 03/26/2007 | 1102 | ADOPTION (Re: 1092 Waiver, ) by Simmons Foods, Inc. (Bronson, Vicki) (Entered: 03/26/2007) |

| 03/26/2007 | 1103 | ADOPTION (Re: 1092 Waiver, ) by State of Arkansas, Arkansas Natural Resources Commission (Federman, William) Modified on 3/27/2007 to add filer (lml, Dpty Clk). (Entered: 03/26/2007) |
| 03/27/2007 | | NOTICE of Docket Entry Modification; Error: All filers were not selected when e−filed; Correction: Edited docket text to add Arkansas Natural Resources Commission as a filer to document (Re: 1103 Adoption) (lml, Dpty Clk) (Entered: 03/27/2007) |
| 03/27/2007 | 1104 | ORDER by Magistrate Judge Sam A Joyner, granting 1087 Motion for Miscellaneous Relief (lmc, Dpty Clk) (Entered: 03/27/2007) |
| 03/27/2007 | 1105 | NOTICE of Waiver of Recusal by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 03/27/2007) |
| 03/28/2007 | 1106 | MOTION for Hearing (Re: 1054 MOTION to Compel) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) Modified on 3/29/2007 to create link to 1054 (sac, Dpty Clk). (Entered: 03/28/2007) |
| 03/28/2007 | 1107 | ERRATA/CORRECTION (Re: 1106 MOTION for Hearing) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 03/28/2007) |
| 03/28/2007 | | ***Motion(s) Referred to Magistrate Joyner (Re: 1106 MOTION for Hearing) (sac, Dpty Clk) (Entered: 03/29/2007) |
| 03/29/2007 | | NOTICE of Docket Entry Modification; Error: This document was linked to 1074 and should have been linked to 1087 ; Correction: Removed link to 1074 and created a link to 1087 (Re: 1095 Reply to Response to Motion, ) (crp, Dpty Clk) (Entered: 03/29/2007) |
| 03/30/2007 | 1108 | MINUTE ORDER by Magistrate Judge Sam A Joyner, granting 1106 Motion for Hearing, setting/resetting deadline(s)/hearing(s): *Courtroom #2, 4th floor*, Motion Hearing set for 4/27/2007 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 1054 MOTION to Compel) (lmc, Dpty Clk) (Entered: 03/30/2007) |
| 03/30/2007 | 1109 | MOTION to Withdraw Attorney(s) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Hammons, John) (Entered: 03/30/2007) |
| 03/30/2007 | 1110 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to Respond to Requests for Admission Propounded by Defendants* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 03/30/2007) |
| 03/30/2007 | 1111 | RESPONSE in Opposition to Motion (Re: 1076 MOTION for Judgment as a Matter of Law) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 03/30/2007) |
| 03/30/2007 | | ***Motion(s) Referred to Magistrate Judge Joyner (Re: 1110 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to Respond to Requests for Admission Propounded by Defendants*) (crp, Dpty Clk) (Entered: 04/02/2007) |
| 04/02/2007 | 1112 | |

| | | REPLY to Response to Motion (Re: 1054 MOTION to Compel) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Hill, Theresa) (Entered: 04/02/2007) |
| --- | --- | --- |
| 04/02/2007 | 1113 | REPLY to Response to Motion (Re: 1064 MOTION for Judgment as a Matter of Law) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 04/02/2007) |
| 04/03/2007 | 1114 | ORDER by Magistrate Judge Sam A Joyner, granting 1110 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (lmc, Dpty Clk) (Entered: 04/03/2007) |
| 04/03/2007 | 1115 | ORDER by Judge Gregory K Frizzell, granting 1081 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 04/03/2007) |
| 04/03/2007 | 1116 | ORDER by Judge Gregory K Frizzell, granting 1080 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 04/03/2007) |
| 04/03/2007 | 1117 | ORDER by Judge Gregory K Frizzell, granting 1079 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 04/03/2007) |
| 04/04/2007 | 1118 | ORDER by Magistrate Judge Sam A Joyner, granting in part and denying in part 1074 Motion to Reconsider (lmc, Dpty Clk) (Entered: 04/04/2007) |
| 04/05/2007 | 1119 | NOTICE of Filing of Supplemental Authority in Further Support of Its Response to Motion (Dkt. 1076) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 04/05/2007) |
| 04/06/2007 | 1120 | MOTION to Compel *Cargill, Inc. and Cargill Turkey Production LLC to Respond to July 10, 2006 Set of Requests for Production and Integrated Brief in Support* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 04/06/2007) |
| 04/06/2007 | 1121 | EXHIBIT(S) *B through E* (Re: 1120 MOTION to Compel *Cargill, Inc. and Cargill Turkey Production LLC to Respond to July 10, 2006 Set of Requests for Production and Integrated Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 04/06/2007) |
| 04/06/2007 | 1122 | EXHIBIT(S) *F and G* (Re: 1120 MOTION to Compel *Cargill, Inc. and Cargill Turkey Production LLC to Respond to July 10, 2006 Set of Requests for Production and Integrated Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 04/06/2007) |
| 04/06/2007 | 1123 | EXHIBIT(S) *H–1* (Re: 1120 MOTION to Compel *Cargill, Inc. and Cargill Turkey Production LLC to Respond to July 10, 2006 Set of Requests for Production and Integrated Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 04/06/2007) |
| 04/06/2007 | 1124 | EXHIBIT(S) *H–2 and I* (Re: 1120 MOTION to Compel *Cargill, Inc. and Cargill Turkey Production LLC to Respond to July 10, 2006 Set of Requests for Production* |

| | | *and Integrated Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 04/06/2007) |
|---|---|---|
| 04/06/2007 | 1125 | ORDER by Magistrate Judge Sam A Joyner *(STIPULATED ORDER IMPLEMENTING PARTIES' AGREEMENT CONCERNING DISCOVERY OF ELECTRONICALLY STORED INFORMATION ("ESI")* (Re: 996 Order, Ruling on Motion for Miscellaneous Relief, ) (lmc, Dpty Clk) (Entered: 04/06/2007) |
| 04/13/2007 | 1126 | MINUTES of Proceedings – held before Judge Gregory K Frizzell : Status Hearing held on 4/13/2007, finding as moot 243 Motion for Extension of Time to Answer, denying 1018 Motion to Supplement, granting 1038 Motion for Hearing, granting 1043 Motion for Hearing, granting 1052 Joinder in Motion, granting 159 Motion for Hearing, setting/resetting deadline(s)/hearing(s): *Motion Hrg set 5/2/07 at 9:30 a.m. on Mots Intervene & Amend #'s 499 & 1030*, Motion Hearing set for 6/14/2007 at 01:30 PM before Judge Gregory K Frizzell (Re: 74 JOINDER in Motion, 1030 MOTION to Amend, 75 MOTION to Dismiss *AND, OR IN THE ALTERNATIVE*, 64 MOTION to Dismiss *Count 3 of Plaintiffs' First Amended Complaint and Integrated Opening Brief in Support*, 91 MOTION to Stay *the Action and Integrated Opening Brief in Support (Submitted as part of #67, a multi−part motion)*, 66 MOTION to Dismiss *Counts 4−10 of the First Amended Complaint and Integrated Opening Brief in Support*, 90 MOTION to Stay *Proceedings Pending Appropriate Regulatory Agency Action (Submitted as part of #75)*, 65 MOTION to Dismiss *Counts 4, 5, 6 and 10 of the First Amended Complaint Under the Political Question Doctrine and Integrated Opening Brief in Support*, 67 MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint/I>*, 499 MOTION to Intervene) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) (Entered: 04/13/2007)* |
| 04/13/2007 | 1127 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1072 MOTION to Resolve Electronic Discovery Issues *(Submitted as Doc # 1056 ))* (GKF1, Chambers) (Entered: 04/13/2007) |
| 04/13/2007 | 1128 | REPLY to Response to Motion (Re: 1076 MOTION for Judgment as a Matter of Law) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (Jorgensen, Jay) (Entered: 04/13/2007) |
| 04/16/2007 | 1129 | MINUTE ORDER by Magistrate Judge Sam A Joyner, finding as moot 1072 Motion for Miscellaneous Relief (Re: 1125 Order,,, ) (lmc, Dpty Clk) (Entered: 04/16/2007) |
| 04/18/2007 | 1130 | Preliminary WITNESS LIST by Willow Brook Foods, Inc. (Griffin, Jennifer) (Entered: 04/18/2007) |
| 04/20/2007 | 1131 | MOTION to Enter Agreed Order to Enter Non−Waiver of Privilege Agreement by Cargill, Inc., Cargill Turkey Production, LLC (Hill, Theresa) (Entered: 04/20/2007) |
| 04/23/2007 | 1132 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1131 MOTION to Enter Agreed Order to Enter Non−Waiver of Privilege Agreement) (GKF1, Chambers) (Entered: 04/23/2007) |
| 04/24/2007 | 1133 | |

| | | ORDER by Magistrate Judge Sam A Joyner *(NON–WAIVER OF PRIVILEGE AGREEMENT)*, granting 1131 Motion for Miscellaneous Relief (lmc, Dpty Clk) (Entered: 04/24/2007) |
|---|---|---|
| 04/25/2007 | 1134 | STATUS REPORT by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Hill, Theresa) Modified on 4/26/2007 this is a multi–event document, but only 1 part was filed; Clerk's Office filed 2nd part (Motion for Miscellaneous Relief) as 1135 (crp, Dpty Clk). (Entered: 04/25/2007) |
| 04/25/2007 | 1135 | MOTION to Address Electronic Discovery Issues (Submitted as part of 1134 ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (crp, Dpty Clk) (Entered: 04/26/2007) |
| 04/26/2007 | | NOTICE of Docket Entry Modification; Error: Document No. 1134 is a multi–event document, but only 1 part was filed (Status Report); Correction: Clerk's Office filed 2nd part (Motion for Miscellaneous Relief) as 1135 (Re: 1135 MOTION to Address Electronic Discovery Issues (Submitted as part of 1134 ), 1134 Status Report, ) (crp, Dpty Clk) (Entered: 04/26/2007) |
| 04/26/2007 | | ***Motion(s) Referred to Magistrate Judge Joyner (Re: 1135 MOTION to Address Electronic Discovery Issues (Submitted as part of 1134 )) (crp, Dpty Clk) (Entered: 04/26/2007) |
| 04/26/2007 | 1136 | RESPONSE in Opposition to Motion (Re: 1120 MOTION to Compel *Cargill, Inc. and Cargill Turkey Production LLC to Respond to July 10, 2006 Set of Requests for Production and Integrated Brief in Support*) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Hill, Theresa) (Entered: 04/26/2007) |
| 04/27/2007 | 1137 | MINUTES of Proceedings – held before Magistrate Judge Sam A Joyner : Motion Hearing held on 4/27/2007, taking motion under advisement, striking/terminating deadline(s)/Hearing(s) (Re: 1054 MOTION to Compel, 1135 MOTION to Address Electronic Discovery Issues (Submitted as part of 1134 )) (Court Reporter: Glen Dorrough) (With attachments) (lmc, Dpty Clk) (Entered: 04/27/2007) |
| 05/02/2007 | 1138 | JOINDER in Motion Filed by Other Defendants (Re: 1064 MOTION for Judgment as a Matter of Law) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) Modified on 5/3/2007 to change text to reflect correct event (sac, Dpty Clk). (Entered: 05/02/2007) |
| 05/02/2007 | 1139 | NOTICE of Firm Name Change by Peterson Farms, Inc. (Longwell, Nicole) (Entered: 05/02/2007) |
| 05/02/2007 | 1140 | Supplemental RESPONSE in Opposition to Motion (Re: 1054 MOTION to Compel) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 05/02/2007) |
| 05/02/2007 | 1141 | MINUTES of Proceedings – held before Judge Gregory K Frizzell : Motion Hearing held on 5/2/2007, denying 499 Motion to Intervene, granting 1030 Motion to Amend, striking/terminating deadline(s)/Hearing(s) (Re: 499 MOTION to Intervene, 1030 MOTION to Amend) (Court Reporter: Glen Dorrough) (hbo, Dpty |

| | | Clk) (Entered: 05/03/2007) |
|---|---|---|
| 05/03/2007 | | NOTICE of Docket Entry Modification; Error: wrong event selected (Motion for Miscellaneous Relief); Correction: changed text to reflect correct event (Joinder in Motion) (Re: 1138 JOINDER in Motion Filed by Other Defendants) (sac, Dpty Clk) (Entered: 05/03/2007) |
| 05/04/2007 | 1142 | REPLY to Response to Motion (Re: 1054 MOTION to Compel) by Cargill, Inc., Cargill Turkey Production, LLC ; (Tucker, John) (Entered: 05/04/2007) |
| 05/07/2007 | 1143 | ORDER by Judge Gregory K Frizzell, granting 1109 Motion to Withdraw Attorney(s) (GKF1, Chambers) (Entered: 05/07/2007) |
| 05/08/2007 | 1144 | TRANSCRIPT of Proceedings of motion hearing held on 04/27/07 before Magistrate Judge Sam A Joyner (Court Reporter: Glen Dorrough) (Pages: 1–97) (Re: 1137 Minutes of Motion Hearing,, Hearing Held,, Taking Case Under Advisement,, Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s)) (grd, Crt Rptr) (Entered: 05/08/2007) Contains One or More Restricted PDFs |
| 05/10/2007 | 1145 | ATTORNEY APPEARANCE by P Joshua Wisley on behalf of Simmons Foods, Inc., Simmons Foods, Inc., Simmons Foods, Inc. (Wisley, P) (Entered: 05/10/2007) |
| 05/10/2007 | 1146 | ATTORNEY APPEARANCE by Tina Lynn Izadi on behalf of Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Izadi, Tina) (Entered: 05/10/2007) |
| 05/10/2007 | 1147 | REPLY to Response to Motion (Re: 1120 MOTION to Compel *Cargill, Inc. and Cargill Turkey Production LLC to Respond to July 10, 2006 Set of Requests for Production and Integrated Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 05/10/2007) |
| 05/10/2007 | 1148 | MOTION for Hearing *Request for Oral Argument* (Re: 1120 MOTION to Compel *Cargill, Inc. and Cargill Turkey Production LLC to Respond to July 10, 2006 Set of Requests for Production and Integrated Brief in Support*) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 05/10/2007) |
| 05/14/2007 | 1149 | ADOPTION (Re: 1085 Response in Opposition to Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 05/14/2007) |
| 05/17/2007 | 1150 | OPINION AND ORDER by Magistrate Judge Sam A Joyner ; granting in part and denying in part 1054 Motion to Compel; granting in part and denying in part 1135 Motion for Miscellaneous Relief (lmc, Dpty Clk) (Entered: 05/17/2007) |
| 05/21/2007 | 1151 | MINUTE ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s): *A hearing is set in Courtroom #2 on the 4th floor*, Motion Hearing set for 6/14/2007 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 1120 MOTION to Compel *Cargill, Inc. and Cargill Turkey Production LLC to Respond to July 10, 2006 Set of Requests for Production and Integrated Brief in Support* ) (lmc, Dpty Clk) (Entered: 05/21/2007) |
| 05/24/2007 | 1152 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1148 MOTION for Hearing *Request for Oral Argument* ) (GKF1, |

| | | Chambers) (Entered: 05/24/2007) |
|---|---|---|
| 05/29/2007 | 1153 | MOTION to Reconsider (Re: 1150 Opinion and Order, Ruling on Motion to Compel, Ruling on Motion for Miscellaneous Relief ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 05/29/2007) |
| 05/30/2007 | 1154 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1153 MOTION to Reconsider ) (GKF1, Chambers) (Entered: 05/30/2007) |
| 05/30/2007 | | ***Motion(s) Referred to Magistrate Judge Joyner (Re: 1153 MOTION to Reconsider ) (see document number 1154 ) (a–hc, Dpty Clk) (Entered: 06/05/2007) |
| 06/01/2007 | 1155 | MOTION to Compel *the Cargill Defendants to Make a Knowledgeable 30(b)(6) Designee Available for Deposition and Integrated Brief in Support Thereof* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 06/01/2007) |
| 06/01/2007 | 1156 | ATTORNEY APPEARANCE by Gary S Chilton on behalf of Chamber of Commerce of the United States of America, American Tort Reform Association (Chilton, Gary) (Entered: 06/01/2007) |
| 06/01/2007 | 1157 | MOTION for Attorney(s) Victor E. Schwartz, Cary Silverman, Robin Conrad to be Admitted Pro Hac Vice (paid $225 PHV fee; receipt number 320106) by Chamber of Commerce of the United States of America, American Tort Reform Association (With attachments) (Chilton, Gary) (Entered: 06/01/2007) |
| 06/01/2007 | 1158 | MOTION for Leave to File Amicus Curiae *Brief* (Re: 1064 MOTION for Judgment as a Matter of Law ) by Chamber of Commerce of the United States of America, American Tort Reform Association (With attachments) (Chilton, Gary) (Entered: 06/01/2007) |
| 06/01/2007 | 1159 | CORPORATE DISCLOSURE STATEMENT as to Chamber of Commerce of the United States of America by Chamber of Commerce of the United States of America (Chilton, Gary) (Entered: 06/01/2007) |
| 06/01/2007 | 1160 | CORPORATE DISCLOSURE STATEMENT as to American Tort Reform Association by American Tort Reform Association (Chilton, Gary) (Entered: 06/01/2007) |
| 06/04/2007 | 1161 | MINUTE ORDER by Court Clerk, directing Chamber of Commerce of the United States of America and American Tort Reform Association to file a Corporate Disclosure Statement pursuant to FRCvP 7.1 within five (5) days of this order, if they have not already done so. The parties shall use the form entitled Corporate Disclosure Statement available on the Courts website (please do not refile if already filed on non–court form unless directed to do so). If you have already filed your Corporate Disclosure Statement in this case, you are reminded to file a Supplemental Corporate Disclosure Statement within a reasonable time of any change in the information that the statement requires. (s–tjc, Dpty Clk) (Entered: 06/04/2007) |
| 06/04/2007 | 1162 | ORDER by Judge Gregory K Frizzell ; granting 1157 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 06/04/2007) |
| 06/05/2007 | 1163 | |

| | | MINUTE ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s):, Motion Hearing set for 6/28/2007 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 1155 MOTION to Compel *the Cargill Defendants to Make a Knowledgeable 30(b)(6) Designee Available for Deposition and Integrated Brief in Support Thereof* MOTION to Compel *the Cargill Defendants to Make a Knowledgeable 30(b)(6) Designee Available for Deposition and Integrated Brief in Support Thereof* ) (lmc, Dpty Clk) (Entered: 06/05/2007) |
|---|---|---|
| 06/05/2007 | 1164 | Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 06/05/2007) |
| 06/05/2007 | 1165 | NOTICE Notice of Supplemental Authority in Further Support of Motion to Dismiss Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint or, Alternatively, to Stay the Action (Re: 67 MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint* ) by Cobb–Vantress, Inc. (With attachments) (George, Robert) (Entered: 06/05/2007) |
| 06/06/2007 | 1166 | MINUTE ORDER by Magistrate Judge Sam A Joyner ; setting/resetting deadline(s)/hearing(s): ; granting 1148 Motion for Hearing; granting 1164 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Motion Hearing set for 6/28/2007 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 1163 Minute Order,,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), 1155 MOTION to Compel *the Cargill Defendants to Make a Knowledgeable 30(b)(6) Designee Available for Deposition and Integrated Brief in Support Thereof* MOTION to Compel *the Cargill Defendants to Make a Knowledgeable 30(b)(6) Designee Available for Deposition and Integrated Brief in Support Thereof*, 1120 MOTION to Compel *Cargill, Inc. and Cargill Turkey Production LLC to Respond to July 10, 2006 Set of Requests for Production and Integrated Brief in Support* ) (lmc, Dpty Clk) (Entered: 06/06/2007) |
| 06/07/2007 | 1167 | Agreed MOTION for Hearing (Re: 1153 MOTION to Reconsider ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Nance, Robert) (Entered: 06/07/2007) |
| 06/07/2007 | 1168 | Agreed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Document Production Pending Ruling on Motion for Reconsideration of Order Compelling Discovery* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Nance, Robert) (Entered: 06/07/2007) |
| 06/07/2007 | | ***Motion(s) Referred to Magistrate Judge Joyner (Re: 1167 Agreed MOTION for Hearing ) (crp, Dpty Clk) (Entered: 06/08/2007) |
| 06/07/2007 | | ***Motion(s) Referred to Magistrate Judge Joyner (Re: 1168 Agreed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Document Production Pending Ruling on Motion for Reconsideration of Order Compelling Discovery*Agreed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Document Production Pending Ruling on Motion for Reconsideration of Order Compelling Discovery* ) (crp, Dpty Clk) (Entered: 06/08/2007) |
| 06/08/2007 | 1169 | NOTICE Defendants Notice Of Supplemental Authority In Further Support Of Their Motion For Judgment As A Matter Of Law Based On Plaintiffs Lack Of Standing (Re: 1076 MOTION for Judgment as a Matter of Law ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., |

| | | Willow Brook Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 06/08/2007) |
|---|---|---|
| 06/08/2007 | 1170 | NOTICE Defendants Notice Of Supplemental Authority In Further Support Of Their Motion For Judgment On The Pleadings In Light Of New Mexico v. General Electric (Re: 1004 Opposed MOTION for Judgment as a Matter of Law *on the Pleadings* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 06/08/2007) |
| 06/08/2007 | 1171 | NOTICE Defendants Notice Of Supplemental Authority In Further Support Of Their Motion For Judgment As A Matter Of Law In Light Of Plaintiffs Constitutional Violations (Re: 1064 MOTION for Judgment as a Matter of Law ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 06/08/2007) |
| 06/08/2007 | 1172 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1168 Agreed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Document Production Pending Ruling on Motion for Reconsideration of Order Compelling Discovery*Agreed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Document Production Pending Ruling on Motion for Reconsideration of Order Compelling Discovery*, 1167 Agreed MOTION for Hearing ) (hbo, Dpty Clk) (Entered: 06/08/2007) |
| 06/08/2007 | 1173 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: The Agreed Motion to Defer Document Production [Docket No. 1168] and Agreed Motion to Set Hearing on Motion for Reconsideration [Docket No. 1167] are granted. Motion for Reconsideration is set for hearing on June 28, 2007 at 9:30 AM.* ; setting/resetting deadline(s)/hearing(s): ; granting 1167 Motion for Hearing; granting 1168 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Motion Hearing set for 6/28/2007 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 1153 MOTION to Reconsider ) (lmc, Dpty Clk) (Entered: 06/08/2007) |
| 06/11/2007 | 1174 | NOTICE by Tyson Defendants' of Withdrawal of Request for Oral Argument on Docket Nos. 64 and 65 and Suggestion Regarding June 14–15, 2007 Hearing (Re: 1126 Minutes of Status Hearing, Ruling on Motion for Extension of Time to Answer, Ruling on Motion to Supplement, Ruling on Motion for Hearing, Ruling on Joinder in Motion, Hearing Held, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s) ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (George, Robert) (Entered: 06/11/2007) |
| 06/12/2007 | 1175 | MINUTE ORDER by Judge Gregory K Frizzell *As previously set forth in the minute order of April 13, 2007 [Docket No. 1126], the 12(b) motions are set for oral argument on June 14, 2007 at 1:30 p.m. The 12(c) motions may be heard if time permits.* (GKF1, Chambers) (Entered: 06/12/2007) |

| 06/12/2007 | 1176 | ORDER by Judge Gregory K Frizzell ; granting 1158 Motion for Leave to File Document(s) (GKF1, Chambers) (Entered: 06/12/2007) |
|---|---|---|
| 06/12/2007 | 1177 | BRIEF in Support of Motion (Re: 1064 MOTION for Judgment as a Matter of Law ) by Chamber of Commerce of the United States of America, American Tort Reform Association ; (With attachments) (Chilton, Gary) (Entered: 06/12/2007) |
| 06/12/2007 | 1178 | NOTICE Advice to the Court by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 06/12/2007) |
| 06/12/2007 | 1179 | MOTION to Strike Non−Legal Authority from Defendants' Notice of Supplemental Authority (Doc. No. 1171) *and Integrated Brief in Support Thereof* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 06/12/2007) |
| 06/12/2007 | 1180 | MOTION To Draw Jury Pool from Outside the Northern District of Oklahoma by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Bronson, Vicki) (Entered: 06/12/2007) |
| 06/13/2007 | 1181 | NOTICE of Supplemental Authority in Further Support of Motion to Dismiss Count 3 of Plaintiffs First Amended Complaint by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc. (With attachments) (Jorgensen, Jay) (Entered: 06/13/2007) |
| 06/13/2007 | 1182 | MOTION for Attorney(s) Paul E. Thompson, Jr. to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 323169) by George's, Inc., George's Farms, Inc. (With attachments) (Rose, Randall) (Entered: 06/13/2007) |
| 06/14/2007 | 1183 | MOTION for Attorney(s) Ingrid L. Moll to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 323317) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 06/14/2007) |
| 06/14/2007 | 1184 | ORDER by Judge Gregory K Frizzell ; granting 1182 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 06/14/2007) |
| 06/14/2007 | 1185 | ORDER by Judge Gregory K Frizzell ; adding attorney Ingrid L Moll for ; granting 1183 Motion for Admission Pro Hac Vice (GKF1, Chambers) (Entered: 06/14/2007) |
| 06/14/2007 | 1186 | MINUTES of Proceedings – held before Judge Gregory K Frizzell : Motion Hearing held on 6/14/2007 ; setting/resetting deadline(s)/hearing(s): ; denying 64 Motion to Dismiss; denying 65 Motion to Dismiss, Motion Hearing set for 6/15/2007 at 09:30 AM before Judge Gregory K Frizzell (Re: 65 MOTION to Dismiss *Counts 4, 5, 6 and 10 of the First Amended Complaint Under the Political Question Doctrine and Integrated Opening Brief in Support*, 64 MOTION to Dismiss *Count 3 of Plaintiffs' First Amended Complaint and Integrated Opening Brief in Support*, 66 MOTION to Dismiss *Counts 4–10 of the First Amended Complaint and Integrated Opening Brief in Support*, 90 MOTION to Stay *Proceedings Pending Appropriate Regulatory Agency Action (Submitted as part of #75)*, 67 MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint*, 74 JOINDER in Motion, 75 MOTION to Dismiss *AND, OR IN THE ALTERNATIVE,* |

| | | |
|---|---|---|
| | | 91 MOTION to Stay *the Action and Integrated Opening Brief in Support (Submitted as part of #67, a multi–part motion)* ) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) (Entered: 06/14/2007) |
| 06/15/2007 | 1187 | MINUTES of Proceedings – held before Judge Gregory K Frizzell : Motion Hearing held on 6/15/2007 ; setting/resetting deadline(s)/hearing(s): ; granting in part and denying in part 66 Motion to Dismiss; denying 75 Motion to Dismiss; denying 1004 Motion for Judgment as a Matter of Law; denying 1064 Motion to Dismiss; denying 1138 Motion for Miscellaneous Relief; granting 1179 Motion to Strike, Motion Hearing set for 7/5/2007 at 10:30 AM before Judge Gregory K Frizzell (Re: 1004 Opposed MOTION for Judgment as a Matter of Law *on the Pleadings*, 1179 MOTION to Strike Non–Legal Authority from Defendants' Notice of Supplemental Authority (Doc. No. 1171) *and Integrated Brief in Support Thereof* MOTION to Strike Non–Legal Authority from Defendants' Notice of Supplemental Authority (Doc. No. 1171) *and Integrated Brief in Support Thereof*, 1076 MOTION for Judgment as a Matter of Law, 66 MOTION to Dismiss *Counts 4–10 of the First Amended Complaint and Integrated Opening Brief in Support*, 1138 JOINDER in Motion Filed by Other Defendants, 1064 MOTION for Judgment as a Matter of Law, 75 MOTION to Dismiss *AND, OR IN THE ALTERNATIVE*, 90 MOTION to Stay *Proceedings Pending Appropriate Regulatory Agency Action (Submitted as part of #75)*, 67 MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint*, 74 JOINDER in Motion, 91 MOTION to Stay *the Action and Integrated Opening Brief in Support (Submitted as part of #67, a multi–part motion)* ) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) (Entered: 06/15/2007) |
| 06/18/2007 | 1188 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: The Court will address the representations made by counsel in [Docket No. 1168] as referenced in [Docket No. 1178] at hearing on 6/28/07 at 9:30 AM.* (Re: 1178 Notice (Other), 1168 Agreed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Document Production Pending Ruling on Motion for Reconsideration of Order Compelling Discovery*Agreed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Document Production Pending Ruling on Motion for Reconsideration of Order Compelling Discovery* ) (lmc, Dpty Clk) (Entered: 06/18/2007) |
| 06/18/2007 | 1189 | RESPONSE in Opposition to Motion (Re: 1153 MOTION to Reconsider ) by Cargill Turkey Production, LLC, Cargill, Inc. ; (With attachments) (Tucker, John) (Entered: 06/18/2007) |
| 06/19/2007 | 1190 | MOTION for Extension of Time to Respond to Motion (Re: 1180 MOTION To Draw Jury Pool from Outside the Northern District of Oklahoma ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Bullock, Louis) (Entered: 06/19/2007) |
| 06/19/2007 | 1191 | ORDER by Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): ; granting 1190 Motion for Extension of Time to Respond to Motion, Responses due by 7/16/2007, Replies due by 7/27/2007 (Re: 1180 MOTION To Draw Jury Pool from Outside the Northern District of Oklahoma, 1190 MOTION for Extension of Time to Respond to Motion ) (hbo, Dpty Clk) (Entered: 06/19/2007) |
| 06/19/2007 | 1192 | RESPONSE in Opposition to Motion (Re: 1155 MOTION to Compel *the Cargill Defendants to Make a Knowledgeable 30(b)(6) Designee Available for Deposition and Integrated Brief in Support Thereof* MOTION to Compel *the Cargill Defendants to Make a Knowledgeable 30(b)(6) Designee Available for Deposition* |

| | | |
|---|---|---|
| | | *and Integrated Brief in Support Thereof* ) by Cargill Turkey Production, LLC, Cargill, Inc. ; (With attachments) (Tucker, John) (Entered: 06/19/2007) |
| 06/25/2007 | 1193 | MOTION to Clarify *Ruling on Docket #75* (Re: 1187 Minutes of Motion Hearing,,,,,,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Dismiss,,,,,,,,,,,, Ruling on Motion for Judgment as a Matter of Law,,,,,,,,,,,, Ruling on Motion for Miscellaneous Relief,,,,,, Ruling on Motion to Strike,,,,,, ) by Peterson Farms, Inc. (Hixon, Philip) Modified on 6/26/2007 this is a multi−part motion, but only 1 part was filed; Clerk's Office filed 2nd part (Motion to Reconsider) as 1195 (crp, Dpty Clk). (Entered: 06/25/2007) |
| 06/25/2007 | 1194 | REPLY to Response to Motion (Re: 1155 MOTION to Compel *the Cargill Defendants to Make a Knowledgeable 30(b)(6) Designee Available for Deposition and Integrated Brief in Support Thereof* MOTION to Compel *the Cargill Defendants to Make a Knowledgeable 30(b)(6) Designee Available for Deposition and Integrated Brief in Support Thereof* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 06/25/2007) |
| 06/25/2007 | 1195 | MOTION to Reconsider *(Submitted as part of 1193 )* (Re: 1187 Minutes of Motion Hearing,,,,,,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Dismiss,,,,,,,,,,,, Ruling on Motion for Judgment as a Matter of Law,,,,,,,,,,,, Ruling on Motion for Miscellaneous Relief,,,,,, Ruling on Motion to Strike,,,,,, ) by Peterson Farms, Inc. (crp, Dpty Clk) (Entered: 06/26/2007) |
| 06/26/2007 | | NOTICE of Docket Entry Modification; Error: Document No. 1193 is a multi−part motion, but only 1 part was filed (Motion to Clarify); Correction: Clerk's Office filed 2nd part (Motion to Reconsider) as 1195 (Re: 1193 MOTION to Clarify *Ruling on Docket #75*, 1195 MOTION to Reconsider *(Submitted as part of 1193 )* MOTION to Reconsider *(Submitted as part of 1193 )* MOTION to Reconsider *(Submitted as part of 1193 )* ) (crp, Dpty Clk) (Entered: 06/26/2007) |
| 06/26/2007 | 1196 | REPLY to Response to Motion (Re: 1153 MOTION to Reconsider ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 06/26/2007) |
| 06/27/2007 | 1197 | MOTION for Hearing (Expedited) (Re: 1150 Opinion and Order, Ruling on Motion to Compel, Ruling on Motion for Miscellaneous Relief ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) Modified on 6/28/2007 to correct title to reflect correct event title (crp, Dpty Clk). (Entered: 06/27/2007) |
| 06/28/2007 | 1198 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1197 MOTION for Hearing) (GKF1, Chambers) Modified on 6/28/2007 to correct title of 1197 (crp, Dpty Clk). (Entered: 06/28/2007) |
| 06/28/2007 | 1199 | MINUTES of Proceedings − held before Magistrate Judge Sam A Joyner : Motion Hearing held on 6/28/2007, striking/terminating deadline(s)/Hearing(s), taking motion(s) under advisement (Re: 1120 MOTION to Compel *Cargill, Inc. and* |

| | | |
|---|---|---|
| | | *Cargill Turkey Production LLC to Respond to July 10, 2006 Set of Requests for Production and Integrated Brief in Support*, 1153 MOTION to Reconsider, 1197 MOTION for Hearing MOTION for Hearing, 1155 MOTION to Compel *the Cargill Defendants to Make a Knowledgeable 30(b)(6) Designee Available for Deposition and Integrated Brief in Support Thereof* MOTION to Compel *the Cargill Defendants to Make a Knowledgeable 30(b)(6) Designee Available for Deposition and Integrated Brief in Support Thereof* ) (Court Reporter: Brian Neil) (lmc, Dpty Clk) Modified on 6/28/2007 to correct the title of 1197 (crp, Dpty Clk). (Entered: 06/28/2007) |
| 06/28/2007 | 1200 | ATTORNEY APPEARANCE by Thomas James McGeady on behalf of Brazil Creek Minerals, Inc., Garner Garrison, Lena Garrison (McGeady, Thomas) (Entered: 06/28/2007) |
| 06/28/2007 | 1201 | MOTION to Withdraw Attorney(s) *Bobby J. Coffman* by Brazil Creek Minerals, Inc., Garner Garrison, Lena Garrison (Coffman, Bobby) (Entered: 06/28/2007) |
| 06/28/2007 | 1202 | MINUTE ORDER by Judge Gregory K Frizzell *The docekt entry reuling on #75 should reflect that the motion was granted in part and denied in part. Peterson's motion was granted with respect to the extraterritorial application of 27A O.S. § 2−6−105 and otherwise denied* ; granting 1193 Motion to Clarify; granting 1195 Motion to Reconsider (GKF1, Chambers) (Entered: 06/28/2007) |
| 06/28/2007 | | NOTICE of Docket Entry Modification; Error: This document was filed using the incorrect event (Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s)); Correction: Corrected title to reflect correct event title (Motion for Hearing) (Re: 1197 MOTION for Hearing ) (crp, Dpty Clk) (Entered: 06/28/2007) |
| 07/02/2007 | 1203 | TRANSCRIPT of Proceedings of motions hearing held on 06/14/07 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1–128) (Re: 1186 Minutes of Motion Hearing,,,,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Dismiss,,,,,,,,, ) (grd, Crt Rptr) (Entered: 07/02/2007) Contains One or More Restricted PDFs |
| 07/02/2007 | 1204 | TRANSCRIPT of Proceedings of motions hearing held on 06/15/06 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1–180) (Re: 1187 Minutes of Motion Hearing,,,,,,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Dismiss,,,,,,,,,,,, Ruling on Motion for Judgment as a Matter of Law,,,,,,,,,,,,, Ruling on Motion for Miscellaneous Relief,,,,,,, Ruling on Motion to Strike,,,,,, ) (grd, Crt Rptr) (Entered: 07/02/2007) Contains One or More Restricted PDFs |
| 07/03/2007 | 1205 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 1201 Motion to Withdraw Attorney(s) (GKF2, Chambers) (Entered: 07/03/2007) |
| 07/05/2007 | 1206 | MINUTES of Proceedings – held before Judge Gregory K Frizzell : Motion Hearing held on 7/5/2007 ; striking/terminating deadline(s)/Hearing(s); denying 67 Motion to Dismiss; denying 74 Joinder in Motion; denying 90 Motion to Stay; denying 91 Motion to Stay (Re: 74 JOINDER in Motion, 91 MOTION to Stay *the Action and Integrated Opening Brief in Support (Submitted as part of #67, a multi−part* |

| | | |
|---|---|---|
| | | *motion)*, 90 MOTION to Stay *Proceedings Pending Appropriate Regulatory Agency Action (Submitted as part of #75)*, <u>67</u> MOTION to Dismiss *Counts Four, Six, Seven, Eight, Nine and Ten of the First Amended Complaint* ) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) (Entered: 07/05/2007) |
| 07/06/2007 | <u>1207</u> | ORDER by Magistrate Judge Sam A Joyner ; granting <u>1120</u> Motion to Compel; denying <u>1153</u> Motion to Reconsider; granting <u>1155</u> Motion to Compel; granting in part and denying in part <u>1197</u> Motion for Hearing (Re: <u>1178</u> Notice (Other) ) (lmc, Dpty Clk) (Entered: 07/06/2007) |
| 07/12/2007 | <u>1208</u> | TRANSCRIPT of Proceedings of Motion Hearing held on 6/28/2007 before Magistrate Judge Sam A Joyner (Court Reporter: Brian P. Neil) (Pages: 1–178) (Re: <u>1199</u> Minutes of Motion Hearing,,,, Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement ) (bpn, CrtRptr) (Entered: 07/12/2007) Contains One or More Restricted PDFs |
| 07/12/2007 | <u>1209</u> | MOTION for Attorney(s) Michael G. Rousseau to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 332481) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 07/12/2007) |
| 07/12/2007 | <u>1210</u> | MOTION for Attorney(s) Jonathan D. Orent to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 332482) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 07/12/2007) |
| 07/16/2007 | <u>1211</u> | RESPONSE in Opposition to Motion (Re: <u>1180</u> MOTION To Draw Jury Pool from Outside the Northern District of Oklahoma ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 07/16/2007) |
| 07/16/2007 | <u>1212</u> | ORDER by Judge Gregory K Frizzell ; granting <u>1210</u> Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 07/16/2007) |
| 07/16/2007 | <u>1213</u> | ORDER by Judge Gregory K Frizzell ; granting <u>1209</u> Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 07/16/2007) |
| 07/16/2007 | <u>1214</u> | NOTICE of Filing of Second Amended Complaint by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 07/16/2007) |
| 07/16/2007 | <u>1215</u> | Second AMENDED COMPLAINT with Jury Demand against Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Re: <u>18</u> Amended Complaint, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 07/16/2007) |
| 07/19/2007 | <u>1216</u> | TRANSCRIPT of Proceedings of motion hearing held on 07/05/07 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1–102) (Re: <u>1206</u> Minutes of Motion Hearing,,, Striking/Terminating Deadline(s)/Hearing(s), |

| | | Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Ruling on Motion to Dismiss,,, Ruling on Joinder in Motion,,, Ruling on Motion to Stay,,,,, ) (grd, Crt Rptr) (Entered: 07/19/2007) Contains One or More Restricted PDFs |
|---|---|---|
| 07/23/2007 | 1217 | MOTION to Certify Question to State Court by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Jorgensen, Jay) (Entered: 07/23/2007) |
| 07/23/2007 | 1218 | MOTION for Attorney(s) Fidelma L. Fitzpatrick to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 336073) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 07/23/2007) |
| 07/24/2007 | 1219 | ORDER by Judge Gregory K Frizzell ; granting 1218 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 07/24/2007) |
| 07/25/2007 | 1220 | Unopposed MOTION for Extension of Time to Answer (Re: 1215 Amended Complaint,, ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (George, Robert) (Entered: 07/25/2007) |
| 07/25/2007 | 1221 | MOTION to Compel by Cal–Maine Foods, Inc. (With attachments) (Sanders, Robert) (Entered: 07/25/2007) |
| 07/25/2007 | 1222 | ORDER by Judge Gregory K Frizzell ; setting/resetting/terminating answer deadline(s): Tyson Foods, Inc. answer due on 8/15/2007; Tyson Poultry, Inc. answer due on 8/15/2007; Tyson Chicken, Inc. answer due on 8/15/2007; Cobb–Vantress, Inc. answer due on 8/15/2007; Cal–Maine Foods, Inc. answer due on 8/15/2007; Cal–Maine Farms, Inc. answer due on 8/15/2007; Cargill, Inc. answer due on 8/15/2007; Cargill Turkey Production, LLC answer due on 8/15/2007; George's, Inc. answer due on 8/15/2007; George's Farms, Inc. answer due on 8/15/2007; Peterson Farms, Inc. answer due on 8/15/2007; Simmons Foods, Inc. answer due on 8/15/2007; Willow Brook Foods, Inc. answer due on 8/15/2007; granting 1220 Motion for Extension of Time to Answer (hbo, Dpty Clk) (Entered: 07/25/2007) |
| 07/27/2007 | 1223 | MOTION for Attorney(s) David Gregory Brown to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 337640) by Willow Brook Foods, Inc. (With attachments) (Lay, Raymond) (Entered: 07/27/2007) |
| 07/30/2007 | 1224 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 1223 Motion for Admission Pro Hac Vice (GKF1, Chambers) (Entered: 07/30/2007) |
| 07/30/2007 | 1225 | REPLY to Response to Motion (Re: 1180 MOTION To Draw Jury Pool from Outside the Northern District of Oklahoma ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (Freeman, Bruce) (Entered: 07/30/2007) |
| 08/01/2007 | 1226 | |

| | | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) Modified on 8/2/2007 (lml, Dpty Clk). Modified on 8/2/2007 to correct title of event and remove link to Doc #838 (lml, Dpty Clk). (Entered: 08/01/2007) |
|---|---|---|
| 08/02/2007 | 1227 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1226 MOTION to Alter Order/Judgment ) (GKF1, Chambers) (Entered: 08/02/2007) |
| 08/02/2007 | | NOTICE of Docket Entry Modification; Error: This was e–filed using the incorrect event (Motion to Alter Order/Jugment); Correction: Edited docket text to reflect correct event (Motion to Accelerate/Extend/Reset Deadlines/Hearings) (Re: 1226 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (lml, Dpty Clk) (Entered: 08/02/2007) |
| 08/03/2007 | 1228 | MINUTE ORDER by Magistrate Judge Sam A Joyner ; setting/resetting deadline(s)/hearing(s): *all remaining e–mails to be produced by 8/8/07* ; granting 1226 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Miscellaneous Deadline set for 8/8/2007 (Re: 1226 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (jcm, Dpty Clk) (Entered: 08/03/2007) |
| 08/06/2007 | 1229 | MOTION to Clarify (Re: 1228 Minute Order,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 08/06/2007) |
| 08/07/2007 | 1230 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1229 MOTION to Clarify ) (GKF1, Chambers) (Entered: 08/07/2007) |
| 08/08/2007 | 1231 | RESPONSE in Opposition to Motion (Re: 1217 MOTION to Certify Question to State Court ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 08/08/2007) |
| 08/08/2007 | 1232 | MOTION to Compel *Defendant Simmons Foods, Inc. to Disclose Joint Defense Agreement and Integrated Brief In Support Thereof* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 08/08/2007) |
| 08/08/2007 | 1233 | NOTICE State of Oklahoma's Notice of Initial Report on Recovery of Electronic Data (Re: Notice of Docket Entry Modification, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 08/08/2007) |
| 08/13/2007 | 1234 | RESPONSE in Opposition to Motion (Re: 1221 MOTION to Compel ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 08/13/2007) |
| 08/15/2007 | 1235 | |

|  |  | MOTION to Dismiss *Count 6 of Second Amended Complaint* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (George, Robert) (Entered: 08/15/2007) |
|---|---|---|
| 08/15/2007 | 1236 | ANSWER to Amended Complaint (Re: 1215 Amended Complaint,, ) by Peterson Farms, Inc. (McDaniel, Archer) (Entered: 08/15/2007) |
| 08/15/2007 | 1237 | ANSWER to Amended Complaint (Re: 1215 Amended Complaint,, ) by George's, Inc., George's Farms, Inc. (Graves, James) Modified on 8/16/2007 to add George's Farms, Inc. as a filer (crp, Dpty Clk). (Entered: 08/15/2007) |
| 08/15/2007 | 1238 | ANSWER to Amended Complaint (Re: 1215 Amended Complaint,, ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc. (George, Robert) (Entered: 08/15/2007) |
| 08/15/2007 | 1239 | ANSWER to Amended Complaint (Re: 1215 Amended Complaint,, ) by Cal−Maine Foods, Inc., Cal−Maine Farms, Inc. (Redemann, Robert) (Entered: 08/15/2007) |
| 08/15/2007 | 1240 | ANSWER to Amended Complaint (Re: 1215 Amended Complaint,, ) by Cargill, Inc. (Tucker, John) (Entered: 08/15/2007) |
| 08/15/2007 | 1241 | ANSWER to Amended Complaint (Re: 1215 Amended Complaint,, ) by Cargill Turkey Production, LLC (Tucker, John) (Entered: 08/15/2007) |
| 08/15/2007 | 1242 | ANSWER to Amended Complaint (Re: 1215 Amended Complaint,, ) by Willow Brook Foods, Inc. (Griffin, Jennifer) (Entered: 08/15/2007) |
| 08/15/2007 | 1243 | ANSWER to Amended Complaint (Re: 1215 Amended Complaint,, ) by Simmons Foods, Inc. (Bronson, Vicki) (Entered: 08/15/2007) |
| 08/16/2007 |  | NOTICE of Docket Entry Modification; Error: George's Farms, Inc. was not selected as a filer; Correction: Added George's Farms, Inc. as a filer (Re: 1237 Answer to Amended Complaint ) (crp, Dpty Clk) (Entered: 08/16/2007) |
| 08/16/2007 | 1244 | MOTION to Compel *Defendant Cargill, Inc. and Defendant Cargill Turkey Production LLC to Produce for Deposition a 30(b)(6) Designee Fully Knowledgeable on the Noticed Subjects and Integrated Brief in Support Thereof* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 08/16/2007) |
| 08/18/2007 | 1245 | REPLY to Response to Motion (Re: 1221 MOTION to Compel ) by Cal−Maine Foods, Inc. ; (Sanders, Robert) Modified on 8/20/2007 to correct title of event (lml, Dpty Clk). (Entered: 08/18/2007) |
| 08/20/2007 |  | NOTICE of Docket Entry Modification; Error: This was e−filed using the incorrect event (Response in Support of Motion); Correction: Edited docket text to reflect correct event (Reply to Response to Motion) (Re: 1245 Response in Support of Motion ) (lml, Dpty Clk) (Entered: 08/20/2007) |
| 08/20/2007 | 1246 | MINUTE ORDER by Magistrate Judge Sam A Joyner ; setting/resetting deadline(s)/hearing(s): ; granting 1229 Motion to Clarify, Motion Hearing set for 9/27/2007 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 1221 MOTION to Compel, 1232 MOTION to Compel *Defendant Simmons Foods, Inc. to Disclose Joint Defense Agreement and Integrated Brief In Support Thereof*, 1244 MOTION |

| | | to Compel *Defendant Cargill, Inc. and Defendant Cargill Turkey Production LLC to Produce for Deposition a 30(b)(6) Designee Fully Knowledgeable on the Noticed Subjects and Integrated Brief in Support Thereof* MOTION to Compel *Defendant Cargill, Inc. and Defendant Cargill Turkey Production LLC to Produce for Deposition a 30(b)(6) Designee Fully Knowledgeable on the Noticed Subjects and Integrated Brief in Support Thereof* ) (lmc, Dpty Clk) (Entered: 08/20/2007) |
|---|---|---|
| 08/22/2007 | 1247 | REPLY to Response to Motion (Re: 1217 MOTION to Certify Question to State Court ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (Jorgensen, Jay) (Entered: 08/22/2007) |
| 08/24/2007 | 1248 | RESPONSE in Opposition to Motion (Re: 1232 MOTION to Compel *Defendant Simmons Foods, Inc. to Disclose Joint Defense Agreement and Integrated Brief In Support Thereof* ) by Simmons Foods, Inc. ; (With attachments) (Freeman, Bruce) (Entered: 08/24/2007) |
| 08/24/2007 | 1249 | MOTION to Compel by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 08/24/2007) |
| 08/24/2007 | 1250 | MOTION to Compel *Defendant Peterson Farms, Inc. to Produce a Properly Prepared 30(b)(6) Designee for Deposition and to Allow Full Questioning of That Designee, and Integrated Brief in Support* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 08/24/2007) |
| 08/28/2007 | 1251 | MINUTE ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s):, Motion Hearing set for 9/27/2007 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 1250 MOTION to Compel *Defendant Peterson Farms, Inc. to Produce a Properly Prepared 30(b)(6) Designee for Deposition and to Allow Full Questioning of That Designee, and Integrated Brief in Support* MOTION to Compel *Defendant Peterson Farms, Inc. to Produce a Properly Prepared 30(b)(6) Designee for Deposition and to Allow Full Questioning of That Designee, and Integrated Brief in Support*, 1249 MOTION to Compel ) (lmc, Dpty Clk) (Entered: 08/28/2007) |
| 08/28/2007 | 1252 | MOTION for Sanctions by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 08/28/2007) |
| 08/29/2007 | 1253 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1252 MOTION for Sanctions ) (GKF1, Chambers) (Entered: 08/29/2007) |
| 08/29/2007 | 1254 | MINUTE ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s):, Motion Hearing set for 9/27/2007 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 1252 MOTION for Sanctions ) (lmc, Dpty Clk) (Entered: 08/29/2007) |
| 09/04/2007 | 1255 | RESPONSE in Opposition to Motion (Re: 1235 MOTION to Dismiss *Count 6 of Second Amended Complaint* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 09/04/2007) |

| 09/04/2007 | 1256 | RESPONSE in Opposition to Motion (Re: 1244 MOTION to Compel *Defendant Cargill, Inc. and Defendant Cargill Turkey Production LLC to Produce for Deposition a 30(b)(6) Designee Fully Knowledgeable on the Noticed Subjects and Integrated Brief in Support Thereof* MOTION to Compel *Defendant Cargill, Inc. and Defendant Cargill Turkey Production LLC to Produce for Deposition a 30(b)(6) Designee Fully Knowledgeable on the Noticed Subjects and Integrated Brief in Support Thereof* ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 09/04/2007) |
|---|---|---|
| 09/04/2007 | 1257 | MOTION for Protective Order by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 09/04/2007) |
| 09/05/2007 | 1258 | Second MOTION to Compel by Tyson Foods, Inc. (With attachments) (George, Robert) (Entered: 09/05/2007) |
| 09/06/2007 | 1259 | MINUTE ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s):, Motion Hearing set for 9/27/2007 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 1258 Second MOTION to Compel, 1257 MOTION for Protective Order ) (lmc, Dpty Clk) (Entered: 09/06/2007) |
| 09/06/2007 | 1260 | REPLY to Response to Motion (Re: 1232 MOTION to Compel *Defendant Simmons Foods, Inc. to Disclose Joint Defense Agreement and Integrated Brief In Support Thereof* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 09/06/2007) |
| 09/07/2007 | 1261 | MOTION to Compel *Production of Responsive ESI* by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Hill, Theresa) (Entered: 09/07/2007) |
| 09/10/2007 | 1262 | RESPONSE in Opposition to Motion (Re: 1249 MOTION to Compel ) by Peterson Farms, Inc. ; (McDaniel, Archer) (Entered: 09/10/2007) |
| 09/10/2007 | 1263 | RESPONSE in Opposition to Motion (Re: 1250 MOTION to Compel *Defendant Peterson Farms, Inc. to Produce a Properly Prepared 30(b)(6) Designee for Deposition and to Allow Full Questioning of That Designee, and Integrated Brief in Support* MOTION to Compel *Defendant Peterson Farms, Inc. to Produce a Properly Prepared 30(b)(6) Designee for Deposition and to Allow Full Questioning of That Designee, and Integrated Brief in Support* ) by Peterson Farms, Inc. ; (With attachments) (McDaniel, Archer) (Entered: 09/10/2007) |
| 09/10/2007 | 1264 | MOTION for Protective Order *Precluding Further Examination of Its 30(b)(6) Designees on Topics Within Deposition Notice* by Peterson Farms, Inc. (McDaniel, Archer) (Entered: 09/10/2007) |
| 09/11/2007 | 1265 | MOTION to Compel *Defendants George's, Inc. and George's Farms, Inc.'s Responses to The State's April 20, 2007 Requests to Admit and Integrated Brief in Support Thereof* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 09/11/2007) |
| 09/11/2007 | 1266 | NOTICE of Change of Address by Louis Werner Bullock by on behalf of Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Bullock, Louis) (Entered: 09/11/2007) |
| 09/11/2007 | 1267 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: The Court expedites responses on Cargills' Motion to Compel 1261 to 9/21/07 and on Peterson Farms' Motion for Protective Order 1264 and Plaintiff's Motion to Determine the* |

| | | |
|---|---|---|
| | | *Sufficiency of Defendants Georges' Responses* <u>1265</u> *to 9/24/07. The motions are set for hearing on 9/27/07 at 9:30 a.m.*, setting/resetting deadline(s)/hearing(s):, Responses due by 9/24/2007, Motion Hearing set for 9/27/2007 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: <u>1264</u> MOTION for Protective Order *Precluding Further Examination of Its 30(b)(6) Designees on Topics Within Deposition Notice*, <u>1265</u> MOTION to Compel *Defendants George's, Inc. and George's Farms, Inc.'s Responses to The State's April 20, 2007 Requests to Admit and Integrated Brief in Support Thereof*, <u>1261</u> MOTION to Compel *Production of Responsive ESI* ) (lmc, Dpty Clk) (Entered: 09/11/2007) |
| 09/17/2007 | <u>1268</u> | JOINDER in Motion (Re: <u>1261</u> MOTION to Compel *Production of Responsive ESI* ) by Peterson Farms, Inc. ; (Hixon, Philip) Modified on 9/18/2007 to change text to reflect the correct event (sac, Dpty Clk). (Entered: 09/17/2007) |
| 09/17/2007 | <u>1269</u> | Unopposed MOTION for Extension of Time to Reply to Motion Response (Re: <u>1235</u> MOTION to Dismiss *Count 6 of Second Amended Complaint* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (George, Robert) (Entered: 09/17/2007) |
| 09/17/2007 | <u>1270</u> | MOTION to Compel *Plaintiffs to Designate Deponents Under Rule 30(b)(6)* by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) Modified on 1/17/2008 to add STRICKEN watermark – see <u>1462</u> (sac, Dpty Clk). (Entered: 09/17/2007) |
| 09/17/2007 | <u>1271</u> | MOTION to Compel by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 09/17/2007) |
| 09/17/2007 | <u>1272</u> | RESPONSE in Opposition to Motion (Re: <u>1252</u> MOTION for Sanctions ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Bullock, Louis) (Entered: 09/17/2007) |
| 09/18/2007 | | NOTICE of Docket Entry Modification; Error: wrong event selected (Brief in Support of Motion); Correction: changed text to reflect correct event (Joinder in Motion) (Re: <u>1268</u> JOINDER in Motion ) (sac, Dpty Clk) (Entered: 09/18/2007) |
| 09/18/2007 | <u>1273</u> | ORDER by Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): ; granting <u>1269</u> Motion for Extension of Time to Reply to Motion Response, Responses due by 10/1/2007, Replies due by 10/15/2007 (Re: <u>1235</u> MOTION to Dismiss *Count 6 of Second Amended Complaint* ) (GKF1, Chambers) (Entered: 09/18/2007) |
| 09/18/2007 | <u>1274</u> | REPLY to Response to Motion (Re: <u>1244</u> MOTION to Compel *Defendant Cargill, Inc. and Defendant Cargill Turkey Production LLC to Produce for Deposition a 30(b)(6) Designee Fully Knowledgeable on the Noticed Subjects and Integrated Brief in Support Thereof* MOTION to Compel *Defendant Cargill, Inc. and Defendant Cargill Turkey Production LLC to Produce for Deposition a 30(b)(6) Designee Fully Knowledgeable on the Noticed Subjects and Integrated Brief in Support Thereof* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 09/18/2007) |

| 09/18/2007 | 1275 | RESPONSE in Opposition to Motion (Re: 1257 MOTION for Protective Order ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 09/18/2007) |
| --- | --- | --- |
| 09/19/2007 | 1276 | MOTION to Compel *Regarding Agency Privilege Logs* by Peterson Farms, Inc. (With attachments) (Longwell, Nicole) (Entered: 09/19/2007) |
| 09/20/2007 | 1277 | JOINDER in Motion (Re: 1276 MOTION to Compel *Regarding Agency Privilege Logs* ) by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc. (Sanders, Robert) (Entered: 09/20/2007) |
| 09/21/2007 | 1278 | MOTION to Strike Document(s) *Plaintiffs' "Omnibus Motion" Regarding ESI Discovery* (Re: 1271 MOTION to Compel ) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Hill, Theresa) (Entered: 09/21/2007) |
| 09/21/2007 | 1279 | RESPONSE in Opposition to Motion (Re: 1271 MOTION to Compel ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Hill, Theresa) (Entered: 09/21/2007) |
| 09/21/2007 | 1280 | RESPONSE in Opposition to Motion (Re: 1261 MOTION to Compel *Production of Responsive ESI* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 09/21/2007) |
| 09/21/2007 | 1281 | JOINDER in Motion (Re: 1278 MOTION to Strike Document(s) *Plaintiffs' "Omnibus Motion" Regarding ESI Discovery* ) by Peterson Farms, Inc. (McDaniel, Archer) (Entered: 09/21/2007) |
| 09/21/2007 | 1282 | RESPONSE in Opposition to Motion (Re: 1268 JOINDER in Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 09/21/2007) |
| 09/24/2007 | 1283 | REPLY to Response to Motion (Re: 1252 MOTION for Sanctions ) by Cargill, Inc., Cargill Turkey Production, LLC ; (Tucker, John) (Entered: 09/24/2007) |
| 09/24/2007 | 1284 | REPLY to Response to Motion (Re: 1249 MOTION to Compel ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 09/24/2007) |
| 09/24/2007 | 1285 | REPLY to Response to Motion (Re: 1250 MOTION to Compel *Defendant Peterson Farms, Inc. to Produce a Properly Prepared 30(b)(6) Designee for Deposition and to Allow Full Questioning of That Designee, and Integrated Brief in Support* MOTION to Compel *Defendant Peterson Farms, Inc. to Produce a Properly Prepared 30(b)(6) Designee for Deposition and to Allow Full Questioning of That Designee, and Integrated Brief in Support* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 09/24/2007) |
| 09/24/2007 | 1286 | RESPONSE in Opposition to Motion (Re: 1264 MOTION for Protective Order *Precluding Further Examination of Its 30(b)(6) Designees on Topics Within Deposition Notice* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 09/24/2007) |
| 09/24/2007 | 1287 | RESPONSE in Opposition to Motion (Re: 1258 Second MOTION to Compel ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the |

| | | |
|---|---|---|
| | | Environment, Office of ; (With attachments) (Nance, Robert) (Entered: 09/24/2007) |
| 09/25/2007 | 1288 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1278 MOTION to Strike Document(s) *Plaintiffs' "Omnibus Motion" Regarding ESI Discovery* ) (hbo, Dpty Clk) (Entered: 09/25/2007) |
| 09/25/2007 | 1289 | JOINDER in Motion (Re: 1278 MOTION to Strike Document(s) *Plaintiffs' "Omnibus Motion" Regarding ESI Discovery* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (With attachments) (George, Robert) (Entered: 09/25/2007) |
| 09/25/2007 | 1290 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1268 JOINDER in Motion, 1281 JOINDER in Motion ) (hbo, Dpty Clk) (Entered: 09/25/2007) |
| 09/25/2007 | 1291 | REPLY to Response to Motion (Re: 1264 MOTION for Protective Order *Precluding Further Examination of Its 30(b)(6) Designees on Topics Within Deposition Notice* ) by Peterson Farms, Inc. ; (McDaniel, Archer) (Entered: 09/25/2007) |
| 09/25/2007 | 1292 | RESPONSE in Opposition to Motion (Re: 1265 MOTION to Compel *Defendants George's, Inc. and George's Farms, Inc.'s Responses to The State's April 20, 2007 Requests to Admit and Integrated Brief in Support Thereof* ) by George's, Inc. ; George's Farms Inc. (Graves, James) Modified on 9/26/2007 to add filer; to efile second event of this document – see 1294 for Adoption (sac, Dpty Clk). (Entered: 09/25/2007) |
| 09/25/2007 | 1293 | JOINDER in Motion (Re: 1278 MOTION to Strike Document(s) *Plaintiffs' "Omnibus Motion" Regarding ESI Discovery* ) by George's, Inc. (Graves, James) (Entered: 09/25/2007) |
| 09/25/2007 | 1294 | ADOPTION (Re: 1262 Response in Opposition to Motion ) by George's, Inc., George's Farms, Inc. (sac, Dpty Clk) (Entered: 09/26/2007) |
| 09/26/2007 | | NOTICE of Docket Entry Modification; Error: not all filers were selected; this document contains two events, which is not allowed via CM/ECF; Correction: added George's Farms, Inc. as a filer; efiled second event – see 1294 for Adoption (Re: 1292 Response in Opposition to Motion, ) (sac, Dpty Clk) (Entered: 09/26/2007) |
| 09/26/2007 | 1295 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1289 JOINDER in Motion, 1293 JOINDER in Motion ) (hbo, Dpty Clk) (Entered: 09/26/2007) |
| 09/26/2007 | 1296 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1277 JOINDER in Motion ) (hbo, Dpty Clk) (Entered: 09/26/2007) |
| 09/26/2007 | 1297 | Opposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) Modified on 9/27/2007 to correct title of event (lml, Dpty Clk). (Entered: 09/26/2007) |
| 09/26/2007 | 1298 | MOTION to Clarify */Reconsider* (Re: 1207 Order,,,, Ruling on Motion to Compel,, Ruling on Motion to Reconsider,,,, Ruling on Motion for Hearing, ) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 09/26/2007) |

| 09/26/2007 | 1299 | JOINDER in Motion (Re: 1297 Opposed MOTION Modification of Scheduling Order ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (With attachments) (George, Robert) (Entered: 09/26/2007) |
| 09/27/2007 | | NOTICE of Docket Entry Modification; Error: This was e–filed using the incorrect event (Motion for Miscellaneous Relief); Correction: Edited docket text to reflect correct event (Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (Re: 1297 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (lml, Dpty Clk) (Entered: 09/27/2007) |
| 09/27/2007 | 1300 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1298 MOTION to Clarify /Reconsider ) (GKF1, Chambers) (Entered: 09/27/2007) |
| 09/27/2007 | 1301 | MINUTES of Proceedings – held before Magistrate Judge Sam A Joyner : Motion Hearing held on 9/27/2007, setting/resetting deadline(s)/hearing(s):, Motion Hearing set for 11/6/2007 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 1264 MOTION for Protective Order *Precluding Further Examination of Its 30(b)(6) Designees on Topics Within Deposition Notice*, 1252 MOTION for Sanctions, 1268 JOINDER in Motion, 1281 JOINDER in Motion, 1232 MOTION to Compel *Defendant Simmons Foods, Inc. to Disclose Joint Defense Agreement and Integrated Brief In Support Thereof*, 1265 MOTION to Compel *Defendants George's, Inc. and George's Farms, Inc.'s Responses to The State's April 20, 2007 Requests to Admit and Integrated Brief in Support Thereof*, 1244 MOTION to Compel *Defendant Cargill, Inc. and Defendant Cargill Turkey Production LLC to Produce for Deposition a 30(b)(6) Designee Fully Knowledgeable on the Noticed Subjects and Integrated Brief in Support Thereof* MOTION to Compel *Defendant Cargill, Inc. and Defendant Cargill Turkey Production LLC to Produce for Deposition a 30(b)(6) Designee Fully Knowledgeable on the Noticed Subjects and Integrated Brief in Support Thereof*, 1278 MOTION to Strike Document(s) *Plaintiffs' "Omnibus Motion" Regarding ESI Discovery*, 1257 MOTION for Protective Order, 1250 MOTION to Compel *Defendant Peterson Farms, Inc. to Produce a Properly Prepared 30(b)(6) Designee for Deposition and to Allow Full Questioning of That Designee, and Integrated Brief in Support* MOTION to Compel *Defendant Peterson Farms, Inc. to Produce a Properly Prepared 30(b)(6) Designee for Deposition and to Allow Full Questioning of That Designee, and Integrated Brief in Support*, 1249 MOTION to Compel, 1261 MOTION to Compel *Production of Responsive ESI*, 1221 MOTION to Compel, 1258 Second MOTION to Compel, 1289 JOINDER in Motion, 1293 JOINDER in Motion, 1270 MOTION to Compel *Plaintiffs to Designate Deponents Under Rule 30(b)(6)*, 1276 MOTION to Compel *Regarding Agency Privilege Logs*, 1271 MOTION to Compel, 1277 JOINDER in Motion ) (Court Reporter: Glen Dorrough) (lmc, Dpty Clk) (Entered: 09/28/2007) |
| 10/01/2007 | 1302 | MOTION for Attorney(s) Todd P. Walker to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 356412) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 10/01/2007) |
| 10/02/2007 | 1303 | ORDER by Judge Gregory K Frizzell ; adding attorney Todd P Walker for Cargill, Inc., Cargill Turkey Production, LLC ; granting 1302 Motion for Admission Pro Hac Vice (GKF1, Chambers) (Entered: 10/02/2007) |
| 10/03/2007 | 1304 | REPLY to Response to Motion (Re: 1235 MOTION to Dismiss *Count 6 of Second Amended Complaint* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, |

| | | Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (George, Robert) (Entered: 10/03/2007) |
|---|---|---|
| 10/05/2007 | 1305 | Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 1276 MOTION to Compel *Regarding Agency Privilege Logs* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 10/05/2007) |
| 10/05/2007 | 1306 | MOTION to Quash *Subpoenas for Inspection and Sampling of Premises Owned by Non−Parties and Brief in Support* by Ernest Doyle, Jr, Ernest Doyle, Jr, Clyde masters, helen masters, Dwayne O'Leary, Ricky Reed, Bill Engleman, Barney Nubbie, Bill R Anderson, Steve Butler, Julie Anderson Chancellor, Roger D Collins, Franklin A Glenn, Kenneth D Glenn, Sondra D Glenn, Juana Loftin, Larry McGarrah, Priscilla McGarrah, Jim L Pigeon, Michele R Pigeon, Joel J Reed, Rhonda Reed, Caleb Reed, Cory Reed, W A Saunders, Bev Saunders, Robert V Schwabe, II, David R. Wofford, Robin L. Wofford, Ren Butler, Georgia Butler (Williams, Dale) Modified on 10/9/2007 to delete text regarding second part of this motion − see 1311 for Motion for Protective Order (sac, Dpty Clk). (Entered: 10/05/2007) |
| 10/05/2007 | 1307 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: Plaintiff's Motion for Extension of Time to Respond 1305 is granted. Plaintiff's response to Peterson's Motion to Compel with regard to the Agency Privilege Logs 1276 is due 10/19/07.* ; granting 1305 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 1276 MOTION to Compel *Regarding Agency Privilege Logs* ) (lmc, Dpty Clk) (Entered: 10/05/2007) |
| 10/05/2007 | 1308 | RESPONSE in Opposition to Motion (Re: 1270 MOTION to Compel *Plaintiffs to Designate Deponents Under Rule 30(b)(6)* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 10/05/2007) |
| 10/05/2007 | 1309 | MOTION for Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) Modified on 1/17/2008 to add STRICKEN watermark − see 1462 (sac, Dpty Clk). (Entered: 10/05/2007) |
| 10/05/2007 | 1311 | MOTION for Protective Order *(submitted as part of 1306 )* by Bill R Anderson, Steve Butler, Julie Anderson Chancellor, Roger D Collins, Franklin A Glenn, Kenneth D Glenn, Juana Loftin, Larry McGarrah, Priscilla McGarrah, Jim L Pigeon, Michele R Pigeon, Joel J Reed, Rhonda Reed, Caleb Reed, Cory Reed, W A Saunders, Bev Saunders, Robert V Schwabe, II, David R. Wofford, Ren Butler, Georgia Butler, Norma Glenn, Robin L. Wofford, Clyde Masters, Helen Masters, Dwayne O'Leary, Ricky Reed, Bill Engleman, Barney Nubbie (sac, Dpty Clk) (Entered: 10/09/2007) |
| 10/08/2007 | 1310 | MOTION for Protective Order *Prohibiting Further Ex Parte Communications Between Plaintiffs' Counsel and Kerry Kinyon, and Striking Plaintiffs' Requests for Production of Documents* by Peterson Farms, Inc. (With attachments) (McDaniel, Archer) (Entered: 10/08/2007) |
| 10/09/2007 | | NOTICE of Docket Entry Modification; Error: this is a two−part motion of which only one part was efiled; Correction: efiled Motion for Protective Order − see 1311 |

| | | |
|---|---|---|
| | | (Re: 1306 MOTION to Quash *Subpoenas for Inspection and Sampling of Premises Owned by Non–Parties and Brief in Support* ) (sac, Dpty Clk) (Entered: 10/09/2007) |
| 10/10/2007 | 1312 | Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *extension to file supplemental brief in support of sanctions* by Cargill, Inc., Cargill Turkey Production, LLC (Hill, Theresa) Modified on 10/11/2007 to correct title of event (lml, Dpty Clk). (Entered: 10/10/2007) |
| 10/10/2007 | 1313 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1312 Unopposed MOTION extension to file supplemental brief in support of sanctions ) (GKF1, Chambers) (Entered: 10/10/2007) |
| 10/11/2007 | | NOTICE of Docket Entry Modification; Error: This was e–filed using the incorrect event (Motion for Miscellaneous Relief); Correction: Edited docket text to reflect correct event (Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (Re: 1312 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (lml, Dpty Clk) (Entered: 10/11/2007) |
| 10/11/2007 | 1314 | ORDER by Magistrate Judge Sam A Joyner *(Please see order for deadline details)* ; granting 1312 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 1252 MOTION for Sanctions ) (lmc, Dpty Clk) (Entered: 10/11/2007) |
| 10/12/2007 | 1315 | Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *of Time to Provide Supplemental Responses to Cal–Maine, Inc.'s Interrogatories* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Nance, Robert) (Entered: 10/12/2007) |
| 10/15/2007 | 1316 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1315 Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *of Time to Provide Supplemental Responses to Cal–Maine, Inc.'s Interrogatories*Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *of Time to Provide Supplemental Responses to Cal–Maine, Inc.'s Interrogatories* ) (GKF1, Chambers) (Entered: 10/15/2007) |
| 10/15/2007 | 1317 | TRANSCRIPT of Proceedings of motions hearing held on 09/27/07 before Magistrate Judge Sam A Joyner (Court Reporter: Glen Dorrough) (Pages: 1–245) (Re: 1301 Minutes of Motion Hearing,,,,,,,,, Setting/Resetting Motion and R&R Deadline(s)/Hearing(s), Setting/Resetting Motion and R&R Deadline(s)/Hearing(s), Setting/Resetting Motion and R&R Deadline(s)/Hearing(s), Setting/Resetting Motion and R&R Deadline(s)/Hearing(s), Setting/Resetting Motion and R&R Deadline(s)/Hearing(s), Setting/Resetting Motion and R&R Deadline(s)/Hearing(s), Setting/Resetting Motion and R&R Deadline(s)/Hearing(s), Setting/Resetting Motion and R&R Deadline(s)/Hearing(s), Setting/Resetting Motion and R&R Deadline(s)/Hearing(s) ) (grd, Crt Rptr) (Entered: 10/15/2007) Contains One or More Restricted PDFs |
| 10/15/2007 | 1318 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: Plaintiffs are granted until 10/19/07 to provide supplemental responses to Cal–Maine, Inc's Interrogatories.* ; granting 1315 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (lmc, Dpty Clk) (Entered: 10/15/2007) |
| 10/15/2007 | 1319 | Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *of Time to Provide Supplemental Responses to Cargill, Inc's Interrogatories* by Attorney |

| | | General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Nance, Robert) (Entered: 10/15/2007) |
|---|---|---|
| 10/15/2007 | 1320 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: Plaintiffs are granted until 10/19/07 to provide supplemental responses to Cargill, Inc.'s Interrogatories.* ; granting 1319 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (lmc, Dpty Clk) (Entered: 10/15/2007) |
| 10/15/2007 | 1321 | RESPONSE in Opposition to Motion (Re: 1298 MOTION to Clarify */Reconsider* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 10/15/2007) |
| 10/15/2007 | 1322 | RESPONSE in Opposition to Motion (Re: 1297 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 10/15/2007) |
| 10/15/2007 | 1323 | RESPONSE in Opposition to Motion (Re: 1299 JOINDER in Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 10/15/2007) |
| 10/17/2007 | 1324 | Second MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) to file supplemental brief (Re: 1252 MOTION for Sanctions) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) Modified on 10/24/2007 to correct title to reflect correct event title, and to create a link to 1252 (crp, Dpty Clk). (Entered: 10/17/2007) |
| 10/19/2007 | 1325 | NOTICE Notice of Filing of Supplemental Authority in Further Support of Its Opposition to "Peterson Farms, Inc.'s Motion to Dismiss And, Or in the Alternative, Motion to Stay Proceedings Pending Appropriate Regulatory Agency Action" (Re: 134 Response in Opposition to Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 10/19/2007) |
| 10/19/2007 | 1326 | RESPONSE in Opposition to Motion (Re: 1309 MOTION for Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof* MOTION for Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof* ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) Modified on 10/22/2007 this is a multi–event document, but only 1 part was filed; attorney directed to refile 2nd part (Reply to Response to Motion) (crp, Dpty Clk). (Entered: 10/19/2007) |
| 10/19/2007 | 1327 | RESPONSE in Opposition to Motion (Re: 1276 MOTION to Compel *Regarding Agency Privilege Logs* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Nance, Robert) (Entered: 10/19/2007) |
| 10/19/2007 | 1328 | RESPONSE in Opposition to Motion (Re: 1277 JOINDER in Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Nance, Robert) (Entered: 10/19/2007) |
| 10/22/2007 | 1329 | JOINDER in Motion (Re: 1299 JOINDER in Motion, 1297 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Peterson Farms, Inc. (Hixon, Philip) (Entered: 10/22/2007) |

| | | |
|---|---|---|
| 10/22/2007 | 1330 | MINUTE ORDER by Court Clerk, Having reviewed the docket entry and/or PDF for Dkt # *1326*, the Court has determined that *this is a multi–event document, but only one event was filed (Response in Opposition to Motion)*. Attorney *John Tucker* is hereby directed to re–file *this document for the second event (Reply to Response to Motion), regarding Document No. 1270 within 48 hours.* (Re: 1326 Response in Opposition to Motion, ) (crp, Dpty Clk) (Entered: 10/22/2007) |
| 10/22/2007 | 1331 | REPLY to Response to Motion (Re: 1270 MOTION to Compel *Plaintiffs to Designate Deponents Under Rule 30(b)(6)* ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) Modified on 10/23/2007 to change text to reflect correct event (sac, Dpty Clk). (Entered: 10/22/2007) |
| 10/23/2007 | | NOTICE of Docket Entry Modification; Error: wrong event (Brief in Support); Correction: changed text to reflect correct event (Reply to Response to Motion) (Re: 1331 Brief in Support of Motion, ) (sac, Dpty Clk) (Entered: 10/23/2007) |
| 10/23/2007 | 1332 | RESPONSE in Opposition to Motion (Re: 1306 MOTION to Quash *Subpoenas for Inspection and Sampling of Premises Owned by Non–Parties and Brief in Support* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 10/23/2007) |
| 10/23/2007 | 1333 | RESPONSE in Opposition to Motion (Re: 1311 MOTION for Protective Order *(submitted as part of 1306 )* MOTION for Protective Order *(submitted as part of 1306 )* MOTION for Protective Order *(submitted as part of 1306 )* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 10/23/2007) |
| 10/23/2007 | 1334 | MOTION to Compel *the Poultry Growers to Permit Sampling Requested in September 7, 2007 Subpoenas* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 10/23/2007) |
| 10/23/2007 | 1335 | RESPONSE in Opposition to Motion (Re: 1309 MOTION for Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof* MOTION for Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof* ) by Peterson Farms, Inc. ; (McDaniel, Archer) (Entered: 10/23/2007) |
| 10/24/2007 | 1336 | OPINION AND ORDER by Magistrate Judge Sam A Joyner ; setting/resetting deadline(s)/hearing(s): ; taking motion(s) under advisement; granting in part and denying in part 1221 Motion to Compel; granting in part and denying in part 1232 Motion to Compel; granting in part and denying in part 1244 Motion to Compel; granting in part and denying in part 1249 Motion to Compel; granting in part and denying in part 1250 Motion to Compel; granting in part and denying in part 1257 Motion for Protective Order; granting 1258 Motion to Compel; granting 1261 Motion to Compel; granting in part and denying in part 1264 Motion for Protective Order; granting in part and denying in part 1265 Motion to Compel; granting 1268 Joinder in Motion; denying 1278 Motion to Strike Document(s); denying 1281 Joinder in Motion; denying 1289 Joinder in Motion; denying 1293 Joinder in Motion, Motion Hearing set for 11/6/2007 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 1252 MOTION for Sanctions, 1298 MOTION to Clarify */Reconsider*, 1270 MOTION to Compel *Plaintiffs to Designate Deponents Under Rule 30(b)(6)*, 1276 MOTION to Compel *Regarding Agency Privilege Logs*, 1271 MOTION to Compel, 1277 JOINDER in Motion ) (lmc, Dpty Clk) (Entered: |

| | | 10/24/2007) |
|---|---|---|
| 10/24/2007 | | NOTICE of Docket Entry Modification; Error: This document was filed using the incorrect event (Notice (Other)); Correction: Corrected title to reflect correct event title (Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s)), and to create a link to Document No. 1252 (Re: 1324 MOTION to Accelerate Hearing(s)/Deadline(s)MOTION to Accelerate Hearing(s)/Deadline(s) ) (crp, Dpty Clk) (Entered: 10/24/2007) |
| 10/24/2007 | 1337 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Sam A. Joyner (Re: 1299 JOINDER in Motion, 1297 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s), 1329 JOINDER in Motion ) (GKF1, Chambers) (Entered: 10/24/2007) |
| 10/25/2007 | 1338 | MINUTE ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s):, Responses due by 11/2/2007, Motion Hearing set for 11/6/2007 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 1297 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s), 1310 MOTION for Protective Order *Prohibiting Further Ex Parte Communications Between Plaintiffs' Counsel and Kerry Kinyon, and Striking Plaintiffs' Requests for Production of Documents*, 1334 MOTION to Compel *the Poultry Growers to Permit Sampling Requested in September 7, 2007 Subpoenas*, 1309 MOTION for Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof* MOTION for Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof*, 1306 MOTION to Quash *Subpoenas for Inspection and Sampling of Premises Owned by Non−Parties and Brief in Support*, 1329 JOINDER in Motion, 1299 JOINDER in Motion, 1324 MOTION to Accelerate Hearing(s)/Deadline(s)MOTION to Accelerate Hearing(s)/Deadline(s), 1311 MOTION for Protective Order *(submitted as part of 1306 )* MOTION for Protective Order *(submitted as part of 1306 )* MOTION for Protective Order *(submitted as part of 1306 )* ) (lmc, Dpty Clk) (Entered: 10/25/2007) |
| 10/26/2007 | 1339 | ATTORNEY APPEARANCE by Craig A Mirkes on behalf of Peterson Farms, Inc. (Mirkes, Craig) (Entered: 10/26/2007) |
| 10/26/2007 | 1340 | MOTION for Sanctions by Tyson Foods, Inc. (With attachments) (George, Robert) (Entered: 10/26/2007) |
| 10/26/2007 | 1341 | RESPONSE in Opposition to Motion (Re: 1310 MOTION for Protective Order *Prohibiting Further Ex Parte Communications Between Plaintiffs' Counsel and Kerry Kinyon, and Striking Plaintiffs' Requests for Production of Documents* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 10/26/2007) |
| 10/26/2007 | | ***Motion(s) Referred to Magistrate Judge Joyner (Re: 1340 MOTION for Sanctions ) (lml, Dpty Clk) (Entered: 10/29/2007) |
| 10/29/2007 | 1342 | RESPONSE in Opposition to Motion (Re: 1329 JOINDER in Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 10/29/2007) |
| 10/29/2007 | 1343 | REPLY to Response to Motion (Re: 1298 MOTION to Clarify */Reconsider* ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 10/29/2007) |

| 10/29/2007 | 1344 | REPLY to Response to Motion (Re: 1297 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 10/29/2007) |
|---|---|---|
| 10/31/2007 | 1345 | Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 1336 Opinion and Order,,,,,, Setting/Resetting Motion and R&R Deadline(s)/Hearing(s), Setting/Resetting Motion and R&R Deadline(s)/Hearing(s), Setting/Resetting Motion and R&R Deadline(s)/Hearing(s), Setting/Resetting Motion and R&R Deadline(s)/Hearing(s), Setting/Resetting Motion and R&R Deadline(s)/Hearing(s), Setting/Resetting Motion and R&R Deadline(s)/Hearing(s), Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Ruling on Motion to Compel,,,,,,,,,,,,,,,,,,,,,,,,, Ruling on Motion for Protective Order,,,,,,,,,,,,,,,,,,,,,,,,,, Ruling on Joinder in Motion,,,,,, Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s),,,,,,,,,,,,,,,,, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Nance, Robert) (Entered: 10/31/2007) |
| 10/31/2007 | 1346 | ADOPTION (Re: 1279 RESPONSE in Opposition to Motion (Re: 1271 MOTION to Compel ) by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc. (Sanders, Robert) Modified on 11/1/2007 to correct title of event and correct link to Doc # 1278 (lml, Dpty Clk). Modified on 11/1/2007 to correct title to reflect correct event title; to remove link to 1278 , and to create a link to 1279 (crp, Dpty Clk). (Entered: 10/31/2007) |
| 10/31/2007 | 1347 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Sam A. Joyner (Re: 1345 Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (GKF1, Chambers) (Entered: 10/31/2007) |
| 11/01/2007 | | NOTICE of Docket Entry Modification; Error: This was e–filed as the incorrect event (Adoption) and was linked to Doc # 1279 in error); Correction: Edited docket text to reflect correct event (Joinder in Motion) and created link to Doc # 1278 (Re: 1346 JOINDER in Motion ) (lml, Dpty Clk) (Entered: 11/01/2007) |
| 11/01/2007 | | NOTICE of Docket Entry Modification; Error: Document No. 1346 was incorrectly titled as a Joinder in Motion and incorrectly linked to 1278 ; Correction: Corrected title to reflect correct event title (Adoption); removed link to 1278 , and created proper link to 1279 (Re: 1279 Response in Opposition to Motion, 1346 JOINDER in Motion ) (crp, Dpty Clk) (Entered: 11/01/2007) |
| 11/01/2007 | 1348 | JOINDER in Motion (Re: 1297 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Simmons Foods, Inc. (Bronson, Vicki) Modified on 11/2/2007 this is a multi–event document, but only 1 part was filed; attorney directed to file 2nd part (Adoption) (crp, Dpty Clk). (Entered: 11/01/2007) |
| 11/01/2007 | 1349 | JOINDER in Motion (Re: 1297 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc. |

| | | |
|---|---|---|
| | | (Sanders, Robert) Modified on 11/2/2007 this is a multi−event document, but only 1 part was filed; attorney directed to file 2nd part (Adoption) (crp, Dpty Clk). (Entered: 11/01/2007) |
| 11/01/2007 | 1350 | Unopposed MOTION To Remove Docket No. 1276 From November 6, 2007 Hearing Docket by Peterson Farms, Inc. (McDaniel, Archer) (Entered: 11/01/2007) |
| 11/01/2007 | 1351 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: Plaintiff's are granted until 11/12/07 to supplement their response* ; granting 1345 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (lmc, Dpty Clk) (Entered: 11/01/2007) |
| 11/01/2007 | 1352 | Unopposed MOTION for Leave to File Supplemental Brief in Support of Motion to Compel Plaintiffs to Designate Deponents Under Rule 30(B)(6) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 11/01/2007) |
| 11/01/2007 | 1353 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Sam A. Joyner (Re: 1350 Unopposed MOTION To Remove Docket No. 1276 From November 6, 2007 Hearing Docket ) (GKF1, Chambers) (Entered: 11/01/2007) |
| 11/01/2007 | 1354 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Sam A. Joyner (Re: 1349 JOINDER in Motion, 1348 JOINDER in Motion, 1346 JOINDER in Motion, 1324 MOTION to Accelerate Hearing(s)/Deadline(s)MOTION to Accelerate Hearing(s)/Deadline(s), 1352 Unopposed MOTION for Leave to File Supplemental Brief in Support of Motion to Compel Plaintiffs to Designate Deponents Under Rule 30(B)(6) ) (GKF1, Chambers) (Entered: 11/01/2007) |
| 11/02/2007 | 1355 | MINUTE ORDER by Court Clerk, Having reviewed the docket entry and/or PDF for Dkt # *1348*, the Court has determined that *this is a multi−event document, but only one part was filed*. Attorney *Vicki Bronson* is hereby directed to re−file *the second part of this multi−event document (Adoption)* within *48 hours*. (Re: 1348 JOINDER in Motion ) (crp, Dpty Clk) (Entered: 11/02/2007) |
| 11/02/2007 | | MINUTE ORDER by Court Clerk, Having reviewed the docket entry and/or PDF for Dkt # *1349*, the Court has determined that *this is a multi−event document, but only one part was filed*. Attorney *Robert Sanders* is hereby directed to re−file *the second part of this multi−event document (Adoption)* within *48 hours*. (Re: 1349 JOINDER in Motion ) (crp, Dpty Clk) (Entered: 11/02/2007) |
| 11/02/2007 | 1356 | MINUTE ORDER by Magistrate Judge Sam A Joyner ; setting/resetting deadline(s)/hearing(s): ; granting 1350 Motion for Miscellaneous Relief; granting 1352 Motion for Leave to File Document(s), Responses due by 11/5/2007 (Re: 1270 MOTION to Compel *Plaintiffs to Designate Deponents Under Rule 30(b)(6)*, 1276 MOTION to Compel *Regarding Agency Privilege Logs*, 1277 JOINDER in Motion ) (lmc, Dpty Clk) (Entered: 11/02/2007) |
| 11/02/2007 | 1357 | Supplemental BRIEF in Support of Motion (Re: 1270 MOTION to Compel *Plaintiffs to Designate Deponents Under Rule 30(b)(6)* ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 11/02/2007) |
| 11/02/2007 | 1358 | ADOPTION (Re: 1344 Reply to Response to Motion ) by Simmons Foods, Inc. (Bronson, Vicki) Modified on 11/5/2007; this document also contains a Joinder in Motion 1297 – see 1365 for entry (sac, Dpty Clk). (Entered: 11/02/2007) |

| 11/02/2007 | 1359 | REPLY to Response to Motion (Re: 1276 MOTION to Compel *Regarding Agency Privilege Logs* ) by Peterson Farms, Inc. ; (Hixon, Philip) (Entered: 11/02/2007) |
| --- | --- | --- |
| 11/02/2007 | 1360 | ADOPTION (Re: 1344 Reply to Response to Motion ) by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc. (Sanders, Robert) Modified on 11/5/2007; this documenta also contains a Joinder in Motion to 1297 – see 1366 for entry (sac, Dpty Clk). (Entered: 11/02/2007) |
| 11/02/2007 | 1361 | REPLY to Response to Motion (Re: 1309 MOTION for Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof* MOTION for Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 11/02/2007) |
| 11/02/2007 | 1362 | REPLY to Response to Motion (Re: 1279 Response in Opposition; 1271 Motion to Compel ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Garren, Richard) Modified on 11/5/2007 to change text to reflect correct event and change links accordingly (sac, Dpty Clk). (Entered: 11/02/2007) |
| 11/02/2007 | 1365 | JOINDER in Motion (Re: 1297 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (submitted as part of 1358 ) by Simmons Foods, Inc. (sac, Dpty Clk) (Entered: 11/05/2007) |
| 11/03/2007 | 1363 | REPLY to Response to Motion (Re: 1310 MOTION for Protective Order *Prohibiting Further Ex Parte Communications Between Plaintiffs' Counsel and Kerry Kinyon, and Striking Plaintiffs' Requests for Production of Documents* ) by Peterson Farms, Inc. ; (McDaniel, Archer) (Entered: 11/03/2007) |
| 11/05/2007 | 1364 | ATTORNEY APPEARANCE by Leslie Jane Southerland on behalf of Cargill, Inc., Cargill Turkey Production, LLC (Southerland, Leslie) (Entered: 11/05/2007) |
| 11/05/2007 | | NOTICE of Docket Entry Modification; Error: wrong event selected (Response in Opposition to Motion); linked to wrong document (1346); Correction: changed text to reflect correct event (Reply to Response to Motion); changed link to 1271 and 1279 (Re: 1362 Response in Opposition to Motion, ) (sac, Dpty Clk) (Entered: 11/05/2007) |
| 11/05/2007 | 1366 | JOINDER in Motion (Re: 1297 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (submitted as part of 1360 ) by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc. (sac, Dpty Clk) (Entered: 11/05/2007) |
| 11/05/2007 | | NOTICE of Docket Entry Modification; Error: the documents contain two events, one of which was not efiled, the Joinder in Motion; Correction: see 1365 and 1366 , respectively, for the Joinder in Motion entries (Re: 1360 Adoption, 1358 Adoption ) (sac, Dpty Clk) (Entered: 11/05/2007) |
| 11/06/2007 | 1367 | RESPONSE in Opposition to Motion (Re: 1349 JOINDER in Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of Environment, Office of; (Garren, Richard) Modified on 11/7/2007 to add filer (crp, Dpty Clk). (Entered: 11/06/2007) |
| 11/06/2007 | 1368 | RESPONSE in Opposition to Motion (Re: 1348 JOINDER in Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) Modified on 11/7/2007 to add a filer (crp, Dpty Clk). (Entered: |

| | | 11/06/2007) |
|---|---|---|
| 11/06/2007 | 1369 | MINUTES of Proceedings – held before Magistrate Judge Sam A Joyner : Motion Hearing held on 11/6/2007, striking/terminating deadline(s)/Hearing(s) (Re: 1334 MOTION to Compel *the Poultry Growers to Permit Sampling Requested in September 7, 2007 Subpoenas*, 1298 MOTION to Clarify */Reconsider*, 1349 JOINDER in Motion, 1311 MOTION for Protective Order *(submitted as part of 1306 )* MOTION for Protective Order *(submitted as part of 1306 )* MOTION for Protective Order *(submitted as part of 1306 )*, 1270 MOTION to Compel *Plaintiffs to Designate Deponents Under Rule 30(b)(6)*, 1348 JOINDER in Motion, 1299 JOINDER in Motion, 1309 MOTION for Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof* MOTION for Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof*, 1306 MOTION to Quash *Subpoenas for Inspection and Sampling of Premises Owned by Non−Parties and Brief in Support*, 1297 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s), 1271 MOTION to Compel, 1324 MOTION to Accelerate Hearing(s)/Deadline(s)MOTION to Accelerate Hearing(s)/Deadline(s), 1310 MOTION for Protective Order *Prohibiting Further Ex Parte Communications Between Plaintiffs' Counsel and Kerry Kinyon, and Striking Plaintiffs' Requests for Production of Documents*, 1329 JOINDER in Motion ) (Court Reporter: Greg Eustice) (lmc, Dpty Clk) (Entered: 11/07/2007) |
| 11/07/2007 | | NOTICE of Docket Entry Modification; Error: Oklahoma Secretary of Environment, Office of was not selected as a filer; Correction: Added Oklahoma Secretary of Environment, Office of as a filer (Re: 1367 Response in Opposition to Motion ) (crp, Dpty Clk) (Entered: 11/07/2007) |
| 11/07/2007 | | NOTICE of Docket Entry Modification; Error: Oklahoma Secretary of the Environment, Office of was not selected as a filer; Correction: Added Oklahoma Secretary of the Environment, Office of as a filer (Re: 1368 Response in Opposition to Motion ) (crp, Dpty Clk) (Entered: 11/07/2007) |
| 11/07/2007 | 1370 | ATTORNEY APPEARANCE by Daniel Patrick Lennington on behalf of Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Lennington, Daniel) (Entered: 11/07/2007) |
| 11/09/2007 | 1371 | MINUTE ORDER by Judge Gregory K Frizzell, setting/resetting deadline(s)/hearing(s):, Motion Hearing set for 1/9/2008 at 09:30 AM before Judge Gregory K Frizzell (Re: 1180 MOTION To Draw Jury Pool from Outside the Northern District of Oklahoma, 1076 MOTION for Judgment as a Matter of Law, 1217 MOTION to Certify Question to State Court, 1235 MOTION to Dismiss *Count 6 of Second Amended Complaint* ) (hbo, Dpty Clk) (Entered: 11/09/2007) |
| 11/13/2007 | 1372 | RESPONSE in Opposition to Motion (Re: 1340 MOTION for Sanctions ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 11/13/2007) |
| 11/14/2007 | 1373 | MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 11/14/2007) |
| 11/14/2007 | 1374 | EXHIBIT(S) *18* (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) |

| | | (Entered: 11/14/2007) |
|---|---|---|
| 11/14/2007 | 1375 | OPINION AND ORDER by Magistrate Judge Sam A Joyner ; setting/resetting deadline(s)/hearing(s): ; taking motion(s) under advisement; granting 1297 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s); granting 1298 Motion to Clarify; granting 1299 Joinder in Motion; denying 1306 Motion to Quash; granting in part and denying in part 1310 Motion for Protective Order; denying 1311 Motion for Protective Order; granting 1329 Joinder in Motion; granting 1334 Motion to Compel; granting 1348 Joinder in Motion; granting 1349 Joinder in Motion, Motion Hearing set for 12/6/2007 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 1297 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s), 1271 MOTION to Compel, 1270 MOTION to Compel *Plaintiffs to Designate Deponents Under Rule 30(b)(6)*, 1309 MOTION for Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof* MOTION for Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof*, 1276 MOTION to Compel *Regarding Agency Privilege Logs*, 1324 MOTION to Accelerate Hearing(s)/Deadline(s)MOTION to Accelerate Hearing(s)/Deadline(s), 1277 JOINDER in Motion ) (lmc, Dpty Clk) (Entered: 11/14/2007) |
| 11/15/2007 | 1376 | SCHEDULING ORDER by Magistrate Judge Sam A Joyner *(AMENDED)*, setting/resetting deadline(s)/hearing(s):, Discovery due by 3/2/2009,, Dispositive Motions due by 4/2/2009 (Re: 1297 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s), 1322 Response in Opposition to Motion ) (lmc, Dpty Clk) (Entered: 11/15/2007) |
| 11/15/2007 | 1377 | MINUTE ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s):, Motion Hearing set for 12/6/2007 at 09:30 AM before Magistrate Judge Sam A Joyner (Re: 1340 MOTION for Sanctions ) (lmc, Dpty Clk) (Entered: 11/15/2007) |
| 11/16/2007 | 1378 | MOTION for Hearing (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 11/16/2007) |
| 11/19/2007 | 1379 | RESPONSE in Opposition to Motion (Re: 1378 MOTION for Hearing ) by Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Tucker, John) (Entered: 11/19/2007) |
| 11/19/2007 | 1380 | MOTION for Extension of Time to Respond to Motion, MOTION Establishment of Schedule for Resolving Plaintiffs' Motion for Preliminary Injunction (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (George, Robert) (Entered: 11/19/2007) |
| 11/26/2007 | 1381 | REPLY to Response to Motion (Re: 1340 MOTION for Sanctions ) by Tyson Foods, Inc. ; (George, Robert) (Entered: 11/26/2007) |
| 11/28/2007 | 1382 | ORDER by Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): ; granting 1378 Motion for Hearing; granting 1380 Motion for Extension of Time to |

| | | Respond to Motion, Status Hearing set for 12/7/2007 at 09:30 AM before Judge Gregory K Frizzell, Responses due by 11/29/2007 (Re: 1380 MOTION for Extension of Time to Respond to Motion MOTION Establishment of Schedule for Resolving Plaintiffs' Motion for Preliminary Injunction ) (hbo, Dpty Clk) (Entered: 11/28/2007) |
|---|---|---|
| 11/29/2007 | 1383 | RESPONSE in Opposition to Motion (Re: 1380 MOTION for Extension of Time to Respond to Motion MOTION Establishment of Schedule for Resolving Plaintiffs' Motion for Preliminary Injunction ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 11/29/2007) |
| 11/30/2007 | 1384 | ORDER by Judge Gregory K Frizzell *(re meet & confer prior to the 12/7/07 phone conference)*, setting/resetting deadline(s)/hearing(s):, Miscellaneous Deadline set for 12/6/2007 (hbo, Dpty Clk) (Entered: 11/30/2007) |
| 11/30/2007 | 1385 | STATUS REPORT by Cargill, Inc., Cargill Turkey Production, LLC, Attorney General of the State of Oklahoma (Tucker, John) (Entered: 11/30/2007) |
| 12/03/2007 | 1386 | MOTION to Reconsider *Amended Scheduling Order* (Re: 1376 Scheduling Order,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s),, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 12/03/2007) |
| 12/03/2007 | 1387 | TRANSCRIPT of Proceedings of Motion Hearing held on 11/06/2007 before Magistrate Judge Sam A Joyner (Court Reporter: Greg Eustice) (Pages: 200) (Re: 1369 Minutes of Motion Hearing,,,,,,, Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s) ) (sam, Dpty Clk) (Entered: 12/04/2007) Contains One or More Restricted PDFs |
| 12/04/2007 | 1388 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1386 MOTION to Reconsider *Amended Scheduling Order* ) (GKF1, Chambers) (Entered: 12/04/2007) |
| 12/04/2007 | 1389 | BRIEF in Support of Motion (Re: 1252 MOTION for Sanctions ) by Cargill, Inc., Cargill Turkey Production, LLC ; (Tucker, John) (Entered: 12/04/2007) |
| 12/05/2007 | 1390 | NOTICE Advice to the Court by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 12/05/2007) |
| 12/05/2007 | 1391 | MINUTE ORDER by Magistrate Judge Sam A Joyner *; All parties should be prepared to address ESI issues at the hearing on December 6, 2007* (s−kjp, Dpty Clk) (Entered: 12/05/2007) |
| 12/05/2007 | 1392 | JOINDER in Motion (Re: 1380 MOTION for Extension of Time to Respond to Motion MOTION Establishment of Schedule for Resolving Plaintiffs' Motion for Preliminary Injunction ) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 12/05/2007) |
| 12/05/2007 | 1393 | RESPONSE in Support of Motion (Re: 1380 MOTION for Extension of Time to Respond to Motion MOTION Establishment of Schedule for Resolving Plaintiffs' Motion for Preliminary Injunction ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 12/05/2007) |

| 12/05/2007 | 1394 | REPLY to Response to Motion (Re: 1380 MOTION for Extension of Time to Respond to Motion MOTION Establishment of Schedule for Resolving Plaintiffs' Motion for Preliminary Injunction ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (George, Robert) (Entered: 12/05/2007) |
|---|---|---|
| 12/06/2007 | 1395 | REPORT *to Court by State of Oklahoma Regarding Conference with Defendants and Proposed Schedule for Adjudication of the State's Motion for Preliminary Injunction* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 12/06/2007) |
| 12/06/2007 | 1396 | ERRATA/CORRECTION (Re: 1389 Brief in Support of Motion ) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 12/06/2007) |
| 12/06/2007 | 1397 | STATUS REPORT by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (McDaniel, Archer) (Entered: 12/06/2007) |
| 12/06/2007 | 1398 | MOTION for Leave to File Motion of Poultry Partners, Inc., for Permission to File Brief as Amicus Curiae in Opposition to the Plaintiffs' Motion for Preliminary Injunction and Integrated Brief in Support Thereof (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Poultry Partners, Inc. (Williams, Dale) (Entered: 12/06/2007) |
| 12/06/2007 | 1399 | ATTORNEY APPEARANCE by Richard C Ford on behalf of Oklahoma Farm Bureau, Inc. (Ford, Richard) (Entered: 12/06/2007) |
| 12/06/2007 | 1400 | ATTORNEY APPEARANCE by LeAnne Turner Burnett on behalf of Oklahoma Farm Bureau, Inc. (Burnett, LeAnne) (Entered: 12/06/2007) |
| 12/06/2007 | 1401 | CORPORATE DISCLOSURE STATEMENT as to Oklahoma Farm Bureau, Inc. by Oklahoma Farm Bureau, Inc. (Burnett, LeAnne) (Entered: 12/06/2007) |
| 12/06/2007 | 1402 | MOTION for Leave to File Brief as Amicus Curiae in Opposition to the Plaintiffs' Motion for Preliminary Injunction and Brief in Support Thereof (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Oklahoma Farm Bureau, Inc. (Burnett, LeAnne) (Entered: 12/06/2007) |
| 12/06/2007 | 1403 | MOTION for Leave to File State of Arkansas' Request for Leave to file Amicus Brief by State of Arkansas (Moulton, Charles) (Entered: 12/06/2007) |
| 12/06/2007 | 1404 | MINUTES of Proceedings – held before Magistrate Judge Sam A Joyner : Motion Hearing held on 12/6/2007 (Re: 1340 MOTION for Sanctions, 1276 MOTION to Compel *Regarding Agency Privilege Logs*, 1270 MOTION to Compel *Plaintiffs to Designate Deponents Under Rule 30(b)(6)*, 1309 MOTION for Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof* MOTION for Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof*, 1277 JOINDER in Motion, 1271 MOTION to Compel ) (Court Reporter: Glen Dorrough) (s−kjp, Dpty Clk) (Entered: 12/06/2007) |
| 12/06/2007 | 1405 | |

| | | MOTION to Strike Document(s) (Re: 1394 Reply to Response to Motion, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 12/06/2007) |
| --- | --- | --- |
| 12/06/2007 | 1406 | MOTION to Strike Document(s) (Re: 1393 Response in Support of Motion, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 12/06/2007) |
| 12/07/2007 | 1407 | MINUTE ORDER by Court Clerk, directing Poultry Partners, Inc. and Oklahoma Farm Bureau, Inc. to file a Corporate Disclosure Statement pursuant to FRCvP 7.1 within five (5) days of this order, if they have not already done so. The parties shall use the form entitled Corporate Disclosure Statement available on the Courts website (please do not refile if already filed on non–court form unless directed to do so). If you have already filed your Corporate Disclosure Statement in this case, you are reminded to file a Supplemental Corporate Disclosure Statement within a reasonable time of any change in the information that the statement requires. (s–tjc, Dpty Clk) (Entered: 12/07/2007) |
| 12/07/2007 | 1408 | CORPORATE DISCLOSURE STATEMENT as to Poultry Partners, Inc. by Poultry Partners, Inc. (Williams, Dale) (Entered: 12/07/2007) |
| 12/07/2007 | 1409 | OPINION AND ORDER by Magistrate Judge Sam A Joyner ; setting/resetting deadline(s)/hearing(s): ; granting in part and denying in part 1271 Motion to Compel; granting in part and taking under advisement in part 1276 Motion to Compel; granting 1277 Joinder in Motion; finding as moot 1324 Motion to Accelerate Hearing(s)/Deadline(s); denying 1340 Motion for Sanctions, Miscellaneous Deadline set for 1/11/2008 (jcm, Dpty Clk) Modified on 12/12/2007 to show correct ruling on 1276 (lmc, Dpty Clk). (Entered: 12/07/2007) |
| 12/07/2007 | 1410 | MINUTES of Proceedings – held before Judge Gregory K Frizzell : Scheduling Conference held on 12/7/2007 ; setting/resetting deadline(s)/hearing(s): ; granting 1380 Motion for Miscellaneous Relief; granting 1392 Joinder in Motion; denying 1405 Motion to Strike Document(s); denying 1406 Motion to Strike Document(s), Responses due by 2/8/2008, Motion Hearing set for 2/19/2008 at 09:30 AM before Judge Gregory K Frizzell (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) Modified 12/12/2007 to correct the date of hearing (hbo, Dpty Clk). (Entered: 12/10/2007) |
| 12/11/2007 | 1411 | TRANSCRIPT of Proceedings of scheduling conference held on 12/07/2007 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1–50) (Re: 1410 Minutes of Scheduling Conference,,, Setting/Resetting Motion and R&R Deadline(s)/Hearing(s), Setting/Resetting Motion and R&R Deadline(s)/Hearing(s), Setting/Resetting Motion and R&R Deadline(s)/Hearing(s),,,, Ruling on Motion for Miscellaneous Relief,,, Ruling on Joinder in Motion,,, Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s) ) (grd, Crt Rptr) (Entered: 12/11/2007) Contains One or More Restricted PDFs |
| 12/17/2007 | 1412 | ORDER by Judge Gregory K Frizzell *appointing Chief Judge Eagan as settlement judge* (GKF1, Chambers) (Entered: 12/17/2007) |
| 12/18/2007 | 1413 | RESPONSE (Re: 1389 Brief in Support of Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Nance, |

| | | Robert) (Entered: 12/18/2007) |
|---|---|---|
| 12/19/2007 | 1414 | MOTION to Compel *(Emergency)* the Setting of a Reasonable Schedule for Expert Depositions and the Timely Production of Related Documents by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (George, Robert) (Entered: 12/19/2007) |
| 12/20/2007 | 1415 | MINUTE ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s): *An expedited telephone conference /*, Motion Hearing set for 12/21/2007 at 10:00 AM before Magistrate Judge Sam A Joyner (Re: 1414 MOTION to Compel *(Emergency)* the Setting of a Reasonable Schedule for Expert Depositions and the Timely Production of Related Documents MOTION to Compel *(Emergency)* the Setting of a Reasonable Schedule for Expert Depositions and the Timely Production of Related Documents ) (lmc, Dpty Clk) (Entered: 12/20/2007) |
| 12/20/2007 | 1416 | SUPPLEMENT (Re: 1374 Exhibit(s) in Support of Document(s), 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 12/20/2007) |
| 12/20/2007 | 1417 | RESPONSE in Opposition to Motion (Re: 1414 MOTION to Compel *(Emergency) the Setting of a Reasonable Schedule for Expert Depositions and the Timely Production of Related Documents* MOTION to Compel *(Emergency) the Setting of a Reasonable Schedule for Expert Depositions and the Timely Production of Related Documents* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Garren, Richard) (Entered: 12/20/2007) |
| 12/21/2007 | 1418 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 12/21/2007) |
| 12/21/2007 | 1419 | RESPONSE in Opposition to Motion (Re: 1403 MOTION for Leave to File State of Arkansas' Request for Leave to file Amicus Brief ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Garren, Richard) (Entered: 12/21/2007) |
| 12/21/2007 | 1420 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1418 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (GKF1, Chambers) (Entered: 12/21/2007) |
| 12/21/2007 | 1421 | RESPONSE in Opposition to Motion (Re: 1398 MOTION for Leave to File Motion of Poultry Partners, Inc., for Permission to File Brief as Amicus Curiae in Opposition to the Plaintiffs' Motion for Preliminary Injunction and Integrated Brief in Support Thereof ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) (Entered: 12/21/2007) |
| 12/21/2007 | 1422 | Joint RESPONSE in Opposition to Motion (Re: 1386 MOTION to Reconsider *Amended Scheduling Order* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (Tucker, |

| | | John) (Entered: 12/21/2007) |
|---|---|---|
| 12/21/2007 | 1423 | RESPONSE in Opposition to Motion (Re: 1402 MOTION for Leave to File Brief as Amicus Curiae in Opposition to the Plaintiffs' Motion for Preliminary Injunction and Brief in Support Thereof ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Garren, Richard) (Entered: 12/21/2007) |
| 12/21/2007 | 1424 | MINUTES of Proceedings – held before Magistrate Judge Sam A Joyner : Motion Hearing held on 12/21/2007, striking/terminating deadline(s)/Hearing(s) (Re: 1414 MOTION to Compel *(Emergency) the Setting of a Reasonable Schedule for Expert Depositions and the Timely Production of Related Documents* MOTION to Compel *(Emergency) the Setting of a Reasonable Schedule for Expert Depositions and the Timely Production of Related Documents* ) (Court Reporter: C1) (lmc, Dpty Clk) (Entered: 12/21/2007) |
| 12/26/2007 | 1425 | ORDER by Magistrate Judge Sam A Joyner ; granting 1414 Motion to Compel (lmc, Dpty Clk) (Entered: 12/26/2007) |
| 12/28/2007 | 1426 | TRANSCRIPT of Proceedings of motion hearing held on 12/06/07 before Magistrate Judge Sam A Joyner (Court Reporter: Glen Dorrough) (Pages: 1–146) (Re: 1404 Minutes of Motion Hearing,, ) (grd, Crt Rptr) (Entered: 12/28/2007) Contains One or More Restricted PDFs |
| 12/28/2007 | 1427 | NOTICE of Advice to the Court by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (George, Robert) Additional attachment(s) added on 1/8/2008 to add STRICKEN watermark per Order # 1435 (lml, Dpty Clk). (Entered: 12/28/2007) |
| 12/31/2007 | 1428 | REPLY to Response to Motion (Re: 1403 MOTION for Leave to File State of Arkansas' Request for Leave to file Amicus Brief ) by State of Arkansas ; (Moulton, Charles) (Entered: 12/31/2007) |
| 01/03/2008 | 1429 | MOTION to Strike Document(s) *Defendants' Notice of Advice to the Court* (Re: 1427 Notice (Other), Notice (Other) ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) Modified on 1/4/2008 to add filer (crp, Dpty Clk). (Entered: 01/03/2008) |
| 01/04/2008 | | NOTICE of Docket Entry Modification; Error: The Office of Oklahoma Secretary of the Environment was not selected as a filer; Correction: Added Office of Oklahoma Secretary of the Environment as a filer (Re: 1429 MOTION to Strike Document(s) *Defendants' Notice of Advice to the Court* MOTION to Strike Document(s) *Defendants' Notice of Advice to the Court* ) (crp, Dpty Clk) (Entered: 01/04/2008) |
| 01/04/2008 | 1430 | REPLY to Response to Motion (Re: 1398 MOTION for Leave to File Motion of Poultry Partners, Inc., for Permission to File Brief as Amicus Curiae in Opposition to the Plaintiffs' Motion for Preliminary Injunction and Integrated Brief in Support Thereof ) by Poultry Partners, Inc. ; (Williams, Dale) (Entered: 01/04/2008) |
| 01/04/2008 | 1431 | MOTION for Attorney(s) Woody Bassett to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 378502) by George's, Inc., George's Farms, Inc. (With |

| | | attachments) (Rose, Randall) (Entered: 01/04/2008) |
|---|---|---|
| 01/04/2008 | 1432 | REPLY to Response to Motion (Re: 1386 MOTION to Reconsider *Amended Scheduling Order* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 01/04/2008) |
| 01/04/2008 | 1433 | REPLY to Response to Motion (Re: 1402 MOTION for Leave to File Brief as Amicus Curiae in Opposition to the Plaintiffs' Motion for Preliminary Injunction and Brief in Support Thereof ) by Oklahoma Farm Bureau, Inc. ; (Burnett, LeAnne) (Entered: 01/04/2008) |
| 01/07/2008 | 1434 | ORDER by Judge Gregory K Frizzell ; adding attorney Woody Bassett for George's, Inc. and George's Farms, Inc. ; granting 1431 Motion for Admission Pro Hac Vice (GKF1, Chambers) (Entered: 01/07/2008) |
| 01/07/2008 | 1435 | ORDER by Judge Gregory K Frizzell ; denying 1076 Motion for Judgment as a Matter of Law; granting 1429 Motion to Strike Document(s) (hbo, Dpty Clk) (Entered: 01/07/2008) |
| 01/07/2008 | 1436 | ORDER by Judge Gregory K Frizzell *(denied without prejudice as premature)* ; denying 1180 Motion for Miscellaneous Relief (hbo, Dpty Clk) (Entered: 01/07/2008) |
| 01/07/2008 | 1437 | ORDER by Judge Gregory K Frizzell ; denying 1217 Motion to Certify Question to State Court (hbo, Dpty Clk) (Entered: 01/07/2008) |
| 01/07/2008 | 1438 | Joint MOTION for Extension of Time to Respond to Motion (Re: 1418 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Graves, James) Modified on 1/8/2008 to add filers; This is also a multi–part motion, see Doc # 1442 for second part (lml, Dpty Clk). (Entered: 01/07/2008) |
| 01/07/2008 | 1439 | ORDER by Judge Gregory K Frizzell ; denying 1235 Motion to Dismiss (hbo, Dpty Clk) (Entered: 01/07/2008) |
| 01/07/2008 | 1440 | MINUTE ORDER by Judge Gregory K Frizzell *It is ordered that the Motion hearing set for January 9, 2008 is stricken*, striking/terminating deadline(s)/Hearing(s) (hbo, Dpty Clk) (Entered: 01/07/2008) |
| 01/07/2008 | 1441 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1438 Joint MOTION for Extension of Time to Respond to Motion *State of Oklahoma'* ) (GKF1, Chambers) (Entered: 01/07/2008) |
| 01/07/2008 | 1442 | Joint MOTION for Hearing *(Expedited) (SUBMITTED AS DOC # 1438 )* (Re: 1438 Joint MOTION for Extension of Time to Respond to Motion *State of Oklahoma'* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (lml, Dpty Clk) (Entered: 01/08/2008) |
| 01/08/2008 | | NOTICE of Docket Entry Modification; Error: Document No. 1438 is a multi–part motion, but only one part was e–filed and all filers were not selected; Correction: |

| | | |
|---|---|---|
| | | Filed the second motion part (Motion for Hearing−expedited) as Document No. 1442 and added defendants as filers (Re: <u>1438</u> Joint MOTION for Extension of Time to Respond to Motion *State of Oklahoma'*, 1442 Joint MOTION for Hearing *(Expedited) (SUBMITTED AS DOC # <u>1438</u> )*Joint MOTION for Hearing *(Expedited) (SUBMITTED AS DOC # <u>1438</u> )* ) (lml, Dpty Clk) (Entered: 01/08/2008) |
| 01/08/2008 | | ***Motion(s) Referred to Magistrate Judge Joyner (Re: 1442 Joint MOTION for Hearing *(Expedited) (SUBMITTED AS DOC # <u>1438</u> )*Joint MOTION for Hearing *(Expedited) (SUBMITTED AS DOC # <u>1438</u> )* ) (see document number 1441 ) (lml, Dpty Clk) (Entered: 01/08/2008) |
| 01/08/2008 | <u>1443</u> | RESPONSE in Opposition to Motion (Re: <u>1438</u> Joint MOTION for Extension of Time to Respond to Motion *State of Oklahoma'* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) (Entered: 01/08/2008) |
| 01/08/2008 | <u>1444</u> | TRANSCRIPT of Proceedings of motion hearing held on 05/02/2007 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1−32) (Re: <u>1141</u> Minutes of Motion Hearing,, Ruling on Motion to Intervene,, Ruling on Motion to Amend,, Hearing Held,, Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s) ) (grd, Crt Rptr) (Entered: 01/08/2008) Contains One or More Restricted PDFs |
| 01/08/2008 | <u>1445</u> | ORDER by Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): ; granting <u>1403</u> Motion for Leave to File Document(s), Miscellaneous Deadline set for 2/15/2008 (Re: <u>1373</u> MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) (GKF1, Chambers) (Entered: 01/08/2008) |
| 01/08/2008 | <u>1446</u> | ORDER by Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): ; granting <u>1402</u> Motion for Leave to File Document(s), Miscellaneous Deadline set for 2/15/2008 (Re: <u>1373</u> MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) (hbo, Dpty Clk) (Entered: 01/08/2008) |
| 01/08/2008 | <u>1447</u> | ORDER by Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): ; granting <u>1398</u> Motion for Leave to File Document(s), Miscellaneous Deadline set for 2/15/2008 (Re: <u>1373</u> MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) (hbo, Dpty Clk) (Entered: 01/08/2008) |
| 01/08/2008 | <u>1448</u> | MINUTE ORDER by Magistrate Judge Sam A Joyner ; taking motion(s) under advisement; denying 1442 Motion for Hearing (Re: <u>1418</u> MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s), <u>1438</u> Joint MOTION for Extension of Time to Respond to Motion *State of Oklahoma'* ) (lmc, Dpty Clk) (Entered: 01/08/2008) |
| 01/09/2008 | <u>1449</u> | Joint REPLY to Response to Motion (Re: <u>1438</u> Joint MOTION for Extension of Time to Respond to Motion *State of Oklahoma'* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (Graves, James) (Entered: 01/09/2008) |
| 01/10/2008 | <u>1450</u> | MOTION for Leave to File Amended Answers to Add CounterClaims by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 01/10/2008) |

| 01/11/2008 | 1451 | OPINION AND ORDER by Magistrate Judge Sam A Joyner ; denying 1252 Motion for Sanctions (lmc, Dpty Clk) (Entered: 01/11/2008) |
|---|---|---|
| 01/11/2008 | 1452 | STATUS REPORT by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Nance, Robert) (Entered: 01/11/2008) |
| 01/11/2008 | 1453 | STATUS REPORT by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 01/11/2008) |
| 01/14/2008 | 1454 | JOINDER in Motion (Re: 1450 MOTION for Leave to File Amended Answers to Add CounterClaims ) by Peterson Farms, Inc. (With attachments) (Longwell, Nicole) (Entered: 01/14/2008) |
| 01/14/2008 | 1455 | JOINDER in Motion (Re: 1450 Cargill Defendants' Motion for Leave to Amend Answers to Add Counterclaim) by Willow Brook Foods, Inc. (With attachments) (Griffin, Jennifer) Modified on 1/15/2008 to create link to 1450 and change text to reflect correct event (sac, Dpty Clk). (Entered: 01/14/2008) |
| 01/14/2008 | 1456 | JOINDER in Motion (Re: 1450 MOTION for Leave to File Amended Answers to Add CounterClaims ) by George's, Inc., George's Farms, Inc. (Graves, James) (Entered: 01/14/2008) |
| 01/14/2008 | 1457 | MOTION to Strike (Re: 1453 Status Report ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) Modified on 1/15/2008 to change text to reflect correct event (sac, Dpty Clk). (Entered: 01/14/2008) |
| 01/14/2008 | 1458 | ATTORNEY APPEARANCE by Woody Bassett on behalf of George's, Inc., George's Farms, Inc. (Bassett, Woody) (Entered: 01/14/2008) |
| 01/15/2008 | | NOTICE of Docket Entry Modification; Error: wrong event selected (Motion for Leave to File Documents); Correction: changed text to reflect correct event (Joinder in Motion) and created link to 1450 (Re: 1455 JOINDER in Motion ) (sac, Dpty Clk) (Entered: 01/15/2008) |
| 01/15/2008 | 1459 | OPINION AND ORDER by Magistrate Judge Sam A Joyner ; setting/resetting scheduling order date(s): ; granting in part and denying in part 1386 Motion to Reconsider, Discovery due by 4/2/2009,, Dispositive Motions due by 5/15/2009 (Re: 1376 Scheduling Order,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s),, ) (lmc, Dpty Clk) (Entered: 01/15/2008) |
| 01/15/2008 | 1460 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1457 MOTION to Strike ) (GKF1, Chambers) (Entered: 01/15/2008) |
| 01/16/2008 | 1461 | JOINDER in Motion (Re: 1450 MOTION for Leave to File Amended Answers to Add CounterClaims ) by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc. (With attachments) (Redemann, Robert) (Entered: 01/16/2008) |
| 01/16/2008 | 1462 | MINUTE ORDER by Magistrate Judge Sam A Joyner ; striking/withdrawing document(s); denying 1457 Motion to Strike (Re: 1452 Status Report, 1453 Status Report, 1270 MOTION to Compel *Plaintiffs to Designate Deponents Under Rule 30(b)(6)*, 1309 MOTION for Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof* MOTION for Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof* ) (Documents Terminated: 1309 MOTION for |

| | | Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof* MOTION for Protective Order *Regarding the Conduct of 30(b)(6) Depositions of the State and Integrated Brief in Support Thereof*, 1270 MOTION to Compel *Plaintiffs to Designate Deponents Under Rule 30(b)(6)* ) (lmc, Dpty Clk) (Entered: 01/16/2008) |
|---|---|---|
| 01/16/2008 | 1463 | OPINION AND ORDER by Magistrate Judge Sam A Joyner ; granting in part and denying in part 1276 Motion to Compel (lmc, Dpty Clk) (Entered: 01/16/2008) |
| 01/16/2008 | 1464 | JOINDER in Motion (Re: 1450 MOTION for Leave to File Amended Answers to Add CounterClaims ) by Simmons Foods, Inc. (Bronson, Vicki) (Entered: 01/16/2008) |
| 01/22/2008 | 1465 | MOTION for Hearing */Status Conference Regarding Matters Pertaining to the State's Motion for Preliminary Injunction, Expedited Consideration Requested* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 01/22/2008) |
| 01/23/2008 | 1466 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1465 MOTION for Hearing */Status Conference Regarding Matters Pertaining to the State's Motion for Preliminary Injunction, Expedited Consideration Requested* ) (GKF1, Chambers) (Entered: 01/23/2008) |
| 01/23/2008 | 1467 | MINUTE ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s): *Responses and relpy due by noon on due date* ( Responses due by 1/28/2008, Replies due by 1/30/2008, Motion Hearing set for 1/31/2008 at 09:30 AM before Magistrate Judge Sam A Joyner) (Re: 1465 MOTION for Hearing */Status Conference Regarding Matters Pertaining to the State's Motion for Preliminary Injunction, Expedited Consideration Requested* ) (jcm, Dpty Clk) (Entered: 01/23/2008) |
| 01/23/2008 | 1468 | JOINDER in Motion (Re: 1450 MOTION for Leave to File Amended Answers to Add CounterClaims ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (With attachments) (Jantzen, Stephen) (Entered: 01/23/2008) |
| 01/25/2008 | 1469 | MOTION for Sanctions by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 01/25/2008) |
| 01/25/2008 | 1470 | OBJECTION *to the Amended Scheduling Order* (Re: 1376 Scheduling Order,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s),, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 01/25/2008) |
| 01/25/2008 | 1471 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 01/25/2008) |
| 01/28/2008 | 1472 | MINUTE ORDER by Magistrate Judge Sam A Joyner *granting Cargill Defendants' Motion to Reset the Hearing set for 1/31/08 1471 . A telephone conference is set for 1/30/08 at 1:30 PM on Plaintiff's Motion to Expand the Discovery Period 1418 and Plaintiff's Motion for Status Conference Regarding Matters Pertaining to the State's Motion for Preliminary Injunction 1465 . Cargills' counsel to set up conference call.* ; setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 1/30/2008 at 01:30 PM before Magistrate Judge Sam A Joyner); granting 1471 Motion to |

| | | |
|---|---|---|
| | | Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: <u>1418</u> MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s), <u>1465</u> MOTION for Hearing */Status Conference Regarding Matters Pertaining to the State's Motion for Preliminary Injunction, Expedited Consideration Requested* ) (lmc, Dpty Clk) (Entered: 01/28/2008) |
| 01/28/2008 | 1473 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: The Minute Order entered 1/28/08 1472 is amended as follows: Defendants' Joint Motion to Expand the Time to Respond to Plaintiff's Motion to Expand the Discovery Period <u>1438</u> and Plaintiff's Motion for Status Conference Regarding Matters Pertaining to the State's Motion for Preliminary Injunction <u>1465</u> will be addressed at the telephone hearing on 1/30/08 at 1:30 PM. Plaintiff's Motion to Expand Discovery Period <u>1418</u> remains stayed pending ruling on <u>1438</u> .,* setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 1/30/2008 at 01:30 PM before Magistrate Judge Sam A Joyner) (Re: <u>1438</u> Joint MOTION for Extension of Time to Respond to Motion *State of Oklahoma'*, <u>1465</u> MOTION for Hearing */Status Conference Regarding Matters Pertaining to the State's Motion for Preliminary Injunction, Expedited Consideration Requested*, <u>1418</u> MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s), 1472 Minute Order,,,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (lmc, Dpty Clk) (Entered: 01/28/2008) |
| 01/28/2008 | <u>1474</u> | MOTION to Enforce *Compliance with January 16, 2008 Order* by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) Modified on 1/29/2008, this is a multi–part motion, but only 1 part was filed; Clerk's Office filed 2nd part (Motion to Strike Document(s)) as 1488 , and removed language from this text regarding 2nd part of multi–part motion (crp, Dpty Clk). (Entered: 01/28/2008) |
| 01/28/2008 | 1475 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: <u>1469</u> MOTION for Sanctions ) (GKF1, Chambers) (Entered: 01/28/2008) |
| 01/28/2008 | 1476 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: <u>1474</u> MOTION to Enforce *Compliance with January 16, 2008 Order and to Strike Plaintiffs' Motion for Sanctions* ) (GKF1, Chambers) (Entered: 01/28/2008) |
| 01/28/2008 | <u>1477</u> | RESPONSE in Opposition to Motion (Re: <u>1450</u> MOTION for Leave to File Amended Answers to Add CounterClaims ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 01/28/2008) |
| 01/28/2008 | <u>1478</u> | RESPONSE in Opposition to Motion (Re: <u>1465</u> MOTION for Hearing */Status Conference Regarding Matters Pertaining to the State's Motion for Preliminary Injunction, Expedited Consideration Requested* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Tucker, John) (Entered: 01/28/2008) |

| 01/28/2008 | 1479 | RESPONSE in Opposition to Motion (Re: 1464 JOINDER in Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 01/28/2008) |
| --- | --- | --- |
| 01/28/2008 | 1480 | RESPONSE in Opposition to Motion (Re: 1454 JOINDER in Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 01/28/2008) |
| 01/28/2008 | 1481 | RESPONSE in Opposition to Motion (Re: 1456 JOINDER in Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 01/28/2008) |
| 01/28/2008 | 1482 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (McDaniel, Archer) Modified on 1/29/2008 this is a multi–part motion, but only 1 part was filed; Clerk's Office filed 2nd part (Motion for Extension of Time to Respond to Motion) as 1492 , and removed language from this text regarding 2nd part of multi–part motion (crp, Dpty Clk). (Entered: 01/28/2008) |
| 01/28/2008 | 1483 | MOTION to Expedite Ruling (Re: 1482 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction, 1492 MOTION for Extension of Time to Respond to Motion (Submitted as part of 1482 )* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (McDaniel, Archer) Modified on 1/29/2008 to create a link to 1492 (crp, Dpty Clk). (Entered: 01/28/2008) |
| 01/28/2008 | 1484 | MOTION to Quash *Rule 30(B)(6) Notices or* by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) Modified on 1/29/2008 this is a multi–part motion, but only 1 part was filed; Clerk's Office filed 2nd part (Motion for Protective Order) as 1493 , and removed language from this text regarding 2nd part of multi–part motion (crp, Dpty Clk). (Entered: 01/28/2008) |
| 01/28/2008 | 1485 | MOTION for Hearing */ Request That Its Motion For Sanctions Against The Cargill Defendants Be Added To The January 30, 2008 Hearing Agenda* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 01/28/2008) |
| 01/28/2008 | 1486 | MOTION to Reconsider (Re: 1463 Opinion and Order, Ruling on Motion to Compel ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Nance, Robert) (Entered: 01/28/2008) |
| 01/28/2008 | 1487 | MOTION to Stay *of Applicability of Order Pending Resolution of Motion for Reconsideration of Court's Opinion and Order (Dkt # 1463) With Request for Expedited Hearing on January 30, 2008* by Attorney General of the State of |

| | | Oklahoma, Oklahoma Secretary of the Environment, Office of (Nance, Robert) (Entered: 01/28/2008) |
|---|---|---|
| 01/28/2008 | 1488 | MOTION to Strike Document(s) *(Submitted as part of 1474 )* (Re: 1469 MOTION for Sanctions ) by Cargill, Inc., Cargill Turkey Production, LLC (crp, Dpty Clk) (Entered: 01/29/2008) |
| 01/28/2008 | 1492 | MOTION for Extension of Time to Respond to Motion *(Submitted as part of 1482 )* (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (crp, Dpty Clk) (Entered: 01/29/2008) |
| 01/28/2008 | 1493 | MOTION for Protective Order *and Integrated Brief in Support (Submitted as part of 1484 )* by Cargill, Inc., Cargill Turkey Production, LLC (crp, Dpty Clk) (Entered: 01/29/2008) |
| 01/29/2008 | 1489 | RESPONSE in Opposition to Motion (Re: 1468 JOINDER in Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 01/29/2008) |
| 01/29/2008 | | NOTICE of Docket Entry Modification; Error: Document No. 1474 is a multi–part motion, but only 1 part was filed (Motion to Enforce); Correction: Clerk's Office filed 2nd part (Motion to Strike Document(s)) as 1488 (Re: 1488 MOTION to Strike Document(s) *(Submitted as part of 1474 )*, 1474 MOTION to Enforce *Compliance with January 16, 2008 Order* ) (crp, Dpty Clk) (Entered: 01/29/2008) |
| 01/29/2008 | 1490 | RESPONSE in Opposition to Motion (Re: 1455 JOINDER in Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 01/29/2008) |
| 01/29/2008 | | ***Motion(s) Referred to Magistrate Judge Joyner (Re: 1488 MOTION to Strike Document(s) *(Submitted as part of 1474 )* ) (crp, Dpty Clk) (Entered: 01/29/2008) |
| 01/29/2008 | 1491 | RESPONSE in Opposition to Motion (Re: 1461 JOINDER in Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 01/29/2008) |
| 01/29/2008 | | NOTICE of Docket Entry Modification; Error: Document No. 1482 is a multi–part motion, but only 1 part was filed (Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s)); Correction: Clerk's Office filed 2nd part (Motion for Extension of Time to Respond to Motion) as 1492 , and removed language from text of 1482 regarding 2nd part of this multi–part motion (Re: 1482 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Response Thereto* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Response Thereto* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Response Thereto* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Response Thereto*, 1492 MOTION for Extension of Time to Respond to Motion *(Submitted as part of 1482 )* MOTION for |

| | | |
|---|---|---|
| | | Extension of Time to Respond to Motion (*Submitted as part of 1482* ) ) (crp, Dpty Clk) (Entered: 01/29/2008) |
| 01/29/2008 | | NOTICE of Docket Entry Modification; Error: Document No. 1484 is a multi–part motion, but only 1 part was filed (Motion to Quash); Correction: Clerk's Office filed 2nd part (Motion for Protective Order) as 1493 , and removed language from text of 1484 regarding 2nd part of multi–part motion (Re: 1484 MOTION to Quash *Rule 30(B)(6) Notices or For Protective Order* MOTION to Quash *Rule 30(B)(6) Notices or For Protective Order*, 1493 MOTION for Protective Order *and Integrated Brief in Support (Submitted as part of 1484* ) ) (crp, Dpty Clk) (Entered: 01/29/2008) |
| 01/29/2008 | 1494 | RESPONSE in Opposition to Motion (Re: 1485 MOTION for Hearing */ Request That Its Motion For Sanctions Against The Cargill Defendants Be Added To The January 30, 2008 Hearing Agenda* ) by Cargill, Inc., Cargill Turkey Production, LLC ; (Tucker, John) (Entered: 01/29/2008) |
| 01/29/2008 | 1495 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1487 MOTION to Stay *of Applicability of Order Pending Resolution of Motion for Reconsideration of Court's Opinion and Order (Dkt # 1463) With Request for Expedited Hearing on January 30, 2008* MOTION to Stay *of Applicability of Order Pending Resolution of Motion for Reconsideration of Court's Opinion and Order (Dkt # 1463) With Request for Expedited Hearing on January 30, 2008*, 1486 MOTION to Reconsider, 1485 MOTION for Hearing */ Request That Its Motion For Sanctions Against The Cargill Defendants Be Added To The January 30, 2008 Hearing Agenda* ) (GKF1, Chambers) (Entered: 01/29/2008) |
| 01/29/2008 | 1496 | MINUTE ORDER by Magistrate Judge Sam A Joyner ; setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 1/30/2008 at 01:30 PM before Magistrate Judge Sam A Joyner); finding as moot 1485 Motion for Hearing; granting in part and denying in part 1487 Motion to Stay (Re: 1493 MOTION for Protective Order *and Integrated Brief in Support (Submitted as part of 1484* ) , 1474 MOTION to Enforce *Compliance with January 16, 2008 Order* , 1484 MOTION to Quash *Rule 30(B)(6) Notices or For Protective Order* MOTION to Quash *Rule 30(B)(6) Notices or For Protective Order*, 1469 MOTION for Sanctions, 1462 Minute Order,,,,,,, Striking/Withdrawing Document(s), Striking/Withdrawing Document(s), Striking/Withdrawing Document(s), Striking/Withdrawing Document(s), Ruling on Motion to Strike,,, 1486 MOTION to Reconsider ) (lmc, Dpty Clk) (Entered: 01/29/2008) |
| 01/29/2008 | 1497 | MOTION to Withdraw Attorney(s) *Laura E. Samuelson* by Barbara L. Kelley, Kevin R. Kelley (Ratcliff, Marcus) (Entered: 01/29/2008) |
| 01/30/2008 | 1498 | ORDER by Judge Gregory K Frizzell ; terminating attorney Laura E Samuelson ; granting 1497 Motion to Withdraw Attorney(s) (GKF1, Chambers) (Entered: 01/30/2008) |
| 01/30/2008 | 1499 | REPLY to Response to Motion (Re: 1465 MOTION for Hearing */Status Conference Regarding Matters Pertaining to the State's Motion for Preliminary Injunction, Expedited Consideration Requested* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Bullock, Louis) (Entered: 01/30/2008) |
| 01/30/2008 | 1500 | MINUTES of Proceedings – held before Magistrate Judge Sam A Joyner: Motion Hearing held on 1/30/2008, striking/terminating deadline(s)/Hearing(s) (Re: 1484 |

| | | |
|---|---|---|
| | | MOTION to Quash *Rule 30(B)(6) Notices or For Protective Order* MOTION to Quash *Rule 30(B)(6) Notices or For Protective Order*, <u>1465</u> MOTION for Hearing */Status Conference Regarding Matters Pertaining to the State's Motion for Preliminary Injunction, Expedited Consideration Requested*, <u>1474</u> MOTION to Enforce *Compliance with January 16, 2008 Order* , <u>1438</u> Joint MOTION for Extension of Time to Respond to Motion *State of Oklahoma'*, <u>1486</u> MOTION to Reconsider, <u>1469</u> MOTION for Sanctions ) (Court Reporter: 07–SAJ–02A & B) (lml, Dpty Clk) (Entered: 01/31/2008) |
| 02/01/2008 | 1501 | MINUTE ORDER by Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): *the motion is granted in that Plaintiff shall file a Response to the Motion to Amend Schedule for Hearing on Motion for Preliminary Injunction by 2/4/08 at 5:00 p.m., and Defendants shall file a Reply by 2/5/08 at 5:00 p.m.* ( Responses due by 2/4/2008, Replies due by 2/5/2008); granting <u>1483</u> Motion to Expedite Ruling (Re: <u>1482</u> MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Response Thereto* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Response Thereto* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Response Thereto* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Response Thereto* ) (GKF1, Chambers) (Entered: 02/01/2008) |
| 02/01/2008 | <u>1502</u> | OPINION AND ORDER by Magistrate Judge Sam A Joyner ; setting/resetting deadline(s)/hearing(s): ( Replies due by 3/24/2008); granting <u>1438</u> Motion for Extension of Time to Respond to Motion; granting <u>1465</u> Motion for Hearing; denying <u>1469</u> Motion for Sanctions; granting <u>1474</u> Motion to Enforce; granting <u>1484</u> Motion to Quash; finding as moot 1488 Motion to Strike Document(s); granting 1493 Motion for Protective Order (Re: <u>1418</u> MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (lmc, Dpty Clk) (Entered: 02/01/2008) |
| 02/04/2008 | <u>1503</u> | Unopposed MOTION for Leave to File to Consolidate Defendants' Briefs in Response to the Motion for Preliminary Injunction (Re: <u>1373</u> MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (George, Robert) (Entered: 02/04/2008) |
| 02/04/2008 | <u>1504</u> | APPEAL of the Magistrate Judge's Order (Re: <u>1502</u> Opinion and Order,,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion for Extension of Time to Respond to Motion,,, Ruling on Motion for Hearing,,, Ruling on Motion for Sanctions,,, Ruling on Motion to Enforce,,, Ruling on Motion to Quash,,, Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s), Ruling on Motion for Protective Order,,, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 02/04/2008) |
| 02/04/2008 | <u>1505</u> | RESPONSE in Opposition to Motion (Re: <u>1482</u> MOTION to |

| | | |
|---|---|---|
| | | Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Response Thereto* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Response Thereto* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Response Thereto* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Response Thereto* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) (Entered: 02/04/2008) |
| 02/04/2008 | 1506 | RESPONSE (Re: 1470 OBJECTION ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (Tucker, John) Modified on 2/5/2008 change text to reflect correct event; create link to 1470 (sac, Dpty Clk). (Entered: 02/04/2008) |
| 02/05/2008 | | NOTICE of Docket Entry Modification; Error: wrong event selected (Response in Opposition to Motion); linked to wrong document; Correction: changed text to reflect correct event (Response); changed link to 1470 (Re: 1506 Response in Opposition to Motion, ) (sac, Dpty Clk) (Entered: 02/05/2008) |
| 02/05/2008 | 1507 | REPLY to Response to Motion (Re: 1482 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Response Thereto* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Response Thereto* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Response Thereto* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Amend Schedule for Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Response Thereto* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (Jorgensen, Jay) (Entered: 02/05/2008) |
| 02/05/2008 | 1508 | Amended REPLY to Response to Motion (Re: 1492 MOTION for Extension of Time to Respond to Motion *(Submitted as part of 1482 )* MOTION for Extension of Time to Respond to Motion *(Submitted as part of 1482 )* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 02/05/2008) |
| 02/06/2008 | 1509 | MINUTE ORDER by Judge Gregory K Frizzell *the Uncontested Motion for Leave to Consolidate defendants' Briefs in Response to the Motion for Preliminary Injunction is granted* ; granting 1503 Motion for Leave to File Document(s) (GKF1, Chambers) (Entered: 02/06/2008) |
| 02/06/2008 | 1510 | ORDER by Judge Gregory K Frizzell ; denying 1504 Appeal of Magistrate Judge's Order (GKF1, Chambers) (Entered: 02/06/2008) |

| 02/06/2008 | 1511 | MINUTE ORDER by Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): *Defendants' request to extend deadline to respond to motion for preliminary injunction is granted until February 12, 2008* ( Responses due by 2/12/2008, Replies due by 2/15/2008); granting 1492 Motion for Extension of Time to Respond to Motion (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) (GKF1, Chambers) (Entered: 02/06/2008) |
| 02/06/2008 | 1512 | MOTION Motion for Leave to Employ Supplemental Court Reporter for Hearing on Plaintiffs' Motion for Preliminary Injunction by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Tucker, John) (Entered: 02/06/2008) |
| 02/06/2008 | 1513 | ORDER by Judge Gregory K Frizzell *see order for details* ; denying 1482 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (GKF1, Chambers) (Entered: 02/06/2008) |
| 02/08/2008 | 1514 | MOTION for Leave to File Amici Curiae Brief *and Brief in Support Thereof* by Texas Farm Bureau, Texas Cattle Feeders Association, Texas Pork Producers Association, Texas Association of Dairymen (With attachments) (Mullins, Mark) (Entered: 02/08/2008) |
| 02/11/2008 | 1515 | MINUTE ORDER by Court Clerk, directing Texas Farm Bureau; Texas Cattle Feeders Association; Texas Pork Producers Association and Texas Association of Dairymen to file a Corporate Disclosure Statement pursuant to FRCvP 7.1 within five (5) days of this order, if they have not already done so. The parties shall use the form entitled Corporate Disclosure Statement available on the Courts website (please do not refile if already filed on non–court form unless directed to do so). If you have already filed your Corporate Disclosure Statement in this case, you are reminded to file a Supplemental Corporate Disclosure Statement within a reasonable time of any change in the information that the statement requires. (s–tjc, Dpty Clk) (Entered: 02/11/2008) |
| 02/11/2008 | 1516 | MOTION for Attorney(s) Jennifer E. Lloyd to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 10850000000000389809) by George's, Inc., George's Farms, Inc. (With attachments) (Rose, Randall) (Entered: 02/11/2008) |
| 02/11/2008 | 1517 | REPLY to Response to Motion (Re: 1450 MOTION for Leave to File Amended Answers to Add CounterClaims ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 02/11/2008) |
| 02/11/2008 | 1518 | MOTION to Clarify by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 02/11/2008) |
| 02/11/2008 | 1519 | CORPORATE DISCLOSURE STATEMENT by Texas Farm Bureau (Mullins, Mark) (Entered: 02/11/2008) |
| 02/12/2008 | 1520 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1518 MOTION to Clarify ) (GKF1, Chambers) (Entered: 02/12/2008) |
| 02/12/2008 | 1521 | ADOPTION (Re: 1517 Reply to Response to Motion ) by Peterson Farms, Inc. (Longwell, Nicole) (Entered: 02/12/2008) |
| 02/12/2008 | 1522 | |

| | | MINUTE ORDER by Magistrate Judge Sam A Joyner : *An expedited telephone conference is set for 2/12/08 at 10:30 AM*, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 2/12/2008 at 10:30 AM before Magistrate Judge Sam A Joyner) (Re: <u>1518</u> MOTION to Clarify ) (lmc, Dpty Clk) (Entered: 02/12/2008) |
|---|---|---|
| 02/12/2008 | <u>1523</u> | ORDER by Judge Gregory K Frizzell ; granting <u>1512</u> Motion for Miscellaneous Relief (GKF1, Chambers) (Entered: 02/12/2008) |
| 02/12/2008 | <u>1524</u> | ORDER by Judge Gregory K Frizzell ; granting <u>1516</u> Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 02/12/2008) |
| 02/12/2008 | <u>1525</u> | CORPORATE DISCLOSURE STATEMENT by Texas Cattle Feeders Association (Mullins, Mark) (Entered: 02/12/2008) |
| 02/12/2008 | <u>1526</u> | CORPORATE DISCLOSURE STATEMENT by Texas Pork Producers Association (Mullins, Mark) (Entered: 02/12/2008) |
| 02/12/2008 | <u>1527</u> | CORPORATE DISCLOSURE STATEMENT by Texas Association of Dairymen (Mullins, Mark) (Entered: 02/12/2008) |
| 02/12/2008 | <u>1528</u> | OPINION AND ORDER by Magistrate Judge Sam A Joyner ; granting <u>1518</u> Motion to Clarify (lmc, Dpty Clk) (Entered: 02/12/2008) |
| 02/12/2008 | <u>1529</u> | ADOPTION (Re: <u>1517</u> Reply to Response to Motion ) by George's, Inc., George's Farms, Inc. (Graves, James) (Entered: 02/12/2008) |
| 02/12/2008 | <u>1530</u> | RESPONSE in Opposition to Motion (Re: <u>1373</u> MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by George's, Inc., George's Farms, Inc. ; (Graves, James) (Entered: 02/12/2008) |
| 02/12/2008 | <u>1531</u> | RESPONSE in Opposition to Motion (Re: <u>1373</u> MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 02/12/2008) |
| 02/12/2008 | <u>1532</u> | RESPONSE in Opposition to Motion (Re: <u>1373</u> MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Peterson Farms, Inc. ; (With attachments) (Hixon, Philip) (Entered: 02/12/2008) |
| 02/12/2008 | <u>1533</u> | RESPONSE in Opposition to Motion (Re: <u>1373</u> MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 02/12/2008) |
| 02/12/2008 | <u>1534</u> | REPLY to Response to Motion (Re: <u>1468</u> JOINDER in Motion ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. ; (Jorgensen, Jay) (Entered: 02/12/2008) |
| 02/13/2008 | <u>1535</u> | AFFIDAVIT of Gary Murphy by Simmons Foods, Inc. (Bronson, Vicki) (Entered: 02/13/2008) |
| 02/13/2008 | <u>1536</u> | REPLY (Re: <u>1506</u> Response in Opposition to Motion, <u>1376</u> Scheduling Order,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s),, <u>1470</u> Objection, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) Modified on 2/14/2008 to correct title to reflect correct event title (crp, Dpty Clk). (Entered: 02/13/2008) |

| 02/13/2008 | 1537 | ERRATA/CORRECTION (Re: 1531 Response in Opposition to Motion, ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 02/13/2008) |
| 02/14/2008 | 1538 | MOTION in Limine by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 02/14/2008) |
| 02/14/2008 |  | NOTICE of Docket Entry Modification; Error: This document was filed using the incorrect event (Appeal of the Magistrate Judge's Order); Correction: Corrected title to reflect correct event title (Reply) (Re: 1536 APPEAL of the Magistrate Judge's Order ) (crp, Dpty Clk) (Entered: 02/14/2008) |
| 02/15/2008 | 1539 | ATTORNEY APPEARANCE by Mia Vahlberg on behalf of The National Chicken Council, U.S. Poultry & Egg Association, National Turkey Federation (Vahlberg, Mia) (Entered: 02/15/2008) |
| 02/15/2008 | 1540 | MOTION for Attorney(s) James T. Banks to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 10850000000000391639) by The National Chicken Council, U.S. Poultry & Egg Association, National Turkey Federation (With attachments) (Vahlberg, Mia) (Entered: 02/15/2008) |
| 02/15/2008 | 1541 | MOTION for Attorney(s) Adam J. Siegel to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 10850000000000391655) by The National Chicken Council, U.S. Poultry & Egg Association, National Turkey Federation (With attachments) (Vahlberg, Mia) (Entered: 02/15/2008) |
| 02/15/2008 | 1542 | MOTION for Leave to File Brief of Amici Curiae National Chicken Council, U.S. Poultry & Egg Association and National Turkey Federation in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction by The National Chicken Council, U.S. Poultry & Egg Association, National Turkey Federation (With attachments) (Vahlberg, Mia) (Entered: 02/15/2008) |
| 02/15/2008 | 1543 | BRIEF *State of Arkansas' Amicus Brief* (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by State of Arkansas (Moulton, Charles) (Entered: 02/15/2008) |
| 02/15/2008 | 1544 | ATTORNEY APPEARANCE by John David Russell on behalf of Arkansas Farm Bureau Federation (Russell, John) (Entered: 02/15/2008) |
| 02/15/2008 | 1545 | MOTION for Leave to File Amicus Brief by Arkansas Farm Bureau Federation (With attachments) (Russell, John) (Entered: 02/15/2008) |
| 02/15/2008 | 1546 | ATTORNEY APPEARANCE by Barry Greg Reynolds on behalf of American Farm Bureau Federation, National Cattlemen's Beef Association (Reynolds, Barry) (Entered: 02/15/2008) |
| 02/15/2008 | 1547 | ATTORNEY APPEARANCE by Jessica Eileen Rainey on behalf of American Farm Bureau Federation, National Cattlemen's Beef Association (Rainey, Jessica) (Entered: 02/15/2008) |
| 02/15/2008 | 1548 | CORPORATE DISCLOSURE STATEMENT by American Farm Bureau Federation (Rainey, Jessica) (Entered: 02/15/2008) |

| 02/15/2008 | 1549 | CORPORATE DISCLOSURE STATEMENT by National Cattlemen's Beef Association (Rainey, Jessica) (Entered: 02/15/2008) |
| --- | --- | --- |
| 02/15/2008 | 1550 | MOTION for Attorney(s) William S. Cox, III and Nikaa B. Jordan to be Admitted Pro Hac Vice (paid $150 PHV fee; receipt number 1085000000000391970) by American Farm Bureau Federation, National Cattlemen's Beef Association (With attachments) (Rainey, Jessica) (Entered: 02/15/2008) |
| 02/15/2008 | 1551 | MOTION for Leave to File Joint Amicus Brief by American Farm Bureau Federation, National Cattlemen's Beef Association (With attachments) (Rainey, Jessica) (Entered: 02/15/2008) |
| 02/15/2008 | 1552 | BRIEF *of Amicus Curiae Oklahoma Farm Bureau Inc. in Opposition to Plaintiffs' Motion for Preliminary Injunction [Dkt 1373]* (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Oklahoma Farm Bureau, Inc. (With attachments) (Burnett, LeAnne) (Entered: 02/15/2008) |
| 02/15/2008 | 1553 | RESPONSE in Opposition to Motion (Re: 1486 MOTION to Reconsider ) by Peterson Farms, Inc. ; (With attachments) (Longwell, Nicole) (Entered: 02/15/2008) |
| 02/15/2008 | 1554 | ORDER by Judge Gregory K Frizzell ; granting 1541 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 02/15/2008) |
| 02/15/2008 | 1555 | ORDER by Judge Gregory K Frizzell ; granting 1540 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 02/15/2008) |
| 02/15/2008 | 1556 | ORDER by Judge Gregory K Frizzell ; granting 1550 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 02/15/2008) |
| 02/15/2008 | 1557 | MOTION to Supplement *Expert Data* (Re: 1513 Order, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 02/15/2008) |
| 02/15/2008 | 1558 | BRIEF *Poultry Partners, Inc.'s Brief Amicus Curiae* (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Poultry Partners, Inc. (With attachments) (Graves, Michael) (Entered: 02/15/2008) |
| 02/15/2008 | 1559 | RESPONSE in Opposition to Motion (Re: 1538 MOTION in Limine ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 02/15/2008) |
| 02/15/2008 | 1560 | TRIAL BRIEF by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Tucker, John) (Entered: 02/15/2008) |
| 02/15/2008 | 1561 | REPLY to Response to Motion (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Nance, Robert) (Entered: 02/15/2008) |

| 02/15/2008 | 1562 | REPLY to Response to Motion (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Nance, Robert) (Entered: 02/15/2008) |
|---|---|---|
| 02/15/2008 | 1563 | REPLY to Response to Motion (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Nance, Robert) (Entered: 02/15/2008) |
| 02/15/2008 | 1564 | REPLY to Response to Motion (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Nance, Robert) (Entered: 02/15/2008) |
| 02/15/2008 | 1582 | MOTION for Attorney(s) William A Waddell Jr & David E Choate to be Admitted Pro Hac Vice by Arkansas Farm Bureau Federation (lml, Dpty Clk) (Entered: 02/19/2008) |
| 02/15/2008 | 1583 | PRO HAC VICE FEES Paid for attorney(s) William Waddell Jr and David Choate in the amount of $150.00 (Re: 1582 MOTION for Attorney(s) William A Waddell Jr & David E Choate to be Admitted Pro Hac Vice ) by Arkansas Farm Bureau Federation (lml, Dpty Clk) (Entered: 02/19/2008) |
| 02/17/2008 | 1565 | RESPONSE in Opposition to Motion (Re: 1557 MOTION to Supplement *Expert Data* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 02/17/2008) |
| 02/18/2008 | 1566 | TRIAL BRIEF by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 02/18/2008) |
| 02/18/2008 | 1567 | ATTORNEY APPEARANCE by Mark Richard Mullins on behalf of Texas Farm Bureau, Texas Cattle Feeders Association, Texas Pork Producers Association, Texas Association of Dairymen (Mullins, Mark) (Entered: 02/18/2008) |
| 02/18/2008 | 1568 | RESPONSE in Opposition to Motion (Re: 1542 MOTION for Leave to File Brief of Amici Curiae National Chicken Council, U.S. Poultry & Egg Association and National Turkey Federation in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 02/18/2008) |
| 02/18/2008 | 1569 | RESPONSE in Opposition to Motion (Re: 1514 MOTION for Leave to File Amici Curiae Brief *and Brief in Support Thereof* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 02/18/2008) |
| 02/18/2008 | 1570 | REPLY to Response to Motion (Re: 1557 MOTION to Supplement *Expert Data* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) Modified on 2/19/2008 to correct title to reflect correct event title (crp, Dpty Clk). (Entered: 02/18/2008) |

| 02/18/2008 | 1571 | RESPONSE in Opposition to Motion (Re: 1551 MOTION for Leave to File Joint Amicus Brief ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 02/18/2008) |
|---|---|---|
| 02/18/2008 | 1572 | RESPONSE in Opposition to Motion (Re: 1545 MOTION for Leave to File Amicus Brief ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 02/18/2008) |
| 02/18/2008 | 1573 | RESPONSE (Re: 1543 Brief ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 02/18/2008) |
| 02/18/2008 | 1574 | RESPONSE (Re: 1552 Brief, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 02/18/2008) |
| 02/18/2008 | 1575 | RESPONSE (Re: 1558 Brief ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 02/18/2008) |
| 02/18/2008 | 1576 | ATTORNEY APPEARANCE by Jennifer E Lloyd on behalf of George's, Inc., George's Farms, Inc. (Lloyd, Jennifer) (Entered: 02/18/2008) |
| 02/18/2008 | 1577 | MOTION in Limine *to Exclude Testimony of Defendants' Expert Witnesses Drs. Sullivan, Myoda, and Samadpour* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 02/18/2008) |
| 02/19/2008 | 1578 | MINUTE ORDER by Court Clerk, directing The National Chicken Council; U.S. Poultry & Egg Association; National Turkey Federation; Arkansas Farm Bureau Federation; American Farm Bureau Federation; National Cattlemen's Beef Association to file a Corporate Disclosure Statement pursuant to FRCvP 7.1 within five (5) days of this order, if they have not already done so. The parties shall use the form entitled Corporate Disclosure Statement available on the Courts website (please do not refile if already filed on non–court form unless directed to do so). If you have already filed your Corporate Disclosure Statement in this case, you are reminded to file a Supplemental Corporate Disclosure Statement within a reasonable time of any change in the information that the statement requires. (s–tjc, Dpty Clk) (Entered: 02/19/2008) |
| 02/19/2008 | 1579 | BRIEF *for Hearing on Preliminary Injunction* (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Willow Brook Foods, Inc. (With attachments) (Griffin, Jennifer) Modified on 3/10/2008 to add STRICKEN watermark – see 1616 (sac, Dpty Clk). (Entered: 02/19/2008) |
| 02/19/2008 | 1580 | NOTICE Notice of Advice to Court Regarding Hearing on Preliminary Injunction (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Willow Brook Foods, Inc. (Griffin, Jennifer) Modified on 2/20/2008; THIS ENTRY MADE IN ERROR – no PDF attached – see 1581 (sac, Dpty Clk). (Entered: 02/19/2008) |
| 02/19/2008 | 1581 | NOTICE of Advice to Court Regarding Hearing on Preliminary Injunction (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Willow Brook Foods, Inc. (Griffin, Jennifer) (Entered: 02/19/2008) |
| 02/19/2008 | 1584 | |

| | | |
|---|---|---|
| | | REPLY to Response to Motion (Re: <u>1373</u> MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by Poultry Partners, Inc. ; (Graves, Michael) (Entered: 02/19/2008) |
| 02/19/2008 | | NOTICE of Docket Entry Modification; Error: This document was filed using the incorrect event (Response in Support of Motion); Correction: Corrected title to reflect correct event title (Reply to Response to Motion) (Re: <u>1570</u> Response in Support of Motion, ) (crp, Dpty Clk) (Entered: 02/19/2008) |
| 02/19/2008 | 1587 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Evidentiary Hearing held on 2/19/2008, setting/resetting deadline(s)/hearing(s): ( Evidentiary Hearing set for 2/20/2008 at 09:00 AM before Judge Gregory K Frizzell) (Re: <u>1373</u> MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) (Entered: 02/20/2008) |
| 02/20/2008 | <u>1585</u> | RESPONSE in Opposition to Motion (Re: <u>1577</u> MOTION in Limine *to Exclude Testimony of Defendants' Expert Witnesses Drs. Sullivan, Myoda, and Samadpour* ) by Simmons Foods, Inc. ; (With attachments) (Bronson, Vicki) (Entered: 02/20/2008) |
| 02/20/2008 | <u>1586</u> | CORPORATE DISCLOSURE STATEMENT (identifying: Corporate Parent Arkansas Farm Bureau Federation for Arkansas Farm Bureau Federation) by Arkansas Farm Bureau Federation (Russell, John) (Entered: 02/20/2008) |
| 02/20/2008 | 1588 | MINUTE ORDER by Judge Gregory K Frizzell ; adding attorney David E Choate for Arkansas Farm Bureau Federation, William A Waddell, Jr for Arkansas Farm Bureau Federation ; granting <u>1582</u> Motion for Admission Pro Hac Vice (GKF1, Chambers) (Entered: 02/20/2008) |
| 02/20/2008 | <u>1589</u> | MOTION for Leave to File Amicus Curiae Brief (Re: <u>1373</u> MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) by George R Stubblefield, Steven B Randall (With attachments) (lml, Dpty Clk) (Document 1589 replaced on 1/26/2018 to provide better image. Image as legible as original) (pll, Dpty Clk). (Entered: 02/20/2008) |
| 02/20/2008 | 1597 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Evidentiary Hearing held on 2/20/2008 *Re Plaintiff Motion for Preliminary Injunction #1373*, setting/resetting deadline(s)/hearing(s): ( Evidentiary Hearing set for 2/21/2008 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) (Entered: 02/25/2008) |
| 02/21/2008 | 1590 | MINUTE ORDER by Judge Gregory K Frizzell *Plaintiff's Motion to Exclude Testimony of Drs. Sullivan, Myoda, and Samadpour is denied, as defendants have show the expert reports were transmitted with 13 others on February 8, 2008* ; denying <u>1577</u> Motion in Limine (GKF1, Chambers) (Entered: 02/21/2008) |
| 02/21/2008 | <u>1591</u> | REPLY to Response to Motion (Re: <u>1545</u> MOTION for Leave to File Amicus Brief ) by Arkansas Farm Bureau Federation ; (Russell, John) (Entered: 02/21/2008) |
| 02/21/2008 | <u>1592</u> | CORPORATE DISCLOSURE STATEMENT by The National Chicken Council (With attachments) (Vahlberg, Mia) (Entered: 02/21/2008) |
| 02/21/2008 | <u>1593</u> | CORPORATE DISCLOSURE STATEMENT by U.S. Poultry & Egg Association (With attachments) (Vahlberg, Mia) (Entered: 02/21/2008) |
| 02/21/2008 | <u>1594</u> | |

| | | CORPORATE DISCLOSURE STATEMENT by National Turkey Federation (With attachments) (Vahlberg, Mia) (Entered: 02/21/2008) |
|---|---|---|
| 02/21/2008 | 1598 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Evidentiary Hearing held on 2/21/2008 *Re; Plaintiff motion for preliminary injunction #1373*, setting/resetting deadline(s)/hearing(s): ( Evidentiary Hearing set for 2/22/2008 at 08:30 AM before Judge Gregory K Frizzell) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) (Entered: 02/25/2008) |
| 02/22/2008 | 1595 | MOTION to Strike Document(s) (Re: 1579 Brief ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 02/22/2008) |
| 02/22/2008 | 1596 | REPLY to Response to Motion (Re: 1542 MOTION for Leave to File Brief of Amici Curiae National Chicken Council, U.S. Poultry & Egg Association and National Turkey Federation in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction ) by The National Chicken Council, U.S. Poultry & Egg Association, National Turkey Federation ; (Vahlberg, Mia) (Entered: 02/22/2008) |
| 02/22/2008 | 1599 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Evidentiary Hearing held on 2/22/2008 *Re Plaintiffs motion for preliminary injunction #1373*, setting/resetting deadline(s)/hearing(s): ( Evidentiary Hearing set for 3/3/2008 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) (Entered: 02/25/2008) |
| 02/25/2008 | | MAIL to Eugene Dill @ P O BOX 46, Cookson, OK 74424 Returned – marked RTS–Unable to forward; Address changed to unknown in system. (Re: 1588 Minute Order, Adding/Terminating Attorney(s), Ruling on Motion for Admission Pro Hac Vice ) (lml, Dpty Clk) (Entered: 02/25/2008) |
| 02/25/2008 | 1600 | PRO HAC VICE FEES Paid for attorney(s) James T. Banks in the amount of $75.00 (Re: 1540 MOTION for Attorney(s) James T. Banks to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 10850000000000391639) MOTION for Attorney(s) James T. Banks to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 10850000000000391639) ) by The National Chicken Council, U.S. Poultry & Egg Association, National Turkey Federation (lml, Dpty Clk) (Entered: 02/25/2008) |
| 02/25/2008 | 1601 | RESPONSE in Opposition to Motion (Re: 1589 MOTION for Leave to File Amicus Curiae Brief ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 02/25/2008) |
| 02/26/2008 | 1602 | ATTORNEY APPEARANCE by Robert Murray Blakemore on behalf of Attorney General of the State of Oklahoma (Blakemore, Robert) (Entered: 02/26/2008) |
| 02/29/2008 | 1603 | RESPONSE in Opposition to Motion (Re: 1595 MOTION to Strike Document(s) ) by Willow Brook Foods, Inc. ; (Griffin, Jennifer) (Entered: 02/29/2008) |
| 02/29/2008 | 1604 | REPLY to Response to Motion (Re: 1486 MOTION to Reconsider ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Nance, Robert) (Entered: 02/29/2008) |
| 02/29/2008 | 1605 | MOTION to Compel *Plaintiffs' Compliance with the Court's Order on Data Production* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., |

| | | Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Tucker, John) (Entered: 02/29/2008) |
|---|---|---|
| 03/03/2008 | 1606 | BRIEF *Regarding Defendant's Oral Motions to Exclude the Testimony of Valerie J. Harwood PhD and Roger Olsen PhD* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 03/03/2008) |
| 03/03/2008 | 1607 | MOTION for Attorney(s) Gordon D. Todd to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 10850000000000397459) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (With attachments) (Buchwald, Paula) (Entered: 03/03/2008) |
| 03/03/2008 | 1608 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Evidentiary Hearing held on 3/3/2008, setting/resetting deadline(s)/hearing(s): ( Evidentiary Hearing set for 3/4/2008 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) (Entered: 03/04/2008) |
| 03/04/2008 | 1609 | MINUTE ORDER by Judge Gregory K Frizzell *(Due to illness, Evidentiary Hearing on Plaintiff Motion for Preliminary Injunction is reset)*, setting/resetting deadline(s)/hearing(s): ( Evidentiary Hearing set for 3/6/2008 at 09:00 AM before Judge Gregory K Frizzell) (hbo, Dpty Clk) (Entered: 03/04/2008) |
| 03/04/2008 | 1610 | MINUTE ORDER by Judge Gregory K Frizzell ; adding attorney Gordon D Todd for Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc. and Cobb–Vantress, Inc. ; granting 1607 Motion for Admission Pro Hac Vice (GKF1, Chambers) (Entered: 03/04/2008) |
| 03/05/2008 | 1611 | MINUTE ORDER by Judge Gregory K Frizzell *(reset Evidentiary Hearing for Friday)*, setting/resetting deadline(s)/hearing(s): ( Evidentiary Hearing set for 3/7/2008 at 09:00 AM before Judge Gregory K Frizzell) (hbo, Dpty Clk) (Entered: 03/05/2008) |
| 03/06/2008 | 1612 | AFFIDAVIT of Mike Briggs, President of Willow Brook Foods, Inc. by Willow Brook Foods, Inc. (Griffin, Jennifer) Modified on 3/25/2008 to add watermark pursuant to 1650 (crp, Dpty Clk). (Entered: 03/06/2008) |
| 03/07/2008 | 1613 | TRANSCRIPT of Proceedings of preliminary injunction hearing held on 02/19/2008 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1–264) (Re: 1587 Minutes of Evidentiary Hearing,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s),, ) (grd, Crt Rptr) Modified on 3/10/2008 to correct typo on hearing date (sac, Dpty Clk). (Entered: 03/07/2008) Contains One or More Restricted PDFs |
| 03/07/2008 | 1614 | TRANSCRIPT of Proceedings of preliminary injunction hearing held on 02/20/2008 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 265–547) (Re: 1597 Minutes of Evidentiary Hearing,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s) ) (grd, Crt Rptr) (Entered: 03/07/2008) Contains One or More Restricted PDFs |
| 03/07/2008 | 1615 | Opposed MOTION for Extension of Time to Respond to Motion (Re: 1418 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Peterson Farms, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey |

| | | |
|---|---|---|
| | | Production, LLC, George's inc., George's Farms, Inc., Simmons Food, Inc., Willow Brook Foods, Inc. (Longwell, Nicole) Modified on 3/10/2008 to add all filers (sac, Dpty Clk). (Entered: 03/07/2008) |
| 03/07/2008 | 1616 | MINUTE ORDER by Judge Gregory K Frizzell ; striking/withdrawing document(s); granting 1595 Motion to Strike Document(s) (as the brief was untimely filed) (Re: 1579 Brief ) (Documents Terminated: 1579 Brief ) (GKF1, Chambers) Modified on 3/7/2008 to text in "as the brief was untimely filed" per GKF–1 (crp, Dpty Clk). (Entered: 03/07/2008) |
| 03/07/2008 | 1617 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 1463 Opinion and Order, Ruling on Motion to Compel ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 03/07/2008) |
| 03/07/2008 | 1618 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 1376 Scheduling Order,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s),, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 03/07/2008) |
| 03/07/2008 | 1619 | MOTION to Exclude Testimony of Roger Olsen and Valarie Harwood *and Response to Plaintiffs' Bench Brief on Oral Motions* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 03/07/2008) |
| 03/07/2008 | 1620 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1615 Opposed MOTION for Extension of Time to Respond to Motion ) (GKF1, Chambers) (Entered: 03/07/2008) |
| 03/07/2008 | 1621 | ADOPTION (Re: 1533 Response in Opposition to Motion ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., (Jorgensen, Jay) Modified on 3/10/2008 to delete filers not named in the document (sac, Dpty Clk). (Entered: 03/07/2008) |
| 03/07/2008 | 1622 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Evidentiary Hearing held on 3/7/2008, setting/resetting deadline(s)/hearing(s): ( Evidentiary Hearing set for 3/10/2008 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) (Entered: 03/07/2008) |
| 03/10/2008 | 1623 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: The Second Opposed Joint Motion to Expand the Time to Respond 1615 is granted. The response to Plaintiff's Motion to Expand the Discovery Period 1418 is due on or before 3/21/08 and the reply is due on or before 4/4/08.* ; setting/resetting deadline(s)/hearing(s): ( Responses due by 3/21/2008, Replies due by 4/4/2008); granting 1615 Motion for Extension of Time to Respond to Motion (Re: 1418 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (lmc, Dpty Clk) (Entered: 03/10/2008) |
| 03/10/2008 | | NOTICE of Docket Entry Modification; Error: not all filers were selected; Correction: added Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's inc., George's Farms, Inc., Simmons Food, Inc., Willow Brook Foods, Inc., as filers (Re: 1615 Opposed MOTION for |

| | | Extension of Time to Respond to Motion ) (sac, Dpty Clk) (Entered: 03/10/2008) |
|---|---|---|
| 03/10/2008 | | NOTICE of Docket Entry Modification; Error: filers not named in the pleading were selected; Correction: deleted filers not named in pleading (Re: 1621 Adoption ) (sac, Dpty Clk) (Entered: 03/10/2008) |
| 03/10/2008 | 1624 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1617 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s), 1618 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (GKF1, Chambers) (Entered: 03/10/2008) |
| 03/10/2008 | 1625 | ORDER by Judge Gregory K Frizzell ; denying 1450 Motion for Leave to File Document(s); denying 1454 Joinder in Motion; denying 1455 Joinder in Motion; denying 1456 Joinder in Motion; denying 1461 Joinder in Motion; denying 1464 Joinder in Motion; denying 1468 Joinder in Motion (GKF1, Chambers) (Entered: 03/10/2008) |
| 03/10/2008 | 1627 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Evidentiary Hearing held on 3/10/2008, setting/resetting deadline(s)/hearing(s): ( Evidentiary Hearing set for 3/11/2008 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) (Entered: 03/11/2008) |
| 03/11/2008 | 1626 | BRIEF *Regarding the Meaning of "Solid Waste" under the Resource Conservation and Recovery Act* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (George, Robert) (Entered: 03/11/2008) |
| 03/11/2008 | 1628 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Evidentiary Hearing held on 3/11/2008, setting/resetting deadline(s)/hearing(s): ( Evidentiary Hearing set for 3/12/2008 at 01:30 PM before Judge Gregory K Frizzell) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) (Entered: 03/12/2008) |
| 03/12/2008 | 1635 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Evidentiary Hearing held on 3/12/2008 ; striking/terminating deadline(s)/hearing(s); taking motion(s) under advisement; denying 1538 Motion in Limine; denying 1557 Motion to Supplement (Re: 1373 MOTION for Preliminary Injunction *and Integrated Brief in Support Thereof* ) (Court Reporter: Glen Dorrough) (With attachments) (hbo, Dpty Clk) Modified on 3/17/2008 to correct filing date(hbo, Dpty Clk). (Entered: 03/17/2008) |
| 03/14/2008 | 1629 | OPINION AND ORDER by Magistrate Judge Sam A Joyner ; denying 1486 Motion to Reconsider; granting 1617 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 1463 Opinion and Order, Ruling on Motion to Compel ) (lmc, Dpty Clk) (Entered: 03/14/2008) |
| 03/14/2008 | 1630 | ORDER by Judge Gregory K Frizzell *denying Objection to Amended Scheduling Order* (Re: 1470 Objection, ) (GKF1, Chambers) (Entered: 03/14/2008) |
| 03/14/2008 | 1631 | TRANSCRIPT of Proceedings of preliminary injunction hearing held on 02/21/2008 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 548–854) (Re: 1598 Minutes of Evidentiary Hearing,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s) ) (grd, Crt Rptr) |

| | | (Entered: 03/14/2008) Contains One or More Restricted PDFs |
|---|---|---|
| 03/14/2008 | 1632 | MOTION to Withdraw Attorney(s) *Douglas A. Wilson* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Wilson, Douglas) (Entered: 03/14/2008) |
| 03/16/2008 | 1633 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Expedited Hearing* (Re: 1618 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Bullock, Louis) (Entered: 03/16/2008) |
| 03/17/2008 | 1634 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: Plaintiff's Motion for Expedited Hearing on its Motion for Extension of Time to Comply with Certain Requirements of the Amended Scheduling Order 1633 is granted in part and denied in part. The Court will consider Plaintiff's Motion for Extension of Time to Comply with Certain Requirements of the Amended Scheduling Order 1618 at issue upon filing of Defendants' response on 3/25/08 and will issue order or set for hearing as warranted at that time.* ; setting/resetting deadline(s)/hearing(s): ( Responses due by 3/25/2008); granting in part and denying in part 1633 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 1618 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (lmc, Dpty Clk) (Entered: 03/17/2008) |
| 03/17/2008 | 1636 | TRANSCRIPT of Proceedings of hearing on preliminary injunction (closing arguments) held on 03/12/2008 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1–86) (Re: 1635 Minutes of Evidentiary Hearing,, Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Ruling on Motion in Limine,, Ruling on Motion to Supplement, ) (grd, Crt Rptr) (Entered: 03/17/2008) Contains One or More Restricted PDFs |
| 03/17/2008 | 1637 | ORDER by Judge Gregory K Frizzell ; terminating attorney Douglas Allen Wilson ; granting 1632 Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 03/17/2008) |
| 03/18/2008 | 1638 | Unopposed MOTION for Extension of Time to Respond to Motion (Re: 1605 MOTION to Compel *Plaintiffs' Compliance with the Court's Order on Data Production* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Bullock, Louis) Modified on 3/19/2008 to correct title to reflect correct event title (crp, Dpty Clk). (Entered: 03/18/2008) |
| 03/18/2008 | 1639 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1638 Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (GKF1, Chambers) (Entered: 03/18/2008) |
| 03/19/2008 | 1640 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: Plaintiff's Motion for Additional Time to Respond 1638 is granted based upon the motion being unopposed. Plaintiff's response to the Motion to Compel 1605 is extended to 3/25/08.* ; setting/resetting deadline(s)/hearing(s): ( Responses due by 3/25/2008); granting 1638 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 1605 MOTION to Compel *Plaintiffs' Compliance with the Court's Order on Data Production* ) (lmc, Dpty Clk) (Entered: 03/19/2008) |

| 03/19/2008 | | NOTICE of Docket Entry Modification; Error: This document was filed using the incorrect event (Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s)); Correction: Corrected title to reflect the correct event title (Motion for Extension of Time to Respond to Motion) (Re: 1638 MOTION for Extension of Time to Respond to Motion ) (crp, Dpty Clk) (Entered: 03/19/2008) |
|---|---|---|
| 03/19/2008 | 1641 | MOTION to Strike Document(s) (Re: 1612 Affidavit ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 03/19/2008) |
| 03/20/2008 | 1642 | TRANSCRIPT of Proceedings of hearing on motion for preliminary injunction held on 02/22/08 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 855–1157) (Re: 1599 Minutes of Evidentiary Hearing,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s) ) (grd, Crt Rptr) (Entered: 03/20/2008) Contains One or More Restricted PDFs |
| 03/20/2008 | 1643 | RESPONSE in Opposition to Motion (Re: 1418 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Peterson Farms, Inc. ; (With attachments) (McDaniel, Archer) (Entered: 03/20/2008) |
| 03/21/2008 | 1644 | RESPONSE in Opposition to Motion (Re: 1418 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. ; (With attachments) (Bond, Michael) Modified on 3/26/2008 to seal Exhibit 1 as it contains personal identifiers – see 1654 for redacted copy of Exhibit 1 (sac, Dpty Clk). (Entered: 03/21/2008) Contains One or More Restricted PDFs |
| 03/21/2008 | 1645 | RESPONSE in Opposition to Motion (Re: 1418 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 03/21/2008) |
| 03/21/2008 | 1646 | RESPONSE in Opposition to Motion (Re: 1418 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by George's, Inc., George's Farms, Inc. ; (Graves, James) (Entered: 03/21/2008) |
| 03/21/2008 | 1647 | MOTION for Hearing *on Expert Disclosure Deadline* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Bullock, Louis) (Entered: 03/21/2008) |
| 03/21/2008 | 1648 | REPLY to Response to Motion (Re: 1619 MOTION to Exclude Testimony of Roger Olsen and Valarie Harwood *and Response to Plaintiffs' Bench Brief on Oral Motions* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Bullock, Louis) (Entered: 03/21/2008) |
| 03/24/2008 | 1649 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1647 MOTION for Hearing *on Expert Disclosure Deadline* ) (GKF1, Chambers) (Entered: 03/24/2008) |
| 03/24/2008 | 1650 | MINUTE ORDER by Judge Gregory K Frizzell ; striking/withdrawing document(s); granting 1641 Motion to Strike Document(s) (Re: 1612 Affidavit ) (Documents Terminated: 1612 Affidavit ) (GKF1, Chambers) (Entered: 03/24/2008) |
| 03/24/2008 | 1651 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: The Court grants Plaintiff's Motion for Hearing 1647 . A telephone hearing is set for 3/26/08 at 1:30 PM on Plaintiff's Motion for Extension of Time to Comply with Certain Requirements of the Amended Scheduling Order 1618 . Plaintiff's counsel are to arrange the conference* |

| | | |
|---|---|---|
| | | *call.* ; setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 3/26/2008 at 01:30 PM before Magistrate Judge Sam A Joyner); granting <u>1647</u> Motion for Hearing (Re: <u>1618</u> MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (lmc, Dpty Clk) (Entered: 03/24/2008) |
| 03/25/2008 | <u>1652</u> | RESPONSE in Opposition to Motion (Re: <u>1618</u> MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 03/25/2008) |
| 03/25/2008 | <u>1653</u> | NOTICE of Change of Address by Robert W George by on behalf of Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (George, Robert) (Entered: 03/25/2008) |
| 03/25/2008 | <u>1654</u> | ERRATA/CORRECTION (Re: <u>1644</u> Response in Opposition to Motion ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (With attachments) (Bond, Michael) (Entered: 03/25/2008) |
| 03/25/2008 | <u>1655</u> | RESPONSE in Opposition to Motion (Re: <u>1618</u> MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Cargill, Inc., Cargill Turkey Production, LLC ; (Tucker, John) (Entered: 03/25/2008) |
| 03/25/2008 | <u>1656</u> | RESPONSE in Opposition to Motion (Re: <u>1605</u> MOTION to Compel *Plaintiffs' Compliance with the Court's Order on Data Production* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Bullock, Louis) (Entered: 03/25/2008) |
| 03/26/2008 | <u>1657</u> | MINUTES of Proceedings – held before Magistrate Judge Sam A Joyner: Motion Hearing held on 3/26/2008 (Re: <u>1618</u> MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (Court Reporter: 08–SAJ–01A & B) (lmc, Dpty Clk) (Entered: 03/26/2008) |
| 03/27/2008 | <u>1658</u> | OPINION AND ORDER by Magistrate Judge Sam A Joyner ; setting/resetting deadline(s)/hearing(s): ( Discovery due by 4/16/2009, Miscellaneous Deadline set for 4/16/2009, Dispositive Motions due by 5/18/2009); granting in part and denying in part <u>1618</u> Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (lmc, Dpty Clk) (Entered: 03/27/2008) |
| 03/27/2008 | <u>1659</u> | OBJECTION (Re: <u>1629</u> Opinion and Order,, Ruling on Motion to Reconsider, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), <u>1463</u> Opinion and Order, Ruling on Motion to Compel ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Nance, Robert) (Entered: 03/27/2008) |
| 03/27/2008 | <u>1660</u> | MOTION to Stay *the January 16, 2008 Opinion and Order (Dkt #1463) Pending a Ruling on the State's Objections* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Nance, Robert) (Entered: 03/27/2008) |

| 03/28/2008 | 1661 | TRANSCRIPT of Proceedings of preliminary injunction hearing held on 03/07/2008 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1400–1696) (Re: 1622 Minutes of Evidentiary Hearing,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s) ) (grd, Crt Rptr) (Entered: 03/28/2008) Contains One or More Restricted PDFs |
|---|---|---|
| 04/02/2008 | 1662 | MINUTE ORDER by Judge Gregory K Frizzell, setting/resetting deadline(s)/hearing(s): *The Court directs that a response be filed to the motion to stay by April 9, 2008.* ( Responses due by 4/9/2008) (Re: 1660 MOTION to Stay *the January 16, 2008 Opinion and Order (Dkt #1463) Pending a Ruling on the State's Objections* ) (GKF1, Chambers) (Entered: 04/02/2008) |
| 04/02/2008 | 1663 | Opposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 1463 Opinion and Order, Ruling on Motion to Compel, 1569 Response in Opposition to Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Nance, Robert) (Entered: 04/02/2008) |
| 04/02/2008 | 1664 | ORDER by Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): ( Miscellaneous Deadline set for 5/5/2008); granting 1660 Motion to Stay; finding as moot 1663 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (GKF1, Chambers) (Entered: 04/02/2008) |
| 04/04/2008 | 1665 | REPLY to Response to Motion (Re: 1418 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Nance, Robert) (Entered: 04/04/2008) |
| 04/04/2008 | 1666 | REPLY to Response to Motion (Re: 1418 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Nance, Robert) (Entered: 04/04/2008) |
| 04/04/2008 | 1667 | REPLY to Response to Motion (Re: 1418 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Nance, Robert) (Entered: 04/04/2008) |
| 04/04/2008 | 1668 | REPLY to Response to Motion (Re: 1418 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Nance, Robert) (Entered: 04/04/2008) |
| 04/04/2008 | 1669 | MOTION for Attorney(s) Bryan Burns to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 1085000000000409380) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (With attachments) (Buchwald, Paula) (Entered: 04/04/2008) |
| 04/04/2008 | 1670 | TRANSCRIPT of Proceedings of preliminary injunction hearing held on 03/10/2008 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1697–1939) (Re: 1627 Minutes of Evidentiary Hearing,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s) ) (grd, Crt Rptr) (Entered: 04/04/2008) Contains One or More Restricted PDFs |
| 04/07/2008 | 1671 | ORDER by Judge Gregory K Frizzell ; granting 1669 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 04/07/2008) |
| 04/08/2008 | 1672 | REPLY to Response to Motion (Re: 1605 MOTION to Compel *Plaintiffs' Compliance with the Court's Order on Data Production* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, |

| | | |
|---|---|---|
| | | George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Tucker, John) Modified on 4/9/2008 to correct title to reflect the correct event title(crp, Dpty Clk). (Entered: 04/08/2008) |
| 04/09/2008 | | NOTICE of Docket Entry Modification; Error: This document was filed using the incorrect event (Brief in Support of Motion); Correction: Corrected title to reflect correct event title (Reply to Response to Motion (Re: <u>1672</u> Brief in Support of Motion,, ) (crp, Dpty Clk) (Entered: 04/09/2008) |
| 04/11/2008 | <u>1673</u> | MOTION to Expedite Ruling *on Motion to Compel (Doc 1605)* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Tucker, John) (Entered: 04/11/2008) |
| 04/11/2008 | <u>1674</u> | MOTION for Leave to File Motion for Leave of Court to File Sur–Reply Brief by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Bullock, Louis) (Entered: 04/11/2008) |
| 04/14/2008 | 1675 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: <u>1674</u> MOTION for Leave to File Motion for Leave of Court to File Sur–Reply Brief ) (hbo, Dpty Clk) (Entered: 04/14/2008) |
| 04/14/2008 | 1676 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: <u>1673</u> MOTION to Expedite Ruling *on Motion to Compel (Doc 1605)* MOTION to Expedite Ruling *on Motion to Compel (Doc 1605)* ) (hbo, Dpty Clk) (Entered: 04/14/2008) |
| 04/14/2008 | <u>1677</u> | RESPONSE in Opposition to Motion (Re: <u>1673</u> MOTION to Expedite Ruling *on Motion to Compel (Doc 1605)* MOTION to Expedite Ruling *on Motion to Compel (Doc 1605)* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Blakemore, Robert) (Entered: 04/14/2008) |
| 04/14/2008 | <u>1678</u> | RESPONSE in Opposition to Motion (Re: <u>1674</u> MOTION for Leave to File Motion for Leave of Court to File Sur–Reply Brief ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (Tucker, John) (Entered: 04/14/2008) |
| 04/14/2008 | <u>1679</u> | RESPONSE (Re: <u>1659</u> Objection, ) by Peterson Farms, Inc. (Longwell, Nicole) (Entered: 04/14/2008) |
| 04/15/2008 | 1680 | MINUTE ORDER by Magistrate Judge Sam A Joyner *: Motion to Expedite Ruling <u>1673</u> is granted. Defendants' Motion to Compel <u>1605</u> is set for hearing at 9:30 a.m. on May 6, 2008. Plaintiff's Motion to Expand the Discovery Period <u>1418</u> is also set for hearing at that time.* ; setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 5/6/2008 at 09:30 AM before Magistrate Judge Sam A Joyner); granting <u>1673</u> Motion to Expedite Ruling (Re: <u>1418</u> MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s), <u>1605</u> MOTION to Compel *Plaintiffs' Compliance with the Court's Order on Data Production* ) (lmc, Dpty Clk) (Entered: 04/15/2008) |
| 04/15/2008 | <u>1681</u> | ORDER by Magistrate Judge Sam A Joyner ; setting/resetting deadline(s)/hearing(s): ( Replies due by 4/28/2008); granting <u>1674</u> Motion for Leave |

| | | to File Document(s) (Re: <u>1605</u> MOTION to Compel *Plaintiffs' Compliance with the Court's Order on Data Production* ) (lmc, Dpty Clk) (Entered: 04/15/2008) |
|---|---|---|
| 04/18/2008 | <u>1682</u> | MOTION to Withdraw Attorney(s) *J. Randall Miller* by Attorney General of the State of Oklahoma (Miller, James) (Entered: 04/18/2008) |
| 04/18/2008 | <u>1683</u> | MOTION to Quash *Second Amended Rule 30(b)(6) Notices* by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 04/18/2008) |
| 04/18/2008 | <u>1684</u> | MOTION for Protective Order by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 04/18/2008) |
| 04/23/2008 | <u>1685</u> | ORDER by Judge Gregory K Frizzell ; terminating attorney James Randall Miller ; granting <u>1682</u> Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 04/23/2008) |
| 04/25/2008 | <u>1686</u> | MOTION for Leave to File Surreply in Opposition to Motion to Alter Temporal Scope of Discovery by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) Modified on 4/28/2008 this is a multi–part motion, but only 1 part was filed; Clerk's Office filed 2nd part (Motion to Expedite Ruling) as 1689 ; removed language from text regarding 2nd part of this multi–part motion (crp, Dpty Clk). (Entered: 04/25/2008) |
| 04/25/2008 | <u>1687</u> | MOTION to Quash *Rule 30(b)(6) Deposition Notice*, MOTION for Protective Order by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Nance, Robert) (Entered: 04/25/2008) |
| 04/25/2008 | 1689 | MOTION to Expedite Ruling *(Submitted as part of <u>1686</u> )* (Re: <u>1686</u> MOTION for Leave to File Surreply in Opposition to Motion to Alter Temporal Scope of Discovery – Expedited Consideration Required ) by Cargill, Inc., Cargill Turkey Production, LLC (crp, Dpty Clk) (Entered: 04/28/2008) |
| 04/28/2008 | 1688 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: <u>1686</u> MOTION for Leave to File Surreply in Opposition to Motion to Alter Temporal Scope of Discovery – Expedited Consideration Required ) (JLE, Chambers) (Entered: 04/28/2008) |
| 04/28/2008 | | NOTICE of Docket Entry Modification; Error: Document No. <u>1686</u> is a multi–part motion, but only 1 part was filed (Motion for Leave to File Document(s)); Correction: Clerk's Office filed 2nd part (Motion to Expedite Ruling) as 1689 , and removed language from text of <u>1686</u> regarding 2nd part of this multi–part motion (Re: <u>1686</u> MOTION for Leave to File Surreply in Opposition to Motion to Alter Temporal Scope of Discovery, 1689 MOTION to Expedite Ruling *(Submitted as part of <u>1686</u> )* MOTION to Expedite Ruling *(Submitted as part of <u>1686</u> )* ) (crp, Dpty Clk) (Entered: 04/28/2008) |
| 04/28/2008 | | ***Motion(s) Referred to Magistrate Judge Joyner (Re: 1689 MOTION to Expedite Ruling *(Submitted as part of <u>1686</u> )* MOTION to Expedite Ruling *(Submitted as part of <u>1686</u> )* ) (crp, Dpty Clk) (Entered: 04/28/2008) |
| 04/28/2008 | <u>1690</u> | REPLY (Re: <u>1659</u> Objection, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Nance, Robert) (Entered: 04/28/2008) |
| 04/28/2008 | <u>1691</u> | SURREPLY to Motion (Re: <u>1605</u> MOTION to Compel *Plaintiffs' Compliance with the Court's Order on Data Production* ) by Attorney General of the State of |

| | | Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Blakemore, Robert) (Entered: 04/28/2008) |
|---|---|---|
| 04/29/2008 | 1692 | MINUTE ORDER by Magistrate Judge Sam A Joyner ; setting/resetting deadline(s)/hearing(s): *Minute order entered April 15, 2008 is clarified to reflect that hearing set on Tuesday, May 6, 2008 is status conference only as to Dkt #1418. No substantive argument will be heard as to Dkt. # 1418. Surreply to #1686 be filed by noon on Friday, May 2, 2008. Responses to Dkt. #s 1683, 1684 and 1687, if desired, should be filed by Monday, May 5, 2008 by noon, or may be presented orally at hearing.* ( Motion Hearing set for 5/6/2008 at 09:30 AM before Magistrate Judge Sam A Joyner); granting 1686 Motion for Leave to File Document(s); granting 1689 Motion to Expedite Ruling (Re: 1684 MOTION for Protective Order, 1687 MOTION to Quash *Rule 30(b)(6) Deposition Notice MOTION for Protective Order*, 1683 MOTION to Quash *Second Amended Rule 30(b)(6) Notices*, 1418 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (jcm, Dpty Clk) (Entered: 04/29/2008) |
| 04/30/2008 | 1693 | Agreed MOTION to Expedite Ruling *Granting Motion for Stay* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Nance, Robert) (Entered: 04/30/2008) |
| 05/01/2008 | 1694 | NOTICE of Change of Address by Dara D Mann by on behalf of Cargill Turkey Production, LLC, Cargill, Inc. (Mann, Dara) (Entered: 05/01/2008) |
| 05/02/2008 | 1695 | SURREPLY to Motion (Re: 1418 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 05/02/2008) |
| 05/05/2008 | 1696 | RESPONSE in Opposition to Motion (Re: 1684 MOTION for Protective Order, 1683 MOTION to Quash *Second Amended Rule 30(b)(6) Notices* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Nance, Robert) (Entered: 05/05/2008) |
| 05/05/2008 | 1697 | RESPONSE in Opposition to Motion (Re: 1687 MOTION to Quash *Rule 30(b)(6) Deposition Notice MOTION for Protective Order* ) by Cobb–Vantress, Inc. ; (With attachments) (Bond, Michael) (Entered: 05/05/2008) |
| 05/05/2008 | 1698 | OPINION AND ORDER by Judge Gregory K Frizzell ; denying 1514 Motion for Leave to File Document(s); denying 1542 Motion for Leave to File Document(s); denying 1545 Motion for Leave to File Document(s); denying 1551 Motion for Leave to File Document(s); denying 1589 Motion for Leave to File Document(s) (hbo, Dpty Clk) (Entered: 05/05/2008) |
| 05/05/2008 | 1699 | ORDER by Judge Gregory K Frizzell ; granting 1693 Motion to Expedite Ruling (Re: 1659 Objection, 1629 Opinion and Order,, Ruling on Motion to Reconsider, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), 1463 Opinion and Order, Ruling on Motion to Compel ) (hbo, Dpty Clk) (Entered: 05/05/2008) |
| 05/05/2008 | 1700 | OPINION AND ORDER by Judge Gregory K Frizzell ; denying 1619 Motion to Exclude (hbo, Dpty Clk) (Entered: 05/05/2008) |
| 05/06/2008 | 1701 | MINUTES of Proceedings – held before Magistrate Judge Sam A Joyner: Motion Hearing held on 5/6/2008, Status Hearing held on 5/6/2008, striking/terminating deadline(s)/Hearing(s) (Re: 1605 MOTION to Compel *Plaintiffs' Compliance with the Court's Order on Data Production*, 1418 MOTION to Accelerate/Extend/Reset |

| | | |
|---|---|---|
| | | Hearing(s)/Deadline(s), <u>1687</u> MOTION to Quash *Rule 30(b)(6) Deposition Notice* MOTION for Protective Order, <u>1684</u> MOTION for Protective Order, <u>1683</u> MOTION to Quash *Second Amended Rule 30(b)(6) Notices* ) (Court Reporter: Brian Neil) (With attachments) (lmc, Dpty Clk) (Entered: 05/06/2008) |
| 05/13/2008 | <u>1702</u> | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: <u>1658</u> Opinion and Order,, Setting/Resetting Deadline(s)/Hearing(s, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 05/13/2008) |
| 05/13/2008 | <u>1703</u> | NOTICE of Advice to the Court by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 05/13/2008) |
| 05/14/2008 | <u>1704</u> | Joint RESPONSE in Opposition to Motion (Re: <u>1702</u> MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (Graves, James) (Entered: 05/14/2008) |
| 05/15/2008 | 1705 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: <u>1702</u> MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (JLE, Chambers) (Entered: 05/15/2008) |
| 05/15/2008 | <u>1706</u> | ORDER by Magistrate Judge Sam A Joyner *granting Plaintiff's Motion for Extension of Certain Expert Witness Report Disclosure Deadlines* ; granting <u>1702</u> Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (lmc, Dpty Clk) (Entered: 05/15/2008) |
| 05/15/2008 | <u>1707</u> | TRANSCRIPT of Proceedings (Unredacted) of Motion Hearing held on 5/6/2008 before Magistrate Judge Sam A Joyner (Court Reporter: Brian P. Neil) (Pages: 1–161). A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or may view the transcript at the court public terminal. There is no charge to view the transcript at the court public terminal. (Re: <u>1701</u> Minutes of Motion Hearing,,, Minutes of Status Hearing,,, Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s) ) (bpn, CrtRptr) Modified on 8/13/2008 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 05/15/2008) |
| 05/16/2008 | <u>1708</u> | MOTION to Withdraw Attorney(s) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Izadi, Tina) (Entered: 05/16/2008) |
| 05/19/2008 | <u>1709</u> | ORDER by Judge Gregory K Frizzell ; terminating attorney Tina Lynn Izadi ; granting <u>1708</u> Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 05/19/2008) |

| 05/20/2008 | 1710 | OPINION AND ORDER by Magistrate Judge Sam A Joyner ; granting 1418 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s); granting 1605 Motion to Compel; finding as moot 1683 Motion to Quash; finding as moot 1684 Motion for Protective Order; denying 1687 Motion to Quash; denying 1687 Motion for Protective Order (lmc, Dpty Clk) (Entered: 05/20/2008) |
| --- | --- | --- |
| 05/23/2008 | 1711 | MINUTES of Proceedings – held before Magistrate Judge Sam A Joyner: Miscellaneous Hearing held on 5/23/2008 (Court Reporter: at deposition) (lmc, Dpty Clk) (Entered: 05/23/2008) |
| 05/29/2008 | 1712 | MOTION to Withdraw Attorney(s) *Jennifer E. Lloyd* by George's, Inc., George's Farms, Inc. (Rose, Randall) (Entered: 05/29/2008) |
| 05/29/2008 | 1713 | MOTION for Attorney(s) K C Dupps Tucker to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 1085000000000429307) by George's, Inc., George's Farms, Inc. (With attachments) (Rose, Randall) (Entered: 05/29/2008) |
| 05/30/2008 | 1714 | ORDER by Judge Gregory K Frizzell ; terminating attorney Jennifer E Lloyd ; granting 1712 Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 05/30/2008) |
| 05/30/2008 | 1715 | ORDER by Judge Gregory K Frizzell ; granting 1713 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 05/30/2008) |
| 06/04/2008 | 1716 | APPEAL of Magistrate Judge's Order (Re: 1710 Opinion and Order,, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion to Compel,, Ruling on Motion to Quash,, Ruling on Motion for Protective Order,,,,, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) Modified on 6/5/2008 to change text to reflect correct event (sac, Dpty Clk). (Entered: 06/04/2008) |
| 06/05/2008 | | NOTICE of Docket Entry Modification; Error: wrong event selected (Motion for Miscellaneous Relief); Correction: changed text to reflect correct event (Appeal of Magistrate Judge's Order) (Re: 1716 APPEAL of the Magistrate Judge ) (sac, Dpty Clk) (Entered: 06/05/2008) |
| 06/05/2008 | 1717 | ATTORNEY APPEARANCE by KC Dupps Tucker on behalf of George's, Inc., George's Farms, Inc. (Tucker, KC) (Entered: 06/05/2008) |
| 06/10/2008 | 1718 | MOTION To Participate in Settlement Conference Via Telephone *on June 13, 2008 @ 11:00 a.m.* by Willow Brook Foods, Inc. (Griffin, Jennifer) (Entered: 06/10/2008) |
| 06/11/2008 | 1719 | MINUTE ORDER by Court Clerk, referring motion(s) to Judge Claire V Eagan (appointed settlement judge) (Re: 1718 MOTION To Participate in Settlement Conference Via Telephone *on June 13, 2008 @ 11:00 a.m.* ) (lml, Dpty Clk) (Entered: 06/11/2008) |
| 06/12/2008 | 1720 | MINUTE ORDER by Chief Judge Claire V Eagan ; finding as moot 1718 Motion for Miscellaneous Relief (RGG, Chambers) (Entered: 06/12/2008) |
| 06/12/2008 | 1721 | MOTION to Compel *Production of Plaintiffs' Working Models* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., |

| | | |
|---|---|---|
| | | Willow Brook Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 06/12/2008) |
| 06/12/2008 | <u>1722</u> | Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Additional Time to Produce Expert Reports* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 06/12/2008) |
| 06/12/2008 | <u>1723</u> | MOTION to Expedite Ruling (Re: <u>1722</u> Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Additional Time to Produce Expert Reports*Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Additional Time to Produce Expert Reports*, <u>1721</u> MOTION to Compel *Production of Plaintiffs' Working Models* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Jorgensen, Jay) (Entered: 06/12/2008) |
| 06/12/2008 | 1724 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: <u>1722</u> Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Additional Time to Produce Expert Reports*Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Additional Time to Produce Expert Reports*, <u>1723</u> MOTION to Expedite Ruling ) (JLE, Chambers) (Entered: 06/12/2008) |
| 06/16/2008 | <u>1725</u> | MINUTE ORDER by Magistrate Judge Sam A Joyner ; setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 7/17/2008 at 09:30 AM before Magistrate Judge Sam A Joyner); finding as moot <u>1723</u> Motion to Expedite Ruling (Re: <u>1721</u> MOTION to Compel *Production of Plaintiffs' Working Models*, <u>1722</u> Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Additional Time to Produce Expert Reports*Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Additional Time to Produce Expert Reports* ) (lmc, Dpty Clk) (Entered: 06/16/2008) |
| 06/16/2008 | <u>1726</u> | RESPONSE (Re: <u>1716</u> APPEAL of Magistrate Judge's Order (Re: <u>1710</u> Opinion and Order,, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion to Compel,, Ruling on Motion to Quash,, Ruling on Motion for Protective Order,) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Tucker, John) Modified on 6/17/2008 to create link to <u>1716</u> (crp, Dpty Clk). (Entered: 06/16/2008) |
| 06/18/2008 | <u>1727</u> | MOTION to Strike Doc 1721, MOTION to Strike Document(s) (Re: <u>1721</u> MOTION to Compel *Production of Plaintiffs' Working Models* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Page, David) Modified on 6/19/2008 to add filer (lml, Dpty Clk). (Entered: 06/18/2008) |
| 06/19/2008 | 1728 | |

|  |  | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1727 MOTION to Strike Doc 1721 MOTION to Strike Document(s) ) (JLE, Chambers) (Entered: 06/19/2008) |
| --- | --- | --- |
| 06/19/2008 |  | NOTICE of Docket Entry Modification; Error: All filers were not selected when e-filed; Correction: Edited docket text and added Office of Oklahoma Secretary of the Environment as a filer to document (Re: 1727 MOTION to Strike Doc 1721 MOTION to Strike Document(s) MOTION to Strike Document(s) ) (lml, Dpty Clk) (Entered: 06/19/2008) |
| 06/19/2008 |  | MAIL to James Lamb and Dorothy Gene Lamb at Route 1, Box 253, Gore, OK 74435 Returned – marked Forward time expired; Addresses changed to unknown. (Re: 1724 Minute Order,, Referring Motion(s), Referring Motion(s), 1720 Minute Order, Ruling on Motion for Miscellaneous Relief ) (lml, Dpty Clk) (Entered: 06/19/2008) |
| 06/19/2008 | 1729 | MOTION for Attorney Fees (Titled: Affidavit of Delmar Ehrich, Theresa Hill, and Robert Sanders in Support of Fees Awarded to Defendants by Order of May 20, 2008) by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) Modified on 7/8/2008 to correct title to reflect correct event title (crp, Dpty Clk). (Entered: 06/19/2008) |
| 06/19/2008 |  | ***Motion(s) Referred to Magistrate Joyner (Re: 1729 MOTION for Attorney Fees ) (sac, Dpty Clk) (Entered: 07/09/2008) |
| 06/23/2008 | 1730 | MINUTES of Proceedings – held before Magistrate Judge Sam A Joyner: Miscellaneous Hearing held on 6/23/2008 (Court Reporter: Not Recorded) (lmc, Dpty Clk) (Entered: 06/23/2008) |
| 06/27/2008 | 1731 | REPORT *Concerning the Production of Certain Environmental Sampling Field Books* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) Modified on 6/30/2008 to add WITHDRAWN watermark – see 1733 (sac, Dpty Clk). (Entered: 06/27/2008) |
| 06/27/2008 | 1732 | REPORT *Concerning the Production of Certain Environmental Sampling Field Books* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 06/27/2008) |
| 06/27/2008 | 1733 | NOTICE Notice of Withdrawal of Dkt 1731 (Re: 1731 Report ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Bullock, Louis) (Entered: 06/27/2008) |
| 06/30/2008 | 1734 | JOINDER in Motion (Re: 1722 Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Additional Time to Produce Expert Reports*Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Additional Time to Produce Expert Reports* ) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 06/30/2008) |
| 06/30/2008 | 1735 | REPLY (Re: 1726 Response,, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Bullock, Louis) (Entered: 06/30/2008) |
| 06/30/2008 | 1736 | RESPONSE in Opposition to Motion (Re: 1722 Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Additional Time to Produce Expert Reports*Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) |

| | | |
|---|---|---|
| | | *for Additional Time to Produce Expert Reports*, 1734 JOINDER in Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) (Entered: 06/30/2008) |
| 06/30/2008 | 1737 | RESPONSE in Opposition to Motion (Re: 1721 MOTION to Compel *Production of Plaintiffs' Working Models* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) Modified on 7/1/2008–This is a multi−event document; see Doc # 1738 for second event (lml, Dpty Clk). (Entered: 06/30/2008) |
| 06/30/2008 | 1738 | MOTION for Costs *(Submitted as Doc # 1737 )* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (lml, Dpty Clk) (Entered: 07/01/2008) |
| 07/01/2008 | | NOTICE of Docket Entry Modification; Error: This is a multi−event document, which is not allowed in CM−ECF, and only one event was e−filed (Response in Opposition to Motion); Correction: Filed the second event (Motion for Costs) as Document No. 1738 (Re: 1737 Response in Opposition to Motion, ) (lml, Dpty Clk) (Entered: 07/01/2008) |
| 07/01/2008 | 1739 | MINUTE ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 7/17/2008 at 09:30 AM before Magistrate Judge Sam A Joyner) (Re: 1734 JOINDER in Motion ) (crp, Dpty Clk) (Entered: 07/01/2008) |
| 07/07/2008 | 1740 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1734 JOINDER in Motion ) (hbo, Dpty Clk) (Entered: 07/07/2008) |
| 07/07/2008 | 1741 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1738 MOTION for Costs *(Submitted as Doc # 1737 )* ) (hbo, Dpty Clk) (Entered: 07/07/2008) |
| 07/07/2008 | 1742 | RESPONSE (Re: 1729 Affidavit ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Bullock, Louis) (Entered: 07/07/2008) |
| 07/07/2008 | 1743 | Joint RESPONSE in Opposition to Motion (Re: 1727 MOTION to Strike Doc 1721 MOTION to Strike Document(s) MOTION to Strike Document(s) ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 07/07/2008) |
| 07/08/2008 | | NOTICE of Docket Entry Modification; Error: This document was filed using the incorrect event (Affidavit); Correction: Corrected title to reflect correct event title (Motion for Attorney Fees) (Re: 1729 MOTION for Attorney Fees ) (crp, Dpty Clk) (Entered: 07/08/2008) |
| 07/09/2008 | 1744 | MINUTE ORDER by Magistrate Judge Sam A Joyner, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 7/17/2008 at 09:30 AM before Magistrate Judge Sam A Joyner) (Re: 1734 JOINDER in Motion, 1727 MOTION to Strike Doc 1721 MOTION to Strike Document(s) MOTION to Strike Document(s), |

| | | |
|---|---|---|
| | | 1738 MOTION for Costs *(Submitted as Doc # 1737 )* ) (crp, Dpty Clk) (Entered: 07/09/2008) |
| 07/10/2008 | 1745 | RESPONSE in Opposition to Motion (Re: 1734 JOINDER in Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Garren, Richard) (Entered: 07/10/2008) |
| 07/14/2008 | 1746 | REPLY by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Tucker, John) (Entered: 07/14/2008) |
| 07/14/2008 | | MAIL to Doris Mares Returned − marked foward time expired. Remailed on 7/14/08 to 14943 SE 15TH ST, CHOCTAW, OK 73020−7007 obtained address from the returned envelope. (Re: 1744 Minute Order,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s),, ) (s−tjc, Dpty Clk) (Entered: 07/14/2008) |
| 07/14/2008 | 1747 | REPLY to Response to Motion (Re: 1721 MOTION to Compel *Production of Plaintiffs' Working Models* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Jorgensen, Jay) Modified on 7/15/2008 to change text to reflect correct event (sac, Dpty Clk). (Entered: 07/14/2008) |
| 07/14/2008 | 1748 | REPLY to Response to Motion (Re: 1722 Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Additional Time to Produce Expert Reports*Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Additional Time to Produce Expert Reports* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Jorgensen, Jay) Modified on 7/15/2008 to change text to reflect correct event (sac, Dpty Clk). (Entered: 07/14/2008) |
| 07/15/2008 | | NOTICE of Docket Entry Modification; Error: wrong event selected (Response in Support of Motion); Correction: changed text to reflect correct event (Reply to Response to Motion) (Re: 1748 Response in Support of Motion,, 1747 Response in Support of Motion,, ) (sac, Dpty Clk) (Entered: 07/15/2008) |
| 07/17/2008 | 1749 | MINUTES of Proceedings − held before Magistrate Judge Sam A Joyner: Motion Hearing held on 7/17/2008 ; taking motion(s) under advisement; striking/terminating deadline(s)/Hearing(s); granting 1721 Motion to Compel; denying 1727 Motion to Strike; denying 1727 Motion to Strike Document(s); denying 1738 Motion for Costs (Re: 1722 Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Additional Time to Produce Expert Reports*Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Additional Time to Produce Expert Reports*, 1734 JOINDER in Motion, 1738 MOTION for Costs *(Submitted as Doc # 1737 )*, 1721 MOTION to Compel *Production of Plaintiffs' Working Models*, 1729 MOTION for Attorney Fees, 1727 MOTION to Strike Doc 1721 MOTION to Strike Document(s) MOTION to Strike Document(s) ) (Court Reporter: Greg Eustice) (pll, Dpty Clk) (Entered: 07/17/2008) |

| 07/23/2008 | <u>1750</u> | MOTION for Attorney(s) Christopher H. Dolan to be Admitted Pro Hac Vice by Cargill, Inc., Cargill Turkey Production, LLC (s–tjc, Dpty Clk) (Entered: 07/24/2008) |
|---|---|---|
| 07/23/2008 | <u>1751</u> | PRO HAC VICE FEES Paid for attorney(s) Christopher Dolan in the amount of $75.00 (Re: <u>1750</u> MOTION for Attorney(s) Christopher H. Dolan to be Admitted Pro Hac Vice ) (s–tjc, Dpty Clk) (Entered: 07/24/2008) |
| 07/24/2008 | <u>1752</u> | ORDER by Judge Gregory K Frizzell *re Christopher H. Dolan* ; granting <u>1750</u> Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 07/24/2008) |
| 07/28/2008 | <u>1753</u> | TRANSCRIPT of Proceedings (Unredacted) of Motion Hearing held on 07/17/2008 before Magistrate Judge Sam A Joyner (Court Reporter: Greg Eustice) (Pages: 98). A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or may view the transcript at the court public terminal. There is no charge to view the transcript at the court public terminal. (Re: <u>1749</u> Minutes of Motion Hearing,,,, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Ruling on Motion to Compel,,,, Ruling on Motion to Strike,,,, Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s), Ruling on Motion to Strike Document(s), Ruling on Motion for Costs,,, ) (sam, Dpty Clk) Modified on 10/27/2008 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/28/2008) |
| 07/30/2008 | <u>1754</u> | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: <u>1722</u> Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Additional Time to Produce Expert Reports* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Jorgensen, Jay) Modified on 8/8/2008 to correct title to reflect correct event title (crp, Dpty Clk). (Entered: 07/30/2008) |
| 08/07/2008 | <u>1755</u> | RESPONSE in Opposition to Motion (Re: <u>1722</u> Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Additional Time to Produce Expert Reports*Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Additional Time to Produce Expert Reports* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 08/07/2008) |
| 08/08/2008 | | NOTICE of Docket Entry Modification; Error: This document was filed using the incorrect event (Notice (Other)); Correction: Corrected title to reflect correct event title (Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s)) (Re: <u>1754</u> MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (crp, Dpty Clk) (Entered: 08/08/2008) |

| | | |
|---|---|---|
| 08/08/2008 | <u>1756</u> | OPINION AND ORDER by Magistrate Judge Sam A Joyner ; granting <u>1722</u> Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s); granting in part and denying in part <u>1734</u> Joinder in Motion; granting in part and denying in part <u>1754</u> Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (crp, Dpty Clk) (Entered: 08/08/2008) |
| 08/21/2008 | <u>1757</u> | APPEAL of the Magistrate Judge's Order (Re: <u>1756</u> Opinion and Order, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Joinder in Motion, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 08/21/2008) |
| 09/08/2008 | <u>1758</u> | RESPONSE (Re: <u>1757</u> APPEAL of the Magistrate Judge's Order ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 09/08/2008) |
| 09/15/2008 | <u>1759</u> | Joint MOTION to Enforce *Scheduling Orders in Light of Plaintiffs' Expert Disclosure Abuses* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Tucker, John) (Entered: 09/15/2008) |
| 09/15/2008 | <u>1760</u> | Joint MOTION to Expedite Ruling (Re: <u>1759</u> Joint MOTION to Enforce *Scheduling Orders in Light of Plaintiffs' Expert Disclosure Abuses* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Tucker, John) (Entered: 09/15/2008) |
| 09/16/2008 | 1761 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: <u>1759</u> Joint MOTION to Enforce *Scheduling Orders in Light of Plaintiffs' Expert Disclosure Abuses*, <u>1760</u> Joint MOTION to Expedite Ruling ) (JLE, Chambers) (Entered: 09/16/2008) |
| 09/16/2008 | 1762 | MINUTE ORDER by Magistrate Judge Sam A Joyner *directing counsel to provide for the Court's use, two (2) manual three–ring bound copies of the motion and related exhibits filed at Document No. <u>1759</u> , no later than Friday, September 19, 2008.* (Re: <u>1759</u> Joint MOTION to Enforce *Scheduling Orders in Light of Plaintiffs' Expert Disclosure Abuses* ) (crp, Dpty Clk) (Entered: 09/16/2008) |
| 09/17/2008 | 1763 | MINUTE ORDER by Magistrate Judge Sam A Joyner *Expedited response brief to be filed October 1, 2008; reply to be filed October 6, 2008 by noon. If any brief, including exhibits, exceeds 30 pages, two indexed copies are to be submitted in camera on date filed* ; setting/resetting deadline(s)/hearing(s): *Hearing to be held in Courtroom No. 5, Fourth Floor,* ( Responses due by 10/1/2008, Replies due by 10/6/2008, Motion Hearing set for 10/8/2008 at 09:30 AM before Magistrate Judge Sam A Joyner); finding as moot <u>1760</u> Motion to Expedite Ruling (Re: <u>1759</u> Joint MOTION to Enforce *Scheduling Orders in Light of Plaintiffs' Expert Disclosure* |

| | | |
|---|---|---|
| | | *Abuses* ) (crp, Dpty Clk) (Entered: 09/17/2008) |
| 09/22/2008 | | MAIL to Marjorie Garman Returned – marked Forward order expired. Remailed on 9/22/08 to 19031 US Hwy 412, Colcord, OK 74338; Address updated in case. (Re: 1763 Minute Order, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Expedite Ruling,, Setting/Resetting Deadline(s)/Hearing(s),,, Setting/Resetting Deadline(s)/Hearing(s), ) (lml, Dpty Clk) (Entered: 09/22/2008) |
| 09/22/2008 | 1764 | REPLY to Response to Motion (Re: 1757 APPEAL of the Magistrate Judge's Order) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) Modified on 9/23/2008 to correct title of event (lml, Dpty Clk). (Entered: 09/22/2008) |
| 09/29/2008 | 1765 | OPINION AND ORDER by Judge Gregory K Frizzell ; denying 1373 Motion for Preliminary Injunction (hbo, Dpty Clk) (Entered: 09/29/2008) |
| 10/01/2008 | 1766 | RESPONSE in Opposition to Motion (Re: 1759 Joint MOTION to Enforce *Scheduling Orders in Light of Plaintiffs' Expert Disclosure Abuses* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 10/01/2008) |
| 10/06/2008 | 1767 | REPLY to Response to Motion (Re: 1759 Joint MOTION to Enforce *Scheduling Orders in Light of Plaintiffs' Expert Disclosure Abuses* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Tucker, John) (Entered: 10/06/2008) |
| 10/07/2008 | 1768 | MOTION for Attorney(s) Dustin Darst to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 10850000000000473443) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (With attachments) (Buchwald, Paula) (Entered: 10/07/2008) |
| 10/08/2008 | 1769 | MINUTES of Proceedings – held before Magistrate Judge Sam A Joyner: Motion Hearing held on 10/8/2008, striking/terminating deadline(s)/Hearing(s) (Re: 1759 Joint MOTION to Enforce *Scheduling Orders in Light of Plaintiffs' Expert Disclosure Abuses* ) (Court Reporter: Greg Eustice) (crp, Dpty Clk) Modified on 10/8/2008 to correct name of court reporter (crp, Dpty Clk). (Entered: 10/08/2008) |
| 10/09/2008 | 1770 | MOTION to Withdraw Attorney(s) *Lawrence W. Zeringue* by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc. (Zeringue, Lawrence) (Entered: 10/09/2008) |
| 10/09/2008 | 1771 | ORDER by Judge Gregory K Frizzell ; granting 1768 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 10/09/2008) |
| 10/09/2008 | 1772 | ORDER by Judge Gregory K Frizzell ; terminating attorney Lawrence W Zeringue ; granting 1770 Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 10/09/2008) |
| 10/17/2008 | 1773 | MOTION to Substitute Party by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) Modified on 10/20/2008 to correct title of event per chambers (lml, Dpty Clk). (Entered: 10/17/2008) |
| 10/17/2008 | 1774 | |

| | | NOTICE OF APPEAL to Circuit Court (paid $455 appeal fee; receipt number 1085000000000477778) (Re: 1765 Opinion and Order, Ruling on Motion for Preliminary Injunction ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Bullock, Louis) (Entered: 10/17/2008) |
|---|---|---|
| 10/20/2008 | 1775 | MOTION for Protective Order *Relating to Plaintiffs' September 18, 2008 Requests for Production of Documents* by Peterson Farms, Inc. (With attachments) (McDaniel, Archer) (Entered: 10/20/2008) |
| 10/20/2008 | 1776 | PRELIMINARY RECORD Sent to Circuit Court (Re: 1774 Notice of Appeal to Circuit Court, ) (With attachments) (lml, Dpty Clk) (Entered: 10/20/2008) |
| 10/20/2008 | 1777 | MOTION for Leave to File Defendant's Motion for Leave to File a Supplemental Brief in Support of Joint Motion to Enforce Scheduling Orders by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Tucker, John) (Entered: 10/20/2008) |
| 10/20/2008 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Notice of Party Name Correction); Correction: Edited docket text per chambers to reflect the correct event (Re: 1773 MOTION to Substitute Party ) (lml, Dpty Clk) (Entered: 10/20/2008) |
| 10/20/2008 | 1778 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: 1777 MOTION for Leave to File Defendant's Motion for Leave to File a Supplemental Brief in Support of Joint Motion to Enforce Scheduling Orders ) (JLE, Chambers) (Entered: 10/20/2008) |
| 10/20/2008 | 1779 | MOTION for Protective Order by Simmons Foods, Inc. (With attachments) (Bronson, Vicki) (Entered: 10/20/2008) |
| 10/21/2008 | 1780 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 1773 Motion to Substitute Party (GKF2, Chambers) (Entered: 10/21/2008) |
| 10/22/2008 | 1781 | MINUTE ORDER by Magistrate Judge Sam A Joyner ; granting 1777 Motion for Leave to File Document(s) (crp, Dpty Clk) (Entered: 10/22/2008) |
| 10/22/2008 | 1782 | Supplemental BRIEF in Support of Motion (Re: 1759 Joint MOTION to Enforce *Scheduling Orders in Light of Plaintiffs' Expert Disclosure Abuses* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Tucker, John) (Entered: 10/22/2008) |
| 10/22/2008 | 1783 | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 08–5154 (#1774) (Re: 1774 Notice of Appeal to Circuit Court, ) (sam, Dpty Clk) (Entered: 10/23/2008) |
| 10/27/2008 | 1784 | TRANSCRIPT of Proceedings (Unredacted) of preliminary injunction hearing held on 03/03/2008 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1158–1399). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the |

| | | |
|---|---|---|
| | | transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 1608 Minutes of Evidentiary Hearing, Setting/Resetting Deadline(s)/Hearing(s),, Setting/Resetting Deadline(s)/Hearing(s) ) (grd, Crt Rptr) Modified on 1/28/2009 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/27/2008) |
| 10/27/2008 | 1785 | TRANSCRIPT of Proceedings (Unredacted) of preliminary injunction hearing held on 03/11/2008 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1940–2180). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 1628 Minutes of Evidentiary Hearing, Setting/Resetting Deadline(s)/Hearing(s),, Setting/Resetting Deadline(s)/Hearing(s) ) (grd, Crt Rptr) Modified on 1/28/2009 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/27/2008) |
| 10/28/2008 | 1786 | TRANSCRIPT of Proceedings (Unredacted) of Motion Hearing held on 10/08/2008 before Magistrate Judge Sam A Joyner (Court Reporter: Greg Eustice) (Pages: 104). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 1769 Minutes of Motion Hearing, Striking/Terminating Deadline(s)/Hearing(s),, Striking/Terminating Deadline(s)/Hearing(s) ) (sam, Dpty Clk) Modified on 1/28/2009 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/28/2008) |
| 10/28/2008 | 1787 | OPINION AND ORDER by Magistrate Judge Sam A Joyner ; granting in part and denying in part 1759 Motion to Enforce (crp, Dpty Clk) (Entered: 10/28/2008) |
| 10/31/2008 | 1788 | MOTION to Dismiss *For Failure to Join the Cherokee Nation as a Required Party* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Jorgensen, Jay) Modified on 11/3/2008–This is a multi–part motion; See Doc #1790 for second part (lml, Dpty Clk). (Entered: 10/31/2008) |
| 10/31/2008 | 1789 | MOTION to Clarify (Re: 1787 Opinion and Order, Ruling on Motion to Enforce ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Tucker, John) (Entered: 10/31/2008) |
| 10/31/2008 | 1790 | MOTION for Judgment as a Matter of Law *(SUBMITTED AS DOC # 1788 )* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (lml, Dpty Clk) (Entered: |

| | | 11/03/2008) |
|---|---|---|
| 11/03/2008 | | NOTICE of Docket Entry Modification; Error: This is a multi–part motion, but not all parts were filed; Correction: Filed the second motion part (Motion for Judgment as a Matter of Law) as Document No. 1790 (Re: <u>1788</u> MOTION to Dismiss *For Failure to Join the Cherokee Nation as a Required Party* ) (lml, Dpty Clk) (Entered: 11/03/2008) |
| 11/05/2008 | <u>1791</u> | TRANSCRIPT ORDER FORM (Transcripts are not necessary or are already on file ) (Re: <u>1774</u> Notice of Appeal to Circuit Court, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Bullock, Louis) (Entered: 11/05/2008) |
| 11/05/2008 | <u>1792</u> | CLERK'S RECORD on Appeal Sent to Circuit Court (Re: <u>1774</u> Notice of Appeal to Circuit Court, ) (sjm, Dpty Clk) (Entered: 11/05/2008) |
| 11/07/2008 | <u>1793</u> | RESPONSE in Opposition to Motion (Re: <u>1779</u> MOTION for Protective Order ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) (Entered: 11/07/2008) |
| 11/07/2008 | <u>1794</u> | RESPONSE in Opposition to Motion (Re: <u>1775</u> MOTION for Protective Order *Relating to Plaintiffs' September 18, 2008 Requests for Production of Documents* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) (Entered: 11/07/2008) |
| 11/07/2008 | <u>1795</u> | MOTION for Extension of Time to Respond to Motion *to Dismiss* (Re: <u>1788</u> MOTION to Dismiss *For Failure to Join the Cherokee Nation as a Required Party* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Bullock, Louis) (Entered: 11/07/2008) |
| 11/13/2008 | <u>1796</u> | MOTION to Withdraw Attorney(s) by George's, Inc., George's Farms, Inc. (Graves, James) (Entered: 11/13/2008) |
| 11/13/2008 | <u>1797</u> | RESPONSE in Opposition to Motion (Re: <u>1795</u> MOTION for Extension of Time to Respond to Motion *to Dismiss* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 11/13/2008) |
| 11/14/2008 | 1798 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Joyner (Re: <u>1789</u> MOTION to Clarify ) (hbo, Dpty Clk) (Entered: 11/14/2008) |
| 11/17/2008 | <u>1799</u> | RESPONSE in Opposition to Motion (Re: <u>1789</u> MOTION to Clarify ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Page, David) (Entered: 11/17/2008) |
| 11/17/2008 | 1800 | MINUTE ORDER by Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): ( Responses due by 12/15/2008, Replies due by 1/5/2009); granting <u>1795</u> Motion for Extension of Time to Respond to Motion (Re: 1790 MOTION for Judgment as a Matter of Law *(SUBMITTED AS DOC # <u>1788</u> )* MOTION for Judgment as a Matter of Law *(SUBMITTED AS DOC # <u>1788</u> )*, <u>1788</u> MOTION to Dismiss *For Failure to Join the Cherokee Nation as a Required Party* ) |

| | | (hbo, Dpty Clk) (Entered: 11/17/2008) |
|---|---|---|
| 11/18/2008 | 1801 | ORDER by Judge Gregory K Frizzell ; terminating attorney Paul E Thompson, Jr ; granting 1796 Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 11/18/2008) |
| 11/19/2008 | 1802 | REPLY to Response to Motion (Re: 1789 MOTION to Clarify ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (Tucker, John) (Entered: 11/19/2008) |
| 11/19/2008 | 1803 | REPLY to Response to Motion (Re: 1775 MOTION for Protective Order *Relating to Plaintiffs' September 18, 2008 Requests for Production of Documents* ) by Peterson Farms, Inc. ; (McDaniel, Archer) (Entered: 11/19/2008) |
| 11/21/2008 | 1804 | REPLY to Response to Motion (Re: 1779 MOTION for Protective Order ) by Simmons Foods, Inc. ; (Bronson, Vicki) (Entered: 11/21/2008) |
| 11/21/2008 | 1805 | ORDER by Magistrate Judge Sam A Joyner ; granting 1789 Motion to Clarify (Re: 1787 Opinion and Order, Ruling on Motion to Enforce ) (crp, Dpty Clk) (Entered: 11/21/2008) |
| 11/24/2008 | 1806 | ORDER by Magistrate Judge Sam A Joyner *the Motion for Attorney Fees 1729 is stayed pending resolution of appeal;* (Re: 1729 MOTION for Attorney Fees, 1716 APPEAL of the Magistrate Judge ) (crp, Dpty Clk) (Entered: 11/24/2008) |
| 11/25/2008 | 1807 | MOTION for Attorney(s) Melissa C. Collins to be Admitted Pro Hac Vice by Cargill Turkey Production, LLC, Cargill, Inc. (sjm, Dpty Clk) (Entered: 11/25/2008) |
| 11/25/2008 | 1808 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 1807 Motion for Admission Pro Hac Vice (JLE, Chambers) (Entered: 11/25/2008) |
| 11/25/2008 | 1809 | PRO HAC VICE FEES Paid for attorney(s) Melissa C. Collins in the amount of $75 (Re: 1807 MOTION for Attorney(s) Melissa C. Collins to be Admitted Pro Hac Vice ) by Cargill Turkey Production, LLC (sjm, Dpty Clk) Modified on 12/1/2008 to correct file date (lml, Dpty Clk). (Entered: 11/26/2008) |
| 12/15/2008 | 1810 | RESPONSE in Opposition to Motion (Re: 1788 MOTION to Dismiss *For Failure to Join the Cherokee Nation as a Required Party* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Nance, Robert) (lml, Dpty Clk). Modified on 12/29/2008–STRICKEN per Minute Order #1817 (lml, Dpty Clk). (Entered: 12/15/2008) |
| 12/15/2008 | 1811 | RESPONSE in Opposition to Motion (Re: 1790 MOTION for Judgment as a Matter of Law *(SUBMITTED AS DOC # 1788 )* MOTION for Judgment as a Matter of Law *(SUBMITTED AS DOC # 1788 )* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Nance, Robert) (lml, Dpty Clk). Modified on 12/29/2008–STRICKEN per Minute Order #1817 (lml, Dpty Clk). (Entered: 12/15/2008) |
| 12/22/2008 | 1812 | MOTION REQUIRE CONSOLIDATION OF PLAINTIFFS EXCESSIVE RESPONSES (Re: 1811 Response in Opposition to Motion, 1810 Response in Opposition to Motion, ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, |

| | | |
|---|---|---|
| | | Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Jorgensen, Jay) Modified on 12/23/2008 – This is a multi−event motion, see Doc # 1814 for second motion (s−tjc, Dpty Clk). (Entered: 12/22/2008) |
| 12/22/2008 | 1813 | MOTION to Expedite Ruling (Re: 1812 MOTION REQUIRE CONSOLIDATION OF PLAINTIFFS EXCESSIVE RESPONSES; 1814 MOTION for Extension of Time to Reply to Motion Response) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Jorgensen, Jay) Modified on 12/23/2008 – correct title of event and add link (s−tjc, Dpty Clk). (Entered: 12/22/2008) |
| 12/22/2008 | 1814 | MOTION for Extension of Time to Reply to Motion Response *(Submitted as part of Doc # 1812* (Re: 1788 MOTION to Dismiss *For Failure to Join the Cherokee Nation as a Required Party* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (s−tjc, Dpty Clk) (Entered: 12/23/2008) |
| 12/23/2008 | | NOTICE of Docket Entry Modification; Error: This is a two−part motion, but not all parts were filed; Correction: Filed the remaining motion part as Document # 1814 (Re: 1812 MOTION REQUIRE CONSOLIDATION OF PLAINTIFFS EXCESSIVE RESPONSES ) (s−tjc, Dpty Clk) (Entered: 12/23/2008) |
| 12/23/2008 | | NOTICE of Docket Entry Modification; Error: This was filed using (Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s); Correction: Edited docket text to reflect the correct event (Re: 1813 MOTION to Expedite Ruling ) (s−tjc, Dpty Clk) (Entered: 12/23/2008) |
| 12/23/2008 | 1815 | RESPONSE in Opposition to Motion by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Re: 1814 and 1812 ) (Nance, Robert) Modified on 12/24/2008 to create links (sac, Dpty Clk). (Entered: 12/23/2008) |
| 12/24/2008 | 1816 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 1813 Motion to Expedite Ruling (GKFJ, Judge) (Entered: 12/24/2008) |
| 12/24/2008 | 1817 | MINUTE ORDER by Judge Gregory K Frizzell *Defendants' Motion to Require Consolidation of Plaintiffs' Excessive Responses is granted. Defendants filed a single, 25−page, alternative motion. The Clerk's office, as is their practice, docketed the motion to reflect the two alternative forms of relief sought. The Clerk is hereby directed to strike the two separate opposition briefs [1788 and 1790] and the plaintiffs shall file a single consolidated brief in opposition on or before January 8, 2009* ; granting 1812 Motion for Miscellaneous Relief (GKFJ, Judge) (Entered: 12/24/2008) |
| 12/24/2008 | 1818 | MINUTE ORDER by Judge Gregory K Frizzell *Defendants' Alternative Motion for Additional Time to Reply is moot* ; finding as moot 1814 Motion for Extension of Time to Reply to Motion Response (GKFJ, Judge) (Entered: 12/24/2008) |
| 12/31/2008 | 1819 | |

| | | MOTION for Leave to File Rebuttal Expert Reports by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Nance, Robert) (Entered: 12/31/2008) |
|---|---|---|
| 01/05/2009 | 1820 | MINUTE ORDER *by Court Clerk reassigning the magistrate judge in this case following the retirement of Magistrate Judge Joyner and appointment of Magistrate Judge Wilson*, reassigning case to Magistrate Judge T. Lane Wilson, Magistrate Judge Sam A Joyner no longer assigned to case, changing case number to 05–CV–329–GKF–TLW (Re: 1775 MOTION for Protective Order *Relating to Plaintiffs' September 18, 2008 Requests for Production of Documents*, 1779 MOTION for Protective Order, 1729 MOTION for Attorney Fees ) (pll, Dpty Clk) (Entered: 01/05/2009) |
| 01/07/2009 | 1821 | MINUTE ORDER *by Court Clerk*, reassigning case to Magistrate Judge Paul J Cleary, *due to court conflict* Magistrate Judge T Lane Wilson no longer assigned to case, changing case number to 05–cv–329–GKF–PJC (Re: 1775 MOTION for Protective Order *Relating to Plaintiffs' September 18, 2008 Requests for Production of Documents*, 1779 MOTION for Protective Order, 1729 MOTION for Attorney Fees ) (kjp, Dpty Clk) (Entered: 01/07/2009) |
| 01/08/2009 | 1822 | RESPONSE in Opposition to Motion (Re: 1788 MOTION to Dismiss *For Failure to Join the Cherokee Nation as a Required Party*, 1790 MOTION for Judgment as a Matter of Law *(SUBMITTED AS DOC # 1788 )* MOTION for Judgment as a Matter of Law *(SUBMITTED AS DOC # 1788 )* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Nance, Robert) (Entered: 01/08/2009) |
| 01/09/2009 | 1823 | MOTION for an Order addressing the number, length and timing of parties' summary judgment motions by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Hill, Theresa) (Entered: 01/09/2009) |
| 01/13/2009 | 1824 | RESPONSE in Opposition to Motion (Re: 1819 MOTION for Leave to File Rebuttal Expert Reports ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Todd, Gordon) (Entered: 01/13/2009) |
| 01/20/2009 | 1825 | REPLY to Response to Motion (Re: 1788 MOTION to Dismiss *For Failure to Join the Cherokee Nation as a Required Party*, 1790 MOTION for Judgment as a Matter of Law *(SUBMITTED AS DOC # 1788 )* MOTION for Judgment as a Matter of Law *(SUBMITTED AS DOC # 1788 )* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 01/20/2009) |
| 01/21/2009 | 1826 | MOTION for Leave to File Supplemental Expert Report by Drs. Cooke/Welch *and Integrated Brief in Support Thereof* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Nance, Robert) (Entered: 01/21/2009) |

| 01/23/2009 | 1827 | MOTION for Attorney(s) Frank M. Evans, III to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 10850000000000512583) by Willow Brook Foods, Inc. (Lay, Raymond) (Entered: 01/23/2009) |
|---|---|---|
| 01/23/2009 | 1828 | Joint RESPONSE in Opposition to Motion (Re: 1826 MOTION for Leave to File Supplemental Expert Report by Drs. Cooke/Welch *and Integrated Brief in Support Thereof* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Graves, James) (Entered: 01/23/2009) |
| 01/23/2009 | 1829 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to Produce Expert Fate and Transport Report and Integrated Brief in Support* (Re: 1805 Order,, Ruling on Motion to Clarify ) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 01/23/2009) |
| 01/23/2009 | 1830 | Joint MOTION to Expedite Ruling (Re: 1826 MOTION for Leave to File Supplemental Expert Report by Drs. Cooke/Welch *and Integrated Brief in Support Thereof* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Graves, James) (Entered: 01/23/2009) |
| 01/26/2009 | 1831 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 1827 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 01/26/2009) |
| 01/26/2009 | 1832 | RESPONSE in Opposition to Motion (Re: 1829 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to Produce Expert Fate and Transport Report and Integrated Brief in Support* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to Produce Expert Fate and Transport Report and Integrated Brief in Support* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Nance, Robert) (Entered: 01/26/2009) |
| 01/26/2009 | 1833 | REPLY to Response to Motion (Re: 1826 MOTION for Leave to File Supplemental Expert Report by Drs. Cooke/Welch *and Integrated Brief in Support Thereof* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Nance, Robert) (Entered: 01/26/2009) |
| 01/26/2009 | 1834 | MOTION for Attorney(s) Frank M. Evans, III to be Admitted Pro Hac Vice by Willow Brook Foods, Inc. (sjm, Dpty Clk) Modified on 1/28/2009 to correct attorney requesting admission (sjm, Dpty Clk). (Entered: 01/26/2009) |
| 01/27/2009 | 1835 | RESPONSE in Opposition to Motion (Re: 1823 MOTION for an Order addressing the number, length and timing of parties' summary judgment motions ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 01/27/2009) |
| 01/27/2009 | 1836 | REPLY to Response to Motion (Re: 1819 MOTION for Leave to File Rebuttal Expert Reports ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Riggs, Melvin) (Entered: 01/27/2009) |

| 01/28/2009 | 1837 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 1834 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 01/28/2009) |
| 01/28/2009 | 1838 | NOTICE of Docket Entry Modification; Error: wrong attorney entered for admission PHV; Correction: corrected attorney requesting admission PHV (Re: 1834 MOTION for Attorney(s) R. Thomas Lay to be Admitted Pro Hac Vice ) (sjm, Dpty Clk) (Entered: 01/28/2009) |
| 01/29/2009 | 1839 | OPINION AND ORDER by Judge Gregory K Frizzell ; denying 1826 Motion for Leave to File Document(s) (hbo, Dpty Clk) Modified on 1/30/2009 to change text to reflect correct event (sac, Dpty Clk). (Entered: 01/29/2009) |
| 01/29/2009 | 1840 | MINUTE ORDER by Judge Gregory K Frizzell *(see #1839)* ; finding as moot 1830 Motion to Expedite Ruling (hbo, Dpty Clk) (Entered: 01/29/2009) |
| 01/29/2009 | 1841 | MINUTE ORDER by Judge Gregory K Frizzell *The Cargill Defendants' Motion for a one−week extension, until January 30, 2009, to produce expert fate and transport report is granted* ; granting 1829 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (GKFJ, Judge) (Entered: 01/29/2009) |
| 01/29/2009 | 1842 | OPINION AND ORDER by Judge Gregory K Frizzell ; denying 1819 Motion for Leave to File Document(s) (hbo, Dpty Clk) (Entered: 01/29/2009) |
| 02/02/2009 | 1843 | ORDER by Judge Gregory K Frizzell ; denying 1757 Appeal of Magistrate Judge's Order (hbo, Dpty Clk) (Entered: 02/02/2009) |
| 02/03/2009 | 1844 | REPLY to Response to Motion (Re: 1823 MOTION for an Order addressing the number, length and timing of parties' summary judgment motions ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (Tucker, John) (Entered: 02/03/2009) |
| 02/03/2009 | 1845 | SUGGESTION of Death as to Third Party Defendant, John Stacy by John Stacy (Cole, Lloyd) (Entered: 02/03/2009) |
| 02/04/2009 | 1846 | MINUTE ORDER by Judge Gregory K Frizzell *Upon consideration of the briefs filed in connection with Defendants' Motion Regarding Summary Judgment Briefing, the 13 defendants are hereby authorized to file up to 13 motions for summary judgment limited to 25 pages each, including those motions filed jointly on separate legal issues, and plaintiff may file a single, reasonably sized summary judgment motion, with all such motions to be filed on or before the dispositive motion deadline* ; accepting in part 1823 Motion for Miscellaneous Relief (GKFJ, Judge) (Entered: 02/04/2009) |
| 02/05/2009 | 1847 | MOTION to Withdraw Attorney(s) *Leslie J. Southerland* by Cargill, Inc., Cargill Turkey Production, LLC (Southerland, Leslie) (Entered: 02/05/2009) |
| 02/05/2009 | 1848 | ATTORNEY APPEARANCE by Kerry R Lewis on behalf of Cargill, Inc., Cargill Turkey Production, LLC (Lewis, Kerry) (Entered: 02/05/2009) |
| 02/05/2009 | 1849 | ORDER by Judge Gregory K Frizzell ; terminating attorney Leslie Jane Southerland ; granting 1847 Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 02/05/2009) |
| 02/05/2009 | 1850 | |

| | | MINUTE ORDER by Magistrate Judge Paul J Cleary *Setting hearing on Motions for Protective Order*, setting/resetting deadline(s)/hearing(s): *to be held in Courtroom 5, 4th Floor* ( Motion Hearing set for 2/24/2009 at 10:00 AM before Magistrate Judge Paul J Cleary) (Re: 1775 MOTION for Protective Order *Relating to Plaintiffs' September 18, 2008 Requests for Production of Documents*, 1779 MOTION for Protective Order ) (kjp, Dpty Clk) (Entered: 02/05/2009) |
|---|---|---|
| 02/12/2009 | 1851 | MOTION to Compel *Production of Peer Review Materials of Plaintiffs' Experts Harwood and Olsen* by Tyson Foods, Inc. (With attachments) (Bond, Michael) Modified on 3/3/2009; Document WITHDRAWN per Minute Order # 1904 (s–tjc, Dpty Clk). (Entered: 02/12/2009) |
| 02/13/2009 | 1852 | MOTION to Expedite Ruling (Re: 1851 MOTION to Compel *Production of Peer Review Materials of Plaintiffs' Experts Harwood and Olsen* ) by Tyson Foods, Inc. (Bond, Michael) (Entered: 02/13/2009) |
| 02/13/2009 | 1853 | MOTION for Protective Order *and Itegrated Memorandum in Support* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Nance, Robert) (Entered: 02/13/2009) |
| 02/13/2009 | 1854 | MOTION to Compel *Production of Expert Materials and Integrated Brief* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Tucker, John) (Entered: 02/13/2009) |
| 02/13/2009 | 1855 | ADDITIONAL ATTACHMENT(S) *18–3 thru 25* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 1854 MOTION to Compel *Production of Expert Materials and Integrated Brief* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Tucker, John) (Entered: 02/13/2009) |
| 02/13/2009 | 1856 | MOTION to Expedite Ruling by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Tucker, John) (Entered: 02/13/2009) |
| 02/13/2009 | 1857 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Extension of Time to File Expert Reports on Damages* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Tucker, John) (Entered: 02/13/2009) |
| 02/13/2009 | 1858 | MOTION to Expedite Ruling *of Motion for Extension of Time to File Expert Reports on Damages* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Tucker, John) (Entered: 02/13/2009) |

| 02/13/2009 | 1859 | MOTION to Seal Document *Exhibit 19 to Motion to Compel Production of Expert Materials and Integrated Brief* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Tucker, John) (Entered: 02/13/2009) |
| 02/13/2009 | | ***Motion(s) Referred to Magistrate Cleary (Re: 1856 MOTION to Expedite Ruling ) (sac, Dpty Clk) (Entered: 02/17/2009) |
| 02/17/2009 | 1860 | RESPONSE in Opposition to Motion (Re: 1852 MOTION to Expedite Ruling ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Bullock, Louis) (Entered: 02/17/2009) |
| 02/17/2009 | 1861 | MINUTE ORDER by Magistrate Judge Paul J Cleary, referring motion(s) to Magistrate Judge Cleary (Re: 1852 MOTION to Expedite Ruling, 1859 MOTION to Seal Document *Exhibit 19 to Motion to Compel Production of Expert Materials and Integrated Brief*, 1857 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Extension of Time to File Expert Reports on Damages* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Extension of Time to File Expert Reports on Damages*, 1858 MOTION to Expedite Ruling *of Motion for Extension of Time to File Expert Reports on Damages*, 1856 MOTION to Expedite Ruling ) (hbo, Dpty Clk) (Entered: 02/17/2009) |
| 02/17/2009 | 1862 | MINUTE ORDER by Magistrate Judge Paul J Cleary *directing Defendants' to file the unredacted Exhibit 19 to the Motion to Compel #[1854, 1855] under seal* ; granting 1859 Motion to Seal Document(s) (kjp, Dpty Clk) (Entered: 02/17/2009) |
| 02/17/2009 | 1863 | MOTION to Expedite Ruling (Re: 1853 MOTION for Protective Order *and Itegrated Memorandum in Support* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Nance, Robert) (Entered: 02/17/2009) |
| 02/17/2009 | 1864 | SEALED DOCUMENT (Tucker, John) (Entered: 02/17/2009) Contains One or More Restricted PDFs |
| 02/17/2009 | 1865 | RESPONSE in Opposition to Motion (Re: 1858 MOTION to Expedite Ruling *of Motion for Extension of Time to File Expert Reports on Damages* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Nance, Robert) (Entered: 02/17/2009) |
| 02/17/2009 | 1866 | MOTION to Compel *The Cargill Defendants to Respond to Discovery Seeking Financial Information* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 02/17/2009) |
| 02/17/2009 | 1867 | MOTION to Compel *George's, Inc. and George's Farms, Inc. to Respond to Discovery Seeking Financial Information* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 02/17/2009) |
| 02/17/2009 | 1868 | MOTION to Compel *Simmons' Foods, Inc. to Respond to Discovery Seeking Financial Information* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 02/17/2009) |

| 02/17/2009 | 1869 | MOTION to Compel *Peterson Farms, Inc. to Respond to Discovery Seeking Financial Information* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 02/17/2009) |
|---|---|---|
| 02/17/2009 | | ***Motion(s) Referred to Magistrate Judge Cleary (Re: 1863 MOTION to Expedite Ruling ) (lml, Dpty Clk) (Entered: 02/18/2009) |
| 02/18/2009 | 1870 | MINUTE ORDER by Magistrate Judge Paul J Cleary *striking hearing set for 2/24/09 and resetting to Thursday, 2/26/09 at 9:30 a.m., in Courtroom #5 on the 4th Floor; Response deadline on pending motions shortened to 2/23/09* ; setting/resetting deadline(s)/hearing(s): ( Responses due by 2/23/2009, Motion Hearing set for 2/26/2009 at 09:30 AM before Magistrate Judge Paul J Cleary); granting 1852 Motion to Expedite Ruling; granting 1856 Motion to Expedite Ruling; granting 1858 Motion to Expedite Ruling; granting 1863 Motion to Expedite Ruling (Re: 1775 MOTION for Protective Order *Relating to Plaintiffs' September 18, 2008 Requests for Production of Documents*, 1866 MOTION to Compel *The Cargill Defendants to Respond to Discovery Seeking Financial Information*, 1868 MOTION to Compel *Simmons' Foods, Inc. to Respond to Discovery Seeking Financial Information*, 1867 MOTION to Compel *George's, Inc. and George's Farms, Inc. to Respond to Discovery Seeking Financial Information*, 1869 MOTION to Compel *Peterson Farms, Inc. to Respond to Discovery Seeking Financial Information*, 1853 MOTION for Protective Order *and Itegrated Memorandum in Support*, 1851 MOTION to Compel *Production of Peer Review Materials of Plaintiffs' Experts Harwood and Olsen*, 1779 MOTION for Protective Order, 1857 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Extension of Time to File Expert Reports on Damages* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Extension of Time to File Expert Reports on Damages*, 1854 MOTION to Compel *Production of Expert Materials and Integrated Brief* ) (kjp, Dpty Clk) (Entered: 02/18/2009) |
| 02/18/2009 | 1871 | OPINION AND ORDER by Judge Gregory K Frizzell ; denying 1716 Appeal of Magistrate Judge's Order (JLE, Chambers) (Entered: 02/18/2009) |
| 02/18/2009 | 1872 | Joint MOTION for Summary Judgment *on Counts 1 and 2 of the Second Amended Complaint and Integrated Brief in Support* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 02/18/2009) |
| 02/19/2009 | 1873 | WITNESS LIST by Willow Brook Foods, Inc. (Griffin, Jennifer) (Entered: 02/19/2009) |
| 02/19/2009 | 1874 | MINUTES of Proceedings – held before Magistrate Judge Paul J Cleary: Miscellaneous Hearing held on 2/19/2009 *Telephone Conference held;* ; setting/resetting deadline(s)/hearing(s): *Resetting hearing for Dkt. #1851, 1853, 1866, 1867, 1868, 1869 ONLY (to be held in Courtroom #5, Fourth Floor)* ( Motion Hearing set for 3/2/2009 at 09:30 AM before Magistrate Judge Paul J Cleary) (Re: 1869 MOTION to Compel *Peterson Farms, Inc. to Respond to Discovery Seeking Financial Information*, 1853 MOTION for Protective Order *and Itegrated Memorandum in Support*, 1851 MOTION to Compel *Production of Peer Review Materials of Plaintiffs' Experts Harwood and Olsen*, 1866 MOTION to Compel *The Cargill Defendants to Respond to Discovery Seeking Financial Information*, 1868 |

| | | |
|---|---|---|
| | | MOTION to Compel *Simmons' Foods, Inc. to Respond to Discovery Seeking Financial Information*, <u>1867</u> MOTION to Compel *George's, Inc. and George's Farms, Inc. to Respond to Discovery Seeking Financial Information* ) (Court Reporter: 09–PJC–01) (kjp, Dpty Clk) (Entered: 02/19/2009) |
| 02/20/2009 | 1875 | MINUTE ORDER by Magistrate Judge Paul J Cleary *AMENDING motion hearing schedule to reflect Dkt. #1853, Motion for Protective Order, will be heard on Thursday 2/26/09,* setting/resetting deadline(s)/hearing(s): *All other matters remain as setforth in Dkt. # <u>1874</u>* ( Motion Hearing set for 2/26/2009 at 09:30 AM before Magistrate Judge Paul J Cleary) (Re: <u>1853</u> MOTION for Protective Order *and Itegrated Memorandum in Support* ) (kjp, Dpty Clk) (Entered: 02/20/2009) |
| 02/20/2009 | 1876 | Joint MOTION for Partial Summary Judgment *as to Plaintiffs' Time Barred Claims and Integrated Brief in Support* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 02/20/2009) |
| 02/23/2009 | 1877 | RESPONSE in Opposition to Motion (Re: <u>1866</u> MOTION to Compel *The Cargill Defendants to Respond to Discovery Seeking Financial Information* ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 02/23/2009) |
| 02/23/2009 | 1878 | RESPONSE in Opposition to Motion (Re: <u>1869</u> MOTION to Compel *Peterson Farms, Inc. to Respond to Discovery Seeking Financial Information* ) by Peterson Farms, Inc. ; (With attachments) (Hixon, Philip) (Entered: 02/23/2009) |
| 02/23/2009 | 1879 | RESPONSE in Opposition to Motion (Re: <u>1867</u> MOTION to Compel *George's, Inc. and George's Farms, Inc. to Respond to Discovery Seeking Financial Information* ) by George's, Inc., George's Farms, Inc. ; (With attachments) (Graves, James) Modified on 2/24/2009; this document contains two events and combined documents are not allowed with CM/ECF – see 1887 for the second event, Motion for Protective Order (sac, Dpty Clk). (Entered: 02/23/2009) |
| 02/23/2009 | 1880 | RESPONSE in Opposition to Motion (Re: <u>1868</u> MOTION to Compel *Simmons' Foods, Inc. to Respond to Discovery Seeking Financial Information* ) by Simmons Foods, Inc. ; (Bronson, Vicki) (Entered: 02/23/2009) |
| 02/23/2009 | 1881 | MOTION for Protective Order by Simmons Foods, Inc. (Bronson, Vicki) (Entered: 02/23/2009) |
| 02/23/2009 | 1882 | MOTION for Protective Order *Limiting Production of Financial Information* by Peterson Farms, Inc. (Hixon, Philip) (Entered: 02/23/2009) |
| 02/23/2009 | 1883 | RESPONSE in Opposition to Motion (Re: <u>1853</u> MOTION for Protective Order *and Itegrated Memorandum in Support* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Tucker, John) (Entered: 02/23/2009) |
| 02/23/2009 | 1884 | RESPONSE in Opposition to Motion (Re: <u>1851</u> MOTION to Compel *Production of Peer Review Materials of Plaintiffs' Experts Harwood and Olsen* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office |

| | | of ; (With attachments) (Bullock, Louis) (Entered: 02/23/2009) |
|---|---|---|
| 02/23/2009 | 1885 | RESPONSE in Opposition to Motion (Re: 1854 MOTION to Compel *Production of Expert Materials and Integrated Brief* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Nance, Robert) (Entered: 02/23/2009) |
| 02/23/2009 | 1886 | RESPONSE in Opposition to Motion (Re: 1857 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Extension of Time to File Expert Reports on Damages* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Extension of Time to File Expert Reports on Damages* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Nance, Robert) (Entered: 02/23/2009) |
| 02/23/2009 | 1887 | MOTION for Protective Order *(submitted as part of 1879 )* by George's, Inc., George's Farms, Inc. (sac, Dpty Clk) (Entered: 02/24/2009) |
| 02/24/2009 | | NOTICE of Docket Entry Modification; Error: this document contains two events and combined documents are not allowed with CM/ECF; Correction: efiled second event, Motion for Protective Order, see 1887 (Re: 1879 Response in Opposition to Motion, ) (sac, Dpty Clk) (Entered: 02/24/2009) |
| 02/24/2009 | 1888 | SPECIAL APPEARANCE by Duane Berlin on behalf of Council of American Survey Research Organizations, American Association for Public Opinion Research (s−srb, Dpty Clk) (Entered: 02/24/2009) |
| 02/24/2009 | 1889 | MOTION for Leave to File a Brief as Amici Curiae in Support of Plaintiff's Motion for Protective Order by Council of American Survey Research Organizations, American Association for Public Opinion Research (s−srb, Dpty Clk) Modified on 2/25/2009 to correct title of event (lml, Dpty Clk). (Entered: 02/24/2009) |
| 02/24/2009 | 1890 | BRIEF in Support of Motion (Re: 1889 MOTION for Leave to File a Brief as Amici Curiae in Support of Plaintiff's Motion for Protective Order ) by Council of American Survey Research Organizations, American Association for Public Opinion Research ; (s−srb, Dpty Clk) (Entered: 02/24/2009) |
| 02/24/2009 | 1891 | ERRATA/CORRECTION (Re: 1883 Response in Opposition to Motion, ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Tucker, John) (Entered: 02/24/2009) |
| 02/25/2009 | 1892 | MINUTE ORDER by Court Clerk, directing Council of American Survey Research Organizations and American Association for Public Opinion Research to file a Corporate Disclosure Statement pursuant to FRCvP 7.1 within five (5) days of this order, if they have not already done so. The parties shall use the form entitled Corporate Disclosure Statement available on the Courts website (please do not refile if already filed on non−court form unless directed to do so). If you have already filed your Corporate Disclosure Statement in this case, you are reminded to file a Supplemental Corporate Disclosure Statement within a reasonable time of any change in the information that the statement requires. (s−srb, Dpty Clk) (Entered: 02/25/2009) |
| 02/26/2009 | 1893 | |

| | | MINUTE ORDER by Court Clerk, directing Duane Berlin to file a Motion for Admission Pro Hac Vice per Local Civil Rule 83.2. Additionally, if you intend to practice in this district in the future and want to become a member of this district, please submit an application for attorney admission. (lal, Dpty Clk) (Entered: 02/26/2009) |
|---|---|---|
| 02/26/2009 | 1894 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Cleary (Re: 1889 MOTION for Leave to File a Brief as Amici Curiae in Support of Plaintiff's Motion for Protective Order ) (hbo, Dpty Clk) (Entered: 02/26/2009) |
| 02/26/2009 | 1895 | MINUTES of Proceedings – held before Magistrate Judge Paul J Cleary: Motion Hearing held on 2/26/2009 ; setting/resetting deadline(s)/hearing(s): ; taking motion(s) under advisement; granting in part and denying in part 1775 Motion for Protective Order; granting in part and denying in part 1779 Motion for Protective Order; granting in part and denying in part 1857 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s); granting 1889 Motion for Leave to File Document(s) (Re: 1853 MOTION for Protective Order *and Itegrated Memorandum in Support*, 1775 MOTION for Protective Order *Relating to Plaintiffs' September 18, 2008 Requests for Production of Documents*, 1779 MOTION for Protective Order, 1857 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Extension of Time to File Expert Reports on Damages* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Extension of Time to File Expert Reports on Damages*, 1854 MOTION to Compel *Production of Expert Materials and Integrated Brief* ) (Court Reporter: Greg Eustice) (kjp, Dpty Clk) (Entered: 02/26/2009) |
| 02/27/2009 | 1896 | MOTION for Attorney(s) Earl Lee "Buddy" Chadick to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 10850000000000525728) by George's, Inc., George's Farms, Inc. (With attachments) (Rose, Randall) (Entered: 02/27/2009) |
| 02/27/2009 | 1897 | REPLY to Response to Motion (Re: 1851 MOTION to Compel *Production of Peer Review Materials of Plaintiffs' Experts Harwood and Olsen* ) by Tyson Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 02/27/2009) |
| 02/27/2009 | 1898 | ORDER by Judge Gregory K Frizzell ; granting 1896 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 02/27/2009) |
| 02/27/2009 | 1899 | RESPONSE in Opposition to Motion (Re: 1882 MOTION for Protective Order *Limiting Production of Financial Information* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) (Entered: 02/27/2009) |
| 02/27/2009 | 1900 | RESPONSE in Opposition to Motion (Re: 1887 MOTION for Protective Order *(submitted as part of 1879* ) ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) (Entered: 02/27/2009) |
| 02/27/2009 | 1901 | RESPONSE in Opposition to Motion (Re: 1881 MOTION for Protective Order ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Garren, Richard) (Entered: 02/27/2009) |
| 02/27/2009 | 1902 | Joint RESPONSE (Re: 1890 BRIEF in Support of Motion) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. |

| | | (Tucker, John) Modified on 3/2/2009 to create link to Doc # 1890 (lml, Dpty Clk). (Entered: 02/27/2009) |
|---|---|---|
| 02/27/2009 | 1903 | MOTION to Withdraw Document(s) (Re: 1851 MOTION to Compel *Production of Peer Review Materials of Plaintiffs' Experts Harwood and Olsen* ) by Tyson Foods, Inc. (Jorgensen, Jay) Modified on 3/2/2009 to correct title of event (lml, Dpty Clk). (Entered: 02/27/2009) |
| 03/02/2009 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Notice–Other); Correction: Edited docket text to reflect correct event (Re: 1903 MOTION to Withdraw Document(s)MOTION to Withdraw Document(s) ) (lml, Dpty Clk) (Entered: 03/02/2009) |
| 03/02/2009 | | ***Motion(s) Referred to Magistrate Judge Cleary (Re: 1903 MOTION to Withdraw Document(s)MOTION to Withdraw Document(s) ) (lml, Dpty Clk) (Entered: 03/02/2009) |
| 03/02/2009 | 1904 | MINUTE ORDER by Magistrate Judge Paul J Cleary ; striking/withdrawing document(s); granting 1903 Motion to Withdraw Documents(s) (Re: 1851 MOTION to Compel *Production of Peer Review Materials of Plaintiffs' Experts Harwood and Olsen* ) (Documents Terminated: 1851 MOTION to Compel *Production of Peer Review Materials of Plaintiffs' Experts Harwood and Olsen* ) (kjp, Dpty Clk) (Entered: 03/02/2009) |
| 03/02/2009 | 1905 | MINUTES of Proceedings – held before Magistrate Judge Paul J Cleary: Motion Hearing held on 3/2/2009, striking/terminating deadline(s)/Hearing(s), taking motion(s) under advisement (Re: 1869 MOTION to Compel *Peterson Farms, Inc. to Respond to Discovery Seeking Financial Information*, 1867 MOTION to Compel *George's, Inc. and George's Farms, Inc. to Respond to Discovery Seeking Financial Information*, 1866 MOTION to Compel *The Cargill Defendants to Respond to Discovery Seeking Financial Information*, 1868 MOTION to Compel *Simmons' Foods, Inc. to Respond to Discovery Seeking Financial Information* ) (Court Reporter: Greg Eustice) (kjp, Dpty Clk) (Entered: 03/02/2009) |
| 03/02/2009 | 1906 | MOTION to Lift Stay *of Motion for Attorney Fees* by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 03/02/2009) |
| 03/03/2009 | 1907 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Cleary (Re: 1906 MOTION to Lift Stay *of Motion for Attorney Fees* ) (hbo, Dpty Clk) (Entered: 03/03/2009) |
| 03/03/2009 | 1908 | MINUTE ORDER by Magistrate Judge Paul J Cleary *Lifting Stay on Motion for Attorney Fees [#1729] and directing Responses to Motion for Attorney Fees are due by 3/18/09* ; setting/resetting deadline(s)/hearing(s): ( Responses due by 3/18/2009); granting 1906 Motion to Lift Stay (Re: 1729 MOTION for Attorney Fees ) (kjp, Dpty Clk) (Entered: 03/03/2009) |
| 03/05/2009 | 1909 | ATTORNEY APPEARANCE by Earl Buddy Chadick on behalf of George's, Inc., George's Farms, Inc. (Chadick, Earl) (Entered: 03/05/2009) |
| 03/09/2009 | 1910 | NOTICE Peterson Farms, Inc.'s Advice to the Court Regarding Submission of Documents for In Camera Review by Peterson Farms, Inc. (McDaniel, Archer) (Entered: 03/09/2009) |
| 03/09/2009 | 1911 | CORPORATE DISCLOSURE STATEMENT by American Association for Public Opinion Research (Berlin, Duane) (Entered: 03/09/2009) |

| 03/09/2009 | 1912 | CORPORATE DISCLOSURE STATEMENT by Council of American Survey Research Organizations (Berlin, Duane) (Entered: 03/09/2009) |
|---|---|---|
| 03/09/2009 | 1913 | RESPONSE in Opposition to Motion (Re: 1872 Joint MOTION for Summary Judgment *on Counts 1 and 2 of the Second Amended Complaint and Integrated Brief in Support* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) (Entered: 03/09/2009) |
| 03/10/2009 | 1914 | TRANSCRIPT of Proceedings (Unredacted) of Motion Hearing held on 02/26/2009 before Magistrate Judge Paul J Cleary (Court Reporter: Greg Eustice) (Pages: 79). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 1895 Minutes of Motion Hearing, Setting/Resetting Deadline(s)/Hearing(s), Taking Motion(s) Under Advisement, Ruling on Motion for Protective Order,, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion for Leave to File Document(s)) (sam, Dpty Clk) Modified on 6/8/2009 to remove transcript access restriction (a−hc, Dpty Clk). (Entered: 03/10/2009) |
| 03/10/2009 | 1915 | TRANSCRIPT of Proceedings (Unredacted) of Motion Hearing held on 03/02/2009 before Magistrate Judge Paul J Cleary (Court Reporter: Greg Eustice) (Pages: 58). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 1905 Minutes of Motion Hearing, Striking/Terminating Deadline(s)/Hearing(s), Taking Motion(s) Under Advisement) (sam, Dpty Clk) Modified on 6/8/2009 to remove transcript access restriction (a−hc, Dpty Clk). (Entered: 03/10/2009) |
| 03/10/2009 | 1916 | REPLY to Response to Motion (Re: 1882 MOTION for Protective Order *Limiting Production of Financial Information* ) by Peterson Farms, Inc. ; (Hixon, Philip) (Entered: 03/10/2009) |
| 03/10/2009 | 1917 | RESPONSE in Opposition to Motion (Re: 1876 Joint MOTION for Partial Summary Judgment *as to Plaintiffs' Time Barred Claims and Integrated Brief in Support* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Nance, Robert) (Entered: 03/10/2009) |
| 03/11/2009 | 1918 | ORDER by Magistrate Judge Paul J Cleary *(Defendants' expert report(s) on damages due 3/31/2009)* ; granting 1853 Motion for Protective Order; denying 1854 Motion to Compel (kjp, Dpty Clk) (Entered: 03/11/2009) |
| 03/13/2009 | 1919 | ERRATA/CORRECTION (Re: 1913 Response in Opposition to Motion, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 03/13/2009) |
| 03/13/2009 | 1920 | ORDER by Magistrate Judge Paul J Cleary ; granting in part and denying in part 1866 Motion to Compel; granting in part and denying in part 1867 Motion to Compel; granting in part and denying in part 1868 Motion to Compel; granting in |

| | | |
|---|---|---|
| | | part and denying in part <u>1869</u> Motion to Compel; granting in part and denying in part <u>1881</u> Motion for Protective Order; granting in part and denying in part <u>1882</u> Motion for Protective Order; granting in part and denying in part 1887 Motion for Protective Order (kjp, Dpty Clk) (Entered: 03/13/2009) |
| 03/23/2009 | <u>1921</u> | MOTION to Reconsider (Re: <u>1062</u> Opinion and Order, Ruling on Motion for Protective Order, ) by Tyson Foods, Inc. (With attachments) (Bond, Michael) (Entered: 03/23/2009) |
| 03/23/2009 | <u>1922</u> | Unopposed MOTION to Expedite Ruling (Re: <u>1921</u> MOTION to Reconsider ) by Tyson Foods, Inc. (With attachments) (Bond, Michael) (Entered: 03/23/2009) |
| 03/23/2009 | <u>1923</u> | Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for the State to Conduct the Depositions of Defendants' Damages Experts* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Nance, Robert) (Entered: 03/23/2009) |
| 03/23/2009 | <u>1924</u> | MOTION to Expedite Ruling (Re: <u>1923</u> Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for the State to Conduct the Depositions of Defendants' Damages Experts*Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for the State to Conduct the Depositions of Defendants' Damages Experts* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Nance, Robert) (Entered: 03/23/2009) |
| 03/23/2009 | <u>1925</u> | Joint REPLY to Response to Motion (Re: <u>1872</u> Joint MOTION for Summary Judgment *on Counts 1 and 2 of the Second Amended Complaint and Integrated Brief in Support* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 03/23/2009) |
| 03/23/2009 | | ***Motion(s) Referred to Magistrate Cleary (Re: <u>1924</u> MOTION to Expedite Ruling, <u>1923</u> Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for the State to Conduct the Depositions of Defendants' Damages Experts*Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for the State to Conduct the Depositions of Defendants' Damages Experts* ) (sac, Dpty Clk) (Entered: 03/24/2009) |
| 03/24/2009 | 1926 | MINUTE ORDER by Magistrate Judge Paul J Cleary ; setting/resetting deadline(s)/hearing(s): *Setting Response and Reply deadlines relating to Motion to Reconsider # 1921* ( Responses due by 3/31/2009, Replies due by 4/2/2009); granting <u>1922</u> Motion to Expedite Ruling (Re: <u>1921</u> MOTION to Reconsider ) (kjp, Dpty Clk) (Entered: 03/24/2009) |
| 03/24/2009 | 1927 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Cleary (Re: <u>1921</u> MOTION to Reconsider ) (hbo, Dpty Clk) (Entered: 03/24/2009) |
| 03/24/2009 | <u>1928</u> | ORDER by Magistrate Judge Paul J Cleary ; setting/resetting deadline(s)/hearing(s): ( Discovery due by 5/1/2009); granting <u>1923</u> Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s); granting <u>1924</u> Motion to Expedite Ruling (kjp, Dpty Clk) (Entered: 03/24/2009) |

| 03/24/2009 | 1929 | ORDER by Magistrate Judge Paul J Cleary *(AMENDED ORDER)*, setting/resetting deadline(s)/hearing(s): ( Discovery as relates to depositions of Defendants' damages experts due by 5/15/2009) (Re: 1928 Order, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion to Expedite Ruling ) (kjp, Dpty Clk) Modified on 3/30/2009 to add language to Discovery date (kjp, Dpty Clk). (Entered: 03/24/2009) |
|---|---|---|
| 03/24/2009 | 1930 | Joint REPLY to Response to Motion (Re: 1876 Joint MOTION for Partial Summary Judgment *as to Plaintiffs' Time Barred Claims and Integrated Brief in Support* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 03/24/2009) |
| 03/25/2009 | 1931 | MOTION for Leave to File Brief as Amici Curiae in Support of Dismissing Oklahoma's CERCLA Claims Regarding Phosphorus by State of Arkansas (Moulton, Charles) (Entered: 03/25/2009) |
| 03/25/2009 | 1932 | BRIEF in Support of Motion (Re: 1931 MOTION for Leave to File Brief as Amici Curiae in Support of Dismissing Oklahoma's CERCLA Claims Regarding Phosphorus ) by State of Arkansas ; (Moulton, Charles) Modified on 4/28/2009 to seal PDF as it was STRICKEN per Minute Order # 2006 (lml, Dpty Clk). (Entered: 03/25/2009) Contains One or More Restricted PDFs |
| 03/25/2009 | 1933 | MOTION for Protective Order *Regarding the Cargill Defendants' March 13, 2009 30(b)(6) Deposition Notice to the State* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Nance, Robert) (Entered: 03/25/2009) |
| 03/25/2009 | 1934 | Agreed MOTION to Expedite Ruling (Re: 1933 MOTION for Protective Order *Regarding the Cargill Defendants' March 13, 2009 30(b)(6) Deposition Notice to the State* MOTION for Protective Order *Regarding the Cargill Defendants' March 13, 2009 30(b)(6) Deposition Notice to the State* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Nance, Robert) (Entered: 03/25/2009) |
| 03/25/2009 | | ***Motion(s) Referred to Magistrate Judge Cleary (Re: 1934 Agreed MOTION to Expedite Ruling ) (tjc, Dpty Clk) (Entered: 03/26/2009) |
| 03/27/2009 | 1935 | MOTION to Clarify (Re: 1929 Order, Setting/Resetting Deadline(s)/Hearing(s),,, Setting/Resetting Deadline(s)/Hearing(s), ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 03/27/2009) |
| 03/27/2009 | 1936 | MOTION to Expedite Ruling (Re: 1935 MOTION to Clarify ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 03/27/2009) |
| 03/27/2009 | 1937 | ORDER by Magistrate Judge Paul J Cleary ; setting/resetting deadline(s)/hearing(s): ( Responses due by 3/30/2009); granting 1934 Motion to Expedite Ruling (Re: 1933 MOTION for Protective Order *Regarding the Cargill Defendants' March 13, 2009 30(b)(6) Deposition Notice to the State* MOTION for Protective Order *Regarding the Cargill Defendants' March 13, 2009 30(b)(6) Deposition Notice to the State* ) |

| | | (jcm, Dpty Clk) (Entered: 03/27/2009) |
|---|---|---|
| 03/27/2009 | 1938 | MOTION to Strike Plaintiffs' Natural Damages Reports by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) Modified on 3/30/2009 to remove text regarding second motion part; See Doc #1940 for second motion (lml, Dpty Clk). (Entered: 03/27/2009) |
| 03/27/2009 | 1940 | MOTION to Compel *complete expert disclosures (SUBMITTED AS DOC # 1938 )* by Cargill, Inc., Cargill Turkey Production, LLC (lml, Dpty Clk) (Entered: 03/30/2009) |
| 03/30/2009 | 1939 | RESPONSE in Opposition to Motion (Re: 1921 MOTION to Reconsider ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Bullock, Louis) (Entered: 03/30/2009) |
| 03/30/2009 | | NOTICE of Docket Entry Modification; Error: This is a mutli−part motion, but only one part was filed; Correction: Filed the second motion part (Motion to Compel) as Document No. 1940 (Re: 1938 MOTION to Strike Plaintiffs' Natural Damages Reports ) (lml, Dpty Clk) (Entered: 03/30/2009) |
| 03/30/2009 | 1941 | MOTION to Compel *Complete Responses to Their Discovery Requests* by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 03/30/2009) |
| 03/30/2009 | 1942 | ORDER by Magistrate Judge Paul J Cleary *Clarifying Court's Amended Order # 1929* ; granting 1935 Motion to Clarify; granting 1936 Motion to Expedite Ruling (kjp, Dpty Clk) (Entered: 03/30/2009) |
| 03/30/2009 | 1943 | MOTION to Expedite Ruling (Re: 1940 MOTION to Compel *complete expert disclosures (SUBMITTED AS DOC # 1938 )*, 1938 MOTION to Strike Plaintiffs' Natural Damages Reports, 1941 MOTION to Compel *Complete Responses to Their Discovery Requests* ) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 03/30/2009) |
| 03/30/2009 | 1944 | RESPONSE in Opposition to Motion (Re: 1933 MOTION for Protective Order *Regarding the Cargill Defendants' March 13, 2009 30(b)(6) Deposition Notice to the State* MOTION for Protective Order *Regarding the Cargill Defendants' March 13, 2009 30(b)(6) Deposition Notice to the State* ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 03/30/2009) |
| 03/30/2009 | 1945 | RESPONSE in Opposition to Motion (Re: 1943 MOTION to Expedite Ruling ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Nance, Robert) (Entered: 03/30/2009) |
| 03/30/2009 | 1946 | Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Extension of April 16 Discovery Deadline for Certain Specified Depositions* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Jorgensen, Jay) Modified on 3/31/2009 to correct event (tjc, Dpty Clk). (Entered: 03/30/2009) |
| 03/30/2009 | 1947 | Joint MOTION to Expedite Ruling (Re: 1946 Joint MOTION for Discovery *Extension of April 16 Discovery Deadline for Certain Specified Depositions* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey |

| | | |
|---|---|---|
| | | Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Jorgensen, Jay) (Entered: 03/30/2009) |
| 03/31/2009 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Motion for Discovery); Correction: Edited docket text to reflect the correct event (Re: 1946 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (tjc, Dpty Clk) (Entered: 03/31/2009) |
| 03/31/2009 | 1948 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Cleary (Re: 1947 Joint MOTION to Expedite Ruling ) (hbo, Dpty Clk) (Entered: 03/31/2009) |
| 03/31/2009 | 1949 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Cleary (Re: 1946 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (hbo, Dpty Clk) (Entered: 03/31/2009) |
| 03/31/2009 | 1950 | MOTION to Strike Portions of Plaintiffs' Damages Experts' Report *and Integrated Brief* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Tucker, John) (Entered: 03/31/2009) |
| 04/01/2009 | 1951 | RESPONSE in Opposition to Motion (Re: 1931 MOTION for Leave to File Brief as Amici Curiae in Support of Dismissing Oklahoma's CERCLA Claims Regarding Phosphorus ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Garren, Richard) (Entered: 04/01/2009) |
| 04/01/2009 | 1952 | RESPONSE in Opposition to Motion (Re: 1940 MOTION to Compel *complete expert disclosures (SUBMITTED AS DOC # 1938 )*, 1938 MOTION to Strike Plaintiffs' Natural Damages Reports ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Riggs, Melvin) (Entered: 04/01/2009) |
| 04/01/2009 | 1953 | Joint MOTION for Discovery *Beyond the Discovery Deadline and Integrated Brief* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Attorney General of the State of Oklahoma (Graves, James) (Entered: 04/01/2009) |
| 04/02/2009 | | ***Motion(s) Referred to Magistrate Judge Cleary (Re: 1953 Joint MOTION for Discovery *Beyond the Discovery Deadline and Integrated Brief* ) (lml, Dpty Clk) (Entered: 04/02/2009) |
| 04/02/2009 | 1954 | NOTICE Defendants' Notice of Partial Withdrawl of Their Motion to Extend the April 16 Discovery Deadline for Certain Specified Depositions [Dkt #1946] (Re: 1947 Joint MOTION to Expedite Ruling, 1946 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to |

| | | |
|---|---|---|
| | | Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 04/02/2009) |
| 04/02/2009 | 1955 | ERRATA/CORRECTION (Re: 1952 Response in Opposition to Motion, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 04/02/2009) |
| 04/02/2009 | 1956 | REPLY to Response to Motion (Re: 1921 MOTION to Reconsider ) by Tyson Foods, Inc. ; (Bond, Michael) (Entered: 04/02/2009) |
| 04/02/2009 | 1957 | RESPONSE in Opposition to Motion (Re: 1946 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Nance, Robert) (Entered: 04/02/2009) |
| 04/02/2009 | 1958 | REPLY to Response to Motion (Re: 1940 MOTION to Compel *complete expert disclosures (SUBMITTED AS DOC # 1938 )*, 1938 MOTION to Strike Plaintiffs' Natural Damages Reports ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 04/02/2009) |
| 04/03/2009 | 1959 | REPLY to Response to Motion (Re: 1946 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Tucker, John) (Entered: 04/03/2009) |
| 04/03/2009 | 1960 | MINUTE ORDER by Magistrate Judge Paul J Cleary *setting hearing on pending motions to be held in Magistrate Courtroom 2, Third Floor*, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 4/7/2009 at 01:30 PM before Magistrate Judge Paul J Cleary) (Re: 1933 MOTION for Protective Order *Regarding the Cargill Defendants' March 13, 2009 30(b)(6) Deposition Notice to the State* MOTION for Protective Order *Regarding the Cargill Defendants' March 13, 2009 30(b)(6) Deposition Notice to the State*, 1941 MOTION to Compel *Complete Responses to Their Discovery Requests*, 1946 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s), 1947 Joint MOTION to Expedite Ruling, 1921 MOTION to Reconsider, 1953 Joint MOTION for Discovery *Beyond the Discovery Deadline and Integrated Brief*, 1940 MOTION to Compel *complete expert disclosures (SUBMITTED AS DOC # 1938 )* ) ) (kjp, Dpty Clk) (Entered: 04/03/2009) |
| 04/06/2009 | 1961 | ORDER by Magistrate Judge Paul J Cleary *directing parties regarding the deposition issue set for hearing Arpil 7, 2009 at 1:30 p.m.* (kjp, Dpty Clk) (Entered: 04/06/2009) |
| 04/06/2009 | 1962 | |

| | | MOTION for Attorney(s) Colin Deihl to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 10850000000000540492) by Cargill Turkey Production, LLC, Cargill, Inc. (With attachments) (Tucker, John) (Entered: 04/06/2009) |
|---|---|---|
| 04/06/2009 | 1963 | RESPONSE in Opposition to Motion (Re: 1941 MOTION to Compel *Complete Responses to Their Discovery Requests* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Nance, Robert) (Entered: 04/06/2009) |
| 04/07/2009 | 1964 | JOINDER in Motion (Re: 1938 MOTION to Strike Plaintiffs' Natural Damages Reports, 1940 MOTION to Compel complete expert disclosures) by George's, Inc., George's Farms, Inc. (Graves, James) Modified on 4/8/2009 to create a link to Doc # 1940 (tjc, Dpty Clk). (Entered: 04/07/2009) |
| 04/07/2009 | 1965 | JOINDER in Motion (Re: 1938 MOTION to Strike Plaintiffs' Natural Damages Reports, 1940 MOTION to Compel complete expert disclosures) by Peterson Farms, Inc. (Hixon, Philip) Modified on 4/8/2009 to create link to Doc # 1940 (tjc, Dpty Clk). (Entered: 04/07/2009) |
| 04/07/2009 | 1966 | JOINDER in Motion (Re: 1938 MOTION to Strike Plaintiffs' Natural Damages Reports, 1940 MOTION to Compel complete expert disclosures) by Simmons Foods, Inc. (Bronson, Vicki) Modified on 4/8/2009 to create link to Doc # 1940 (tjc, Dpty Clk). (Entered: 04/07/2009) |
| 04/07/2009 | 1967 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 1962 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 04/07/2009) |
| 04/07/2009 | 1968 | JOINDER in Motion (Re: 1938 MOTION to Strike Plaintiffs' Natural Damages Reports, 1940 MOTION to Compel complete expert disclosures) by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc. (Sanders, Robert) Modified on 4/8/2009 to create link to Doc # 1940 (tjc, Dpty Clk). (Entered: 04/07/2009) |
| 04/07/2009 | 1969 | MINUTES of Proceedings – held before Magistrate Judge Paul J Cleary: Motion Hearing held on 4/8/2009 ; striking/terminating deadline(s)/Hearing(s); denying 1921 Motion to Reconsider; granting in part and denying in part 1933 Motion for Protective Order; finding as moot 1938 Motion to Strike; granting 1940 Motion to Compel; finding as moot 1941 Motion to Compel; granting 1943 Motion to Expedite Ruling; granting 1946 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s); granting 1947 Motion to Expedite Ruling; granting 1953 Motion for Discovery; granting 1964 Joinder in Motion; granting 1965 Joinder in Motion; granting 1966 Joinder in Motion; granting 1968 Joinder in Motion (Re: 1947 Joint MOTION to Expedite Ruling, 1921 MOTION to Reconsider, 1953 Joint MOTION for Discovery *Beyond the Discovery Deadline and Integrated Brief*, 1940 MOTION to Compel *complete expert disclosures (SUBMITTED AS DOC # 1938* ), 1933 MOTION for Protective Order *Regarding the Cargill Defendants' March 13, 2009 30(b)(6) Deposition Notice to the State* MOTION for Protective Order *Regarding the Cargill Defendants' March 13, 2009 30(b)(6) Deposition Notice to the State*, 1943 MOTION to Expedite Ruling, 1946 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s), 1941 MOTION to Compel *Complete Responses to Their Discovery Requests* ) (Court Reporter: Greg Eustice) (kjp, Dpty Clk) Modified on 4/9/2009 to correct date filed (kjp, Dpty Clk). (Entered: 04/08/2009) |

| 04/08/2009 | | NOTICE of Docket Entry Modification; Error: When filed a link was not created to Doc # 1940; Correction: Edited docket text to create a link to Document # 1940 (Re: 1964 JOINDER in Motion ) (tjc, Dpty Clk) (Entered: 04/08/2009) |
| 04/08/2009 | | NOTICE of Docket Entry Modification; Error: When filed a link was not created to Doc # 1940; Correction: Edited docket text to create a link to Document # 1940 (Re: 1965 JOINDER in Motion ) (tjc, Dpty Clk) (Entered: 04/08/2009) |
| 04/08/2009 | | NOTICE of Docket Entry Modification; Error: When filed a link was not created to Doc # 1940; Correction: Edited docket text to create a link to Document # 1940 (Re: 1966 JOINDER in Motion ) (tjc, Dpty Clk) (Entered: 04/08/2009) |
| 04/08/2009 | | NOTICE of Docket Entry Modification; Error: When filed a link was not created to Doc # 1940; Correction: Edited docket text to create a link to Document # 1940 (Re: 1968 JOINDER in Motion ) (tjc, Dpty Clk) (Entered: 04/08/2009) |
| 04/10/2009 | 1970 | Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 1929 Order, Setting/Resetting Deadline(s)/Hearing(s),,, Setting/Resetting Deadline(s)/Hearing(s), ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, All Defendants (With attachments) (Garren, Richard) Modified on 4/13/2009 to add filer (tjc, Dpty Clk). (Entered: 04/10/2009) |
| 04/10/2009 | 1971 | Joint MOTION to Expedite Ruling (Re: 1970 Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, All Defendants (Garren, Richard) Modified on 4/13/2009 to add filer (tjc, Dpty Clk). (Entered: 04/10/2009) |
| 04/10/2009 | 1972 | Joint MOTION to Clarify *Court's January 29, 2009 Orders* (Re: 1842 Opinion and Order, Ruling on Motion for Leave to File Document(s), 1839 Order, Ruling on Motion for Leave to File Document(s) ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (With attachments) (Graves, James) (Entered: 04/10/2009) |
| 04/10/2009 | 1973 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Cleary (Re: 1970 Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s), 1971 Joint MOTION to Expedite Ruling ) (hbo, Dpty Clk) (Entered: 04/10/2009) |
| 04/10/2009 | 1974 | MINUTE ORDER by Magistrate Judge Paul J Cleary *at the request of the parties, the deadline for submission of the proposed agreed Order of the hearing held April 7, 2009, is extended to Monday, April 13, 2009* (kjp, Dpty Clk) (Entered: 04/10/2009) |
| 04/13/2009 | | NOTICE of Docket Entry Modification; Error: Not all filers were selected when filed; Correction: Edited docket text to add filers (Re: 1970 Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s), 1971 Joint MOTION to Expedite Ruling ) (tjc, Dpty Clk) (Entered: 04/13/2009) |

| 04/13/2009 | 1975 | MOTION for Protective Order *with Respect to State of Oklahoma's Notice of Deposition of John Tyson* by Tyson Foods, Inc. (With attachments) (Bond, Michael) (Entered: 04/13/2009) |
|---|---|---|
| 04/13/2009 | 1976 | MINUTE ORDER by Judge Gregory K Frizzell *Plaintiffs shall file a response to Defendants' Joint Motion for Clarification [Dkt. No. 1972] on or before April 16, 2009.* (GKFJ, Judge) (Entered: 04/13/2009) |
| 04/13/2009 | 1977 | TRANSCRIPT of Proceedings (Unredacted) of Motions Hearing held on 04/07/2009 before Magistrate Judge Paul J Cleary (Court Reporter: Greg Eustice) (Pages: 74). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 1969 Minutes of Motion Hearing, Striking/Terminating Deadline(s)/Hearing(s), Ruling on Motion to Reconsider, Ruling on Motion for Protective Order, Ruling on Motion to Strike, Ruling on Motion to Compel,, Ruling on Motion to Expedite Ruling, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s)) (sam, Dpty Clk) Modified on 7/13/2009 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 04/13/2009) |
| 04/14/2009 | 1978 | ORDER by Magistrate Judge Paul J Cleary ; granting 1970 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s); granting 1971 Motion to Expedite Ruling (kjp, Dpty Clk) (Entered: 04/14/2009) |
| 04/14/2009 | 1979 | ORDER by Magistrate Judge Paul J Cleary (Re: 1969 Minutes of Motion Hearing, Striking/Terminating Deadline(s)/Hearing(s), Ruling on Motion to Reconsider, Ruling on Motion for Protective Order, Ruling on Motion to Strike, Ruling on Motion to Compel,, Ruling on Motion to Expedite Ruling, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),, Ruling on Motion for Discovery, Ruling on Joinder in Motion,,,,, Striking/Terminating Deadline(s)/Hearing(s),,,,,, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),,,,,,, Striking/Terminating Deadline(s)/Hearing(s),,,,,,, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),,,,,,, Striking/Terminating Deadline(s)/Hearing(s),,,,,, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),,,,,,, Striking/Terminating Deadline(s)/Hearing(s),,,,,, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),,,,,,, Striking/Terminating Deadline(s)/Hearing(s),,,,,, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),,,,,,, Striking/Terminating Deadline(s)/Hearing(s),,,,,, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),,,,, ) (kjp, Dpty Clk) (Entered: 04/14/2009) |
| 04/14/2009 | 1980 | Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *take Deposition of W. Michael Hanemann Beyond the Deadline for Damages Expert Depositions and Integrated Brief* by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 04/14/2009) |
| 04/15/2009 | 1981 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Cleary (Re: 1980 Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *take Deposition of W. Michael Hanemann Beyond the Deadline for Damages Expert Depositions and Integrated Brief*Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *take Deposition of W.* |

|  |  | *Michael Hanemann Beyond the Deadline for Damages Expert Depositions and Integrated Brief* ) (hbo, Dpty Clk) (Entered: 04/15/2009) |
|---|---|---|
| 04/16/2009 | 1982 | ORDER by Magistrate Judge Paul J Cleary ; granting 1980 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (kjp, Dpty Clk) (Entered: 04/16/2009) |
| 04/16/2009 | 1983 | RESPONSE in Opposition to Motion (Re: 1975 MOTION for Protective Order *with Respect to State of Oklahoma's Notice of Deposition of John Tyson* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Bullock, Louis) (Entered: 04/16/2009) |
| 04/16/2009 | 1984 | Joint MOTION for Hearing *to Set Pretrial Conference Date and Trial Date* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Attorney General of the State of Oklahoma (Tucker, John) (Entered: 04/16/2009) |
| 04/16/2009 | 1985 | RESPONSE in Opposition to Motion (Re: 1972 Joint MOTION to Clarify *Court's January 29, 2009 Orders* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Bullock, Louis) (Entered: 04/16/2009) |
| 04/16/2009 | 1986 | MINUTES of Proceedings − held before Magistrate Judge Paul J Cleary: Miscellaneous Hearing held on 4/16/2009 *Briefing schedule set: Plaintiffs' Brief due 4/27/09; Defendant Cargill's Reply Brief due 4/30/09* (Court Reporter: 09−PJC−02) (kjp, Dpty Clk) (Entered: 04/17/2009) |
| 04/20/2009 | 1987 | RESPONSE in Opposition to Motion (Re: 1950 MOTION to Strike Portions of Plaintiffs' Damages Experts' Report *and Integrated Brief* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Nance, Robert) (Entered: 04/20/2009) |
| 04/20/2009 | 1988 | REPLY to Response to Motion (Re: 1975 MOTION for Protective Order *with Respect to State of Oklahoma's Notice of Deposition of John Tyson* ) by Tyson Foods, Inc. ; (With attachments) (Bond, Michael) (Entered: 04/20/2009) |
| 04/21/2009 | 1989 | OPINION AND ORDER by Judge Gregory K Frizzell ; granting 1972 Motion to Clarify (Re: 1842 Opinion and Order, Ruling on Motion for Leave to File Document(s), 1839 Order, Ruling on Motion for Leave to File Document(s) ) (djh, Dpty Clk) (Entered: 04/21/2009) |
| 04/21/2009 | 1990 | MOTION for Protective Order *Regarding the Tyson Defendants' Subpoenas Seeking Discovery Beyond the April 16, 2009 Discovery Cut−off* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Nance, Robert) (Entered: 04/21/2009) |
| 04/21/2009 | 1991 | Unopposed MOTION to Expedite Ruling (Re: 1990 MOTION for Protective Order *Regarding the Tyson Defendants' Subpoenas Seeking Discovery Beyond the April 16, 2009 Discovery Cut−off* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Nance, Robert) (Entered: 04/21/2009) |
| 04/22/2009 | 1992 | MOTION to Strike Supplemental Report of David R. Payne by George's, Inc., George's Farms, Inc. (With attachments) (Graves, James) (Entered: 04/22/2009) |

| 04/22/2009 | 1993 | ORDER by Magistrate Judge Paul J Cleary *setting Miscellaneous Deadline for 4/27/09* (Re: 1975 MOTION for Protective Order *with Respect to State of Oklahoma's Notice of Deposition of John Tyson* ) (kjp, Dpty Clk) (Entered: 04/22/2009) |
|---|---|---|
| 04/22/2009 | 1994 | MOTION to Expedite Ruling (Re: 1992 MOTION to Strike Supplemental Report of David R. Payne ) by George's, Inc., George's Farms, Inc. (Graves, James) (Entered: 04/22/2009) |
| 04/22/2009 | 1995 | ERRATA/CORRECTION (Re: 1975 MOTION for Protective Order *with Respect to State of Oklahoma's Notice of Deposition of John Tyson*, 1993 Order, ) by Tyson Foods, Inc. (With attachments) (Bond, Michael) (Entered: 04/22/2009) |
| 04/22/2009 | 1997 | MOTION for Attorney(s) Randall E Kahnke to be Admitted Pro Hac Vice by Cargill Turkey Production, LLC, Cargill, Inc. (s−srb, Dpty Clk) (Entered: 04/23/2009) |
| 04/22/2009 | 1998 | PRO HAC VICE FEES Paid for attorney(s) Randall E Kahnke in the amount of $75.00 (Re: 1997 MOTION for Attorney(s) Randall E Kahnke to be Admitted Pro Hac Vice ) by Cargill Turkey Production, LLC, Cargill, Inc. (s−srb, Dpty Clk) (Entered: 04/23/2009) |
| 04/23/2009 | 1996 | MINUTE ORDER by Magistrate Judge Paul J Cleary ; setting/resetting deadline(s)/hearing(s): ( Responses due by 4/27/2009, Replies due by 4/30/2009); granting 1991 Motion to Expedite Ruling (Re: 1990 MOTION for Protective Order *Regarding the Tyson Defendants' Subpoenas Seeking Discovery Beyond the April 16, 2009 Discovery Cut−off* ) (kjp, Dpty Clk) (Entered: 04/23/2009) |
| 04/24/2009 | 1999 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Cleary (Re: 1994 MOTION to Expedite Ruling, 1992 MOTION to Strike Supplemental Report of David R. Payne ) (hbo, Dpty Clk) (Entered: 04/24/2009) |
| 04/24/2009 | 2000 | MOTION to Compel *Production of Documents* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Jorgensen, Jay) Modified on 9/28/2009 to seal PDF; Document WITHDRAWN per Order # 2647 (tjc, Dpty Clk). (Entered: 04/24/2009) Contains One or More Restricted PDFs |
| 04/24/2009 | 2001 | Opposed MOTION to Expedite Ruling (Re: 2000 MOTION to Compel *Production of Documents* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Jorgensen, Jay) (Entered: 04/24/2009) |
| 04/24/2009 | 2002 | ORDER by Magistrate Judge Paul J Cleary ; granting 1975 Motion for Protective Order (kjp, Dpty Clk) (Entered: 04/24/2009) |
| 04/24/2009 | 2003 | SCHEDULING ORDER by Judge Gregory K Frizzell ; setting/resetting scheduling order date(s): ( Dispositive Motions due by 5/18/2009, Proposed Pretrial Order due by 8/28/2009, Pretrial Conference set for 9/4/2009 at 09:00 AM before Judge Gregory K Frizzell, Jury Trial set for 9/21/2009 at 09:30 AM before Judge Gregory K Frizzell); setting/resetting deadline(s)/hearing(s): ( Miscellaneous Hearing set for 7/13/2009 at 09:30 AM before Judge Gregory K Frizzell); granting 1984 Motion for |

| | | Hearing (hbo, Dpty Clk) (Entered: 04/24/2009) |
|---|---|---|
| 04/24/2009 | 2004 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Cleary (Re: 1950 MOTION to Strike Portions of Plaintiffs' Damages Experts' Report *and Integrated Brief* ) (hbo, Dpty Clk) (Entered: 04/24/2009) |
| 04/24/2009 | 2005 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 1997 Motion for Admission Pro Hac Vice (JLE, Chambers) (Entered: 04/24/2009) |
| 04/27/2009 | 2006 | MINUTE ORDER by Judge Gregory K Frizzell *The State of Arkansas's Motion to Request Leae to File an Amicus Brief in Support of Dismissing Oklahoma's CERCLA Claims Regarding Phosphorus must be denied, as the arguments sought to be raised are ones already raised by defendants in the briefing on the motion; the amicus therefore does not have unique information that can help the court beyond the help that the lawyers for the parties are able to provide; the Court Clerk is hereby directed to strike the amicus brief 1932 filed without leave of court* ; denying 1931 Motion for Leave to File Document(s) (GKFJ, Judge) (Entered: 04/27/2009) |
| 04/27/2009 | 2007 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Cleary (Re: 2001 Opposed MOTION to Expedite Ruling ) (hbo, Dpty Clk) (Entered: 04/27/2009) |
| 04/27/2009 | 2008 | MOTION for Attorney(s) Timothy T. Jones to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 10850000000000548951) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (With attachments) (Buchwald, Paula) (Entered: 04/27/2009) |
| 04/27/2009 | 2009 | RESPONSE in Opposition to Motion (Re: 2001 Opposed MOTION to Expedite Ruling ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Bullock, Louis) (Entered: 04/27/2009) |
| 04/27/2009 | 2010 | RESPONSE in Opposition to Motion (Re: 1990 MOTION for Protective Order *Regarding the Tyson Defendants' Subpoenas Seeking Discovery Beyond the April 16, 2009 Discovery Cut−off* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. ; (With attachments) (Buchwald, Paula) Modified on 4/28/2009 to add filers (lml, Dpty Clk). (Entered: 04/27/2009) |
| 04/27/2009 | 2011 | MOTION to Compel *Expert Discovery Regarding Dr. Thomas Ginn* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 04/27/2009) |
| 04/28/2009 | | NOTICE of Docket Entry Modification; Error: Not all filers were selected when filed; Correction: Edited docket text and added filers (Re: 2010 Response in Opposition to Motion, ) (lml, Dpty Clk) (Entered: 04/28/2009) |
| 04/28/2009 | 2012 | ORDER by Judge Gregory K Frizzell ; granting 2008 Motion for Admission Pro Hac Vice (Re: 2008 MOTION for Attorney(s) Timothy T. Jones to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 10850000000000548951) MOTION for Attorney(s) Timothy T. Jones to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 10850000000000548951) ) (hbo, Dpty Clk) (Entered: 04/28/2009) |
| 04/29/2009 | 2013 | REPLY to Response to Motion (Re: 1990 MOTION for Protective Order *Regarding the Tyson Defendants' Subpoenas Seeking Discovery Beyond the April 16, 2009 Discovery Cut−off* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Nance, Robert) (Entered: 04/29/2009) |

| 04/30/2009 | 2014 | Unopposed MOTION for Extension of Time to Respond to Motion (Re: 2011 MOTION to Compel Expert Discovery Regarding Dr. Thomas) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) Modified on 5/1/2009 to correct title of event and create link to Doc #2011 (lml, Dpty Clk). (Entered: 04/30/2009) |
|---|---|---|
| 05/01/2009 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Motion to Accelerate/Extend/Reset Hearings/Deadlines); Correction: Edited docket text to reflect correct event and create link to Doc # 2011 (Re: 2014 MOTION for Extension of Time to Respond to Motion ) (lml, Dpty Clk) (Entered: 05/01/2009) |
| 05/01/2009 | 2015 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Cleary (Re: 2014 MOTION for Extension of Time to Respond to Motion ) (hbo, Dpty Clk) (Entered: 05/01/2009) |
| 05/01/2009 | 2016 | ORDER by Magistrate Judge Paul J Cleary ; granting 1990 Motion for Protective Order (kjp, Dpty Clk) (Entered: 05/01/2009) |
| 05/01/2009 | 2017 | ORDER by Magistrate Judge Paul J Cleary ; setting/resetting deadline(s)/hearing(s): ( Responses due by 5/4/2009); granting 2014 Motion for Extension of Time to Respond to Motion (Re: 2011 MOTION to Compel *Expert Discovery Regarding Dr. Thomas Ginn* ) (PJC1, Chambers) (Entered: 05/01/2009) |
| 05/04/2009 | 2018 | REPLY to Response to Motion (Re: 1950 MOTION to Strike Portions of Plaintiffs' Damages Experts' Report *and Integrated Brief* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Tucker, John) (Entered: 05/04/2009) |
| 05/04/2009 | 2019 | RESPONSE in Opposition to Motion (Re: 2011 MOTION to Compel *Expert Discovery Regarding Dr. Thomas Ginn* ) by Cargill Turkey Production, LLC, Cargill, Inc. ; (With attachments) (Tucker, John) (Entered: 05/04/2009) |
| 05/05/2009 | 2020 | ORDER by Magistrate Judge Paul J Cleary ; setting/resetting deadline(s)/hearing(s): ( Responses due by 5/11/2009, Responses due by 5/12/2009, Replies due by 5/26/2009); denying 1994 Motion to Expedite Ruling; denying 2001 Motion to Expedite Ruling (Re: 2000 MOTION to Compel *Production of Documents*, 1992 MOTION to Strike Supplemental Report of David R. Payne ) (crp, Dpty Clk) (Entered: 05/05/2009) |
| 05/06/2009 | 2021 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Motion to Modify April 24, 2009 Scheduling Order* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Bullock, Louis) (Entered: 05/06/2009) |
| 05/07/2009 | 2022 | MINUTE ORDER by Judge Gregory K Frizzell *Defendants' Response to Plaintiff's Motion to Modify Scheduling Order 2021 shall be filed by 5/12/09; Plaintiff's Reply shall be filed by 5/14/09.* (GKFJ, Judge) (Entered: 05/07/2009) |
| 05/07/2009 | 2023 | ORDER by Magistrate Judge Paul J Cleary ; denying 1950 Motion to Strike (kjp, Dpty Clk) (Entered: 05/07/2009) |
| 05/07/2009 | 2024 | Joint MOTION Extension of Certain Pre–Trial Deadlines (Re: 2003 Scheduling Order, Setting/Resetting Scheduling Order Date(s), Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion for Hearing,, Setting/Resetting |

| | | Scheduling Order Date(s), Setting/Resetting Deadline(s)/Hearing(s),,, Setting/Resetting Scheduling Order Date(s), Setting/Resetting Deadline(s)/Hearing(s), 1376 Scheduling Order, Setting/Resetting Deadline(s)/Hearing(s),,, Setting/Resetting Deadline(s)/Hearing(s), ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Bond, Michael) (Entered: 05/07/2009) |
|---|---|---|
| 05/07/2009 | 2025 | Joint MOTION to Expedite Ruling *of Joint Motion for Extension of Certain Pre–Trial Deadlines* (Re: 2024 Joint MOTION Extension of Certain Pre–Trial Deadlines ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc., Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Bond, Michael) (Entered: 05/07/2009) |
| 05/08/2009 | 2026 | SCHEDULING ORDER by Judge Gregory K Frizzell *(Amended)* ; granting 2024 Motion for Miscellaneous Relief; granting 2025 Motion to Expedite Ruling (Re: 2003 Scheduling Order, Setting/Resetting Scheduling Order Date(s), Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion for Hearing,, Setting/Resetting Scheduling Order Date(s), Setting/Resetting Deadline(s)/Hearing(s),,, Setting/Resetting Scheduling Order Date(s), Setting/Resetting Deadline(s)/Hearing(s), ) (hbo, Dpty Clk) (Entered: 05/08/2009) |
| 05/08/2009 | 2027 | Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Modify May 8, 2009 Scheduling Order*, MOTION to Expedite Ruling by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Tucker, John) (Entered: 05/08/2009) |
| 05/08/2009 | 2028 | MOTION to Exclude Expert Testimony of Dr. Valerie J. Harwood by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 05/08/2009) |
| 05/08/2009 | 2029 | MINUTE ORDER by Judge Gregory K Frizzell *Plaintiff's Response to Defendants' Joint Motion 2027 to Modify May 8, 2009 Scheduling Order shall be filed by May 12, 2009; Defendants' Joint Reply shall be filed by May 14, 2009* (GKFJ, Judge) (Entered: 05/08/2009) |
| 05/08/2009 | 2030 | ERRATA/CORRECTION (Re: 2028 MOTION to Exclude Expert Testimony of Dr. Valerie J. Harwood ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 05/08/2009) |
| 05/11/2009 | 2031 | |

| | | MOTION for Partial Summary Judgment *as to Plaintiffs' Claims Preempted or Displaced by CERCLA* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 05/11/2009) |
|---|---|---|
| 05/11/2009 | 2032 | RESPONSE in Opposition to Motion (Re: 1992 MOTION to Strike Supplemental Report of David R. Payne ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Garren, Richard) (Entered: 05/11/2009) |
| 05/11/2009 | 2033 | Joint MOTION for Partial Summary Judgment *on Counts 4 and 5 of the Second Amended Complaint* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 05/11/2009) |
| 05/12/2009 | 2034 | MOTION for Protective Order *Regarding the Scientific Peer Review Process* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) Modified on 9/28/2009 to seal PDF; Document WITHDRAWN per Order # 2647 (tjc, Dpty Clk). (Entered: 05/12/2009) Contains One or More Restricted PDFs |
| 05/12/2009 | 2035 | RESPONSE in Opposition to Motion (Re: 2000 MOTION to Compel *Production of Documents* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Bullock, Louis) (Entered: 05/12/2009) |
| 05/12/2009 | 2036 | Joint RESPONSE (Re: 2021 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Motion to Modify April 24, 2009 Scheduling Order* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. (Graves, James) (Entered: 05/12/2009) |
| 05/12/2009 | 2037 | Joint MOTION To Enter Consent Decree by Willow Brook Foods, Inc., Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Lennington, Daniel) (Entered: 05/12/2009) |
| 05/12/2009 | 2038 | BRIEF in Support of Motion (Re: 2037 Joint MOTION To Enter Consent Decree ) by Willow Brook Foods, Inc., Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Lennington, Daniel) (Entered: 05/12/2009) |
| 05/12/2009 | 2039 | MOTION to Seal Document *File Under Seal Defendants' Daubert Motion to Exclude Plaintiffs' Expert, David Payne* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Tucker, John) (Entered: 05/12/2009) |
| 05/12/2009 | 2040 | RESPONSE in Opposition to Motion (Re: 2027 Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Modify May 8, 2009 Scheduling* |

| | | *Order* MOTION to Expedite RulingJoint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Modify May 8, 2009 Scheduling Order* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Nance, Robert) (Entered: 05/12/2009) |
|---|---|---|
| 05/12/2009 | 2041 | Unopposed MOTION to Dismiss *With Prejudice Count 9 of Plaintiff's Second Amended Complaint* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Riggs, Melvin) (Entered: 05/12/2009) |
| 05/12/2009 | 2042 | MINUTE ORDER by Judge Gregory K Frizzell *The Unopposed Motion to Dismiss with Prejudice Count 9 of Plaintiff's Second Amended Complaint is granted* ; granting 2041 Motion to Dismiss (GKFJ, Judge) (Entered: 05/12/2009) |
| 05/12/2009 | 2043 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 2039 Motion to Seal Document(s) (hbo, Dpty Clk) (Entered: 05/12/2009) |
| 05/13/2009 | 2044 | DECISION from Circuit Court affirming the Decision of the District Court (awaiting mandate) (Re: 1774 Notice of Appeal to Circuit Court, ) (sam, Dpty Clk) (Entered: 05/13/2009) |
| 05/13/2009 | 2045 | REPLY to Response to Motion (Re: 1992 MOTION to Strike Supplemental Report of David R. Payne ) by George's, Inc., George's Farms, Inc. ; (With attachments) (Graves, James) (Entered: 05/13/2009) |
| 05/13/2009 | 2046 | MOTION for Protective Order by George's, Inc., George's Farms, Inc. (With attachments) (Graves, James) (Entered: 05/13/2009) |
| 05/13/2009 | 2047 | REPLY to Response to Motion (Re: 2027 Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Modify May 8, 2009 Scheduling Order* MOTION to Expedite RulingJoint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Modify May 8, 2009 Scheduling Order* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Tucker, John) (Entered: 05/13/2009) |
| 05/14/2009 | 2048 | REPLY to Response to Motion (Re: 2021 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Motion to Modify April 24, 2009 Scheduling Order* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Nance, Robert) (Entered: 05/14/2009) |
| 05/14/2009 | 2049 | SCHEDULING ORDER by Judge Gregory K Frizzell ; setting/resetting scheduling order date(s): ( Pretrial Conference set for 9/3/2009 at 09:00 AM before Judge Gregory K Frizzell); setting/resetting deadline(s)/hearing(s): ( Miscellaneous Hearing set for 8/13/2009 at 09:30 AM before Judge Gregory K Frizzell); granting 2021 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s); granting in part and denying in part 2027 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s); granting 2027 Motion to Expedite Ruling (hbo, Dpty Clk) (Entered: 05/14/2009) |
| 05/14/2009 | 2050 | MOTION for Partial Summary Judgment *as to Count 3 (RCRA)* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 05/14/2009) |

| 05/15/2009 | 2051 | MOTION to Seal Document (Re: 985 Order, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Bullock, Louis) (Entered: 05/15/2009) |
|---|---|---|
| 05/15/2009 | 2052 | MOTION to Seal Document *Exhibits to Cargill Defendants' Motion for Summary Judgment* by Cargill, Inc. (Tucker, John) (Entered: 05/15/2009) |
| 05/15/2009 | 2053 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 2051 Motion to Seal Document(s) (JLE, Chambers) (Entered: 05/15/2009) |
| 05/15/2009 | 2054 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 2052 Motion to Seal Document(s) (JLE, Chambers) (Entered: 05/15/2009) |
| 05/15/2009 | 2055 | Joint MOTION for Partial Summary Judgment *on Counts 6 & 10 of the Second Amended Complaint* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 05/15/2009) |
| 05/18/2009 | 2056 | Joint MOTION to Exclude Testimony of Dr. Bernard Engel Pursuant to Daubert v. Merrell Pharmaceuticals, Inc. by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Bond, Michael) (Entered: 05/18/2009) |
| 05/18/2009 | 2057 | Joint MOTION for Partial Summary Judgment *on Counts 7 & 8 of the Second Amended Complaint* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 05/18/2009) |
| 05/18/2009 | 2058 | MOTION in Limine by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 05/18/2009) |
| 05/18/2009 | 2059 | MOTION in Limine *to Preclude Expert Testimony of Defendants' Witness Wayne M. Grip and Integrated Brief in Support Thereof* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 05/18/2009) |
| 05/18/2009 | 2060 | MOTION in Limine *to Preclude Expert Testimony of Defendants' Witness Michael J. McGuire and Integrated Brief in Support Thereof* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 05/18/2009) |
| 05/18/2009 | 2061 | MOTION in Limine by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 05/18/2009) |
| 05/18/2009 | 2062 | MOTION for Partial Summary Judgment by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 05/18/2009) |

| 05/18/2009 | 2063 | MOTION in Limine *to Preclude Expert Testimony of Defendants' Witness Victor Bierman, Ph.D. and Integrated Brief in Support Thereof* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Page, David) (Entered: 05/18/2009) |
|---|---|---|
| 05/18/2009 | 2064 | MOTION in Limine by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 05/18/2009) |
| 05/18/2009 | 2065 | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2062 MOTION for Partial Summary Judgment ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 05/18/2009) |
| 05/18/2009 | 2066 | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2062 MOTION for Partial Summary Judgment ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 05/18/2009) |
| 05/18/2009 | 2067 | MOTION to Exclude Testimony of Dr. Christopher Teaf *AND INTEGRATED BRIEF IN SUPPORT* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Cal–Maine Foods, Inc. (With attachments) (Buchwald, Paula) Modified on 5/19/2009 to add filer (lml, Dpty Clk). (Entered: 05/18/2009) |
| 05/18/2009 | 2068 | Joint MOTION in Limine *to Exclude Testimony of Todd King Under Daubert v. Merrill Pharmaceuticals, Inc. and Incorporated Brief* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Bronson, Vicki) (Entered: 05/18/2009) |
| 05/18/2009 | 2069 | MOTION for Partial Summary Judgment *Dismissing Counts 1, 2, 3, 4, 5, 6 and 10* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Bond, Michael) (Entered: 05/18/2009) |
| 05/18/2009 | 2070 | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2062 MOTION for Partial Summary Judgment ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 05/18/2009) |
| 05/18/2009 | 2071 | MOTION in Limine by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 05/18/2009) |
| 05/18/2009 | 2072 | MOTION in Limine *To Preclude Expert Testimony of Defendants' Witness Charles Cowan, Ph.D. and Integrated Brief in Support Thereof* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Page, David) (Entered: 05/18/2009) |
| 05/18/2009 | 2073 | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2069 MOTION for Partial Summary Judgment |

| | | |
|---|---|---|
| | | *Dismissing Counts 1, 2, 3, 4, 5, 6 and 10* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Bond, Michael) (Entered: 05/18/2009) |
| 05/18/2009 | 2074 | MOTION in Limine *to Preclude Expert Testimony of Defendants' Witness Brian Murphy and Integrated Brief in Support Thereof* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Nance, Robert) (Entered: 05/18/2009) |
| 05/18/2009 | 2075 | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2069 MOTION for Partial Summary Judgment *Dismissing Counts 1, 2, 3, 4, 5, 6 and 10* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Bond, Michael) (Entered: 05/18/2009) |
| 05/18/2009 | 2076 | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2062 MOTION for Partial Summary Judgment ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 05/18/2009) |
| 05/18/2009 | 2077 | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2062 MOTION for Partial Summary Judgment ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 05/18/2009) |
| 05/18/2009 | 2078 | MOTION to Exclude Testimony of Dr. C. Robert Taylor by Cargill, Inc., Cargill Turkey Production, LLC, Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Peterson Farms, Inc., George's Farms, Inc., George's, Inc., Simmons Foods, Inc. (With attachments) (Hill, Theresa) Modified on 5/19/2009 to add filers (lml, Dpty Clk). (Entered: 05/18/2009) |
| 05/18/2009 | 2079 | MOTION for Summary Judgment by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 05/18/2009) |
| 05/18/2009 | 2080 | EXHIBIT(S) (Exhibits 100–A – 100–D) (Re: 2062 MOTION for Partial Summary Judgment ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 05/18/2009) |
| 05/18/2009 | 2081 | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2062 MOTION for Partial Summary Judgment ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 05/18/2009) |
| 05/18/2009 | 2082 | Joint MOTION to Exclude *to Exclude Dr. Roger Olsen's Testimony Pursuant to Daubert* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Jorgensen, Jay) Modified on 5/19/2009 to correct title of event (lml, Dpty Clk). (Entered: 05/18/2009) |
| 05/18/2009 | 2083 | MOTION in Limine by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) |

| | | (Entered: 05/18/2009) |
|---|---|---|
| 05/18/2009 | 2084 | ADDITIONAL ATTACHMENT(S) *Exhibits 101−A − 101−D* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2062 MOTION for Partial Summary Judgment ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 05/19/2009) |
| 05/18/2009 | 2085 | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2079 MOTION for Summary Judgment ) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 05/19/2009) |
| 05/18/2009 | 2088 | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2062 MOTION for Partial Summary Judgment ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 05/19/2009) |
| 05/19/2009 | 2086 | JOINDER in Motion (Re: 2069 MOTION for Partial Summary Judgment *Dismissing Counts 1, 2, 3, 4, 5, 6 and 10* ) by Cargill Turkey Production, LLC, Cargill, Inc. (Hill, Theresa) Modified on 5/20/2009 to add filer Cargill, Inc. (tjc, Dpty Clk). (Entered: 05/19/2009) |
| 05/19/2009 | 2087 | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2079 MOTION for Summary Judgment ) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 05/19/2009) |
| 05/19/2009 | 2089 | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2079 MOTION for Summary Judgment ) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 05/19/2009) |
| 05/19/2009 | 2090 | Joint MOTION to Exclude Expert Testimony Based on Bacterial Analyses Conducted in Violation of EPA, USGS and Oklahoma Standards by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 05/19/2009) |
| 05/19/2009 | 2091 | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2079 MOTION for Summary Judgment ) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 05/19/2009) |
| 05/19/2009 | 2092 | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2079 MOTION for Summary Judgment ) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 05/19/2009) |
| 05/19/2009 | 2093 | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2079 MOTION for Summary Judgment ) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 05/19/2009) |
| 05/19/2009 | 2094 | |

| | | ERRATA/CORRECTION (Re: 2090 Joint MOTION to Exclude Expert Testimony Based on Bacterial Analyses Conducted in Violation of EPA, USGS and Oklahoma Standards ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Jorgensen, Jay) (Entered: 05/19/2009) |
|---|---|---|
| 05/19/2009 | 2095 | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2079 MOTION for Summary Judgment ) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 05/19/2009) |
| 05/19/2009 | 2096 | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2079 MOTION for Summary Judgment ) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 05/19/2009) |
| 05/19/2009 | 2097 | SEALED DOCUMENT (Tucker, John) (Entered: 05/19/2009) Contains One or More Restricted PDFs |
| 05/19/2009 | 2098 | ERRATA/CORRECTION (Re: 2090 Joint MOTION to Exclude Expert Testimony Based on Bacterial Analyses Conducted in Violation of EPA, USGS and Oklahoma Standards ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 05/19/2009) |
| 05/19/2009 | 2099 | ADDITIONAL ATTACHMENT(S) *Exhibits 78–87* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2062 MOTION for Partial Summary Judgment ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 05/19/2009) |
| 05/19/2009 | 2100 | ADDITIONAL ATTACHMENT(S) *Ex. 88–99B* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2062 MOTION for Partial Summary Judgment ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 05/19/2009) |
| 05/19/2009 | 2101 | ADDITIONAL ATTACHMENT(S) *Ex. 102–A through 102–D* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2062 MOTION for Partial Summary Judgment ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 05/19/2009) |
| 05/19/2009 | 2102 | ADDITIONAL ATTACHMENT(S) *Ex. 103–A through 106* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2062 MOTION for Partial Summary Judgment ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 05/19/2009) |
| 05/19/2009 | 2103 | ADDITIONAL ATTACHMENT(S) *Ex. 107 – 123* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2062 MOTION for Partial Summary Judgment ) by Attorney General of the State of Oklahoma, Oklahoma |

| | | |
|---|---|---|
| | | Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 05/19/2009) |
| 05/19/2009 | 2104 | ADDITIONAL ATTACHMENT(S) *Ex. 124–129* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2062 MOTION for Partial Summary Judgment ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Bullock, Louis) (Entered: 05/19/2009) |
| 05/19/2009 | 2105 | SEALED ADDITIONAL ATTACHMENT(S) *Ex. 80–A, 80–B & 110* to sealed document 2062 exceeding the 20 megabyte file size limitation per docket entry (Bullock, Louis) (Entered: 05/19/2009) Contains One or More Restricted PDFs |
| 05/19/2009 | | NOTICE of Docket Entry Modification; Error: Not all filers were selected; Correction: Edited docket text and added Cal–Maine Foods, Inc. as a filer (Re: 2067 MOTION to Exclude Testimony of Dr. Christopher Teaf *AND INTEGRATED BRIEF IN SUPPORT* ) (lml, Dpty Clk) (Entered: 05/19/2009) |
| 05/19/2009 | | NOTICE of Docket Entry Modification; Error: Not all filers were selected when filed; Correction: Edited docket text and added other defendants as filers (Re: 2078 MOTION to Exclude Testimony of Dr. C. Robert Taylor ) (lml, Dpty Clk) (Entered: 05/19/2009) |
| 05/19/2009 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Motion to Partial Summary Judgment); Correction: Edited docket text to reflect correct event (Re: 2082 MOTION to Exclude *to Exclude Dr. Roger Olsen's Testimony Pursuant to Daubert* ) (lml, Dpty Clk) (Entered: 05/19/2009) |
| 05/19/2009 | 2106 | ERRATA/CORRECTION (Re: 2079 MOTION for Summary Judgment ) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 05/19/2009) |
| 05/19/2009 | 2107 | ORDER by Judge Gregory K Frizzell *(Partial Consent Decree, Plaintiff & Defendant Willow Brook)* ; granting 2037 Motion for Miscellaneous Relief (hbo, Dpty Clk) Modified on 7/28/2009 to seal PDF as it was VACATED per Order # 2383 (lml, Dpty Clk). (Entered: 05/19/2009) Contains One or More Restricted PDFs |
| 05/20/2009 | | NOTICE of Docket Entry Modification; Error: Not all filers were selected when filed; Correction: Edited docket text to add filer (Re: 2086 JOINDER in Motion ) (tjc, Dpty Clk) (Entered: 05/20/2009) |
| 05/20/2009 | 2108 | NOTICE of Filing of Document Related to "Defendants' Motion to Dismiss for Failure to Join the Cherokee Nation as a Required Party or, in the Alternative, Motion for Judgment as a Matter of Law Based on a Lack of Standing" [Dkt #1788 & #1790] by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Nance, Robert) (Entered: 05/20/2009) |
| 05/21/2009 | 2109 | MINUTE ORDER by Judge Gregory K Frizzell *Parties are directed to submit a courtesy copy to the Court of any pleading filed that exceeds 30 total pages.* (hbo, Dpty Clk) (Entered: 05/21/2009) |
| 05/21/2009 | 2110 | NOTICE ON STATE OF OKLAHOMA'S NOTICE OF FILING OF DOCUMENT [DKT #2108] by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Jorgensen, Jay) (Entered: 05/21/2009) |

| 05/22/2009 | 2111 | MINUTE ORDER by Judge Gregory K Frizzell *Any and all further briefing relating to Defendants' Motion to Dismiss for Failure to Join the Cherokee Nation as a Required Party or alternative Motion for Judgment as a Matter of Law [1788 and 1790] will be stricken unless filed after application is filed and leave granted by the court.* (GKFJ, Judge) (Entered: 05/22/2009) |
|---|---|---|
| 05/26/2009 | 2112 | MOTION to Withdraw Attorney(s) *Lee M. Heath* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (Garren, Richard) (Entered: 05/26/2009) |
| 05/26/2009 | 2113 | RESPONSE in Opposition to Motion (Re: 2034 MOTION for Protective Order *Regarding the Scientific Peer Review Process* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 05/26/2009) |
| 05/26/2009 | 2114 | REPLY to Response to Motion (Re: 2000 MOTION to Compel *Production of Documents* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Jorgensen, Jay) (Entered: 05/26/2009) |
| 05/26/2009 | 2115 | RESPONSE in Opposition to Motion (Re: 2028 MOTION to Exclude Expert Testimony of Dr. Valerie J. Harwood ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Page, David) (Entered: 05/26/2009) |
| 05/27/2009 | 2116 | ADDITIONAL ATTACHMENT(S) *Exhibit D – I* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2115 Response in Opposition to Motion ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Page, David) (Entered: 05/27/2009) |
| 05/28/2009 | 2117 | MOTION to Withdraw Attorney(s) by Attorney General of the State of Oklahoma (Lennington, Daniel) (Entered: 05/28/2009) |
| 05/29/2009 | 2118 | RESPONSE in Opposition to Motion (Re: 2031 MOTION for Partial Summary Judgment *as to Plaintiffs' Claims Preempted or Displaced by CERCLA* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Bullock, Louis) (Entered: 05/29/2009) |
| 05/29/2009 | 2119 | RESPONSE in Opposition to Motion (Re: 2033 Joint MOTION for Partial Summary Judgment *on Counts 4 and 5 of the Second Amended Complaint* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Nance, Robert) (Entered: 05/29/2009) |
| 05/29/2009 | 2120 | ADDITIONAL ATTACHMENT(S) *Exhibits 46–51* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2119 Response in Opposition to Motion, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 05/29/2009) |
| 05/29/2009 | 2121 | ADDITIONAL ATTACHMENT(S) *Exhibits 52–58B* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2119 Response in Opposition to Motion, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Gentry, Dorothy) (Entered: |

| | | 05/29/2009) |
|---|---|---|
| 06/01/2009 | 2122 | ORDER by Judge Gregory K Frizzell ; terminating attorney Lee M Heath ; granting 2112 Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 06/01/2009) |
| 06/01/2009 | 2123 | ORDER by Judge Gregory K Frizzell ; terminating attorney John Trevor Hammons and Daniel Patrick Lennington ; granting 2117 Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 06/01/2009) |
| 06/01/2009 | 2124 | RESPONSE in Opposition to Motion (Re: 2046 MOTION for Protective Order ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (Garren, Richard) (Entered: 06/01/2009) |
| 06/02/2009 | 2125 | RESPONSE in Opposition to Motion (Re: 2050 MOTION for Partial Summary Judgment *as to Count 3 (RCRA)* MOTION for Partial Summary Judgment *as to Count 3 (RCRA)* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Garren, Richard) (Entered: 06/02/2009) |
| 06/02/2009 | 2126 | ADDITIONAL ATTACHMENT(S) *31–48* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2125 Response in Opposition to Motion, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 06/02/2009) |
| 06/02/2009 | 2127 | ADDITIONAL ATTACHMENT(S) *49–73* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2125 Response in Opposition to Motion, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 06/02/2009) |
| 06/02/2009 | 2128 | OPINION AND ORDER by Magistrate Judge Paul J Cleary ; granting 2011 Motion to Compel (kjp, Dpty Clk) (Entered: 06/02/2009) |
| 06/02/2009 | 2129 | ADDITIONAL ATTACHMENT(S) *74–76* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2125 Response in Opposition to Motion, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 06/02/2009) |
| 06/02/2009 | 2130 | ADDITIONAL ATTACHMENT(S) *77–93* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2125 Response in Opposition to Motion, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Garren, Richard) (Entered: 06/02/2009) |
| 06/02/2009 | 2131 | RESPONSE in Opposition to Motion (Re: 2055 Joint MOTION for Partial Summary Judgment *on Counts 6 & 10 of the Second Amended Complaint* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of ; (With attachments) (Nance, Robert) Modified on 6/3/2009 to correct filer (tjc, Dpty Clk). (Entered: 06/02/2009) |
| 06/02/2009 | 2132 | ADDITIONAL ATTACHMENT(S) *Exhibits 47–52B* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2131 Response in Opposition to Motion, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Gentry, Dorothy) (Entered: 06/02/2009) |
| 06/02/2009 | 2133 | ADDITIONAL ATTACHMENT(S) *Exhibits 53–66* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2131 Response in Opposition to |

| | | Motion, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Riggs, Melvin) (Entered: 06/02/2009) |
|---|---|---|
| 06/03/2009 | | NOTICE of Docket Entry Modification; Error: The wrong filer was selected; Correction: Edited docket text to remove incorrect filer and add correct filer (Re: 2131 Response in Opposition to Motion, ) (tjc, Dpty Clk) (Entered: 06/03/2009) |
| 06/03/2009 | 2134 | MOTION to Strike Document(s) *2069−2 Joint Appendix* (Re: 2069 MOTION for Partial Summary Judgment *Dismissing Counts 1, 2, 3, 4, 5, 6 and 10* ) by Oklahoma, State of (Bullock, Louis) (Entered: 06/03/2009) |
| 06/03/2009 | 2135 | Joint MOTION to Vacate Order/Judgment *Partial Consent Decree and Intergrated Brief in Support* (Re: 2107 Order, Ruling on Motion for Miscellaneous Relief ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Jantzen, Stephen) (Entered: 06/03/2009) |
| 06/04/2009 | 2136 | MANDATE from Circuit Court (Re: 1774 Notice of Appeal to Circuit Court, 2044 Decision from Circuit Court ) (sam, Dpty Clk) (Entered: 06/04/2009) |
| 06/04/2009 | 2137 | MOTION for Attorney(s) Vincent O. Chadick to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 1085000000000565619) by George's, Inc., George's Farms, Inc. (With attachments) (Rose, Randall) (Entered: 06/04/2009) |
| 06/04/2009 | 2138 | RESPONSE in Opposition to Motion (Re: 2063 MOTION in Limine *to Preclude Expert Testimony of Defendants' Witness Victor Bierman, Ph.D. and Integrated Brief in Support Thereof* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Bond, Michael) (Entered: 06/04/2009) |
| 06/05/2009 | 2139 | Amended CORPORATE DISCLOSURE STATEMENT by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 06/05/2009) |
| 06/05/2009 | 2140 | RESPONSE in Opposition to Motion (Re: 2058 MOTION in Limine ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Hixon, Philip) (Entered: 06/05/2009) |
| 06/05/2009 | 2141 | Unopposed MOTION to Seal Document *1, 25−26* (Re: 2125 Response in Opposition to Motion, ) by Oklahoma, State of (Garren, Richard) (Entered: 06/05/2009) |
| 06/05/2009 | 2142 | Unopposed MOTION to Seal Document *Exhibit Numbers 18, 39, 40, 42 and 43* (Re: 2119 Response in Opposition to Motion, ) by Oklahoma, State of (Gentry, Dorothy) (Entered: 06/05/2009) |
| 06/05/2009 | 2143 | Unopposed MOTION to Seal Document *Exhibit Numbers 41, 42, 45 and 46* (Re: 2131 Response in Opposition to Motion, ) by Oklahoma, State of (Gentry, Dorothy) (Entered: 06/05/2009) |
| 06/05/2009 | 2144 | Unopposed MOTION to Seal Document *Exhibits 4, 9 and 11* (Re: 2062 MOTION for Partial Summary Judgment ) by Peterson Farms, Inc. (Hixon, Philip) (Entered: |

| | | 06/05/2009) |
|---|---|---|
| 06/05/2009 | 2145 | RESPONSE in Opposition to Motion (Re: 2062 MOTION for Partial Summary Judgment ) by Peterson Farms, Inc. ; (With attachments) (Hixon, Philip) (Entered: 06/05/2009) |
| 06/05/2009 | 2146 | RESPONSE in Opposition to Motion (Re: 2059 MOTION in Limine *to Preclude Expert Testimony of Defendants' Witness Wayne M. Grip and Integrated Brief in Support Thereof* ) by All Defendants ; (With attachments) (Sanders, Robert) (Entered: 06/05/2009) |
| 06/05/2009 | 2147 | ADDITIONAL ATTACHMENT(S) *Ex. "A" #3* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2146 Response in Opposition to Motion ) by All Defendants (Sanders, Robert) (Entered: 06/05/2009) |
| 06/05/2009 | 2148 | RESPONSE in Opposition to Motion (Re: 2072 MOTION in Limine *To Preclude Expert Testimony of Defendants' Witness Charles Cowan, Ph.D. and Integrated Brief in Support Thereof* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 06/05/2009) |
| 06/05/2009 | 2149 | ADDITIONAL ATTACHMENT(S) *Ex. "A" # 4 and 5* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2146 Response in Opposition to Motion ) by All Defendants (With attachments) (Sanders, Robert) (Entered: 06/05/2009) |
| 06/05/2009 | 2150 | ADDITIONAL ATTACHMENT(S) *Ex. "A" #6, and Ex. "B"* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2146 Response in Opposition to Motion ) by All Defendants (With attachments) (Sanders, Robert) (Entered: 06/05/2009) |
| 06/05/2009 | 2151 | SEALED DOCUMENT (Garren, Richard) (Entered: 06/05/2009) Contains One or More Restricted PDFs |
| 06/05/2009 | 2152 | SEALED DOCUMENT (Garren, Richard) (Entered: 06/05/2009) Contains One or More Restricted PDFs |
| 06/05/2009 | 2153 | SEALED DOCUMENT (Garren, Richard) (Entered: 06/05/2009) Contains One or More Restricted PDFs |
| 06/05/2009 | 2154 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 2144 Motion to Seal Document(s) (JLE, Chambers) (Entered: 06/05/2009) |
| 06/05/2009 | 2155 | Unopposed MOTION to Seal Document *Certain Exhibits to Memo in Opposition to Plaintiffs' Motion for Partial Summary Judgment* by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 06/05/2009) |
| 06/05/2009 | 2156 | RESPONSE in Opposition to Motion (Re: 2067 MOTION to Exclude Testimony of Dr. Christopher Teaf *AND INTEGRATED BRIEF IN SUPPORT* ) by Oklahoma, State of ; (With attachments) (Bullock, Louis) (Entered: 06/05/2009) |
| 06/05/2009 | 2157 | RESPONSE in Opposition to Motion (Re: 2056 Joint MOTION to Exclude Testimony of Dr. Bernard Engel Pursuant to Daubert v. Merrell Pharmaceuticals, Inc. ) by Oklahoma, State of ; (With attachments) (Page, David) (Entered: |

| | | 06/05/2009) |
|---|---|---|
| 06/05/2009 | 2158 | ADDITIONAL ATTACHMENT(S) *Exhibits C – G* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2157 Response in Opposition to Motion ) by Oklahoma, State of (With attachments) (Page, David) (Entered: 06/05/2009) |
| 06/05/2009 | 2159 | REPLY to Response to Motion (Re: 2028 MOTION to Exclude Expert Testimony of Dr. Valerie J. Harwood ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 06/05/2009) |
| 06/05/2009 | 2160 | RESPONSE in Opposition to Motion (Re: 2071 MOTION in Limine ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Bond, Michael) (Entered: 06/05/2009) |
| 06/05/2009 | 2161 | SEALED DOCUMENT (Garren, Richard) (Entered: 06/05/2009) Contains One or More Restricted PDFs |
| 06/05/2009 | 2162 | SEALED DOCUMENT (Garren, Richard) (Entered: 06/05/2009) Contains One or More Restricted PDFs |
| 06/05/2009 | 2163 | Amended RESPONSE in Opposition to Motion (Re: 2148 Response in Opposition to Motion, 2072 MOTION in Limine To Preclude Expert Testimony of Defendants' Witness Charles Cowan, Ph.D. and Integrated Brief in Support Thereof ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Jorgensen, Jay) Modified on 6/8/2009 to add link to Doc 2072 to correct event (tjc, Dpty Clk). (Entered: 06/05/2009) |
| 06/05/2009 | 2164 | SEALED DOCUMENT (Garren, Richard) (Entered: 06/05/2009) Contains One or More Restricted PDFs |
| 06/05/2009 | 2165 | SEALED DOCUMENT (Garren, Richard) (Entered: 06/05/2009) Contains One or More Restricted PDFs |
| 06/05/2009 | 2166 | RESPONSE in Opposition to Motion (Re: 2057 Joint MOTION for Partial Summary Judgment *on Counts 7 & 8 of the Second Amended Complaint* ) by Oklahoma, State of ; (With attachments) (Nance, Robert) (Entered: 06/05/2009) |
| 06/05/2009 | 2167 | RESPONSE in Opposition to Motion (Re: 2060 MOTION in Limine *to Preclude Expert Testimony of Defendants' Witness Michael J. McGuire and Integrated Brief in Support Thereof* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Graves, James) (Entered: 06/05/2009) |
| 06/05/2009 | 2168 | Unopposed MOTION to Seal Document *Exhibit Number 2* (Re: 2166 Response in Opposition to Motion ) by Oklahoma, State of (Gentry, Dorothy) (Entered: 06/05/2009) |

| 06/05/2009 | 2169 | RESPONSE in Opposition to Motion (Re: 2083 MOTION in Limine ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Bond, Michael) (Entered: 06/05/2009) |
|---|---|---|
| 06/05/2009 | 2170 | SEALED DOCUMENT (Garren, Richard) (Entered: 06/05/2009) Contains One or More Restricted PDFs |
| 06/05/2009 | 2171 | RESPONSE in Opposition to Motion (Re: 2069 MOTION for Partial Summary Judgment *Dismissing Counts 1, 2, 3, 4, 5, 6 and 10* ) by Oklahoma, State of ; (With attachments) (Bullock, Louis) Modified on 6/8/2009 to seal PDF; ENTERED IN ERROR – see Doc # 2182 for correct entry (tjc, Dpty Clk). (Entered: 06/05/2009) Contains One or More Restricted PDFs |
| 06/05/2009 | 2172 | SEALED DOCUMENT (Garren, Richard) (Entered: 06/05/2009) Contains One or More Restricted PDFs |
| 06/05/2009 | 2173 | SEALED DOCUMENT (Garren, Richard) (Entered: 06/05/2009) Contains One or More Restricted PDFs |
| 06/05/2009 | 2174 | RESPONSE in Opposition to Motion (Re: 2086 JOINDER in Motion ) by Oklahoma, State of ; (Bullock, Louis) (Entered: 06/05/2009) |
| 06/05/2009 | 2175 | SEALED DOCUMENT (Garren, Richard) (Entered: 06/05/2009) Contains One or More Restricted PDFs |
| 06/05/2009 | 2176 | RESPONSE in Opposition to Motion (Re: 2078 MOTION to Exclude Testimony of Dr. C. Robert Taylor ) by Oklahoma, State of ; (With attachments) (Riggs, Melvin) (Entered: 06/05/2009) |
| 06/05/2009 | 2177 | ERRATA/CORRECTION (Re: 2131 Response in Opposition to Motion, 2170 SEALED DOCUMENT) by Oklahoma, State of (Garren, Richard) Modified on 6/8/2009 to add link to Doc 2170 (tjc, Dpty Clk). (Entered: 06/05/2009) |
| 06/05/2009 | 2178 | RESPONSE in Opposition to Motion (Re: 2079 MOTION for Summary Judgment ) by Oklahoma, State of ; (With attachments) (Blakemore, Robert) (Entered: 06/05/2009) |
| 06/05/2009 | 2179 | SEALED DOCUMENT (Blakemore, Robert) (Entered: 06/05/2009) Contains One or More Restricted PDFs |
| 06/05/2009 | 2180 | RESPONSE in Opposition to Motion (Re: 2090 Joint MOTION to Exclude Expert Testimony Based on Bacterial Analyses Conducted in Violation of EPA, USGS and Oklahoma Standards ) by Oklahoma, State of ; (With attachments) (Garren, Richard) (Entered: 06/05/2009) |
| 06/05/2009 | 2181 | MOTION to Seal Document *Exhibits 5, 13 & 14 of Dkt. #2178* by Oklahoma, State of (Blakemore, Robert) (Entered: 06/05/2009) |
| 06/05/2009 | 2182 | ERRATA/CORRECTION (Re: 2171 Response in Opposition to Motion ) by Oklahoma, State of (With attachments) (Bullock, Louis) (Entered: 06/05/2009) |
| 06/05/2009 | 2183 | RESPONSE in Opposition to Motion (Re: 2062 MOTION for Partial Summary Judgment ) by Tyson Foods, Inc. ; (With attachments) (Jorgensen, Jay) Modified on 6/8/2009 to seal PDF; ENTERED IN ERROR – wrong PDF attached – See Doc # 2199 for correct entry (tjc, Dpty Clk). (Entered: 06/05/2009) Contains One or More |

| | | Restricted PDFs |
|---|---|---|
| 06/05/2009 | 2184 | RESPONSE in Opposition to Motion (Re: 2062 MOTION for Partial Summary Judgment ) by Tyson Poultry, Inc. ; (Jorgensen, Jay) (Entered: 06/05/2009) |
| 06/05/2009 | 2185 | RESPONSE in Opposition to Motion (Re: 2062 MOTION for Partial Summary Judgment ) by Cobb–Vantress, Inc. ; (Jorgensen, Jay) (Entered: 06/05/2009) |
| 06/05/2009 | 2186 | RESPONSE in Opposition to Motion (Re: 2064 MOTION in Limine ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 06/05/2009) |
| 06/05/2009 | 2187 | ADDITIONAL ATTACHMENT(S) *Exhibits* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2186 Response in Opposition to Motion ) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 06/05/2009) |
| 06/05/2009 | 2188 | ADOPTION (Re: 2183 Response in Opposition to Motion, 2185 Response in Opposition to Motion, 2184 Response in Opposition to Motion ) by Peterson Farms, Inc. (Hixon, Philip) (Entered: 06/05/2009) |
| 06/05/2009 | 2189 | ADOPTION (Re: 2183 RESPONSE in Opposition to Motionk, 2184 RESPONSE in Opposition to Motion, 2185 RESPONSE in Opposition to Motion by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) Modified on 6/8/2009 to correct event and links to Doc's 2183 , 2184 , 2185 (tjc, Dpty Clk). (Entered: 06/05/2009) |
| 06/05/2009 | 2190 | RESPONSE in Opposition to Motion (Re: 2074 MOTION in Limine *to Preclude Expert Testimony of Defendants' Witness Brian Murphy and Integrated Brief in Support Thereof* ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 06/05/2009) |
| 06/05/2009 | 2191 | Unopposed MOTION to Seal Document *Exhibit "O" to Defts' Rsp to State's MIL re Billy Clay* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Simmons Foods, Inc. (Tucker, John) (Entered: 06/05/2009) |
| 06/05/2009 | 2192 | ADOPTION (Re: 2183 Response in Opposition to Motion, 2185 Response in Opposition to Motion, 2184 Response in Opposition to Motion ) by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc. (Sanders, Robert) (Entered: 06/05/2009) |
| 06/05/2009 | 2193 | ADOPTION (Re: 2183 Response in Opposition to Motion, 2185 Response in Opposition to Motion, 2184 Response in Opposition to Motion ) by George's, Inc., George's Farms, Inc. (Graves, James) (Entered: 06/05/2009) |
| 06/05/2009 | 2194 | RESPONSE in Opposition to Motion (Re: 2062 MOTION for Partial Summary Judgment ) by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc. ; (Sanders, Robert) (Entered: 06/05/2009) |
| 06/05/2009 | 2195 | RESPONSE in Opposition to Motion (Re: 2062 MOTION for Partial Summary Judgment ) by George's, Inc., George's Farms, Inc. ; (Graves, James) (Entered: 06/05/2009) |
| 06/05/2009 | 2196 | RESPONSE in Opposition to Motion (Re: 2068 Joint MOTION in Limine *to Exclude Testimony of Todd King Under Daubert v. Merrill Pharmaceuticals, Inc. and Incorporated Brief* ) by Oklahoma, State of ; (With attachments) (Nance, |

| | | Robert) (Entered: 06/05/2009) |
|---|---|---|
| 06/05/2009 | 2197 | RESPONSE in Opposition to Motion (Re: 2061 MOTION in Limine ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Tucker, John) (Entered: 06/05/2009) |
| 06/05/2009 | 2198 | RESPONSE in Opposition to Motion (Re: 2082 MOTION to Exclude *to Exclude Dr. Roger Olsen's Testimony Pursuant to Daubert* ) by Oklahoma, State of ; (With attachments) (Page, David) (Entered: 06/05/2009) |
| 06/05/2009 | 2199 | ERRATA/CORRECTION (Re: 2183 Response in Opposition to Motion ) by Tyson Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 06/05/2009) |
| 06/05/2009 | 2200 | RESPONSE in Opposition to Motion (Re: 2062 MOTION for Partial Summary Judgment ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Hill, Theresa) (Entered: 06/05/2009) |
| 06/05/2009 | 2201 | ADDITIONAL ATTACHMENT(S) *P, Q and R* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2197 Response in Opposition to Motion, ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Tucker, John) (Entered: 06/05/2009) |
| 06/05/2009 | 2202 | ADOPTION (Re: 2183 Response in Opposition to Motion, 2185 Response in Opposition to Motion, 2184 Response in Opposition to Motion ) by Simmons Foods, Inc. (Bronson, Vicki) (Entered: 06/05/2009) |
| 06/05/2009 | 2203 | ADDITIONAL ATTACHMENT(S) *Exhibits* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2200 Response in Opposition to Motion ) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Hill, Theresa) (Entered: 06/06/2009) |
| 06/06/2009 | 2204 | ADDITIONAL ATTACHMENT(S) *Exhibits* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2200 Response in Opposition to Motion ) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Hill, Theresa) (Entered: 06/06/2009) |
| 06/06/2009 | 2205 | ADOPTION (Re: 2183 Response in Opposition to Motion ) by Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (Jorgensen, Jay) (Entered: 06/06/2009) |
| 06/06/2009 | 2206 | ADOPTION (Re: 2184 Response in Opposition to Motion ) by Cobb–Vantress, Inc., Tyson Foods, Inc., Tyson Chicken, Inc. (Jorgensen, Jay) Modified on 6/8/2009 to add filers (tjc, Dpty Clk). (Entered: 06/06/2009) |
| 06/06/2009 | 2207 | ADDITIONAL ATTACHMENT(S) *Exhibits* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2200 Response in Opposition to Motion ) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Hill, Theresa) (Entered: 06/06/2009) |
| 06/06/2009 | 2208 | ADOPTION (Re: 2185 Response in Opposition to Motion ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc. (Jorgensen, Jay) (Entered: 06/06/2009) |
| 06/06/2009 | 2209 | |

| | | |
|---|---|---|
| | | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2183 Response in Opposition to Motion ) by Tyson Foods, Inc. (With attachments) (Jorgensen, Jay) Modified on 6/8/2009 to seal exhibits 36 part A, 55, 56, & 57; Incorrect PDF's were attached, see Doc # {2210} for correct exhibits (tjc, Dpty Clk). (Entered: 06/06/2009) Contains One or More Restricted PDFs |
| 06/07/2009 | 2210 | ERRATA/CORRECTION (Re: 2209 Additional Attachment(s) to Document Exceeding 20 Megabytes ) by Tyson Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 06/07/2009) |
| 06/08/2009 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Errata/Correction); Correction: Edited docket text to reflect the correct event (Response in Opposition to Motion) (Re: 2163 Errata/Correction to Document,, ) (tjc, Dpty Clk) (Entered: 06/08/2009) |
| 06/08/2009 | | NOTICE of Docket Entry Modification; Error: Incorrect PDF attached; Correction: Sealed PDF and edited docket text to reflect entered in error (Re: 2183 Response in Opposition to Motion, ) (tjc, Dpty Clk) (Entered: 06/08/2009) |
| 06/08/2009 | | NOTICE of Docket Entry Modification; Error: Incorrect PDF attached; Correction: Sealed PDF and edited docket text to reflect entered in error (Re: 2171 Response in Opposition to Motion, ) (tjc, Dpty Clk) (Entered: 06/08/2009) |
| 06/08/2009 | | NOTICE of Docket Entry Modification; Error: Not all filers were selected when filed; Correction: Edited docket text to add filers (Re: 2206 Adoption ) (tjc, Dpty Clk) (Entered: 06/08/2009) |
| 06/08/2009 | | NOTICE of Docket Entry Modification; Error: Incorrect PDF's attached to exhibits 36 part A, 55, 56 and 57; Correction: Sealed PDF's for exhibits and edited text to reflect incorrect PDF's attached (Re: 2209 Additional Attachment(s) to Document Exceeding 20 Megabytes, Additional Attachment(s) to Document Exceeding 20 Megabytes ) (tjc, Dpty Clk) (Entered: 06/08/2009) |
| 06/08/2009 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Notice); Correction: Edited docket text to reflect correct event (Adoption) (Re: 2189 Notice (Other), Notice (Other) ) (tjc, Dpty Clk) (Entered: 06/08/2009) |
| 06/08/2009 | 2211 | ERRATA/CORRECTION (Re: 2119 Response in Opposition to Motion, ) by Oklahoma, State of (Gentry, Dorothy) (Entered: 06/08/2009) |
| 06/08/2009 | 2212 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 2191 Motion to Seal Document(s) (hbo, Dpty Clk) (Entered: 06/08/2009) |
| 06/08/2009 | 2213 | ORDER by Judge Gregory K Frizzell ; granting 2141 Motion to Seal Document(s) (Re: 2125 Response in Opposition to Motion, ) (hbo, Dpty Clk) (Entered: 06/08/2009) |
| 06/08/2009 | 2214 | ORDER by Judge Gregory K Frizzell ; granting 2143 Motion to Seal Document(s) (Re: 2131 Response in Opposition to Motion, ) (hbo, Dpty Clk) (Entered: 06/08/2009) |
| 06/08/2009 | 2215 | ORDER by Magistrate Judge Paul J Cleary ; denying 2046 Motion for Protective Order (crp, Dpty Clk) (Entered: 06/08/2009) |
| 06/08/2009 | 2216 | |

| | | ORDER by Judge Gregory K Frizzell ; granting 2142 Motion to Seal Document(s) (Re: 2119 Response in Opposition to Motion, ) (hbo, Dpty Clk) (Entered: 06/08/2009) |
|---|---|---|
| 06/08/2009 | 2217 | ORDER by Judge Gregory K Frizzell ; granting 2168 Motion to Seal Document(s) (Re: 2166 Response in Opposition to Motion ) (hbo, Dpty Clk) (Entered: 06/08/2009) |
| 06/08/2009 | 2218 | ORDER by Judge Gregory K Frizzell ; granting 2181 Motion to Seal Document(s) (Re: 2079 MOTION for Summary Judgment ) (hbo, Dpty Clk) (Entered: 06/08/2009) |
| 06/09/2009 | 2219 | SEALED DOCUMENT (Hixon, Philip) (Entered: 06/09/2009) Contains One or More Restricted PDFs |
| 06/09/2009 | 2220 | SEALED DOCUMENT (Hixon, Philip) (Entered: 06/09/2009) Contains One or More Restricted PDFs |
| 06/09/2009 | 2221 | SEALED DOCUMENT (Hixon, Philip) (Entered: 06/09/2009) Contains One or More Restricted PDFs |
| 06/09/2009 | 2222 | CERTIFICATE of Service (Re: 2179 Sealed Document) by Oklahoma, State of (Blakemore, Robert) Modified on 6/10/2009 to create link to Doc #2179 (lml, Dpty Clk). (Entered: 06/09/2009) |
| 06/09/2009 | 2223 | ERRATA/CORRECTION (Re: 2197 Response in Opposition to Motion, ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Tucker, John) (Entered: 06/09/2009) |
| 06/09/2009 | 2224 | REPLY to Response to Motion (Re: 2034 MOTION for Protective Order *Regarding the Scientific Peer Review Process* ) by Oklahoma, State of ; (With attachments) (Blakemore, Robert) Modified on 6/10/2009 to correct title of event (lml, Dpty Clk). (Entered: 06/09/2009) |
| 06/09/2009 | 2225 | ORDER by Judge Gregory K Frizzell ; granting 2155 Motion to Seal Document(s) (Re: 2200 Response in Opposition to Motion ) (hbo, Dpty Clk) (Entered: 06/09/2009) |
| 06/10/2009 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Brief in Support of Motion); Correction: Edited docket text to reflect correct event (Reply to Response to Motion) (Re: 2224 Brief in Support of Motion, ) (lml, Dpty Clk) (Entered: 06/10/2009) |
| 06/10/2009 | 2226 | SEALED DOCUMENT (Tucker, John) (Entered: 06/10/2009) Contains One or More Restricted PDFs |
| 06/11/2009 | 2227 | MINUTE ORDER by Judge Gregory K Frizzell ; denying 2134 Motion to Strike Document(s) (hbo, Dpty Clk) (Entered: 06/11/2009) |
| 06/11/2009 | 2228 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 2135 Joint MOTION to Vacate Order/Judgment *Partial Consent Decree and Intergrated Brief in Support* ) by Oklahoma, State of (Garren, Richard) (Entered: 06/11/2009) |
| 06/11/2009 | 2229 | MOTION to Expedite Ruling (Re: 2228 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Oklahoma, State of (Garren, Richard) (Entered: |

| | | 06/11/2009) |
|---|---|---|
| 06/12/2009 | 2230 | Joint REPLY to Response to Motion (Re: 2031 MOTION for Partial Summary Judgment *as to Plaintiffs' Claims Preempted or Displaced by CERCLA* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Jorgensen, Jay) Modified on 6/15/2009 to correct event (tjc, Dpty Clk). (Entered: 06/12/2009) |
| 06/12/2009 | 2231 | Joint REPLY to Response to Motion (Re: 2033 Joint MOTION for Partial Summary Judgment *on Counts 4 and 5 of the Second Amended Complaint* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Jorgensen, Jay) Modified on 6/15/2009 to correct event (tjc, Dpty Clk). (Entered: 06/12/2009) |
| 06/12/2009 | 2232 | REPLY to Response to Motion (Re: 2033 Joint MOTION for Partial Summary Judgment *on Counts 4 and 5 of the Second Amended Complaint* ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 06/12/2009) |
| 06/15/2009 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Response in Support of Motion); Correction: Edited docket text to reflect correct event (Reply to Response to Motion) (Re: 2230 Response in Support of Motion, ) (tjc, Dpty Clk) (Entered: 06/15/2009) |
| 06/15/2009 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Response in Support of Motion); Correction: Edited docket text to reflect the correct (Reply to Response to Motion) (Re: 2231 Response in Support of Motion, ) (tjc, Dpty Clk) (Entered: 06/15/2009) |
| 06/15/2009 | 2233 | MINUTE ORDER by Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): ( Responses due by 7/9/2009, Replies due by 7/23/2009); granting 2228 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 2135 Joint MOTION to Vacate Order/Judgment *Partial Consent Decree and Intergrated Brief in Support* ) (hbo, Dpty Clk) (Entered: 06/15/2009) |
| 06/15/2009 | 2234 | APPEAL of the Magistrate Judge's Order (Re: 2128 Opinion and Order, Ruling on Motion to Compel ) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 06/15/2009) |
| 06/15/2009 | 2235 | MOTION to Stay *Deadlines in June 2, 2009 Opinion and Order (Dkt. No. 2128)* by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 06/15/2009) |
| 06/16/2009 | 2236 | REPLY to Response to Motion (Re: 2055 Joint MOTION for Partial Summary Judgment *on Counts 6 & 10 of the Second Amended Complaint* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Jorgensen, Jay) (Entered: 06/16/2009) |
| 06/16/2009 | 2237 | REPLY to Response to Motion (Re: 2050 MOTION for Partial Summary Judgment *as to Count 3 (RCRA)* MOTION for Partial Summary Judgment *as to Count 3 (RCRA)* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., |

| | | |
|---|---|---|
| | | Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 06/16/2009) |
| 06/16/2009 | 2238 | SEALED DOCUMENT (Tucker, John) (Entered: 06/16/2009) Contains One or More Restricted PDFs |
| 06/16/2009 | 2239 | SEALED DOCUMENT (Tucker, John) (Entered: 06/16/2009) Contains One or More Restricted PDFs |
| 06/17/2009 | 2240 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 2137 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 06/17/2009) |
| 06/17/2009 | 2241 | MOTION to Strike Document(s) (Re: 2130 Additional Attachment(s) to Document Exceeding 20 Megabytes, Additional Attachment(s) to Document Exceeding 20 Megabytes, 2103 Additional Attachment(s) to Document Exceeding 20 Megabytes, Additional Attachment(s) to Document Exceeding 20 Megabytes, 2156 Response in Opposition to Motion, 2158 Additional Attachment(s) to Document Exceeding 20 Megabytes, 2083 MOTION in Limine, 2064 MOTION in Limine, 2058 MOTION in Limine, 2074 MOTION in Limine *to Preclude Expert Testimony of Defendants' Witness Brian Murphy and Integrated Brief in Support Thereof*, 2072 MOTION in Limine *To Preclude Expert Testimony of Defendants' Witness Charles Cowan, Ph.D. and Integrated Brief in Support Thereof*, 2071 MOTION in Limine, 2116 Additional Attachment(s) to Document Exceeding 20 Megabytes, Additional Attachment(s) to Document Exceeding 20 Megabytes, 2198 Response in Opposition to Motion ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Graves, James) (Entered: 06/17/2009) |
| 06/17/2009 | 2242 | MOTION in Limine *to Exclude Defendants' Expert Report Entitled "Evaluation of Hypothetical Remediation Strategy Presented in Stratus Contingent Value Study Illinois River Watershed" and Related Testimony With Integrated Brief in Support* by Oklahoma, State of (With attachments) (Nance, Robert) (Entered: 06/17/2009) |
| 06/17/2009 | 2243 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for State to file its Daubert motion regarding the opinions of Dr. Thomas Ginn beyond the June 19, 2009 deadline* by Oklahoma, State of (Bullock, Louis) (Entered: 06/17/2009) |
| 06/18/2009 | 2244 | MOTION for Leave to File Brief Regarding State of Oklahoma's Notice of Filing of Document [Dkt #2108] (Re: 2108 Notice (Other), Notice (Other) ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Jorgensen, Jay) Modified on 6/19/2009; This is a two–part motion, see Doc # 2246 for second motion (tjc, Dpty Clk). (Entered: 06/18/2009) |
| 06/18/2009 | 2245 | REPLY to Response to Motion (Re: 2063 MOTION in Limine *to Preclude Expert Testimony of Defendants' Witness Victor Bierman, Ph.D. and Integrated Brief in Support Thereof* ) by Oklahoma, State of ; (With attachments) (Page, David) (Entered: 06/18/2009) |
| 06/18/2009 | 2246 | |

| | | MOTION to Strike Document(s) *(submitted as part of Doc # 2244* ) (Re: 2108 Notice (Other), Notice (Other) ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (tjc, Dpty Clk) (Entered: 06/19/2009) |
|---|---|---|
| 06/19/2009 | 2247 | REPLY to Response to Motion (Re: 2064 MOTION in Limine ) by Oklahoma, State of ; (With attachments) (Garren, Richard) (Entered: 06/19/2009) |
| 06/19/2009 | | NOTICE of Docket Entry Modification; Error: Document # 2244 is a two–part motion, but not all parts were filed; Correction: Filed the remaining motion part as Document # 2246 (Re: 2244 MOTION for Leave to File Brief Regarding State of Oklahoma's Notice of Filing of Document [Dkt #2108]) (tjc, Dpty Clk) Modified on 6/19/2009 (tjc, Dpty Clk). (Entered: 06/19/2009) |
| 06/19/2009 | 2248 | REPLY to Response to Motion (Re: 2059 MOTION in Limine *to Preclude Expert Testimony of Defendants' Witness Wayne M. Grip and Integrated Brief in Support Thereof* ) by Oklahoma, State of ; (Garren, Richard) (Entered: 06/19/2009) |
| 06/19/2009 | 2249 | RESPONSE (Re: 2243 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for State to file its Daubert motion regarding the opinions of Dr. Thomas Ginn beyond the June 19, 2009 deadline* ) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 06/19/2009) |
| 06/19/2009 | 2250 | ORDER by Judge Gregory K Frizzell ; granting 2243 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (hbo, Dpty Clk) (Entered: 06/19/2009) |
| 06/19/2009 | 2251 | ORDER by Judge Gregory K Frizzell ; granting 2235 Motion to Stay (Re: 2128 Opinion and Order, Ruling on Motion to Compel ) (hbo, Dpty Clk) (Entered: 06/19/2009) |
| 06/19/2009 | 2252 | REPLY to Response to Motion (Re: 2082 MOTION to Exclude *to Exclude Dr. Roger Olsen's Testimony Pursuant to Daubert* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 06/19/2009) |
| 06/19/2009 | 2253 | REPLY to Response to Motion (Re: 2062 MOTION for Partial Summary Judgment ) by Oklahoma, State of ; (Nance, Robert) (Entered: 06/19/2009) |
| 06/19/2009 | 2254 | REPLY to Response to Motion (Re: 2057 Joint MOTION for Partial Summary Judgment *on Counts 7 & 8 of the Second Amended Complaint* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 06/19/2009) |
| 06/19/2009 | 2255 | REPLY to Response to Motion (Re: 2078 MOTION to Exclude Testimony of Dr. C. Robert Taylor ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Tucker, John) (Entered: 06/19/2009) |
| 06/19/2009 | 2256 | |

| | | REPLY to Response to Motion (Re: <u>2062</u> MOTION for Partial Summary Judgment ) by Oklahoma, State of ; (Nance, Robert) (Entered: 06/19/2009) |
|---|---|---|
| 06/19/2009 | <u>2257</u> | Joint REPLY to Response to Motion (Re: <u>2067</u> MOTION to Exclude Testimony of Dr. Christopher Teaf *AND INTEGRATED BRIEF IN SUPPORT* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Buchwald, Paula) (Entered: 06/19/2009) |
| 06/19/2009 | <u>2258</u> | REPLY to Response to Motion (Re: <u>2062</u> MOTION for Partial Summary Judgment ) by Oklahoma, State of ; (With attachments) (Bullock, Louis) (Entered: 06/19/2009) |
| 06/19/2009 | <u>2259</u> | REPLY to Response to Motion (Re: <u>2069</u> MOTION for Partial Summary Judgment *Dismissing Counts 1, 2, 3, 4, 5, 6 and 10* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Bond, Michael) (Entered: 06/19/2009) |
| 06/19/2009 | <u>2260</u> | MOTION To file Under Seal Exhibit "A" to Cargill Defendants' Replly Brief in Support of Motion for Summary Judgment by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 06/19/2009) |
| 06/19/2009 | <u>2261</u> | REPLY to Response to Motion (Re: <u>2056</u> Joint MOTION to Exclude Testimony of Dr. Bernard Engel Pursuant to Daubert v. Merrell Pharmaceuticals, Inc. ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Bond, Michael) (Entered: 06/19/2009) |
| 06/19/2009 | <u>2262</u> | REPLY to Response to Motion (Re: <u>2062</u> MOTION for Partial Summary Judgment ) by Oklahoma, State of ; (Blakemore, Robert) (Entered: 06/19/2009) |
| 06/19/2009 | <u>2263</u> | SEALED MOTION (Tucker, John) (Entered: 06/19/2009) Contains One or More Restricted PDFs |
| 06/19/2009 | <u>2264</u> | REPLY to Response to Motion (Re: <u>2062</u> MOTION for Partial Summary Judgment ) by Oklahoma, State of ; (Bullock, Louis) (Entered: 06/19/2009) |
| 06/19/2009 | <u>2265</u> | REPLY to Response to Motion (Re: <u>2079</u> MOTION for Summary Judgment ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) Modified on 6/22/2009 to change text to reflect correct event (sac, Dpty Clk). (Entered: 06/19/2009) |
| 06/19/2009 | <u>2266</u> | REPLY to Response to Motion (Re: <u>2060</u> MOTION in Limine *to Preclude Expert Testimony of Defendants' Witness Michael J. McGuire and Integrated Brief in Support Thereof* ) by Oklahoma, State of ; (With attachments) (Garren, Richard) (Entered: 06/19/2009) |
| 06/19/2009 | <u>2267</u> | REPLY to Response to Motion (Re: <u>2068</u> Joint MOTION in Limine *to Exclude Testimony of Todd King Under Daubert v. Merrill Pharmaceuticals, Inc. and Incorporated Brief* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson |

| | | Farms, Inc., Simmons Foods, Inc. ; (Tucker, John) (Entered: 06/19/2009) |
|---|---|---|
| 06/19/2009 | 2268 | REPLY to Response to Motion (Re: 2090 Joint MOTION to Exclude Expert Testimony Based on Bacterial Analyses Conducted in Violation of EPA, USGS and Oklahoma Standards ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 06/19/2009) |
| 06/19/2009 | 2269 | REPLY to Response to Motion (Re: 2058 MOTION in Limine ) by Oklahoma, State of ; (With attachments) (Bullock, Louis) (Entered: 06/19/2009) |
| 06/19/2009 | 2270 | MOTION in Limine *to Exclude Portions of Defendants' "Expert Report of William H. Desvousges and Gordon C. Rausser" and Related Testimony With Integrated Brief in Support* by Oklahoma, State of (With attachments) (Nance, Robert) (Entered: 06/19/2009) |
| 06/19/2009 | 2271 | REPLY to Response to Motion (Re: 2061 MOTION in Limine ) by Oklahoma, State of ; (With attachments) (Garren, Richard) (Entered: 06/19/2009) |
| 06/19/2009 | 2272 | MOTION to Exclude Testimony of the Stratus Consulting Experts *Under F.R.E. 702* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Tucker, John) (Entered: 06/19/2009) |
| 06/19/2009 | 2273 | REPLY to Response to Motion (Re: 2062 MOTION for Partial Summary Judgment ) by Oklahoma, State of ; (Bullock, Louis) Modified on 6/22/2009 to change text to reflect correct event (sac, Dpty Clk). (Entered: 06/19/2009) |
| 06/19/2009 | 2274 | REPLY to Response to Motion (Re: 2062 MOTION for Partial Summary Judgment ) by Oklahoma, State of ; (Bullock, Louis) Modified on 6/22/2009 to change text to reflect correct event (sac, Dpty Clk). (Entered: 06/19/2009) |
| 06/19/2009 | 2275 | REPLY to Response to Motion (Re: 2062 MOTION for Partial Summary Judgment ) by Oklahoma, State of ; (Bullock, Louis) Modified on 6/22/2009 to change text to reflect correct event (sac, Dpty Clk). (Entered: 06/19/2009) |
| 06/19/2009 | 2276 | REPLY to Response to Motion (Re: 2062 MOTION for Partial Summary Judgment ) by Oklahoma, State of ; (Bullock, Louis) (Entered: 06/19/2009) |
| 06/19/2009 | 2277 | REPLY to Response to Motion (Re: 2062 MOTION for Partial Summary Judgment ) by Oklahoma, State of ; (Bullock, Louis) (Entered: 06/19/2009) |
| 06/19/2009 | 2278 | ADDITIONAL ATTACHMENT(S) to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2272 MOTION to Exclude Testimony of the Stratus Consulting Experts *Under F.R.E. 702* ) by Tyson Poultry, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Tucker, John) (Entered: 06/19/2009) |
| 06/19/2009 | 2279 | REPLY to Response to Motion (Re: 2062 MOTION for Partial Summary Judgment ) by Oklahoma, State of ; (Bullock, Louis) (Entered: 06/19/2009) |

| 06/19/2009 | 2280 | REPLY to Response to Motion (Re: 2062 MOTION for Partial Summary Judgment ) by Oklahoma, State of ; (Bullock, Louis) (Entered: 06/19/2009) |
| 06/19/2009 | 2281 | REPLY to Response to Motion (Re: 2062 MOTION for Partial Summary Judgment ) by Oklahoma, State of ; (Bullock, Louis) (Entered: 06/19/2009) |
| 06/19/2009 | 2282 | REPLY to Response to Motion (Re: 2072 MOTION in Limine *To Preclude Expert Testimony of Defendants' Witness Charles Cowan, Ph.D. and Integrated Brief in Support Thereof* ) by Oklahoma, State of ; (With attachments) (Page, David) (Entered: 06/19/2009) |
| 06/19/2009 | 2283 | REPLY to Response to Motion (Re: 2062 MOTION for Partial Summary Judgment ) by Oklahoma, State of ; (Nance, Robert) (Entered: 06/19/2009) |
| 06/19/2009 | 2284 | REPLY to Response to Motion (Re: 2071 MOTION in Limine ) by Oklahoma, State of ; (With attachments) (Bullock, Louis) (Entered: 06/19/2009) |
| 06/19/2009 | 2285 | REPLY to Response to Motion (Re: 2074 MOTION in Limine *to Preclude Expert Testimony of Defendants' Witness Brian Murphy and Integrated Brief in Support Thereof* ) by Oklahoma, State of ; (Garren, Richard) (Entered: 06/19/2009) |
| 06/19/2009 | 2286 | REPLY to Response to Motion (Re: 2083 MOTION in Limine ) by Oklahoma, State of ; (With attachments) (Page, David) (Entered: 06/19/2009) |
| 06/22/2009 | | NOTICE of Docket Entry Modification; Error: wrong event selected (Brief in Support of Motion); Correction: changed text to reflect correct event (Reply to Response to Motion) (Re: 2265 Brief in Support of Motion ) (sac, Dpty Clk) (Entered: 06/22/2009) |
| 06/22/2009 | | NOTICE of Docket Entry Modification; Error: wrong event selected (Response in Opposition to Motion); Correction: changed text to reflect correct event (Reply to Response to Motion) (Re: 2273 Response in Opposition to Motion, 2274 Response in Opposition to Motion, 2275 Response in Opposition to Motion ) (sac, Dpty Clk) (Entered: 06/22/2009) |
| 06/22/2009 | 2287 | ORDER by Judge Gregory K Frizzell ; granting 2260 Motion for Miscellaneous Relief (Re: 2079 MOTION for Summary Judgment ) (hbo, Dpty Clk) (Entered: 06/22/2009) |
| 06/22/2009 | 2288 | SEALED DOCUMENT (Tucker, John) (Entered: 06/22/2009) Contains One or More Restricted PDFs |
| 06/23/2009 | 2289 | MOTION to Withdraw Attorney(s) by Raymond C Anderson, Shannon Anderson (Griffith, Carrie) (Entered: 06/23/2009) |
| 06/23/2009 | 2290 | MOTION to substitute legible copy of Exhibit "I" to Dkt. 2272 – Defendants' Motion to Exclude Testimony of the Stratus Consulting Experts Under F.R.E. 702 and Integrated Brief (Re: 2272 MOTION to Exclude Testimony of the Stratus Consulting Experts *Under F.R.E. 702* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Tucker, John) (Entered: 06/23/2009) |
| 06/24/2009 | 2291 | ORDER by Judge Gregory K Frizzell *(to substitute exhibit "I")* ; granting 2290 Motion for Miscellaneous Relief (Re: 2272 MOTION to Exclude Testimony of the |

| | | Stratus Consulting Experts *Under F.R.E. 702* ) (hbo, Dpty Clk) (Entered: 06/24/2009) |
|---|---|---|
| 06/25/2009 | 2292 | ATTORNEY APPEARANCE by Vincent O Chadick on behalf of George's, Inc., George's Farms, Inc. (Chadick, Vincent) (Entered: 06/25/2009) |
| 06/26/2009 | 2293 | MINUTE ORDER by Judge Gregory K Frizzell, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 7/2/2009 at 09:30 AM before Judge Gregory K Frizzell) (Re: 1790 MOTION for Judgment as a Matter of Law *(SUBMITTED AS DOC # 1788* ) MOTION for Judgment as a Matter of Law *(SUBMITTED AS DOC # 1788* ), 1788 MOTION to Dismiss *For Failure to Join the Cherokee Nation as a Required Party* ) (hbo, Dpty Clk) (Entered: 06/26/2009) |
| 06/29/2009 | 2294 | MINUTE ORDER by Judge Gregory K Frizzell ; terminating attorney Carrie Griffith ; granting 2289 Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 06/29/2009) |
| 06/30/2009 | 2295 | RESPONSE (Re: 2234 APPEAL of the Magistrate Judge's Order ) by Oklahoma, State of (Bullock, Louis) (Entered: 06/30/2009) |
| 06/30/2009 | 2296 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *by Defendants' Motion for Modification of May 14, 2009 Scheduling Order and Integrated Brief in Support* (Re: 2049 Scheduling Order, Setting/Resetting Scheduling Order Date(s), Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion to Expedite Ruling,, Setting/Resetting Scheduling Order Date(s), Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),,, Setting/Resetting Scheduling Order Date(s), Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 06/30/2009) |
| 06/30/2009 | 2297 | MOTION to Expedite Ruling *by Defendants' Motion for Expedited Consideration of Defendants' Motion for Modification of May 14, 2009 Scheduling Order* (Re: 2296 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *by Defendants' Motion for Modification of May 14, 2009 Scheduling Order and Integrated Brief in Support* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *by Defendants' Motion for Modification of May 14, 2009 Scheduling Order and Integrated Brief in Support* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *by Defendants' Motion for Modification of May 14, 2009 Scheduling Order and Integrated Brief in Support* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *by Defendants' Motion for Modification of May 14, 2009 Scheduling Order and Integrated Brief in Support* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *by Defendants' Motion for Modification of May 14, 2009 Scheduling Order and Integrated Brief in Support* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson |

| | | |
|---|---|---|
| | | Farms, Inc., Simmons Foods, Inc. (Jorgensen, Jay) (Entered: 06/30/2009) |
| 07/01/2009 | 2298 | RESPONSE in Opposition to Motion (Re: 2244 MOTION for Leave to File Brief Regarding State of Oklahoma's Notice of Filing of Document [Dkt #2108] MOTION for Leave to File Brief Regarding State of Oklahoma's Notice of Filing of Document [Dkt #2108] MOTION for Leave to File Brief Regarding State of Oklahoma's Notice of Filing of Document [Dkt #2108] ) by Oklahoma, State of ; (Nance, Robert) (Entered: 07/01/2009) |
| 07/01/2009 | 2299 | MOTION to Strike Document(s) *Supplemental Expert Report of J. Berton Fisher (Dkt #2178−13) Exhibit 12* (Re: 2178 Response in Opposition to Motion ) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 07/01/2009) |
| 07/01/2009 | 2300 | NOTICE of Matter Under Advisement (Re: 1659 Objection, ) by Peterson Farms, Inc. (Longwell, Nicole) (Entered: 07/01/2009) |
| 07/01/2009 | 2301 | DEPOSITION DESIGNATIONS re: depo of Ray Wear by Peterson Farms, Inc. (Longwell, Nicole) (Entered: 07/01/2009) |
| 07/01/2009 | 2302 | PRETRIAL DISCLOSURES by Peterson Farms, Inc. (With attachments) (Longwell, Nicole) (Entered: 07/01/2009) |
| 07/01/2009 | 2303 | EXHIBIT LIST by Oklahoma, State of (With attachments) (Garren, Richard) (Entered: 07/01/2009) |
| 07/01/2009 | 2304 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to accelerate briefing schedule* (Re: 2299 MOTION to Strike Document(s) *Supplemental Expert Report of J. Berton Fisher (Dkt #2178−13) Exhibit 12* ) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 07/01/2009) |
| 07/01/2009 | 2305 | Joint DEPOSITION DESIGNATIONS re: depo of Multiple Witnesses by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Longwell, Nicole) (Entered: 07/01/2009) |
| 07/01/2009 | 2306 | EXHIBIT LIST by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 07/01/2009) |
| 07/01/2009 | 2307 | DEPOSITION DESIGNATIONS re: depo of Thomas Alford, et al. by Oklahoma, State of (With attachments) (Nance, Robert) (Entered: 07/01/2009) |
| 07/01/2009 | 2308 | DEPOSITION DESIGNATIONS re: depo of Teena Gunter and Terry Peach by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 07/01/2009) |
| 07/01/2009 | 2309 | Joint Defendants' Final EXHIBIT LIST by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Longwell, Nicole) (Entered: 07/01/2009) |
| 07/02/2009 | 2310 | MINUTE ORDER by Judge Gregory K Frizzell *As set forth on the record at hearing held today, the Defendants' Motion for Leave to File Brief or Alternative Motion to Strike is denied* ; denying 2244 Motion for Leave to File Document(s) (GKFJ, Judge) (Entered: 07/02/2009) |

| 07/02/2009 | 2311 | MINUTE ORDER by Judge Gregory K Frizzell *The motion is moot, as the court ruled on the underlying motion* 2228 *by minute order of 6/15/09* 2233 ; finding as moot 2229 Motion to Expedite Ruling (GKFJ, Judge) (Entered: 07/02/2009) |
|---|---|---|
| 07/02/2009 | 2312 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Motion Hearing held on 7/2/2009 ; setting/resetting deadline(s)/hearing(s): ( Responses due by 7/6/2009, Replies due by 7/20/2009); taking motion(s) under advisement; denying 2246 Motion to Strike Document(s) (Re: 1788 MOTION to Dismiss *For Failure to Join the Cherokee Nation as a Required Party*, 2244 MOTION for Leave to File Brief Regarding State of Oklahoma's Notice of Filing of Document [Dkt #2108] MOTION for Leave to File Brief Regarding State of Oklahoma's Notice of Filing of Document [Dkt #2108] MOTION for Leave to File Brief Regarding State of Oklahoma's Notice of Filing of Document [Dkt #2108], 2246 MOTION to Strike Document(s) *(submitted as part of Doc # 2244 )* MOTION to Strike Document(s) *(submitted as part of Doc # 2244 )*, 2299 MOTION to Strike Document(s) *Supplemental Expert Report of J. Berton Fisher (Dkt #2178–13) Exhibit 12*, 2297 MOTION to Expedite Ruling *by Defendants' Motion for Expedited Consideration of Defendants' Motion for Modification of May 14, 2009 Scheduling Order*, 2304 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to accelerate briefing schedule* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to accelerate briefing schedule* ) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) Modified on 7/20/2009 to correct the file date and date hearing held (a–hc, Dpty Clk). (Entered: 07/06/2009) |
| 07/06/2009 | 2313 | RESPONSE in Opposition to Motion (Re: 2299 MOTION to Strike Document(s) *Supplemental Expert Report of J. Berton Fisher (Dkt #2178–13) Exhibit 12* ) by Oklahoma, State of ; (With attachments) (Bullock, Louis) (Entered: 07/06/2009) |
| 07/06/2009 | 2314 | RESPONSE in Opposition to Motion (Re: 2241 MOTION to Strike Document(s) MOTION to Strike Document(s) MOTION to Strike Document(s) MOTION to Strike Document(s) MOTION to Strike Document(s) MOTION to Strike Document(s) ) by Oklahoma, State of ; (With attachments) (Page, David) (Entered: 07/06/2009) |
| 07/07/2009 | 2315 | RESPONSE in Opposition to Motion (Re: 2296 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *by Defendants' Motion for Modification of May 14, 2009 Scheduling Order and Integrated Brief in Support* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *by Defendants' Motion for Modification of May 14, 2009 Scheduling Order and Integrated Brief in Support* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *by Defendants' Motion for Modification of May 14, 2009 Scheduling Order and Integrated Brief in Support* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *by Defendants' Motion for Modification of May 14, 2009 Scheduling Order and Integrated Brief in Support* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *by Defendants' Motion for Modification of May 14, 2009 Scheduling Order and Integrated Brief in Support* ) by Oklahoma, State of ; (Bullock, Louis) (Entered: 07/07/2009) |
| 07/07/2009 | 2316 | RESPONSE in Opposition to Motion (Re: 2263 SEALED MOTION ) by Oklahoma, State of ; (With attachments) (Garren, Richard) (Entered: 07/07/2009) |
| 07/07/2009 | 2317 | RESPONSE in Opposition to Motion (Re: 2242 MOTION in Limine *to Exclude Defendants' Expert Report Entitled "Evaluation of Hypothetical Remediation Strategy Presented in Stratus Contingent Value Study Illinois River Watershed" and* |

| | | |
|---|---|---|
| | | *Related Testimony With Integrated Brief in Supp* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Willow Brook Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 07/07/2009) |
| 07/07/2009 | 2318 | Unopposed MOTION to Seal Document *Exhibit #9* (Re: 2263 SEALED MOTION ) by Oklahoma, State of (Garren, Richard) (Entered: 07/07/2009) |
| 07/07/2009 | 2319 | SEALED DOCUMENT (Garren, Richard) (Entered: 07/07/2009) Contains One or More Restricted PDFs |
| 07/07/2009 | 2320 | RESPONSE in Opposition to Motion (Re: 2272 MOTION to Exclude Testimony of the Stratus Consulting Experts *Under F.R.E. 702* ) by Oklahoma, State of ; (With attachments) (Nance, Robert) (Entered: 07/07/2009) |
| 07/07/2009 | 2321 | RESPONSE in Opposition to Motion (Re: 2270 MOTION in Limine *to Exclude Portions of Defendants' "Expert Report of William H. Desvousges and Gordon C. Rausser" and Related Testimony With Integrated Brief in Support* ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 07/07/2009) |
| 07/08/2009 | 2322 | EXHIBIT(S) *D through G to Dkt #2321 – Cargill Defendants' Response in Opposition to Dkt #2270* (Re: 2321 Response in Opposition to Motion, ) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 07/08/2009) |
| 07/08/2009 | 2323 | ADOPTION (Re: 2321 Response in Opposition to Motion, ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (Jorgensen, Jay) Modified on 7/9/2009 to add filer (sac, Dpty Clk). (Entered: 07/08/2009) |
| 07/08/2009 | 2324 | ADOPTION (Re: 2321 Response in Opposition to Motion, ) by Peterson Farms, Inc. (Hixon, Philip) (Entered: 07/08/2009) |
| 07/08/2009 | 2325 | ADOPTION (Re: 2321 Response in Opposition to Motion, ) by Simmons Foods, Inc. (Bronson, Vicki) (Entered: 07/08/2009) |
| 07/08/2009 | 2326 | MINUTE ORDER by Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): ( Miscellaneous Hearing set for 7/28/2009 at 09:30 AM before Judge Gregory K Frizzell, Motion Hearing set for 8/13/2009 at 09:30 AM before Judge Gregory K Frizzell); granting in part and denying in part 2296 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 2069 MOTION for Partial Summary Judgment *Dismissing Counts 1, 2, 3, 4, 5, 6 and 10*, 1876 Joint MOTION for Partial Summary Judgment *as to Plaintiffs' Time Barred Claims and Integrated Brief in Support*, 2050 MOTION for Partial Summary Judgment *as to Count 3 (RCRA)* MOTION for Partial Summary Judgment *as to Count 3 (RCRA)*, 1872 Joint MOTION for Summary Judgment *on Counts 1 and 2 of the Second Amended Complaint and Integrated Brief in Support*, 2055 Joint MOTION for Partial Summary Judgment *on Counts 6 & 10 of the Second Amended Complaint*, 2031 MOTION for Partial Summary Judgment *as to Plaintiffs' Claims Preempted or Displaced by CERCLA*, 2033 Joint MOTION for Partial Summary Judgment *on Counts 4 and 5 of the Second Amended Complaint* ) (hbo, Dpty Clk) (Entered: 07/08/2009) |
| 07/08/2009 | 2327 | |

| | | ORDER by Judge Gregory K Frizzell ; granting 2318 Motion to Seal Document(s) (Re: 2263 SEALED MOTION ) (hbo, Dpty Clk) (Entered: 07/08/2009) |
|---|---|---|
| 07/08/2009 | 2328 | ERRATA/CORRECTION (Re: 2073 Additional Attachment(s) to Document Exceeding 20 Megabytes, Additional Attachment(s) to Document Exceeding 20 Megabytes, 2069 MOTION for Partial Summary Judgment *Dismissing Counts 1, 2, 3, 4, 5, 6 and 10*, 2075 Additional Attachment(s) to Document Exceeding 20 Megabytes, Additional Attachment(s) to Document Exceeding 20 Megabytes ) by Peterson Farms, Inc. (With attachments) (Hixon, Philip) (Entered: 07/08/2009) |
| 07/09/2009 | | NOTICE of Docket Entry Modification; Error: not all filers were selected; Correction: added Cobb−Vantress, Inc. as a filer (Re: 2323 Adoption ) (sac, Dpty Clk) (Entered: 07/09/2009) |
| 07/09/2009 | 2329 | ADOPTION (Re: 2321 Response in Opposition to Motion, ) by George's, Inc., George's Farms, Inc. (Graves, James) (Entered: 07/09/2009) |
| 07/09/2009 | 2330 | ADOPTION (Re: 2321 Response in Opposition to Motion, ) by Cal−Maine Foods, Inc., Cal−Maine Farms, Inc. (Sanders, Robert) (Entered: 07/09/2009) |
| 07/09/2009 | 2331 | MINUTE ORDER by Judge Gregory K Frizzell *(Correction to the Minute Order #2326, parties are advised that the Daubert hearing is set 7−28−29−2009.* (Re: 2326 Minute Order, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (hbo, Dpty Clk) (Entered: 07/09/2009) |
| 07/09/2009 | 2332 | RESPONSE in Opposition to Motion (Re: 2135 Joint MOTION to Vacate Order/Judgment *Partial Consent Decree and Intergrated Brief in Support* ) by Willow Brook Foods, Inc. ; (Evans, Frank) (Entered: 07/09/2009) |
| 07/09/2009 | 2333 | RESPONSE in Opposition to Motion (Re: 2135 Joint MOTION to Vacate Order/Judgment *Partial Consent Decree and Intergrated Brief in Support* ) by Oklahoma, State of ; (With attachments) (Bullock, Louis) (Entered: 07/09/2009) |
| 07/09/2009 | 2334 | Joint MOTION for Partial Modification of the Pre−Trial Deadline for Counter Designations (Re: 2026 Scheduling Order,, Ruling on Motion for Miscellaneous Relief, Ruling on Motion to Expedite Ruling,,,, ) by Oklahoma, State of, Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Oklahoma Secretary of the Environment, Office of (Bond, Michael) (Entered: 07/09/2009) |
| 07/09/2009 | 2335 | Joint MOTION to Expedite Ruling *of Joint Motion for Partial Modification of the Pre−Trial Deadline for Counter Designations* (Re: 2334 Joint MOTION for Partial Modification of the Pre−Trial Deadline for Counter Designations ) by Oklahoma, State of, Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson |

| | | |
|---|---|---|
| | | Farms, Inc., Simmons Foods, Inc., Oklahoma Secretary of the Environment, Office of (Bond, Michael) (Entered: 07/09/2009) |
| 07/13/2009 | 2336 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 2334 Motion for Miscellaneous Relief; granting 2335 Motion to Expedite Ruling (Re: 2026 Scheduling Order,, Ruling on Motion for Miscellaneous Relief, Ruling on Motion to Expedite Ruling,,,, ) (hbo, Dpty Clk) (Entered: 07/13/2009) |
| 07/13/2009 | 2337 | MOTION for Hearing *To Discuss Conduct of July 28–29, 2009 Daubert Hearing* (Re: 2331 Minute Order,,,,,,, ) by Oklahoma, State of (Page, David) (Entered: 07/13/2009) |
| 07/14/2009 | 2338 | MINUTE ORDER by Judge Gregory K Frizzell *(Hearing will be conducted by phone, movant will be responsible for setting up the conference call)* ; setting/resetting deadline(s)/hearing(s): ( Status Hearing set for 7/17/2009 at 03:00 PM before Judge Gregory K Frizzell); granting 2337 Motion for Hearing (hbo, Dpty Clk) (Entered: 07/14/2009) |
| 07/14/2009 | 2339 | MOTION to Strike Document(s) #2270–5 (Exhibit "C") and #2270–23 (Exhibit "U") to Dkt #2270, Plaintiffs' (Re: 2270 MOTION in Limine *to Exclude Portions of Defendants' "Expert Report of William H. Desvousges and Gordon C. Rausser" and Related Testimony With Integrated Brief in Support* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Tucker, John) (Entered: 07/14/2009) |
| 07/15/2009 | 2340 | COUNTER DEPOSITION DESIGNATIONS by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Hixon, Philip) (Entered: 07/15/2009) |
| 07/15/2009 | 2341 | COUNTER DEPOSITION DESIGNATIONS by Oklahoma, State of (With attachments) (Gentry, Dorothy) Modified on 7/16/2009; This is a multi–event document; counsel directed to filed the second event as a separate entry (tjc, Dpty Clk). (Entered: 07/15/2009) |
| 07/16/2009 | 2342 | MOTION for Attorney(s) Erik J. Ives to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 1085000000000582597) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (With attachments) (Buchwald, Paula) (Entered: 07/16/2009) |
| 07/16/2009 | 2343 | MINUTE ORDER by Court Clerk, Having reviewed the docket entry and/or PDF for Dkt # *2341*, the Court has determined that *this document is a multi–event document and only one part was e–filed.* Attorney *Dorothy Gentry* is hereby directed to re–file *the objection to Deposition Designations within 24 hours.* (Re: 2341 Counter Deposition Designations ) (tjc, Dpty Clk) (Entered: 07/16/2009) |
| 07/16/2009 | | NOTICE of Docket Entry Modification; Error: This is a multi–event document, which is not allowed in CM/ECF; Correction: Notified counsel to file Objection to Deposition Designations as a separate entry (Re: 2341 Counter Deposition Designations ) (tjc, Dpty Clk) (Entered: 07/16/2009) |
| 07/16/2009 | 2344 | |

| | | Joint MOTION to Clarify *Scheduling Order of May 8, 2009* (Re: 2026 Scheduling Order,, Ruling on Motion for Miscellaneous Relief, Ruling on Motion to Expedite Ruling,,,, ) by Oklahoma, State of, All Defendants (Bullock, Louis) (Entered: 07/16/2009) |
|---|---|---|
| 07/16/2009 | 2345 | RESPONSE (Re: 2337 MOTION for Hearing *To Discuss Conduct of July 28−29, 2009 Daubert Hearing* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 07/16/2009) |
| 07/16/2009 | 2346 | ORDER by Judge Gregory K Frizzell ; granting 2342 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 07/16/2009) |
| 07/16/2009 | 2347 | ORDER by Judge Gregory K Frizzell ; granting 2344 Motion to Clarify (Re: 2049 Scheduling Order, Setting/Resetting Scheduling Order Date(s), Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion to Expedite Ruling,, Setting/Resetting Scheduling Order Date(s), Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),,, Setting/Resetting Scheduling Order Date(s), Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s), ) (hbo, Dpty Clk) (Entered: 07/16/2009) |
| 07/16/2009 | 2348 | OBJECTION to Deposition Designations (Re: 2305 Deposition Designations, 2308 Deposition Designations ) by Oklahoma, State of (With attachments) (Gentry, Dorothy) (Entered: 07/16/2009) |
| 07/16/2009 | 2349 | TRANSCRIPT of Proceedings (Unredacted) of motion hearing held on 07/02/2009 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1–78). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2312 Minutes of Motion Hearing, Setting/Resetting Deadline(s)/Hearing(s), Taking Motion(s) Under Advisement, Ruling on Motion to Strike Document(s)) (grd, Crt Rptr) Modified on 7/20/2009 to replace PDF (a−hc, Dpty Clk). Modified on 10/14/2009 to remove transcript access restriction (a−hc, Dpty Clk). (Entered: 07/16/2009) |
| 07/17/2009 | 2350 | NOTICE Defendants' Notice on Their Motion to Compel Production of Materials Relating to Manuscripts From Plaintiffs' Expert Work (Dkt. #2000) (Re: 2000 MOTION to Compel *Production of Documents* ) by All Defendants (Jorgensen, Jay) (Entered: 07/17/2009) |
| 07/17/2009 | 2351 | Joint REPLY to Response to Motion (Re: 2241 MOTION to Strike Document(s) MOTION to Strike Document(s) MOTION to Strike Document(s) MOTION to Strike Document(s) MOTION to Strike Document(s) MOTION to Strike Document(s) ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., |

| | | Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Graves, James) (Entered: 07/17/2009) |
|---|---|---|
| 07/17/2009 | 2352 | RESPONSE (Re: 2350 Notice) by Oklahoma, State of (Bullock, Louis) Modified on 7/20/2009 to create link to Doc #2350 (lml, Dpty Clk). (Entered: 07/17/2009) |
| 07/17/2009 | 2353 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Miscellaneous Hearing held on 7/17/2009 *(Phone Conference re: Daubert Hearing)*, striking/terminating deadline(s)/Hearing(s) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) (Entered: 07/17/2009) |
| 07/17/2009 | 2354 | MOTION to Strike Untimely Supplemental Report and Considered Materials of Defendants Damages Experts William H. Desvousges and Gordon C. Rausser by Oklahoma, State of (With attachments) (Garren, Richard) (Entered: 07/17/2009) |
| 07/20/2009 | | NOTICE of Docket Entry Modification; Error: Entry had incorrect file date and hearing held date; Correction: corrected the dates (Re: 2312 Minutes of Motion Hearing, Setting/Resetting Deadline(s)/Hearing(s), Taking Motion(s) Under Advisement, Ruling on Motion to Strike Document(s),, Setting/Resetting Deadline(s)/Hearing(s), Taking Motion(s) Under Advisement, Ruling on Motion to Strike Document(s),, Setting/Resetting Deadline(s)/Hearing(s), Taking Motion(s) Under Advisement, Ruling on Motion to Strike Document(s),, Setting/Resetting Deadline(s)/Hearing(s), Taking Motion(s) Under Advisement, Ruling on Motion to Strike Document(s),, Setting/Resetting Deadline(s)/Hearing(s), Taking Motion(s) Under Advisement, Ruling on Motion to Strike Document(s),, Setting/Resetting Deadline(s)/Hearing(s), Taking Motion(s) Under Advisement, Ruling on Motion to Strike Document(s) ) (a–hc, Dpty Clk) (Entered: 07/20/2009) |
| 07/20/2009 | 2355 | MOTION to Strike Portions of the Errata Sheet of Plaintiffs' Proffered Punitive Damage Expert David R. Payne by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Tucker, John) (Entered: 07/20/2009) |
| 07/20/2009 | 2356 | ORDER by Judge Gregory K Frizzell ; denying 2234 Appeal of Magistrate Judge's Order (Re: 2011 MOTION to Compel *Expert Discovery Regarding Dr. Thomas Ginn*, 2128 Opinion and Order, Ruling on Motion to Compel, 2234 APPEAL of the Magistrate Judge's Order ) (hbo, Dpty Clk) (Entered: 07/20/2009) |
| 07/21/2009 | 2357 | TRANSCRIPT of Proceedings (Unredacted) of miscellanous hearing (telephone conference)_ held on 07/17/2009 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1–21). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2353 Minutes of Miscellaneous Hearing, Striking/Terminating Deadline(s)/Hearing(s)) (grd, Crt Rptr) Modified on 10/19/2009 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/21/2009) |
| 07/21/2009 | 2358 | |

| | | REPLY to Response to Motion (Re: 2242 MOTION in Limine *to Exclude Defendants' Expert Report Entitled "Evaluation of Hypothetical Remediation Strategy Presented in Stratus Contingent Value Study Illinois River Watershed" and Related Testimony With Integrated Brief in Supp* ) by Oklahoma, State of ; (Garren, Richard) (Entered: 07/21/2009) |
|---|---|---|
| 07/21/2009 | 2359 | REPLY to Response to Motion (Re: 2270 MOTION in Limine *to Exclude Portions of Defendants' "Expert Report of William H. Desvousges and Gordon C. Rausser" and Related Testimony With Integrated Brief in Support* ) by Oklahoma, State of ; (With attachments) (Garren, Richard) (Entered: 07/21/2009) |
| 07/21/2009 | 2360 | SEALED DOCUMENT (Tucker, John) (Entered: 07/21/2009) Contains One or More Restricted PDFs |
| 07/21/2009 | 2361 | REPLY to Response to Motion (Re: 2272 MOTION to Exclude Testimony of the Stratus Consulting Experts *Under F.R.E. 702* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Tucker, John) (Entered: 07/21/2009) |
| 07/22/2009 | 2362 | OPINION AND ORDER by Judge Gregory K Frizzell ; granting in part and denying in part 1788 Motion to Dismiss; granting in part and denying in part 1790 Motion for Judgment as a Matter of Law (hbo, Dpty Clk) (Entered: 07/22/2009) |
| 07/22/2009 | 2363 | MINUTE ORDER by Judge Gregory K Frizzell *In light of Opinion and Order 2362* ; finding as moot 2242 Motion in Limine (GKFJ, Judge) (Entered: 07/22/2009) |
| 07/22/2009 | 2364 | MINUTE ORDER by Judge Gregory K Frizzell *In light of Opinion and Order 2362* ; finding as moot 2263 Sealed Motion (GKFJ, Judge) (Entered: 07/22/2009) |
| 07/22/2009 | 2365 | MINUTE ORDER by Judge Gregory K Frizzell *In light of Opinion and Order 2362* ; finding as moot 2270 Motion in Limine (GKFJ, Judge) (Entered: 07/22/2009) |
| 07/22/2009 | 2366 | MINUTE ORDER by Judge Gregory K Frizzell *In light of Opinion and Order 2362* ; finding as moot 2272 Motion to Exclude (GKFJ, Judge) (Entered: 07/22/2009) |
| 07/22/2009 | 2367 | MINUTE ORDER by Judge Gregory K Frizzell *In light of Opinion and Order 2362* ; finding as moot 1872 Motion for Summary Judgment (GKFJ, Judge) (Entered: 07/22/2009) |
| 07/22/2009 | 2368 | MINUTE ORDER by Judge Gregory K Frizzell *In light of Opinion and Order 2362* ; finding as moot 2031 Motion for Partial Summary Judgment (GKFJ, Judge) (Entered: 07/22/2009) |
| 07/22/2009 | 2369 | MINUTE ORDER by Judge Gregory K Frizzell *In light of Opinion and Order 2362* ; finding as moot 2355 Motion to Strike (GKFJ, Judge) (Entered: 07/22/2009) |
| 07/22/2009 | 2370 | MINUTE ORDER by Judge Gregory K Frizzell *In light of Opinion and Order 2362* ; finding as moot 1992 Motion to Strike (GKFJ, Judge) (Entered: 07/22/2009) |
| 07/23/2009 | 2371 | MINUTE ORDER by Judge Gregory K Frizzell *In light of Opinion and Order 2362* ; finding as moot 2339 Motion to Strike Document(s) (GKFJ, Judge) (Entered: 07/23/2009) |
| 07/23/2009 | 2372 | MINUTE ORDER by Judge Gregory K Frizzell *In light of Opinion and Order 2362* ; finding as moot 2354 Motion to Strike (GKFJ, Judge) (Entered: 07/23/2009) |

| 07/23/2009 | 2373 | Unopposed MOTION for Extension of Time to Reply to Motion Response (Re: 2135 Joint MOTION to Vacate Order/Judgment *Partial Consent Decree and Intergrated Brief in Support* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Jantzen, Stephen) (Entered: 07/23/2009) |
|---|---|---|
| 07/23/2009 | 2374 | MINUTE ORDER by Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): ( Replies due by 7/27/2009); granting 2373 Motion for Extension of Time to Reply to Motion Response (Re: 2135 Joint MOTION to Vacate Order/Judgment *Partial Consent Decree and Intergrated Brief in Support* ) (JLE, Chambers) (Entered: 07/23/2009) |
| 07/24/2009 | 2375 | Joint MOTION for Partial Modification of the Pre–Trial Deadline for Submission of Deposition Transcripts Annotated with Objections and Briefs on Unusual Objections (Re: 2026 Scheduling Order,, Ruling on Motion for Miscellaneous Relief, Ruling on Motion to Expedite Ruling,,,, ) by Oklahoma, State of, Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Oklahoma Secretary of the Environment, Office of (Bond, Michael) (Entered: 07/24/2009) |
| 07/24/2009 | 2376 | Joint MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *on Joint Motion for Partial Modification of the Pre–Trial Deadline for Submission of Deposition Transcripts Annotated with Objections and Briefs on Unusual Objections* (Re: 2375 Joint MOTION for Partial Modification of the Pre–Trial Deadline for Submission of Deposition Transcripts Annotated with Objections and Briefs on Unusual Objections ) by Oklahoma, State of, Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Oklahoma Secretary of the Environment, Office of (Bond, Michael) (Entered: 07/24/2009) |
| 07/24/2009 | 2377 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 2376 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (JLE, Chambers) (Entered: 07/24/2009) |
| 07/24/2009 | 2378 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 2375 Motion for Miscellaneous Relief (JLE, Chambers) (Entered: 07/24/2009) |
| 07/24/2009 | 2379 | OPINION AND ORDER by Judge Gregory K Frizzell ; granting in part and denying in part 2241 Motion to Strike Document(s) (JLE, Chambers) (Entered: 07/24/2009) |
| 07/27/2009 | 2380 | MINUTE ORDER by Judge Gregory K Frizzell *In light of Minute Order of 7/8/09 2326 ruling on Motion 2296* ; finding as moot 2297 Motion to Expedite Ruling (GKFJ, Judge) (Entered: 07/27/2009) |
| 07/27/2009 | 2381 | MINUTE ORDER by Judge Gregory K Frizzell *Cargill's Motion to Accelerate Briefing Schedule is denied* ; denying 2304 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (GKFJ, Judge) (Entered: 07/27/2009) |
| 07/27/2009 | 2382 | |

| | | MINUTE ORDER by Judge Gregory K Frizzell *The Motion of Cargill Defendants 2299 to Strike the Summary Exhibit [2178−13] appended to the State's Response in Opposition to Cargill Defendants' Motion for Summary Judgment is denied* ; denying 2299 Motion to Strike Document(s) (GKFJ, Judge) (Entered: 07/27/2009) |
|---|---|---|
| 07/27/2009 | 2383 | ORDER by Judge Gregory K Frizzell ; vacating/setting aside order(s); setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 8/14/2009 at 01:30 PM before Judge Gregory K Frizzell); granting 2135 Motion to Vacate Order/Judgment (Re: 2107 Order, Ruling on Motion for Miscellaneous Relief, 2135 Joint MOTION to Vacate Order/Judgment *Partial Consent Decree and Intergrated Brief in Support* ) (Documents Terminated: 2107 Order, Ruling on Motion for Miscellaneous Relief ) (hbo, Dpty Clk) (Entered: 07/27/2009) |
| 07/27/2009 | 2384 | AFFIDAVIT of Chris Teaf and Bert Fisher by Oklahoma, State of (With attachments) (Bullock, Louis) (Entered: 07/27/2009) |
| 07/28/2009 | 2385 | ATTORNEY APPEARANCE by William David Perrine on behalf of Cal−Maine Foods, Inc., Cal−Maine Farms, Inc. (Perrine, William) (Entered: 07/28/2009) |
| 07/28/2009 | 2386 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Motion Hearing held on 7/30/2009 ; striking/terminating deadline(s)/Hearing(s); finding as moot 2090 Motion to Exclude; granting in part and denying in part 2028 Motion to Exclude; granting in part and denying in part 2056 Motion to Exclude; denying 2063 Motion in Limine; denying 2072 Motion in Limine (Re: 2056 Joint MOTION to Exclude Testimony of Dr. Bernard Engel Pursuant to Daubert v. Merrell Pharmaceuticals, Inc., 2072 MOTION in Limine *To Preclude Expert Testimony of Defendants' Witness Charles Cowan, Ph.D. and Integrated Brief in Support Thereof*, 2063 MOTION in Limine *to Preclude Expert Testimony of Defendants' Witness Victor Bierman, Ph.D. and Integrated Brief in Support Thereof*, 2090 Joint MOTION to Exclude Expert Testimony Based on Bacterial Analyses Conducted in Violation of EPA, USGS and Oklahoma Standards, 2028 MOTION to Exclude Expert Testimony of Dr. Valerie J. Harwood ) (Court Reporter: Terri Beeler) (With attachments) (hbo, Dpty Clk) Modified on 7/31/2009 to correct file date (hbo, Dpty Clk). (Entered: 07/30/2009) |
| 07/29/2009 | 2387 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Motion Hearing held on 7/30/2009 ; setting/resetting deadline(s)/hearing(s): ( Miscellaneous Hearing set for 8/13/2009 at 09:30 AM before Judge Gregory K Frizzell); denying 2074 Motion in Limine; granting 2082 Motion to Exclude; denying 2083 Motion in Limine (Re: 2241 MOTION to Strike Document(s) MOTION to Strike Document(s) MOTION to Strike Document(s) MOTION to Strike Document(s) MOTION to Strike Document(s) MOTION to Strike Document(s), 2083 MOTION in Limine, 2074 MOTION in Limine *to Preclude Expert Testimony of Defendants' Witness Brian Murphy and Integrated Brief in Support Thereof*, 2072 MOTION in Limine *To Preclude Expert Testimony of Defendants' Witness Charles Cowan, Ph.D. and Integrated Brief in Support Thereof*, 2082 MOTION to Exclude *to Exclude Dr. Roger Olsen's Testimony Pursuant to Daubert* ) (Court Reporter: Terri Beeler) (With attachments) (hbo, Dpty Clk) (Additional attachment(s) added on 7/31/2009: # 2 "main document") (hbo, Dpty Clk). Modified on 7/31/2009 to correct file date(hbo, Dpty Clk). (Additional attachment(s) added on 7/31/2009: # 3 exhibits) (lml, Dpty Clk). (Entered: 07/30/2009) |
| 08/03/2009 | 2388 | MOTION to Strike Jury Demand by All Defendants (Jorgensen, Jay) (Entered: 08/03/2009) |

| 08/03/2009 | 2389 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *For Motions In Limine* by All Defendants (Jorgensen, Jay) (Entered: 08/03/2009) |
|---|---|---|
| 08/03/2009 | 2390 | MOTION to Expedite Ruling *Consideration of Defendants' Joint Motion to Extend Deadline For Motions In Limine* (Re: 2389 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *For Motions In Limine* ) by All Defendants (Jorgensen, Jay) Modified on 8/4/2009 to change text to reflect correct event (sac, Dpty Clk). (Entered: 08/03/2009) |
| 08/03/2009 | 2391 | RESPONSE in Opposition to Motion (Re: 2389 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *For Motions In Limine* ) by Oklahoma, State of ; (Bullock, Louis) (Entered: 08/03/2009) |
| 08/03/2009 | 2392 | MOTION to Reconsider (Re: 2362 Opinion and Order, Ruling on Motion to Dismiss, Ruling on Motion for Judgment as a Matter of Law ) by Oklahoma, State of (Nance, Robert) (Entered: 08/03/2009) |
| 08/04/2009 |  | NOTICE of Docket Entry Modification; Error: wrong event selected (Motion to Accelerate/Extend/Reset Hearings/Deadlines); Correction: changed text to reflect correct event (Motion to Expedite Ruling) (Re: 2390 MOTION to Expedite Ruling ) (sac, Dpty Clk) (Entered: 08/04/2009) |
| 08/04/2009 | 2393 | MOTION in Limine *to Exclude Reference to Defense Counsel's Argument to the Court* by All Defendants (With attachments) (Jorgensen, Jay) Modified on 8/5/2009 to correct title of event (lml, Dpty Clk). (Entered: 08/04/2009) |
| 08/04/2009 | 2394 | MINUTE ORDER by Judge Gregory K Frizzell ; denying 2389 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (hbo, Dpty Clk) (Entered: 08/04/2009) |
| 08/05/2009 |  | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Motion to Exclude); Correction: Edited docket text to reflect correct event (Re: 2393 MOTION in Limine ) (lml, Dpty Clk) (Entered: 08/05/2009) |
| 08/05/2009 | 2395 | MOTION in Limine *Regarding Former Employees* by Peterson Farms, Inc. (With attachments) (Hixon, Philip) (Entered: 08/05/2009) |
| 08/05/2009 | 2396 | MOTION in Limine *Regarding Poultry Water Quality Handbook* by Peterson Farms, Inc. (With attachments) (Hixon, Philip) (Entered: 08/05/2009) |
| 08/05/2009 | 2397 | MOTION in Limine *Seeking to Exclude Evidence Pursuant to, inter alia, FRE 403* by Peterson Farms, Inc. (With attachments) (Hixon, Philip) (Entered: 08/05/2009) |
| 08/05/2009 | 2398 | MOTION in Limine *to Exclude Evidence of Acts or Injuries Occurring Before Any Applicable Limitations Periods* by All Defendants (Jorgensen, Jay) (Entered: 08/05/2009) |
| 08/05/2009 | 2399 | MOTION in Limine *to Preclude Generalized References to Defendants on Issues Requiring Defendant−specific Proof* by All Defendants (With attachments) (Jorgensen, Jay) (Entered: 08/05/2009) |
| 08/05/2009 | 2400 | Joint MOTION in Limine *to Prohibit Plaintiffs' Testimony Regarding Data Acquired and Analyzed Beyond Expert Reporting Deadlines* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. |

| | | (With attachments) (Graves, James) (Entered: 08/05/2009) |
|---|---|---|
| 08/05/2009 | 2401 | MOTION in Limine *Regarding Any Reference to Plaintiff's Settlement with Willow Brook and Integrated Brief* by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Tyson Foods, Inc., Tyson Poulty, Inc., Tyson Chicken, Inc., Cobb–Vantrees, Inc, Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Redemann, Robert) Modified on 8/6/2009 to add additional filers per Attorney (tjc, Dpty Clk). (Entered: 08/05/2009) |
| 08/05/2009 | 2402 | MOTION in Limine *Regarding Any Reference to Prior Attempts to Settle and Integrated Brief* by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Redemann, Robert) Modified on 8/6/2009 to add additional filers per Attorney (tjc, Dpty Clk). (Entered: 08/05/2009) |
| 08/05/2009 | 2403 | MOTION in Limine *to Preclude Deposition Testimony of Preston Keller* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (With attachments) (Bond, Michael) (Entered: 08/05/2009) |
| 08/05/2009 | 2404 | MOTION in Limine *to Preclude Plaintiffs from Referring to or Identifying Poultry Operations in the Illinois River Watershed as Concentrated Animal Feeding Operations or "CAFOs"* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Bond, Michael) (Entered: 08/05/2009) |
| 08/05/2009 | 2405 | MOTION in Limine *to Preclude Defendants From Making Reference to the Denial of the State's Motion for Preliminary Injunction or to any Factual Findings Made Therein* by Oklahoma, State of (Nance, Robert) (Entered: 08/05/2009) |
| 08/05/2009 | 2406 | MOTION in Limine *to Preclude Defendants From Referring to this Action as Anything Other than "The State's" Lawsuit* by Oklahoma, State of (With attachments) (Nance, Robert) (Entered: 08/05/2009) |
| 08/05/2009 | 2407 | MOTION in Limine *to Preclude Plaintiffs from Attributing to Poultry Defendants Any Evidence Related to the Use of Poultry Litter by Cattle Ranchers, Farmers, and Other Independent Third Parties* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Bond, Michael) (Entered: 08/05/2009) |
| 08/05/2009 | 2408 | Joint MOTION in Limine *to Exclude References to Bacteria and Bacteria–Related Diseases or Other Alleged Adverse Human Health Effects Associated with Anything Other Than Phosphorus* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Bronson, Vicki) (Entered: 08/05/2009) |
| 08/05/2009 | 2409 | MOTION in Limine *Regarding Reference to Benton County Foods, LLC and Integrated Brief* by Cal–Maine Foods, Inc. (With attachments) (Redemann, Robert) (Entered: 08/05/2009) |

| 08/05/2009 | 2410 | MOTION to Seal Document *Exhibits to Cargill Defendants' Motion in Limine to Exclude Reference to the Rocco Corporation* by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) Modified on 8/6/2009 to add filer (tjc, Dpty Clk). (Entered: 08/05/2009) |
|---|---|---|
| 08/05/2009 | 2411 | MOTION in Limine *to Preclude Argument, Questioning or Introduction of "Evidence" by Defendants Pertaining to Bacterial or Phosphorus Levels in Waters Other Than Those of IRW* by Oklahoma, State of (With attachments) (Nance, Robert) (Entered: 08/05/2009) |
| 08/05/2009 | 2412 | MOTION in Limine *to Exclude Statement of Counsel and Supporting Brief* by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 08/05/2009) |
| 08/05/2009 | 2413 | MOTION in Limine by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 08/05/2009) |
| 08/05/2009 | 2414 | Joint MOTION in Limine *to Prohibit Any Suggestion by Plaintiffs that Any Trade Organization Speaks for Any Defendant* by All Defendants (Chadick, Vincent) (Entered: 08/05/2009) |
| 08/05/2009 | 2415 | MOTION in Limine *Omnibus and Supporting Brief* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Tucker, John) (Entered: 08/05/2009) |
| 08/05/2009 | 2416 | MOTION in Limine *to Preclude Argument, Questioning or Evidence that Entry of the Requested Injunction Under RCRA Would Interfere or Conflict With One or More State Regulatory Programs* by Oklahoma, State of (Nance, Robert) (Entered: 08/05/2009) |
| 08/05/2009 | 2417 | ADDITIONAL ATTACHMENT(S) *Exhibits 8 to 10(B)* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2415 MOTION in Limine *Omnibus and Supporting Brief* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Tucker, John) (Entered: 08/05/2009) |
| 08/05/2009 | 2418 | MOTION in Limine *to Preclude Defendants From Making Certain Categories of References to its Private Counsel* by Oklahoma, State of (With attachments) (Nance, Robert) (Entered: 08/05/2009) |
| 08/05/2009 | 2419 | ADDITIONAL ATTACHMENT(S) *Exhibits 8(A) to Exhibit 16(B)* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2415 MOTION in Limine *Omnibus and Supporting Brief* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Tucker, John) (Entered: 08/05/2009) |
| 08/05/2009 | 2420 | ADDITIONAL ATTACHMENT(S) *Exhibits 17 to 20* to document exceeding the 20 megabyte file size limitation per docket entry (Re: 2415 MOTION in Limine *Omnibus and Supporting Brief* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., |

| | | Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Tucker, John) (Entered: 08/05/2009) |
|---|---|---|
| 08/05/2009 | 2421 | MOTION in Limine *to Exclude Evidence of Defendants' Alleged Waste Water Treatment Plant Discharges* by All Defendants (With attachments) (Jorgensen, Jay) (Entered: 08/05/2009) |
| 08/05/2009 | 2422 | MOTION in Limine *to Preclude Certain Argument, Questioning or Inroduction of "Evidence" by Defendants Pertaining to the State's Regulation of Poultry Waste* by Oklahoma, State of (With attachments) (Nance, Robert) (Entered: 08/05/2009) |
| 08/05/2009 | 2423 | MOTION in Limine *pertaining to Defendants' arguments suggesting that the State must prove its case through direct evidence* by Oklahoma, State of (Bullock, Louis) (Entered: 08/05/2009) |
| 08/05/2009 | 2424 | MOTION in Limine *pertaining to Rule 26(e) expert "errata"* by Oklahoma, State of (Bullock, Louis) (Entered: 08/05/2009) |
| 08/05/2009 | 2425 | JOINDER in Motion (Re: 2396 MOTION in Limine *Regarding Poultry Water Quality Handbook* ) by Simmons Foods, Inc. (Bronson, Vicki) (Entered: 08/05/2009) |
| 08/05/2009 | 2426 | MOTION in Limine *pertaining to as yet unarticulated future water quality criteria* by Oklahoma, State of (With attachments) (Bullock, Louis) (Entered: 08/05/2009) |
| 08/05/2009 | 2427 | MOTION in Limine *pertaining to any alleged adverse impact which may result if the relief sought by the State is granted* by Oklahoma, State of (Bullock, Louis) (Entered: 08/05/2009) |
| 08/05/2009 | 2428 | MOTION in Limine *Precluding Evidence or Argument Pertaining to a TMDL or the Absence Thereof* by Oklahoma, State of (With attachments) (Nance, Robert) (Entered: 08/05/2009) |
| 08/05/2009 | 2429 | MOTION in Limine *Pertaining to Evidence or Argument About Any Alleged Impropriety of Suing These Defendants Without Suing All Other Sources of Pollution* by Oklahoma, State of (Nance, Robert) (Entered: 08/05/2009) |
| 08/05/2009 | 2430 | Joint MOTION in Limine *to Exclude References to Trade Organizations or Organizational Documents, Communications, Seminars, or Meetings without Specific Evidence that All Defendants Were Members, Attended, or Received Such Documents or Communication* by All Defendants (Chadick, Vincent) (Entered: 08/05/2009) |
| 08/05/2009 | 2431 | JOINDER in Motion (Re: 2396 MOTION in Limine *Regarding Poultry Water Quality Handbook* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (Bond, Michael) (Entered: 08/05/2009) |
| 08/05/2009 | 2432 | Joint MOTION in Limine *Regarding Any Reference to Newspaper Advertisements and Integrated Brief* by All Defendants (With attachments) (Bronson, Vicki) (Entered: 08/05/2009) |
| 08/05/2009 | 2433 | MOTION in Limine *to Preclude Argument, Questioning or Evidence that Alleged Agency Inaction Would Preclude Issuance of the Requested Permanent Injunctive Relief* by Oklahoma, State of (Nance, Robert) (Entered: 08/05/2009) |
| 08/05/2009 | 2434 | |

| | | |
|---|---|---|
| | | MOTION in Limine *Pertaining to Evidence or Argument Suggesting the Pollution at Issue Should be Remedied by Some Other Entity* by Oklahoma, State of (Nance, Robert) (Entered: 08/05/2009) |
| 08/05/2009 | 2435 | MOTION in Limine *to Preclude Opinion Testimony by Non−Retained Experts and Integrated Brief in Support* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Bond, Michael) (Entered: 08/05/2009) |
| 08/05/2009 | 2436 | MOTION in Limine *Pertaining to Other Contributors of Phosphorus and Bacteria to the IRW* by Oklahoma, State of (Nance, Robert) (Entered: 08/05/2009) |
| 08/06/2009 | | NOTICE of Docket Entry Modification; Error: Not all filers were selected when filed; Correction: Edited docket text to add filer (Re: 2410 MOTION to Seal Document *Exhibits to Cargill Defendants' Motion in Limine to Exclude Reference to the Rocco Corporation* ) (tjc, Dpty Clk) (Entered: 08/06/2009) |
| 08/06/2009 | | NOTICE of Docket Entry Modification; Error: Not all filers were selected when filed per Attorney; Correction: Edited docket text to add filers (Re: 2401 MOTION in Limine *Regarding Any Reference to Plaintiff's Settlement with Willow Brook and Integrated Brief*, 2402 MOTION in Limine *Regarding Any Reference to Prior Attempts to Settle and Integrated Brief* ) (tjc, Dpty Clk) (Entered: 08/06/2009) |
| 08/06/2009 | 2437 | ERRATA/CORRECTION (Re: 2396 MOTION in Limine *Regarding Poultry Water Quality Handbook* ) by Peterson Farms, Inc. (Hixon, Philip) (Entered: 08/06/2009) |
| 08/06/2009 | 2438 | ORDER by Judge Gregory K Frizzell ; granting 2410 Motion to Seal Document(s) (Re: 2413 MOTION in Limine ) (hbo, Dpty Clk) (Entered: 08/06/2009) |
| 08/06/2009 | 2439 | JOINDER in Motion (Re: 2396 MOTION in Limine *Regarding Poultry Water Quality Handbook* ) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 08/06/2009) |
| 08/07/2009 | 2440 | ORDER by Magistrate Judge Paul J Cleary ; granting in part and denying in part 1729 Motion for Attorney Fees (kjp, Dpty Clk) (Entered: 08/07/2009) |
| 08/07/2009 | 2441 | SEALED DOCUMENT (Tucker, John) (Entered: 08/07/2009) Contains One or More Restricted PDFs |
| 08/07/2009 | 2442 | OBJECTION to Deposition Designations re: depo of Multiple Deponents by Oklahoma, State of, Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Cargill Turkey Production, LLC (With attachments) (Longwell, Nicole) Modified on 8/10/2009 to add filer (lml, Dpty Clk). (Entered: 08/07/2009) |
| 08/07/2009 | 2443 | MOTION to Reconsider (Re: 2379 Opinion and Order, Ruling on Motion to Strike Document(s) ) by Oklahoma, State of (With attachments) (Nance, Robert) (Entered: 08/07/2009) |
| 08/07/2009 | | DEPOSITION TRANSCRIPT of Tim Alsup, Barry Bolton, Leasea Butler, Douglas Connor, Jon Craig, James Crutcher, Don Dalton, Tommy Daniel, Charlie Delap, |

| | | |
|---|---|---|
| | | Mark Derischweiler, Sancho Dickinson, Dwayne Edwards, Teena Gunter, Alan Ford, Brian Haggard, Michael Harrell, Don Hendemon, Monty Henderson, Sheri Herron, Kirk Houtchens, Robert Huber, Kivn Igli, Greg Kloxin, Anthony Lawrence, Michael Madden, Martin Maner, Kristina Marek, Tim Maupin, Benny McClure, Gary Murphy, Daniel Parrish, Carl Parrott, Steven Patrick, Terry Peach, Shanon Phillips, Patrick Pilkington, Les Pulliam, Archie Schaffer, Doug Schooley, Mark Simmons, Duane Smith, Derek Smithee, Steve Storm, Scott Thompson, Steve Thompson, Mike Thralls, Gabriel Tomby, Michael Traylor, Hardy Watkins, Ray Wear, Steve Willardson, Steve Williams, Randy Young, Hailin Zhang – Highlighted with Designations and Counterdesignations and Annotated with Objections (received and forwarded to the presiding Judge) (s–srb, Dpty Clk) Modified on 8/12/2009 to correct Judge language (s–srb, Dpty Clk). (Entered: 08/12/2009) |
| 08/10/2009 | | NOTICE of Docket Entry Modification; Error: Not all filers were selected when filed; Correction: Edited docket text and added Cargill Turkey Production, LLC as a filer (Re: 2442 OBJECTION to Deposition Designations re: depo of Multiple Deponents ) (lml, Dpty Clk) (Entered: 08/10/2009) |
| 08/10/2009 | 2444 | RESPONSE in Opposition to Motion (Re: 2388 MOTION to Strike Jury Demand ) by Oklahoma, State of ; (With attachments) (Nance, Robert) (Entered: 08/10/2009) |
| 08/10/2009 | 2445 | JOINDER in Motion (Re: 2397 MOTION in Limine *Seeking to Exclude Evidence Pursuant to, inter alia, FRE 403* ) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 08/10/2009) |
| 08/10/2009 | 2446 | MOTION Motion For Use of a Jury Questionnaire *and Integrated Brief in Support* by All Defendants (With attachments) (Jorgensen, Jay) (Entered: 08/10/2009) |
| 08/10/2009 | 2447 | ORDER by Judge Gregory K Frizzell ; denying 2064 Motion in Limine (hbo, Dpty Clk) (Entered: 08/10/2009) |
| 08/10/2009 | 2448 | RESPONSE in Opposition to Motion (Re: 2392 MOTION to Reconsider ) by All Defendants ; (With attachments) (Jorgensen, Jay) (Entered: 08/10/2009) |
| 08/11/2009 | 2449 | MOTION to Withdraw Attorney(s) *Dara D. Mann* by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 08/11/2009) |
| 08/11/2009 | 2450 | ORDER by Judge Gregory K Frizzell ; terminating attorney Dara D Mann ; granting 2449 Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 08/11/2009) |
| 08/11/2009 | 2451 | MINUTE ORDER by Judge Gregory K Frizzell ; finding as moot 2390 Motion to Expedite Ruling (GKFJ, Judge) (Entered: 08/11/2009) |
| 08/11/2009 | 2452 | MOTION to Supplement *Summary Judgment Record* (Re: 2062 MOTION for Partial Summary Judgment, 2079 MOTION for Summary Judgment) by Oklahoma, State of (With attachments) (Bullock, Louis) Modified on 8/13/2009 to add links to #2062 and #2079 (a–hc, Dpty Clk). (Entered: 08/11/2009) |
| 08/12/2009 | 2453 | Joint RESPONSE in Opposition to Motion (Re: 2443 MOTION to Reconsider ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Graves, James) (Entered: 08/12/2009) |
| 08/12/2009 | 2454 | |

| | | |
|---|---|---|
| | | TRANSCRIPT of Proceedings (Unredacted) of motion hearing held on 7/28/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 1–254). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2386 Minutes of Motion Hearing, Striking/Terminating Deadline(s)/Hearing(s), Ruling on Motion to Exclude, Ruling on Motion in Limine) (tdb, Crt Rptr) Modified on 11/10/2009 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 08/12/2009) |
| 08/12/2009 | 2455 | TRANSCRIPT of Proceedings (Unredacted) of motion hearing held on 7/29/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 255–456). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2387 Minutes of Motion Hearing, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion in Limine, Ruling on Motion to Exclude) (tdb, Crt Rptr) Modified on 11/10/2009 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 08/12/2009) |
| 08/12/2009 | 2456 | REPLY to Response to Motion (Re: 2392 MOTION to Reconsider ) by Oklahoma, State of ; (With attachments) (Bullock, Louis) (Entered: 08/12/2009) |
| 08/12/2009 | 2457 | ORDER by Judge Gregory K Frizzell ; denying 2058 Motion in Limine (hbo, Dpty Clk) (Entered: 08/12/2009) |
| 08/12/2009 | 2458 | ORDER by Judge Gregory K Frizzell ; denying 2059 Motion in Limine (hbo, Dpty Clk) (Entered: 08/12/2009) |
| 08/12/2009 | 2459 | MOTION for Sanctions directed to the Cargill defendants for discovery misconduct by Oklahoma, State of (With attachments) (Bullock, Louis) (Entered: 08/12/2009) |
| 08/12/2009 | 2460 | ORDER by Judge Gregory K Frizzell ; denying 2061 Motion in Limine (hbo, Dpty Clk) (Entered: 08/12/2009) |
| 08/12/2009 | 2461 | RESPONSE in Opposition to Motion (Re: 2452 MOTION to Supplement Summary Judgment Record ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 08/12/2009) |
| 08/12/2009 | 2462 | MOTION to Seal Document Exhibits D and H to Response to Dkt #2452 (Re: 2461 Response in Opposition to Motion ) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 08/12/2009) |
| 08/13/2009 | 2463 | REPLY to Response to Motion (Re: 2388 MOTION to Strike Jury Demand ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Jorgensen, Jay) (Entered: 08/13/2009) |
| 08/13/2009 | 2466 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Motion Hearing held on 8/13/2009 ; setting/resetting deadline(s)/hearing(s): ( Miscellaneous Hearing |

| | | set for 8/14/2009 at 09:30 AM before Judge Gregory K Frizzell); granting 2452 Motion to Supplement; finding as moot 1876 Motion for Partial Summary Judgment; granting in part and denying in part 2060 Motion in Limine; granting in part and denying in part 2067 Motion to Exclude; denying 2068 Motion in Limine; denying 2071 Motion in Limine; denying 2078 Motion to Exclude (Re: 2060 MOTION in Limine *to Preclude Expert Testimony of Defendants' Witness Michael J. McGuire and Integrated Brief in Support Thereof*, 1876 Joint MOTION for Partial Summary Judgment *as to Plaintiffs' Time Barred Claims and Integrated Brief in Support*, 2078 MOTION to Exclude Testimony of Dr. C. Robert Taylor, 2452 MOTION to Supplement *Summary Judgment Record*, 2071 MOTION in Limine, 2067 MOTION to Exclude Testimony of Dr. Christopher Teaf *AND INTEGRATED BRIEF IN SUPPORT*, 2068 Joint MOTION in Limine *to Exclude Testimony of Todd King Under Daubert v. Merrill Pharmaceuticals, Inc. and Incorporated Brief* ) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) Modified on 8/17/2009 to correct date(hbo, Dpty Clk). (Entered: 08/17/2009) |
|---|---|---|
| 08/14/2009 | 2467 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Motion Hearing held on 8/14/2009 ; setting/resetting deadline(s)/hearing(s): ( Miscellaneous Hearing set for 8/18/2009 at 09:30 AM before Judge Gregory K Frizzell); taking motion(s) under advisement; denying 2050 Motion for Partial Summary Judgment (Re: 2050 MOTION for Partial Summary Judgment *as to Count 3 (RCRA)* MOTION for Partial Summary Judgment *as to Count 3 (RCRA)*, 2392 MOTION to Reconsider, 2057 Joint MOTION for Partial Summary Judgment *on Counts 7 & 8 of the Second Amended Complaint*, 2135 Joint MOTION to Vacate Order/Judgment *Partial Consent Decree and Intergrated Brief in Support* ) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) Modified on 8/17/2009 to change date (hbo, Dpty Clk). (Entered: 08/17/2009) |
| 08/17/2009 | 2464 | MINUTE ORDER by Judge Gregory K Frizzell *The Cargill defendants' Application to File Exhibits D and H under seal is granted* ; granting 2462 Motion to Seal Document(s) (GKFJ, Judge) (Entered: 08/17/2009) |
| 08/17/2009 | 2465 | NOTICE of Contents of Federal Register Pages Referred to by Defendants by Oklahoma, State of (With attachments) (Nance, Robert) (Entered: 08/17/2009) |
| 08/17/2009 | 2468 | ORDER by Judge Gregory K Frizzell (Re: 2061 MOTION in Limine ) (hbo, Dpty Clk) (Entered: 08/17/2009) |
| 08/17/2009 | 2469 | ORDER by Judge Gregory K Frizzell (Re: 2462 MOTION to Seal Document *Exhibits D and H to Response to Dkt #2452* ) (hbo, Dpty Clk) (Entered: 08/17/2009) |
| 08/18/2009 | 2470 | SEALED DOCUMENT (Tucker, John) (Entered: 08/18/2009) Contains One or More Restricted PDFs |
| 08/18/2009 | 2471 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Cleary (Re: 2459 MOTION for Sanctions *directed to the Cargill defendants for discovery misconduct* ) (hbo, Dpty Clk) (Entered: 08/18/2009) |
| 08/18/2009 | 2472 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Motion Hearing held on 8/19/2009 ; striking/terminating deadline(s)/Hearing(s); denying 2392 Motion to Reconsider; granting in part and denying in part 2033 Motion for Partial Summary Judgment; denying 2055 Motion for Partial Summary Judgment; denying 2057 Motion for Partial Summary Judgment; denying 2062 Motion for Partial Summary Judgment; denying 2069 Motion for Partial Summary Judgment; denying 2079 Motion for Summary Judgment; denying 2086 Joinder in Motion (Re: 2033 |

| | | Joint MOTION for Partial Summary Judgment *on Counts 4 and 5 of the Second Amended Complaint*, 2050 MOTION for Partial Summary Judgment *as to Count 3 (RCRA)* MOTION for Partial Summary Judgment *as to Count 3 (RCRA)*, 2079 MOTION for Partial Summary Judgment, 2069 MOTION for Partial Summary Judgment *Dismissing Counts 1, 2, 3, 4, 5, 6 and 10*, 2086 JOINDER in Motion, 2055 Joint MOTION for Partial Summary Judgment *on Counts 6 & 10 of the Second Amended Complaint*, 2392 MOTION to Reconsider, 2062 MOTION for Partial Summary Judgment ) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) Modified on 8/20/2009 to correct date(hbo, Dpty Clk). (Entered: 08/19/2009) |
|---|---|---|
| 08/20/2009 | 2473 | RESPONSE in Opposition to Motion (Re: 2401 MOTION in Limine *Regarding Any Reference to Plaintiff's Settlement with Willow Brook and Integrated Brief* ) by Oklahoma, State of ; (Moll, Ingrid) (Entered: 08/20/2009) |
| 08/20/2009 | 2474 | RESPONSE in Opposition to Motion (Re: 2395 MOTION in Limine *Regarding Former Employees* ) by Oklahoma, State of ; (With attachments) (Bullock, Louis) (Entered: 08/20/2009) |
| 08/20/2009 | 2475 | RESPONSE in Opposition to Motion (Re: 2432 Joint MOTION in Limine *Regarding Any Reference to Newspaper Advertisements and Integrated Brief* ) by Oklahoma, State of ; (Moll, Ingrid) (Entered: 08/20/2009) |
| 08/20/2009 | 2476 | RESPONSE in Opposition to Motion (Re: 2399 MOTION in Limine *to Preclude Generalized References to Defendants on Issues Requiring Defendant–specific Proof* ) by Oklahoma, State of ; (Blakemore, Robert) (Entered: 08/20/2009) |
| 08/20/2009 | 2477 | MINUTE ORDER by Judge Gregory K Frizzell *Plaintiffs shall file their reply to Dkt. 2443, Motion for Reconsideration of the Court's July 24, 2009 Opinion and Order by 8/24/2009.* (JLE, Chambers) (Entered: 08/20/2009) |
| 08/20/2009 | 2478 | Joint RESPONSE in Opposition to Motion (Re: 2406 MOTION in Limine *to Preclude Defendants From Referring to this Action as Anything Other than "The State's" Lawsuit* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Bond, Michael) (Entered: 08/20/2009) |
| 08/20/2009 | 2479 | Joint RESPONSE in Opposition to Motion (Re: 2405 MOTION in Limine *to Preclude Defendants From Making Reference to the Denial of the State's Motion for Preliminary Injunction or to any Factual Findings Made Therein* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Bond, Michael) (Entered: 08/20/2009) |
| 08/20/2009 | 2480 | MINUTE ORDER by Judge Gregory K Frizzell *The deadline for the parties to file statements regarding the motions in limine which have become moot in light of the orders recently entered on pretrial motions is hereby extended from Friday, August 21, 2009, to three days following the Court's ruling on defendants' Motion to Strike Jury Demand.* (GKFJ, Judge) (Entered: 08/20/2009) |
| 08/20/2009 | 2481 | RESPONSE in Opposition to Motion (Re: 2433 MOTION in Limine *to Preclude Argument, Questioning or Evidence that Alleged Agency Inaction Would Preclude Issuance of the Requested Permanent Injunctive Relief* ) by Tyson Foods, Inc., |

| | | Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Tucker, John) (Entered: 08/20/2009) |
|---|---|---|
| 08/20/2009 | 2482 | RESPONSE in Opposition to Motion (Re: 2416 MOTION in Limine *to Preclude Argument, Questioning or Evidence that Entry of the Requested Injunction Under RCRA Would Interfere or Conflict With One or More State Regulatory Programs* ) by All Defendants ; (With attachments) (Jorgensen, Jay) (Entered: 08/20/2009) |
| 08/20/2009 | 2483 | RESPONSE in Opposition to Motion (Re: 2411 MOTION in Limine *to Preclude Argument, Questioning or Introduction of "Evidence" by Defendants Pertaining to Bacterial or Phosphorus Levels in Waters Other Than Those of IRW* ) by All Defendants ; (With attachments) (Jorgensen, Jay) (Entered: 08/20/2009) |
| 08/20/2009 | 2484 | RESPONSE in Opposition to Motion (Re: 2423 MOTION in Limine *pertaining to Defendants' arguments suggesting that the State must prove its case through direct evidence* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Tucker, John) (Entered: 08/20/2009) |
| 08/20/2009 | 2485 | RESPONSE in Opposition to Motion (Re: 2412 MOTION in Limine *to Exclude Statement of Counsel and Supporting Brief* ) by Oklahoma, State of ; (With attachments) (Blakemore, Robert) (Entered: 08/20/2009) |
| 08/20/2009 | 2486 | RESPONSE in Opposition to Motion (Re: 2403 MOTION in Limine *to Preclude Deposition Testimony of Preston Keller* ) by Oklahoma, State of ; (With attachments) (Blakemore, Robert) (Entered: 08/20/2009) |
| 08/20/2009 | 2487 | RESPONSE in Opposition to Motion (Re: 2418 MOTION in Limine *to Preclude Defendants From Making Certain Categories of References to its Private Counsel* ) by Cargill, Inc., Cargill Turkey Production, LLC ; (Tucker, John) (Entered: 08/20/2009) |
| 08/20/2009 | 2488 | RESPONSE in Opposition to Motion (Re: 2393 MOTION in Limine ) by Oklahoma, State of ; (With attachments) (Bullock, Louis) (Entered: 08/20/2009) |
| 08/20/2009 | 2489 | Joint RESPONSE in Opposition to Motion (Re: 2428 MOTION in Limine *Precluding Evidence or Argument Pertaining to a TMDL or the Absence Thereof* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Longwell, Nicole) (Entered: 08/20/2009) |
| 08/20/2009 | 2490 | Joint RESPONSE in Opposition to Motion (Re: 2426 MOTION in Limine *pertaining to as yet unarticulated future water quality criteria* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Longwell, Nicole) (Entered: 08/20/2009) |
| 08/20/2009 | 2491 | |

| | | |
|---|---|---|
| | | RESPONSE in Opposition to Motion (Re: 2434 MOTION in Limine *Pertaining to Evidence or Argument Suggesting the Pollution at Issue Should be Remedied by Some Other Entity* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Tucker, John) (Entered: 08/20/2009) |
| 08/20/2009 | 2492 | RESPONSE in Opposition to Motion (Re: 2402 MOTION in Limine *Regarding Any Reference to Prior Attempts to Settle and Integrated Brief* ) by Oklahoma, State of ; (Moll, Ingrid) (Entered: 08/20/2009) |
| 08/20/2009 | 2493 | RESPONSE in Opposition to Motion (Re: 2404 MOTION in Limine *to Preclude Plaintiffs from Referring to or Identifying Poultry Operations in the Illinois River Watershed as Concentrated Animal Feeding Operations or "CAFOs"* ) by Oklahoma, State of ; (Moll, Ingrid) (Entered: 08/20/2009) |
| 08/20/2009 | 2494 | RESPONSE in Opposition to Motion (Re: 2427 MOTION in Limine *pertaining to any alleged adverse impact which may result if the relief sought by the State is granted* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Redemann, Robert) (Entered: 08/20/2009) |
| 08/20/2009 | 2495 | Joint RESPONSE in Opposition to Motion (Re: 2429 MOTION in Limine *Pertaining to Evidence or Argument About Any Alleged Impropriety of Suing These Defendants Without Suing All Other Sources of Pollution* ) by All Defendants ; (Chadick, Vincent) (Entered: 08/20/2009) |
| 08/20/2009 | 2496 | RESPONSE in Opposition to Motion (Re: 2398 MOTION in Limine *to Exclude Evidence of Acts or Injuries Occurring Before Any Applicable Limitations Periods* ) by Oklahoma, State of ; (Moll, Ingrid) (Entered: 08/20/2009) |
| 08/20/2009 | 2497 | Joint RESPONSE in Opposition to Motion (Re: 2418 MOTION in Limine *to Preclude Defendants From Making Certain Categories of References to its Private Counsel* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Bronson, Vicki) (Entered: 08/20/2009) |
| 08/20/2009 | 2498 | RESPONSE in Opposition to Motion (Re: 2407 MOTION in Limine *to Preclude Plaintiffs from Attributing to Poultry Defendants Any Evidence Related to the Use of Poultry Litter by Cattle Ranchers, Farmers, and Other Independent Third Parties* ) by Oklahoma, State of ; (Moll, Ingrid) (Entered: 08/20/2009) |
| 08/20/2009 | 2499 | RESPONSE in Opposition to Motion (Re: 2435 MOTION in Limine *to Preclude Opinion Testimony by Non–Retained Experts and Integrated Brief in Support* ) by Oklahoma, State of ; (With attachments) (Blakemore, Robert) (Entered: 08/20/2009) |
| 08/20/2009 | 2500 | RESPONSE in Opposition to Motion (Re: 2409 MOTION in Limine *Regarding Reference to Benton County Foods, LLC and Integrated Brief* ) by Oklahoma, State of ; (With attachments) (Garren, Richard) (Entered: 08/20/2009) |
| 08/20/2009 | 2501 | RESPONSE in Opposition to Motion (Re: 2413 MOTION in Limine ) by Oklahoma, State of ; (With attachments) (Garren, Richard) (Entered: 08/20/2009) |
| 08/20/2009 | 2502 | |

| | | |
|---|---|---|
| | | RESPONSE in Opposition to Motion (Re: <u>2415</u> MOTION in Limine *Omnibus and Supporting Brief* ) by Oklahoma, State of ; (With attachments) (Moll, Ingrid) (Entered: 08/20/2009) |
| 08/20/2009 | <u>2503</u> | Joint RESPONSE in Opposition to Motion (Re: <u>2424</u> MOTION in Limine *pertaining to Rule 26(e) expert "errata"* ) by All Defendants ; (Chadick, Vincent) (Entered: 08/20/2009) |
| 08/20/2009 | <u>2504</u> | RESPONSE in Opposition to Motion (Re: <u>2430</u> Joint MOTION in Limine *to Exclude References to Trade Organizations or Organizational Documents, Communications, Seminars, or Meetings without Specific Evidence that All Defendants Were Members, Attended, or Received Such Documents or Communication* ) by Oklahoma, State of ; (With attachments) (Moll, Ingrid) (Entered: 08/20/2009) |
| 08/20/2009 | <u>2505</u> | RESPONSE in Opposition to Motion (Re: <u>2396</u> MOTION in Limine *Regarding Poultry Water Quality Handbook* ) by Oklahoma, State of ; (With attachments) (Moll, Ingrid) (Entered: 08/20/2009) |
| 08/20/2009 | <u>2506</u> | Joint RESPONSE in Opposition to Motion (Re: <u>2422</u> MOTION in Limine *to Preclude Certain Argument, Questioning or Inroduction of "Evidence" by Defendants Pertaining to the State's Regulation of Poultry Waste* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 08/20/2009) |
| 08/20/2009 | <u>2507</u> | RESPONSE in Opposition to Motion (Re: <u>2414</u> Joint MOTION in Limine *to Prohibit Any Suggestion by Plaintiffs that Any Trade Organization Speaks for Any Defendant* ) by Oklahoma, State of ; (With attachments) (Moll, Ingrid) (Entered: 08/20/2009) |
| 08/20/2009 | <u>2508</u> | RESPONSE in Opposition to Motion (Re: <u>2425</u> JOINDER in Motion ) by Oklahoma, State of ; (Moll, Ingrid) (Entered: 08/20/2009) |
| 08/20/2009 | <u>2509</u> | RESPONSE in Opposition to Motion (Re: <u>2397</u> MOTION in Limine *Seeking to Exclude Evidence Pursuant to, inter alia, FRE 403* ) by Oklahoma, State of ; (With attachments) (Garren, Richard) (Entered: 08/20/2009) |
| 08/20/2009 | <u>2510</u> | RESPONSE in Opposition to Motion (Re: <u>2431</u> JOINDER in Motion ) by Oklahoma, State of ; (With attachments) (Moll, Ingrid) (Entered: 08/20/2009) |
| 08/20/2009 | <u>2511</u> | RESPONSE in Opposition to Motion (Re: <u>2400</u> Joint MOTION in Limine *to Prohibit Plaintiffs' Testimony Regarding Data Acquired and Analyzed Beyond Expert Reporting Deadlines* ) by Oklahoma, State of ; (With attachments) (Page, David) (Entered: 08/20/2009) |
| 08/20/2009 | <u>2512</u> | RESPONSE in Opposition to Motion (Re: <u>2397</u> MOTION in Limine Seeking to Exclude Evidence Pursuant to, inter alia, FRE 403, <u>2445</u> JOINDER in Motion ) by Oklahoma, State of ; (Garren, Richard) Modified on 8/21/2009 to create link to Doc #2397 (lml, Dpty Clk). (Entered: 08/20/2009) |
| 08/20/2009 | <u>2513</u> | RESPONSE in Opposition to Motion (Re: <u>2439</u> JOINDER in Motion ) by Oklahoma, State of ; (With attachments) (Moll, Ingrid) (Entered: 08/20/2009) |
| 08/20/2009 | <u>2514</u> | |

| | | |
|---|---|---|
| | | RESPONSE in Opposition to Motion (Re: 2421 MOTION in Limine *to Exclude Evidence of Defendants' Alleged Waste Water Treatment Plant Discharges* ) by Oklahoma, State of ; (Garren, Richard) (Entered: 08/20/2009) |
| 08/20/2009 | 2515 | RESPONSE in Opposition to Motion (Re: 2408 Joint MOTION in Limine *to Exclude References to Bacteria and Bacteria–Related Diseases or Other Alleged Adverse Human Health Effects Associated with Anything Other Than Phosphorus* ) by Oklahoma, State of ; (With attachments) (Page, David) (Entered: 08/21/2009) |
| 08/21/2009 | 2516 | MOTION to Seal Document *(Exh. 1 to 2513* (Re: 2513 Response in Opposition to Motion ) by Oklahoma, State of (Moll, Ingrid) (Entered: 08/21/2009) |
| 08/21/2009 | 2517 | ERRATA/CORRECTION (Re: 2514 Response in Opposition to Motion ) by Oklahoma, State of (Riggs, Melvin) (Entered: 08/21/2009) |
| 08/21/2009 | 2518 | MOTION to Seal Document *Exhibit C* (Re: 2509 Response in Opposition to Motion ) by Oklahoma, State of (Garren, Richard) (Entered: 08/21/2009) |
| 08/21/2009 | 2519 | SEALED DOCUMENT (Garren, Richard) (Entered: 08/21/2009) Contains One or More Restricted PDFs |
| 08/21/2009 | 2520 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 2516 Motion to Seal Document(s) (Re: 2513 Response in Opposition to Motion ) (hbo, Dpty Clk) (Entered: 08/21/2009) |
| 08/21/2009 | 2521 | ORDER by Judge Gregory K Frizzell ; granting 2518 Motion to Seal Document(s) (Re: 2509 Response in Opposition to Motion ) (hbo, Dpty Clk) (Entered: 08/21/2009) |
| 08/24/2009 | 2522 | REPLY to Response to Motion (Re: 2443 MOTION to Reconsider ) by Oklahoma, State of ; (Nance, Robert) (Entered: 08/24/2009) |
| 08/25/2009 | 2523 | SEALED DOCUMENT (Garren, Richard) (Entered: 08/25/2009) Contains One or More Restricted PDFs |
| 08/25/2009 | 2524 | MOTION for Extension of Time to Respond to Motion (Re: 2459 MOTION for Sanctions *directed to the Cargill defendants for discovery misconduct* ) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 08/25/2009) |
| 08/26/2009 | 2525 | MOTION to Withdraw Attorney(s) *Elizabeth C. Ward* by Oklahoma, State of (Nance, Robert) (Entered: 08/26/2009) |
| 08/26/2009 | 2526 | ORDER by Magistrate Judge Paul J Cleary ; setting/resetting deadline(s)/hearing(s): *(Re: 2459 Motion for Sanctions)* ; granting 2524 Motion for Extension of Time to Respond to Motion (kjp, Dpty Clk) (Entered: 08/26/2009) |
| 08/26/2009 | 2527 | OPINION AND ORDER by Judge Gregory K Frizzell ; denying 2388 Motion to Strike (hbo, Dpty Clk) (Entered: 08/26/2009) |
| 08/26/2009 | 2528 | MINUTE ORDER by Judge Gregory K Frizzell ; terminating attorney Elizabeth C Ward ; granting 2525 Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 08/26/2009) |
| 08/26/2009 | 2529 | MINUTE ORDER by Judge Gregory K Frizzell *Accelerating the filing of replies to 41 pending motions in limine*, setting/resetting deadline(s)/hearing(s): ( Replies due by 9/4/2009) (Re: 2401 MOTION in Limine *Regarding Any Reference to Plaintiff's Settlement with Willow Brook and Integrated Brief*, 2412 MOTION in Limine *to* |

*Exclude Statement of Counsel and Supporting Brief, 2430 Joint MOTION in Limine to Exclude References to Trade Organizations or Organizational Documents, Communications, Seminars, or Meetings without Specific Evidence that All Defendants Were Members, Attended, or Received Such Documents or Communication2402 MOTION in Limine Regarding Any Reference to Prior Attempts to Settle and Integrated Brief, 2407 MOTION in Limine to Preclude Plaintiffs from Attributing to Poultry Defendants Any Evidence Related to the Use of Poultry Litter by Cattle Ranchers, Farmers, and Other Independent Third Parties, 2409 MOTION in Limine Regarding Reference to Benton County Foods, LLC and Integrated Brief, 2405 MOTION in Limine to Preclude Defendants From Making Reference to the Denial of the State's Motion for Preliminary Injunction or to any Factual Findings Made Therein, 2439 JOINDER in Motion, 2433 MOTION in Limine to Preclude Argument, Questioning or Evidence that Alleged Agency Inaction Would Preclude Issuance of the Requested Permanent Injunctive Relief, 2421 MOTION in Limine to Exclude Evidence of Defendants' Alleged Waste Water Treatment Plant Discharges, 2396 MOTION in Limine Regarding Poultry Water Quality Handbook, 2403 MOTION in Limine to Preclude Deposition Testimony of Preston Keller, 2400 Joint MOTION in Limine to Prohibit Plaintiffs' Testimony Regarding Data Acquired and Analyzed Beyond Expert Reporting Deadlines, 2404 MOTION in Limine to Preclude Plaintiffs from Referring to or Identifying Poultry Operations in the Illinois River Watershed as Concentrated Animal Feeding Operations or "CAFOs", 2418 MOTION in Limine to Preclude Defendants From Making Certain Categories of References to its Private Counsel, 2414 Joint MOTION in Limine to Prohibit Any Suggestion by Plaintiffs that Any Trade Organization Speaks for Any Defendant, 2424 MOTION in Limine pertaining to Rule 26(e) expert "errata", 2406 MOTION in Limine to Preclude Defendants From Referring to this Action as Anything Other than "The State's" Lawsuit, 2436 MOTION in Limine Pertaining to Other Contributors of Phosphorus and Bacteria to the IRW, 2425 JOINDER in Motion, 2423 MOTION in Limine pertaining to Defendants' arguments suggesting that the State must prove its case through direct evidence, 2408 Joint MOTION in Limine to Exclude References to Bacteria and Bacteria–Related Diseases or Other Alleged Adverse Human Health Effects Associated with Anything Other Than Phosphorus, 2445 JOINDER in Motion, 2422 MOTION in Limine to Preclude Certain Argument, Questioning or Inroduction of "Evidence" by Defendants Pertaining to the State's Regulation of Poultry Waste, 2428 MOTION in Limine Precluding Evidence or Argument Pertaining to a TMDL or the Absence Thereof, 2411 MOTION in Limine to Preclude Argument, Questioning or Introduction of "Evidence" by Defendants Pertaining to Bacterial or Phosphorus Levels in Waters Other Than Those of IRW, 2415 MOTION in Limine Omnibus and Supporting Brief, 2395 MOTION in Limine Regarding Former Employees, 2416 MOTION in Limine to Preclude Argument, Questioning or Evidence that Entry of the Requested Injunction Under RCRA Would Interfere or Conflict With One or More State Regulatory Programs, 2429 MOTION in Limine Pertaining to Evidence or Argument About Any Alleged Impropriety of Suing These Defendants Without Suing All Other Sources of Pollution, 2427 MOTION in Limine pertaining to any alleged adverse impact which may result if the relief sought by the State is granted, 2426 MOTION in Limine pertaining to as yet unarticulated future water quality criteria, 2413 MOTION in Limine, 2431 JOINDER in Motion, 2393 MOTION in Limine, 2399 MOTION in Limine to Preclude Generalized References to Defendants on Issues Requiring Defendant–specific Proof, 2434 MOTION in Limine Pertaining to Evidence or Argument Suggesting the Pollution at Issue Should be Remedied by Some Other Entity, 2435 MOTION in Limine to Preclude*

| | | |
|---|---|---|
| | | *Opinion Testimony by Non–Retained Experts and Integrated Brief in Support, 2432 Joint MOTION in Limine Regarding Any Reference to Newspaper Advertisements and Integrated Brief, 2398 MOTION in Limine to Exclude Evidence of Acts or Injuries Occurring Before Any Applicable Limitations Periods, 2397 MOTION in Limine Seeking to Exclude Evidence Pursuant to, inter alia, FRE 403 ) (GKFJ, Judge) (Entered: 08/26/2009)* |
| 08/26/2009 | 2530 | MINUTE ORDER by Judge Gregory K Frizzell, setting/resetting deadline(s)/hearing(s): ( Replies due by 9/1/2009) (Re: 2446 MOTION Motion For Use of a Jury Questionnaire *and Integrated Brief in Support* ) (GKFJ, Judge) (Entered: 08/26/2009) |
| 08/27/2009 | 2531 | MOTION for Attorney(s) Mathew P. Jasinski to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 1085000000000598396) by Oklahoma, State of (With attachments) (Garren, Richard) (Entered: 08/27/2009) |
| 08/27/2009 | 2532 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Filing a Suggested Pretrial Order* by Oklahoma, State of, All Defendants (Jorgensen, Jay) (Entered: 08/27/2009) |
| 08/27/2009 | 2533 | TRANSCRIPT of Proceedings (Unredacted) of motion hearing held on 08/13/2009 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1–197). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2466 Minutes of Motion Hearing, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Supplement, Ruling on Motion for Partial Summary Judgment, Ruling on Motion in Limine, Ruling on Motion to Exclude) (grd, Crt Rptr) Modified on 11/25/2009 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 08/27/2009) |
| 08/27/2009 | 2534 | MINUTE ORDER by Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): ( Proposed Pretrial Order due by 8/31/2009); granting 2532 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (hbo, Dpty Clk) (Entered: 08/27/2009) |
| 08/27/2009 | 2535 | ORDER by Judge Gregory K Frizzell ; granting 2531 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 08/27/2009) |
| 08/27/2009 | 2536 | NOTICE re: Defendants' Suggestion of Mootness on the Parties' Motions In Limine by All Defendants (Jorgensen, Jay) (Entered: 08/27/2009) |
| 08/28/2009 | 2537 | ATTORNEY APPEARANCE by Gregory Allen Mueggenborg on behalf of Cal–Maine Foods, Inc., Cal–Maine Farms, Inc. (Mueggenborg, Gregory) (Entered: 08/28/2009) |
| 08/28/2009 | 2538 | NOTICE of Submission of Partial Consent Decree entered into between the State of Oklahoma and Willow Brook Foods, Inc. by Oklahoma, State of (With attachments) (Bullock, Louis) (Entered: 08/28/2009) |
| 08/28/2009 | 2539 | RESPONSE in Opposition to Motion (Re: 2446 MOTION Motion For Use of a Jury Questionnaire *and Integrated Brief in Support* ) by Oklahoma, State of ; (With attachments) (Garren, Richard) (Entered: 08/28/2009) |

| | | |
|---|---|---|
| 08/28/2009 | 2540 | Joint REPLY to Response to Motion (Re: 2435 MOTION in Limine *to Preclude Opinion Testimony by Non–Retained Experts and Integrated Brief in Support* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Bond, Michael) (Entered: 08/28/2009) |
| 08/28/2009 | 2541 | REPLY to Response to Motion (Re: 2403 MOTION in Limine *to Preclude Deposition Testimony of Preston Keller* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. ; (With attachments) (Bond, Michael) (Entered: 08/28/2009) |
| 08/28/2009 | 2542 | TRANSCRIPT of Proceedings (Unredacted) of motion hearing held on 08–14–2009 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1–191). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2467 Minutes of Motion Hearing, Setting/Resetting Deadline(s)/Hearing(s), Taking Motion(s) Under Advisement, Ruling on Motion for Partial Summary Judgment) (grd, Crt Rptr) Modified on 12/9/2009 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 08/28/2009) |
| 08/28/2009 | 2543 | Joint REPLY to Response to Motion (Re: 2404 MOTION in Limine *to Preclude Plaintiffs from Referring to or Identifying Poultry Operations in the Illinois River Watershed as Concentrated Animal Feeding Operations or "CAFOs"* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Bond, Michael) (Entered: 08/28/2009) |
| 08/28/2009 | 2544 | REPLY to Response to Motion (Re: 2431 JOINDER in Motion ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. ; (With attachments) (Bond, Michael) (Entered: 08/28/2009) |
| 08/28/2009 | 2545 | REPLY to Response to Motion (Re: 2409 MOTION in Limine *Regarding Reference to Benton County Foods, LLC and Integrated Brief* ) by Cal–Maine Foods, Inc., Cal–Maine Farms, Inc. ; (Sanders, Robert) (Entered: 08/28/2009) |
| 08/28/2009 | 2546 | REPLY to Response to Motion (Re: 2421 MOTION in Limine *to Exclude Evidence of Defendants' Alleged Waste Water Treatment Plant Discharges* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Jorgensen, Jay) (Entered: 08/28/2009) |
| 08/28/2009 | 2547 | REPLY to Response to Motion (Re: 2399 MOTION in Limine *to Preclude Generalized References to Defendants on Issues Requiring Defendant–specific Proof* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Jorgensen, Jay) (Entered: 08/28/2009) |

| 08/31/2009 | 2548 | TRANSCRIPT of Proceedings (Unredacted) of motion hearing held on 08/18/2009 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1–192). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2472 Minutes of Motion Hearing, Striking/Terminating Deadline(s)/Hearing(s), Ruling on Motion to Reconsider, Ruling on Motion for Partial Summary Judgment, Ruling on Motion for Summary Judgment, Ruling on Joinder in Motion) (grd, Crt Rptr) Modified on 12/9/2009 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 08/31/2009) |
| 08/31/2009 | 2549 | REPLY to Response to Motion (Re: 2402 MOTION in Limine *Regarding Any Reference to Prior Attempts to Settle and Integrated Brief* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Redemann, Robert) (Entered: 08/31/2009) |
| 08/31/2009 | 2550 | DECLARATION *State of Oklahoma's Statement Regarding Motions in Limine* by Oklahoma, State of (Bullock, Louis) (Entered: 08/31/2009) |
| 08/31/2009 | 2551 | Joint REPLY to Response to Motion (Re: 2407 MOTION in Limine *to Preclude Plaintiffs from Attributing to Poultry Defendants Any Evidence Related to the Use of Poultry Litter by Cattle Ranchers, Farmers, and Other Independent Third Parties* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Bond, Michael) (Entered: 08/31/2009) |
| 08/31/2009 | 2552 | MOTION to Bifurcate *by Defendants' Motion to Structure the Mode and Order of Presentation of the Case to Separate Jury Issues From Equitable Issues* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 08/31/2009) |
| 08/31/2009 | | PROPOSED PRETRIAL ORDER by Oklahoma, State of (sam, Dpty Clk) (Entered: 09/01/2009) |
| 09/01/2009 | 2553 | REPLY to Response to Motion (Re: 2395 MOTION in Limine *Regarding Former Employees* ) by Peterson Farms, Inc. ; (With attachments) (Hixon, Philip) (Entered: 09/01/2009) |
| 09/01/2009 | 2554 | REPLY to Response to Motion (Re: 2396 MOTION in Limine *Regarding Poultry Water Quality Handbook* ) by Peterson Farms, Inc. ; (With attachments) (Hixon, Philip) (Entered: 09/01/2009) |
| 09/01/2009 | 2555 | REPLY to Response to Motion (Re: 2397 MOTION in Limine *Seeking to Exclude Evidence Pursuant to, inter alia, FRE 403* ) by Peterson Farms, Inc. ; (Hixon, Philip) (Entered: 09/01/2009) |
| 09/01/2009 | 2556 | |

| | | REPLY to Response to Motion (Re: <u>2446</u> MOTION Motion For Use of a Jury Questionnaire *and Integrated Brief in Support* ) by All Defendants ; (With attachments) (Jorgensen, Jay) (Entered: 09/01/2009) |
|---|---|---|
| 09/01/2009 | <u>2557</u> | MOTION for Attorney(s) Frank R. Volpe to be Admitted Pro Hac Vice *Frank R. Volpe* (paid $75 PHV fee; receipt number 10850000000000600835) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (With attachments) (Buchwald, Paula) (Entered: 09/01/2009) |
| 09/01/2009 | <u>2558</u> | MOTION for Attorney(s) Cara R. Viglucci Lopez to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 10850000000000600856) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (With attachments) (Buchwald, Paula) (Entered: 09/01/2009) |
| 09/02/2009 | 2559 | MINUTE ORDER by Judge Gregory K Frizzell *In their Suggestion of Mootness* <u>2536</u> *, defendants submit that the Defendants' Joint Motion in Limine to Exclude Evidence of Acts or Injuries Occurring Before Any Applicable Limitations Periods is moot* ; finding as moot <u>2398</u> Motion in Limine (GKFJ, Judge) (Entered: 09/02/2009) |
| 09/02/2009 | 2560 | MINUTE ORDER by Judge Gregory K Frizzell *All parties agree that a jury questionanaire should be used. The Defendants' Joint Motion for Use of a Jury Questionnarie is granted. The first order of business at tomorrow's Pretrial Conference will be to resolve any remaining disputes on the questionnaire to be sent to prospective jurors* ; granting <u>2446</u> Motion for Miscellaneous Relief (GKFJ, Judge) (Entered: 09/02/2009) |
| 09/02/2009 | 2561 | MINUTE ORDER by Judge Gregory K Frizzell ; granting <u>2558</u> Motion for Admission Pro Hac Vice (JLE, Chambers) (Entered: 09/02/2009) |
| 09/02/2009 | <u>2562</u> | Joint REPLY to Response to Motion (Re: <u>2400</u> Joint MOTION in Limine *to Prohibit Plaintiffs' Testimony Regarding Data Acquired and Analyzed Beyond Expert Reporting Deadlines* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Graves, James) (Entered: 09/02/2009) |
| 09/02/2009 | <u>2563</u> | ATTORNEY APPEARANCE by A Diane Hammons on behalf of Cherokee Nation (Hammons, A) (Entered: 09/02/2009) |
| 09/02/2009 | <u>2564</u> | First MOTION to Intervene by Cherokee Nation (With attachments) (Hammons, A) (Entered: 09/02/2009) |
| 09/03/2009 | <u>2565</u> | REPLY to Response to Motion (Re: <u>2393</u> MOTION in Limine ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 09/03/2009) |
| 09/03/2009 | <u>2566</u> | REPLY to Response to Motion (Re: <u>2445</u> JOINDER in Motion ) by Cargill, Inc., Cargill Turkey Production, LLC ; (Tucker, John) (Entered: 09/03/2009) |
| 09/03/2009 | <u>2567</u> | REPLY to Response to Motion (Re: <u>2439</u> JOINDER in Motion ) by Cargill, Inc., Cargill Turkey Production, LLC ; (Tucker, John) (Entered: 09/03/2009) |
| 09/03/2009 | <u>2568</u> | |

| | | First MOTION for Attorney(s) Sara E. Hill to be Admitted Pro Hac Vice (includes a request to waive the fee) by Cherokee Nation (With attachments) (Hammons, A) (Entered: 09/03/2009) |
|---|---|---|
| 09/03/2009 | 2569 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Miscellaneous Hearing held on 9/3/2009 ; setting/resetting deadline(s)/hearing(s): ( Pretrial Conference set for 9/4/2009 at 09:00 AM before Judge Gregory K Frizzell, Responses due by 9/10/2009, Replies due by 9/14/2009, Motion Hearing set for 9/15/2009 at 09:00 AM before Judge Gregory K Frizzell); granting 2401 Motion in Limine (Re: 2439 JOINDER in Motion, 2415 MOTION in Limine *Omnibus and Supporting Brief*, 2418 MOTION in Limine *to Preclude Defendants From Making Certain Categories of References to its Private Counsel*, 2424 MOTION in Limine *pertaining to Rule 26(e) expert "errata"*, 2397 MOTION in Limine *Seeking to Exclude Evidence Pursuant to, inter alia, FRE 403*, 2422 MOTION in Limine *to Preclude Certain Argument, Questioning or Inroduction of "Evidence" by Defendants Pertaining to the State's Regulation of Poultry Waste*, 2406 MOTION in Limine *to Preclude Defendants From Referring to this Action as Anything Other than "The State's" Lawsuit*, 2411 MOTION in Limine *to Preclude Argument, Questioning or Introduction of "Evidence" by Defendants Pertaining to Bacterial or Phosphorus Levels in Waters Other Than Those of IRW*, 2432 Joint MOTION in Limine *Regarding Any Reference to Newspaper Advertisements and Integrated Brief*, 2434 MOTION in Limine *Pertaining to Evidence or Argument Suggesting the Pollution at Issue Should be Remedied by Some Other Entity*, 2435 MOTION in Limine *to Preclude Opinion Testimony by Non–Retained Experts and Integrated Brief in Support*, 2430 Joint MOTION in Limine *to Exclude References to Trade Organizations or Organizational Documents, Communications, Seminars, or Meetings without Specific Evidence that All Defendants Were Members, Attended, or Received Such Documents or Communication* 2396 MOTION in Limine *Regarding Poultry Water Quality Handbook*, 2436 MOTION in Limine *Pertaining to Other Contributors of Phosphorus and Bacteria to the IRW*, 2400 Joint MOTION in Limine *to Prohibit Plaintiffs' Testimony Regarding Data Acquired and Analyzed Beyond Expert Reporting Deadlines*, 2404 MOTION in Limine *to Preclude Plaintiffs from Referring to or Identifying Poultry Operations in the Illinois River Watershed as Concentrated Animal Feeding Operations or "CAFOs"*, 2413 MOTION in Limine, 2426 MOTION in Limine *pertaining to as yet unarticulated future water quality criteria*, 2401 MOTION in Limine *Regarding Any Reference to Plaintiff's Settlement with Willow Brook and Integrated Brief*, 2564 First MOTION to Intervene, 2395 MOTION in Limine *Regarding Former Employees*, 2427 MOTION in Limine *pertaining to any alleged adverse impact which may result if the relief sought by the State is granted*, 2428 MOTION in Limine *Precluding Evidence or Argument Pertaining to a TMDL or the Absence Thereof*, 2431 JOINDER in Motion, 2403 MOTION in Limine *to Preclude Deposition Testimony of Preston Keller*, 2429 MOTION in Limine *Pertaining to Evidence or Argument About Any Alleged Impropriety of Suing These Defendants Without Suing All Other Sources of Pollution*, 2393 MOTION in Limine, 2409 MOTION in Limine *Regarding Reference to Benton County Foods, LLC and Integrated Brief*, 2425 JOINDER in Motion, 2416 MOTION in Limine *to Preclude Argument, Questioning or Evidence that Entry of the Requested Injunction Under RCRA Would Interfere or Conflict With One or More State Regulatory Programs*, 2445 JOINDER in Motion, 2552 MOTION to Bifurcate *by Defendants' Motion to Structure the Mode and Order of Presentation of the Case to Separate Jury Issues From Equitable Issues*, 2412 MOTION in Limine *to Exclude Statement of Counsel and Supporting Brief*, 2433 |

| | | |
|---|---|---|
| | | *MOTION in Limine to Preclude Argument, Questioning or Evidence that Alleged Agency Inaction Would Preclude Issuance of the Requested Permanent Injunctive Relief,* 2423 *MOTION in Limine pertaining to Defendants' arguments suggesting that the State must prove its case through direct evidence,* 2399 *MOTION in Limine to Preclude Generalized References to Defendants on Issues Requiring Defendant−specific Proof,* 2407 *MOTION in Limine to Preclude Plaintiffs from Attributing to Poultry Defendants Any Evidence Related to the Use of Poultry Litter by Cattle Ranchers, Farmers, and Other Independent Third Parties,* 2421 *MOTION in Limine to Exclude Evidence of Defendants' Alleged Waste Water Treatment Plant Discharges,* 2414 *Joint MOTION in Limine to Prohibit Any Suggestion by Plaintiffs that Any Trade Organization Speaks for Any Defendant,* 2408 *Joint MOTION in Limine to Exclude References to Bacteria and Bacteria−Related Diseases or Other Alleged Adverse Human Health Effects Associated with Anything Other Than Phosphorus ) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) (Additional attachment(s) added on 9/4/2009: # 1 "main document") (hbo, Dpty Clk). (Entered: 09/03/2009)* |
| 09/03/2009 | 2570 | MINUTE ORDER by Judge Gregory K Frizzell *Further the Court waives fees* ; granting 2568 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 09/03/2009) |
| 09/03/2009 | 2571 | MINUTE ORDER by Judge Gregory K Frizzell ; granting 2557 Motion for Admission Pro Hac Vice (hbo, Dpty Clk) (Entered: 09/03/2009) |
| 09/03/2009 | 2572 | NOTICE of Revised Jury Questionnaire Reflecting the Parties Agreements and the Courts Rulings by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 09/03/2009) |
| 09/03/2009 | 2573 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *(Motion for Continuance of Trial)* by Oklahoma, State of (With attachments) (Riggs, Melvin) (Entered: 09/03/2009) |
| 09/03/2009 | 2574 | REPLY to Response to Motion (Re: 2408 Joint MOTION in Limine *to Exclude References to Bacteria and Bacteria−Related Diseases or Other Alleged Adverse Human Health Effects Associated with Anything Other Than Phosphorus* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb−Vantress, Inc., Cal−Maine Foods, Inc., Cal−Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 09/03/2009) |
| 09/04/2009 | 2575 | REPLY to Response to Motion (Re: 2405 MOTION in Limine *to Preclude Defendants From Making Reference to the Denial of the State's Motion for Preliminary Injunction or to any Factual Findings Made Therein* ) by Oklahoma, State of ; (Moll, Ingrid) (Entered: 09/04/2009) |
| 09/04/2009 | 2576 | REPLY to Response to Motion (Re: 2427 MOTION in Limine *pertaining to any alleged adverse impact which may result if the relief sought by the State is granted* ) by Oklahoma, State of ; (Bullock, Louis) (Entered: 09/04/2009) |
| 09/04/2009 | 2577 | REPLY to Response to Motion (Re: 2424 MOTION in Limine *pertaining to Rule 26(e) expert "errata"* ) by Oklahoma, State of ; (Bullock, Louis) (Entered: 09/04/2009) |

| 09/04/2009 | 2578 | REPLY to Response to Motion (Re: 2426 MOTION in Limine *pertaining to as yet unarticulated future water quality criteria* ) by Oklahoma, State of ; (With attachments) (Bullock, Louis) (Entered: 09/04/2009) |
|---|---|---|
| 09/04/2009 | 2579 | REPLY to Response to Motion (Re: 2433 MOTION in Limine *to Preclude Argument, Questioning or Evidence that Alleged Agency Inaction Would Preclude Issuance of the Requested Permanent Injunctive Relief* ) by Oklahoma, State of ; (Nance, Robert) (Entered: 09/04/2009) |
| 09/04/2009 | 2580 | REPLY to Response to Motion (Re: 2423 MOTION in Limine *pertaining to Defendants' arguments suggesting that the State must prove its case through direct evidence* ) by Oklahoma, State of ; (Bullock, Louis) (Entered: 09/04/2009) |
| 09/04/2009 | 2581 | REPLY to Response to Motion (Re: 2412 MOTION in Limine *to Exclude Statement of Counsel and Supporting Brief*, 2393 MOTION in Limine ) by Cargill, Inc., Cargill Turkey Production, LLC ; (Tucker, John) (Entered: 09/04/2009) |
| 09/04/2009 | 2582 | REPLY to Response to Motion (Re: 2415 MOTION in Limine *Omnibus and Supporting Brief* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Tucker, John) (Entered: 09/04/2009) |
| 09/04/2009 | 2583 | REPLY to Response to Motion (Re: 2413 MOTION in Limine ) by Cargill, Inc., Cargill Turkey Production, LLC ; (Tucker, John) (Entered: 09/04/2009) |
| 09/04/2009 | 2584 | NOTICE to the Court by Oklahoma, State of (Riggs, Melvin) (Entered: 09/04/2009) |
| 09/04/2009 | 2585 | REPLY to Response to Motion (Re: 2416 MOTION in Limine *to Preclude Argument, Questioning or Evidence that Entry of the Requested Injunction Under RCRA Would Interfere or Conflict With One or More State Regulatory Programs* ) by Oklahoma, State of ; (Moll, Ingrid) (Entered: 09/04/2009) |
| 09/04/2009 | 2586 | REPLY to Response to Motion (Re: 2406 MOTION in Limine *to Preclude Defendants From Referring to this Action as Anything Other than "The State's" Lawsuit* ) by Oklahoma, State of ; (With attachments) (Moll, Ingrid) (Entered: 09/04/2009) |
| 09/04/2009 | 2587 | REPLY to Response to Motion (Re: 2434 MOTION in Limine *Pertaining to Evidence or Argument Suggesting the Pollution at Issue Should be Remedied by Some Other Entity* ) by Oklahoma, State of ; (Riggs, Melvin) (Entered: 09/04/2009) |
| 09/04/2009 | 2588 | Joint REPLY to Response to Motion (Re: 2432 Joint MOTION in Limine *Regarding Any Reference to Newspaper Advertisements and Integrated Brief* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (Mueggenborg, Gregory) (Entered: 09/04/2009) |
| 09/04/2009 | 2589 | REPLY to Response to Motion (Re: 2429 MOTION in Limine *Pertaining to Evidence or Argument About Any Alleged Impropriety of Suing These Defendants Without Suing All Other Sources of Pollution* ) by Oklahoma, State of ; (Riggs, Melvin) (Entered: 09/04/2009) |
| 09/04/2009 | 2590 | REPLY to Response to Motion (Re: 2418 MOTION in Limine *to Preclude Defendants From Making Certain Categories of References to its Private Counsel* ) |

| | | by Oklahoma, State of ; (Moll, Ingrid) (Entered: 09/04/2009) |
|---|---|---|
| 09/04/2009 | 2591 | REPLY to Response to Motion (Re: 2422 MOTION in Limine *to Preclude Certain Argument, Questioning or Inroduction of "Evidence" by Defendants Pertaining to the State's Regulation of Poultry Waste* ) by Oklahoma, State of ; (With attachments) (Moll, Ingrid) (Entered: 09/04/2009) |
| 09/04/2009 | 2592 | REPLY to Response to Motion (Re: 2436 MOTION in Limine *Pertaining to Other Contributors of Phosphorus and Bacteria to the IRW*, 2411 MOTION in Limine *to Preclude Argument, Questioning or Introduction of "Evidence" by Defendants Pertaining to Bacterial or Phosphorus Levels in Waters Other Than Those of IRW* ) by Oklahoma, State of ; (With attachments) (Moll, Ingrid) (Entered: 09/04/2009) |
| 09/04/2009 | 2593 | REPLY to Response to Motion (Re: 2428 MOTION in Limine *Precluding Evidence or Argument Pertaining to a TMDL or the Absence Thereof* ) by Oklahoma, State of ; (Riggs, Melvin) (Entered: 09/04/2009) |
| 09/04/2009 | 2594 | REPLY to Response to Motion (Re: 2430 Joint MOTION in Limine to Exclude References to Trade Organizations or Organizational Documents, Communications, Seminars, or Meetings without Specific Evidence that All Defendants Were Members, Attended, or Received Such Documents or Communication ) by All Defendants ; (Chadick, Vincent) (Entered: 09/04/2009) |
| 09/04/2009 | 2595 | ADOPTION (Re: 2594 Reply to Response to Motion, ) by All Defendants (Chadick, Vincent) (Entered: 09/04/2009) |
| 09/04/2009 | 2596 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Motion Hearing held on 9/4/2009 ; setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 9/16/2009 at 09:30 AM before Judge Gregory K Frizzell); granting in part and denying in part 2395 Motion in Limine; denying 2399 Motion in Limine; granting 2402 Motion in Limine; granting 2403 Motion in Limine; granting 2404 Motion in Limine; granting in part and denying in part 2407 Motion in Limine; denying 2408 Motion in Limine; denying 2409 Motion in Limine; granting 2421 Motion in Limine; denying 2436 Motion in Limine; denying 2439 Joinder in Motion; denying 2445 Joinder in Motion (Re: 2402 MOTION in Limine *Regarding Any Reference to Prior Attempts to Settle and Integrated Brief*, 2407 MOTION in Limine *to Preclude Plaintiffs from Attributing to Poultry Defendants Any Evidence Related to the Use of Poultry Litter by Cattle Ranchers, Farmers, and Other Independent Third Parties*, 2409 MOTION in Limine *Regarding Reference to Benton County Foods, LLC and Integrated Brief*, 2439 JOINDER in Motion, 2421 MOTION in Limine *to Exclude Evidence of Defendants' Alleged Waste Water Treatment Plant Discharges*, 2403 MOTION in Limine *to Preclude Deposition Testimony of Preston Keller*, 2404 MOTION in Limine *to Preclude Plaintiffs from Referring to or Identifying Poultry Operations in the Illinois River Watershed as Concentrated Animal Feeding Operations or "CAFOs"*, 2436 MOTION in Limine *Pertaining to Other Contributors of Phosphorus and Bacteria to the IRW*, 2408 Joint MOTION in Limine *to Exclude References to Bacteria and Bacteria−Related Diseases or Other Alleged Adverse Human Health Effects Associated with Anything Other Than Phosphorus*, 2445 JOINDER in Motion, 2395 MOTION in Limine *Regarding Former Employees*, 2399 MOTION in Limine *to Preclude Generalized References to Defendants on Issues Requiring Defendant−specific Proof*, 2573 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *(Motion for Continuance of Trial)*, 2397 MOTION in Limine *Seeking to Exclude Evidence Pursuant to, inter alia, FRE 403*, 2396 MOTION in Limine *Regarding Poultry Water Quality Handbook* ) |

| | | |
|---|---|---|
| | | (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) Modified on 9/9/2009 to correct hearing date (lml, Dpty Clk). (Entered: 09/08/2009) |
| 09/10/2009 | 2597 | ATTORNEY APPEARANCE by Sara Elizabeth Hill on behalf of Cherokee Nation (Hill, Sara) (Entered: 09/10/2009) |
| 09/10/2009 | 2598 | RESPONSE in Opposition to Motion (Re: 2459 MOTION for Sanctions *directed to the Cargill defendants for discovery misconduct* ) by Cargill, Inc., Cargill Turkey Production, LLC ; (With attachments) (Tucker, John) (Entered: 09/10/2009) |
| 09/10/2009 | 2599 | Joint RESPONSE in Opposition to Motion (Re: 2564 First MOTION to Intervene, 2573 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *(Motion for Continuance of Trial)* ) by All Defendants ; (With attachments) (Jorgensen, Jay) (Entered: 09/10/2009) |
| 09/10/2009 | 2600 | RESPONSE in Opposition to Motion (Re: 2552 MOTION to Bifurcate *by Defendants' Motion to Structure the Mode and Order of Presentation of the Case to Separate Jury Issues From Equitable Issues* ) by Oklahoma, State of ; (Moll, Ingrid) (Entered: 09/10/2009) |
| 09/10/2009 | 2601 | RESPONSE in Support of Motion (Re: 2564 First MOTION to Intervene ) by Oklahoma, State of ; (With attachments) (Moll, Ingrid) (Entered: 09/10/2009) |
| 09/11/2009 | 2602 | TRANSCRIPT of Proceedings (Unredacted) of Pretrial Conference held on 09/03/2009 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1–118). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2569 Minutes of Miscellaneous Hearing, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion in Limine) (grd, Crt Rptr) Modified on 12/11/2009 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 09/11/2009) |
| 09/11/2009 | 2603 | ERRATA/CORRECTION (Re: 2600 Response in Opposition to Motion ) by Oklahoma, State of (Nance, Robert) (Entered: 09/11/2009) |
| 09/13/2009 | 2604 | TRANSCRIPT of Proceedings (Unredacted) of pretrial conference held on 09/04/2009 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 119–305). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2596 Minutes of Motion Hearing, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion in Limine, Ruling on Joinder in Motion) (grd, Crt Rptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 09/13/2009) |
| 09/14/2009 | 2605 | MOTION to Expedite Ruling (Re: 2459 MOTION for Sanctions *directed to the Cargill defendants for discovery misconduct* ) by Oklahoma, State of (Moll, Ingrid) Modified on 9/15/2009 to remove text re: Unopposed per counsel (tjc, Dpty Clk). (Entered: 09/14/2009) |

| 09/14/2009 | 2606 | REPLY to Response to Motion (Re: 2552 MOTION to Bifurcate *by Defendants' Motion to Structure the Mode and Order of Presentation of the Case to Separate Jury Issues From Equitable Issues* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. ; (With attachments) (Jorgensen, Jay) (Entered: 09/14/2009) |
|---|---|---|
| 09/14/2009 | 2607 | MOTION in Limine *to Preclude Testimony, Vouching, or Personal Reminiscences of Counsel* by All Defendants (Jorgensen, Jay) (Entered: 09/14/2009) |
| 09/14/2009 | 2608 | REPLY to Response to Motion (Re: 2564 First MOTION to Intervene ) by Cherokee Nation ; (With attachments) (Hill, Sara) (Entered: 09/14/2009) |
| 09/14/2009 | 2609 | REPLY to Response to Motion (Re: 2573 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *(Motion for Continuance of Trial)* ) by Oklahoma, State of ; (Moll, Ingrid) (Entered: 09/14/2009) |
| 09/14/2009 | 2610 | MINUTE ORDER by Judge Gregory K Frizzell *Defendants' Motion in Limine is denied as filed out–of–time, with any such objections to be raised at trial* ; denying 2607 Motion in Limine (GKFJ, Judge) (Entered: 09/14/2009) |
| 09/14/2009 | 2611 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Cleary (Re: 2605 Unopposed MOTION to Expedite Ruling ) (hbo, Dpty Clk) (Entered: 09/14/2009) |
| 09/14/2009 | 2612 | REPLY to Response to Motion (Re: 2459 MOTION for Sanctions *directed to the Cargill defendants for discovery misconduct* ) by Oklahoma, State of ; (Moll, Ingrid) (Entered: 09/14/2009) |
| 09/14/2009 | 2613 | Joint PROPOSED VOIR DIRE by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cal–Maine Farms, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Graves, James) (Entered: 09/14/2009) |
| 09/14/2009 | 2614 | PROPOSED VOIR DIRE by Oklahoma, State of (Moll, Ingrid) (Entered: 09/14/2009) |
| 09/14/2009 | 2615 | PROPOSED JURY INSTRUCTIONS by Oklahoma, State of (With attachments) (Moll, Ingrid) (Entered: 09/14/2009) |
| 09/15/2009 | 2617 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Motion Hearing held on 9/15/2009 ; setting/resetting deadline(s)/hearing(s): ( Miscellaneous Hearing set for 9/16/2009 at 09:30 AM before Judge Gregory K Frizzell); granting 2393 Motion in Limine; granting 2400 Motion in Limine; granting 2405 Motion in Limine; granting 2406 Motion in Limine; granting 2412 Motion in Limine; denying 2413 Motion in Limine; granting 2552 Motion to Bifurcate; denying 2564 Motion to Intervene; finding as moot 2573 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 2412 MOTION in Limine *to Exclude Statement of Counsel and Supporting Brief*, 2405 MOTION in Limine *to Preclude Defendants From Making Reference to the Denial of the State's Motion for Preliminary Injunction or to any Factual Findings Made Therein*, 2564 First MOTION to Intervene, 2400 Joint MOTION in Limine *to Prohibit Plaintiffs' Testimony Regarding Data Acquired and Analyzed Beyond Expert Reporting Deadlines*, 2406 MOTION in Limine *to Preclude Defendants From Referring to this Action as* |

| | | |
|---|---|---|
| | | *Anything Other than "The State's" Lawsuit*, 2552 MOTION to Bifurcate *by Defendants' Motion to Structure the Mode and Order of Presentation of the Case to Separate Jury Issues From Equitable Issues*, 2408 Joint MOTION in Limine *to Exclude References to Bacteria and Bacteria–Related Diseases or Other Alleged Adverse Human Health Effects Associated with Anything Other Than Phosphorus*, 2415 MOTION in Limine *Omnibus and Supporting Brief*, 2413 MOTION in Limine, 2393 MOTION in Limine, 2573 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *(Motion for Continuance of Trial)* ) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) Modified on 9/17/2009 to correct file date(hbo, Dpty Clk). (Entered: 09/17/2009) |
| 09/16/2009 | 2619 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Motion Hearing held on 9/16/2009 ; setting/resetting deadline(s)/hearing(s): ( Miscellaneous Hearing set for 9/23/2009 at 09:30 AM before Judge Gregory K Frizzell); denying 2411 Motion in Limine; granting in part and denying in part 2415 Motion in Limine; finding moot 2416 Motion in Limine; granting 2418 Motion in Limine; denying 2422 Motion in Limine; finding as moot 2423 Motion in Limine; denying 2424 Motion in Limine; denying 2426 Motion in Limine (Re: 2418 MOTION in Limine *to Preclude Defendants From Making Certain Categories of References to its Private Counsel*, 2424 MOTION in Limine *pertaining to Rule 26(e) expert "errata"*, 2423 MOTION in Limine *pertaining to Defendants' arguments suggesting that the State must prove its case through direct evidence*, 2422 MOTION in Limine *to Preclude Certain Argument, Questioning or Inroduction of "Evidence" by Defendants Pertaining to the State's Regulation of Poultry Waste*, 2411 MOTION in Limine *to Preclude Argument, Questioning or Introduction of "Evidence" by Defendants Pertaining to Bacterial or Phosphorus Levels in Waters Other Than Those of IRW*, 2415 MOTION in Limine *Omnibus and Supporting Brief*, 2416 MOTION in Limine *to Preclude Argument, Questioning or Evidence that Entry of the Requested Injunction Under RCRA Would Interfere or Conflict With One or More State Regulatory Programs*, 2426 MOTION in Limine *pertaining to as yet unarticulated future water quality criteria* ) (Court Reporter: Glen Dorrough) (hbo, Dpty Clk) Modified on 9/17/2009 to correct file date(hbo, Dpty Clk). Modified on 9/18/2009 to correct ruling on 2416 (hbo, Dpty Clk). (Entered: 09/17/2009) |
| 09/17/2009 | 2616 | ORDER by Judge Gregory K Frizzell, terminating party Cal–Maine Farms, Inc. (hbo, Dpty Clk) (Entered: 09/17/2009) |
| 09/17/2009 | | PROPOSED PRETRIAL ORDER by Oklahoma, State of (sam, Dpty Clk) (Entered: 09/17/2009) |
| 09/17/2009 | 2618 | NOTICE OF APPEAL to Circuit Court (paid $455 appeal fee; receipt number 1085000000000607110) (Re: 2617 Minutes of Motion Hearing, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion in Limine,,,,,, Ruling on Motion to Bifurcate, Ruling on Motion to Intervene, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),, Setting/Resetting Deadline(s)/Hearing(s),,,,,,,, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),, Setting/Resetting Deadline(s)/Hearing(s),,,,,,,, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),, Setting/Resetting Deadline(s)/Hearing(s),,,,,,,, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),, Setting/Resetting Deadline(s)/Hearing(s),,,,,,,, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),, Setting/Resetting Deadline(s)/Hearing(s),,,,,,,, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),, Setting/Resetting Deadline(s)/Hearing(s),,,,,,,, Ruling on |

| | | Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s),, Setting/Resetting Deadline(s)/Hearing(s),,,,,,,,, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Cherokee Nation (Hammons, A) (Entered: 09/17/2009) |
|---|---|---|
| 09/18/2009 | 2620 | PRELIMINARY RECORD Sent to Circuit Court (Re: 2618 Notice of Appeal to Circuit Court,,,, ) (With attachments) (tjc, Dpty Clk) (Entered: 09/18/2009) |
| 09/18/2009 | 2621 | ORDER by Judge Gregory K Frizzell *(Partial Consent Decree between Plaintiffs and Willow Brook Farms, Inc.)*, terminating party Willow Brook Foods, Inc. (hbo, Dpty Clk) (Entered: 09/18/2009) |
| 09/18/2009 | 2622 | NOTICE of Withdrawal of Objection to State of Oklahoma's Request for Oral Argument on Motion for Sanctions (Re: 2605 Unopposed MOTION to Expedite Ruling ) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 09/18/2009) |
| 09/18/2009 | 2623 | MOTION to Reconsider *Order Granting in Part and Denying in Part DKT 2407* (Re: 2596 Minutes of Motion Hearing, Setting/Resetting Deadline(s)/Hearing(s),, Ruling on Motion in Limine,,,,,,,,,, Ruling on Joinder in Motion,,, Setting/Resetting Deadline(s)/Hearing(s),,,,,,,,,,,, Setting/Resetting Deadline(s)/Hearing(s),,,,,,,,,,,, Setting/Resetting Deadline(s)/Hearing(s),,,,,,,,,,,,, Setting/Resetting Deadline(s)/Hearing(s),,,,,,,,,,,, Setting/Resetting Deadline(s)/Hearing(s),,,,,,,,,,,, Setting/Resetting Deadline(s)/Hearing(s),,,,,,,,,,,,, Setting/Resetting Deadline(s)/Hearing(s),,,,,,,,,,,, Setting/Resetting Deadline(s)/Hearing(s),,,,,,,,,,,, Setting/Resetting Deadline(s)/Hearing(s),,,,,,,,,,,, ) by Oklahoma, State of (Moll, Ingrid) (Entered: 09/18/2009) |
| 09/18/2009 | 2624 | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 09–5134 (#2618) (Re: 2618 Notice of Appeal to Circuit Court,,,, ) (sam, Dpty Clk) (Entered: 09/21/2009) |
| 09/21/2009 | 2625 | TRIAL BRIEF by Peterson Farms, Inc. (With attachments) (Hixon, Philip) (Entered: 09/21/2009) |
| 09/21/2009 | 2626 | TRANSCRIPT of Proceedings (Unredacted) of motion hearing held on 09/15/2009 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1–216). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2617 Minutes of Motion Hearing, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion in Limine, Ruling on Motion to Bifurcate, Ruling on Motion to Intervene, Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s)) (grd, Crt Rptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 09/21/2009) |
| 09/21/2009 | 2627 | TRIAL BRIEF by Oklahoma, State of (Moll, Ingrid) (Entered: 09/21/2009) |
| 09/21/2009 | 2628 | TRIAL BRIEF by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 09/21/2009) |
| 09/21/2009 | 2629 | ADOPTION (Re: 2628 Trial Brief ) by Simmons Foods, Inc. (Bronson, Vicki) (Entered: 09/21/2009) |

| 09/21/2009 | 2630 | TRIAL BRIEF by Simmons Foods, Inc. (With attachments) (Bronson, Vicki) (Entered: 09/21/2009) |
|---|---|---|
| 09/22/2009 | 2631 | TRIAL BRIEF by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., George's, Inc., George's Farms, Inc., Simmons Foods, Inc. (Jorgensen, Jay) (Entered: 09/22/2009) |
| 09/22/2009 | 2632 | ADOPTION (Re: 2631 Trial Brief, 2628 Trial Brief ) by Peterson Farms, Inc. (Hixon, Philip) (Entered: 09/22/2009) |
| 09/22/2009 | 2633 | MINUTE ORDER by Magistrate Judge Paul J Cleary *setting hearing on Plaintiff's Motion for Sanctions* 2459 ; *the parties are directed to be prepared to represent to the Court whether Plaintiff's Motion for Protective Order* 2034 *and Defendants' Motion to Compel* 2000 *are moot or not; and if not moot, be prepared to discuss the merits of the motions*;, setting/resetting deadline(s)/hearing(s): *Hearing will be held in Magistrate Courtroom 2, Third Floor* ( Motion Hearing set for 9/25/2009 at 01:00 PM before Magistrate Judge Paul J Cleary) (Re: 2459 MOTION for Sanctions *directed to the Cargill defendants for discovery misconduct*, 2034 MOTION for Protective Order *Regarding the Scientific Peer Review Process*, 2000 MOTION to Compel *Production of Documents* ) (kjp, Dpty Clk) (Entered: 09/22/2009) |
| 09/22/2009 | 2634 | NOTICE Joint Notice of Withdrawal of Certain Motions in Limine (Re: 2429 MOTION in Limine *Pertaining to Evidence or Argument About Any Alleged Impropriety of Suing These Defendants Without Suing All Other Sources of Pollution*, 2434 MOTION in Limine *Pertaining to Evidence or Argument Suggesting the Pollution at Issue Should be Remedied by Some Other Entity*, 2432 Joint MOTION in Limine *Regarding Any Reference to Newspaper Advertisements and Integrated Brief* ) by Oklahoma, State of, All Defendants (Bullock, Louis) (Entered: 09/22/2009) |
| 09/22/2009 | 2635 | ADOPTION (Re: 2628 Trial Brief ) by Cal–Maine Foods, Inc. (Redemann, Robert) (Entered: 09/22/2009) |
| 09/22/2009 | 2636 | MINUTE ORDER by Judge Gregory K Frizzell *Pursuant to the Joint Notice of Withdrawal of Certain Motions in Limine* 2634 ; finding as moot 2429 Motion in Limine (GKFJ, Judge) (Entered: 09/22/2009) |
| 09/22/2009 | 2637 | MINUTE ORDER by Judge Gregory K Frizzell *Pursuant to the Joint Notice of Withdrawal of Certain Motions in Limine* 2634 ; finding as moot 2434 Motion in Limine (GKFJ, Judge) (Entered: 09/22/2009) |
| 09/22/2009 | 2638 | MINUTE ORDER by Judge Gregory K Frizzell *Pursuant to the Joint Notice of Withdrawal of Certain Motions in Limine* 2634 ; finding as moot 2432 Motion in Limine (GKFJ, Judge) (Entered: 09/22/2009) |
| 09/23/2009 | 2639 | ADOPTION (Re: 2631 Trial Brief, 2625 Trial Brief, 2630 Trial Brief ) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 09/23/2009) |
| 09/23/2009 | 2640 | MOTION to Quash *Subpoena and Brief in Support* by W A Saunders (With attachments) (Graves, Michael) (Entered: 09/23/2009) |
| 09/23/2009 | 2642 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Motion Hearing held on 9/23/2009 ; Pretrial Conference held on 9/23/2009 ; setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 9/24/2009 at 09:30 AM before Judge Gregory K Frizzell); granting in part and denying in part 2414 Motion in Limine; finding as moot 2425 Joinder in Motion; denying 2427 Motion in Limine; denying |

| | | |
|---|---|---|
| | | 2428 Motion in Limine; granting in part and denying in part 2430 Motion in Limine; finding as moot 2431 Joinder in Motion; denying 2433 Motion in Limine; finding as moot 2435 Motion in Limine (Re: 2430 Joint MOTION in Limine *to Exclude References to Trade Organizations or Organizational Documents, Communications, Seminars, or Meetings without Specific Evidence that All Defendants Were Members, Attended, or Received Such Documents or Communication2433 MOTION in Limine to Preclude Argument, Questioning or Evidence that Alleged Agency Inaction Would Preclude Issuance of the Requested Permanent Injunctive Relief, 2414 Joint MOTION in Limine to Prohibit Any Suggestion by Plaintiffs that Any Trade Organization Speaks for Any Defendant, 2436 MOTION in Limine Pertaining to Other Contributors of Phosphorus and Bacteria to the IRW, 2425 JOINDER in Motion, 2428 MOTION in Limine Precluding Evidence or Argument Pertaining to a TMDL or the Absence Thereof, 2427 MOTION in Limine pertaining to any alleged adverse impact which may result if the relief sought by the State is granted, 2431 JOINDER in Motion, 2435 MOTION in Limine to Preclude Opinion Testimony by Non–Retained Experts and Integrated Brief in Support ) (Court Reporter: Terri Copeland, Brian Neil) (hbo, Dpty Clk) Modified on 9/24/2009 to correct file date(hbo, Dpty Clk). (Entered: 09/24/2009)* |
| 09/24/2009 | 2641 | PRETRIAL ORDER by Judge Gregory K Frizzell (With attachments) (hbo, Dpty Clk) (Entered: 09/24/2009) |
| 09/24/2009 | 2644 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial began (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 09/25/2009) |
| 09/24/2009 | 2645 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 9/30/2009 at 09:30 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 09/25/2009) |
| 09/25/2009 | 2643 | TRANSCRIPT of Proceedings (Unredacted) of motion hearing held on 09/16/2009 before Judge Gregory K Frizzell (Court Reporter: Glen Dorrough) (Pages: 1–139). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2619 Minutes of Motion Hearing, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion in Limine) (grd, Crt Rptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 09/25/2009) |
| 09/25/2009 | 2646 | TRANSCRIPT of Proceedings (Unredacted) of Trial Opening Statements – Volume II held on 9/24/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 67–271). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2644 Minutes of Nonjury Trial, 2645 Minutes of Nonjury Trial, Setting/Resetting |

| | | |
|---|---|---|
| | | Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 09/25/2009) |
| 09/25/2009 | 2647 | MINUTES of Proceedings – held before Magistrate Judge Paul J Cleary: Motion Hearing held on 9/25/2009 ; striking/withdrawing document(s); taking motion(s) under advisement; striking/terminating deadline(s)/Hearing(s); granting 2605 Motion to Expedite Ruling (Re: 2459 MOTION for Sanctions *directed to the Cargill defendants for discovery misconduct*, 2034 MOTION for Protective Order *Regarding the Scientific Peer Review Process*, 2000 MOTION to Compel *Production of Documents* ) (Documents Terminated: 2000 MOTION to Compel *Production of Documents*, 2034 MOTION for Protective Order *Regarding the Scientific Peer Review Process* ) (Court Reporter: Glen Dorrough) (kjp, Dpty Clk) (Entered: 09/25/2009) |
| 09/28/2009 | 2648 | ORDER by Judge Gregory K Frizzell ; granting in part and denying in part 2442 Objection to Deposition Designations (hbo, Dpty Clk) (Entered: 09/28/2009) |
| 09/28/2009 | 2649 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, a.m. session held on 9/24/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 1–66). <span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter.</span> (Re: 2645 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 09/28/2009) |
| 09/28/2009 | 2650 | ORDER by Judge Gregory K Frizzell *(John Blake)* (Re: 2442 OBJECTION to Deposition Designations re: depo of Multiple Deponents ) (hbo, Dpty Clk) (Entered: 09/28/2009) |
| 09/28/2009 | 2651 | ORDER by Judge Gregory K Frizzell *(Dwayne Edwards)* (Re: 2442 OBJECTION to Deposition Designations re: depo of Multiple Deponents ) (hbo, Dpty Clk) (Entered: 09/28/2009) |
| 09/28/2009 | 2652 | ORDER by Judge Gregory K Frizzell *(Martin Maner)* (Re: 2442 OBJECTION to Deposition Designations re: depo of Multiple Deponents ) (hbo, Dpty Clk) (Entered: 09/28/2009) |
| 09/28/2009 | 2653 | ORDER by Judge Gregory K Frizzell *(Ray Wear)* (Re: 2442 OBJECTION to Deposition Designations re: depo of Multiple Deponents ) (JLE, Chambers) (Entered: 09/28/2009) |
| 09/28/2009 | 2654 | ORDER by Judge Gregory K Frizzell *(Archie Schaffer)* (Re: 2442 OBJECTION to Deposition Designations re: depo of Multiple Deponents ) (JLE, Chambers) (Entered: 09/28/2009) |
| 09/28/2009 | 2655 | ORDER by Judge Gregory K Frizzell *(Steven Patrick)* (Re: 2442 OBJECTION to Deposition Designations re: depo of Multiple Deponents ) (JLE, Chambers) (Entered: 09/28/2009) |
| 09/28/2009 | 2656 | OBJECTION *to Certain References Made in the Tyson Defendants' Opening Statement* by Oklahoma, State of (Moll, Ingrid) (Entered: 09/28/2009) |

| 09/29/2009 | 2657 | ORDER by Judge Gregory K Frizzell *(Gabriel Timby)* (Re: 2442 OBJECTION to Deposition Designations re: depo of Multiple Deponents ) (hbo, Dpty Clk) (Entered: 09/29/2009) |
|---|---|---|
| 09/29/2009 | 2658 | MINUTE ORDER by Judge Gregory K Frizzell *The State's Objection to Certain References Made in the Tyson Defendants' Opening Statement* 2656 *must be overruled as untimely, although the objections are accurate. Said defendant is reminded of this Court's in limine rulings.* (GKFJ, Judge) (Entered: 09/29/2009) |
| 09/30/2009 | 2661 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 10/1/2009 at 09:30 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler & Brian Neil) (hbo, Dpty Clk) (Entered: 10/01/2009) |
| 10/01/2009 | 2659 | BRIEF *Regarding the Admission of Public Records Pursuant to Fed R Evid 803(8)(C)* by Oklahoma, State of (Moll, Ingrid) (Entered: 10/01/2009) |
| 10/01/2009 | 2660 | Supplemental TRIAL BRIEF by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Tucker, John) (Entered: 10/01/2009) |
| 10/01/2009 | 2662 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial held on 9–30–09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 365–496). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2661 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/01/2009) |
| 10/01/2009 | 2663 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 10/5/2009 at 09:30 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler & Brian Neil) (hbo, Dpty Clk) (Entered: 10/02/2009) |
| 10/02/2009 | 2664 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial Proceedings – Volume III – AM held on 9/30/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 272–364). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2661 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/02/2009) |
| 10/02/2009 | 2665 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial Proceedings – Volume VI – PM held on 10/1/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 595–757). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 |

| | | |
|---|---|---|
| | | calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2663 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/02/2009) |
| 10/02/2009 | 2666 | Agreed DEPOSITION DESIGNATIONS re: depo of Donald Dalton by Oklahoma, State of (With attachments) (Garren, Richard) (Entered: 10/02/2009) |
| 10/02/2009 | 2667 | NOTICE (re testimony of witnesses by deposition) by Oklahoma, State of (Riggs, Melvin) (Entered: 10/02/2009) |
| 10/02/2009 | 2668 | BRIEF *Regarding the Public Records Exception to the Hearsay Rule Pursuant to Federal Rule of Evidence 803(8)(C)* by All Defendants (With attachments) (Jorgensen, Jay) (Entered: 10/02/2009) |
| 10/03/2009 | 2669 | RESPONSE (Re: 2660 Trial Brief, ) by Oklahoma, State of (With attachments) (Moll, Ingrid) (Entered: 10/03/2009) |
| 10/05/2009 | 2670 | Supplemental TRIAL BRIEF by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 10/05/2009) |
| 10/05/2009 | 2671 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial held on 10/1/09 before Judge Terence Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 497–594). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2663 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 10/6/2009 to change page numbering to 497–594 (tjc, Dpty Clk). Modified on 10/9/2009 to reflect correct name of Judge (tjc, Dpty Clk). Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/05/2009) |
| 10/05/2009 | 2672 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 10/6/2009 at 09:30 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 10/06/2009) |
| 10/06/2009 | 2673 | TRANSCRIPT of Proceedings (Unredacted) of motion hearing held on 09/25/2009 before Magistrate Judge Paul J Cleary (Court Reporter: Glen Dorrough) (Pages: 1–70). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2647 Minutes of Motion Hearing, Striking/Withdrawing Document(s), Taking Motion(s) Under Advisement, Striking/Terminating Deadline(s)/Hearing(s), Ruling on Motion to Expedite Ruling) (grd, Crt Rptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/06/2009) |

| 10/06/2009 | 2674 | ORDER by Judge Gregory K Frizzell *(Re Witness Donald Dalton)* (Re: 2442 OBJECTION to Deposition Designations re: depo of Multiple Deponents ) (hbo, Dpty Clk) (Entered: 10/06/2009) |
| --- | --- | --- |
| 10/06/2009 | 2675 | Joint RESPONSE in Opposition to Motion (Re: 2623 MOTION to Reconsider *Order Granting in Part and Denying in Part DKT 2407* ) by All Defendants ; (With attachments) (Jorgensen, Jay) (Entered: 10/06/2009) |
| 10/06/2009 | 2676 | MOTION to Strike Portions of State's Exhibit 3351 by All Defendants (With attachments) (Jorgensen, Jay) (Entered: 10/06/2009) |
| 10/06/2009 | 2678 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 10/7/2009 at 09:30 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 10/07/2009) |
| 10/07/2009 | 2677 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial p.m. session held on 10/5/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 868–1017). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2672 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) (lml, Dpty Clk). Modified on 10/16/2009 to replace pages 945 & 983 (lml, Dpty Clk). Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/07/2009) |
| 10/07/2009 | 2687 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 10/8/2009 at 09:30 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 10/13/2009) |
| 10/08/2009 | 2679 | TRANSCRIPT ORDER FORM (Transcripts are not necessary or are already on file ) (Re: 2618 Notice of Appeal to Circuit Court,,,, ) by Cherokee Nation (Hammons, A) (Entered: 10/08/2009) |
| 10/08/2009 | 2680 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial held on 10–6–09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 1018–1105). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2678 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/08/2009) |
| 10/08/2009 | 2688 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 10/13/2009 at 09:30 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 10/13/2009) |

| 10/09/2009 | 2681 | CLERK'S RECORD on Appeal Sent to Circuit Court (Re: 2618 Notice of Appeal to Circuit Court,,,, ) (sjm, Dpty Clk) (Entered: 10/09/2009) |
|---|---|---|
| 10/09/2009 | 2682 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume VII – AM held on 10/5/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 758–867). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2672 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/09/2009) |
| 10/09/2009 | 2683 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume X – PM held on 10/6/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 1106–1237). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2678 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/09/2009) |
| 10/12/2009 | 2684 | Supplemental TRIAL BRIEF by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Tucker, John) (Entered: 10/12/2009) |
| 10/12/2009 | 2685 | MINUTE ORDER by Judge Gregory K Frizzell *Defendants' objections to Plaintiff's Exhibits 335 and 336 are overruled. Defendants concede that Tyson, Cargill, Simmons, George's & Peterson Farms placed the advertisements after the private mediation failed and the Attorney General had publicly accused defendants of failing to negotiate in good faith. The statements were not made in settlement negotiations but in the context of competing pre–trial public relations campaigns. As the case is not being tried to a jury, this court can determine the proper weight to give the Exhibits.* (GKFJ, Judge) (Entered: 10/12/2009) |
| 10/13/2009 | 2686 | Supplemental TRIAL BRIEF by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Tucker, John) (Entered: 10/13/2009) |
| 10/13/2009 | 2689 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial held on October 8, 2009 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 1588–1699). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: |

| | | 2688 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s) (tdb, Crt Rptr) (lml, Dpty Clk). Modified on 10/16/2009 to replace page 1598 (lml, Dpty Clk). Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/13/2009) |
|---|---|---|
| 10/13/2009 | 2690 | RESPONSE in Opposition to Motion (Re: 2640 MOTION to Quash *Subpoena and Brief in Support* ) by Oklahoma, State of ; (With attachments) (Moll, Ingrid) (Entered: 10/13/2009) |
| 10/13/2009 | 2691 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial held on 10/7/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 1238–1324). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2687 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) (lml, Dpty Clk). Modified on 10/16/2009 to replace cover page (lml, Dpty Clk). Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/13/2009) |
| 10/13/2009 | 2692 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume XII – PM held on 10/7/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 1325–1464). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2687 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/13/2009) |
| 10/13/2009 | 2693 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume XIII – AM held on 10/8/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 1465–1587). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2688 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/13/2009) |
| 10/13/2009 | 2699 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 10/14/2009 at 09:30 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 10/15/2009) |
| 10/14/2009 | 2694 | RESPONSE (Re: 2684 Trial Brief, ) by Oklahoma, State of (Moll, Ingrid) (Entered: 10/14/2009) |

| 10/14/2009 | 2695 | Joint SUPPLEMENT *Pretrial Order entered on September 24, 2009* (Re: 2641 Pretrial Order ) by Oklahoma, State of, All Defendants (With attachments) (Bullock, Louis) Modified on 10/15/2009 to correct event (tjc, Dpty Clk). (Entered: 10/14/2009) |
|---|---|---|
| 10/14/2009 | 2696 | NOTICE Notice Regarding Disclosure for Dr. Michael Smolen by Oklahoma, State of (Nance, Robert) (Entered: 10/14/2009) |
| 10/14/2009 | 2697 | SUPPLEMENT (Re: 2641 Pretrial Order ) by Oklahoma, State of, Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 10/14/2009) |
| 10/14/2009 | 2700 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 10/15/2009 at 09:30 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 10/15/2009) |
| 10/15/2009 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Motion to Supplement); Correction: Edited docket text to reflect the correct event (Supplement) (Re: 2695 Joint MOTION to Supplement *Pretrial Order entered on September 24, 2009* ) (tjc, Dpty Clk) (Entered: 10/15/2009) |
| 10/15/2009 | 2698 | ORDER by Magistrate Judge Paul J Cleary ; denying 2640 Motion to Quash (kjp, Dpty Clk) (Entered: 10/15/2009) |
| 10/15/2009 | 2701 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Volume XVI, pm held on 10–13–09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 1738–1893). <span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter.</span> (Re: 2699 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/15/2009) |
| 10/15/2009 | 2702 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Volume XVII, a.m. held on 10–14–09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 1894–1978). <span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter.</span> (Re: 2700 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/15/2009) |
| 10/15/2009 | 2703 | ATTORNEY APPEARANCE by Philard Leaon Rounds, Jr on behalf of Snake Creek Marina (Rounds, Philard) (Entered: 10/15/2009) |
| 10/15/2009 | 2704 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 10/19/2009 at 09:30 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian |

| | | Neil) (hbo, Dpty Clk) (Entered: 10/16/2009) |
|---|---|---|
| 10/18/2009 | 2705 | Supplemental TRIAL BRIEF by Oklahoma, State of (Moll, Ingrid) (Entered: 10/18/2009) |
| 10/19/2009 | 2706 | TRANSCRIPT of Proceedings (Unredacted) of Pretrial Motion Hearing held on 9/23/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 1–20). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2642 Minutes of Motion Hearing, Minutes of Pretrial Conference, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion in Limine, Ruling on Joinder in Motion) (bpn, CrtRptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/19/2009) |
| 10/19/2009 | 2707 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume XV held on 10/13/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 1700–1737). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2699 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/19/2009) |
| 10/19/2009 | 2708 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume XVIII held on 10/14/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 1979–2120). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2700 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/19/2009) |
| 10/19/2009 | 2709 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume XX held on 10/15/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 2201–2359). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2704 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/19/2009) |

| | | |
|---|---|---|
| 10/19/2009 | 2710 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Volume XIX, a.m. session held on 10/15/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 2121–2200). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2704 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/19/2009) |
| 10/19/2009 | 2711 | BRIEF *Regarding the Admissibility of Documents to Demonstrate Notice and/or Knowledge* by Oklahoma, State of (Moll, Ingrid) (Entered: 10/19/2009) |
| 10/19/2009 | 2716 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 10/20/2009 at 09:30 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 10/22/2009) |
| 10/20/2009 | 2712 | RESPONSE (Re: 2705 Trial Brief ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal-Maine Foods, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Tucker, John) (Entered: 10/20/2009) |
| 10/20/2009 | 2713 | Supplemental TRIAL BRIEF *Regarding Inadmissible Prior Hearsay Statements of a Testifying Witness* by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal-Maine Foods, Inc., Cal-Maine Foods, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Jorgensen, Jay) Modified on 10/21/2009 to add text to reflect correct event (sac, Dpty Clk). (Entered: 10/20/2009) |
| 10/20/2009 | 2714 | BRIEF *Regarding Admissions by Party–Opponents Under Fed. R. Evid. 801(d)(2)* by Oklahoma, State of (Moll, Ingrid) (Entered: 10/20/2009) |
| 10/20/2009 | 2715 | REPLY to Response to Motion (Re: 2623 MOTION to Reconsider *Order Granting in Part and Denying in Part DKT 2407* ) by Oklahoma, State of ; (Moll, Ingrid) (Entered: 10/20/2009) |
| 10/20/2009 | 2717 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 10/21/2009 at 09:30 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 10/22/2009) |
| 10/21/2009 | | NOTICE of Docket Entry Modification; Error: selected wrong event (Brief); Correction: changed text to reflect correct brief (Trial Brief) (Re: 2713 Brief, ) (sac, Dpty Clk) (Entered: 10/21/2009) |
| 10/21/2009 | 2718 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 10/22/2009 at 09:30 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 10/22/2009) |
| 10/22/2009 | 2719 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 11/2/2009 at |

| | | 09:30 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 10/22/2009) |
|---|---|---|
| 10/22/2009 | 2720 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Volume XXI held on 10–19–09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 2360–2428). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2716 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/22/2009) |
| 10/22/2009 | 2721 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Volume XXIV, p.m. held on 10–20–09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 2680–2787). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2717 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 10/23/2009 to change ending page number from 2789 to 2787 (sac, Dpty Clk). Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/22/2009) |
| 10/22/2009 | 2722 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Volume XXVI, p.m. held on 10/21/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 2383–3016). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2718 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/22/2009) |
| 10/22/2009 | 2723 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Volume XXVII, a.m. held on 10/22/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 3017–3108). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2719 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/22/2009) |
| 10/26/2009 | 2724 | RESPONSE in Opposition to Motion (Re: 2676 MOTION to Strike Portions of |

| | | State's Exhibit 3351 ) by Oklahoma, State of ; (Moll, Ingrid) (Entered: 10/26/2009) |
|---|---|---|
| 10/27/2009 | 2725 | TRANSCRIPT of Proceedings (Unredacted) of motion hearing held on 9/23/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 1–69). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2642 Minutes of Motion Hearing, Minutes of Pretrial Conference, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion in Limine, Ruling on Joinder in Motion) (tdb, Crt Rptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 10/27/2009) |
| 10/29/2009 | 2726 | RESPONSE (Re: 2714 Brief ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (Tucker, John) (Entered: 10/29/2009) |
| 11/02/2009 | 2727 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume XXII held on 10/19/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 2429–2570). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2716 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/02/2009) |
| 11/02/2009 | 2728 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume XXIII held on 10/20/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 2571–2679). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2717 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/02/2009) |
| 11/02/2009 | 2729 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume XXV held on 10/21/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 2788–2882). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2718 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, |

| | | CrtRptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/02/2009) |
|---|---|---|
| 11/02/2009 | 2730 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume XXVIII held on 10/22/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 3109–3193). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2719 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/02/2009) |
| 11/02/2009 | 2732 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 11/3/2009 at 09:30 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 11/04/2009) |
| 11/03/2009 | 2731 | REPLY (Re: 2705 Trial Brief ) by Oklahoma, State of (Moll, Ingrid) (Entered: 11/03/2009) |
| 11/03/2009 | 2733 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 11/4/2009 at 09:30 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 11/04/2009) |
| 11/04/2009 | 2734 | OPINION AND ORDER by Magistrate Judge Paul J Cleary ; setting/resetting deadline(s)/hearing(s): *Brief and Affidavit due 12/4/09;* ( Miscellaneous Deadline set for 12/4/2009); granting in part and denying in part 2459 Motion for Sanctions (kjp, Dpty Clk) (Entered: 11/04/2009) |
| 11/04/2009 | 2735 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, volume XXX, pm session held on 11/2/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 3230–3305). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2732 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/04/2009) |
| 11/04/2009 | 2736 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, volume XXXI, a.m. session held on 11/3/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 3306–3379). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2733 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, |

| | | |
|---|---|---|
| | | Crt Rptr) Modified on 2/2/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/04/2009) |
| 11/04/2009 | 2739 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 11/5/2009 at 09:30 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 11/09/2009) |
| 11/05/2009 | 2740 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 11/9/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 11/09/2009) |
| 11/06/2009 | <u>2737</u> | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial held on 11/3/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 3380–3503). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2733 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/16/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/06/2009) |
| 11/06/2009 | <u>2738</u> | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume XXIX – AM held on 11/2/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 3194–3229). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2732 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/16/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/06/2009) |
| 11/09/2009 | <u>2741</u> | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. XXXIII, a.m. held on 11/4/2009 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 3504–3590). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2739 Minutes of Nonjury Trial, SettingSetting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/16/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/09/2009) |
| 11/09/2009 | <u>2742</u> | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. XXXVI, p.m. held on 11/5/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 3884–4031). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to |

| | | the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2740 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/16/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/09/2009) |
|---|---|---|
| 11/09/2009 | 2743 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 11/10/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 11/12/2009) |
| 11/10/2009 | 2744 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 11/12/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 11/12/2009) |
| 11/12/2009 | 2745 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Volume XXXVIII held on 11/9/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 4161–4320). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2743 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/16/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/12/2009) |
| 11/12/2009 | 2746 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Volume XXXIX, a.m. session held on 11/10/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 4321–4436). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2744 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/16/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/12/2009) |
| 11/12/2009 | 2747 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 11/16/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) Modified on 11/18/2009 to correct file date(hbo, Dpty Clk). (Entered: 11/13/2009) |
| 11/16/2009 | 2748 | MOTION REQUIRE PROFFER REGARDING THE SCOPE OF TESTIMONY OF DR. ROGER OLSEN by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. (Jorgensen, Jay) (Entered: 11/16/2009) |
| 11/16/2009 | 2750 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 11/17/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian |

| | | Neil) (hbo, Dpty Clk) (Entered: 11/18/2009) |
|---|---|---|
| 11/17/2009 | 2749 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. XLII, p.m. held on 11/12/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 4750–4874). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2747 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/16/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/17/2009) |
| 11/17/2009 | 2751 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 11/18/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 11/18/2009) |
| 11/18/2009 | 2759 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 11/19/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 11/19/2009) |
| 11/19/2009 | 2752 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume XXXIV held on 11/4/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 3591–3776). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2739 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/17/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/19/2009) |
| 11/19/2009 | 2753 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume XXXV held on 11/5/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 3777–3883). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2740 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/17/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/19/2009) |
| 11/19/2009 | 2754 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume XXXVII held on 11/9/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 4032–4160). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the |

| | | |
|---|---|---|
| | | transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2743 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/17/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/19/2009) |
| 11/19/2009 | 2755 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume XL held on 11/10/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 4437–4628). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2744 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/17/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/19/2009) |
| 11/19/2009 | 2756 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume XLI held on 11/12/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 4629–4749). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2747 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/17/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/19/2009) |
| 11/19/2009 | 2757 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume XLIII held on 11/16/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 4875–5008). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2750 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/17/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/19/2009) |
| 11/19/2009 | 2758 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume XLVI held on 11/17/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 5245–5400). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2751 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 2/17/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/19/2009) |

| 11/19/2009 | 2760 | TRANSCRIPT of Proceedings (Unredacted) of nonjurytrial, Vol. XLIV, p.m. held on 11/16/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 5009–5140). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2750 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/17/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/19/2009) |
|---|---|---|
| 11/19/2009 | 2761 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. XLV, a.m. session held on 11/17/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 5141–5244). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2751 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/17/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/19/2009) |
| 11/19/2009 | 2762 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. XLVIII, p.m. session held on 11/18/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 5501–5615). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2759 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/17/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/19/2009) |
| 11/19/2009 | 2763 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 11/23/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 11/20/2009) |
| 11/20/2009 | 2764 | MOTION to Exclude Testimony of Dr. Indrajeet Chaubey by All Defendants (With attachments) (Jorgensen, Jay) (Entered: 11/20/2009) |
| 11/23/2009 | 2765 | ORDER by Judge Gregory K Frizzell (Re: 2442 OBJECTION to Deposition Designations re: depo of Multiple Deponents ) (cds, Dpty Clk) (Entered: 11/23/2009) |
| 11/23/2009 | 2766 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held ; setting/resetting deadline(s)/hearing(s): ; granting in part and denying in part 2764 Motion to Exclude (Court Reporter: Terri Beeler/Brian Neil) (cds, Dpty Clk) Modified on 11/30/2009 to correct file date(hbo, Dpty Clk). (Entered: 11/24/2009) |
| 11/24/2009 | 2767 | |

| | | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. XLIX, a.m. session held on 11/19/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 5616–5701). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2763 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 2/24/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 11/24/2009) |
|---|---|---|
| 11/24/2009 | 2768 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 11/30/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 11/30/2009) |
| 11/30/2009 | 2769 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 12/1/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 11/30/2009) |
| 12/01/2009 | 2770 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. LII, p.m. session held on 11/23/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 5913–6032). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2766 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Exclude) (tdb, Crt Rptr) Modified on 3/1/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/01/2009) |
| 12/01/2009 | 2771 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. LIII, a.m. session held on 11/24/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 6033–6154). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2768 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 12/2/2009 to correct hearing date in entry (lml, Dpty Clk). Modified on 3/1/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/01/2009) |
| 12/01/2009 | 2772 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. 56, p.m. session held on 11/30/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 6299–6448). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the |

| | | |
|---|---|---|
| | | transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2769 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 3/1/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/01/2009) |
| 12/01/2009 | 2773 | BRIEF *Regarding Designations and Objections to Deposition Transcript of Kerry Kinyon* by Oklahoma, State of (With attachments) (Moll, Ingrid) (Entered: 12/01/2009) |
| 12/01/2009 | 2775 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 12/2/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 12/02/2009) |
| 12/02/2009 | 2774 | RESPONSE (Re: 2773 Brief ) by Peterson Farms, Inc. (Longwell, Nicole) (Entered: 12/02/2009) |
| 12/02/2009 | 2776 | MINUTE ORDER by Judge Gregory K Frizzell *The Defendants' Objections to the designations to the deposition transcript of Kerry Kinyon (131:8 – 132:12 and 133:2 – 133:13) and to State's Exhibit 4009 are overruled. The statement of Peterson Farms, Inc.'s Controller, Thomas Bain, is non–hearsay under Fed.R.Evid. 801(d)(2)(D) and the matter is relevant –– a statement by Peterson Farm's Controller reflecting his survey–based understanding that that some growers (perhaps up to 54%) would give their litter away if someone would remove it from their farms, in contrast with Defendants' litigation position that growers value and depend upon litter as a fertilizer or for sale. Any prejudicial effect does not outweigh probative value. Plaintiff's oral motion to strike Peterson Farms' response brief 2774 is denied.* (GKFJ, Judge) (Entered: 12/02/2009) |
| 12/02/2009 | 2777 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 12/3/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 12/03/2009) |
| 12/03/2009 | 2778 | Unopposed MOTION to File Brief in Support of Fees and Expenses Pursuant to Court's November 4, 2009 Order [DKT #2734] Out of Time by Oklahoma, State of (Moll, Ingrid) (Entered: 12/03/2009) |
| 12/03/2009 | 2779 | MINUTE ORDER by Judge Gregory K Frizzell ; finding as moot 2748 Motion for Miscellaneous Relief (GKFJ, Judge) (Entered: 12/03/2009) |
| 12/03/2009 | 2780 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 12/7/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 12/04/2009) |
| 12/04/2009 | 2781 | ORDER by Magistrate Judge Paul J Cleary ; setting/resetting deadline(s)/hearing(s): ( Miscellaneous Deadline set for 12/14/2009); granting 2778 Motion to File Document Out of Time (kjp, Dpty Clk) (Entered: 12/04/2009) |
| 12/07/2009 | 2782 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. 57, a.m. session held on 12/1/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 6449–6566). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to |

| | | request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2775 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 3/8/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/07/2009) |
|---|---|---|
| 12/07/2009 | 2783 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. 59, a.m. session held on 12/2/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 6720–6833). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2777 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 3/8/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/07/2009) |
| 12/07/2009 | 2784 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. 62, p.m. session held on 12/3/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 7170–7328). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2780 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 3/8/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/07/2009) |
| 12/07/2009 | 2785 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 12/8/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 12/08/2009) |
| 12/08/2009 | 2786 | MINUTE ORDER by Judge Gregory K Frizzell *Defendants' Motion to Strike Portions of State's Exhibit 3351 is denied, as the court concludes the Illinois River Cooperative River Basin Resource Base Report is sufficiently trustworthy to be admitted. Alternatively, the motion is denied as untimely, given that the court gave defendants leave on 9/30/09 to look at the document overnight and come back if they wished to excise a portion or portions. The motion was filed 10/6/09, after the Exhibit had been used with two later witnesses* ; denying 2676 Motion to Strike (GKFJ, Judge) (Entered: 12/08/2009) |
| 12/08/2009 | 2787 | MINUTE ORDER by Judge Gregory K Frizzell *Plaintiff's Motion for Reconsideration of the Court's July 24, 2009 Opinion and Order is denied for the reasons set forth in defendants' joint response* ; denying 2443 Motion to Reconsider (GKFJ, Judge) (Entered: 12/08/2009) |
| 12/08/2009 | 2798 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 12/9/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian |

| | | Neal) (hbo, Dpty Clk) (Entered: 12/10/2009) |
|---|---|---|
| 12/09/2009 | 2788 | MINUTE ORDER by Judge Gregory K Frizzell *For the reasons set forth on the record at trial today, the Plaintiff's Motion for Reconsideration of the Court's September 4, 2009 Minute Order is granted* ; granting 2623 Motion to Reconsider (JLE, Chambers) (Entered: 12/09/2009) |
| 12/09/2009 | 2799 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 12/10/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 12/10/2009) |
| 12/10/2009 | 2789 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 47 held on 11/18/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 5401–5500). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2759 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 3/10/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/10/2009) |
| 12/10/2009 | 2790 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 50 held on 11/19/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 5702–5853). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2763 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 3/10/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/10/2009) |
| 12/10/2009 | 2791 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 51 held on 11/23/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 5854–5912). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2766 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Exclude) (bpn, CrtRptr) Modified on 3/10/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/10/2009) |
| 12/10/2009 | 2792 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 54 held on 11/24/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 6155–6184). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the |

| | | transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2768 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 3/10/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/10/2009) |
|---|---|---|
| 12/10/2009 | 2793 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 55 held on 11/30/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 6185–6298). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2769 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 3/10/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/10/2009) |
| 12/10/2009 | 2794 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 58 held on 12/1/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 6567–6719). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2775 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 3/10/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/10/2009) |
| 12/10/2009 | 2795 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 60 held on 12/2/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 6883–7051). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2777 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 3/10/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/10/2009) |
| 12/10/2009 | 2796 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 61 held on 12/3/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 7052–7169). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2780 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 3/10/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/10/2009) |

| | | |
|---|---|---|
| 12/10/2009 | 2797 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 64 held on 12/7/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 7505–7594). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2785 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 3/10/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/10/2009) |
| 12/10/2009 | 2800 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 12/14/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 12/10/2009) |
| 12/10/2009 | 2801 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. 63, a.m. session held on 12/7/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 7329–7504). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2785 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 3/10/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/10/2009) |
| 12/10/2009 | 2802 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Volume 66, p.m. session held on 12/8/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 7715–7862). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2798 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 3/10/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/10/2009) |
| 12/10/2009 | 2803 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Volume 68, p.m. session held on 12/9/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 7970–8032). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2799 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 3/10/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/10/2009) |

| 12/10/2009 | 2804 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Volume 69, a.m. session held on 12/10/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 8033–8130). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2800 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 3/10/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/10/2009) |
| --- | --- | --- |
| 12/12/2009 | 2805 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 65 held on 12/8/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 7595–7714). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2798 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 3/12/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/12/2009) |
| 12/12/2009 | 2806 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 67 held on 12/9/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 7863–7969). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2799 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 3/12/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/12/2009) |
| 12/13/2009 | 2807 | Unopposed MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to File Brief in Support of Fees and Expenses Pursuant to the Court's Nov. 4, 2009 Order (Dkt. #2734)* by Oklahoma, State of (Moll, Ingrid) (Entered: 12/13/2009) |
| 12/14/2009 | 2808 | MINUTE ORDER by Magistrate Judge Paul J Cleary *(Miscellaneous deadline reset for 12/24/2009)* ; setting/resetting deadline(s)/hearing(s): *(Re: Dkt # 2734)* ; granting 2807 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (kjp, Dpty Clk) (Entered: 12/14/2009) |
| 12/14/2009 | 2810 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 12/15/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 12/16/2009) |
| 12/15/2009 | 2809 | ORDER by Judge Gregory K Frizzell *ruling on objections* (Re: 2442 OBJECTION to Deposition Designations re: depo of Multiple Deponents ) (hbo, Dpty Clk) (Entered: 12/15/2009) |

| 12/15/2009 | 2811 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 12/16/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 12/16/2009) |
|---|---|---|
| 12/16/2009 | 2812 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. 70, a.m. held on 12/14/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 8131–8250). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2810 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 3/16/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/16/2009) |
| 12/16/2009 | 2813 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. 72, a.m. session held on 12/15/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 8402–8489). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2811 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 3/16/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/16/2009) |
| 12/16/2009 | 2814 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 12/17/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 12/17/2009) |
| 12/17/2009 | 2815 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Volume 75, p.m. session held on 12/16/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 8713–8864). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2814 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 3/17/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/17/2009) |
| 12/17/2009 | 2819 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 12/21/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 12/18/2009) |
| 12/18/2009 | 2816 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 71 held on 12/14/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 8251–8401). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a |

| | | |
|---|---|---|
| | | Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2810 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 3/19/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/18/2009) |
| 12/18/2009 | 2817 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 73 held on 12/15/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 8490–8620). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2811 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 3/19/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/18/2009) |
| 12/18/2009 | 2818 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 74 held on 12/16/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 8621–8712). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2814 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 3/19/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/18/2009) |
| 12/21/2009 | 2824 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 12/22/2009 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 01/04/2010) |
| 12/22/2009 | 2820 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. 77, p.m. session held on 12/17/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 8971–9044). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2819 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 3/22/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/22/2009) |
| 12/22/2009 | 2825 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 1/4/2010 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian |

| | | Neil) (hbo, Dpty Clk) (Entered: 01/04/2010) |
|---|---|---|
| 12/23/2009 | 2821 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 76 held on 12/17/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 8865–8970). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2819 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 3/23/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 12/23/2009) |
| 12/24/2009 | 2822 | BRIEF *in Support of Fees and Expenses To Be Awarded Pursuant To Court Order [DKT #2734]* by Oklahoma, State of (With attachments) (Moll, Ingrid) (Entered: 12/24/2009) |
| 12/29/2009 | 2823 | ORDER by Judge Gregory K Frizzell *(Derek Smithee)* (Re: 2348 OBJECTION to Deposition Designations ) (JLE, Chambers) (Entered: 12/29/2009) |
| 01/04/2010 | 2826 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. 79, p.m. session held on 12/21/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 9157–9299). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2824 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 4/5/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/04/2010) |
| 01/04/2010 | 2827 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. 80, a.m. session held on 12/22/09 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 9300–9405). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2825 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 4/5/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/04/2010) |
| 01/04/2010 | 2828 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 78 held on 12/21/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 9045–9156). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2824 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, |

| | | |
|---|---|---|
| | | CrtRptr) Modified on 4/5/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/04/2010) |
| 01/04/2010 | 2829 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 81 held on 12/22/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 9406–9455). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2825 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 4/5/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/04/2010) |
| 01/04/2010 | 2830 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 1/5/2010 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 01/05/2010) |
| 01/05/2010 | 2831 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 1/6/2010 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 01/06/2010) |
| 01/06/2010 | 2832 | MOTION to Withdraw Attorney(s) *Melissa Collins* by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 01/06/2010) |
| 01/06/2010 | 2833 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 1/7/2010 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 01/06/2010) |
| 01/07/2010 | 2834 | MINUTE ORDER by Judge Gregory K Frizzell ; ; granting 2832 Motion to Withdraw Attorney(s) (JLE, Chambers) (Entered: 01/07/2010) |
| 01/07/2010 | 2835 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. 83, P.M. session held on 1/4/10 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 9581–9725). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2830 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 4/7/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/07/2010) |
| 01/07/2010 | 2836 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury trial, Vol. 85, P.M. session held on 1/5/10 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 9856–9997). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court |

| | | public terminal at no charge or may purchase a copy from the court reporter. (Re: 2831 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s) (tdb, Crt Rptr) Modified on 4/7/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/07/2010) |
|---|---|---|
| 01/07/2010 | 2837 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. 86, A.M. session held on 1/6/10 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 9998–10127). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2833 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 4/7/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/07/2010) |
| 01/07/2010 | 2838 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 1/11/2010 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 01/08/2010) |
| 01/08/2010 | 2839 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 65 held on 12/8/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 7595–7714). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2798 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 4/8/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/08/2010) |
| 01/08/2010 | 2840 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 67 held on 12/9/2009 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 7863–7969). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2799 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 4/8/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/08/2010) |
| 01/08/2010 | 2841 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 82 held on 1/4/2010 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 9456–9580). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court |

| | | |
|---|---|---|
| | | public terminal at no charge or may purchase a copy from the court reporter. (Re: 2830 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 4/8/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/08/2010) |
| 01/08/2010 | 2842 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 84 held on 1/5/2010 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 9726–9855). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2831 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 4/8/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/08/2010) |
| 01/08/2010 | 2843 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 87 held on 1/6/2010 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 10128–10219). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2833 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 4/8/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/08/2010) |
| 01/08/2010 | 2844 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 89 held on 1/7/2010 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 10316–10427). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2838 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 4/8/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/08/2010) |
| 01/08/2010 | 2845 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to respond to Dkt 2822 – State's Brief in Support of Fees and Expenses to be Awarded pursuant to Court Order Dkt (2734)* (Re: 2822 Brief ) by Cargill, Inc., Cargill Turkey Production, LLC (Tucker, John) (Entered: 01/08/2010) |
| 01/11/2010 | 2846 | ORDER by Judge Gregory K Frizzell *(Ruling on Objections Re Defendant Witness Terry Peach)* (Re: 2442 OBJECTION to Deposition Designations re: depo of Multiple Deponents ) (hbo, Dpty Clk) (Entered: 01/11/2010) |
| 01/11/2010 | 2847 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. 88, A.M. session held on 1/7/10 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 10220–10315). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to |

| | | |
|---|---|---|
| | | request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2838 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 4/12/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/11/2010) |
| 01/11/2010 | 2848 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 1/12/2010 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 01/12/2010) |
| 01/12/2010 | 2849 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Cleary (Re: 2845 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to respond to Dkt 2822 – State's Brief in Support of Fees and Expenses to be Awarded pursuant to Court Order Dkt (2734)* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to respond to Dkt 2822 – State's Brief in Support of Fees and Expenses to be Awarded pursuant to Court Order Dkt (2734)* ) (hbo, Dpty Clk) (Entered: 01/12/2010) |
| 01/12/2010 | 2850 | ORDER by Magistrate Judge Paul J Cleary *Extending Deadline for Response Brief pursuant to Order # 2734 (Response Brief due 2/4/2010)* ; granting 2845 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 2822 Brief ) (kjp, Dpty Clk) (Entered: 01/12/2010) |
| 01/12/2010 | 2851 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 1/13/2010 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 01/13/2010) |
| 01/13/2010 | 2852 | TRANSCRIPT of Proceedings (Unredacted) of NONJURY TRIAL, VOL. 91, P.M. SESSION held on 1/11/10 before Judge Gregory K Frizzell (Court Reporter: TERRI BEELER) (Pages: 10559–10731). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2848 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 4/13/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/13/2010) |
| 01/13/2010 | 2853 | TRANSCRIPT of Proceedings (Unredacted) of NONJURY TRIAL, VOL. 92, A.M. SESSION held on 1/12/10 before Judge Gregory K Frizzell (Court Reporter: TERRI BEELER) (Pages: 10732–10846). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2851 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 4/13/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/13/2010) |

| 01/13/2010 | 2854 | BRIEF *Regarding Proposed Rebuttal Testimony* by Oklahoma, State of (Moll, Ingrid) (Entered: 01/13/2010) |
|---|---|---|
| 01/13/2010 | 2855 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 90 held on 1/11/2010 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 10428–10558). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2848 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 4/13/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/13/2010) |
| 01/13/2010 | 2856 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 93 held on 1/12/2010 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 10847–10963). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2851 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 1/14/2010 to correct page number (lml, Dpty Clk). Modified on 4/13/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/13/2010) |
| 01/13/2010 | 2857 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 1/14/2010 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 01/14/2010) |
| 01/14/2010 | 2858 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, setting/resetting deadline(s)/hearing(s): ( Nonjury Trial set for 1/25/2010 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Terri Beeler, Brian Neil) (hbo, Dpty Clk) (Entered: 01/14/2010) |
| 01/14/2010 | 2859 | TRANSCRIPT of Proceedings (Unredacted) NONJURY TRIAL, VOL. 94, A.M. SESSION held on 1/13/10 before Judge Gregory K Frizzell (Court Reporter: TERRI BEELER) (Pages: 10964–11096). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2857 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 4/14/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/14/2010) |
| 01/15/2010 | 2860 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 95 held on 1/13/2010 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 11097–11193). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request |

| | | |
|---|---|---|
| | | redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2857 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s) (bpn, CrtRptr) Modified on 4/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/15/2010) |
| 01/15/2010 | 2861 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 96 held on 1/14/2010 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 11194–11277). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2858 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s) (bpn, CrtRptr) Modified on 4/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/15/2010) |
| 01/21/2010 | 2862 | MOTION to Withdraw Attorney(s) *Philip D. Hixon* by Peterson Farms, Inc. (McDaniel, Archer) (Entered: 01/21/2010) |
| 01/22/2010 | 2863 | ORDER by Judge Gregory K Frizzell ; terminating attorney Philip D Hixon ; granting 2862 Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 01/22/2010) |
| 01/25/2010 | 2864 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held *, continued to following day*, setting/resetting scheduling order date(s): ( Nonjury Trial set for 1/26/2010 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Brian Neil, Terri Beeler) (pll, Dpty Clk) (Entered: 01/25/2010) |
| 01/26/2010 | 2865 | MINUTE ORDER by Judge Gregory K Frizzell *Following the close of evidence, any remaining objections to deposition designations pertaining to depositions not presented at trial are moot* ; finding as moot 2348 Objection to Deposition Designations (GKFJ, Judge) (Entered: 01/26/2010) |
| 01/26/2010 | 2866 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury trial, Vol. 98, p.m. session held on 1/25/10 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 11389–11558). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2864 Minutes of Nonjury Trial, Setting/Resetting Scheduling Order Date(s)) (tdb, Crt Rptr) Modified on 5/11/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/26/2010) |
| 01/26/2010 | 2869 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial held, striking/terminating deadline(s)/Hearing(s) (Court Reporter: Terri Beeler) (cds, Dpty Clk) (Entered: 01/27/2010) |
| 01/27/2010 | 2867 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 97 held on 1/25/2010 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: |

| | | |
|---|---|---|
| | | 11278–11388). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2864 Minutes of Nonjury Trial, Setting/Resetting Scheduling Order Date(s)) (bpn, CrtRptr) Modified on 5/11/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/27/2010) |
| 01/27/2010 | 2868 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW by All Defendants (With attachments) (Jorgensen, Jay) (Entered: 01/27/2010) |
| 01/29/2010 | 2870 | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 95 held on 1/13/2010 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 11097–11193). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2857 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s)) (bpn, CrtRptr) Modified on 5/11/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 01/29/2010) |
| 02/02/2010 | 2871 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Vol. 99, AM session held on 1/26/10 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 11559–11605). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2869 Minutes of Nonjury Trial, Striking/Terminating Deadline(s)/Hearing(s)) (tdb, Crt Rptr) Modified on 5/11/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 02/02/2010) |
| 02/04/2010 | 2872 | BRIEF *in response to Dkt 2822 Plaintiff's Brief in Support of Fees and Expenses* (Re: 2822 Brief ) by Cargill, Inc., Cargill Turkey Production, LLC (With attachments) (Tucker, John) (Entered: 02/04/2010) |
| 02/05/2010 | 2873 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW by Oklahoma, State of (With attachments) (Moll, Ingrid) (Entered: 02/05/2010) |
| 02/05/2010 | 2874 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW by All Defendants (With attachments) (Jorgensen, Jay) (Entered: 02/05/2010) |
| 02/05/2010 | 2875 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW by Cal–Maine Foods, Inc. (Sanders, Robert) (Entered: 02/05/2010) |
| 02/06/2010 | 2876 | ERRATA/CORRECTION (Re: 2874 Proposed Findings of Fact and Conclusions of Law ) by All Defendants (With attachments) (Jorgensen, Jay) (Entered: 02/06/2010) |
| 02/10/2010 | 2877 | MINUTE ORDER by Judge Gregory K Frizzell *Closing arguments set for 2–11–2010 are stricken and reset*, setting/resetting deadline(s)/hearing(s): ( |

| | | Miscellaneous Hearing set for 2/18/2010 at 09:00 AM before Judge Gregory K Frizzell) (hbo, Dpty Clk) (Entered: 02/10/2010) |
|---|---|---|
| 02/17/2010 | 2878 | FINDINGS OF FACT AND CONCLUSIONS OF LAW by Judge Gregory K Frizzell, ORDER by Judge Gregory K Frizzell (JLE, Chambers) (Entered: 02/17/2010) |
| 02/17/2010 | 2879 | JUDGMENT by Judge Gregory K Frizzell (Re: 2878 Findings of Fact & Conclusions of Law, Order ) (JLE, Chambers) (Entered: 02/17/2010) |
| 02/18/2010 | 2880 | MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY BRIEF PURSUANT TO THE COURTS NOVEMBER 4, 2009 ORDER [DKT. #2734] (Re: 2822 Brief ) by Oklahoma, State of (Moll, Ingrid) (Entered: 02/18/2010) |
| 02/18/2010 | 2881 | MINUTE ORDER by Judge Gregory K Frizzell, referring motion(s) to Magistrate Judge Cleary (Re: 2880 MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY BRIEF PURSUANT TO THE COURTS NOVEMBER 4, 2009 ORDER [DKT. #2734] ) (hbo, Dpty Clk) (Entered: 02/18/2010) |
| 02/18/2010 | 2882 | RESPONSE in Opposition to Motion (Re: 2880 MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY BRIEF PURSUANT TO THE COURTS NOVEMBER 4, 2009 ORDER [DKT. #2734] ) by Cargill, Inc., Cargill Turkey Production, LLC ; (Tucker, John) (Entered: 02/18/2010) |
| 02/19/2010 | 2883 | JUDGMENT by Judge Gregory K Frizzell *Judgment on Partial Findings for defendants on 1 state law nuisance per se, 2 violation of Resource Conservation & Recovery Act & 3 Bacteria from land−applied poultry litter polluted the water of the Illinois River Watershed & pose a risk to human health* (hbo, Dpty Clk) (Entered: 02/19/2010) |
| 02/19/2010 | 2884 | FINDINGS OF FACT AND CONCLUSIONS OF LAW by Judge Gregory K Frizzell *re: State law public nuisance & state Law nuisance per se, Violation of Resource Conservation & Recovery Act, Federal common law nuisance, trespass & violations of 27A Okla. Stat. 2−6−105 & 2 Okla. Stat. 2−18.1* (Re: 2883 Judgment, ) (hbo, Dpty Clk) (Entered: 02/19/2010) |
| 02/20/2010 | 2885 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Nonjury Trial completed on 2/28/2010, setting/resetting deadline(s)/hearing(s): ( Miscellaneous Deadline set for 3/1/2010), taking case under advisement (Court Reporter: Terri Beeler, Brian Neil) (With attachments) (hbo, Dpty Clk) Modified file on 12/28/2010 for CJRA Report purposes (a−hc, Dpty Clk). (Entered: 02/22/2010) |
| 02/23/2010 | 2886 | TRANSCRIPT of Proceedings (Unredacted) of nonjury trial, Volume 100, AM session held on 2/18/10 before Judge Gregory K Frizzell (Court Reporter: Terri Beeler) (Pages: 11606−11714). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2885 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s), Taking Case Under Advisement) (tdb, Crt Rptr) Modified on 5/24/2010 to remove transcript access restriction (a−hc, Dpty Clk). (Entered: 02/23/2010) |
| 02/24/2010 | 2887 | |

|  |  | TRANSCRIPT of Proceedings (Unredacted) of Nonjury Trial – Volume 101 held on 2/18/2010 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 11715–11889). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2885 Minutes of Nonjury Trial, Setting/Resetting Deadline(s)/Hearing(s), Taking Case Under Advisement) (bpn, CrtRptr) Modified on 5/25/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 02/24/2010) |
| 02/24/2010 | 2888 | MINUTE ORDER by Magistrate Judge Paul J Cleary *extending deadline for filing Reply Brief Re Fees and Expenses to February 25, 2010* ; setting/resetting deadline(s)/hearing(s): ; granting 2880 Motion for Miscellaneous Relief (kjp, Dpty Clk) (Entered: 02/24/2010) |
| 02/24/2010 | 2889 | REPLY (Re: 2822 Brief ) by Oklahoma, State of (With attachments) (Moll, Ingrid) (Entered: 02/24/2010) |
| 03/01/2010 | 2890 | Supplemental PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW by Oklahoma, State of (Bullock, Louis) (Entered: 03/01/2010) |
| 03/01/2010 | 2891 | Supplemental PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW by All Defendants (With attachments) (Jorgensen, Jay) (Entered: 03/01/2010) |
| 03/03/2010 | 2892 | NOTICE of Firm Name Change by Peterson Farms, Inc. (McDaniel, Archer) (Entered: 03/03/2010) |
| 05/11/2010 | 2893 | MOTION to Withdraw Attorney(s) *Claire Xidis* by Oklahoma, State of (Garren, Richard) (Entered: 05/11/2010) |
| 05/11/2010 | 2894 | ORDER by Judge Gregory K Frizzell ; terminating attorney Elizabeth Claire Xidis ; granting 2893 Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 05/11/2010) |
| 07/02/2010 | 2895 | ATTORNEY APPEARANCE by Ronald L Walker on behalf of Katherine Brown, Kermit Brown (Walker, Ronald) (Entered: 07/02/2010) |
| 07/02/2010 | 2896 | MOTION to Withdraw Attorney(s) by Katherine Brown, Kermit Brown (Campney, A) (Entered: 07/02/2010) |
| 07/02/2010 | 2897 | ORDER by Judge Gregory K Frizzell ; terminating attorney A Michelle Campney ; granting 2896 Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 07/02/2010) |
| 07/27/2010 | 2898 | NOTICE of Change in Relevant Authority by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc., Cal–Maine Foods, Inc., George's, Inc., George's Farms, Inc., Peterson Farms, Inc., Simmons Foods, Inc. (With attachments) (Jorgensen, Jay) (Entered: 07/27/2010) |
| 07/29/2010 |  | MAIL to Richard E. Parker, 34996 S 502 Rd, Park Hill, OK 74451 Returned – marked box closed, unable to forward, return to sender, address changed to unknown in system.. (Re: 2897 Order, Adding/Terminating Attorney(s), Ruling on Motion to Withdraw Attorney(s) ) (sdc, Dpty Clk) (Entered: 07/29/2010) |

| 07/29/2010 | | MAIL to Donna S. Parker, 34996 S 502 Rd, Park Hill, OK 74451 Returned – marked box closed, unable to forward, return to sender, changed address to unknown in system. (Re: 2897 Order, Adding/Terminating Attorney(s), Ruling on Motion to Withdraw Attorney(s) ) (sdc, Dpty Clk) (Entered: 07/29/2010) |
| 09/21/2010 | 2899 | DECISION from Circuit Court affirming the Decision of the District Court (awaiting mandate) (Re: 2618 Notice of Appeal to Circuit Court,,,, ) (sam, Dpty Clk) (Entered: 09/22/2010) |
| 11/22/2010 | 2900 | MANDATE from Circuit Court (Re: 2899 Decision from Circuit Court, 2618 Notice of Appeal to Circuit Court,,,, ) (sam, Dpty Clk) (Entered: 11/22/2010) |
| 12/09/2010 | 2901 | ATTORNEY APPEARANCE by Paul Clayton Eubanks on behalf of All Plaintiffs (Eubanks, Paul) (Entered: 12/09/2010) |
| 12/09/2010 | 2902 | MOTION to Withdraw Attorney(s) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of (Foster, Kelly) (Entered: 12/09/2010) |
| 12/09/2010 | 2903 | MINUTE ORDER by Judge Gregory K Frizzell *Denied without prejudice, as no reason for withdrawal is offered* ; denying 2902 Motion to Withdraw Attorney(s) (JLE, Chambers) (Entered: 12/09/2010) |
| 12/09/2010 | 2904 | MOTION to Withdraw Attorney(s) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of (Foster, Kelly) (Entered: 12/09/2010) |
| 12/27/2010 | | MAIL to Doris Mares, 14943 SE 15TH ST, CHOCTAW, OK 73020–7007 Returned – marked marked return to sender – not deliverable as addressed – unable to forward – address changed to address unknown in system. (Re: 2903 Minute Order, Ruling on Motion to Withdraw Attorney(s) ) (s–srt, Dpty Clk) (Entered: 12/27/2010) |
| 12/29/2010 | 2905 | ORDER by Judge Gregory K Frizzell ; terminating attorney Kelly Hunter Foster ; granting 2904 Motion to Withdraw Attorney(s) (cds, Dpty Clk) (Entered: 12/29/2010) |
| 01/31/2011 | 2906 | NOTICE of Changes in Relevant Authority by Cal–Maine Farms, Inc., Cal–Maine Foods, Inc., Cargill Turkey Production, LLC, Cargill, Inc., Cobb–Vantress, Inc., George's Farms, Inc., George's, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Jorgensen, Jay) (Entered: 01/31/2011) |
| 04/06/2011 | 2907 | NOTICE of Change of Address by John R Elrod by on behalf of Simmons Foods, Inc. (Elrod, John) (Entered: 04/06/2011) |
| 04/19/2011 | 2908 | NOTICE of Change of Address by John H Tucker by on behalf of Cargill Turkey Production, LLC, Cargill, Inc. (Tucker, John) (Entered: 04/19/2011) |
| 04/27/2011 | 2909 | MOTION to Withdraw Attorney(s) *Craig A. Mirkes* by Peterson Farms, Inc. (Mirkes, Craig) (Entered: 04/27/2011) |
| 04/28/2011 | 2910 | ORDER by Judge Gregory K Frizzell ; terminating attorney Craig A Mirkes ; granting 2909 Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 04/28/2011) |
| 05/09/2011 | | |

| | | MAIL to Victor E Schwartz, 600 14TH ST NW STE 800, WASHINGTON, DC 20005−2004 Returned – marked return to sender – unable to foward – address changed to address unknown in system. (Re: 2910 Order, Adding/Terminating Attorney(s), Ruling on Motion to Withdraw Attorney(s) ) (s−srl, Dpty Clk) (Entered: 05/09/2011) |
| 05/09/2011 | | MAIL to Cary Silverman, 600 14TH ST NW STE 800, WASHINGTON, DC 20005−2004 Returned – marked return to sender – unable to forward – address changed to address unknown in system. (Re: 2910 Order, Adding/Terminating Attorney(s), Ruling on Motion to Withdraw Attorney(s) ) (s−srl, Dpty Clk) (Entered: 05/09/2011) |
| 06/22/2011 | 2911 | NOTICE of Change in Relevant Authority by Cal−Maine Foods, Inc., Cargill Turkey Production, LLC, Cargill, Inc., Cobb−Vantress, Inc., George's Farms, Inc., George's, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (With attachments) (Jorgensen, Jay) (Entered: 06/22/2011) |
| 07/06/2011 | 2912 | NOTICE of Relevant Authority by Oklahoma, State of (With attachments) (Nance, Robert) (Entered: 07/06/2011) |
| 07/18/2011 | 2913 | NOTICE of Change of Address by Archer Scott McDaniel by on behalf of Peterson Farms, Inc. (McDaniel, Archer) (Entered: 07/18/2011) |
| 07/21/2011 | 2914 | MOTION to Withdraw Attorney(s) *Gregory A. Mueggenborg* by Cal−Maine Farms, Inc., Cal−Maine Foods, Inc. (Mueggenborg, Gregory) (Entered: 07/21/2011) |
| 07/21/2011 | 2915 | ORDER by Judge Gregory K Frizzell ; terminating attorney Gregory Allen Mueggenborg ; granting 2914 Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 07/21/2011) |
| 08/31/2012 | 2916 | MOTION to Withdraw Attorney(s) *Nicole M. Longwell* by Peterson Farms, Inc. (Longwell, Nicole) (Entered: 08/31/2012) |
| 09/04/2012 | 2917 | ORDER by Chief Judge Gregory K Frizzell ; terminating attorney Nicole Marie Longwell ; granting 2916 Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 09/04/2012) |
| 09/17/2012 | 2918 | NOTICE of Change of Address by Archer Scott McDaniel by on behalf of Peterson Farms, Inc. (McDaniel, Archer) (Entered: 09/17/2012) |
| 12/26/2012 | 2919 | NOTICE of Relevant Authority by Cal−Maine Foods, Inc., Cargill Turkey Production, LLC, Cargill, Inc., Cobb−Vantress, Inc., George's Farms, Inc., George's, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (With attachments) (Todd, Gordon) (Entered: 12/26/2012) |
| 02/23/2013 | 2920 | NOTICE Notice of Relevant Authority by Cal−Maine Foods, Inc., Cargill Turkey Production, LLC, Cargill, Inc., Cobb−Vantress, Inc., George's Farms, Inc., George's, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (With attachments) (Todd, Gordon) (Entered: 02/23/2013) |
| 03/06/2013 | 2921 | MOTION to Withdraw Attorney(s) *Dustin R. Darst* by Cobb−Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Bond, Michael) (Entered: 03/06/2013) |
| 03/06/2013 | 2922 | |

| | | |
|---|---|---|
| | | MINUTE ORDER by Chief Judge Gregory K Frizzell ; terminating attorney Dustin R Darst ; granting 2921 Motion to Withdraw Attorney(s) (This entry is the Official Order of the Court. No document is attached.) (hbo, Dpty Clk) (Entered: 03/06/2013) |
| 03/06/2013 | 2923 | MOTION to Withdraw Attorney(s) *Erik J. Ives* by Cobb−Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Ives, Erik) (Entered: 03/06/2013) |
| 03/06/2013 | 2924 | MINUTE ORDER by Chief Judge Gregory K Frizzell ; terminating attorney Erik J Ives ; granting 2923 Motion to Withdraw Attorney(s) (This entry is the Official Order of the Court. No document is attached.) (hbo, Dpty Clk) (Entered: 03/06/2013) |
| 03/07/2013 | 2925 | MOTION to Withdraw Attorney(s) *Jay T. Jorgensen* by Cobb−Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Todd, Gordon) (Entered: 03/07/2013) |
| 03/07/2013 | 2926 | MINUTE ORDER by Chief Judge Gregory K Frizzell ; terminating attorney Jay Thomas Jorgensen ; granting 2925 Motion to Withdraw Attorney(s) (This entry is the Official Order of the Court. No document is attached.) (hbo, Dpty Clk) (Entered: 03/07/2013) |
| 03/11/2013 | 2928 | MAIL to Steven B Randall Returned − Remailed on 03/19/13 to 13823 Turnberry LN, Siloam Springs, Ar 72761−9671 − new address obtained from returned envelope. (Re: 2922 Minute Order,, Adding/Terminating Attorney(s),, Ruling on Motion to Withdraw Attorney(s), 2924 Minute Order,, Adding/Terminating Attorney(s),, Ruling on Motion to Withdraw Attorney(s), ) (sdc, Dpty Clk) (Entered: 03/19/2013) |
| 03/12/2013 | 2927 | MAIL to Steven B Randall Returned − Remailed on 3/12/13 to 13823 Turnberry LN, Siloam Springs, Ar 72761−9671 − new address obtained from returned envelope. (Re: 2926 Minute Order,, Adding/Terminating Attorney(s),, Ruling on Motion to Withdraw Attorney(s), ) (s−srt, Dpty Clk) (Entered: 03/12/2013) |
| 04/11/2013 | 2929 | NOTICE of Change of Address by David Phillip Page by on behalf of Oklahoma, State of (Page, David) (Entered: 04/11/2013) |
| 05/28/2013 | 2930 | NOTICE of Change of Address by Archer Scott McDaniel by on behalf of Peterson Farms, Inc. (McDaniel, Archer) (Entered: 05/28/2013) |
| 07/30/2013 | 2931 | MOTION to Withdraw Attorney(s) by Cobb−Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Thompson, Erin) (Entered: 07/30/2013) |
| 07/30/2013 | 2932 | MINUTE ORDER by Chief Judge Gregory K Frizzell ; terminating attorney Michael R. Bond and Erin Walker Thompson ; granting 2931 Motion to Withdraw Attorney(s) (This entry is the Official Order of the Court. No document is attached.) (hbo, Dpty Clk) (Entered: 07/30/2013) |
| 08/14/2013 | 2933 | MOTION to Withdraw Attorney(s) *Richard T. Garren* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of (Riggs, Melvin) (Entered: 08/14/2013) |
| 08/15/2013 | 2934 | ORDER by Chief Judge Gregory K Frizzell ; terminating attorney Richard T Garren ; granting 2933 Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 08/15/2013) |

| 03/21/2014 | 2935 | MOTION to Withdraw Attorney(s) *Robert M. Blakemore* by Oklahoma, State of (Bullock, Louis) (Entered: 03/21/2014) |
|---|---|---|
| 03/21/2014 | 2936 | ORDER by Chief Judge Gregory K Frizzell ; terminating attorney Robert Murray Blakemore ; granting 2935 Motion to Withdraw Attorney(s) (hbo, Dpty Clk) (Entered: 03/21/2014) |
| 04/14/2014 | 2937 | MOTION to Withdraw Attorney(s) *Ingrid L. Moll* by Attorney General of the State of Oklahoma (Moll, Ingrid) (Entered: 04/14/2014) |
| 04/14/2014 | 2938 | MINUTE ORDER by Chief Judge Gregory K Frizzell ; terminating attorney Ingrid L Moll ; granting 2937 Motion to Withdraw Attorney(s) (This entry is the Official Order of the Court. No document is attached.) (hbo, Dpty Clk) (Entered: 04/14/2014) |
| 07/10/2014 | 2939 | MOTION to Withdraw Attorney(s) by George's Farms, Inc., George's, Inc. (Graves, James) (Entered: 07/10/2014) |
| 07/10/2014 | 2940 | NOTICE of Change of Address by James Martin Graves by on behalf of George's Farms, Inc., George's, Inc. (Graves, James) (Entered: 07/10/2014) |
| 07/10/2014 | 2941 | MOTION to Substitute Attorney by George's Farms, Inc., George's, Inc. (Graves, James) (Entered: 07/10/2014) |
| 07/10/2014 | 2942 | ATTORNEY APPEARANCE by Gary Vincent Weeks on behalf of George's Farms, Inc., George's, Inc. (Weeks, Gary) (Entered: 07/10/2014) |
| 07/10/2014 | 2943 | ATTORNEY APPEARANCE by Gary Vincent Weeks on behalf of George's Farms, Inc., George's, Inc. (Weeks, Gary) (Entered: 07/10/2014) |
| 07/10/2014 | 2944 | MINUTE ORDER by Chief Judge Gregory K Frizzell ; terminating attorney Vincent O Chadick; James Martin Graves; Woody Bassett and Earl Buddy Chadick ; granting 2939 Motion to Withdraw Attorney(s) (This entry is the Official Order of the Court. No document is attached.) (hbo, Dpty Clk) (Entered: 07/10/2014) |
| 07/10/2014 | 2945 | NOTICE of Change of Address by Robert Allen Nance by on behalf of Oklahoma, State of (Nance, Robert) (Entered: 07/10/2014) |
| 07/10/2014 | 2946 | MINUTE ORDER by Chief Judge Gregory K Frizzell ; finding as moot 2941 Motion to Substitute Attorney (This entry is the Official Order of the Court. No document is attached.) (hbo, Dpty Clk) (Entered: 07/10/2014) |
| 08/01/2014 | 2947 | MOTION to Withdraw Attorney(s) *(Arkansas Farm Bureau Federation)* by American Farm Bureau Federation (Waddell, William) (Entered: 08/01/2014) |
| 08/01/2014 | 2948 | MINUTE ORDER by Chief Judge Gregory K Frizzell ; terminating attorney David Edward Choate and William A Waddell, Jr ; granting 2947 Motion to Withdraw Attorney(s) (This entry is the Official Order of the Court. No document is attached.) (hbo, Dpty Clk) (Entered: 08/01/2014) |
| 01/30/2017 | 2949 | MOTION to Withdraw Attorney(s) *Cara R. Viglucci Lopez* by Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Todd, Gordon) (Entered: 01/30/2017) |
| 01/30/2017 | 2950 | MINUTE ORDER by Chief Judge Gregory K Frizzell ; terminating attorney Cara R Viglucci Lopez ; granting 2949 Motion to Withdraw Attorney(s) (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: |

| | | |
|---|---|---|
| | | 01/30/2017) |
| 02/10/2017 | 2951 | MAIL to Steven B Randall Returned – address has been changed to address unknown. (Re: 2950 Minute Order,, Adding/Terminating Attorney(s),, Ruling on Motion to Withdraw Attorney(s), ) (jln, Dpty Clk) (Entered: 02/14/2017) |
| 01/12/2018 | 2952 | ATTORNEY APPEARANCE by Grace Elizabeth Dawkins on behalf of Snake Creek Marina [Note: Attorney Grace Elizabeth Dawkins added to party Snake Creek Marina(pty:3pd), Attorney Grace Elizabeth Dawkins added to party Snake Creek Marina(pty:3pd).] (Dawkins, Grace) (Entered: 01/12/2018) |
| 01/12/2018 | 2953 | MOTION to Withdraw Attorney(s) *Michael L. Carr* by Snake Creek Marina (Dawkins, Grace) (Entered: 01/12/2018) |
| 01/16/2018 | 2954 | MINUTE ORDER by Chief Judge Gregory K Frizzell ; terminating attorney Michael Lee Carr ; granting 2953 Motion to Withdraw Attorney(s)( (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) Modified on 1/17/2018 to correct entry as Minute Order (kjp, Dpty Clk). (Entered: 01/16/2018) |
| 01/17/2018 | | NOTICE of Docket Entry Modification; Error: Entered as an Order; Correction: Minute Order with no document attached (Re: 2954 Order,, Adding/Terminating Attorney(s),, Ruling on Motion to Withdraw Attorney(s), ) (kjp, Dpty Clk) (Entered: 01/17/2018) |
| 01/19/2018 | 2955 | ATTORNEY APPEARANCE by Drew Austin Lagow on behalf of Snake Creek Marina [Note: Attorney Drew Austin Lagow added to party Snake Creek Marina(pty:3pd), Attorney Drew Austin Lagow added to party Snake Creek Marina(pty:3pd).] (Lagow, Drew) (Entered: 01/19/2018) |
| 02/01/2018 | 2956 | MAIL to Jonathan D Orent Returned – remailed on 2/02/18 to 55 CEDAR ST STE 100, PROVIDENCE, RI 02903–1034 – new address obtained from returned envelope. (Re: 2954 Order,, Adding/Terminating Attorney(s),, Ruling on Motion to Withdraw Attorney(s), ) (jln, Dpty Clk) (Entered: 02/02/2018) |
| 03/14/2018 | 2957 | ATTORNEY APPEARANCE by Archer Scott McDaniel on behalf of Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. [Note: Attorney Archer Scott McDaniel added to party Cobb–Vantress, Inc.(pty:dft), Attorney Archer Scott McDaniel added to party Cobb–Vantress, Inc.(pty:dft), Attorney Archer Scott McDaniel added to party Tyson Chicken, Inc.(pty:dft), Attorney Archer Scott McDaniel added to party Tyson Chicken, Inc.(pty:dft), Attorney Archer Scott McDaniel added to party Tyson Foods, Inc.(pty:dft), Attorney Archer Scott McDaniel added to party Tyson Foods, Inc.(pty:dft), Attorney Archer Scott McDaniel added to party Tyson Poultry, Inc.(pty:dft), Attorney Archer Scott McDaniel added to party Tyson Poultry, Inc.(pty:dft).] (McDaniel, Archer) (Entered: 03/14/2018) |
| 03/14/2018 | 2958 | MOTION to Withdraw Attorney(s) *Robert W. George* by Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (George, Robert) (Entered: 03/14/2018) |
| 03/15/2018 | 2959 | MINUTE ORDER by Chief Judge Gregory K Frizzell *Granting Motion to Withdraw [Doc. #2958]* ; terminating attorney Robert W George ; granting 2958 Motion to Withdraw Attorney(s) (This entry is the Official Order of the Court. No document is attached.) (lah, Chambers) (Entered: 03/15/2018) |

| 03/21/2018 | 2960 | MOTION to Withdraw Attorney(s) by Snake Creek Marina (Rounds, Philard) (Entered: 03/21/2018) |
|---|---|---|
| 03/22/2018 | 2961 | MINUTE ORDER by Chief Judge Gregory K Frizzell *Granting Motion to Withdraw [Doc. #2960]* ; terminating attorney Philard Leaon Rounds, Jr ; granting 2960 Motion to Withdraw Attorney(s) (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 03/22/2018) |
| 08/02/2019 | 2962 | MOTION to Withdraw Attorney(s) *Drew A. Lagow* by Snake Creek Marina [Note: Attorney Don William Danz added to party Snake Creek Marina(pty:3pd), Attorney Don William Danz added to party Snake Creek Marina(pty:3pd).] (Danz, Don) (Entered: 08/02/2019) |
| 08/02/2019 | 2963 | ORDER by Judge Gregory K Frizzell ; terminating attorney Drew Austin Lagow ; granting 2962 Motion to Withdraw Attorney(s) (kjp, Dpty Clk) (Entered: 08/02/2019) |
| 08/06/2019 | 2964 | MOTION to Withdraw Attorney(s) *Jennifer S. Griffin* by Willow Brook Foods, Inc. [Note: Attorney Jennifer Stockton Griffin added to party Willow Brook Foods, Inc.(pty:cd), Attorney Jennifer Stockton Griffin added to party Willow Brook Foods, Inc.(pty:cd).] (Griffin, Jennifer) (Entered: 08/06/2019) |
| 08/07/2019 | 2965 | ORDER by Judge Gregory K Frizzell ; terminating attorney Jennifer Stockton Griffin ; granting 2964 Motion to Withdraw Attorney(s) (kjp, Dpty Clk) (Entered: 08/07/2019) |
| 12/20/2019 | 2966 | MOTION to Withdraw Attorney(s) by Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Jantzen, Stephen) (Entered: 12/20/2019) |
| 12/20/2019 | 2967 | ORDER by Judge Gregory K Frizzell ; terminating attorney Patrick Michael Ryan; Paula M Jantzen and Stephen L Jantzen ; granting 2966 Motion to Withdraw Attorney(s) (crp, Dpty Clk) Modified on 12/20/2019 to attach pdf with corrected date (crp, Dpty Clk). (Entered: 12/20/2019) |
| 12/20/2019 | 2968 | NOTICE of Docket Entry Modification; Error: The pdf had wrong date of 12/23/19; Correction: Corrected date on pdf to 12/20/19 (Re: 2967 Order,, Adding/Terminating Attorney(s),, Ruling on Motion to Withdraw Attorney(s), ) (crp, Dpty Clk) (Entered: 12/20/2019) |
| 12/28/2020 | 2969 | LETTER *from Robert Jackman* (sc, Dpty Clk) (Entered: 01/04/2021) |
| 04/13/2021 | 2970 | MINUTE ORDER *by Court Clerk reassigning Magistrate Judge Huntsman as the magistrate judge in this case at the direction of Magistrate Judge Cleary*, reassigning case to Magistrate Judge Susan E Huntsman, Magistrate Judge Paul J Cleary no longer assigned to case, changing case number to 05–CV–329–GKF–SH (This entry is the Official Order of the Court. No document is attached.) (a–hc, Dpty Clk) (Entered: 04/13/2021) |
| 09/22/2021 | 2971 | MOTION to Withdraw Attorney(s) by Simmons Foods, Inc. (Wisley, P) (Entered: 09/22/2021) |
| 09/22/2021 | 2972 | MINUTE ORDER by Judge Gregory K Frizzell ; terminating attorney P Joshua Wisley ; granting 2971 Motion to Withdraw Attorney(s) (This entry is the Official Order of the Court. No document is attached.) (lah, Chambers) (Entered: 09/22/2021) |

| 10/04/2021 | 2973 | MAIL to William House Returned – address has been changed to address unknown. (Re: 2972 Minute Order,, Adding/Terminating Attorney(s),, Ruling on Motion to Withdraw Attorney(s), ) (ll, Dpty Clk) (Entered: 10/04/2021) |
|---|---|---|
| 10/04/2021 | 2974 | MAIL to Cherrie House Returned – address has been changed to address unknown. (Re: 2972 Minute Order,, Adding/Terminating Attorney(s),, Ruling on Motion to Withdraw Attorney(s), ) (ll, Dpty Clk) (Entered: 10/04/2021) |
| 10/26/2021 | 2975 | MOTION to Withdraw Attorney(s) by Cal–Maine Farms, Inc., Cal–Maine Foods, Inc. (Redemann, Robert) (Entered: 10/26/2021) |
| 10/26/2021 | 2976 | MINUTE ORDER by Judge Gregory K Frizzell ; terminating attorney Robert Paul Redemann ; granting 2975 Motion to Withdraw Attorney(s) (This entry is the Official Order of the Court. No document is attached.) (GKF2, Chambers) (Entered: 10/26/2021) |
| 01/13/2023 | 2977 | ATTORNEY APPEARANCE by Gentner Frederick Drummond on behalf of Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, Attorney General of the State of Oklahoma [Note: Attorney Gentner Frederick Drummond added to party Oklahoma Secretary of the Environment, Office of(pty:pla), Attorney Gentner Frederick Drummond added to party Oklahoma Secretary of the Environment, Office of(pty:pla), Attorney Gentner Frederick Drummond added to party Oklahoma, State of(pty:pla), Attorney Gentner Frederick Drummond added to party Oklahoma, State of(pty:pla), Attorney Gentner Frederick Drummond added to party Attorney General of the State of Oklahoma(pty:pla), Attorney Gentner Frederick Drummond added to party Attorney General of the State of Oklahoma(pty:pla).] (Drummond, Gentner) (Entered: 01/13/2023) |
| 01/13/2023 | 2978 | ATTORNEY APPEARANCE by Garry Michael Gaskins, II on behalf of Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, Attorney General of the State of Oklahoma [Note: Attorney Garry Michael Gaskins, II added to party Oklahoma Secretary of the Environment, Office of(pty:pla), Attorney Garry Michael Gaskins, II added to party Oklahoma Secretary of the Environment, Office of(pty:pla), Attorney Garry Michael Gaskins, II added to party Oklahoma, State of(pty:pla), Attorney Garry Michael Gaskins, II added to party Oklahoma, State of(pty:pla), Attorney Garry Michael Gaskins, II added to party Attorney General of the State of Oklahoma(pty:pla), Attorney Garry Michael Gaskins, II added to party Attorney General of the State of Oklahoma(pty:pla).] (Gaskins, Garry) (Entered: 01/13/2023) |
| 01/18/2023 | 2979 | FINDINGS OF FACT AND CONCLUSIONS OF LAW by Judge Gregory K Frizzell , setting/resetting deadline(s)/hearing(s): ( Miscellaneous Deadline set for 3/17/2023) (lah, Chambers) (Entered: 01/18/2023) |
| 02/22/2023 | 2980 | ATTORNEY APPEARANCE by Jennifer Lynn Lewis on behalf of Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma [Note: Attorney Jennifer Lynn Lewis added to party Attorney General of the State of Oklahoma(pty:pla), Attorney Jennifer Lynn Lewis added to party Oklahoma Secretary of the Environment, Office of(pty:pla), Attorney Jennifer Lynn Lewis added to party Oklahoma, State of(pty:pla), Attorney Jennifer Lynn Lewis added to party State of Oklahoma(pty:pla).] (Lewis, Jennifer) (Entered: 02/22/2023) |
| 02/22/2023 | 2981 | Unopposed MOTION for Status Conference by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, |

| | | State of Oklahoma [Note: Attorney Garry Michael Gaskins, II added to party State of Oklahoma(pty:pla).] (Gaskins, Garry) (Entered: 02/22/2023) |
|---|---|---|
| 02/22/2023 | 2982 | ORDER by Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): ( Status Hearing set for 3/17/2023 at 01:30 PM before Judge Gregory K Frizzell); granting 2981 Motion for Miscellaneous Relief (Re: 2981 Unopposed MOTION for Status Conference ) (kjp, Dpty Clk) (Entered: 02/22/2023) |
| 02/23/2023 | 2983 | ATTORNEY APPEARANCE by Robert Paul Redemann on behalf of Cal–Maine Farms, Inc., Cal–Maine Foods, Inc. (Redemann, Robert) (Entered: 02/23/2023) |
| 03/10/2023 | 2984 | ATTORNEY APPEARANCE by KC Dupps Tucker on behalf of George's Farms, Inc., George's, Inc. [Note: Attorney KC Dupps Tucker added to party George's Farms, Inc.(pty:3pp), Attorney KC Dupps Tucker added to party George's, Inc.(pty:3pp).] (Tucker, KC) (Entered: 03/10/2023) |
| 03/13/2023 | 2985 | MOTION for Attorney(s) Adam Scot Deckinger to be Admitted Pro Hac Vice (paid $100 PHV fee; receipt number AOKNDC–2775374) by Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. [Note: Attorney Archer Scott McDaniel added to party Tyson Poultry, Inc.(pty:3pp).] (With attachments) (McDaniel, Archer) (Entered: 03/13/2023) |
| 03/13/2023 | 2986 | MOTION for Attorney(s) Stuart Larson Spencer to be Admitted Pro Hac Vice (paid $100 PHV fee; receipt number AOKNDC–2775380) by Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (With attachments) (McDaniel, Archer) (Entered: 03/13/2023) |
| 03/13/2023 | 2987 | MINUTE ORDER by Judge Gregory K Frizzell *granting defendants' motions for leave to appear pro hac vice [Doc. 2985 and 2986]. Adam S. Deckinger and Stuart L. Spencer are admitted pro hac vice and are directed to file separate entries of appearance forthwith* ; granting 2985 Motion for Admission Pro Hac Vice; granting 2986 Motion for Admission Pro Hac Vice (Re: 2985 MOTION for Attorney(s) Adam Scot Deckinger to be Admitted Pro Hac Vice (paid $100 PHV fee; receipt number AOKNDC–2775374), 2986 MOTION for Attorney(s) Stuart Larson Spencer to be Admitted Pro Hac Vice (paid $100 PHV fee; receipt number AOKNDC–2775380) ) (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 03/13/2023) |
| 03/17/2023 | 2988 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Status Hearing held on 3/17/2023 , setting/resetting deadline(s)/hearing(s): ( Status Report due by 6/9/2023, Status Hearing set for 6/16/2023 at 01:30 PM before Judge Gregory K Frizzell) (Court Reporter: Laura Griffin) (pll, Dpty Clk) (Entered: 03/17/2023) |
| 05/03/2023 | 2989 | MOTION to Withdraw Attorney(s) *of William F. Smith* by John W Adair, Virginia W Adair, Brian R. Berry(d/b/a Town Branch Guest Ranch), Brian R. Berry(individually), Mary C. Berry(d/b/a Town Branch Guest Ranch), Mary C. Berry(Individually), Norma Brooks, Haskell L. Brown, Linda Mathis Canada, Roger K. Canada, LaDonna Eddings Caviness, Cherry Springs Golf Club, Inc., Gene Colburn, Lorene Colburn, Brooks P. Connor, M. Wesley Connor, Billie Davis, Veraman Davis, Elmo Eddings, Thomas E. Eddings, Flint Ridge Property Owners Association, Inc., Flintridge Park, LLC, Rickey Neil Fowler, Tonya Fowler, Billy D. Glenn, Norma Glenn, Grande Villa, Inc., Darrell Guffey, Dianna Guffey, Anthony Waye Hare, Jerry W. Hare(Trustee of Jerry Wayne Hare Revocable Trust, individually and d/b/a Crystal Creek Ranch), Jerry W. Hare(Individually and d/b/a Crystal Creek Ranch), Mary Jo Hare(Trustee of the Mary Jo Hare Revocable Trust, |

| | | individually and d/b/a Crystal Creek Ranch), Mary Jo Hare(Individually and d/b/a Crystal Creek Ranch), Carolyn Hix, Danny E. Hix, Rickey Joe Hix, Rita Hix, Illinois River Ranch Recreational Vehicle Park Property Owners Association, Illinois River Valley Nursery, Inc., J5 Ranch, LLC, John E. and Virginia W. Adair Family Trust, John T. Posey, Jr. Trust, Erin Jones, James Thomas Jones, Mark Kelly, Melissa Kelly, Bonnie Eddings Kile, Carolyn R. Lockwood, Larry R. Lockwood, Charline Eddings Long, Dale E. Mathews, Ellen Mathews, Dorothy Ann Means, Jerry Means, Millie Seratt Trust, Darrell Moss, John Nickle, Park Hill Plants & Trees, Inc., Daniel L. Parker, John T. Posey, Jr, Evelyn Proctor, Phillip Dewayne Proctor, River Farms of Tahlequah, LLC, Anne Marie Sanders, Verlie B. Secratt, Sue Eddings Shankle, Billy Simpson, Skelly Ranch, Inc., Robert A. Smith, Sylvia S. Smith, Snake Creek Marina, Snake Creek Wilderness Development, Inc., Brenda K. Spears, Brenda Spears, David Spears, Jack Spears, Spring Hollow Feed Mill, Inc., Elise Tarrance, Willie Tarrance, Tom Tate, Thunderbird Resort, Inc., Twin City Construction, Inc., Helen Watts, Simp Watts, Bobby Williams, Christina Williams, Clifton Williams, Jerry D. Williams, Marian Williams, Norma Williams, Perry Williams, Charles W. Wilson, Kimberlee Wilson (Smith, William) (Entered: 05/03/2023) |
| 05/03/2023 | 2990 | ORDER by Judge Gregory K Frizzell ; terminating attorney William Francis Smith ; granting 2989 Motion to Withdraw Attorney(s) (Re: 2989 MOTION to Withdraw Attorney(s) *of William F. Smith* ) (kjp, Dpty Clk) (Entered: 05/03/2023) |
| 05/31/2023 | 2991 | ATTORNEY APPEARANCE by Clinton Derek Russell on behalf of George's Farms, Inc., George's, Inc. [Note: Attorney Clinton Derek Russell added to party George's Farms, Inc.(pty:dft), Attorney Clinton Derek Russell added to party George's, Inc.(pty:dft).] (Russell, Clinton) (Entered: 05/31/2023) |
| 06/01/2023 | 2992 | MOTION for Attorney(s) Perry Glantz to be Admitted Pro Hac Vice (paid $100 PHV fee; receipt number AOKNDC−2818977) by George's Farms, Inc., George's, Inc. (Russell, Clinton) (Entered: 06/01/2023) |
| 06/01/2023 | 2993 | MINUTE ORDER by Judge Gregory K Frizzell *granting defendants' George's, Inc., and George's Farms, Inc., motion for admission pro hac vice [Doc. 2992]. Perry L. Glantz is admitted pro hac vice and is directed to file a separate entry of appearance forthwith* ; granting 2992 Motion for Admission Pro Hac Vice (Re: 2992 MOTION for Attorney(s) Perry Glantz to be Admitted Pro Hac Vice (paid $100 PHV fee; receipt number AOKNDC−2818977) ) (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 06/01/2023) |
| 06/07/2023 | 2994 | ATTORNEY APPEARANCE by Kristopher Edward Koepsel on behalf of All Plaintiffs [Note: Attorney Kristopher Edward Koepsel added to party Attorney General of the State of Oklahoma(pty:pla), Attorney Kristopher Edward Koepsel added to party Oklahoma Secretary of the Environment, Office of(pty:pla), Attorney Kristopher Edward Koepsel added to party Oklahoma, State of(pty:pla), Attorney Kristopher Edward Koepsel added to party State of Oklahoma(pty:pla).] (Koepsel, Kristopher) (Entered: 06/07/2023) |
| 06/07/2023 | 2995 | ATTORNEY APPEARANCE by Perry Glantz on behalf of George's Farms, Inc., George's, Inc. [Note: Attorney Perry Glantz added to party George's Farms, Inc.(pty:dft), Attorney Perry Glantz added to party George's, Inc.(pty:dft).] (Glantz, Perry) (Entered: 06/07/2023) |

| 06/09/2023 | 2996 | TRANSCRIPT of Proceedings (Unredacted) of status hearing held on 3–17–23 before Judge Gregory K Frizzell (Court Reporter: Laura Griffin 918–699–4879) (Pages: 1–13). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 2988 Minutes of Status Hearing,, Setting/Resetting Deadline(s)/Hearing(s), ) (lg, Crt Rptr) Modified on 9/12/2023 to remove transcript access restriction (srt, Dpty Clk). (Entered: 06/09/2023) |
| 06/09/2023 | 2997 | Joint STATUS REPORT by Cal–Maine Foods, Inc., Cargill Turkey Production, LLC, Cargill, Inc., Cobb–Vantress, Inc., George's Farms, Inc., George's, Inc., Peterson Farms, Inc., Simmons Foods, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. [Note: Attorney Archer Scott McDaniel added to party Tyson Chicken, Inc.(pty:3pp).] (McDaniel, Archer) (Entered: 06/09/2023) |
| 06/12/2023 | 2998 | ATTORNEY APPEARANCE by Stuart Larson Spencer on behalf of Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. [Note: Attorney Stuart Larson Spencer added to party Cobb–Vantress, Inc.(pty:3pp), Attorney Stuart Larson Spencer added to party Cobb–Vantress, Inc.(pty:dft), Attorney Stuart Larson Spencer added to party Cobb–Vantress, Inc.(pty:cd), Attorney Stuart Larson Spencer added to party Tyson Chicken, Inc.(pty:cd), Attorney Stuart Larson Spencer added to party Tyson Chicken, Inc.(pty:dft), Attorney Stuart Larson Spencer added to party Tyson Chicken, Inc.(pty:3pp), Attorney Stuart Larson Spencer added to party Tyson Foods, Inc.(pty:cd), Attorney Stuart Larson Spencer added to party Tyson Foods, Inc.(pty:dft), Attorney Stuart Larson Spencer added to party Tyson Foods, Inc.(pty:3pp), Attorney Stuart Larson Spencer added to party Tyson Poultry, Inc.(pty:3pp), Attorney Stuart Larson Spencer added to party Tyson Poultry, Inc.(pty:dft), Attorney Stuart Larson Spencer added to party Tyson Poultry, Inc.(pty:cd).] (Spencer, Stuart) (Entered: 06/12/2023) |
| 06/12/2023 | 2999 | ATTORNEY APPEARANCE by Adam Deckinger on behalf of Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. [Note: Attorney Adam Deckinger added to party Cobb–Vantress, Inc.(pty:3pp), Attorney Adam Deckinger added to party Cobb–Vantress, Inc.(pty:dft), Attorney Adam Deckinger added to party Cobb–Vantress, Inc.(pty:cd), Attorney Adam Deckinger added to party Tyson Chicken, Inc.(pty:cd), Attorney Adam Deckinger added to party Tyson Chicken, Inc.(pty:dft), Attorney Adam Deckinger added to party Tyson Foods, Inc.(pty:3pp), Attorney Adam Deckinger added to party Tyson Foods, Inc.(pty:cd), Attorney Adam Deckinger added to party Tyson Foods, Inc.(pty:dft), Attorney Adam Deckinger added to party Tyson Foods, Inc.(pty:3pp), Attorney Adam Deckinger added to party Tyson Poultry, Inc.(pty:3pp), Attorney Adam Deckinger added to party Tyson Poultry, Inc.(pty:dft), Attorney Adam Deckinger added to party Tyson Poultry, Inc.(pty:cd).] (Deckinger, Adam) (Entered: 06/12/2023) |
| 06/12/2023 | 3000 | MOTION to Withdraw Attorney(s) – *Todd P. Walker, admitted pro hac vice* – by Cargill Turkey Production, LLC, Cargill, Inc. (Tucker, John) (Entered: 06/12/2023) |
| 06/12/2023 | 3001 | ORDER by Judge Gregory K Frizzell *striking hearing on 6/16/2023 and directing parties to participate in mediation*, striking/terminating deadline(s)/Hearing(s) (Re: |

| | | 2997 Status Report, ) (kjp, Dpty Clk) (Entered: 06/12/2023) |
|---|---|---|
| 06/12/2023 | 3002 | MINUTE ORDER by Judge Gregory K Frizzell ; terminating attorney Todd P Walker ; granting 3000 Motion to Withdraw Attorney(s) (Re: 3000 MOTION to Withdraw Attorney(s) – *Todd P. Walker, admitted pro hac vice* – ) (This entry is the Official Order of the Court. No document is attached.) (lah, Chambers) (Entered: 06/12/2023) |
| 06/15/2023 | 3003 | MOTION to Withdraw Attorney(s) – *Terry W. West* – by Cargill Turkey Production, LLC, Cargill, Inc. (Tucker, John) (Entered: 06/15/2023) |
| 06/15/2023 | 3004 | MOTION to Withdraw Attorney(s) – *Krisann C. Kleibacker Lee* – by Cargill Turkey Production, LLC, Cargill, Inc. (Tucker, John) (Entered: 06/15/2023) |
| 06/15/2023 | 3005 | MINUTE ORDER by Judge Gregory K Frizzell ; terminating attorney Krisann C. Kleibacker Lee and Terry Wayen West ; granting 3003 Motion to Withdraw Attorney(s); granting 3004 Motion to Withdraw Attorney(s) (Re: 3003 MOTION to Withdraw Attorney(s) – *Terry W. West* –, 3004 MOTION to Withdraw Attorney(s) – *Krisann C. Kleibacker Lee* – )  (This entry is the Official Order of the Court. No document is attached.) (lah, Chambers) (Entered: 06/15/2023) |
| 10/09/2023 | 3006 | MOTION to Withdraw Attorney(s) *Colin Deihl* by Cargill Turkey Production, LLC, Cargill, Inc. (Deihl, Colin) (Entered: 10/09/2023) |
| 10/10/2023 | 3007 | MINUTE ORDER by Judge Gregory K Frizzell ; terminating attorney Colin C Deihl ; granting 3006 Motion to Withdraw Attorney(s) (Re: 3006 MOTION to Withdraw Attorney(s) *Colin Deihl* )  (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 10/10/2023) |
| 10/26/2023 | 3008 | STATUS REPORT by Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Todd, Gordon) (Entered: 10/26/2023) |
| 10/26/2023 | 3009 | STATUS REPORT by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of (Gaskins, Garry) (Entered: 10/26/2023) |
| 10/26/2023 | 3010 | MOTION to Dismiss *and Brief in Support* by Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Todd, Gordon) (Entered: 10/26/2023) |
| 10/27/2023 | 3011 | MINUTE ORDER by Judge Gregory K Frizzell *Plaintiff shall respond to defendants' Motion to Dismiss [Doc. 3010] on or before November 10, 2023, and defendants' reply, if any, shall be filed by November 17, 2023.*  (This entry is the Official Order of the Court. No document is attached.) (GKFJ, Judge) (Entered: 10/27/2023) |
| 11/10/2023 | 3012 | RESPONSE in Opposition to Motion (Re: 3010 MOTION to Dismiss *and Brief in Support* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of ; (Lewis, Jennifer) (Entered: 11/10/2023) |
| 11/10/2023 | 3013 | MOTION for Attorney(s) Aaron D. Van Oort to be Admitted Pro Hac Vice (paid $100 PHV fee; receipt number AOKNDC–2904796) by Cargill Turkey Production, LLC, Cargill, Inc. [Note: Attorney Colin Hampton Tucker added to party Cargill Turkey Production, LLC(pty:crc), Attorney Colin Hampton Tucker added to party Cargill, Inc.(pty:crc).] (With attachments) (Tucker, Colin) (Entered: 11/10/2023) |

| 11/10/2023 | 3014 | MOTION for Attorney(s) Jeffrey P. Justman to be Admitted Pro Hac Vice (paid $100 PHV fee; receipt number AOKNDC–2904800) by Cargill Turkey Production, LLC, Cargill, Inc. (With attachments) (Tucker, Colin) (Entered: 11/10/2023) |
|---|---|---|
| 11/13/2023 | 3015 | MINUTE ORDER by Judge Gregory K Frizzell *granting defendant's motion to admit Aaron D. Van Oort pro hac vice (doc. 3013) and defendants motion to admit Jeffrey P. Justman pro hac vice (doc. 3014). Aaron D. Van Oort and Jeffrey P. Justman are admitted pro hac vice and is further directed to file a separate entry of appearance forthwith* ; granting 3013 Motion for Admission Pro Hac Vice; granting 3014 Motion for Admission Pro Hac Vice (Re: 3013 MOTION for Attorney(s) Aaron D. Van Oort to be Admitted Pro Hac Vice (paid $100 PHV fee; receipt number AOKNDC–2904796), 3014 MOTION for Attorney(s) Jeffrey P. Justman to be Admitted Pro Hac Vice (paid $100 PHV fee; receipt number AOKNDC–2904800) )  (This entry is the Official Order of the Court. No document is attached.) (alg, Dpty Clk) (Entered: 11/13/2023) |
| 11/15/2023 | 3016 | ATTORNEY APPEARANCE by Jeffrey Justman on behalf of Cargill Turkey Production, LLC, Cargill, Inc. [Note: Attorney Jeffrey Justman added to party Cargill Turkey Production, LLC(pty:cd), Attorney Jeffrey Justman added to party Cargill Turkey Production, LLC(pty:crc), Attorney Jeffrey Justman added to party Cargill Turkey Production, LLC(pty:dft), Attorney Jeffrey Justman added to party Cargill Turkey Production, LLC(pty:3pp), Attorney Jeffrey Justman added to party Cargill, Inc.(pty:crc), Attorney Jeffrey Justman added to party Cargill, Inc.(pty:dft).] (Justman, Jeffrey) (Entered: 11/15/2023) |
| 11/15/2023 | 3017 | ATTORNEY APPEARANCE by Aaron Van Oort on behalf of Cargill Turkey Production, LLC, Cargill, Inc. [Note: Attorney Aaron Van Oort added to party Cargill Turkey Production, LLC(pty:cd), Attorney Aaron Van Oort added to party Cargill Turkey Production, LLC(pty:crc), Attorney Aaron Van Oort added to party Cargill Turkey Production, LLC(pty:dft), Attorney Aaron Van Oort added to party Cargill Turkey Production, LLC(pty:3pp), Attorney Aaron Van Oort added to party Cargill, Inc.(pty:crc), Attorney Aaron Van Oort added to party Cargill, Inc.(pty:dft).] (Van Oort, Aaron) (Entered: 11/15/2023) |
| 11/17/2023 | 3018 | RESPONSE in Support of Motion (Re: 3010 MOTION to Dismiss *and Brief in Support* ) by Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. ; (Todd, Gordon) (Entered: 11/17/2023) |
| 12/11/2023 | 3019 | MAIL to Justin Allen Returned – address has been changed to address unknown. (Re: 3011 Minute Order, ) (dla, Dpty Clk) (Entered: 12/11/2023) |
| 12/11/2023 | 3020 | MAIL to Dustin McDaniel Returned – address has been changed to address unknown. (Re: 3011 Minute Order, ) (dla, Dpty Clk) (Entered: 12/11/2023) |
| 12/12/2023 | 3021 | MAIL to Dustin McDaniel Returned – address has been changed to address unknown. (Re: 3007 Minute Order,, Adding/Terminating Attorney(s),, Ruling on Motion to Withdraw Attorney(s), ) (dla, Dpty Clk) (Entered: 12/12/2023) |
| 12/12/2023 | 3022 | MAIL to Justin Allen Returned – address has been changed to address unknown. (Re: 3007 Minute Order,, Adding/Terminating Attorney(s),, Ruling on Motion to Withdraw Attorney(s), ) (dla, Dpty Clk) (Entered: 12/12/2023) |
| 06/26/2024 | 3023 | ORDER by Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): *At Boulder Building, Courtroom 3; Status/* ( Scheduling Conference set for 7/23/2024 at 01:30 PM before Judge Gregory K Frizzell); denying 3010 Motion to Dismiss |

| | | (Re: 3010 MOTION to Dismiss *and Brief in Support* ) (kjp, Dpty Clk) (Entered: 06/26/2024) |
|---|---|---|
| 07/11/2024 | 3024 | Unopposed MOTION to Accelerate/Extend/Reset Settlement Deadline(s)/Conference by Attorney General of the State of Oklahoma, State of Oklahoma (Lewis, Jennifer) (Entered: 07/11/2024) |
| 07/12/2024 | 3025 | ORDER by Judge Gregory K Frizzell *striking the Status/Scheduling Conference on 7/23/2024 and* ; setting/resetting deadline(s)/hearing(s): *Boulder Building, Courtroom 3* ( Miscellaneous Deadline set for 8/13/2024, Scheduling Conference set for 8/23/2024 at 02:30 PM before Judge Gregory K Frizzell); granting 3024 Motion to Accelerate/Extend/Reset Settlement Deadline(s)/Conference (Re: 3024 Unopposed MOTION to Accelerate/Extend/Reset Settlement Deadline(s)/Conference ) (kjp, Dpty Clk) (Entered: 07/12/2024) |
| 07/17/2024 | 3026 | MOTION for Attorney(s) Kristy E. Boehler to be Admitted Pro Hac Vice (paid $125 PHV fee; receipt number AOKNDC−3041894) by George's Farms, Inc., George's, Inc. [Note: Attorney Clinton Derek Russell added to party George's Farms, Inc.(pty:3pp), Attorney Clinton Derek Russell added to party George's, Inc.(pty:3pp).] (With attachments) (Russell, Clinton) (Entered: 07/17/2024) |
| 07/17/2024 | 3027 | MINUTE ORDER by Judge Gregory K Frizzell *granting defendants' George's, Inc., and George's Farms, Inc., Motion for Admission Pro Hac Vice for Kristy E. Boehler [Doc. 3026]. Kristy E. Boehler is directed to file an entry of appearance forthwith* ; granting 3026 Motion for Admission Pro Hac Vice (Re: 3026 MOTION for Attorney(s) Kristy E. Boehler to be Admitted Pro Hac Vice (paid $125 PHV fee; receipt number AOKNDC−3041894) )  (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 07/17/2024) |
| 07/18/2024 | 3028 | ORDER by Judge Gregory K Frizzell *striking the Status/Scheduling Conference on 8/23/2024 and*, setting/resetting deadline(s)/hearing(s): *Boulder Building, Courtroom 3* ( Miscellaneous Deadline set for 8/30/2024, Scheduling Conference set for 9/13/2024 at 01:30 PM before Judge Gregory K Frizzell) (kjp, Dpty Clk) (Entered: 07/18/2024) |
| 07/19/2024 | 3029 | ATTORNEY APPEARANCE by Kristy Boehler on behalf of George's Farms, Inc., George's, Inc. [Note: Attorney Kristy Boehler added to party George's Farms, Inc.(pty:cd), Attorney Kristy Boehler added to party George's Farms, Inc.(pty:3pp), Attorney Kristy Boehler added to party George's Farms, Inc.(pty:dft), Attorney Kristy Boehler added to party George's, Inc.(pty:dft), Attorney Kristy Boehler added to party George's, Inc.(pty:3pp), Attorney Kristy Boehler added to party George's, Inc.(pty:cd).] (Boehler, Kristy) (Entered: 07/19/2024) |
| 07/24/2024 | 3030 | MAIL to Jim Bagby Returned − address has been changed to address unknown. (Re: 3025 Order,,, Setting/Resetting Deadline(s)/Hearing(s),,, Ruling on Motion to Accelerate/Extend/Reset Settlement Deadline(s)/Conference,, ) (dla, Dpty Clk) (Entered: 07/24/2024) |
| 07/24/2024 | 3031 | MOTION to Withdraw Attorney(s) *Jerry M. Maddux* by Suzanne M. Zieders [Note: Attorney Jerry Maddux added to party Suzanne M. Zieders(pty:3pd).] (Maddux, Jerry) (Entered: 07/24/2024) |
| 07/24/2024 | 3032 | ORDER by Judge Gregory K Frizzell ; terminating attorney Jerry Maddux and Jerry M Maddux ; granting 3031 Motion to Withdraw Attorney(s) (Re: 3031 MOTION to Withdraw Attorney(s) *Jerry M. Maddux* ) (kjp, Dpty Clk) (Entered: 07/24/2024) |

| 07/25/2024 | 3033 | MAIL to Jerry M Maddux Returned – address has been changed to address unknown. (Re: 3025 Order,,, Setting/Resetting Deadline(s)/Hearing(s),,, Ruling on Motion to Accelerate/Extend/Reset Settlement Deadline(s)/Conference,, ) (dla, Dpty Clk) (Entered: 07/25/2024) |
|---|---|---|
| 07/26/2024 | 3034 | MAIL to Jim Bagby Returned – address has been changed to address unknown. (Re: 3027 Minute Order,,, Ruling on Motion for Admission Pro Hac Vice,, ) (drw, Dpty Clk) (Entered: 07/26/2024) |
| 07/29/2024 | 3035 | MAIL to Jim Bagby Returned – address has been changed to address unknown. (Re: 3028 Order,, Setting/Resetting Deadline(s)/Hearing(s), ) (sna, Dpty Clk) (Entered: 07/29/2024) |
| 08/30/2024 | 3036 | NOTICE Joint Proposed Agenda for September 13, 2024 Status/Scheduling Conference (Re: 3028 Order,, Setting/Resetting Deadline(s)/Hearing(s), ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, State of Oklahoma (Lewis, Jennifer) (Entered: 08/30/2024) |
| 09/09/2024 | 3037 | LETTER from Blayne Arthur, Oklahoma Secretary of Agriculture (kjp, Dpty Clk) (Entered: 09/11/2024) |
| 09/13/2024 | 3038 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Status Hearing held on 9/13/2024 , setting/resetting deadline(s)/hearing(s): *To be held at the Boulder Building, Courtroom 3* ( Miscellaneous Deadline set for 11/18/2024, Evidentiary Hearing set for 12/3/2024 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Brian Neil) (kjp, Dpty Clk) (Entered: 09/13/2024) |
| 09/16/2024 | 3039 | MINUTE ORDER by Judge Gregory K Frizzell *In addition to the deadlines imposed during the September 13, 2024 Status/Scheduling Conference, the parties shall exchange exhibits and file exhibit lists by Monday, November 18, 2024. The parties shall file Daubert motions, if any, on or before Friday, November 22, 2024. The defendants may file only one collective motion as to each expert identified by plaintiffs. Responses to Daubert motions are due Wednesday, November 27, 2024. No replies shall be filed. Objections to non–expert witnesses and exhibits shall be addressed at trial. The parties shall file Trial Briefs, which may include objections to non–expert witnesses and exhibits, on or before Wednesday, November 27, 2024.*, setting/resetting deadline(s)/hearing(s):  (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 09/16/2024) |
| 09/17/2024 | 3040 | TRANSCRIPT of Proceedings (Unredacted) of Status Conference held on 9/13/2024 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 1–33). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 3038 Minutes of Status Hearing,, Setting/Resetting Deadline(s)/Hearing(s), (bpn, CrtRptr) Modified on 12/16/2024 to remove transcript access restriction (dla, Dpty Clk). (Entered: 09/17/2024) |
| 09/20/2024 | 3041 | MOTION to Certify *Interlocutory Appeal* by Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Todd, Gordon) (Entered: 09/20/2024) |
| 09/20/2024 | 3042 | |

| | | MOTION to Stay *Further Proceedings Pending Interlocutory Appeal* by Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Todd, Gordon) (Entered: 09/20/2024) |
|---|---|---|
| 09/20/2024 | 3043 | BRIEF in Support of Motion (Re: 3041 MOTION to Certify *Interlocutory Appeal*, 3042 MOTION to Stay *Further Proceedings Pending Interlocutory Appeal* ) by Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. ; (Todd, Gordon) (Entered: 09/20/2024) |
| 10/01/2024 | 3044 | MOTION for Attorney(s) Kristen M. Hermiz to be Admitted Pro Hac Vice (paid $125 PHV fee; receipt number AOKNDC–3081163) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma (With attachments) (Lewis, Jennifer) (Entered: 10/01/2024) |
| 10/01/2024 | 3045 | MOTION for Attorney(s) Cynthia Anne Solomon to be Admitted Pro Hac Vice (paid $125 PHV fee; receipt number AOKNDC–3081173) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma (With attachments) (Lewis, Jennifer) (Entered: 10/01/2024) |
| 10/01/2024 | 3046 | MINUTE ORDER by Judge Gregory K Frizzell *granting plaintiffs' motions for admission pro hac vice [Docs. 3044 and 3045]. Kristen M. Hermiz and Cynthia Anne Solomon are admitted pro hac vice. Counsel is further directed to file separate entries of appearances forthwith.* ; granting 3044 Motion for Admission Pro Hac Vice; granting 3045 Motion for Admission Pro Hac Vice (Re: 3044 MOTION for Attorney(s) Kristen M. Hermiz to be Admitted Pro Hac Vice (paid $125 PHV fee; receipt number AOKNDC–3081163), 3045 MOTION for Attorney(s) Cynthia Anne Solomon to be Admitted Pro Hac Vice (paid $125 PHV fee; receipt number AOKNDC–3081173) ) (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 10/01/2024) |
| 10/02/2024 | 3047 | ATTORNEY APPEARANCE by Kristen Hermiz on behalf of All Plaintiffs [Note: Attorney Kristen Hermiz added to party Attorney General of the State of Oklahoma(pty:pla), Attorney Kristen Hermiz added to party Oklahoma Secretary of the Environment, Office of(pty:pla), Attorney Kristen Hermiz added to party Oklahoma, State of(pty:pla), Attorney Kristen Hermiz added to party State of Oklahoma(pty:pla).] (Hermiz, Kristen) (Entered: 10/02/2024) |
| 10/03/2024 | 3048 | MOTION for Attorney(s) Jacob Daniel Bylund to be Admitted Pro Hac Vice (paid $125 PHV fee; receipt number AOKNDC–3082714) by Cargill Turkey Production, LLC, Cargill, Inc. (With attachments) (Tucker, John) (Entered: 10/03/2024) |
| 10/04/2024 | 3049 | MINUTE ORDER by Judge Gregory K Frizzell *granting the motion for admission of counsel pro hac vice [Doc. 3048]. Jacob Daniel Bylund is admitted pro hac vice and further directed to file separate entry of appearance forthwith.* ; granting 3048 Motion for Admission Pro Hac Vice (Re: 3048 MOTION for Attorney(s) Jacob Daniel Bylund to be Admitted Pro Hac Vice (paid $125 PHV fee; receipt number AOKNDC–3082714) ) (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 10/04/2024) |
| 10/07/2024 | 3050 | ATTORNEY APPEARANCE by Cynthia Solomon on behalf of All Plaintiffs [Note: Attorney Cynthia Solomon added to party Attorney General of the State of Oklahoma(pty:pla), Attorney Cynthia Solomon added to party Oklahoma Secretary of the Environment, Office of(pty:pla), Attorney Cynthia Solomon added to party |

| | | Oklahoma, State of(pty:pla), Attorney Cynthia Solomon added to party State of Oklahoma(pty:pla).] (Solomon, Cynthia) (Entered: 10/07/2024) |
|---|---|---|
| 10/11/2024 | 3051 | RESPONSE in Opposition to Motion (Re: 3041 MOTION to Certify *Interlocutory Appeal*, 3042 MOTION to Stay *Further Proceedings Pending Interlocutory Appeal* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma ; [Note: Attorney Gentner Frederick Drummond added to party State of Oklahoma(pty:pla).] (Drummond, Gentner) (Entered: 10/11/2024) |
| 10/25/2024 | 3052 | RESPONSE in Support of Motion (Re: 3041 MOTION to Certify *Interlocutory Appeal*, 3042 MOTION to Stay *Further Proceedings Pending Interlocutory Appeal* ) by Cobb−Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. ; (Todd, Gordon) (Entered: 10/25/2024) |
| 10/28/2024 | 3053 | LETTER from Arkansas Department of Agriculture (dla, Dpty Clk) (Entered: 10/30/2024) |
| 11/05/2024 | 3054 | ORDER by Judge Gregory K Frizzell ; denying 3041 Motion to Certify; finding as moot 3042 Motion to Stay (Re: 3041 MOTION to Certify *Interlocutory Appeal*, 3042 MOTION to Stay *Further Proceedings Pending Interlocutory Appeal* ) (kjp, Dpty Clk) (Entered: 11/05/2024) |
| 11/13/2024 | 3055 | MOTION for Attorney(s) Madeline Shanahan Becker to be Admitted Pro Hac Vice (paid $125 PHV fee; receipt number AOKNDC−3106241) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma (With attachments) (Lewis, Jennifer) (Entered: 11/13/2024) |
| 11/14/2024 | 3056 | MINUTE ORDER by Judge Gregory K Frizzell *granting plaintiffs' motion for admission pro hac vice [Doc. 3055]. Madeline Shanahan Becker is admitted pro hac vice and further directed to file separate entry of appearance forthwith.* ; granting 3055 Motion for Admission Pro Hac Vice (Re: 3055 MOTION for Attorney(s) Madeline Shanahan Becker to be Admitted Pro Hac Vice (paid $125 PHV fee; receipt number AOKNDC−3106241) ) (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 11/14/2024) |
| 11/18/2024 | 3057 | FINAL EXHIBIT LIST by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma (With attachments) (Solomon, Cynthia) (Entered: 11/18/2024) |
| 11/18/2024 | 3058 | FINAL WITNESS LIST by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma (Solomon, Cynthia) (Entered: 11/18/2024) |
| 11/18/2024 | 3059 | FINAL WITNESS LIST by Cobb−Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Todd, Gordon) (Entered: 11/18/2024) |
| 11/18/2024 | 3060 | FINAL EXHIBIT LIST by Cobb−Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (With attachments) (Todd, Gordon) (Entered: 11/18/2024) |
| 11/20/2024 | 3061 | ATTORNEY APPEARANCE by Madeline Shanahan Becker on behalf of Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma [Note: Attorney Madeline Shanahan Becker added to party Attorney General of the State of Oklahoma(pty:pla), Attorney Madeline Shanahan Becker added to party Oklahoma Secretary of the Environment, |

| | | Office of(pty:pla), Attorney Madeline Shanahan Becker added to party Oklahoma, State of(pty:pla), Attorney Madeline Shanahan Becker added to party State of Oklahoma(pty:pla).] (Becker, Madeline) (Entered: 11/20/2024) |
|---|---|---|
| 11/20/2024 | 3062 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) by Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (With attachments) (McDaniel, Archer) (Entered: 11/20/2024) |
| 11/21/2024 | 3063 | MINUTE ORDER by Judge Gregory K Frizzell *Plaintiff State of Oklahoma ex rel. Gentner Drummond, in his capacity as Attorney General of the State of Oklahoma, and Oklahoma Secretary of Energy and Environment Ken McQueen, in his capacity as Trustee for Natural Resources for the State of Oklahoma, shall file a response to defendants' Expedited Motion In Support of Postponing Evidentiary Hearing and Applying the Federal Rules of Civil Procedure [Doc. 3062] no later than noon on Friday, November 22, 2024.*, setting/resetting deadline(s)/hearing(s): ( Responses due by 11/22/2024) (Re: 3062 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) )  (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 11/21/2024) |
| 11/21/2024 | 3064 | MINUTE ORDER by Judge Gregory K Frizzell *setting defendants' Expedited Motion in Support of Postponing Evidentiary Hearing and Applying the Federal Rules of Civil Procedure [Doc. 3062] for hearing on November 26, 2024 at 1:30 p.m.*, setting/resetting deadline(s)/hearing(s): *Boulder Building, Courtroom 3* ( Motion Hearing set for 11/26/2024 at 01:30 PM before Judge Gregory K Frizzell) (Re: 3062 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) )  (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 11/21/2024) |
| 11/22/2024 | 3065 | RESPONSE in Opposition to Motion *to POSTPONE EVIDENTIARY HEARING* (Re: 3062 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of ; (With attachments) (Lewis, Jennifer) (Entered: 11/22/2024) |
| 11/22/2024 | 3066 | MOTION in Limine *to Exclude Defendants Expert Jennifer Benaman* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma (With attachments) (Lewis, Jennifer) (Entered: 11/22/2024) |
| 11/22/2024 | 3067 | ATTORNEY APPEARANCE by Jacob Bylund on behalf of Cargill Turkey Production, LLC, Cargill, Inc. [Note: Attorney Jacob Bylund added to party Cargill Turkey Production, LLC(pty:cd), Attorney Jacob Bylund added to party Cargill Turkey Production, LLC(pty:crc), Attorney Jacob Bylund added to party Cargill Turkey Production, LLC(pty:dft), Attorney Jacob Bylund added to party Cargill Turkey Production, LLC(pty:3pp), Attorney Jacob Bylund added to party Cargill, Inc.(pty:crc), Attorney Jacob Bylund added to party Cargill, Inc.(pty:dft).] (Bylund, Jacob) (Entered: 11/22/2024) |
| 11/22/2024 | 3068 | Joint MOTION to Exclude Testimony of Tulsa Employees E Lee and M Yockey by Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (McDaniel, Archer) (Entered: 11/22/2024) |
| 11/22/2024 | 3069 | MOTION to Exclude TESTIMONY AND OPINIONS OF KATIE MENDOZA by All Defendants [Note: Attorney KC Dupps Tucker added to party All Defendants(pty:dft).] (With attachments) (Tucker, KC) (Entered: 11/22/2024) |

| 11/22/2024 | 3070 | Joint MOTION to Exclude Testimony *Improperly Disclosed Expert Opinions Testimony from Gregory Scott, Lynnette Jordan, Teena Gunter, Tim Knight, Eric Lee, Matthew Yockey, and Edward Fite* by Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (With attachments) (Todd, Gordon) (Entered: 11/22/2024) |
|---|---|---|
| 11/25/2024 | 3071 | MOTION to Quash *Subpoenas Served on the State of OK Dept. of Agriculture, Food, and Forestry and Request for Expedited Hearing* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma (With attachments) (Lewis, Jennifer) (Entered: 11/25/2024) |
| 11/25/2024 | 3072 | ERRATA/CORRECTION (Re: 3071 MOTION to Quash *Subpoenas Served on the State of OK Dept. of Agriculture, Food, and Forestry and Request for Expedited Hearing* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma (With attachments) (Lewis, Jennifer) (Entered: 11/25/2024) |
| 11/26/2024 | | ***Motion Referral(s) terminated (Re: 3071 MOTION to Quash *Subpoenas Served on the State of OK Dept. of Agriculture, Food, and Forestry and Request for Expedited Hearing* ) (kjp, Dpty Clk) (Entered: 11/26/2024) |
| 11/26/2024 | 3073 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Motion Hearing held on 11/26/2024 ; setting/resetting deadline(s)/hearing(s): ( Responses due by 11/27/2024); denying 3062 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 3062 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) , 3071 MOTION to Quash *Subpoenas Served on the State of OK Dept. of Agriculture, Food, and Forestry and Request for Expedited Hearing* ) (Court Reporter: Leslie Ruiz) (kjp, Dpty Clk) (Entered: 11/26/2024) |
| 11/27/2024 | 3074 | RESPONSE in Opposition to Motion (Re: 3069 MOTION to Exclude TESTIMONY AND OPINIONS OF KATIE MENDOZA ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma ; (With attachments) (Hermiz, Kristen) (Entered: 11/27/2024) |
| 11/27/2024 | 3075 | TRIAL BRIEF by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma (With attachments) (Hermiz, Kristen) (Entered: 11/27/2024) |
| 11/27/2024 | 3076 | RESPONSE in Opposition to Motion (Re: 3070 Joint MOTION to Exclude Testimony *Improperly Disclosed Expert Opinions Testimony from Gregory Scott, Lynnette Jordan, Teena Gunter, Tim Knight, Eric Lee, Matthew Yockey, and Edward Fite* ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma ; (Hermiz, Kristen) (Entered: 11/27/2024) |
| 11/27/2024 | 3077 | OBJECTION to Exhibits by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma (Hermiz, Kristen) (Entered: 11/27/2024) |
| 11/27/2024 | 3078 | RESPONSE in Opposition to Motion (Re: 3068 Joint MOTION to Exclude Testimony of Tulsa Employees E Lee and M Yockey ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma ; (Hermiz, Kristen) (Entered: 11/27/2024) |

| 11/27/2024 | 3079 | SUPPLEMENT to Motion to Quash by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma (Hermiz, Kristen) Modified on 12/1/2024 to a SUPPLEMENT to Motion to Quash (kjp, Dpty Clk). (Entered: 11/27/2024) |
| 11/27/2024 | 3080 | RESPONSE in Opposition to Motion (Re: 3071 MOTION to Quash *Subpoenas Served on the State of OK Dept. of Agriculture, Food, and Forestry and Request for Expedited Hearing* ) by George's Farms, Inc., George's, Inc. ; (With attachments) (Tucker, KC) (Entered: 11/27/2024) |
| 11/27/2024 | 3081 | MOTION for Attorney(s) Benjamin M. Mundel to be Admitted Pro Hac Vice (paid $125 PHV fee; receipt number AOKNDC−3114713) by Cobb−Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (With attachments) (McDaniel, Archer) (Entered: 11/27/2024) |
| 11/27/2024 | 3082 | MOTION for Attorney(s) Cody L. Reaves to be Admitted Pro Hac Vice (paid $125 PHV fee; receipt number AOKNDC−3114718) by Cobb−Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (With attachments) (McDaniel, Archer) (Entered: 11/27/2024) |
| 11/27/2024 | 3083 | MINUTE ORDER by Judge Gregory K Frizzell *granting the Motion for Admission Pro Hac Vice as to Benjamin M. Mundel (doc. 3081). Benjamin M. Mundel is directed to file an entry of appearance forthwith* ; granting 3081 Motion for Admission Pro Hac Vice (Re: 3081 MOTION for Attorney(s) Benjamin M. Mundel to be Admitted Pro Hac Vice (paid $125 PHV fee; receipt number AOKNDC−3114713) ) (This entry is the Official Order of the Court. No document is attached.) (alg, Dpty Clk) (Entered: 11/27/2024) |
| 11/27/2024 | 3084 | MINUTE ORDER by Judge Gregory K Frizzell *granting the Motion for Admission Pro Hac Vice as to Cody L. Reaves (doc. 3082). Cody L. Reaves is directed to file an entry of appearance forthwith* ; granting 3082 Motion for Admission Pro Hac Vice (Re: 3082 MOTION for Attorney(s) Cody L. Reaves to be Admitted Pro Hac Vice (paid $125 PHV fee; receipt number AOKNDC−3114718) ) (This entry is the Official Order of the Court. No document is attached.) (alg, Dpty Clk) (Entered: 11/27/2024) |
| 11/27/2024 | 3085 | MINUTE ORDER by Judge Gregory K Frizzell *: Based upon the States representation in its response brief that it no longer intends to call Eric Lee and Matthew Yockey [Doc. 3078], defendants Joint Motion to Exclude the Testimony of City of Tulsa Employees Eric Lee and Matthew Yockey from the Evidentiary Hearing [Doc. 3068] is moot.* ; finding as moot 3068 Motion to Exclude (Re: 3068 Joint MOTION to Exclude Testimony of Tulsa Employees E Lee and M Yockey ) (This entry is the Official Order of the Court. No document is attached.) (alg, Dpty Clk) (Entered: 11/27/2024) |
| 11/27/2024 | 3086 | MOTION for Attorney(s) Amy L. Waite to be Admitted Pro Hac Vice (paid $125 PHV fee; receipt number AOKNDC−3114794) by Cargill Turkey Production, LLC, Cargill, Inc. (With attachments) (Tucker, John) (Entered: 11/27/2024) |
| 11/27/2024 | 3087 | MINUTE ORDER by Judge Gregory K Frizzell *granting the Motion for Admission Pro Hac Vice as to Amy L. Waite (doc. 3086). Amy L. Waite is directed to file an entry of appearance forthwith* ; granting 3086 Motion for Admission Pro Hac Vice (Re: 3086 MOTION for Attorney(s) Amy L. Waite to be Admitted Pro Hac Vice (paid $125 PHV fee; receipt number AOKNDC−3114794) ) (This entry is the Official Order of the Court. No document is attached.) (alg, Dpty Clk) (Entered: |

| | | 11/27/2024) |
|---|---|---|
| 11/27/2024 | 3088 | RESPONSE (Re: 3066 MOTION in Limine *to Exclude Defendants Expert Jennifer Benaman* ) by All Defendants (With attachments) (Tucker, KC) (Entered: 11/27/2024) |
| 11/27/2024 | 3089 | TRIAL BRIEF by Cargill Turkey Production, LLC, Cargill, Inc. (Dolan, Christopher) (Entered: 11/27/2024) |
| 11/27/2024 | 3090 | FINAL WITNESS LIST by Cobb−Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (With attachments) (Todd, Gordon) (Entered: 11/27/2024) |
| 11/27/2024 | 3091 | TRIAL BRIEF by Cobb−Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (With attachments) (Todd, Gordon) (Entered: 11/27/2024) |
| 11/27/2024 | 3092 | SUPPLEMENT (Re: 3069 MOTION to Exclude TESTIMONY AND OPINIONS OF KATIE MENDOZA ) by All Defendants (With attachments) (Tucker, KC) (Entered: 11/27/2024) |
| 11/29/2024 | 3093 | Joint REPLY to Response to Motion (Re: 3070 Joint MOTION to Exclude Testimony *Improperly Disclosed Expert Opinions Testimony from Gregory Scott, Lynnette Jordan, Teena Gunter, Tim Knight, Eric Lee, Matthew Yockey, and Edward Fite* ) by Cargill, Inc., Cobb−Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. ; (Todd, Gordon) (Entered: 11/29/2024) |
| 12/01/2024 | 3094 | ORDER by Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): *The State shall supplement its disclosures consistent with this Order on or before Monday, December 2, 2024 at 3:00 p.m.* ( Miscellaneous Deadline set for 12/2/2024); denying in part and finding as moot in part 3070 Motion to Exclude (Re: 3070 Joint MOTION to Exclude Testimony *Improperly Disclosed Expert Opinions Testimony from Gregory Scott, Lynnette Jordan, Teena Gunter, Tim Knight, Eric Lee, Matthew Yockey, and Edward Fite* ) (GKF2, Chambers) (Entered: 12/01/2024) |
| 12/01/2024 | 3095 | ORDER by Judge Gregory K Frizzell ; granting 3069 Motion to Exclude (Re: 3069 MOTION to Exclude TESTIMONY AND OPINIONS OF KATIE MENDOZA ) (GKF2, Chambers) (Entered: 12/01/2024) |
| 12/01/2024 | 3096 | ORDER by Judge Gregory K Frizzell ; granting 3066 Motion in Limine (Re: 3066 MOTION in Limine *to Exclude Defendants Expert Jennifer Benaman* ) (GKF2, Chambers) (Entered: 12/01/2024) |
| 12/01/2024 | 3097 | ORDER by Judge Gregory K Frizzell *denying and reserving in part the Motion to Quash [Doc. 3071]*, setting/resetting deadline(s)/hearing(s): ( Miscellaneous Deadline set for 12/3/2024) (Re: 3071 MOTION to Quash *Subpoenas Served on the State of OK Dept. of Agriculture, Food, and Forestry and Request for Expedited Hearing* ) (kjp, Dpty Clk) (Entered: 12/01/2024) |
| 12/02/2024 | 3098 | TRANSCRIPT of Proceedings (Unredacted) of Motion Hearing held on 11/26/2024 before Judge Gregory K Frizzell (Court Reporter: Leslie K. Ruiz (918−699−4794)) (Pages: 1−38). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court |

| | | |
|---|---|---|
| | | *public terminal at no charge or may purchase a copy from the court reporter.* (Re: 3073 Minutes of Motion Hearing,,, Setting/Resetting Deadline(s)/Hearing(s), Ruling on Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (lkr, Crt Rptr) Modified on 3/3/2025 to remove transcript access restriction (dla, Dpty Clk). (Entered: 12/02/2024) |
| 12/02/2024 | 3099 | MINUTE ORDER by Judge Gregory K Frizzell *referring the remaining reserved issues (Order Doc. 3097 )to Magistrate Judge Huntsman*, referring motion(s) to Magistrate Judge Huntsman (Re: 3071 MOTION to Quash *Subpoenas Served on the State of OK Dept. of Agriculture, Food, and Forestry and Request for Expedited Hearing* )  (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 12/02/2024) |
| 12/02/2024 | 3100 | ORDER by Magistrate Judge Susan E Huntsman *ordering re−filed privilege log and imposing additional requirements*, setting/resetting deadline(s)/hearing(s): ( Miscellaneous Deadline set for 12/3/2024) (Re: 3097 Order,,,, Setting/Resetting Deadline(s)/Hearing(s), 3071 MOTION to Quash *Subpoenas Served on the State of OK Dept. of Agriculture, Food, and Forestry and Request for Expedited Hearing* ) (SHJ, Judge) (Entered: 12/02/2024) |
| 12/02/2024 | 3101 | ATTORNEY APPEARANCE by Amy Waite on behalf of Cargill Turkey Production, LLC, Cargill, Inc. [Note: Attorney Amy Waite added to party Cargill Turkey Production, LLC(pty:dft), Attorney Amy Waite added to party Cargill, Inc.(pty:dft).] (Waite, Amy) (Entered: 12/02/2024) |
| 12/02/2024 | 3102 | ATTORNEY APPEARANCE by Benjamin M. Mundel on behalf of Cobb−Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Mundel, Benjamin) (Entered: 12/02/2024) |
| 12/02/2024 | 3103 | ATTORNEY APPEARANCE by Cody L. Reaves on behalf of Cobb−Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Reaves, Cody) (Entered: 12/02/2024) |
| 12/02/2024 | 3104 | PRETRIAL DISCLOSURES by State of Oklahoma [Note: Attorney Melvin David Riggs added to party State of Oklahoma(pty:pla).] (Riggs, Melvin) (Entered: 12/02/2024) |
| 12/02/2024 | 3105 | OBJECTION to Exhibits by Oklahoma, State of (With attachments) (Riggs, Melvin) (Entered: 12/02/2024) |
| 12/03/2024 | 3106 | SUPPLEMENT *Re−Filing of its Privilege Log* (Re: 3100 Order,,,, Setting/Resetting Deadline(s)/Hearing(s), 3072 Errata/Correction to Document, ) by State of Oklahoma (With attachments) (Koepsel, Kristopher) (Entered: 12/03/2024) |
| 12/03/2024 | 3107 | MINUTE ORDER by Magistrate Judge Susan E Huntsman *The State is directed to file a new copy of the privilege log (ECF No. 3106−1) by 9:00 a.m. on 12/4/24 that shows all of the words in all of the cells, including in the Document Description column. Hearing to be held on 3rd Floor in Magistrate Courtroom #1*, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 12/4/2024 at 10:30 AM before Magistrate Judge Susan E Huntsman) (Re: 3071 MOTION to Quash *Subpoenas Served on the State of OK Dept. of Agriculture, Food, and Forestry and Request for Expedited Hearing* )  (This entry is the Official Order of the Court. No document is attached.) (dlg, Dpty Clk) (Entered: 12/03/2024) |
| 12/03/2024 | 3109 | |

| | | |
|---|---|---|
| | | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Evidentiary Hearing held on 12/3/2024 *and continued to following day.*, setting/resetting deadline(s)/hearing(s): ( Evidentiary Hearing set for 12/4/2024 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Brian Neil (AM), Leslie Ruiz (PM)) (kjp, Dpty Clk) (Entered: 12/04/2024) |
| 12/04/2024 | 3108 | SUPPLEMENT *Re–Filing of its Privilege Log* (Re: 3106 Supplement, 3107 Minute Order,,,,,, Setting/Resetting Deadline(s)/Hearing(s),, 3100 Order,,,, Setting/Resetting Deadline(s)/Hearing(s), 3072 Errata/Correction to Document, ) by Attorney General of the State of Oklahoma (With attachments) (Koepsel, Kristopher) (Entered: 12/04/2024) |
| 12/04/2024 | 3110 | MOTION to Strike Document(s) *Defendants' Joint Supplemental List of Witnesses with Summary of Expected Testimony as to Patrick Fisk* (Re: 3090 Final Witness List ) by Attorney General of the State of Oklahoma (Koepsel, Kristopher) (Entered: 12/04/2024) |
| 12/04/2024 | 3111 | MINUTES of Proceedings – held before Magistrate Judge Susan E Huntsman: Motion Hearing held on 12/4/2024 ; striking/terminating deadline(s)/Hearing(s); granting in part and denying in part 3071 Motion to Quash (Re: 3071 MOTION to Quash *Subpoenas Served on the State of OK Dept. of Agriculture, Food, and Forestry and Request for Expedited Hearing* ) (Court Reporter: c1) (dlg, Dpty Clk) (Entered: 12/04/2024) |
| 12/04/2024 | 3112 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Evidentiary Hearing held on 12/4/2024 *and continued to following day.*, setting/resetting deadline(s)/hearing(s): ( Evidentiary Hearing set for 12/5/2024 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Brian Neil (AM), Leslie Ruiz (PM)) (kjp, Dpty Clk) (Entered: 12/04/2024) |
| 12/05/2024 | 3113 | OBJECTION *to the Admissibility of Documents Listed in Defendants' Second Updated Joint Exhibit List* by Attorney General of the State of Oklahoma (With attachments) (Koepsel, Kristopher) (Entered: 12/05/2024) |
| 12/05/2024 | 3114 | TRANSCRIPT of Proceedings (Unredacted) of Evidentiary Hearing – Vol. 1 – AM held on 12/3/2024 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 1–106). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 3109 Minutes of Evidentiary Hearing,, Setting/Resetting Deadline(s)/Hearing(s), (bpn, CrtRptr) Modified on 3/5/2025 to remove transcript access restriction (dla, Dpty Clk). (Entered: 12/05/2024) |
| 12/05/2024 | 3115 | TRANSCRIPT of Proceedings (Unredacted) of Evidentiary Hearing – Vol. 3 – AM held on 12/4/2024 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 287–396). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: |

| | | 3112 Minutes of Evidentiary Hearing,, Setting/Resetting Deadline(s)/Hearing(s), (bpn, CrtRptr) Modified on 3/5/2025 to remove transcript access restriction (dla, Dpty Clk). (Entered: 12/05/2024) |
|---|---|---|
| 12/05/2024 | 3116 | SUPPLEMENT *Re−Filing of its Privilege Log Pursuant to This Court's Order of December 4, 2024* (Re: 3106 Supplement, 3111 Minutes of Motion Hearing,, Striking/Terminating Deadline(s)/Hearing(s),, Ruling on Motion to Quash, 3100 Order,,,, Setting/Resetting Deadline(s)/Hearing(s), 3108 Supplement, 3072 Errata/Correction to Document, ) by Attorney General of the State of Oklahoma (With attachments) (Koepsel, Kristopher) (Entered: 12/05/2024) |
| 12/05/2024 | 3117 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Evidentiary Hearing held on 12/5/2024 *and continued to following day.*, setting/resetting deadline(s)/hearing(s): ( Evidentiary Hearing set for 12/6/2024 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Brian Neil (AM), Leslie Ruiz (Portion of PM)) (kjp, Dpty Clk) (Entered: 12/05/2024) |
| 12/05/2024 | 3118 | MINUTE ORDER by Judge Gregory K Frizzell *Due to scheduled maintenance, the CM/ECF system will be unavailable this weekend, beginning on Friday, December 6, 2024 at 8:00 p.m. CST. Accordingly, the deadline for defendants to file a response to the State of Oklahoma's Motion to Strike Defendants' Joint Supplemental List of Witnesses with Summary of Expected Testimony as to Patrick Fisk [Doc. 3110] is extended to Monday, December 9, 2024 at noon.*, setting/resetting deadline(s)/hearing(s): ( Responses due by 12/9/2024) (Re: 3110 MOTION to Strike Document(s) *Defendants' Joint Supplemental List of Witnesses with Summary of Expected Testimony as to Patrick Fisk* )  (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 12/05/2024) |
| 12/05/2024 | 3119 | Joint STIPULATION *at the Hearing on December 5, 2024* (Re: 3117 Minutes of Evidentiary Hearing,, Setting/Resetting Deadline(s)/Hearing(s), ) by Attorney General of the State of Oklahoma (With attachments) (Koepsel, Kristopher) (Entered: 12/05/2024) |
| 12/06/2024 | 3120 | TRANSCRIPT of Proceedings (Unredacted) of Evidentiary Hearing – Vol. 5 – AM held on 12/5/2024 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 553−656). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 3117 Minutes of Evidentiary Hearing,, Setting/Resetting Deadline(s)/Hearing(s) (bpn, CrtRptr) Modified on 3/6/2024 to remove transcript access restriction (dla, Dpty Clk). (Entered: 12/06/2024) |
| 12/06/2024 | 3121 | TRANSCRIPT of Proceedings (Unredacted) of Evidentiary Hearing – Vol. 6 – PM held on 12/5/2024 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 657−725). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: |

| | | 3117 Minutes of Evidentiary Hearing,, Setting/Resetting Deadline(s)/Hearing(s), (bpn, CrtRptr) Modified on 3/6/2025 to remove transcript access restriction (dla, Dpty Clk). (Entered: 12/06/2024) |
|---|---|---|
| 12/06/2024 | 3122 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Evidentiary Hearing held on 12/6/2024 *and continuing Monday, December 16, 2024.*, setting/resetting deadline(s)/hearing(s): ( Evidentiary Hearing set for 12/16/2024 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Brian Neil (AM), Leslie Ruiz (PM)) (kjp, Dpty Clk) (Entered: 12/06/2024) |
| 12/06/2024 | 3123 | MOTION to Withdraw Attorney(s) by Cal–Maine Farms, Inc., Cal–Maine Foods, Inc. (Senger, David) (Entered: 12/06/2024) |
| 12/06/2024 | 3124 | TRANSCRIPT of Proceedings (Unredacted) of Evidentiary Hearing – Vol. 8 – AM held on 12/6/2024 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 750–845). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 3122 Minutes of Evidentiary Hearing,, Setting/Resetting Deadline(s)/Hearing(s), (bpn, CrtRptr) Modified on 3/6/2025 to remove transcript access restriction (dla, Dpty Clk). (Entered: 12/06/2024) |
| 12/06/2024 | 3125 | MINUTE ORDER by Judge Gregory K Frizzell ; terminating attorney David Charles Senger ; granting 3123 Motion to Withdraw Attorney(s) (Re: 3123 MOTION to Withdraw Attorney(s) ) (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 12/06/2024) |
| 12/09/2024 | 3126 | Joint RESPONSE in Opposition to Motion *TO STRIKE DEFENDANTS JOINT SUPPLEMENTAL LIST OF WITNESSES WITH SUMMARY OF EXPECTED TESTIMONY AS TO PATRICK FISK* (Re: 3110 MOTION to Strike Document(s) *Defendants' Joint Supplemental List of Witnesses with Summary of Expected Testimony as to Patrick Fisk* ) by Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb–Vantress, Inc. ; (Todd, Gordon) (Entered: 12/09/2024) |
| 12/12/2024 | 3127 | ORDER by Judge Gregory K Frizzell ; denying 3110 Motion to Strike Document(s) (GKF2, Chambers) (Entered: 12/12/2024) |
| 12/15/2024 | 3128 | Supplemental OBJECTION to Exhibits by Oklahoma, State of, State of Oklahoma, Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Solomon, Cynthia) (Entered: 12/15/2024) |
| 12/16/2024 | 3129 | TRANSCRIPT of Proceedings (Unredacted) of Evidentiary Hearing – Volume II, PM held on 12/03/2024 before Judge Gregory K Frizzell (Court Reporter: Leslie K. Ruiz (918–699–4794)) (Pages: 107–286). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 3109 Minutes of Evidentiary Hearing,, Setting/Resetting Deadline(s)/Hearing(s), (lkr, Crt Rptr) Modified on 3/17/2025 to |

| | | remove transcript access restriction (dla, Dpty Clk). (Entered: 12/16/2024) |
|---|---|---|
| 12/16/2024 | 3130 | TRANSCRIPT of Proceedings (Unredacted) of Evidentiary Hearing – Volume IV, PM held on 12/04/2024 before Judge Gregory K Frizzell (Court Reporter: Leslie K. Ruiz (918–699–4794)) (Pages: 397–552). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 3112 Minutes of Evidentiary Hearing,, Setting/Resetting Deadline(s)/Hearing(s), lkr, Crt Rptr) Modified on 3/17/2025 to remove transcript access restriction (dla, Dpty Clk). (Entered: 12/16/2024) |
| 12/16/2024 | 3131 | TRANSCRIPT of Proceedings (Unredacted) of Evidentiary Hearing – Volume VII, PM held on 12/05/2024 before Judge Gregory K Frizzell (Court Reporter: Leslie K. Ruiz (918–699–4794)) (Pages: 726–749). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 3117 Minutes of Evidentiary Hearing, Setting/Resetting Deadline(s)/Hearing(s), (lkr, Crt Rptr) Modified on 3/17/2025 to remove transcript access restriction (dla, Dpty Clk). (Entered: 12/16/2024) |
| 12/16/2024 | 3132 | TRANSCRIPT of Proceedings (Unredacted) of Evidentiary Hearing – Volume IX, PM held on 12/06/2024 before Judge Gregory K Frizzell (Court Reporter: Leslie K. Ruiz (918–699–4794)) (Pages: 846–896). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 3122 Minutes of Evidentiary Hearing, Setting/Resetting Deadline(s)/Hearing(s), (lkr, Crt Rptr) Modified on 3/17/2025 to remove transcript access restriction (dla, Dpty Clk). (Entered: 12/16/2024) |
| 12/16/2024 | 3133 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Evidentiary Hearing held on 12/16/2024 *and continued to following day.*, setting/resetting deadline(s)/hearing(s): ( Evidentiary Hearing set for 12/17/2024 at 09:00 AM before Judge Gregory K Frizzell) (Court Reporter: Leslie Ruiz (AM), Brian Neil (PM)) (kjp, Dpty Clk) (Entered: 12/16/2024) |
| 12/16/2024 | 3134 | Supplemental OBJECTION to Exhibits by Oklahoma, State of, State of Oklahoma, Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Solomon, Cynthia) (Entered: 12/16/2024) |
| 12/17/2024 | 3135 | TRANSCRIPT of Proceedings (Unredacted) of Evidentiary Hearing – Vol. 11 – PM held on 12/16/2024 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 1028–1127). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically |

| | | available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 3133 Minutes of Evidentiary Hearing, Setting/Resetting Deadline(s)/Hearing(s) (bpn, CrtRptr) Modified on 3/17/2025 to remove transcript access restriction (dla, Dpty Clk). (Entered: 12/17/2024) |
|---|---|---|
| 12/17/2024 | 3136 | FINAL EXHIBIT LIST by Oklahoma, State of, State of Oklahoma, Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of (With attachments) (Solomon, Cynthia) (Entered: 12/17/2024) |
| 12/17/2024 | 3137 | MINUTES of Proceedings – held before Judge Gregory K Frizzell: Evidentiary Hearing held on 12/17/2024 *and completed.*, setting/resetting deadline(s)/hearing(s): ( Miscellaneous Deadline set for 1/30/2025) (Court Reporter: Brian Neil) (With attachments) (kjp, Dpty Clk) (Additional attachment(s) added on 12/19/2024: # 6 Plaintiff's Exhibit List, # 7 Defendants' Exhibit List) (kjp, Dpty Clk). (Entered: 12/18/2024) |
| 12/18/2024 | 3138 | TRANSCRIPT of Proceedings (Unredacted) of Evidentiary Hearing – Vol. 12 – AM held on 12/17/2024 before Judge Gregory K Frizzell (Court Reporter: Brian Neil) (Pages: 1128–1239). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 3137 Minutes of Evidentiary Hearing,, Setting/Resetting Deadline(s)/Hearing(s), ) (bpn, CrtRptr) Modified on 3/18/2025 to remove transcript access restriction. (atn, Dpty Clk). (Entered: 12/18/2024) |
| 12/19/2024 | 3139 | NOTICE of Docket Entry Modification; Correction: Added Plaintiff's and Defendants' Exhibit Lists to the Minute Entry (Re: 3137 Minutes of Evidentiary Hearing,, Setting/Resetting Deadline(s)/Hearing(s), ) (With attachments) (kjp, Dpty Clk) (Entered: 12/19/2024) |
| 12/19/2024 | 3140 | MOTION to Withdraw Attorney(s) – *Motion to Withdraw as Counsel of Record by Del Ehrich* – by Cargill Turkey Production, LLC, Cargill, Inc. (Tucker, John) (Entered: 12/19/2024) |
| 12/20/2024 | 3141 | MINUTE ORDER by Judge Gregory K Frizzell ; terminating attorney Delmar R Ehrich ; granting 3140 Motion to Withdraw Attorney(s) (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 12/20/2024) |
| 01/06/2025 | 3142 | MOTION to Withdraw Attorney(s) *Sherry P. Bartley* (mm, Dpty Clk) (Main Document 3142 replaced on 1/6/2025 to correct PDF) (mm, Dpty Clk). (Entered: 01/06/2025) |
| 01/06/2025 | 3143 | NOTICE of Docket Entry Modification; Error: incorrect PDF attached; Correction: replaced with corrected PDF (Re: 3142 MOTION to Withdraw Attorney(s) *Sherry P. Bartley* ) (mm, Dpty Clk) (Entered: 01/06/2025) |
| 01/07/2025 | 3144 | MINUTE ORDER by Judge Gregory K Frizzell ; terminating attorney Sherry P Bartley ; granting 3142 Motion to Withdraw Attorney(s) (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: |

| | | 01/07/2025) |
|---|---|---|
| 01/13/2025 | 3145 | TRANSCRIPT of Proceedings (Unredacted) of Evidentiary Hearing – Volume X, AM held on 12/16/2024 before Judge Gregory K Frizzell (Court Reporter: Leslie K. Ruiz (918–699–4794)) (Pages: 897–1027). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 3133 Minutes of Evidentiary Hearing,, Setting/Resetting Deadline(s)/Hearing(s), ) (lkr, Crt Rptr) Modified on 4/14/2025 to remove transcript access restriction. (atn, Dpty Clk). (Entered: 01/13/2025) |
| 01/30/2025 | 3146 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma (Drummond, Gentner) (Main Document 3146 replaced on 1/30/2025 with corrected PDF, See 3147 ) (kjp, Dpty Clk). (Entered: 01/30/2025) |
| 01/30/2025 | 3147 | ERRATA/CORRECTION (Re: 3146 Proposed Findings of Fact and Conclusions of Law ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma (With attachments) (Lewis, Jennifer) (Entered: 01/30/2025) |
| 01/30/2025 | 3148 | BRIEF *Defendants' Post–Trial Brief* by Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Todd, Gordon) (Entered: 01/30/2025) |
| 02/20/2025 | 3149 | MOTION to Withdraw Attorney(s) *Cody L. Reaves* by Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (McDaniel, Archer) (Entered: 02/20/2025) |
| 02/21/2025 | 3150 | MINUTE ORDER by Judge Gregory K Frizzell *granting the Motion to Withdraw as Attorney of Record [Doc. 3149]* ; terminating attorney Cody L. Reaves ; granting 3149 Motion to Withdraw Attorney(s) (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 02/21/2025) |
| 02/27/2025 | 3151 | MOTION to Withdraw Attorney(s) *Sharon K. Parker* by State of Oklahoma [Note: Attorney Sharon K Parker added to party State of Oklahoma(pty:pla).] (Parker, Sharon) (Entered: 02/27/2025) |
| 02/27/2025 | 3152 | ORDER by Judge Gregory K Frizzell ; terminating attorney Sharon K Parker ; granting 3151 Motion to Withdraw Attorney(s) (kjp, Dpty Clk) (Entered: 02/27/2025) |
| 03/13/2025 | 3153 | NOTICE Defendants' Joint Notice of Supplemental Authority (Re: 3148 Brief ) by Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (With attachments) (Todd, Gordon) Modified on 3/20/2025 – **STRICKEN per 3155** (dla, Dpty Clk). (Entered: 03/13/2025) |
| 03/19/2025 | 3154 | MOTION to Strike Document(s) (Re: 3153 Notice (Other) ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, State of Oklahoma (With attachments) (Drummond, Gentner) (Entered: 03/19/2025) |
| 03/19/2025 | 3155 | MINUTE ORDER by Judge Gregory K Frizzell *Plaintiff State of Oklahoma's Motion to Strike Defendants' Joint Notice of Supplemental Authority [Doc. 3154] is* |

| | | |
|---|---|---|
| | | *granted as, pursuant to Local Civil Rule 7−1(f), supplemental briefs may be filed only upon motion and leave of Court. Defendants did not seek leave to file the Joint Notice of Supplemental Authority as required. Accordingly, defendants' Joint Notice of Supplemental Authority [Doc. 3153] is stricken.* ; striking/withdrawing document(s); granting 3154 Motion to Strike Document(s) (Re: 3153 Notice (Other) ) (Documents Terminated: 3153 Notice (Other) )  (This entry is the Official Order of the Court. No document is attached.) (GKF2, Chambers) (Entered: 03/19/2025) |
| 03/27/2025 | 3156 | Joint MOTION for Leave to File Notice of Supplemental Authority (Re: 3148 Brief ) by Cobb−Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (With attachments) (Todd, Gordon) (Entered: 03/27/2025) |
| 03/31/2025 | 3157 | RESPONSE in Opposition to Motion (Re: 3156 Joint MOTION for Leave to File Notice of Supplemental Authority ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma ; (Drummond, Gentner) (Entered: 03/31/2025) |
| 06/17/2025 | 3158 | ATTORNEY APPEARANCE by Noah Watson on behalf of State of Arkansas [Note: Attorney Noah Watson added to party State of Arkansas(pty:intv).] (Watson, Noah) Modified on 6/17/2025 to remove filers selected in error. (dla, Dpty Clk). (Entered: 06/17/2025) |
| 06/17/2025 | 3159 | MOTION for Leave to File Motion for Leave to File Amicus Brief by State of Arkansas (With attachments) (Watson, Noah) (Entered: 06/17/2025) |
| 06/17/2025 | | NOTICE of Docket Entry Modification; Error: filer selected in error; Correction: deleted filer selected in error (Re: 3158 Appearance − Attorney ) (dla, Dpty Clk) (Entered: 06/17/2025) |
| 06/17/2025 | 3160 | MINUTE ORDER by Judge Gregory K Frizzell *Defendants' Joint Motion for Leave to File Notice of Supplemental Authority [Doc. 3156] and the Motion for Leave to File an Amicus Brief [Doc. 3159] of the State of Arkansas are denied as the proposed supplemental authority and amicus brief address issues outside of the stated scope of the December 2024 evidentiary hearing.* ; denying 3156 Motion for Leave to File Document(s); denying 3159 Motion for Leave to File Document(s) (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 06/17/2025) |
| 06/17/2025 | 3161 | OPINION AND ORDER by Judge Gregory K Frizzell (Re: 3137 Minutes of Evidentiary Hearing,, Setting/Resetting Deadline(s)/Hearing(s), 3148 Brief, 3146 Proposed Findings of Fact and Conclusions of Law, ) (kjp, Dpty Clk) (Entered: 06/17/2025) |
| 06/18/2025 | 3162 | ORDER by Judge Gregory K Frizzell , setting/resetting deadline(s)/hearing(s): ( Miscellaneous Deadline set for 7/9/2025, Responses due by 7/30/2025, Replies due by 8/11/2025) (kjp, Dpty Clk) (Entered: 06/18/2025) |
| 07/09/2025 | 3163 | MOTION for Judgment *Brief in Support of State's Proposed Final Judgment* by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of (With attachments) (Drummond, Gentner) (Entered: 07/09/2025) |
| 07/30/2025 | 3164 | RESPONSE in Opposition to Motion (Re: 3163 MOTION for Judgment *Brief in Support of State's Proposed Final Judgment* ) by Cobb−Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. ; (With attachments) (Todd, |

| | | Gordon) (Entered: 07/30/2025) |
|---|---|---|
| 08/06/2025 | 3165 | ATTORNEY APPEARANCE by Joseph R Farris on behalf of American Farm Bureau Federation, Jeremy Jackson, Jerry Moyer [Note: Attorney Joseph R Farris added to party American Farm Bureau Federation(pty:mov), Attorney Joseph R Farris added to party Jeremy Jackson(pty:dft), Attorney Joseph R Farris added to party Jerry Moyer(pty:dft).] (Farris, Joseph) (Entered: 08/06/2025) |
| 08/06/2025 | 3166 | MOTION for Leave to File Amicus Brief of Jeremy Jackson, Jerry Moyer and the Arkansas Farm Bureau Federation by Arkansas Farm Bureau Federation, Jeremy Jackson, Jerry Moyer [Note: Attorney Joseph R Farris added to party Arkansas Farm Bureau Federation(pty:ip).] (With attachments) (Farris, Joseph) (Entered: 08/06/2025) |
| 08/06/2025 | 3167 | MOTION for Attorney(s) William A. Waddell, Jr. to be Admitted Pro Hac Vice (paid $125 PHV fee; receipt number AOKNDC–3258311) by Arkansas Farm Bureau Federation, Jeremy Jackson, Jerry Moyer (Farris, Joseph) (Entered: 08/06/2025) |
| 08/06/2025 | 3168 | MINUTE ORDER by Judge Gregory K Frizzell *granting the Motion for Admission of Counsel Pro Hac Vice [Doc. 3167], and William A. Waddell, Jr., is admitted pro hac vice. Counsel is further directed to file a separate entry of appearance forthwith.* ; granting 3167 Motion for Admission Pro Hac Vice (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 08/06/2025) |
| 08/08/2025 | 3169 | MINUTE ORDER by Court Clerk , directing Jeremy Jackson and Jerry Moyer to file a Disclosure Statement pursuant to FRCvP 7.1 and LCvR 7.1–1, if applicable. The parties shall use the form entitled Disclosure Statement available on the Courts website. (This entry is the Official Order of the Court. No document is attached.) (dla, Dpty Clk) (Entered: 08/08/2025) |
| 08/08/2025 | 3170 | ATTORNEY APPEARANCE by William A Waddell, Jr on behalf of Jeremy Jackson, Jerry Moyer and Arkansas Farm Bureau Federation [Note: Attorney William A Waddell, Jr added to party Jerry Moyer(pty:dft).] (Waddell, William) Modified on 8/8/2025 to add filers (dla, Dpty Clk). (Entered: 08/08/2025) |
| 08/08/2025 | 3171 | DISCLOSURE STATEMENT by Arkansas Farm Bureau Federation (Waddell, William) (Entered: 08/08/2025) |
| 08/08/2025 | | NOTICE of Docket Entry Modification; Error: not all filers selected; Correction: added filers (Re: 3170 Appearance – Attorney, ) (dla, Dpty Clk) (Entered: 08/08/2025) |
| 08/11/2025 | 3172 | REPLY (Re: 3164 Response in Opposition to Motion, ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma (Drummond, Gentner) (Entered: 08/11/2025) |
| 08/13/2025 | 3173 | NOTICE of Party Name Correction by American Farm Bureau Federation (Farris, Joseph) (Entered: 08/13/2025) |
| 08/13/2025 | 3174 | RESPONSE in Opposition to Motion (Re: 3166 MOTION for Leave to File Amicus Brief of Jeremy Jackson, Jerry Moyer and the Arkansas Farm Bureau Federation ) by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma ; (Drummond, Gentner) (Entered: 08/13/2025) |

| 10/02/2025 | 3175 | ATTORNEY APPEARANCE by Andrew W Lester on behalf of Oklahoma Secretary of the Environment, Office of (Lester, Andrew) (Entered: 10/02/2025) |
| 10/02/2025 | 3176 | MOTION to Substitute Attorney by Oklahoma Secretary of the Environment, Office of (With attachments) (Lester, Andrew) (Entered: 10/02/2025) |
| 10/17/2025 | 3177 | ATTORNEY APPEARANCE by William Walker O'Connor on behalf of J. Kevin Stitt [Note: Attorney William Walker O'Connor added to party J. Kevin Stitt(pty:ip).] (O'Connor, William) (Entered: 10/17/2025) |
| 10/17/2025 | 3178 | MOTION to set Status Conference by J. Kevin Stitt (O'Connor, William) (Entered: 10/17/2025) |
| 10/17/2025 | 3179 | ATTORNEY APPEARANCE by John T Richer on behalf of J. Kevin Stitt [Note: Attorney John T Richer added to party J. Kevin Stitt(pty:ip).] (Richer, John) (Entered: 10/17/2025) |
| 10/17/2025 | 3180 | ATTORNEY APPEARANCE by Hillary Hurst on behalf of J. Kevin Stitt [Note: Attorney Hillary Hurst added to party J. Kevin Stitt(pty:ip).] (Hurst, Hillary) (Entered: 10/17/2025) |
| 10/21/2025 | 3181 | MINUTE ORDER by Court Clerk , directing J. Kevin Stitt to file a Disclosure Statement pursuant to FRCvP 7.1 and LCvR 7.1−1, if applicable. The parties shall use the form entitled Disclosure Statement available on the Courts website. (This entry is the Official Order of the Court. No document is attached.) (dla, Dpty Clk) (Entered: 10/21/2025) |
| 10/23/2025 | 3182 | RESPONSE in Opposition to Motion (Re: 3176 MOTION to Substitute Attorney ) by State of Oklahoma ; (Gaskins, Garry) (Entered: 10/23/2025) |
| 10/24/2025 | 3183 | DISCLOSURE STATEMENT by J. Kevin Stitt (O'Connor, William) (Entered: 10/24/2025) |
| 11/05/2025 | 3184 | MOTION to Strike Governor Stitt's Motion to Set Status Conference by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma (Lewis, Jennifer) (Entered: 11/05/2025) |
| 11/06/2025 | 3185 | REPLY to Response to Motion (Re: 3176 MOTION to Substitute Attorney ) by Oklahoma Secretary of the Environment, Office of ; (With attachments) (Lester, Andrew) (Entered: 11/06/2025) |
| 11/07/2025 | 3186 | MINUTE ORDER by Judge Gregory K Frizzell *denying the Governor's Motion to Set Status Conference [Doc. 3178].* ; denying 3178 Motion for Miscellaneous Relief (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 11/07/2025) |
| 11/07/2025 | 3187 | MINUTE ORDER by Judge Gregory K Frizzell *The court having denied the Motion to Set Status Conference [Doc. 3178], the Motion to Strike [Doc. 3184] is moot.* ; finding as moot 3184 Motion to Strike (Re: 3178 MOTION to set Status Conference ) (This entry is the Official Order of the Court. No document is attached.) (kjp, Dpty Clk) (Entered: 11/07/2025) |
| 11/10/2025 | 3188 | ORDER by Judge Gregory K Frizzell ; denying 3166 Motion for Leave to File Document(s) (kjp, Dpty Clk) (Entered: 11/10/2025) |
| 12/05/2025 | 3189 | MAIL to Timothy T Jones Returned – address has been changed to address unknown. (Re: 3186 Minute Order,, Ruling on Motion for Miscellaneous Relief, ) |

| | | (mm, Dpty Clk) (Entered: 12/08/2025) |
|---|---|---|
| 12/08/2025 | 3190 | MAIL to Timothy T Jones Returned – address has been changed to address unknown. (Re: 3188 Order, Ruling on Motion for Leave to File Document(s) ) (mm, Dpty Clk) (Entered: 12/08/2025) |
| 12/16/2025 | 3191 | ORDER by Judge Gregory K Frizzell ; denying 3176 Motion to Substitute Attorney (kjp, Dpty Clk) (Entered: 12/16/2025) |
| 12/19/2025 | 3192 | JUDGMENT by Judge Gregory K Frizzell , entering judgment in favor of Plaintiff against Defendants (terminates case) (kjp, Dpty Clk) (Entered: 12/19/2025) |
| 12/19/2025 | | ***Civil Case Terminated (see document number 3192 ) (dla, Dpty Clk) (Entered: 12/22/2025) |
| 12/23/2025 | 3193 | ATTORNEY APPEARANCE by Gerard Michael D'Emilio on behalf of Simmons Foods, Inc. [Note: Attorney Gerard Michael D'Emilio added to party Simmons Foods, Inc.(pty:dft).] (D'Emilio, Gerard) (Entered: 12/23/2025) |
| 12/23/2025 | 3194 | ATTORNEY APPEARANCE by Amy M Stipe on behalf of Simmons Foods, Inc. [Note: Attorney Amy M Stipe added to party Simmons Foods, Inc.(pty:dft).] (Stipe, Amy) (Entered: 12/23/2025) |
| 12/29/2025 | 3195 | MOTION Expedited Motion for an Extension of Time to File Bill of Costs and an Extension of Time to File Motion for Attorneys' Fees and Expenses by Attorney General of the State of Oklahoma, Oklahoma Secretary of the Environment, Office of, Oklahoma, State of, State of Oklahoma (Lewis, Jennifer) (Entered: 12/29/2025) |
| 12/29/2025 | 3196 | ORDER by Judge Gregory K Frizzell *granting the State of Oklahomas motion to extend the deadline to file its Bill of Costs from January 2, 2026, to January 30, 2026 and to extend the deadline to file its motion for attorneys fees and expenses from January 2, 2026, to March 3, 2026* ; setting/resetting deadline(s)/hearing(s): ; granting 3195 Motion for Miscellaneous Relief (alg, Dpty Clk) (Entered: 12/29/2025) |
| 12/29/2025 | 3197 | NOTICE OF APPEAL to Circuit Court (paid $605 appeal fee; receipt number AOKNDC–3325919) (Re: 3192 Judgment, Entering Judgment ) by Cal–Maine Foods, Inc. (Redemann, Robert) (Entered: 12/29/2025) |
| 12/29/2025 | 3198 | NOTICE OF APPEAL to Circuit Court (paid $605 appeal fee; receipt number AOKNDC–3325923) (Re: 3192 Judgment, Entering Judgment ) by Cargill Turkey Production, LLC, Cargill, Inc. (Tucker, Colin) (Entered: 12/29/2025) |
| 12/29/2025 | 3199 | NOTICE OF APPEAL to Circuit Court (paid $605 appeal fee; receipt number AOKNDC–3325918) (Re: 3192 Judgment, Entering Judgment ) by Cobb–Vantress, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Todd, Gordon) (Entered: 12/29/2025) |
| 12/29/2025 | 3200 | NOTICE OF APPEAL to Circuit Court (paid $605 appeal fee; receipt number AOKNDC–3325925) (Re: 3192 Judgment, Entering Judgment ) by Peterson Farms, Inc. (McDaniel, Archer) (Entered: 12/29/2025) |
| 12/29/2025 | 3201 | NOTICE OF APPEAL to Circuit Court (paid $605 appeal fee; receipt number AOKNDC–3325929) (Re: 3192 Judgment, Entering Judgment ) by Simmons Foods, Inc. (Bronson, Vicki) (Entered: 12/29/2025) |
| 12/29/2025 | 3202 | |

| | | NOTICE OF APPEAL to Circuit Court (paid $605 appeal fee; receipt number AOKNDC–3325930) (Re: 3192 Judgment, Entering Judgment ) by George's Farms, Inc., George's, Inc. (Boehler, Kristy) (Entered: 12/29/2025) |
|---|---|---|
| 12/29/2025 | 3203 | MOTION to Stay *Pending Appeal* by All Defendants (With attachments) (Todd, Gordon) (Entered: 12/29/2025) |
| 12/29/2025 | 3204 | BRIEF in Support of Motion (Re: 3203 MOTION to Stay *Pending Appeal* ) by All Defendants ; (With attachments) (Todd, Gordon) (Entered: 12/29/2025) |
| 12/29/2025 | 3205 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Plaintiffs to Respond* (Re: 3203 MOTION to Stay *Pending Appeal* ) by All Defendants (Todd, Gordon) (Entered: 12/29/2025) |
| 12/30/2025 | 3206 | ORDER by Judge Gregory K Frizzell ; setting/resetting deadline(s)/hearing(s): ( Responses due by 1/12/2026); granting in part and denying in part 3205 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 3203 MOTION to Stay *Pending Appeal* ) (kjp, Dpty Clk) (Entered: 12/30/2025) |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA, *et al.*,     )
     )
     Plaintiffs,     )
     )
v.     )     Case No. 05-cv-329-GKF-SH
     )
TYSON FOODS, INC., *et al.*,     )
     )
     Defendants.     )

## NOTICE OF APPEAL OF DEFENDANTS TYSON FOODS, INC., TYSON POULTRY, INC., TYSON CHICKEN, INC., AND COBB-VANTRESS, INC.

Defendants Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., and Cobb-Vantress, Inc. hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Final Judgment [Dkt. 3192] entered on December 19, 2025, including all prior rulings that merge into that judgment. *See* Fed. R. App. P. 3(c)(4).

December 29, 2025     Respectfully submitted,

     /s/ *Gordon D. Todd*
     Mark D. Hopson
     Frank R. Volpe
     Gordon D. Todd
     Benjamin M. Mundel
     Sidley Austin LLP
     1501 K Street, NW
     Washington, D.C.  20005
     (202) 736-8000
     (202) 736-8711 (facsimile)
     mhopson@sidley.com
     fvolpe@sidley.com
     gtodd@sidley.com
     bmundel@sidley.com

     *Attorneys for Tyson Foods, Inc.,*
     *Tyson Poultry, Inc., Tyson Chicken, Inc., and*
     *Cobb-Vantress, Inc.*

1

## CERTIFICATE OF SERVICE

I certify that on December 29, 2025, I caused this document to be filed with the Clerk of

Court through CM/ECF, which will serve copies on all registered counsel.


/s/ *Gordon D. Todd*
Gordon D. Todd

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

|  |  |  |
|---|---|---|
| STATE OF OKLAHOMA *ex rel.* | ) | |
| GENTNER DRUMMOND, in his capacity as | ) | |
| Attorney General of the State of Oklahoma and | ) | |
| OKLAHOMA SECRETARY OF ENERGY | ) | |
| AND ENVIRONMENT JEFF STARLING | ) | |
| in his capacity as the TRUSTEE FOR | ) | |
| NATURAL RESOURCES FOR THE | ) | |
| STATE OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 05-CV-00329-GKF-SH |
| | ) | |
| TYSON FOODS, INC., | ) | |
| TYSON POULTRY, INC., | ) | |
| TYSON CHICKEN, INC., | ) | |
| COBB-VANTRESS, INC., | ) | |
| CAL-MAINE FOODS, INC., | ) | |
| CARGILL, INC., | ) | |
| CARGILL TURKEY PRODUCTION, LLC, | ) | |
| GEORGE'S, INC., | ) | |
| GEORGE'S FARMS, INC., | ) | |
| PETERSON FARMS, INC., and | ) | |
| SIMMONS FOODS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In its Findings of Fact and Conclusions of Law, this court found in favor of the State and

against defendants on the State's claims of statutory public nuisance, federal common law

nuisance, trespass, for violation of 27A Okla. Stat. § 2-6-105, and for violation of 2 Okla. Stat. §

2-18.1. Doc. 2979 at 213. Among other things, the court found that the waters of the Illinois River

Watershed (IRW) have elevated phosphorus levels;[1] that the principal contributor of these elevated

---

[1] *See* Doc. 2979, FOF 130 ("The court finds that phosphorus concentrations in streams and rivers
of the IRW in Oklahoma are elevated beyond natural or background levels …"); FOF 168 ("Based
upon the foregoing factual findings, the court finds that the rivers and streams of the IRW have
elevated phosphorus concentration levels above natural or background levels."); FOF 239 ("The

phosphorus levels in the waters of the IRW is run-off from poultry waste;[2] and that banked phosphorus in the soils of the IRW due to land application of poultry waste is a source of this phosphorus run-off.[3]

The court concluded that the defendants knew their growers, in the ordinary course of their work for the defendants, spread poultry litter on the land in the IRW, and knew or should have known no later than the late 1990s that their growers' land application of poultry waste generated by the defendants' poultry was a primary source of the excess phosphorus in the waters of the

---

court finds that Lake Tenkiller has become eutrophic, and this eutrophication is caused by phosphorus concentrations in the reservoir.").

[2] See Doc. 2979, FOF 288 ("The court finds that nonpoint source phosphorus is a significant source of the phosphorus causing injury to the rivers and streams of the IRW and to Lake Tenkiller."); FOF 539 ("The evidence that phosphorus from land-applied poultry waste can and does run off into the waters of the IRW is convincing. As set forth below, the evidence is convincing that poultry waste is a significant source of the phosphorus causing injuries to the rivers and streams of the IRW and to Lake Tenkiller."); FOF 585 ("[I]t is clear that poultry waste is a major contributor to the levels of phosphorus in the waters of the IRW."); FOF 586 "([P]oultry waste is the principal contributor of the phosphorus causing injuries to the waters of the IRW.").

[3] See Doc. 2979, FOF 81 ("[T]he agronomic critical level for phosphorus in the IRW is 65 lbs./acre STP, and the land application of poultry litter in the IRW in excess of this agronomic critical level is not protective of the environment and likely results in continued phosphorus pollution."); FOF 73 (finding that at an STP of 65 lbs./acre, there is 100 percent sufficiency for the growth of grass.); FOF 77 ("[A]t land application rates in excess of agronomic need, there is no crop benefit."); FOF 362 ("Land application of poultry waste has caused the soil in many areas of the IRW to have STP levels in excess of any agronomic need for phosphorus."); FOF 531 ("Phosphorus runoff calculations made in various coefficient-based studies of land applied poultry waste in the IRW are consistent in finding that approximately five percent of the phosphorus in land-applied litter in the IRW is expected to run off in a typical year."); FOF 535 ("[T]he court accords substantial weight to the evidence that some fraction of phosphorus from land applied poultry waste runs off to the waters of the IRW."); COL 49 ("And the overwhelming evidence establishes that phosphorus from land-applied poultry waste runs off the fields in environmentally significant quantities, causing injury to the waters of the IRW."); COL 61 ("[P]oultry waste continues to be applied to the phosphorus-saturated fields in the Oklahoma portion of the IRW, where an environmentally significant portion of the phosphorus contained in the waste runs off the fields and enters the waters of the IRW.").

IRW. Doc. 2979, COL 11. Once on notice, the defendants had a duty to abate the nuisance and put

a stop to the trespass, neither of which they have done. Doc. 2979, COL 11 (citing *City of Tulsa v.*

*Tyson Foods, Inc.,* 258 F. Supp. 2d 1263, 1295-96 (N.D. Okla. 2003), *vacated in connection with*

*settlement*). Therefore, the defendants are liable for any trespass or nuisance created by their

growers. *Id.* at 1296. Doc. 2979, COL 11 (citing *City of Tulsa*, 258 F. Supp. 2d at 1295-96).

The court directed the parties to meet and attempt to reach an agreement with regard to

remedies to be imposed in this action.  The parties participated in mediation with retired Tenth

Circuit Chief Judge Deanell Reece Tacha but were unable to reach a settlement agreement.

The defendants then filed a motion to dismiss, alleging that conditions in the IRW had

changed such that the State's claims were constitutionally and prudentially moot, and arguing that

granting relief would violate due process. The Court denied the motion to dismiss, and set an

evidentiary hearing to address the defendants' contention that conditions in the IRW had materially

changed following the end of trial. Docs. 3038 and 3098.

Following a six-day evidentiary hearing, the Court entered an Opinion and Order in which

it found, among other things, that:  conditions have not materially changed since trial and the rivers

and streams of the IRW and Lake Tenkiller continue to be impaired by phosphorus;[4] the

---

[4] *See* Doc. 3161 at 6-7 ("[T]he court finds that the conditions of the IRW have not materially changed since trial, and the elevated phosphorus concentration levels have resulted in significant increases in algal biomass in the IRW's rivers and streams, which has impacted the aesthetics of the IRW's rivers and streams."); *Id.* at 7 ("[T]he court finds that conditions have not materially changed since trial and that phosphorus concentrations in the Illinois River, Flint Creek, and Barren Fork Creek continue to exceed the total phosphorus criterion applicable to scenic rivers and the aesthetics beneficial use is impaired for total phosphorus in violation of Oklahoma water quality standards."); *Id.* ("Lake Tenkiller continues to be eutrophic."); *Id.* at 9 ("[E]levated phosphorus levels continue to cause injury to Lake Tenkiller, as well as the biota therein."); *Id.* at 21 ("Because the phosphorus run-off from land-applied poultry waste continues to be a significant source of phosphorus which is causing actual and ongoing injury to the waters of the IRW, the conditions in the IRW have not materially changed since trial.").

defendants, except defendants Peterson and Cal-Maine, have continued operations in the IRW and have continued generating significant quantities of phosphorus-rich poultry waste throughout the IRW;[5] legacy phosphorus in the soil from past application of poultry litter continues to affect the water quality in the rivers and streams of the IRW;[6] "significant amounts of poultry waste generated by defendants' birds have been, and continue to be, land-applied in the IRW, in close proximity to the growers' farms;"[7] "phosphorus run-off from land-applied poultry waste continues to be a significant source of phosphorus causing injuries to the waters of the IRW;"[8] and "the continuing actual and ongoing injury to the waters of the IRW constitutes irreparable harm."[9] Thus, the court concluded "circumstances have not 'changed since the beginning of litigation that forestall any occasion for meaningful relief.' [quoting *S. Utah Wilderness Alliance v. Smith*, 110 F.3d 724, 727 (10th Cir. 1997).] Accordingly, this matter is not prudentially moot."[10]

---

[5] *See id.* at 9-10 (listing the number of poultry feeding operations, number of poultry houses, and bird capacity per flock in the Oklahoma portion of the IRW); *Id.* at n. 6 (explaining that the Court had previously concluded that defendants Peterson and Cal-Maine had ceased poultry operations in the IRW); *Id.* at 12 ("[S]ince trial in this matter, each of the defendants—with the exception of defendants Peterson and Cal-Maine—has generated significant quantities of phosphorus-rich poultry waste in the IRW.").

[6] *See id.* at 15 ("[T]he court finds that 'legacy phosphorus' resulting from past application of poultry litter continues to affect the water quality of the rivers and streams of the IRW.").

[7] *Id.* at 16.

[8] *Id.* at 20.

[9] *Id.* at 21; *see also*, the court's corresponding conclusion in its Findings of Fact and Conclusions of Law, Doc. 2979 at COL 93 (stating "actual and ongoing injury to the waters of the IRW constitutes irreparable harm and warrants injunctive relief.").

[10] Doc. 3161 at 22.

The issues having been duly tried and the court having entered its findings of fact and conclusions of law, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be and is hereby entered in favor of the State and against the Defendants on the State's claims of statutory public nuisance, federal common law nuisance, trespass, for violation of 27A Okla. Stat. § 2-6-105, and for violation of 2 Okla. Stat. § 2-18.1.

The State seeks a permanent injunction as one of its remedies. "For a party to obtain a permanent injunction, it must prove: '(1) actual success on the merits; (2) irreparable harm unless the injunction is issued; (3) the threatened injury outweighs the harm that the injunction may cause the opposing party; and (4) the injunction, if issued, will not adversely affect the public interest.'" *Prairie Band Potawatomi Nation v. Wagnon*, 476 F.3d 818, 822 (10th Cir. 2007) (citation omitted). The State has proven both actual success on the merits and irreparable harm unless the injunction is issued. *See* FF&CL, Doc. 2979, pp. 217-218. As for the third and fourth requirements, the parties have now briefed their respective arguments. *See* Doc. 3164, pp. 21-26, and Doc. 3172, pp. 3-7.

Considering the balance of hardships between the State and the defendants, the court concludes that an injunction is warranted. The State persuasively asserts that the hardship that will befall the defendants is that they—like responsible businesses—will bear the costs of: first, remediating the extensive damage they've caused in the past; and second, managing more responsibly the poultry waste generated by their birds from this point forward. However, to balance the equities, and as set forth below, the court adopts a less stringent STP standard than that requested by the State, as the court finds from the evidence and testimony presented by the State at trial that nutrient utilization standards that are protective of the environment require only that animal manure applications do not result in soil test phosphorus levels that exceed 120. *See*

FF&CL, Doc. 2979, p. 33.  Further, permitting soil test phosphorus levels up to 120 ensures that the vast majority of fields have sufficient phosphorus and prevents localized deficiencies due to soil variability.  *Id.*  Enforcement of the claims on which the State has prevailed by the injunction set forth below strikes a balance between the business interests of the poultry industry, but also the interests of the public in enforcement of the laws protective of the environment, specifically: statutory public nuisance, federal common law nuisance, trespass, 27A Okla. Stat. § 2-6-105, and 2 Okla. Stat. § 2-18.1.

As for whether the injunction, if issued, will adversely affect the public interest, the court finds and concludes that it will not.  Though defendants call attention to the vested business interests of themselves, their contract growers, cattlemen, and hay farmers in the outcome of this litigation, both they and the public at large have an interest in the enforcement of the environmental claims on which the State has prevailed.  The injunction set forth below is consistent with the regulatory scheme that third-party stakeholders are required to follow, as Oklahoma law applicable to this action plainly prohibits pollution of the waters of the State by poultry waste.  As for the public at large, its interest is not only in the production of poultry products, but in the responsible disposal of poultry waste in compliance with the law.

The State seeks prohibitory injunctive relief in restricting land application of poultry waste, as well as mandatory injunctive relief to remediate damage, monitor the watershed, and enforce the injunction.  "It is fundamental that mandatory injunctive relief should be granted only under compelling circumstances inasmuch as it is a harsh remedial process not favored by the court."  *Citizens Concerned, etc. v. City & Cty. of Denver*, 628 F.2d 1289, 1299 (10th Cir. 1980).  "[C]aution is especially important appropriate [when] the type of injunction sought is mandatory rather than prohibitory."  *Signature Props. Int'l, Ltd. v. City of Edmond*, 310 F.3d 1258, 1269 (10th

Cir. 2002).  The court finds the circumstances presented here to be compelling.  First, remediation

is necessary to mitigate the damage caused by defendants to the waters of the IRW by the land

application of waste from defendants' poultry.  Remediation can only be achieved in this highly

contested lawsuit by adoption of a mandatory injunction.  Second, the IRW is comprised of over

a million acres and runs 145 miles from East to West through the Ozarks of Northwest Arkansas

and Northeast Oklahoma.  A master must be appointed to oversee the investigation and planning

of the remediation to be performed over this large watershed, to oversee and implement the

ongoing remediation, to monitor compliance with the restrictions imposed by this Judgment on the

land application of defendants' poultry waste, and to monitor the progress of the remediation and

the restrictions.  This court cannot reasonably perform these tasks itself, particularly in the wake

of the *McGirt* decision and the resultant explosion of this court's criminal docket.  The need to

appoint a master and necessary staff is therefore a compelling circumstance requiring an injunction

which is, in part, mandatory.

Premises considered, the parties shall comply with the provisions of this Judgment set forth

below.

1. **Definitions**

   a. "Company Farm" means any property now or hereafter owned or operated by any
      Defendant to raise and care for poultry owned by, or for the benefit of, that
      Defendant.

   b. "Contract Grower" means any person or other entity engaged in farming or other
      agricultural operations who contracts with any Defendant, to raise and care for
      poultry provided in the Watershed to the Contract Grower by any Defendant.

c. "Contract Grower Farm" means any property now or hereafter owned or operated by any Contract Grower, to raise and care for poultry provided inside the Watershed to the Contract Grower by any Defendant.

d. "Defendant" means Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken, Inc., Cobb-Vantress, Inc., Cal-Maine Foods, Inc., Cargill, Inc., Cargill Turkey Production, LLC, George's, Inc., George's Farms, Inc., Peterson Farms, Inc., and Simmons Foods, Inc., and their successors and assigns (collectively "Defendants") and includes all entities owning or operating farms owned by any Defendant.

e. "Defendants' Birds" means all birds confined on the Defendants' Company Farms or the Defendants' Contract Grower Farms.

f. "Illinois River Watershed" ("IRW" or "Watershed") means the Illinois River Watershed encompassing approximately 1,069,530 acres located in northeastern Oklahoma (Adair, Cherokee, Delaware, and Sequoyah Counties) and northwestern Arkansas (Crawford, Benton, and Washington Counties), and depicted in State's Ex. 3351 at OSU0005147. Within the IRW are the Illinois River, as well as its major tributaries, including the Baron (aka Barren) Fork River, the Caney Creek, and the Flint Creek. State's Ex. 3351 at OSU0005160; see also Daily Trans., 10105:7-20 (Grip Testimony). The Watershed includes the 12,900 acre Tenkiller Ferry Lake. State's Ex. 3351 at OSU0005174.

g. "Poultry Waste" means all byproducts associated with the confinement of poultry, including excrement, feed waste, animal carcasses, and bedding materials.

h. "STP" means soil test phosphorus.

i.   "Withdrawn Defendants" means Cal-Maine Foods, Inc., Cargill, Inc., Cargill Turkey Production, LLC, and Peterson Farms, Inc.

2.  **Remediation**

a.  Remediation is necessary to reduce phosphorus loading and abate the impacts of the pollution caused by the overapplication of Poultry Waste in the Watershed. Doc. 2979 at 213; *see also*, Doc. 3161 at 21 (concluding "the continuing actual and ongoing injury to the waters of the IRW constitutes irreparable harm" and stating "[i]n light of the ongoing injuries, remedial measures in this case 'will have some effect in the real world.'").

b.  The Defendants are legally responsible for remedying the phosphorus pollution of the Watershed.

c.  Remediation shall be conducted in a phased approach that includes remedial investigation, planning, implementation, and monitoring.

d.  Phase I comprises remedial investigation and planning. To initiate Phase I, the court hereby orders a remedial investigation by a master (as detailed in Section 3) to assess the status of the Poultry Waste pollution in the IRW, including but not limited to current practices relating to the disposal of Poultry Waste generated by Defendants' poultry growing operations. Further, the court orders the development of a remediation plan by the master, based upon the findings of the remedial investigation and the evaluation of remediation options. Options to evaluate include, without limitation: buffer strips, increased treatment of drinking water, excavation, alum application to fields, crop and nutrient management with nitrogen supplementation, bank stabilization, constructed wetlands, sediment removal from

9

Lake Tenkiller, layered aeration of Lake Tenkiller, and exportation of Poultry Waste outside the Watershed for application to phosphorus-deficient soil. *See* Doc. 2979, FOF 594-595. Upon review and evaluation of the plan developed and submitted by the master, the court may take all appropriate and necessary actions, including ordering additional remedial investigation or ordering additional remediation planning. Upon the court's approval of the plan, the court shall order implementation of the plan.

e.  Phase II will comprise implementation of one or more remediation plans that the court approves.

f.  Phase III will comprise on-going monitoring of the projects implemented in furtherance of the one or more court-approved remediation plans.

g.  Notwithstanding the provision of Section 2(f), each of the Phases I, II, and III shall include monitoring by the master of all aspects relevant to the remediation operations of those phases including, without limitation, monitoring of water quality, soil sampling, and Poultry Waste sampling.

h.  The Defendants shall pay all costs and expenses associated with remediation, including costs and expenses for remedial investigation, planning, implementation, and monitoring.

i.  The Defendants' payment obligations for remediation shall be joint and several. *See* Okla. Stat. §§ 832(A), (B) ("When two or more persons become jointly or severally liable in tort for the same injury to person or property . . . there is a right of contribution among them . . .. The right of contribution exists only in favor of

10

the tort-feasor who has paid more than their pro rata share of the common liability
. . ..").

3. **Watershed Monitoring and Enforcement**

    a. The court shall appoint a master to implement and oversee this judgment.

    b. The master shall be charged with overseeing the provisions of the Remediation set forth in Section 2 and the Restriction on Land Application of Poultry Waste set forth in Section 4.

    c. The master shall retain technical experts and order testing, studies, and preparation of reports in furtherance of completing the work described by this judgment. The work product of the master shall be available to the public to the greatest extent permitted by law.

    d. The master shall prepare the remediation plan(s) of Section 2(d) and propose such remediation plan(s) to the court for approval.

    e. To assist with Watershed monitoring and enforcement duties, the master shall recruit, train, oversee, and monitor a watershed monitoring team (WMT). The WMT members shall have the experience, training, and qualifications prescribed by state or federal law or regulations for persons designated to prepare and oversee implementation of nutrient management plans or comparable plans designed to manage agricultural operations and preserve water quality.

    f. The WMT's duties shall include:

        i. monitoring compliance with this judgment;

        ii. preparing nutrient management plans that comply with this judgment and all applicable laws, rules, and regulations;

    iii.   making periodic inspections of each Company Farm, Contract Grower Farm, and land application site to procure samples of Poultry Waste, soil, and/or water, and to conduct such other tests and make such other observations as are necessary for the WMT to determine compliance with this judgment and all applicable laws, rules, and regulations. The periodic inspections of each Company Farm, Contract Grower Farm, or land application site shall occur as often as is necessary to determine compliance, and shall be conducted at least once every year;

    iv.   The WMT shall inspect such relevant records or data as the Defendants or their Contract Growers may be required to maintain in order to demonstrate compliance with this judgment and all applicable laws, rules, and regulations; and

    v.   The WMT shall report, to the greatest extent permitted by applicable law,[11] to the court, the Oklahoma Office of the Attorney General, the Defendants, and the state regulatory agency or commission having jurisdiction under any applicable state law, all material or repeated violations or instances of non-compliance with this judgment or any applicable law, rule, or regulation.

g.   Upon each one-year anniversary date of the establishment of the WMT until modified by court order, the WMT shall collect and disseminate, to the greatest extent permitted by applicable law, to the Oklahoma Office of the Attorney

---

[11] As the court has previously noted, with respect to the Arkansas portion of the IRW, due to statutory privacy protections, certain data regarding the poultry feeding operations is not publicly available. *See* Doc. 3161 at 10 (citing Ark. Code Ann. § 15-20-904(f) and testimony regarding Arkansas privacy protections).

General, the Defendants, and the master the following information regarding the Company Farms and Contract Grower Farms:

i. The name, mailing address, and phone number of the Contract Grower or the manager of the Company Farm;

ii. The location of the Contract Grower Farm or Company Farm, identified by physical address, county, public land survey description to at least the level of quarter section, latitude and longitude of the road entrance to the Contract Grower Farm or Company Farm, latitude and longitude of the northwestern-most poultry house, and GIS data, including all vector data and any underlying database and all raster data created or modified by the WMT for the Contract Grower Farm or Company Farm. The latitude and longitude data shall be provided in a form readily imported to a GIS system, shall be provided in decimal degree format (dd.ddddd), and shall be measured to at least five decimal places. All latitude and longitude measurements must be at least accurate within 4.9 meters (16 feet) of the actual location;

iii. The size and production of such Contract Grower Farm or Company Farm in terms of number of poultry houses; length, width, and height of each poultry house; type of poultry raised in poultry house; bird capacity of each poultry house; number of birds in standing inventory per flock; number of flocks per year; and amount of Poultry Waste produced per year;

iv. A description of all poultry house cake outs and clean outs, including (1) the dates of each cake out or clean out and (2) the fate of the removed

13

Poultry Waste with information identifying any storage location, the transporter, and the receiving location;

v.   A description of the storage methods used to store the Poultry Waste;

vi.  A description of the transportation methods used to transport the Poultry Waste;

vii. A description of the final disposition of the Poultry Waste, including:

1.  The volume of Poultry Waste removed from the poultry operation, specified as measured in wet or dry tons;

2.  The date of removal of such Poultry Waste from the poultry operation;

3.  The quantity of Poultry Waste land-applied on each Company Farm or Contract Grower Farm, and the quantity of Poultry Waste which is transferred or sold from each Company Farm and Contract Grower Farm each year;

4.  The identity and address of any person to whom Poultry Waste is transferred, including the certified litter applicator, the landowner, and any other recipient of the Poultry Waste;

5.  The location and acreage of each application site, including the physical address, county, public land survey description to at least the level of quarter section, latitude and longitude of a point near the center of the application site, and GIS data, including all vector data and any underlying database and all raster data created or modified by the WMT for the application site. The latitude and longitude data

14

shall be provided in a form readily imported to a GIS system, shall be provided in decimal degree format (dd.ddddd), and shall be measured to at least five decimal places. All latitude and longitude measurements must be at least accurate within 4.9 meters (16 feet) of the actual location;

6. The soil test results and sampling date for each application site, including the STP results and sampling date;

7. The test results for the Poultry Waste, the sampling date, the tonnage of waste applied, and the application rate relevant to each application site;

8. The date of issuance of last nutrient management plan and the name of the WMT member who prepared the nutrient management plan for each Company Farm, Contract Grower Farm, and application site; and

9. A certification by a responsible official of the Company Farm or the Contract Grower, as applicable, that all Poultry Waste generated at the Company Farm or the Contract Grower Farm has been managed, stored, and disposed of in compliance with this judgment.

h. The master shall assume full and permanent responsibility to administer the employment and compensation of the WMT members, provide facilities and support for their responsibilities, and maintain records and information collected by the WMT in the performance of its duties. The WMT members shall remain

15

subject to the oversight and monitoring of the master during the master's term of Court appointment.

i.   Within thirty days after the date upon which this judgment is entered on the court's docket, the Oklahoma Office of the Attorney General and the Defendants shall confer and attempt to agree on a qualified candidate for master, or in the absence of such agreement, the Oklahoma Office of the Attorney General shall submit two nominees and the Defendants collectively shall submit two nominees to the court within the thirty-day period. The court shall be free to appoint any of these nominees or any other person or firm not nominated by the parties if the court deems appropriate or necessary.

j.   The master shall at all times be deemed an adjunct to the court and shall serve at the pleasure of the court. For a period of at least thirty years after the appointment of the master, the Defendants shall pay, as set forth herein, the costs and expenses of the master incurred in the performance of the duties of the master as defined herein.[12] The term of the master's appointment and the Defendants' aforementioned payment obligations shall commence upon appointment by the court and end at least thirty years thereafter unless the court orders otherwise. Notwithstanding the term of at least thirty-years, if the master determines after ten years that the

---

[12] An extended period of oversight by the master for at least thirty years is warranted because remediation of the IRW will take decades. As noted in the court's Opinion and Order of June 17, 2025, Soil Scientist and Geomorphologist Gregory Scott testified that "following cessation of land application, it would take up to thirty years of hay production and removal to remove legacy phosphorus placed in the soil up to a STP of 300. During that time, if there was water available, phosphorus would continue to leak into the water." Doc. 3161 at 14. *See also* FF&CL, Doc. 2979 at ¶ 375.

Defendants have achieved full compliance with the judgment, the Defendants may file a motion with the court seeking to end the Defendants' obligations under this judgment and this court's jurisdiction thereover. Upon the filing of such motion, the court shall determine, after an evidentiary hearing at which the Defendants have the burden of proof, whether the Defendants have achieved full compliance. If the court finds that the Defendants have achieved full compliance, the court may end the Defendants' obligations at a time determined by the court. Likewise, notwithstanding the thirty-year term, if the master determines that the Defendants have not achieved substantial compliance with the judgment after twenty-nine years, the State may, at least ninety days before the end of the thirty years, file a motion with the court seeking to extend the duration of the Defendants' obligations under this judgment and this Court's jurisdiction thereover. Upon the filing of such a motion, the court shall determine, after an evidentiary hearing, whether the Defendants have achieved substantial compliance. If the court finds the Defendants have not achieved substantial compliance for at least the last full year preceding the hearing on the State's extension motion, the court may extend the term of the Defendants' obligations under this judgment and retain jurisdiction for a period of time determined by the court to ensure that Defendants come into compliance. If the court determines that the Defendants have achieved substantial compliance, the court may terminate the Defendants' obligations under this judgment at the thirty-year end date.

k.  Any vacancy occurring for any reason during the term of the master shall be filled in the manner described in Section 3(i).

l.  Within sixty days of the appointment of the master and annually thereafter, the master shall file with the court a proposed annual budget setting out the projected expenses of operating the master's office and the WMT. Subject to the consideration of any objections by the parties, the court will approve an annual budget for the master's office and the WMT. During the course of each annual budget period, the master shall seek amendments to this budget as needed.

m. The master shall keep a record of all costs and expenses associated with conducting the remedial investigation; the development of the remediation plan; the implementation of the remediation; the recruitment, hiring, and training of the WMT; the necessary compensation and state-mandated benefits required to employ qualified persons on the WMT; and the costs and expenses required by the WMT to carry out its monitoring and enforcement duties as provided herein.  The master shall designate the costs and expenses as related to either "Remediation" or "Restriction on Land Application of Poultry Waste."  The Defendants shall pay to an account set up and designated by the master all costs and expenses set forth above.  The Defendants' payment obligation as to costs and expenses related to "Remediation" shall be joint and several.  The Withdrawn Defendants shall have no payment obligation as to costs and expenses related to "Restriction on Land Application of Poultry Waste."  All other Defendants' payment obligation as to costs and expenses related to "Restriction on Land Application of Poultry Waste" shall be joint and several.  The funding obligation of the Defendants shall commence thirty days after the date of the entry of this judgment on the Court's

docket and continue for a period of at least thirty years after the date of the appointment of the master unless the Court orders otherwise.

n.  The Defendants shall pay those costs and expenses of the master and the WMT into an evergreen fund lasting not less than thirty years in the following manner:

    i.  Within five business days of appointment of the master, the Defendants shall pay $10,000,000.00 into an account designated by the office of the master to pay the initial salaries and benefits of the master, the WMT, and costs and expenses associated with the performance of their duties under this judgment.

    ii.  If at any time the Defendants are notified by the master that the balance of the account identified in Section 3(n)(i) falls below $5,000,000.00, the Defendants shall within ten business days replenish the account with a payment of $5,000,000.00 (adjusted for inflation by reference to the United States Department of Labor Consumer Price Index).

o.  Unless otherwise directed by the court, the master shall report in writing to the court, the Oklahoma Office of the Attorney General, and the Defendants no less often than quarterly during the first two years of the master's tenure, and no less than semi-annually thereafter. To the extent permitted by applicable law, the reports to the Oklahoma Office of the Attorney General and the Defendants shall include, without limitation, apprising them of the status of preparation of nutrient management plans; all monitoring and enforcement activities, including the monitoring and enforcement of the restriction on land application of Poultry Waste and the remediation; and the costs and expenses incurred by the master and WMT

during the reporting period. The reports to the court, which shall also be furnished to the Oklahoma Office of the Attorney General and the Defendants, shall be a summary of these matters, and shall primarily focus on issues relating to the implementation and enforcement of this judgment. The reports to the court shall be entered as a record available to the public on the docket of this case.

p.  To assist with oversight and monitoring, the Defendants shall ensure, to the extent permitted by applicable law, that each Company Farm and Contract Grower Farm maintains easily visible, well-maintained signage at entrances to the farm property, indicating the name of the owner of the Company Farm, or the name of the owner of the Contract Grower Farm and the contracting company, and the contact phone number for the owner.

q.  The master is entitled to judicial immunity in performing the master's duties as authorized by the orders of this court. The WMT and advisors to the master are entitled to judicial immunity in performing services at the direction of the master within the scope of this judgment or court-approved engagement.

**4.  <u>Restriction on Land Application of Poultry Waste</u>**

a.  A restriction of 120 lbs./acre STP for land application of Poultry Waste is appropriate and necessary to limit the land application of Poultry Waste to a level that provides the true agronomic need for plants in order to reduce the phosphorus run-off that pollutes the waters of the IRW.

b.  Upon the date this judgment is recorded on the court's docket, the Poultry Waste generated by the Defendants' Birds shall not be applied in the IRW on land having an STP of 120 lbs./acre or greater.

c.  Prior to any instance of land application in the IRW of Poultry Waste generated by Defendants' Birds, the land at issue must have STP results from testing: (1) conducted under the supervision of the master or the WMT, (2) within one year prior to the instance of land application, and (3) having a value of less than 120 lbs./acre STP. Such STP results shall be provided by the Defendants to the master and the WMT and shall be subject to verification by the master and the WMT prior to any instance of land application.

d.  The application rate shall be limited to two tons or less of Poultry Waste per acre. Notwithstanding the two tons or less application rate limitation, land application of Poultry Waste shall not be allowed in the IRW at any rate that would cause the land to exceed 120 lbs./acre STP.

e.  From and after the date this judgment is entered on the court's docket, the Defendants shall not continue to place birds with any Contract Grower who has been determined by the master to not be in compliance with the provisions of Section 4(b)-(d), and if ordered by the court, the Defendant shall terminate or refuse to renew its contract with the Contract Grower. The determination of a lack of compliance may be based, without limitation, on evidence such as reliable admission of the Contract Grower, reliable admission of a representative of a Defendant, observation, photographic evidence, documentary evidence, or data provided by a Defendant or a Contract Grower.

f.  At all times after the entry of this judgment on the court's docket, the Defendants shall be responsible for ensuring the lawful disposal of all Poultry Waste generated by Defendants' Birds, in compliance with this judgment and all applicable laws,

21

rules, and regulations. The Defendants shall take control of the Poultry Waste produced by the Defendants' Birds and ensure that the Contract Growers cooperate with the master, allow the master reasonable and necessary access to the Defendants' Company Farms and the Defendants' Contract Grower Farms, and implement any nutrient management plans. The Defendants shall be responsible for the removal of the Poultry Waste from the poultry houses, storage, transportation, and lawful disposal, including any land application of the Poultry Waste, whether that land application is inside or outside the IRW.

g.  The Defendants shall ensure that their Contract Growers have access to sufficient Poultry Waste removal equipment, storage facilities, transportation methods, and disposal methods for the Poultry Waste generated by the Defendants' Birds. The Defendants themselves shall pay all costs associated with such removal, storage, transportation, and disposal, and shall not pass such costs on to their Contract Growers either directly or indirectly.

h.  The Defendants shall hold their Contract Growers harmless for the costs of removal, storage, transportation, and disposal of Poultry Waste generated by the Defendants' Birds, whether the Defendants conduct those waste handling operations directly or contract with independent contractors to handle the Poultry Waste.

i.  The Defendant contracting with a Contract Grower shall hold the Contract Grower harmless for any loss of income that may be attendant to the Defendant taking over the responsibility for safe disposal of the Poultry Waste in compliance with this judgment.

5.  **Penalties and Attorneys Fees and Costs**

a.  The court found the Defendants are both directly and vicariously liable for violation of the Environmental Quality Code at 27A Okla. Stat. § 2-6-105. Doc. 2979, COL 52, 60.

b.  Specifically, the court found, "[the Defendants] have structured and conducted their business in the Oklahoma portion of the [Watershed] in a manner that causes pollution of the waters of the [Watershed]. Thus, they are directly liable for 'caus[ing] pollution of … waters of the state' and for 'caus[ing] to be placed … waste[s] in a location where they are likely to cause pollution.' … Each defendant has consciously concentrated a segment of its poultry operations in the Oklahoma portion of the environmentally-sensitive [Watershed]; placed large numbers of its birds in this concentrated area; and imported enormous amounts of phosphorus-laden feed into the area. Their birds annually generate hundreds of tons of poultry waste containing phosphorus the defendants have brought into the [Watershed]. Further, despite knowledge that the majority of the poultry waste will be land applied in close proximity to where it is generated, the defendants have not made provisions for the appropriate management of the waste." Doc. 2979, COL 60.

c.  "As a result, poultry waste continues to be applied to the phosphorus-saturated fields in the Oklahoma portion of the [Watershed], where an environmentally significant portion of the phosphorus contained in the waste runs off the fields and enters the waters of the [Watershed]. Further, phosphorus from land-applied poultry waste that enters the waters of the [Watershed] constitutes 'pollution' for the purposes of Okla. Stat. § 2-6-105. … In sum, through their own independent

conduct, defendants have 'cause[d] pollution of … waters of the state.' 27A Okla. Stat. § 2-6-105(A). Similarly, defendants are also directly liable under 27A Okla. Stat. § 2-6-105(A) because they have 'cause[d] to be placed … wastes in a location where they are likely to cause pollution of … waters of the state.'" Doc. 2979, COL 61.

d. Further, the court further found "[the Defendants] are vicariously liable for violation of 27A Okla. Stat. § 2-6-105(A), for the conduct of their growers." Doc. 2979, COL 62.

e. As a result of the Defendants' respective direct and vicarious liability under 27A Okla. Stat. § 2-6-105(A), *see* Doc. 2979, COL 52-62, the State is entitled to an award of penalties.

f. 27A Okla. Stat. § 2-3-504 – which includes the penalty portion of the Oklahoma Environmental Quality Code – became effective on July 1, 1993, and the parties agree that the State's claims for penalties are limited to conduct occurring in Oklahoma since July 1, 1993. Doc. 2979, COL 55.

g. Section § 2-3-504 of title 27A provides, in pertinent part:

(A) Except as otherwise specifically provided by law, any person who violates any of the provisions of, or who fails to perform any duty imposed by, the Oklahoma Environmental Quality Code …

***

(2) May be punished in civil proceedings in district court by assessment of a civil penalty of not more than Ten Thousand Dollars ($10,000.00) for each violation;

24

\*\*\*

(C) Any person assessed an administrative or civil penalty shall be required to pay, in addition to such penalty amount and interest thereon, attorneys fees and costs associated with the collection of such penalties.

(D) For purposes of this section, each day or part of a day upon which such violation occurs shall constitute a separate violation.

\*\*\*

(H) In determining the amount of a civil penalty the court shall consider such factors as the nature, circumstances and gravity of the violation or violations, the economic benefit, if any, resulting to the defendant from the violation, the history of such violations, any good faith efforts to comply with the applicable requirements, the economic impact of the penalty on the defendant, the defendant's degree of culpability, and such other matters as justice may require.

h.  Thus, § 2-3-504 requires that the State establish a "violation" and, further, "caps total daily penalties at $10,000." *NVI, LLC v. Okla. Dep't of Envt'l Quality,* 276 P.3d 1069, 1077 (Okla. Civ. App. 2012).

i.  To determine the penalties to be imposed, the court adopts the "top down" methodology utilized by some courts to impose fines under the Clean Water Act and other statutes. *See Pound v. Airsol Co.*, 498 F.3d 1089, 1095 (10th Cir. 2007) (concluding that "top down" approach was not mandatory, but "satisfactory" to determine Clean Air Act penalties). Pursuant to the "top down" approach, the court

25

"begin[s] by calculating the maximum possible penalty," then considers the statutory factors "to determine what degree of mitigation, if any, is proper." *Id.*

j.  Looking first to the maximum possible penalty, the State contends that penalties may be assessed against a Defendant based on any field having an STP value of greater than 65 lbs./acre as reflected by Oklahoma Department of Agriculture, Food and Forestry (ODAFF) records from the date of each recorded violation to the present, or, at a minimum, against any Defendant having one or more fields having an STP value of greater than 65 lbs./acre, as reflected by ODAFF records, from the earliest date of such recorded violation until either withdrawal of operations from the Watershed or the filing of the State's Complaint on June 13, 2005. Based on what it describes as a "significant number" of soil test results in excess of 65 lbs./acre STP, the State asks the court to impose penalties in the amount of $10,000 per day against each Defendant for the period spanning from the individual Defendant's earliest documented soil test result in excess of 65 lbs./acre STP in ODAFF records—often in 1997 or 1998—to the date of the filing of the Complaint—June 13, 2005—or withdrawal from the Watershed, with each day being a separate violation. Thus, the State effectively asks that the court treat each separate violation as an ongoing violation.[13]

---

[13] The State's proposal would result in the following maximum possible penalties against each Defendant: (1) **Tyson Defendants** – $28,910,000.00 for the period from July 14, 1997 to June 13, 2005; (2) **Cargill Defendants** – $23,690,000.00 for the period from December 18, 1998 to June 13, 2005; (3) **George's Defendants** – $5,230,000.00 for the period from January 7, 2004 to June 13, 2005; (4) **Simmons** – $27,160,000.00 for the period from January 5, 1998 to June 13, 2005; and (5) **Cal-Maine** – $18,270,000.00 for the period from September 11, 1998 to September 11, 2003.

k.  However, the State fails to establish that excessive STP levels continued in the individual tested fields beyond the soil test date.  Although the court previously found that "[e]levated STPs decline slowly," Doc. 2979, FF 349, the State offered no additional evidence as to the rate of decline in the specific tested fields or factors affecting same.  The court is limited to the evidence presented during the nonjury trial and December 2024 evidentiary hearing.  Given the dearth of evidence regarding the specific tested fields having an excessive STP value and the length of time those excessive STP levels persisted, the State fails to establish ongoing violations for purposes of the statute.[14]

l.  As previously stated, § 2-3-504 permits imposition of penalties "for each violation."  Having reviewed the evidence, the State has demonstrated 248 total documented instances in the ODAFF files of fields having an STP value of greater than 65 lbs./acre, comprised of the following:

i.  **Tyson Defendants**[15] – 106 violations, resulting in a maximum possible penalty of $1,060,000.00.  *See* [OKEX 2729B; OKEX 2730B; OKEX 6942G; OKEX 2565B; OKEX 2765B; OKEX 6942H; OKEX 2815B; OKEX 2816B; OKEX 2818B; OKEX 6942B; OKEX 2825B; OKEX 2830B; OKEX 2831B; OKEX 2834B; OKEX 2847B; OKEX 69421; OKEX 2856B; OKEX 2857B; OKEX 2858B; OKEX 6942C; OKEX

---

[14] Although the State has established ongoing injury to the IRW *as a whole* so as to warrant injunctive relief, penalties under  § 2-3-504 are limited to specific violations and therefore require particularity.

[15] The Tyson Defendants are Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Chicken Inc., and Cobb-Vantress, Inc. Defendants Tyson Foods, Inc. controls Defendant Cobb-Vantress, Inc., Defendant Tyson Chicken, Inc., and Defendant Tyson Poultry, Inc. *See* Court's Ex. 4 at 8 (Hudson Depo.).

6942C; OKEX 2859B; OKEX 2859C; OKEX 2860B; OKEX 2861B;
OKEX 6942J; OKEX 2868B; OKEX 2688B; OKEX 2884B; OKEX
2885B; OKEX 2907B; OKEX 2707B; OKEX 2933B; and OKEX 2934B];

   ii. **Cobb-Vantress** – 29 violations, resulting in a maximum possible penalty
of $290,000.00. *See* [OKEX 2672B; OKEX 2864B; OKEX 2865B; OKEX
2695B; OKEX 2910B; OKEX 6942F; OKEX 2926B; OKEX 2703B; and
OKEX 2930B];

   iii. **Cargill Defendants**[16] – 22 violations, resulting in a maximum possible
penalty of $220,000.00. *See* [OKEX 2772B; CAR 79B; CAR 82B; OKEX
2690B; OKEX 2890B; and OKEX 2891B];

   iv. **George's Defendants**[17] – 22 violations, resulting in a maximum possible
penalty of $220,000.00. *See* [OKEX 2644B; OKEX 2792B; OKEX 2685B;
OKEX 2879B; and OKEX 6942E];

   v. **Simmons** – 47 violations, resulting in a maximum possible penalty of
$470,000.00. *See* [OKEX 2739B; OKEX 2768B; OKEX 2774B; OKEX
2780B; OKEX 2821B; OKEX 2835B; OKEX 2660B; OKEX 2658B;
OKEX 2877B; OKEX 6942D; OKEX 2686B; OKEX 2880B; OKEX
2881B; OKEX 2899B; and OKEX 2928B]; and

---

[16] The Cargill Defendants are Cargill, Inc. and Cargill Turkey Production, LLC. Defendant Cargill
Turkey Production, LLC is a wholly-owned subsidiary of Defendant Cargill, Inc. *See* Daily Trans.,
4648:3-7; 4648:25-4649:4 (Ehrich Stipulation).
[17] The George's Defendants are George's Inc. and George's Farms, Inc. Defendant George's Inc.
controls George's Farms, Inc. *See* Daily Trans., 3022:7-9 (Henderson Testimony).

vi. **Cal-Maine** – 22 violations, resulting in a maximum possible penalty of $220,000.00. *See* [OKEX 2798B; OKEX 6063B; OKEX 2855B; and OKEX 2914B].

m. Looking next to the statutory factors, as previously stated, the court must consider the following: the nature, circumstances and gravity of the violation or violations, the economic benefit, if any, resulting to the Defendant from the violation, the history of such violations, any good faith efforts to comply with the applicable requirements, the economic impact of the penalty on the Defendant, the Defendant's degree of culpability, and such other matters as justice may require.

n. The court finds significant the evidence that some of the tested soil fields did not exceed the Oklahoma-NRCS Code 590 standards. In nutrient limited watersheds, litter may not be applied to any land with an STP level greater than 300. The State first designated the Oklahoma portion of the Watershed as "Nutrient Limited" effective July 1, 2006. Prior to that time, the non-nutrient limited Code 590 standards applied to the Watershed, including the STP cap of 400 pounds per acre. Doc. 2979, FF 71.

o. Although the Oklahoma agricultural standards are insufficient to protect the environment and comply with Oklahoma's environmental laws, Defendants' efforts to satisfy the NRCS Code 590 standards demonstrate efforts to comply with certain applicable Oklahoma standards and warrant mitigation of penalties. Accordingly, the court declines to impose penalties for fields with STP levels below 400 prior to July 1, 2006, the date that the State first designated the Oklahoma portion of the Watershed as "Nutrient Limited."

29

p.  As a result of the court's consideration of the "good faith efforts to comply with applicable requirements" factor, the court reduces the penalties to the following:

   i.  **Tyson Foods, Inc.** – 16 violations, resulting in a penalty of $160,000.00. *See* [OKEX 2729B at OKDA0000083; OKEX 2730B at OKDA0000257; OKEX 2825B at OKDA0008691, OKDA0008746, OKDA0008748, OKDA0008750, OKDA0008752, and OKDA0008754; OKEX 2856B at OKDA0013748, OKDA0013786, OKDA0013789, OKDA0013791, and OKDA0013792; OKEX 2858B at OKDA0013871; OKEX 2861B at OKDA0014113; and OKEX 2907B at OKDA0017894];

   ii.  **Cobb-Vantress** – 3 violations, resulting in a penalty of $30,000.00. *See* [OKEX 2864B at OKDA0014490, OKDA0014492; and OKEX 2926B at OKDA0019688].

   iii.  **Cargill Inc.** – 6 violations, resulting in a penalty of $60,000.00. *See* [OKEX 2772B at OKDA0003084 to OKDA0003087; CAR 79B at OKDA0010121 and OKDA0010144];

   iv.  **George's, Inc.** – 1 violation, resulting in a penalty of $10,000.00. *See* [OKEX 6942E at ODAFF (DEC07) 004896];

   v.  **Simmons** – 9 violations, resulting in a penalty of $90,000.00. *See* [OKEX 2739B at OKDA0000749, OKDA 0000751; OKEX 2774B at OKDA0003153 to OKDA0003155; OKEX 2780B at OKDA0003605; OKEX 2821B at OKDA0008407 to OKDA0008408; and OKEX 2928B at OKDA00019726]; and

vi. **Cal-Maine** – 7 violations, resulting in a penalty of $70,000.00. *See* [OKEX 2798B at OKDA0005575 to OKDA0005576; OKEX 6063B at OKDA0005575 to OKDA0005576; OKEX 2855B at OKDA00013649, OKDA0013651; and OKEX 2914B at OKDA0018790].

q. The court next considers the nature, circumstances, and gravity to the violations and finds that the violations are severe and have caused pollution in the IRW. Doc. 2979, COL 55, 60, 61. Thus, this factor does not warrant mitigation of penalties.

r. The State presented no evidence with respect to the economic benefit, if any, resulting to each Defendant from the violations or the economic impact of the penalty on the Defendants and therefore these factors are neutral.

s. The court previously considered the Defendants' history of violations as reflected in the ODAFF records in connection with the efforts to comply with applicable regulations factor. Further, given the irreparable harm caused to the Watershed as a result of Defendants' conduct, no additional mitigation is warranted based on Defendants' history.

t. Finally, the Defendants are highly culpable, as Defendants did little or nothing to monitor or control their growers' disposal of poultry waste. Doc. 2979, FF 360. Thus, the court declines to reduce penalties further.

u. Based on the foregoing, defendant Tyson Foods, Inc. shall pay to the Oklahoma Department of Environmental Quality Revolving Fund the penalty amount of $160,000.00, plus post-judgment interest accruing thereon at the rate of 3.58% from the date of entry of this judgment until paid in full. *See* 27A Okla. Stat. § 2-3-

504(G) ("Except as otherwise provided by law, administrative and civil penalties shall be paid into the Department of Environmental Quality Revolving Fund.").

v. Defendant Cobb-Vantress shall pay to the Oklahoma Department of Environmental Quality Revolving Fund the penalty amount of $30,000.00, plus post-judgment interest accruing thereon at the rate of 3.58% from the date of entry of this judgment until paid in full.

w. Defendant Cargill, Inc. shall pay to the Oklahoma Department of Environmental Quality Revolving Fund the penalty amount of $60,000.00, plus post-judgment interest accruing thereon at the rate of 3.58% from the date of entry of this judgment until paid in full.

x. Defendant George's, Inc. shall pay to the Oklahoma Department of Environmental Quality Revolving Fund the penalty amount of $10,000.00, plus post-judgment interest accruing thereon at the rate of 3.58% from the date of entry of this judgment until paid in full.

y. Defendant Simmons shall pay to the Oklahoma Department of Environmental Quality Revolving Fund the penalty amount of $90,000.00, plus post-judgment interest accruing thereon at the rate of 3.58% from the date of entry of this judgment until paid in full.

z. Defendant Cal-Maine shall pay to the Oklahoma Department of Environmental Quality Revolving Fund the penalty amount of $70,000.00, plus post-judgment interest accruing thereon at the rate of 3.58% from the date of entry of this judgment until paid in full.

aa. The State is entitled to an award of attorneys fees and costs. The amount of the award for the State's attorneys fees and costs will be separately determined by the court following subsequent briefing by the parties. This separate determination shall not impact the finality of this Judgment.

bb. The penalties detailed in Sections 5(p) through 5(z) are separate and distinct from those payments pertaining to the master, the WMT, and their activities as set forth in Section 3.

**6. <u>Retention of Jurisdiction</u>**

a. The court shall retain jurisdiction of this case for the purposes of enforcing the terms of this Judgment.

b. The orders entered by the court with respect to this Judgment, as provided herein or as otherwise may be entered by the court in the future, shall have the force and effect of binding orders, judgments, and law, and shall therefore govern the activities of the parties to the extent specifically addressed in such orders.

ENTERED at Tulsa, Oklahoma, this 19th day of December, 2025.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE